United States District Court
Northern District of California

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No.: 13-03826-KAW<br><br>ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER TO STRIKE ARBITRATION CLAUSES |

On August 26, 2013, Plaintiffs filed a "Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses." (Mot.; Dkt. No. 15). The court finds that the issues Plaintiffs raised in the motion are not an emergency, nor is there reason to hear the motion on an expedited schedule. As Plaintiffs note in the moving papers, the arbitration clauses can be stricken at a later date, if warranted.

Accordingly, the court will hold a hearing on the motion on October 3, 2013 at 11:00 a.m. Defendants shall file an opposition to the motion on or before September 16, 2013. Plaintiffs shall file a reply on or before September 23, 2013. The court hereby vacates any previously set deadlines regarding any opposition or reply to Plaintiffs' motion.

Plaintiffs shall serve a copy of this order on Defendants no later than Friday, August 30, 2013. Plaintiffs shall also file proof of service evidencing proper service of this order on Defendants.

　　IT IS SO ORDERED.

DATE: August 27, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge