| | |
|---|---|
| 1 | SHANNON LISS-RIORDAN, *pro hac vice* |
|   | (sliss@llrlaw.com) |
| 2 | SARA SMOLIK, *pro hac vice* |
|   | (ssmolik@llrlaw.com) |
| 3 | LICHTEN & LISS-RIORDAN, P.C. |
|   | 100 Cambridge Street, 20th Floor |
| 4 | Boston, MA 02114 |
|   | Telephone: (617) 994-5800 |
| 5 | Facsimile: (617) 994-5801 |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | DOUGLAS O'CONNOR, and THOMAS COLOPY |
| 8 | |
|   | ROBERT JON HENDRICKS (SBN 179751) |
| 9 | (rhendricks@morganlewis.com) |
|   | STEPHEN L. TAEUSCH (SBN 247708) |
| 10 | (stausch@morganlewis.com) |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 11 | One Market Street, Spear Street Tower |
|   | San Francisco, CA 94105 |
| 12 | Telephone: (415) 442-1000 |
|   | Facsimile: (415) 442-1001 |
| 13 | |
|   | Attorneys for Defendants |
| 14 | UBER TECHNOLOGIES, INC., |
|   | TRAVIS KALANICK, and RYAN GRAVES |
| 15 | |
|   | (Additional counsel listed on signature page) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS O'CONNOR and THOMAS COLOPY, individually and on behalf of all others similarly situated, | Case No. CV 13-3826-EMC |
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION AND [PR~~OPOS~~ED] ORDER RE PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER TO STRIKE ARBITRATION CLAUSES AND DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** (modified) |
| v. | |
| UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES | |
| Defendants. | |
| | **Hearing Date:** |
| | **Time:** |
| | **Before the Hon. Edward M. Chen** |

**STIPULATION**

Plaintiffs DOUGLAS O'CONNOR and THOMAS COLOPY ("Plaintiffs") and Defendants UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed Plaintiffs' Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses [Dkt. No. 15] with the Court on August 26, 2013;

WHEREAS, the Court issued a Notice [Dkt. No. 38] on September 18, 2013, which set the hearing date for Plaintiffs' Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses as October 17, 2013 at 1:30pm;

WHEREAS, Defendants filed Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint [Dkt. No. 39] with the Court on September 25, 2013;

WHEREAS, the hearing date for Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint [Dkt. No. 39] was set as October 31, 2013 at 01:30pm;

WHEREAS, the Parties have conferred and agreed to consolidate the hearing dates for Plaintiffs' Renewed Emergency Motion (October 17, 2013) and Defendants' Motion to Dismiss (October 31, 2013) and to schedule them both for November 7, 2013, at 01:30pm, pending approval of this Court;

WHEREAS, the Court set the response date for Defendants' Motion to Dismiss as October 9, 2013, and the reply date as October 16, 2013;

WHEREAS, the Parties have conferred and agreed to revise the response date for Defendants' Motion to Dismiss as October 17, 2013, and the reply date as October 24, 2013;

WHEREAS, the Court issued a Case Management Scheduling Order [Dkt. No. 24] on September 3, 2013, which set the initial scheduling conference date as November 21, 2013;

WHEREAS, the Parties have conferred and agreed to postpone the initial scheduling conference set for November 21, 2013 until after the Court rules on the two motions referenced above;

1

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND
PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER                   CASE NO. CV13-3826-EMC

1  NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel, hereby
2  stipulate, subject to the approval of this Court, that the hearing dates for Plaintiffs' Renewed
3  Emergency Motion for Protective Order to Strike Arbitration Clauses and Defendants' Motion to
4  Dismiss Plaintiffs' Class Action Complaint be consolidated and rescheduled for November ~~7~~ 14, 2013
5  at 01:30pm, and to extend the time allotted for Plaintiffs to respond to Defendants' Motion to
6  Dismiss Complaint, and Defendants to reply to Plaintiffs' response, to October 17, 2013 and October
7  24, 2013, respectively.

**IT IS SO STIPULATED.**

DATED:   October 4, 2013                          LICHTEN & LISS-RIORDAN, P.C.
                                                  A Professional Corporation

                                        By:       /s/ Shannon Liss-Riordan
                                                  SHANNON LISS-RIORDAN, *pro hac vice*
                                                  SARA SMOLIK, *pro hac vice*
                                                  Attorneys for Plaintiffs


DATED:   October 4, 2013                          MORGAN LEWIS, LLP.

                                        By:       /s/RobertJonHendricks

                                                  ROBERT JON HENDRICKS
                                                  STEPHEN L. TAEUSCH
                                                  Attorney for Defendants


**[PR~~OPO~~OSED] ORDER**


**PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~** The two motions are reset for 11/14/13 at 1:30 p.m. The CMC is reset for 12/12/13 at 9:00 a.m. A joint CMC statement shall be filed by 12/5/13.

DATED:   10/7/13

Honorable Edward M. Chen
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**Additional Counsel**

For Plaintiffs, individually and on behalf of all others similarly situated:

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

3

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND
PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER     CASE NO. CV13-3826-EMC

**Attestation**

I, Shannon Liss-Riordan, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT AND PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER TO STRIKE ARBITRATION CLAUSES. In compliance with General Order 45, I hereby attest that Robert Jon Hendricks, counsel for Defendants, has concurred in this filing.

Dated: October 4, 2013         By:     /s/ Shannon Liss-Riordan
                                       SHANNON LISS-RIORDAN
                                       Attorney for Plaintiffs

4

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND
PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER                    CASE NO. CV13-3826-EMC