ROBERT JON HENDRICKS, State Bar No. 179751
STEPHEN L. TAEUSCH, State Bar No. 247708
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
TRAVIS KALANICK, and RYAN GRAVES

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
SARA SMOLIK, *pro hac vice*
(ssmolik@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

MONIQUE OLIVIER (SBN 190385)
(monique@dpolaw.com)
DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone:   (415) 433-0333
Facsimile:   (415) 449-6556

Attorneys for Plaintiffs
DOUGLAS O'CONNOR and THOMAS COLOPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR and THOMAS COLOPY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>Defendants. | Case No. CV 13-03826-EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   August 16, 2013 |

Plaintiffs Douglas O'Connor and Thomas Colopy ("Plaintiffs") and Defendants Uber Technologies, Inc., Travis Kalanick, and Ryan Graves ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The initial Case Management Statement in this matter is scheduled for December 12, 2013 at 9:00 a.m. in Courtroom 5 before the Honorable Edward M. Chen.
2. On August 26, 2013, Plaintiffs filed a Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses. On September 25, 2013, Defendants filed a Rule 12(b)(6) Motion to Dismiss. The motions were heard by the Court on November 14, 2013, and the Court has taken the motions under submission.
3. Given the pending motions, the Parties believe that it would preserve, and make the most efficient use of, the Court's and the Parties' time and resources to continue the case management conference to a date following the Court's ruling on the parties' motions. The contemplated continuance would result in the initial case management conference being moved to a date approximately thirty (30) days following the issuance of the Court's ruling on the motions.
4. Such a brief continuance will not adversely impact the management of this case or result in undue prejudice or delay.

Dated:  November 25, 2013                LICHTEN & LISS-RIORDAN, P.C.

                                         By:   /s/ Shannon Liss-Riordan
                                               Shannon Liss-Riordan
                                               Attorneys for Plaintiffs

Dated:  November 25, 2013                MORGAN, LEWIS & BOCKIUS LLP

                                         By  /s/Stephen L. Taeusch
                                             Stephen L. Taeusch
                                             Attorneys for Defendants

1

**[PR~~O~~OPOSED] ORDER**

2   The Parties' requested continuance of the December 12, 2013 initial case management

3   conference is hereby GRANTED.  The new date for the initial case management conference is

4   _____February 6_____, 2013.  A joint case management conference

5   statement must be filed seven (7) days before the case management conference.

6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
         December 2, 2013
8   Dated: _____         _____
                                                     HON. EDWARD M. CHEN
9                                                    UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2     STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
(CASE NO. CV 13-03826-EMC)

**ECF ATTESTATION**

I, Stephen L. Taeusch, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45 X.B, I hereby attest that Shannon Liss-Riordan has concurred in this filing.

Dated: November 25, 2013                     MORGAN, LEWIS & BOCKIUS LLP

                                             By /s/ Stephen L. Taeusch
                                                Stephen L. Taeusch

                                             Attorneys for Defendants
                                             UBER TECHNOLOGIES, INC., TRAVIS
                                             KALANICK, and RYAN GRAVES