UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*, | No. C-13-3826 EMC |
| Plaintiffs, | **ORDER APPROVING THE PARTIES' STIPULATION AND GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | **(Docket Nos. 61, 65)** |

Pursuant to stipulation (Docket No. 65), the Court's order regarding issuance of a corrective notice (Docket No. 60) is stayed. The parties are hereby ordered to submit a joint report regarding the status of mediation on or before March 31, 2014. Defendants' motion for leave to file a motion for reconsideration is hereby granted. However, briefing on the anticipated motion is stayed until further order. The parties are also ordered to appear for a case management conference to be held on April 3, 2014 at 10:30 a.m.

IT IS SO ORDERED.

Dated: December 20, 2013

_____
EDWARD M. CHEN
United States District Judge