UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*, | No. C-13-3826 EMC |
| Plaintiffs, | |
| v. | **ORDER CLARIFYING DECEMBER 20, 2013 ORDER APPROVING PARTIES' STIPULATION** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | **(Docket No. 68)** |

On December 20, 2013, the Court approved the parties' stipulation staying the requirement contained in the Court's December 6 order that the parties meet and confer regarding the form, content, and procedure for issuance of a corrective notice. Docket No. 67. Last week, Defendants requested the Court clarify the scope of the stay. Docket No. 68.

The Court hereby issues this clarification. The court-approved stipulation prepared by the parties only requested the Court defer any issuance of a corrective notice. It does not stay Defendants' obligation to refrain from promulgating new arbitration agreements. Until a corrective notice is approved by the Court and available for distribution or further order, that obligation shall remain in effect.

This order disposes of Docket No. 68.

IT IS SO ORDERED.

Dated: January 24, 2014

_____
EDWARD M. CHEN
United States District Judge