1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    One Market, Spear Street Tower
3   San Francisco, CA  94105
    Tel:  415.442.1000
4   Fax:  415.442.1001
    rhendricks@morganlewis.com
5   staeusch@morganlewis.com

6   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11  DOUGLAS O'CONNOR and THOMAS              Case No. 13-03826-EMC
    COLOPY, individually and on behalf of all
12  others similarly situated,               Hon. Edward M. Chen
                                                          Amended
13                  Plaintiffs,              [PROPOSED] ORDER GRANTING
                                             DEFENDANT UBER TECHNOLOGIES,
14          v.                               INC.'S MOTION FOR
                                             ADMINISTRATIVE RELIEF
15  UBER TECHNOLOGIES, INC., TRAVIS          REGARDING BRIEFING ON MOTION
    KALANICK, and RYAN GRAVES,               FOR RECONSIDERATION
16
                    Defendants.              Complaint Filed:     August 16, 2013
17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING DEF'S MTN.
FOR ADMIN. RELIEF RE: BRIEFING
No. 13-03826-EMC

1

2   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3       The Court, having considered all papers filed in support of and in opposition to Defendant

4   Uber Technology, Inc.'s ("Defendant" or "Uber") Motion for Administrative Relief Regarding

5   Briefing on the Motion for Reconsideration pursuant to Local Rule 7-11, orders as follows:

6       **IT IS HEREBY ORDERED** that Defendant's Motion for Administrative Relief is

7   **GRANTED.** Defendant's Motion for Reconsideration will be heard on April 10, 2014 at 1:30

8   p.m.  The CMC is also reset for that time.  Defendant's opening papers are due on March 3, 2014

9   and Plaintiffs' response is due on March 10, 2014.  The Court shall decide if additional briefing is

10  necessary after reviewing the moving and response papers.

11  **IT IS SO ORDERED.**

12  Dated: February $^{19}$___, 2014    By: _____
                                        HONORABLE EDWARD M. CHEN
13                                      UNITED STATES DISTRICT JUDGE



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1

[PROPOSED] ORDER GRANTING DEF'S MTN.
FOR ADMIN. RELIEF RE: BRIEFING
No. 13-03826-EMC