MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
STEPHEN L. TAEUSCH (SBN 247708)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR and THOMAS COLOPY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>Defendants. | Case No. 13-03826-EMC<br><br>Hon. Edward M. Chen<br><br>Second  Amended<br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING BRIEFING ON MOTION FOR RECONSIDERATION<br><br>Complaint Filed:   August 16, 2013 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING DEF'S MTN.
FOR ADMIN. RELIEF RE: BRIEFING
No. 13-03826-EMC

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered all papers filed in support of and in opposition to Defendant Uber Technology, Inc.'s ("Defendant" or "Uber") Motion for Administrative Relief Regarding Briefing on the Motion for Reconsideration pursuant to Local Rule 7-11, orders as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion for Administrative Relief is **GRANTED.** Defendant's Motion for Reconsideration will be heard on April 10, 2014 at 1:30 p.m. The CMC is also reset for that time. Defendant's opening papers are due on March 3, 2014 and Plaintiffs' response is due on March ~~10,~~ 17, 2014. The Court shall decide if additional briefing is necessary after reviewing the moving and response papers.

**IT IS SO ORDERED.**

Dated: February 19, 2014     By: _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*