MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
STEPHEN L. TAEUSCH (SBN 247708)
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  415.442.1000
Fax:  415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR and THOMAS COLOPY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>Defendants. | Case No. 13-03826-EMC<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART PLAINTIFFS' "RENEWED EMERGENCY MOTION FOR PROTECTIVE ORDER TO STRIKE ARBITRATION CLAUSES"**<br><br>[Local Rule 7-9]<br><br>Date:         April 10, 2014<br>Time:         1:30 p.m.<br>Courtroom:    5<br><br>Complaint Filed:   August 16, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered all papers filed in support of and in opposition to Defendant Uber Technologies, Inc.'s ("Defendant" or "Uber") Motion for Reconsideration of Order Granting in Part Plaintiffs' Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses pursuant to Local Rule 7-9, orders as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration is **GRANTED.** The Court's December 6, 2013 Order (Dkt. 60) is hereby vacated, and Plaintiffs' "Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses" (Dkt. 15) is denied.

**IT IS SO ORDERED.**

Dated: April ____, 2014         By _____
                                   HONORABLE EDWARD M. CHEN
                                   UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1

[PROPOSED] ORDER GRANTING DEF'S
MOTION FOR RECONSIDERATION
No. 13-03826-EMC