| | |
|---|---|
| 1 | ROBERT JON HENDRICKS, State Bar No. 179751 |
| | STEPHEN L. TAEUSCH, State Bar No. 247708 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market Street, Spear Street Tower |
| 3 | San Francisco, California 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | rhendricks@morganlewis.com |
| 5 | staeusch@morganlewis.com |

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
JOHN EARL DUKE, *pro hac vice*
(jduke@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MONIQUE OLIVIER (SBN 190385)
(monique@dpolaw.com)
DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone:    (415) 433-0333
Facsimile:    (415) 449-6556

Attorneys for Plaintiffs
DOUGLAS O'CONNOR and THOMAS COLOPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR and THOMAS COLOPY, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES, <br><br> Defendants. | Case No. CV 13-03826-EMC <br><br> **[PR~~OPO~~SED] ORDER CONTINUING JUNE 12, 2014 CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:   August 16, 2013 |

1  **[PROPOSED] ORDER**

2  The Parties' requested continuance of the June 12, 2014 further Case Management
3  Conference scheduled for 10:30 a.m. is hereby GRANTED.  The new date and time for the
4  further case management conference is July 10, 2014 at 10:30 a.m.
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  Dated: ___5/19/14_____          _____
8  　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

GRANTED

Judge Edward M. Chen