1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  THOMAS M. PETERSON (SBN 96011)
   STEPHEN L. TAEUSCH (SBN 247708)
3  CAITLIN V. MAY (SBN 293141)
   One Market, Spear Street Tower
4  San Francisco, CA  94105
   Telephone:  (415) 442-1000
5  Facsimile:  (415) 442-1001
   rhendricks@morganlewis.com
6  tmpeterson@morganlewis.com
   staeusch@morganlewis.com
7  cmay@morganlewis.com

8  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | DOUGLAS O'CONNOR, THOMAS COLOPY, | Case No. 13-03826-EMC
   | DAVID KHAN, MATTHEW MANAHAN,     |
14 | WILSON ROLLE, JR., and WILLIAM   | **NOTICE OF APPEAL OF DEFENDANT**
   | ANDERSON individually and on behalf of all | **UBER TECHNOLOGIES, INC.**
15 | others similarly situated,       |

16              Plaintiffs,

17         v.

18  UBER TECHNOLOGIES, INC.,

19              Defendant.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

NOTICE OF APPEAL
Case No. 13-03826-EMC

DB2/ 25109205.2

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant Uber Technologies, Inc. ("Uber"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part Plaintiffs' "Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses" [Dkt. No. 60], entered on December 6, 2013, and the Amended Order Denying Defendant's Motion for Reconsideration [Dkt. No. 99], entered on May 2, 2014, and disposing of defendants' Motion for Reconsideration [Dkt. No. 79], which was filed on March 3, 2014, and which the Court agreed to entertain, per its order filed on December 20, 2013 [Dkt. No. 67].

Dated: June 2, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Robert Jon Hendricks*
Robert Jon Hendricks
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24557697.1

1

NOTICE OF APPEAL
Case No. 13-03826-EMC