MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
THOMAS M. PETERSON (SBN 96011)
STEPHEN L. TAEUSCH (SBN 247708)
CAITLIN V. MAY (SBN 293141)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
rhendricks@morganlewis.com
tmpeterson@morganlewis.com
staeusch@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 13-03826-EMC<br><br>**NOTICE OF APPEAL OF DEFENDANT UBER TECHNOLOGIES, INC.** |

| | |
|---|---|
| 1 | **TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **NOTICE IS HEREBY GIVEN** that Defendant Uber Technologies, Inc. ("Uber"), hereby |
| 3 | appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part |
| 4 | Plaintiffs' "Renewed Emergency Motion for Protective Order to Strike Arbitration Clauses" [Dkt. |
| 5 | No. 60], entered on December 6, 2013, and the Amended Order Denying Defendant's Motion for |
| 6 | Reconsideration [Dkt. No. 99], entered on May 2, 2014, and disposing of defendants' Motion for |
| 7 | Reconsideration [Dkt. No. 79], which was filed on March 3, 2014, and which the Court agreed to |
| 8 | entertain, per its order filed on December 20, 2013 [Dkt. No. 67]. |

Dated: June 2, 2014                     MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Robert Jon Hendricks*
    Robert Jon Hendricks
    Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24557697.1

1

NOTICE OF APPEAL
Case No. 13-03826-EMC