UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*, | No. C-13-3826 EMC |
| Plaintiffs, | |
| v. | **ORDER RE DEFENDANT'S CORRECTIVE NOTICES** |
| UBER TECHNOLOGIES, INC., *et al.*, | **(Docket No. 109)** |
| Defendants. | |

Before the Court are Uber's revised proposed corrective notices and licensing agreement. Docket No. 109. In response to Uber's requests, the Court orders as follows:

(1) Uber shall send the "advance notice" as it initially proposed. Drivers are more likely to take note of the changes to the licensing agreement if a notice is sent in advance.

(2) Uber may exclude Plaintiffs' counsel's contact information from the licensing agreement (but shall include it in the "advance notice" and the second notice that accompanies the licensing agreement).

The Court has made corrections (highlighted) to the revised proposed corrective notices and licensing agreement. Uber shall issue the documents as corrected.

IT IS SO ORDERED.

Dated: June 18, 2014

_____
EDWARD M. CHEN
United States District Judge