```
 1  ROBERT JON HENDRICKS, State Bar No. 179751
    STEPHEN L. TAEUSCH, State Bar No. 247708
 2  CAITLIN V. MAY (SBN 293141)
    MORGAN, LEWIS & BOCKIUS LLP
 3  One Market Street, Spear Street Tower
    San Francisco, California 94105-1126
 4  Tel:  415.442.1000
    Fax:  415.442.1001
 5  rhendricks@morganlewis.com
    staeusch@morganlewis.com
 6  cmay@morganlewis.com

 7  Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
 8
    SHANNON LISS-RIORDAN, pro hac vice
 9  (sliss@llrlaw.com)
    LICHTEN & LISS-RIORDAN, P.C.
10  100 Cambridge Street, 20th Floor
    Boston, MA 02114
11  Telephone:     (617) 994-5800
    Facsimile:     (617) 994-5801
12
    MONIQUE OLIVIER (SBN 190385)
13  (monique@dplolaw.com)
    DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
14  100 Bush Street, Suite 1800
    San Francisco, CA 94104
15  Telephone:     (415) 433-0333
    Facsimile:     (415) 449-6556
16
    Attorneys for Plaintiffs
17  DOUGLAS O'CONNOR and THOMAS COLOPY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>[~~PROPOSED~~] ORDER CONTINUING OCTOBER 9, 2014 DEADLINE FOR DEFENDANT TO FILE MOTION(S) FOR SUMMARY JUDGMENT<br><br>Complaint Filed:    August 16, 2013 |

[PROPOSED] ORDER CONTINUING
MSJ FILING DEADLINE
(CASE NO. CV 13-03826-EMC)

DB2/ 25272927.2

# [~~PROPOSED~~] ORDER

The Parties' requested continuance of the October 9, 2014 deadline for Defendant to file its Motion(s) for Summary Judgment to October 16, 2014 is hereby GRANTED. Plaintiffs' opposition is due on or before November 6, 2014, Defendant's reply is due on or before November 26, 2014, and the hearing remains set for December 18, 2014 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 15, 2014

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT