MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
STEPHEN L. TAEUSCH (SBN 247708)
CAITLIN V. MAY (SBN 293141)
One Market, Spear Street Tower
San Francisco, California  94105
Telephone:   415.442.1000
Facsimile:   415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone:   (415) 433-0333
Facsimile:   (415) 449-6556

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
DAVID KHAN, MATTHEW MANAHAN, WILSON
ROLLE, JR., and WILLIAM ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 13-03826-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION TO DISMISS PLAINTIFF DAVID KHAN WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 13-03826-EMC

This stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff David Khan ("Khan") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties").

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties to this Stipulation, through their respective counsel of record, that:

1. The Parties hereby warrant that each person whose signature appears hereon has been duly authorized and has full authority to execute this Stipulation on behalf of each of the Parties hereto;

2. Khan shall be dismissed with prejudice as a party plaintiff in the above-captioned action against Uber pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

3. The Parties shall bear their own respective costs and attorneys' fees related to and associated with the claims alleged by Khan, the litigation of those claims, and the dismissal of those claims.

Dated:  September 10, 2014             LICHTEN & LISS-RIORDAN, P.C.

                                       By:   /s/ Shannon Liss-Riordan
                                       Shannon Liss-Riordan, pro hac vice
                                       Attorneys for Plaintiffs

Dated:  September 10, 2014             MORGAN, LEWIS & BOCKIUS LLP

                                       By  /s/Robert Jon Hendricks
                                       Robert Jon Hendricks
                                       Attorneys for Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 13-03826-EMC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Khan is hereby dismissed with prejudice as a party plaintiff in the above-captioned lawsuit against Defendant Uber Technologies, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   9/17/14



_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE

DB2/ 25302569.1