1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  STEPHEN L. TAEUSCH (SBN 247708)
   CAITLIN V. MAY (SBN 293141)
3  One Market, Spear Street Tower
   San Francisco, California 94105
4  Telephone: 415.442.1000
   Facsimile:  415.442.1001
5  rhendricks@morganlewis.com
   staeusch@morganlewis.com
6  cmay@morganlewis.com

7  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 13-03826-EMC<br><br>**DEFENDANT'S NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [DOCKET NO. 149]**<br><br>**[Civil L.R. 7-11, Civil L.R. 6-3]**<br><br>Complaint Filed:   August 16, 2013<br>First Am. Compl. Filed:  May 30, 2014 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25327685.1

1    Plaintiffs Douglas O'Connor, Thomas Colopy, and Matthew Manahan ("Plaintiffs") filed
2 a motion for administrative relief seeking a continuance of the summary judgment briefing
3 schedule and hearing date, and requesting that this Court hear their concurrently filed motion for
4 leave to amend on October 9, 2014. *See* Dkt. No. 149. Defendant Uber Technologies, Inc.
5 ("Defendant") advises the court that it intends to oppose the motion on several grounds within the
6 time allowed by Civil Local Rules 6-3(b) and 7-11(b), and respectfully requests that the Court
7 withhold consideration of Plaintiffs' motion until Defendant has the opportunity to file its
8 response.

Dated:  September 25, 2014                    MORGAN, LEWIS & BOCKIUS LLP


By /s/Stephen L. Taeusch
Stephen L. Taeusch
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25327685.1

1

DEF.'S NOTICE OF INTENT TO OPPOSE
PLAINTIFFS' MOT. FOR ADMIN. RELIEF
CASE NO. 13-03826-EMC