UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*, | No. C-13-3826 EMC |
| Plaintiffs, | |
| v. | **AMENDED ORDER GRANTING PLAINTIFFS' MOTION TO ALTER SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| UBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

On September 24, 2014, Plaintiffs filed two motions in this action. First, Plaintiffs filed a motion for administrative relief to alter the briefing schedule on Defendant's anticipated summary judgment motion. Second, Plaintiffs filed a motion for leave to file a second amended complaint and set an October 9, 2014 hearing date for that motion.

The October 9, 2014 hearing date for Plaintiffs' motion for leave to file an amended complaint is **VACATED**. The hearing is hereby re-noticed for Tuesday, November 4, 2014, at 2:30pm. Defendant's opposition to this motion is due October 8, 2014, and Plaintiff's reply is due October 15, 2014.

Plaintiffs' motion to alter the summary judgment briefing schedule is **GRANTED**. The briefing schedule is modified as follows:

| | |
|---|---|
| **Motion to be filed by**: | November 21, 2014 |
| **Plaintiff's Opposition Due**: | December 15, 2014 |
| **Defendant's Reply Due**: | December 22, 2014 |
| **Motion Hearing Date**: | **January 15, 2015 (at 1:30 p.m.)** |

///

No further modifications, extensions, or continuances of this briefing schedule will be granted.

IT IS SO ORDERED

Dated: September 30, 2014

_____
EDWARD M. CHEN
United States District Judge

2