MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN179751)
STEPHEN L. TAEUSCH (SBN 247708)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.


SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801


MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470


Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
MATTHEW MANAHAN, and ELIE GURFINKEL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC,<br>Defendant. | Case No. CV  13-3826-EMC<br><br>**STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT**<br><br>CASE FILED: AUGUST 16, 2013<br><br>BEFORE THE HON. EDWARD M. CHEN |

STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT

Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to this Court's Order of November 4, 2014, Plaintiffs filed a Second Amended Complaint in this action on November 12, 2014, (Dkt. 199);

2. The Second Amended Complaint added Plaintiff Elie Gurfinkel as a named plaintiff, however Defendant objected to the inclusion of some language in the Second Amended Complaint that it felt alluded to claims already dismissed by this Court;

3. The parties have agreed that Plaintiffs will file a revised Second Amended Complaint that omits the allegedly objectionable language.

Dated: November 17, 2014     LICHTEN & LISS-RIORDAN, P.C.
                             By: /s/ Shannon Liss-Riordan
                             Shannon Liss-Riordan, *pro hac vice*
                             Attorneys for Plaintiffs

Dated: November 17, 2014     MORGAN, LEWIS & BOCKIUS LLP
                             By: /s/Robert Jon Hendricks
                             Robert Jon Hendricks
                             Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on November 17, 2014, on all counsel of record. In compliance with General Order 45 X.B, I hereby attest that Robert Jon Hendricks has concurred in this filing.

/s/ Shannon Liss-Riordan

Shannon Liss-Riordan, Esq.

STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT