| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ROBERT JON HENDRICKS (SBN179751) |
| 2 | STEPHEN L. TAEUSCH (SBN 247708) |
| | One Market, Spear Street Tower |
| 3 | San Francisco, California 94105 |
| | Telephone: 415.442.1000 |
| 4 | Facsimile: 415.442.1001 |
| | rhendricks@morganlewis.com |
| 5 | staeusch@morganlewis.com |
| | cmay@morganlewis.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | UBER TECHNOLOGIES, INC. |
| 8 | |
| 9 | SHANNON LISS-RIORDAN, *pro hac vice* |
| | (sliss@llrlaw.com) |
| 10 | LICTEN & LISS-RIORDAN, P.C. |
| | 729 Boylston Street, Suite 2000 |
| 11 | Boston, MA 02116 |
| | Telephone:    (617) 994-5800 |
| 12 | Facsimile:     (617) 994-5801 |
| 13 | |
| | MATTHEW CARLSON (SBN 273242) |
| 14 | (mcarlson@carlsonlegalservices.com) |
| | Carlson Legal Services |
| 15 | 100 Pine Street, Suite 1250 |
| | San Francisco, CA 94111 |
| 16 | Telephone:    (415) 817-1470 |
| 17 | Attorneys for Plaintiffs |
| 18 | DOUGLAS O'CONNOR, THOMAS COLOPY, |
| | MATTHEW MANAHAN, and ELIE GURFINKEL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC,<br>Defendant. | Case No. CV  13-3826-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT**<br><br>CASE FILED: AUGUST 16, 2013<br><br>BEFORE THE HON. EDWARD M. CHEN |

1

[PROPOSED] ORDER GRANTING STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT

**[PROPOSED] ORDER**

The Parties' request that Plaintiffs be granted leave to file a revised Second Amended Complaint is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____11/26/14_____                    _____

Hon. Ed

2

**[PROPOSED] ORDER GRANTING STIPULATION TO FILE A REVISED SECOND AMENDED COMPLAINT**