FILED

UNITED STATES COURT OF APPEALS

DEC 04 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS O'CONNOR; et al.,  Plaintiffs - Appellees,  v.  UBER TECHNOLOGIES, INC.,  Defendant - Appellant. | No. 14-16078  D.C. No. 3:13-cv-03826-EMC Northern District of California, San Francisco  ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

An asserted basis for jurisdiction is the appeal of injunctive relief under 28 U.S.C. § 1292. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter

ELF/MOATT

an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than December 29, 2014; the answering brief is due January 26, 2015 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b). The parties are reminded to submit electronically formatted excerpts of record along with their briefs and paper copies of the excerpts of record. *See*

http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000639

Failure timely to file the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

ELF/MOATT