ROBERT JON HENDRICKS, State Bar No. 179751
STEPHEN L. TAEUSCH, State Bar No. 247708
CAITLIN V. MAY State Bar No. 293141
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

SHANNON LISS-RIORDAN, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801
sliss@llrlaw.com

MATTHEW CARLSON, State Bar No. 273242
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:     (415) 817-1470
mcarlson@carlsonlegalservices.com

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
MATTHEW MANAHAN, and ELIE GURFINKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>**JOINT STIPULATION AND [P~~RO~~POSED] ORDER GRANTING LEAVE TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY BY ONE DAY**<br><br>Date:          January 29, 2015<br>Time:         1:30 pm<br>Location:   Courtroom 5<br>Judge:       The Honorable Edward M. Chen |

STIP. TO EXTEND DEADLINE TO FILE PLAINTIFFS' OPPOSITION AND DEFENDANT'S REPLY BRIEFS
BY ONE DAY EACH (CASE NO. CV 13-03826-EMC)

DB2/ 25497475.1

1  Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and, Elie Gurfinkel
2  ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, the "Parties"),
3  by and through their respective counsel of record, hereby stipulate and agree as follows:
4  WHEREAS, Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is
5  currently due on December 29, 2014, in the midst of the holiday season and Plaintiffs' counsel's
6  travel plans could be accommodated by filing Plaintiffs' Opposition and accompanying
7  documents one day later on December 30, 2014;
8  WHEREAS, in the interest of fairness, Defendant should receive an additional day to
9  prepare its Reply brief, which is currently due on January 8, 2015,
10 WHEREAS, the parties believe that a one-day delay will not interfere with the Court's
11 review of the briefing in this case prior to the scheduled hearing date of January 29, 2015;
12 IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and
13 Defendant, acting through their respective counsel, subject to this Court's approval, as follows:
14 Plaintiffs' Memorandum of law in Opposition to Defendant's Motion for Summary
15 Judgment shall be filed on December 30, 2014.
16 Defendant's Reply brief in support of its Motion for Summary Judgment shall be filed on
17 January 9, 2015.

19 Dated:  December 18, 2014                LICHTEN & LISS-RIORDAN, P.C.
20                                          By: _/s/ Shannon Liss-Riordan_
21                                              Shannon Liss-Riordan
                                                Attorneys for Plaintiffs
22 Dated:  December 18, 2014                MORGAN, LEWIS & BOCKIUS LLP
23                                          By: _/s/ Robert Jon Hendricks_
24                                              Robert Jon Hendricks
                                                Attorneys for Defendant

1

STIP. TO EXTEND DEADLINES BY ONE DAY
(CASE NO. CV 13-03826-EMC)

DB2/ 25497475.1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____12/19_____, 2014

4  _____

5  Honorable Edward M. Chen
   United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

28

STIP. TO EXTEND DEADLINES BY ONE DAY
2
(CASE NO. CV 13-03826-EMC)

DB2/ 25497475.1

## ECF ATTESTATION

I, Shannon Liss-Riordan, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY BY ONE DAY. In compliance with General Order 45 X.B, I hereby attest that Robert Jon Hendricks has concurred in this filing.

Dated: December 18, 2014               LICHTEN & LISS-RIORDAN, P.C.


                                       By */s/ Shannon Liss-Riordan*
                                       Shannon Liss-Riordan

                                       Attorney for Plaintiffs