1    SHANNON LISS-RIORDAN, *pro hac vice*
     (sliss@llrlaw.com)
2    BENJAMIN J. WEBER, *pro hac vice*
     (bweber@llrlaw.com)
3    LICHTEN & LISS-RIORDAN, P.C.
     729 Boylston Street, Suite 2000
4    Boston, MA 02116
     Telephone:     (617) 994-5800
5    Facsimile:     (617) 994-5801
6
7    MATTHEW CARLSON (SBN 273242)
     (mcarlson@carlsonlegalservices.com)
8    Carlson Legal Services
     100 Pine Street, Suite 1250
9    San Francisco, CA 94111
     Telephone:     (415) 817-1470
10

11                    **UNITED STATES DISTRICT COURT**
12                    **NORTHERN DISTRICT OF CALIFORNIA**

13   DOUGLAS O'CONNOR, THOMAS          Case No. CV 13-3826-EMC
     COLOPY, MATTHEW MANAHAN, and
14   ELIE GURFINKEL, individually and   **DECLARATION OF SHANNON LISS-**
     on behalf of all others similarly situated,   **RIORDAN IN SUPPORT OF PLAINTIFFS'**
15                                      **OPPOSITION TO DEFENDANT UBER**
                                        **TECHNOLOGIES INC.'S MOTION FOR**
16   Plaintiffs,                        **SUMMARY JUDGMENT**

17   v.

18   UBER TECHNOLOGIES, INC,

19   Defendant.

20

21

22

23

24

25

26

27

28                                        1

1    I, Shannon Liss-Riordan, hereby declare:

2  1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and counsel for the Plaintiffs in

3    the above-captioned matter.  I submit this declaration in support of Plaintiffs' Opposition to

4    Defendant Uber Technologies Inc.'s Motion for Summary Judgment.  I have personal knowledge

5    of the information set forth herein.

6  2. Attached hereto as **Exhibit 1** is a true and correct copy of an Uber blog post from December 5,

7    2011, titled "Take Uber's New Logo for a Spin" (GURFINKEL001064-1069).

8  3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the 30(b)(6) deposition

9    of Michael Colman.

10  4. Attached hereto as **Exhibit 3** is a true and correct copy of a document titled "Everyone's Private

11    Driver: The Uber Experience," (COLOPY000901-905), introduced in the deposition of Michael

12    Colman as Exhibit 3.

13  5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Uber's website from

14    May 2012 ( COLOPY000889-890), introduced in the deposition of Ilya Abyzov as Exhibit 15.

15  6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Uber's website from

16    January 2011, introduced in the deposition of Ilya Abyzov as Exhibit 14.

17  7. Attached hereto as **Exhibit 6** is a true and correct copy of a document titled "PARTNERS: Uber

18    SF Onboarding Script" (UBE-OCO00003482-3493), introduced in the deposition of Ilya Abyzov

19    as Exhibit 3.

20  8. Attached hereto as **Exhibit 7** is a true and correct copy of a document titled "When a Taxi Isn't

21    Quick Enough" (UBE-OCO00004052).

22  9. Attached hereto as **Exhibit 8** is a true and correct copy of a Craigslist ad from March 2014,

23    introduced in the deposition of Michael Colman as Exhibit 1.

24  10. Attached hereto as Exhibit 9 is a true and correct copy of an Uber blog post from June 19, 2014,

25    titled "UberX in Los Angeles Is Getting Even Cheaper" (GURFINKEL001070-72).

26  11. Attached hereto as Exhibit 10 is a true and correct copy of an Uber blog post from May 1, 2014,

27    titled "We'll Bet $500 You'll Like Driving With Uber" (GURFINKEL001077-1078).

28

2

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Decision of the California Public Utilities Commission Decision, Adopting Rules and Regulations To Protect Public Safety While Allowing new Entrants to the Transportation Industry, (COLOPY001041-45).

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Plaintiff Thomas Colopy

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document titled "Everyone's Private Driver: The Uber Trip Experience," distributed by Uber's San Francisco office (UBE-OCO00003421-3431), and introduced in the deposition of Ilya Abyzov as Exhibit 7.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Scott Simpson and attached transcripts of Uber training videos (GURFINKEL000922-930).

