JAMES PARTON, ESQ. State Bar No.:77698
PARTON | SELL | RHOADES
A Professional Corporation
900 Larkspur Landing Circle, Suite 150
Larkspur, CA 94939
Telephone: (415) 258-9700
Facsimile: (415) 258-9739
Email: jparton@partonsell.com

Attorneys for Third Party, 7x7 Executive Transportation LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>DECLARATION OF MARK FORESTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Complaint Filed: August 16, 2013 |

I, Mark Forester, declare:

1. I am Chief Executive Officer of 7x7 Executive Transportation LLC ["7x7"].

2. 7x7 provides private executive transportation under the 7x7 brand. It has also been an Uber Partner. A major, and growing, part of 7x7's business is providing training to other drivers. Virtually all of the drivers to whom 7x7 provides training drive for Uber.

3. In early November 2014, 7x7 received a subpoena to produce documents in this lawsuit. 7x7 ultimately produced 968 pages of documents. Before producing those documents, 7x7 negotiated a modification to the existing stipulated protective order so that the documents it produced could be designated and protected as "CONFIDENTIAL." 7x7 would have sought a protective order had the parties been unwilling to agree to the modified protective order.

1

DECLARATION OF MARK FORESTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. CV 13-03826-EMC

4. Plaintiffs' motion identifies various pages from the 7x7 production as subject to its administrative motion to file documents under seal. The documents identified are, or contain, confidential information the disclosure of which could cause significant competitive harm to 7x7. 7x7 has taken and continues to take efforts that are reasonable under the circumstances to maintain its secrecy.

5. The documents fall broadly into three classes:

(a) Emails which contain confidential information regarding training techniques, topics, content and curriculum, pricing and training volume (7x7_Executive_Transportation_000420, 7x7_Executive_Transportation_000421, 7x7_Executive_Transportation_000453-55, 7x7_Executive_Transportation_000474-76, 7x7_Executive_Transportation_000527);

(b) A copy of 7x7's copyrighted "Uber Black Driver Final Examination" (7x7_Executive_Transportation_000602-605); and

(c) A copy of 7x7's copyrighted "Uber Black Driver Curriculum" (7x7_Executive_Transportation_000606-614).

6. The 7x7 Executive Transportation Driver Training course was developed by 7x7 to train its own Uber drivers. Hundreds of hours of analysis were devoted to studying the training needs of our drivers, based on studying tens of thousands of hours of driving results. The mix of geographic knowledge, professionalism and safety was carefully crafted to meet the needs of our own drivers, especially those who struggled in their first weeks as Uber drivers. When Uber became aware of our training program, they requested that we make it available to other partners' drivers. At first we declined to offer this training as we did not want to give our competitors the advantages of the specialized training that we had created. Some months later, Uber reiterated the request, and we developed a modified version of our own training. The ""7 x 7 Executive Transportation Uber Black Driver Curriculum" is an outline of the training.

7. This training contains specially designed mnemonic devices that were developed

2

DECLARATION OF MARK FORESTER IN
SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
Case No. CV 13-03826-EMC

to increase retention in the Uber driver community. These mnemonic devices are discoverable in the "7 x 7 Executive Transportation Uber Black Driver Final Examination".

8. If these materials were to be made public, 7x7 would have its teaching methods and specially developed mnemonic concepts revealed, and it would result in damage to its competitive advantage against other entities who may desire to compete against it.

9. 7x7 first offered its Executive Transportation Driver Training course in San Francisco. It subsequently began offering the Driver Training course in Los Angeles. 7x7 is in the process of offering its Driver Training course in several other cities in other parts of the United States. 7x7 has made and continues to make a substantial investment of time and money in development and improvement of the Driver Training course and in adding additional cities in which the Driver Training course may be taken.

10. To my knowledge, there is no other company that is currently offering a similar Driver Training course in California or in any of the cities into which 7x7 plans to expand. If the designated documents are not filed under seal, they would provide a potential competitor with a head start in creating its own Driver Training course and in setting the pricing for such a course.

11. 7x7 takes reasonable steps to maintain the confidentiality of this information. All students are required to sign a non-disclosure agreement as a condition of taking the course. That agreement states: "7x7 and Student agree that in exchange for the course fee, 7x7 will provide the Student with Uber Driver training. The training is provided on a one time basis and is for the sole use of the Student. The Student acknowledges that the 7x7 course material represents proprietary information of 7x7 and agrees not to reproduce or publish the material in any form." Additionally, 7x7 does not permit any student to take the final examination home. Likewise, all trainers sign an employment agreement and a Confidential And Proprietary Information And Invention Agreement which commit the trainer/employee to maintain the confidentiality of 7x7's confidential proprietary materials both during and after their employment.

12. For the foregoing reasons, 7x7 believes that the documents designated by Plaintiffs

3

DECLARATION OF MARK FORESTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. CV 13-03826-EMC

should be ordered filed under seal and requests that the court so order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed in _____San Francisco_____, California on January 5, 2015.

_____
Mark Forester

DECLARATION OF MARK FORESTER IN
SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
Case No. CV 13-03826-EMC

4