MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
SACHA M. STEENHOEK (SBN 253743)
CAITLIN V. MAY (SBN 293141)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
rhendricks@morganlewis.com
ssteenhoek@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 13-03826-EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. 13-03826-EMC

1  **TO THE CLERK OF COURT, AND TO ALL PARTIES AND COUNSEL OF**
2  **RECORD:**
3      Pursuant to Civil Local Rule 5-1(c), notice is hereby given that, subject to the Court's
4  approval, Defendant UBER TECHNOLOGIES, INC. substitutes Sacha M. Steenhoek of Morgan,
5  Lewis & Bockius LLP as their counsel of record in place of Stephen L. Taeusch of Morgan,
6  Lewis & Bockius LLP. Copies of all briefs, motions, orders, correspondence, and other papers
7  filed by or with the Court may be served on Sacha M. Steenhoek at the above-listed address.

Dated: March 26, 2015            MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Sacha M. Steenhoek*
      Sacha M. Steenhoek
      Attorneys for Defendant
      UBER TECHNOLOGIES, INC.