GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
  mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 13-03826-EMC<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Complaint Filed:            8/16/2013<br>First Am. Complaint Filed:   5/30/2014<br>Second Am. Complaint Filed: 11/12/2014 |

PLEASE TAKE NOTICE that Defendant Uber Technologies, Inc. ("Uber") hereby substitutes Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, and Theane D. Evangelis of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California, 90071, and Joshua S. Lipshutz of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, California, 94105, as counsel for Uber in the above-captioned matter in place of Robert J. Hendricks, Sacha M. Steenhoek, and Caitlin V. May of the law firm Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105.

Pursuant to such substitution, Uber hereby requests that all notices, filings and other documents in this action be served on the following counsel:

> Gibson, Dunn & Crutcher LLP
> Theodore J. Boutrous, Jr. (lead counsel)
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile:  213.229.7520
> Email:       tboutrous@gibsondunn.com
>
> Gibson, Dunn & Crutcher LLP
> Debra Wong Yang
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile:  213.229.7520
> Email:       dwongyang@gibsondunn.com
>
> Gibson, Dunn & Crutcher LLP
> Marcellus A. McRae
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile:  213.229.7520
> Email:       mmcrae@gibsondunn.com
>
> Gibson, Dunn & Crutcher LLP
> Theane D. Evangelis
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile:  213.229.7520
> Email:       tevangelis@gibsondunn.com
>
> Gibson, Dunn & Crutcher LLP
> Joshua S. Lipshutz
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105-0921
> Telephone: 415.393.8200
> Facsimile:  415.393.8306
> Email:       jlipshutz@gibsondunn.com

Please update service lists, and direct all future filings, discovery, and correspondence to Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, and Joshua S. Lipshutz.

The undersigned parties consent to the above substitution of counsel.

DATED: April 13, 2015          UBER TECHNOLOGIES, INC.

By: _____/s/_____
ABBY HORRIGAN

DATED: April 13, 2015          MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
ROBERT JON HENDRICKS

DATED: April 13, 2015          GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
THEODORE J. BOUTROUS, JR.

Attorneys for Uber Technologies, Inc.

**ATTESTATION:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: _____      _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

# DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On April 13, 2015, I served the within:

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on April 13, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on April 13, 2015, at San Francisco, California.

/s/
Suzanne Maruschak