```
 1  GIBSON, DUNN & CRUTCHER LLP
    THEODORE J. BOUTROUS, JR., SBN 132099
 2    tboutrous@gibsondunn.com
    DEBRA WONG YANG, SBN 123289
 3    dwongyang@gibsondunn.com
    MARCELLUS A. MCRAE, SBN 140308
 4    mmcrae@gibsondunn.com
    THEANE D. EVANGELIS, SBN 243570
 5    tevangelis@gibsondunn.com
    333 South Grand Avenue
 6  Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
 7  Facsimile:  213.229.7520

 8  JOSHUA S. LIPSHUTZ, SBN 242557
      jlipshutz@gibsondunn.com
 9  555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
10  Telephone: 415.393.8200
    Facsimile:  415.393.8306
11
    Attorneys for Defendant
12  UBER TECHNOLOGIES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 13-03826-EMC<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Complaint Filed:            8/16/2013<br>First Am. Complaint Filed:   5/30/2014<br>Second Am. Complaint Filed: 11/12/2014 |

PLEASE TAKE NOTICE that Defendant Uber Technologies, Inc. ("Uber") hereby substitutes Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, and Theane D. Evangelis of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California, 90071, and Joshua S. Lipshutz of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, California, 94105, as counsel for Uber in the above-captioned matter in place of Robert J. Hendricks, Sacha M. Steenhoek, and Caitlin V. May of the law firm Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105.

1    Pursuant to such substitution, Uber hereby requests that all notices, filings and other
2    documents in this action be served on the following counsel:

3    Gibson, Dunn & Crutcher LLP
     Theodore J. Boutrous, Jr. (lead counsel)
4    333 South Grand Avenue
     Los Angeles, CA 90071-3197
5    Telephone: 213.229.7000
     Facsimile:  213.229.7520
6    Email:      tboutrous@gibsondunn.com

7    Gibson, Dunn & Crutcher LLP
     Debra Wong Yang
8    333 South Grand Avenue
     Los Angeles, CA 90071-3197
9    Telephone: 213.229.7000
     Facsimile:  213.229.7520
10   Email:      dwongyang@gibsondunn.com

11   Gibson, Dunn & Crutcher LLP
     Marcellus A. McRae
12   333 South Grand Avenue
     Los Angeles, CA 90071-3197
13   Telephone: 213.229.7000
     Facsimile:  213.229.7520
14   Email:      mmcrae@gibsondunn.com

15   Gibson, Dunn & Crutcher LLP
     Theane D. Evangelis
16   333 South Grand Avenue
     Los Angeles, CA 90071-3197
17   Telephone: 213.229.7000
     Facsimile:  213.229.7520
18   Email:      tevangelis@gibsondunn.com

19   Gibson, Dunn & Crutcher LLP
     Joshua S. Lipshutz
20   555 Mission Street, Suite 3000
     San Francisco, CA 94105-0921
21   Telephone: 415.393.8200
     Facsimile:  415.393.8306
22   Email:      jlipshutz@gibsondunn.com

23

24   Please update service lists, and direct all future filings, discovery, and correspondence to
25   Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, and Joshua
26   S. Lipshutz.

27
28

Gibson, Dunn &
Crutcher LLP

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; CASE NO. 13-03826-EMC

1  The undersigned parties consent to the above substitution of counsel.

2  DATED: April 13, 2015           UBER TECHNOLOGIES, INC.

3

4
                                   By:  _____/s/_____
5                                           ABBY HORRIGAN

6

7  DATED: April 13, 2015           MORGAN, LEWIS & BOCKIUS LLP

8

9                                  By:  _____/s/_____
                                        ROBERT JON HENDRICKS
10

11
    DATED: April 13, 2015           GIBSON, DUNN & CRUTCHER LLP
12

13
                                    By:  _____/s/_____
14                                         THEODORE J. BOUTROUS, JR.

15                                  Attorneys for Uber Technologies, Inc.

16

17

18     **ATTESTATION:**  The filer of this document attests that the concurrence of the other

19  signatories thereto has been obtained.

20

21  The above substitution of counsel is approved and IT IS SO ORDERED.

22

23
                 4/14/15
24  DATED: _____        _____
                                          HONORABLE EDWARD M. CHEN
25                                        UNITED STATES DISTRICT COURT JUDGE

26                                        [Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

27

28

# DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On April 13, 2015, I served the within:

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on April 13, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on April 13, 2015, at San Francisco, California.

/s/
Suzanne Maruschak