GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
    tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
    dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
    mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
    dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
    jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
    kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO.  13-03826-EMC<br><br>**NOTICE OF FILING OF STIPULATION**<br><br>Complaint Filed:           8/16/2013<br>First Am. Complaint Filed:   5/30/2014<br>Second Am. Complaint Filed: 11/12/2014 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's request on May 14, 2015, Defendant Uber Technologies, Inc. ("Uber") hereby files this Notice of Filing of Stipulation in the case entitled *Price v. Uber Technologies, Inc. et al.*, Case No. BC 554512, Los Angeles Superior Court (Hon. Amy D. Hogue presiding). *See* Ex. A.  The stipulation confirms that Plaintiff Price, the sole named plaintiff in that case, is "not subject to or bound by any arbitration provision or arbitration agreement with Defendant UBER and/or Defendant RASIER." *Id.*  Accordingly, there will be no motion to compel arbitration of Plaintiff Price's claims—including his claim for alleged violations of the Private Attorneys General Act ("PAGA"), California Labor Code Section 2698, *et seq.*, based on alleged underlying violations of, *inter alia*, California Labor Code Sections 351 (Gratuities Law) and 2802 (Reimbursement Law).  *See id.*; *see also* Ex. B (Complaint in *Price v. Uber Technologies, Inc. et al.*, Case No. BC 554512) at 27, 29 (asserting Plaintiff Price's PAGA claim).  The stipulation therefore further supports denial of the *O'Connor* Plaintiffs' Motion For Leave to File a Third Amended Complaint.  *See* Dkt. 253; *see also* Trans. of Proceedings, April 15, 2015 at 6:14-9:24 ("Mr. Boutrous: … [I]t's better for the individuals that counsel seeks to represent and plaintiffs seek to represent and the State of California to have the PAGA claims proceed in the California state action, which was the first case to raise the PAGA claims and, therefore, it covers a broader period.").

DATED:  May 20, 2015     GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____

KEVIN J. RING-DOWELL

Attorneys for UBER TECHNOLOGIES, INC.

**DECLARATION OF SERVICE**

I, Robin McBain, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California, 90071, in said County and State. On May 20, 2015, I served the within:

**NOTICE OF FILING OF STIPULATION**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 20, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on May 20, 2015, at Los Angeles, California.

/s/

Robin McBain