# EXHIBIT 12

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# Summary of Putative Class Members' Declarations

Frequency By Which Driver Uses The Uber App[1]

| Issue | Declarations |
|---|---|
| Driver typically uses the Uber App 1 day per week or less | Arayi (Los Angeles) Decl. ¶ 4 (uses App once per month); Armstrong (Los Angeles) Decl. ¶ 2 (used App twice in three months); Forester (San Francisco) Decl. ¶ 24 (uses App less than once per month); Keller (San Francisco) Decl. ¶ 7 (uses App "a couple times per month"); Lipski (Los Angeles) Decl. ¶ 3 (uses App once per week) |
| Driver typically uses the Uber App 2-3 days per week | Abbas (San Francisco) Decl. ¶ 11; Armentrout (San Francisco) Decl. ¶ 4; Bhangal (San Francisco) Decl. ¶ 8; Chouteau (Los Angeles) Decl. ¶ 7; Cumen (Los Angeles) Decl. ¶ 6; Devora (San Francisco) Decl. ¶ 5; Evans, L. (Los Angeles) Decl. ¶ 4; Faelnar Te (Los Angeles) Decl. ¶ 2; Gonzales (Los Angeles) Decl. ¶ 3; Hale (San Diego) Decl. ¶ 5; Ishida (San Francisco) Decl. ¶ 5; Khaira (San Francisco) Decl. ¶ 4; Lestienne (San Francisco) Decl. ¶ 13; Lincoln (San Diego) Decl. ¶ 3; Lodhi (San Francisco) Decl. ¶ 4; Malakayad (Los Angeles) Decl. ¶ 8; Mani (Los Angeles) Decl. ¶ 3; Melhus (San Francisco) Decl. ¶ 4; Osuna (San Diego) Decl. ¶ 4; Paredes (Los Angeles) Decl. ¶ 6; Parker (Los Angeles) Decl. ¶ 4; Savage (San Diego) Decl. ¶ 5; Sellz (Los Angeles) Decl. ¶ 12; Sternfeld (San Francisco) Decl. ¶ 7; Summers (San Diego) Decl. ¶ 3; Sundeen (San Francisco) Decl. ¶ 8; Swenson (San Francisco) Decl. ¶ 24; Thurston (San Francisco) Decl. ¶ 6; Venegas (Los Angeles) Decl. ¶ 3; Yohannes (San Francisco) Decl. ¶ 6 |

---

[1] Note: If a driver's reported Uber App usage fell between two ranges, his or her declaration was placed into the higher range.

| Issue | Declarations |
|---|---|
| Driver typically uses the Uber App 4-5 days per week | Adams (San Francisco) Decl. ¶ 4; Almuhtaseb (Los Angeles) Decl. ¶ 4; Alshadud (San Francisco) Decl. ¶ 4; Baker (San Diego) Decl. ¶ 5; Barry (San Francisco) Decl. ¶ 5; Baruti (San Francisco) Decl. ¶ 10; Blitzer (Los Angeles) Decl. ¶ 4; Briner (San Francisco) Decl. ¶ 5; Bushore (San Francisco) Decl. ¶ 5; Caballero, V. (Los Angeles) Decl. ¶ 4; Caldwell, B. (San Diego) Decl. ¶ 5; Camacho, A. (Los Angeles) Decl. ¶ 5; Carr (Los Angeles) Decl. ¶ 7; Close (San Diego) Decl. ¶ 9; De Silva (Los Angeles) Decl. ¶ 3; Deming (Los Angeles) Decl. ¶ 4; Dico Jr. (Los Angeles) Decl. ¶ 7; Dorsie (San Francisco) Decl. ¶ 8; Easton (Los Angeles) Decl. ¶ 2; Elkhartami (San Francisco) Decl. ¶ 4; Enriquez (Los Angeles) Decl. ¶ 6; Galloway (Los Angeles) Decl. ¶ 8; Gandhi (San Francisco) Decl. ¶ 6; Garcia (Los Angeles) Decl. ¶ 6; Gebretensia (San Diego) Decl. ¶ 7; Guizar (Los Angeles) Decl. ¶ 4; Haswang (Los Angeles) Decl. ¶ 4; Hsu (San Francisco) Decl. ¶ 7; Hurtado (San Francisco) Decl. ¶ 5; Jimenez, J. (Los Angeles) Decl. ¶ 3; Kellogg (San Francisco) Decl. ¶ 14; Kempton (Los Angeles) Decl. ¶ 7; Kidany (Los Angeles) Decl. ¶ 5; Kirz (Los Angeles) Decl. ¶ 3; Lantsman (San Francisco) Decl. ¶ 7; Lockhart (San Diego) Decl. ¶ 4; Mahoney (Los Angeles) Decl. ¶ 3; Matoco (San Francisco) Decl. ¶ 7; McGourty (San Francisco) Decl. ¶ 7; Mekonnen, T. (San Francisco) Decl. ¶ 9; Moore (San Francisco) Decl. ¶ 14; Mucenic (Los Angeles) Decl. ¶ 7; Mughannam (San Francisco) Decl. ¶ 6; Negash (San Francisco) Decl. ¶ 8; Paez (Los Angeles) Decl. ¶ 4; Paulus (San Francisco) Decl. ¶ 4; Pitino (San Diego) Decl. ¶ 10; Proano (Los Angeles) Decl. ¶ 5; Rabbani (San Francisco) Decl. ¶ 12; Ramirez, N. (Los Angeles) Decl. ¶ 3; Ratabumusu (San Francisco) Decl. ¶ 9; Roinashvili (Los Angeles) Decl. ¶ 4; Saenz (San Francisco) Decl. ¶ 8; Saint Clair (Los Angeles) Decl. ¶ 5; Silva, R. (Los Angeles) Decl. ¶ 5; Situmeang (Los Angeles) Decl. ¶ 4; Stubbs (San Diego) Decl. ¶ 9; Tucker (San Diego) Decl. ¶ 7; Uribe (San Francisco) Decl. ¶ 5; Vysniauska (San Francisco) Decl. ¶ 3; Wagner (San Francisco) Decl. ¶ 8; Wezenter (Los Angeles) Decl. ¶ 3; Williams (San Francisco) Decl. ¶ 6; Yirgu (Los Angeles) Decl. ¶ 3 |

