# EXHIBIT I

DECLARATION OF MICHAEL COLMAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# Driver Addendum Related To Uber Services

**This Addendum Related to Uber Services (hereafter "Addendum") is hereby entered into by a Driver using ("Subcontractor") and a Transportation Company with which Uber Technologies, Inc. has executed a Software License and Online Services Agreement ("Transportation Company").**

Subcontractor is an independent, for-hire transportation provider and currently maintains a contractual arrangement with Transportation Company to perform passenger carriage services for Transportation Company's customers.

Transportation Company has a separate contractual relationship with Uber Technologies, Inc. ("Uber") to access Uber's Software, through which customers in need of on-demand transportation services ("Users") may connect with Transportation Companies in the business of providing on-demand, professional passenger carriage services (the "Service").

In addition to the transportation services it regularly performs pursuant to its contractual arrangement with Transportation Company, Subcontractor is interested in receiving trip requests through the Service.

Transportation Company and Subcontractor desire to enter into this Addendum to define the terms and conditions under which Subcontractor may receive trip requests through the Service.

Therefore, in consideration of the foregoing, and for other good and valuable consideration, Subcontractor and Transportation Company agree as follows:

**1.    AGREEMENT TO SOFTWARE LICENSE AND ONLINE SERVICES AGREEMENT BETWEEN TRANSPORTATION COMPANY AND UBER:** As a condition of receiving trip requests through the Service, Subcontractor hereby acknowledges and agrees to be bound by the Software License and Online Services Agreement between Transportation Company and Uber, a copy of which has been provided in connection herewith and can be found at www.uber.com and is incorporated by reference as though set forth fully herein.[1]

1.1    Subcontractor understands that the terms "you" and "Transportation Company" as used in the Software License and Online Services Agreement are defined to include Subcontractor, and that the Software License and Online Services Agreement was intended by the parties to bind Subcontractor to the fullest extent permitted by law.

1.2    Subcontractor expressly acknowledges and agrees that, by using or receiving the Service and/or Software, Subcontractor is bound by any future amendments and additions to the Software License and Online Services Agreement or documents incorporated therein.

1.3    Subcontractor acknowledges that he/she currently possesses a valid driver's license and all licenses, permits, and other legal prerequisites necessary to perform the transportation for hire services contemplated by this Addendum, as required by states and/or localities in which he/she operates.

1.4    Subcontractor further agrees that, in order to obtain access to the Service and Software, Subcontractor may be required to submit to a criminal background check, drug test and/or motor vehicle report background search, the result(s) of which must be provided to Uber prior to Subcontractor's access to the Service

---

[1] In the event that the Software License and Online Services Agreement signed between the Transportation Company and Uber contains an arbitration provision, Subcontractor is subject to that arbitration provision.

July 2013                                                   i                                                   UBE-OCO00009612

pursuant to this Addendum, and/or provide proof of authority to operate a motor vehicle to provide commercial transportation services under this Addendum.

**2.     UBER'S STAR-RATING FRAMEWORK:**  As set forth in the Software License and Online Services Agreement, Uber only contracts with Transportation Companies whose personnel offer high quality service and professionalism.  Therefore, Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service.  Subcontractor understands that there is a minimum star-rating Subcontractor must maintain to continue receiving access to the Service and Software.

     2.1     Uber reserves the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Subcontractor from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software. In the event Subcontractor's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means and, in turn, Transportation Company will notify Subcontractor. In the event his/her star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate Subcontractor's access to the Software and Service.

**3.     INDEMNITY:**  Except as otherwise required by law, Subcontractor agrees to indemnify and hold harmless Uber and its Users against any and all liability, including attorneys' fees and other legal expenses, asserted against Uber or its Users arising directly or indirectly from Subcontractor's failure to comply with the provisions of the Software License and Online Services Agreement and this Addendum, exercise legally required due care in the performance of the services contemplated by this Addendum, or comply with all applicable laws, rules, ordinances and other legal requirements (including those relating to the Subcontractor's ownership, maintenance, operation and/or preparation of the equipment used to perform services under this Addendum).

**4.     INSURANCE:**  Subcontractor represents and agrees that he/she has or is otherwise covered by a valid policy of liability insurance (in industry-standard coverage amounts) with respect to Subcontractor's operation of a motor vehicle related to the performance of services contemplated by the Software License and Online Services Agreement and this Addendum.

**5.     DEACTIVATION FROM ACCESS TO THE SOFTWARE AND SERVICE:** Subcontractor understands and agrees that Uber reserves the right to immediately deactivate Subcontractor's access to the Software and Service in the event of any act or omission by Subcontractor which constitutes a material breach of the Software License and Online Services Agreement between Transportation Company and Uber, including but not limited to, the following:

     5.1     Subcontractor's refusal to fully complete a trip after acceptance of a trip request, as described in the Software License and Online Services Agreement, without waiver by the User or Uber.

     5.2     Subcontractor's failure to maintain all license, permits, and insurance coverage required by law and/or this Addendum and/or the Software License and Online Services Agreement.

     5.3     Subcontractor's refusal to reimburse a User or Uber for any damage or injury caused by Subcontractor.

     5.4     A major driving violation, such as a citation for reckless driving, while transporting a User.

     5.5     Intentional misrepresentations by You to a User or Uber, including intentionally taking an indirect route to the User's specified destination.

      5.6      Violation of the Intellectual Property Ownership provision of the Software License and Online Services Agreement.

      5.7      Documented complaint by a User that Subcontractor engaged in conduct that a reasonable person would find physically threatening, highly offensive or harassing.

Subcontractor's deactivation from access to the Software and Service shall not be deemed to alter, modify or waive any separate contractual provision between Transportation Company and Subcontractor, including with respect to termination of their separate contractual arrangement.

**6.**      **RELATIONSHIP BETWEEN UBER AND SUBCONTRACTOR:**  Subcontractor understands that his/her access to the Software and Service are in no way intended to create an employer-employee relationship between Uber and Subcontractor for any purpose.  Subcontractor represents that he/she specifically desires to operate as an independent contractor with respect to the transportation services performed under this Addendum.

**BY CLICKING "I ACCEPT", THE PARTIES HERETO EXPRESSLY ACKNOWLEDGE AND AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THE AGREEMENT, AND FURTHER ACKNOWLEDGE THAT THEY ARE LEGALLY COMPETENT TO ENTER INTO THIS AGREEMENT.**