# EXHIBIT T

DECLARATION OF MICHAEL COLMAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION



*O'Connor v. Uber Technologies, Inc.*, No. CV 13-03826     Colman Ex. T