# EXHIBIT W

DECLARATION OF MICHAEL COLMAN IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**<u>Figure 1</u>**



*O'Connor v. Uber Technologies, Inc.*, No. CV 13-03826          Colman Ex. W

**Figure 2**

