# EXHIBIT X

DECLARATION OF MICHAEL COLMAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Figure 1**



Distribution of California Driver-Partners by % Trips Driven During Surge
Variability Across Drivers

*O'Connor v. Uber Technologies, Inc.*, No. CV 13-03826                                                                 Colman Ex. X

**Figure 2**



Distribution of California Driver-Partners by % Trips Driven During Surge
Variability Across Months for Individual Drivers

*O'Connor v. Uber Technologies, Inc.*, No. CV 13-03826    Colman Ex. X