# EXHIBIT Z

DECLARATION OF MICHAEL COLMAN IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION



Definition:  Number of unique active drivers each month on selected vehicle views (uberX, UberBLACK, or UberSUV) in California. Active driver defined as doing at least one trip in a given month. "Other" includes uberXL, UberPOOL, UberPLUS, WAV, LUX, UberSELECT, and UberCommute.

*O'Connor v. Uber Technologies, Inc.*, No. CV 13-03826                                                         Colman Ex. Z