# EXHIBIT A

DECLARATION OF MATTHEW SAWCHUK IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## What is UBERx?

**UBERx is Uber's casual, low-cost transportation option**
**Make every trip a successful one by noting the points below**

### What makes a driver Uber?

_Positive Attitude & Clean Car
  Opening a door can go a long way!

_Safe Driving & Efficient Routes
  Ask fort preferred route

_Strong City Knowledge
  GPS can helps with directions. Begin trip
  AFTER inputting GPS

_Communication
  Remember: not all clients want to
  converse—be accommodating

### What clients enjoy most:

_NOT being cancelled on

_Efficient ETAs

_Pickup and Dropoff
  at EXACT address

_Doors opened for them

_Non-smoking vehicles

_Trips started and ended on-time

### APP REMINDERS

Remember these key functions for a smooth driving experience.

Press: '**Arriving Now**' when you're near the client's pickup location

Press: '**Begin Trip**' to make sure you earn while you drive

Press: '**End Trip**' at the client's final destination



Press: '**Go On-Duty**' to work when you want

Press: '**Go Off Duty**' to take a break

Touch **anywhere on the map** to accept a trip

Press: '**Go to Map**' to go back On-Duty

partnerssf@uber.com

partners.uber.com

UBER   EVERYONE'S PRIVATE DRIVER™

UBE-OCO00009786