# EXHIBIT B

DECLARATION OF MATTHEW SAWCHUK IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# U B E R

## EVERYONE'S PRIVATE DRIVER™

UBE-OCO00009787

⊙ USERNAME

## GOING ONLINE

① Open the App

② Enter Username/Password

③ Select your vehicle

④ Press "Go Online"

⑤ If you are unavailable,
   "Go Offline"



**PRO-TIP**
You can go online and offline as many times as you want.
If unavailable, please be sure you are offline.

UBE-OCO00009788

## UBER DRIVER GUIDE

## TRIP FROM START TO FINISH

① iPhone beeps upon receiving a request. Touch center of screen to accept the request.

② Begin driving to pick-up location and address shown. Press "Arriving Now" once there.

③ Confirm the rider's name and press "Begin Trip" when ready to depart.

④ When dropping off the rider, press "End Trip".

⑤ Rate the rider 1-5 stars.

⑥ Press "Go Online" or "Fare Review" if needed.



**PRO-TIP**
Pinch to zoom helps you see the rider's location better.

UBE-OCO00009789

UBER DRIVER GUIDE

## FARE REVIEW

If you request a fare review, you will see this screen that allows you to tell us why you need the fare reviewed.



- Select the reason you want the fare reviewed.
- There is no need to follow up with a separate email.

## CANCELLATION

When you accept a trip request, you have made a commitment to the rider. However, there are a few rare instances you need to cancel.



- Press Cancel in the top left corner.
- Select the reason for cancelling the trip request.

*RIDERS MAY BE CHARGED A CANCELLATION FEE IF THEY CANCEL MORE THAN 5 MINUTES AFTER THEIR DRIVER HAS BEEN ASSIGNED*

**PRO-TIP**
Once you arrive, it's best to wait at least 5 minutes and attempt to call the rider twice before cancelling.

UBE-OCO00009790

UBER DRIVER GUIDE

## APP OR PHONE TROUBLESHOOTING

o Press the home button to close the app and re-open it.

o If that doesn't work, restart the phone: press & hold the home button and power button for 10 seconds until the white apple icon appears.

## LOST ITEMS

o If a rider leaves an item in your car, contact the operations manager in your city.

o We will connect the rider with you to return the item.

## CLEANING FEES

o Press 'Cleaning Fee' after the trip ends

o Take a picture of the mess

o Keep a receipt as proof of costs

o The Operations Manager in your city will require a picture and receipt for reimbursement of costs.

**PRO-TIP**
If you forget your password, you can always reset it by visiting partners.uber.com/#!/forgot-password

UBE-OCO00009791

**UBER** DRIVER GUIDE

# FAQS

### WHAT WILL THE TOTAL FARE BE?

The total fare will not be calculated until after the trip has ended. Quoting a fare before the trip may be inaccurate and lead to a bad experience for the rider.

### WHAT IF MORE PEOPLE SHOW UP THAN THERE ARE SEATBELTS?

If you do not have enough seatbelts for all the passengers, you may cancel the request.

### WHAT IF THE RIDER HAS A PROMO CODE?

The Uber user will need to enter that code themselves within the Uber rider app .

### IS THERE A PET POLICY?

It is required by law to accept service animals. However, allowing non-service animals is up to the individual driver. If you do not allow pets in your vehicle, you may cancel the request.

### IS THERE A CHILD SEAT POLICY?

Having a car seat is not required, but it's important to accommodate those riders that bring their own car seats.

**PRO-TIP**

If a rider has an issue you are unable to solve, they can always reply to their email receipt or contact Uber by going to t.uber.com/support.

UBE-OCO00009792

UBER · DRIVER GUIDE

## 5 STAR TIPS

Below are tips that many drivers have found useful when trying to achieve a 5 star rating:

- Clean car and plenty of fuel
- Welcoming atmosphere in the car
- Professional attire and friendly attitude
- Being on-time
- Taking the best route

**PRO-TIP**
Riders prefer drivers that don't call them for unnecessary reasons. If you are running late or cannot find the rider, those are good reasons to call.

UBE-OCO00009793

UBER

UBE-OCO00009794