THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
 dwongyang@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
 jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
 kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>**DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing:**<br><br>Date:     August 6, 2015<br>Time:    1:30 p.m.<br>Place:    Courtroom 5<br>Judge:   Hon. Edward M. Chen |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC

## DECLARATION OF CHRISTOPHER BALLARD

I, Christopher Ballard, hereby declare under penalty of perjury that the following is true and correct.

1. I have personal knowledge of each fact stated herein, and, if called as a witness, I could and would competently and truthfully testify thereto.

2. From approximately February 2012 to March 2013, I worked for Uber Technologies, Inc. ("Uber") as a Launcher based in San Francisco. In that position, I was responsible for helping to launch Uber in cities in the United States, Europe, and Australia. Since March 2013, I have served as General Manager of Uber in San Diego. As General Manager, I oversee local operations in San Diego, including managing the driver operations and marketing teams, crafting marketing and supply strategies, and growing ridership and revenue.

3. "Onboarding" refers to the process by which individual drivers or transportation companies, including limousine or livery companies, sign up to become Uber partners and use the Uber mobile application (the "Uber Partner App") for lead generation. The onboarding process is created and managed independently in each city or market in which Uber operates, and has changed over time in San Diego.

4. When I became Uber's General Manager for San Diego in 2013, Uber San Diego conducted onboarding in San Diego by in-person meetings. At this time, all partners had to come to Uber's office in San Diego to pick up their Uber-issued device (typically a modified iPhone), take a city knowledge test, and show documentation, including, among other things, a driver's license, proof of insurance, and, if the partner was a transportation charter-party ("TCP") carrier and, if they desired to operate at San Diego Airport, an airport permit. Partners participated in these sessions in groups ranging from a handful to a few dozen people. The sessions included a presentation, a 15-minute test, and a question and answer ("Q&A") session.

5. The presentation materials used in these in-person onboarding sessions were developed by driver operations personnel in San Diego and elsewhere. There were no standardized onboarding materials or presentations; rather, we maintained a collection of various presentations and handouts that driver operations personnel could use at their discretion. Similarly, the specific content

2
DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC

Gibson, Dunn & Crutcher LLP

and format of the presentations varied depending on who was leading it, as well as the size of the group. For example, some presenters created their own PowerPoint presentations and used them in every session, while others presented without PowerPoint slides. In addition, smaller sessions were frequently conducted as informal discussions, while larger groups attended more formal presentations followed by Q&A.

6. Starting in approximately late 2013, Uber San Diego permitted drivers to complete most of the onboarding process online at their discretion. During this period, partners could sign up for the Uber Partner App and upload their documentation on Uber's website, and view a brief onboarding instructional video, but still had to come to Uber's office in San Diego to pick up an Uber-issued device. However, many partners still chose to come and complete the entire onboarding process in-person. The content for these in-person onboarding sessions sometimes differed from the online process. For example, some driver operations personnel gave live presentations using PowerPoint slides or held one-on-one meetings with partners rather than showing an instructional video or conducted live demonstrations of the technology. Other session leaders simply held an informal Q&A session with partners.

7. From early 2014 to the present, partners can complete the onboarding process online without visiting Uber's offices. As partners proceed through the online process, they receive automatically generated emails with instructions or links to videos with instructions for how to complete the process and use the Uber Partner App. Additionally, they have the option to use either (i) an Uber-provided device or (ii) their own smartphone to receive rider requests.

8. From 2012 to mid-2013, partners in San Diego had to pass a city knowledge test in order to begin using the Uber Partner App. Starting in mid-2013, partners could take the city knowledge test online. Starting in late-2013, Uber no longer required partners to complete a city knowledge test.

9. Uber has always verified that transportation network company ("TNC")[1] partners in San Diego complete the 19-point vehicle inspection required by the California Public Utilities

---

[1] Transportation Network Company ("TNC") is the CPUC's designation for drivers using peer-to-peer transportation networks.

Gibson, Dunn & Crutcher LLP

3
DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC

Commission ("CPUC").  Starting in mid-2013, Uber San Diego began requiring all partners to complete a vehicle inspection.  From early-2014 until early-2015 all of these inspections were conducted by a local automobile service center company called Express Tire.  Today, Uber San Diego continues to refer partners to Express Tire for vehicle inspections, but also contracts with other local mechanics to provide vehicle inspections on-site.

10. Uber San Diego has independent responsibility for whether to "deactivate" a partner's account and suspend his or her usage of the Uber Partner App.  Uber has deactivated partners in San Diego only if their Minimum Average Rating falls below a certain threshold, or based on an egregious incident with a rider, such as assault, harassment, or drunk driving.  The particular minimum Star Rating partners must maintain is determined by Uber San Diego independently of other markets, and has changed over time.  Uber has no control over a partner's Average Rating, which is derived from the individual ratings of the partner's riders.

11. Occasionally, Uber San Diego has sent messaging to inactive partners encouraging them to log back in and use the Uber Partner App.  At one time, Uber San Diego tested language in this messaging suggesting that partners could be deactivated for inactivity.  However, to my knowledge, Uber San Diego has never actually deactivated a partner for inactivity.  Many partners in San Diego will sometimes leave town for extended periods of time, return, and resume driving using the Uber Partner App after several months of inactivity.  In my experience, the complete flexibility of the Uber Partner App is a key reason for its popularity with driver-partners.

12. Uber San Diego provides partners with suggestions for what customers look for when awarding a high Star Rating, including dressing professionally, maintaining a clean vehicle, and providing gum or water, among other things.  These suggestions are not imposed by Uber, but are based on feedback from riders about what riders look for in giving a high Star Rating.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts regarding these suggestions from a partner onboarding presentation that was developed and occasionally used in San Diego.

13. Uber San Diego tracks the rate at which partners accept leads generated by the Uber Partner App, and contacts partners with low acceptance rates to suggest that they should simply log out of the Uber Partner App if they are not available to accept a ride.  To my knowledge, in San

4

Gibson, Dunn & Crutcher LLP

DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC

Diego, no partner with a satisfactory Star Rating has been deactivated for having a low acceptance rate. In a few instances, Uber San Diego has evaluated on a case-by-case basis whether to deactivate or suspend temporarily a partner with a borderline Star Rating. In these instances, Uber San Diego considered the partner's acceptance rates, cancellation rates, and rider feedback collectively. Uber San Diego has also made decisions to reactivate partners on a case-by-case basis.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 7, 2015 at San Diego, California.

_____
Christopher Ballard

5
DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC

Gibson, Dunn & Crutcher LLP

1    I, Theodore J. Boutrous, Jr., hereby attest that concurrence in the filing of this document has been obtained from Christopher Ballard.

DATED: July 9, 2015          By:    /s/ Theodore J. Boutrous, Jr.
                                    Theodore J. Boutrous, Jr.

Gibson, Dunn & Crutcher LLP

6
DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. CV 13-03826-EMC