# EXHIBIT A

DECLARATION OF CHRISTOPHER BALLARD IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# UBER

## Fare Screen

**Total fare paid by client** → **$15.00**

has been electronically paid

Worst · Best

★ ★ ★ ★ ★

Rate your client 1-5 stars above to get the best clients

The client also gets to rate the driver.

UBE-OCO00009777

# UBER

## The Uber Rating System

- Clients have the option to rate their driver.

- All rated are averaged by the system, and that becomes your overall driver rating.

- In order to stay on the Uber system, you must maintain at least a **4.7 out of 5 rating.**

- If your rating is below 4.6 stars, you are at risk of having your account deactivated.

- If your rating is below a 4.6 on a Monday morning, it results in a 1-week temporary deactivation.

UBE-OCO00009778

**UBER**

On Duty Advice

# Clients give 5 stars when you are…

✓ <u>In</u> your vehicle ready to go

✓ Dressed <u>nicely</u>

✓ Ready to work <u>immediately</u>

✓ Have a <u>clean</u> car

UBE-OCO00009779

# UBER

## Arrival Advice

### Clients give 5-stars when you…

✓ Open doors if you want to.

✓ Turn the radio off.

✓ Make sure the car is a comfortable temperature

✓ Stay off the phone

UBE-OCO00009780

# UBER

## During the Trip Advice

# Clients give 5 stars when you:

✓ Drive safely

✓ Take an efficient route

✓ **Do NOT take phone calls**

✓ Are friendly and courteous

✓ Provide a nice atmosphere

UBE-OCO00009781

# UBER

## Dropping Off the Client



✓ Open the door if you want to.

✓ Have a great day! Thanks for using UBER!

✓ Check seats and trunk for lost items

✓ Get ready for your next pickup (replace water, etc.)

UBE-OCO00009782

# UBER

## Why Clients Give Ratings less than 5…

🚫 Using the Phone

🚫 Soliciting Customers Away from Uber

🚫 Habitual Lateness

🚫 Soliciting Tips or Ratings

🚫 Having a Bad/Unpleasant Attitude

UBE-OCO00009783

UBER

## The #1 Reason Clients Rate Drivers Below 5………

# City Knowledge

UBE-OCO00009784

# UBER

## Clients Give 5 Stars When Drivers

- ✓ **Dressed nicely**

- ✓ **Be on Time**
    - ✓ In the car, ready to go before the trip

- ✓ **Provide Excellent Service**
    - ✓ Listen and be courteous
    - ✓ Take an efficient route

- ✓ **Create a Nice Atmosphere**
    - ✓ Keep car clean and free of smells
    - ✓ Do not use the phone while client is in car
    - ✓ Ask for preferred radio station (or no radio)
    - ✓ Ask if temperature is comfortable

UBE-OCO00009785