GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
BRANDON J. STOKER, SBN 277325
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

Defendant.

Case No. CV 13-03826-EMC

**DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Hearing Date: August 6, 2015
Time: 1:30 p.m.
Place: Courtroom 5
Judge: Hon. Edward M. Chen

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page2 of 19

## TABLE OF DECLARATIONS: ECF VOLUME I

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| ABBAS, Saad | 1 | 1 |
| ABDI, Ahmed | 2 | 4 |
| ABOUSLEIMAN, Toni | 3 | 6 |
| ADAMS, Larry | 4 | 10 |
| ADELANTAR, Reynaldo | 5 | 13 |
| AHMED, Mohamed | 6 | 16 |
| ALDEGUER, Sean | 7 | 22 |
| ALEXANDER, Dana | 8 | 26 |
| ALEXANIAN, Hrach | 9 | 28 |
| ALGHEIM, Saif | 10 | 30 |
| ALJUBOURY, Younis | 11 | 33 |
| ALKAIFEE, Abdullah | 12 | 36 |
| ALMUHTASEB, Rami | 13 | 40 |
| ALSHADUD, Abbas | 14 | 42 |
| ALSHARA, Jorgen | 15 | 44 |
| ALZGHOUL, Issa | 16 | 47 |
| AMARIO, Shuly | 17 | 50 |
| AMENYA, Raymond | 18 | 52 |
| AMIDU, Abdulai | 19 | 56 |
| AMIN MORAD, Morad Mohamed | 20 | 58 |
| AMIN, Fady | 21 | 60 |
| ANDREWS SIDESERF, John | 22 | 62 |
| ARADO, Joel | 23 | 65 |
| ARAYI, John | 24 | 67 |
| ARBOUZ, Halim | 25 | 69 |

2

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

## TABLE OF DECLARATIONS: ECF VOLUME I

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| ARIF, Mohammad | 26 | 73 |
| ARMENTROUT, Christopher J. | 27 | 78 |
| ARMSTONE, Arthur | 28 | 81 |
| ARMSTRONG, Christopher | 29 | 83 |
| ASCENCIO, Martin | 30 | 86 |
| AVDALYAN, Masis | 31 | 88 |
| AVETISYAN, Ernest | 32 | 91 |
| AYADI, Tarek | 33 | 95 |
| AZAM, Umar Faruk | 34 | 97 |
| AZRAI, Mike | 35 | 99 |

## TABLE OF DECLARATIONS: ECF VOLUME II

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| BABAKHANIANS, Norik | 36 | 103 |
| BABAYAN, Arman | 37 | 105 |
| BABIKIAN, Agop | 38 | 109 |
| BAKER, Jean D. | 39 | 111 |
| BANKO, Michael | 40 | 114 |
| BARBOSA, Ramon | 41 | 117 |
| BARRY, Thomas | 42 | 119 |
| BARSEGHIAN, Shakeh | 43 | 123 |
| BARUTI, Terry Gamba | 44 | 126 |
| BASHA, Raman | 45 | 129 |
| BATSUH, Ganochir | 46 | 132 |
| BELLE, Carlos | 47 | 135 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page4 of 19

## TABLE OF DECLARATIONS: ECF VOLUME II

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| BELLOSO, Eduardo | 48 | 139 |
| BELTRAN, Daniel J. | 49 | 141 |
| BERTUCCI, Leonardo | 50 | 145 |
| BETANCOURTH, Fabio L. | 51 | 148 |
| BHANGAL, Bhupinder Singh | 52 | 151 |
| BISCHOP, John A. | 53 | 155 |
| BISNETO, Daniel | 54 | 157 |
| BLITZER, Fred | 55 | 163 |
| BOLL, Daniel | 56 | 166 |
| BOLLINGER, Lucas | 57 | 169 |
| BONILLA, Mario | 58 | 172 |
| BOUHELAL, Ali | 59 | 175 |
| BRADY, Dennis | 60 | 181 |
| BRAXTON, Anthony | 61 | 183 |
| BRINER, Wayne Earl | 62 | 187 |
| BUSHORE, Juliana | 63 | 190 |
| CABALLERO, Marlon | 64 | 195 |
| CABALLERO, Victorino | 65 | 198 |
| CALDWELL, Betsy | 66 | 201 |
| CALDWELL, Peter | 67 | 205 |