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document titled "Transportation Provider Service Agreement," (UBE-OCO00001677-1692), and introduced in the deposition of Matthew Manahan as Exhibit 15.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a documents titled "Driver Addendum Related to Uber Services" and "Software License and Online Services Agreement," UBE-OCO00001136-53).

18. Attached hereto as **Exhibit 17** is a true and correct copy of an email sent by Uber to Plaintiff Douglas O'Connor on September 12, 2013, titled "Your Guide to the Rating System (Part 1 of 2)" introduced in the deposition of Ilya Abyzov as Exhibit 9.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition of William Barnes.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition of Plaintiff Douglas O'Connor.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document titled "Interior Vehicle Cleanliness" (UBE-OCO00006734-40).

3

22. Attached hereto as **Exhibit 21** is a true and correct copy of en email thread with an Uber driver regarding his deactivation, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009490-94).

23. Attached hereto as **Exhibit 22** is a true and correct copy of en email thread with an Uber driver regarding his deactivation, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009444-45).

24. Attached hereto as **Exhibit 23** is a true and correct copy of a spreadsheet regarding driver deactivations, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009282-86).

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email received by Plaintiff Matt Manahan on May 14, 2013, introduced in the deposition of William Barnes as Exhibit 2.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an email between Uber personnel regarding a driver's deactivation, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009304).

27. Attached hereto as **Exhibit 26** is a true and correct copy of an email between Uber personnel regarding a driver's deactivation, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009301).

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email from Uber personnel to a driver regarding his deactivation, marked by Defendant as "confidential" pursuant to the parties' stipulated protective order (UBE-OCO00009305).

29. Attached hereto as **Exhibit 28** is a true and correct copy of an undated email titled "Starting Your Application" (UBE-OCO00007418-19).

30. Attached hereto as **Exhibit 29** is a true and correct copy of an email sent to Douglas O'Connor by Uber on February 6, 2013 by Uber (UBE-OCO00000208-10).

31. Attached hereto as **Exhibit 30** is a compilation of examinations administered to drivers in California, marked by Defendant as "confidential" pursuant to the parties' stipulated protective

4

order (UBE-OCO00007367-82, UBE-OCO00007341-66, UBE-OCO00007540-44, UBE-OCO00006788-89).

32. Attached hereto as **Exhibit 31** is a true and correct copy of an email from partnersSF@uber.com (Uber San Francisco) dated July 9, 2014, titled "Uber SF: New Uber Black Training - UPDATE" (COLOPY000906-909).

33. Attached hereto as **Exhibit 32** is a true and correct copy of a compilation of emails between 7 x7 Executive Transportation personnel and Uber personnel, marked by third-party 7 x7 Executive Transportation as "confidential" pursuant to the parties' stipulated protective order (7x7_Executive_Transportation_000420, 7x7_Executive_Transportation_000421, 7x7_Executive_Transportation_000453-55, 7x7_Executive_Transportation_000474-76, 7x7_Executive_Transportation_000527).

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document titled "7 x 7 Executive Transportation Uber Black Driver Final Examination," marked by third-party 7 x7 Executive Transportation as "confidential" pursuant to the parties' stipulated protective order (7x7_Executive_Transportation_000602-614).

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Plaintiff Matthew Manahan.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a compilation of documents regarding Uber's trade dress, (UBE-OCO00007269-70, UBE-OCO00008040-41, UBE-OCO00008311-12).

37. Attached hereto as **Exhibit 36** is a true and correct copy of an email sent by Uber to Plaintiff Elie Gurfinkel on May 14, 2014, titled "Better Insurance, Any Time You're Online" (GURFINKEL000056-58).

38. Attached hereto as **Exhibit 37** is a true and correct copy of portions of the Uber website as of January 14, 2013 (UBE-OCO00004137-4139).

39. Attached hereto as **Exhibit 38** is a true and correct copy of an email thread between Plaintiff Elie Gurfinkel and Matt Whiffen of Uber dated from August 3, 2014 to September 14, 2014, titled "Re: Re: Pricing" (GURFINKEL000019-31).