| Issue | Declarations |
|---|---|
| Driver typically uses the Uber App 6-7 days per week | Abdi (San Diego) Decl. ¶ 3; Abousleiman (San Francisco) Decl. ¶ 4; Adelantar (San Francisco) Decl. ¶ 9; Algheim (San Francisco) Decl. ¶ 4; Aljuboury (San Diego) Decl. ¶ 7; Arif (San Francisco) Decl. ¶ 7; Azam (San Francisco) Decl. ¶ 4; Baruti (San Francisco) Decl. ¶ 5; Belle (San Francisco) Decl. ¶ 8; Carrigan, Jr. (San Francisco) Decl. ¶ 8; Cheung (San Francisco) Decl. ¶ 7; Chu (San Francisco) Decl. ¶ 6; Cotter (San Francisco) Decl. ¶ 18; Dadforouz (San Diego) Decl. ¶ 7; Doubnov (San Francisco) Decl. ¶ 7; Emmanuelajayi (San Francisco) Decl. ¶ 6; Francisco, R. (San Francisco) Decl. ¶ 4; Ghimire (San Francisco) Decl. ¶ 4; Haig (San Francisco) Decl. ¶ 4; Hakim (San Diego) Decl. ¶ 6; Hassan (San Francisco) Decl. ¶ 16; Herroz (San Diego) Decl. ¶ 3; Hindi (San Diego) Decl. ¶ 3; Hooshnam (San Francisco) Decl. ¶ 9; Janaby (San Francisco) Decl. ¶ 5; Jeiranian (Los Angeles) Decl. ¶ 4; Klarnet (Los Angeles) Decl. ¶ 6; Laguna (San Diego) Decl. ¶ 10; Lindley (San Diego) Decl. ¶ 9; Macias (Los Angeles) Decl. ¶ 5; Marantos (San Diego) Decl. ¶ 3; Marinakis (San Francisco) Decl. ¶ 7; Martinez (Los Angeles) Decl. ¶ 4; Maxwell (Los Angeles) Decl. ¶ 4; Myers (San Diego) Decl. ¶ 3; Ohanian (Los Angeles) Decl. ¶ 6; Oliver (San Francisco) Decl. ¶ 8; Parrish (Los Angeles) Decl. ¶ 4; Perez (San Diego) Decl. ¶ 4; Poolisrezaeih (San Francisco) Decl. ¶ 5; Raza (San Francisco) Decl. ¶ 16; Reed (San Diego) Decl. ¶ 3; Reyes (San Francisco) Decl. ¶ 6; Roashan (San Diego) Decl. ¶ 6; Serpoosh (San Diego) Decl. ¶ 6; Shehata (Los Angeles) Decl. ¶ 4; Silva, E. (San Francisco) Decl. ¶ 11; Simonian (Los Angeles) Decl. ¶ 4; Solomon (San Francisco) Decl. ¶ 5; Stoll (San Francisco) Decl. ¶ 2; Strickler (Los Angeles) Decl. ¶ 5; Subba (San Francisco) Decl. ¶ 6; Thomas (San Francisco) Decl. ¶ 5; Torres (Los Angeles) Decl. ¶ 5; Traore (San Francisco) Decl. ¶ 12; Truesdell (San Diego) Decl. ¶ 6; West (San Francisco) Decl. ¶ 6; Wong (San Francisco) Decl. ¶ 7; Wyohans (San Diego) Decl. ¶ 5; Zafar (San Francisco) Decl. ¶ 8 |
| Driver's usage of the Uber App varies from week to week | Collins, J. (Los Angeles) Decl. ¶ 8; Delakyan (Los Angeles) Decl. ¶ 4 ("[J]ust depend[s] on what I feel like."); Harmina (Los Angeles) Decl. ¶¶ 6, 9; Jajo (San Diego) Decl. ¶ 3 ("Sometimes I use the Uber App every day of the week. Other times I use the Uber App on only a few days a week because I am not in the mood to deal with riders."); Sepanyan (Los Angeles) Decl. ¶ 3 ("Some weeks I will drive five or six days out of the week, and some weeks I won't use it at all."); Stevens (Los Angeles) Decl. ¶ 8 ("My schedule varies widely . . . .") |