## TABLE OF DECLARATIONS: ECF VOLUME III

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| CAMACHO, Antonio | 68 | 208 |
| CAMACHO, Pascual | 69 | 212 |

4

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

**TABLE OF DECLARATIONS:  ECF VOLUME III**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| CANLAS, Patrick | 70 | 215 |
| CANLAS, Ronie | 71 | 222 |
| CARLOS, Jesse Z. | 72 | 224 |
| CARR, Michael P. | 73 | 226 |
| CARRIGAN, Dennis D., Jr. | 74 | 230 |
| CARROLL, John, Jr. | 75 | 234 |
| CASEY, Patricia Ann | 76 | 238 |
| CASTILLEJOS, Adrian | 77 | 242 |
| CATELLIER, Thu-hong | 78 | 244 |
| CAZARES, Mark | 79 | 246 |
| CHACON, Luis | 80 | 248 |
| CHAKHALIDZE, Alikhan | 81 | 250 |
| CHEUNG, Casey | 82 | 256 |
| CHOUTEAU, Edmond | 83 | 261 |
| CHOW, Frank T. | 84 | 264 |
| CHRISCO, Timothy | 85 | 266 |
| CHU, Sau Kuen | 86 | 269 |
| CITARRELLA, Rich | 87 | 271 |
| CLOSE, Charles S. | 88 | 275 |
| COBB, Laurie K. | 89 | 279 |
| COLLINS, John Oluremi | 90 | 283 |
| COLLINS, Sharon | 91 | 285 |
| COLTRANE, James | 92 | 288 |
| COOPER, Guy | 93 | 291 |
| COTTER, Paul | 94 | 296 |

**TABLE OF DECLARATIONS: ECF VOLUME III**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| CROSSLEY, Kenneth | 95 | 301 |
| CROWDER, Dell | 96 | 304 |
| CUMEN, Canip | 97 | 307 |
| CUNNINGHAM, Rob | 98 | 310 |
| CUNNINGHAM, Toby | 99 | 313 |

**TABLE OF DECLARATIONS: ECF VOLUME IV**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| DADFOROUZ, Afshin | 100 | 316 |
| DAYEH, Jacob | 101 | 319 |
| DELAKYAN, Sarkis | 102 | 322 |
| DEMING, Steve | 103 | 324 |
| DEMOS, Mark | 104 | 327 |
| DERGARABEDIAN, Garo | 105 | 330 |
| DeSILVA, Wijayamuni | 106 | 332 |
| DESKINS, Kristina | 107 | 334 |
| DEVORA, Alicia F. | 108 | 337 |
| DIAZ, Jose | 109 | 340 |
| DICO, Alberto, Jr. | 110 | 343 |
| DORSIE, Rych | 111 | 347 |
| DOUBNOV, Boris | 112 | 351 |
| DUQUE, Alex | 113 | 355 |
| EASTON, David S. | 114 | 358 |
| EDWARDS, Christopher R. | 115 | 362 |
| ELKHARTAMI, Imane | 116 | 367 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page7 of 19

## TABLE OF DECLARATIONS: ECF VOLUME IV

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| ELLIOTT, Richard C. | 117 | 369 |
| EMMANUEL, Sangwa | 118 | 372 |
| EMMANUELAJAYI, Ayo Dele | 119 | 375 |
| ENRIQUEZ, Nemuel | 120 | 378 |
| ESFAHANI, Taghi Memarzadeh | 121 | 381 |
| ESPERON, Don R. | 122 | 384 |
| ETHERTON, Kimberly | 123 | 387 |
| EVANS, Lakisha | 124 | 390 |
| EVANS, Mike | 125 | 392 |
| EZZIKHE, Ismail | 126 | 394 |
| FAELNAR TE, Lee Samantha | 127 | 397 |
| FAGO, Shawn M. | 128 | 399 |
| FARAGALLA, Mourad | 129 | 402 |
| FELDMAN, David | 130 | 405 |
| FIELDS, Rufus | 131 | 408 |
| FORESTER, Mark | 132 | 414 |