40. Attached hereto as **Exhibit 39** is a true and correct copy of an email thread between Plaintiff Matthew Manahan and Thierry of Uber, dated  September 13, 2014, through September 18, 2014, titled "Re: 9 of my 13 rides this week" (MAN000726-27).

41. Attached hereto as **Exhibit 40** is a true and correct copy of a compilation of job postings (COLOPY000955-963).

42. Attached hereto as **Exhibit 41** is a true and correct copy of an Uber promotional email (UBE-OCO00007526-27).

43. Attached hereto as **Exhibit 42** is a true and correct copy of an Uber promotional email (UBE-OCO00007488-90).

44. Attached hereto as **Exhibit 43** is a true and correct copy of an email thread between Plaintiff Matthew Manahan and Thierry of Uber, dated  September 22, 2014, through September 28, 2014, titled "Re: are there any sign up bonus" (MAN000731).

45. Attached hereto as **Exhibit 44** is a true and correct copy of an email received by Plaintiff Elie Gurfinkel from Uber on February 12, 2014, titled "You Wanted to Drive UberBLACK, These Companies Want You!" (GURFINKEL000648-49).

46. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from Plaintiff Douglas O'Connor's Interrogatory Responses.

47. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the deposition of Plaintiff Elie Gurfinkel.

48. Attached hereto as **Exhibit 47** is a true and correct copy of an email sent by Uber to an Uber partner regarding the deactivation of a driver on his account, dated January 7, 2013 (COLOPY001006).

6

49. Attached hereto as **Exhibit 48** is a compilation of declarations from Uber drivers with their accompanying exhibits:

- Attached hereto as **Exhibit 48A** is a true and correct copy of the Declaration of Guy Gottlieb with Exhibits (COLOPY001220-1272).

- Attached hereto as **Exhibit 48B** is a true and correct copy of the Declaration of Abdel Sdaigui with Exhibits (COLOPY001207-1215).

- Attached hereto as **Exhibit 48C** is a true and correct copy of the Declaration of Steven Kirshbaum with Exhibits (GURFINKEL000947-974).

- Attached hereto as **Exhibit 48D** is a true and correct copy of the Declaration of Sherry Singer with Exhibits (GURFINKEL000975-992).

- Attached hereto as **Exhibit 48E** is a true and correct copy of the Declaration of Paul Yoon with Exhibits (GURFINKEL000993-1006).

- Attached hereto as **Exhibit 48F** is a true and correct copy of the Declaration of Khayal Wazir with Exhibits (GURFINKEL001023-32).

- Attached hereto as **Exhibit 48G** is a true and correct copy of the Declaration of Ahmad Abusultan with Exhibits (GURFINKEL001023-32).

- Attached hereto as **Exhibit 48H** is a true and correct copy of the Declaration of Tadj Correia with Exhibits (GURFINKEL001023-32).

- Attached hereto as **Exhibit 48I** is a true and correct copy of the Declaration of Mohammad Zadran with Exhibits (GURFINKEL001012-18).

- Attached hereto as **Exhibit 48J** is a true and correct copy of the Declaration of Luke Watts with Exhibits (GURFINKEL001019-22).

- Attached hereto as **Exhibit 48K** is a true and correct copy of the Declaration of Tom O'Neal with Exhibit (COLOPY001288-1301).

7

- Attached hereto as **Exhibit 48L** is a true and correct copy of the Declaration of Oscar Lopez with Exhibit (GURFINKEL001007-1011).

- Attached hereto as **Exhibit 48M** is a true and correct copy of the Declaration of Crystal La Pietra with Exhibits (GURFINKEL001043-51).

- Attached hereto as **Exhibit 48N** is a true and correct copy of the Second Declaration of Oscar Lopez with Exhibits (GURFINKEL001302-10).

50. Attached hereto as **Exhibit 49** is a true and correct copy of a Payment Statement for Plaintiff Elie Gurfinkel for the week of July 28, 2014 through August 4, 2014, produced by Defendant as UBE-OCO00008728-34.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2014, at Boston, Massachusetts

By: _____
Shannon Liss-Riordan, Esq.