## TABLE OF DECLARATIONS: ECF VOLUME V

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| FRANCISCO, E. Bond | 133 | 420 |
| FRANCISCO, Rogerio Da Silva | 134 | 424 |
| FREITAS, Tom | 135 | 426 |
| FRY, Janice | 136 | 428 |
| GALADJIAN, Asatur (Steve) | 137 | 431 |
| GALLARDO, Ernesto | 138 | 436 |

7

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page8 of 19

**TABLE OF DECLARATIONS: ECF VOLUME V**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| GALLOWAY, Alexander | 139 | 438 |
| GANDHI, Harpreet S. | 140 | 442 |
| GARCIA, Miguel | 141 | 445 |
| GEATHERS,Veronique | 142 | 449 |
| GEBRETENSIA, Eskinder | 143 | 452 |
| GFROEHRER, William | 144 | 455 |
| GHALEHSHAHI, Ryan | 145 | 460 |
| GHATTAS, Azar | 146 | 464 |
| GHIMIRE, Kaptan | 147 | 467 |
| GIRMA, Yonatan | 148 | 470 |
| GLANCY, Maegan | 149 | 473 |
| GOMEZ, Luis | 150 | 475 |
| GONZALES, Ricardo | 151 | 478 |
| GONZALEZ, Bille J. | 152 | 480 |
| GRANT, Dario | 153 | 483 |
| GREEN, Corey | 154 | 486 |
| GREEN, Jeffrey | 155 | 488 |
| GREENBERG, Dmitry | 156 | 491 |
| GREENFIELD, Michael R. | 157 | 494 |
| GREWE, Michael | 158 | 497 |
| GRIGORIANS, Vahik | 159 | 501 |
| GRUIA, Voicu | 160 | 505 |
| GUILFOYLE, Kate | 161 | 507 |
| GUIZAR, Mike | 162 | 511 |

8

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page9 of 19

**TABLE OF DECLARATIONS: ECF VOLUME VI**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| HAGHIRI, Abdolreza | 163 | 514 |
| HAIG, Brian | 164 | 517 |
| HAILE, Tesfaye | 165 | 521 |
| HAKIM, Tom | 166 | 523 |
| HAKOBYAN, Hakob | 167 | 526 |
| HALE, Paul M. | 168 | 528 |
| HALIK, Khalid | 169 | 530 |
| HANASIK, Jeffrey | 170 | 532 |
| HARMINA, Moheb | 171 | 535 |
| HARRIS, Andrew | 172 | 538 |
| HASSAN, Ahmed | 173 | 541 |
| HASWANG, Sumathe | 174 | 545 |
| HAYRAPETYAN, Aharon | 175 | 548 |
| HENNING, David L. | 176 | 551 |
| HERROZ, Angel | 177 | 555 |
| HINDI, Majic | 178 | 558 |
| HLA, Zaw | 179 | 560 |
| HOFFMAN, John | 180 | 563 |
| HOOSHNAM, Bijan | 181 | 566 |
| HSU, Howard | 182 | 569 |
| HUIZA, Ricardo | 183 | 572 |
| HULESTSKI, Aliaksandr | 184 | 575 |
| HURT, Sharon | 185 | 577 |
| HURTADO, Juan | 186 | 580 |
| ILMI, Hiis | 187 | 585 |

9

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page10 of 19

## TABLE OF DECLARATIONS: ECF VOLUME VI

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| ISAYAN, Sargis | 188 | 591 |
| ISHIDA, Mary | 189 | 593 |
| JACKSON, John | 190 | 595 |
| JAJO, Hazim | 191 | 597 |
| JANABY, Hassan | 192 | 601 |
| JAVIER, Elmer Brigido A. | 193 | 605 |
| JEIRANIAN, Davit | 194 | 608 |

## TABLE OF DECLARATIONS: ECF VOLUME VII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| JIMENEZ, Arthur | 195 | 610 |
| JIMENEZ, Julia | 196 | 613 |
| JONES, Robert | 197 | 618 |
| KARIMI, Khairullah | 198 | 621 |
| KARKAR, Elie | 199 | 624 |
| KELLER, Chris | 200 | 627 |
| KELLOGG, Sheri | 201 | 630 |
| KEMPTON, John Mark | 202 | 633 |
| KERYAN, Abraham | 203 | 637 |
| KHAIRA, Maria | 204 | 639 |
| KIDANY, Gebriel | 205 | 641 |
| KIRZ, Paul | 206 | 644 |
| KLARNET, Elliot | 207 | 646 |
| KLONEL, Robert | 208 | 649 |
| KNAPP, Sarah | 209 | 652 |

10

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page11 of 19

## TABLE OF DECLARATIONS: ECF VOLUME VII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| KOBATA, Victor | 210 | 656 |
| KOTWICKI, Stephen Charles | 211 | 659 |
| KUHSNIROVICH, Oleg | 212 | 661 |
| LACHAR, Mark | 213 | 663 |
| LAGUAN, Kevin | 214 | 667 |
| LAGUNA, Daniel | 215 | 669 |
| LANTSMAN, Oleg | 216 | 672 |
| LATHAM, Royce Frederick | 217 | 674 |
| LEBRON, Ray | 218 | 677 |
| LEE, Bo | 219 | 680 |
| LEHMAN, John R., Jr. | 220 | 683 |
| LESTIENNE, Philippe | 221 | 686 |
| LIM, William | 222 | 690 |
| LINCOLN, Edward T., Jr. | 223 | 692 |
| LINDLEY, William | 224 | 694 |
| LING, Jiawen | 225 | 698 |
| LIPSKI, Margalit | 226 | 701 |

## TABLE OF DECLARATIONS: ECF VOLUME VIII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| LOCKHART, Melton | 227 | 703 |
| LODHI, Muhammad | 228 | 707 |
| LYONS, Cliff | 229 | 711 |
| MACIAS, Gonzalo A. | 230 | 716 |
| MADDOCK, Keith D. | 231 | 719 |

11

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC


# TABLE OF DECLARATIONS: ECF VOLUME VIII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| MAHONEY, Evan | 232 | 722 |
| MAKKI, Mostapha | 233 | 725 |
| MALAK AYAD, Doss A. | 234 | 727 |
| MALAMUD, David | 235 | 730 |
| MALHOTRA, Jatinder | 236 | 734 |
| MALIK, Shafqat | 237 | 736 |
| MANDOUR, Mohamed | 238 | 739 |
| MANI, Alain Ntere | 239 | 745 |
| MARANTOS, John N. | 240 | 748 |
| MARINAKIS, Peter | 241 | 751 |
| MARTINEZ, Christopher J. | 242 | 755 |
| MATEVOSYAN, Azat Ter | 243 | 759 |
| MATOCQ, John-Claude Yves | 244 | 766 |
| MAXWELL, Patrick W. | 245 | 768 |
| McGOURTY, Megan | 246 | 772 |
| McKENZIE, Robert | 247 | 776 |
| MEISSNER, Vladimir V. | 248 | 779 |
| MEJIA, Victor | 249 | 781 |
| MEKONNEN, Tesfaye | 250 | 783 |
| MEKONNEN, Wossenyeleh | 251 | 788 |
| MELHUS, Bryan Michael | 252 | 791 |
| MEYERS, Jonathan Tipton | 253 | 793 |
| MOORE, William | 254 | 796 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page13 of 19

**TABLE OF DECLARATIONS: ECF VOLUME IX**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| MORAN, Alan M. | 255 | 800 |
| MORGAN, James | 256 | 803 |
| MOUKHLIS, Rahim | 257 | 809 |
| MOUSSA, Samir | 258 | 812 |
| MUCENIC, Robert | 259 | 814 |
| MUGHANNAM, Alexander | 260 | 817 |
| MUKASA, Paul | 261 | 820 |
| MULAT, Demes "Dennis" | 262 | 822 |
| MUNIR, Zain | 263 | 825 |
| MYERS, Bud E. | 264 | 827 |
| NEGASH, Elias | 265 | 831 |
| NELSON, Pamela | 266 | 835 |
| NELSON, Richard | 267 | 838 |
| NOROUZI, Nima | 268 | 841 |
| ODIASE, Henry | 269 | 843 |
| OGU, Thomas | 270 | 846 |
| OHANIAN, Lavon | 271 | 848 |
| OLIVA, Carlos E. | 272 | 851 |
| OLIVER, Jonathan | 273 | 854 |
| ONUOHA Amarachi | 274 | 857 |
| OPRE, Ioan | 275 | 860 |
| ORIGAT, Naser | 276 | 862 |
| ORTEGA, Richard | 277 | 867 |
| OSUNA, Jesse D. | 278 | 870 |
| PAEZ, Marvin | 279 | 873 |

13

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

**TABLE OF DECLARATIONS: ECF VOLUME IX**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| PANTEL, William P. | 280 | 876 |
| PAREDES, Victor | 281 | 879 |
| PARKER, Dave | 282 | 882 |
| PARRISH, Aaron | 283 | 886 |
| PARSONS, Jerrold | 284 | 889 |
| PARSONS, Jerrold M. (Supplemental) | 285 | 895 |

**TABLE OF DECLARATIONS: ECF VOLUME X**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| PAT, Eulogio | 286 | 899 |
| PAULUS, Basil Gabriel | 287 | 903 |
| PAZ, Jeremy T. | 288 | 907 |
| PERELMAN, Barry A. | 289 | 909 |
| PEREZ, Christopher | 290 | 912 |
| PETOYAN, Harutyun | 291 | 915 |
| PINHEIRO, Vania | 292 | 917 |
| PITINO, William | 293 | 923 |
| POOLISREZAEIH, Hanibal | 294 | 927 |
| PRADO, David | 295 | 929 |
| PROANO, Danyelle | 296 | 931 |
| RABBANI, Mohammad Ali | 297 | 933 |
| RAMIREZ, Carlos | 298 | 937 |
| RAMIREZ, Nelson | 299 | 940 |
| RAMOS, Miguel | 300 | 942 |
| RANSOM, David | 301 | 945 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page15 of 19

**TABLE OF DECLARATIONS: ECF VOLUME X**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| RASIC, Nick | 302 | 949 |
| RATABUMUSU, Sevuloni | 303 | 951 |
| RAYFORD, Shawn | 304 | 954 |
| RAYMOND, Robert | 305 | 958 |
| RAZA, Hamid | 306 | 960 |
| REED, Christopher | 307 | 964 |
| RENFRO, Quinn | 308 | 967 |
| REYES, PeeJay | 309 | 970 |
| REZENDE, Francisco | 310 | 973 |
| ROASHAN, Roashan | 311 | 975 |
| ROBINSON, Kathy J. | 312 | 978 |
| ROINASHVILI, David | 313 | 981 |
| ROJAS, Gustavo A. | 314 | 984 |

**TABLE OF DECLARATIONS: ECF VOLUME XI**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| SAATCHIAGOU, Shevket | 315 | 986 |
| SAENZ, Dennis | 316 | 988 |
| SAFYEL, Rasit | 317 | 990 |
| SAINT CLAIR, Ralph | 318 | 992 |
| SAIT, Dawood | 319 | 994 |
| SAKER, Joseph E. | 320 | 996 |
| SALDIAS, Romulo | 321 | 999 |
| SAPIENZA, Rosario | 322 | 1001 |
| SARAFYAN, Hovsep | 323 | 1003 |

15

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

**TABLE OF DECLARATIONS: ECF VOLUME XI**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| SARIBEKYAN, Gagik | 324 | 1007 |
| SARYAN, Arshavir Steven | 325 | 1009 |
| SASHOYAN, Hovhannes | 326 | 1012 |
| SATTAR, Mohammad | 327 | 1014 |
| SAVAGE, Michelle | 328 | 1017 |
| SELLZ, Mark L. | 329 | 1021 |
| SEPANYAN, Yeghia | 330 | 1025 |
| SERGOYAN, Rafik | 331 | 1028 |
| SERPOOSH, Ali A. | 332 | 1031 |
| SHADKAM, Enoch | 333 | 1034 |
| SHAKOOR, Ali | 334 | 1037 |
| SHALLOUF, Adel | 335 | 1040 |
| SHAMOON, Laith | 336 | 1043 |
| SHAW, Rusty P. | 337 | 1045 |
| SHEHAB, Jon T. | 338 | 1048 |
| SHEHATA, Sameh | 339 | 1052 |
| SHEPPARD, S. Abraham (Kindred) | 340 | 1055 |
| SHROPSHIRE, Jerome, Jr. | 341 | 1062 |
| SILVA, Euripedes | 342 | 1065 |
| SILVA, Ramon | 343 | 1069 |
| SIMONIAN, Bedros | 344 | 1072 |
| SINGH SRA, Gurinder | 345 | 1074 |
| SITUMEANG, Conrad | 346 | 1076 |
| SMIDT, Desirae | 347 | 1079 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page17 of 19

**TABLE OF DECLARATIONS: ECF VOLUME XII**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| SOBOLEV, Kirill | 348 | 1082 |
| SOLOMON, Larry | 349 | 1084 |
| STEERE, Sheldon | 350 | 1087 |
| STERNFELD, Norman P. | 351 | 1092 |
| STEVENS, Michelle | 352 | 1095 |
| STOLL, Tony | 353 | 1099 |
| STRICKLER, Dean | 354 | 1103 |
| STROTHER, Kimberly H. | 355 | 1106 |
| STUBBS, Paul | 356 | 1109 |
| SUBBA, Ajit | 357 | 1112 |
| SUMMERS, Daniel | 358 | 1114 |
| SUNDEEN, Marc | 359 | 1117 |
| SUSUKI, Shun | 360 | 1120 |
| SWENSON, Mark | 361 | 1122 |
| TAMARO, Osama | 362 | 1127 |
| TAVANA, Amir Afshar | 363 | 1129 |
| TAYLOR, Michael | 364 | 1132 |
| TESSEMA, Endalkachew | 365 | 1135 |
| THOMAS, Tanya | 366 | 1140 |
| THOMPSON, Selenge P. | 367 | 1143 |
| THURMAN, Kenneth M. | 368 | 1146 |
| THURSTON, Tony | 369 | 1148 |
| TORRES, Efrain | 370 | 1151 |
| TOWNSEND, Jay | 371 | 1154 |
| TRAORE, Adama | 372 | 1156 |

17

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC

## TABLE OF DECLARATIONS: ECF VOLUME XII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| TROUPLIN, Sebastien | 373 | 1162 |
| TRUESDELL, Tim | 374 | 1168 |
| TUCKER, Gary C. | 375 | 1171 |
| TUMANOV, Valery | 376 | 1174 |
| UKO, Johnsson | 377 | 1176 |
| URIBE, Chris | 378 | 1178 |
| URIONABARRENECHEA, Juan | 379 | 1182 |

## TABLE OF DECLARATIONS: ECF VOLUME XIII

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| VAIVIO, Brian | 380 | 1184 |
| VARDANIAN, George | 381 | 1187 |
| VENEGAS, Santos | 382 | 1189 |
| VIZCARRA, Francisco | 383 | 1193 |
| VYSNIAUSKA, Arunas | 384 | 1195 |
| WADHWA, Kapil | 385 | 1197 |
| WAGNER, Tisa | 386 | 1199 |
| WALDING, Thomas | 387 | 1202 |
| WALKER, William J., IV. | 388 | 1205 |
| WALLER, Janet | 389 | 1207 |
| WASHINGTON, Lendrek | 390 | 1211 |
| WEST, Stephen | 391 | 1214 |
| WEZENTER, Jeffrey | 392 | 1218 |
| WILLIAMS, LaDawna | 393 | 1222 |
| WILSON, Brett | 394 | 1225 |

Case3:13-cv-03826-EMC Document307 Filed07/09/15 Page19 of 19

**TABLE OF DECLARATIONS: ECF VOLUME XIII**

| CLASS MEMBER | TAB | PAGE |
|---|---|---|
| WODZYNSKI, Matthew A. | 395 | 1232 |
| WONG, David | 396 | 1234 |
| WUBBENHORST, John | 397 | 1237 |
| WYOHANS, Moges | 398 | 1241 |
| YALDIZ, Ali | 399 | 1244 |
| YASIN, Babar | 400 | 1250 |
| YIRGU, Million | 401 | 1253 |
| YOHANNES, Tedros | 402 | 1256 |
| ZAFAR, Naveed | 403 | 1258 |
| ZAHEDI, Hooman | 404 | 1262 |
| ZAKARIA, Sam | 405 | 1266 |
| ZEIDNER, Todd | 406 | 1269 |

I, Theodore J. Boutrous, Jr., hereby attest that concurrence in the filing of these documents has been obtained from each signatory of the declarations listed above.

DATED: July 9, 2015 By: */s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.

19

DECLARATIONS OF PUTATIVE CLASS MEMBERS IN SUPPORT OF DEF'S. OPPN TO PLS.' MOT. FOR CLASS CERT.
CASE NO. CV 13-03826-EMC