1

**DECLARATION OF SAAD ABBAS**

2          I, SAAD ABBAS, do hereby swear, affirm and attest as follows:

3          1.       I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.       I signed up to use the Uber app in about November 2014.  At the time, I was

7    employed as a front desk clerk for a tenant building in the Tenderloin in San Francisco.  I was also

8    working as a limo driver for a company called Liberty Limousines.  I had heard buzz about Uber and

9    decided to look into it.  When I found out you can use the Uber app to make money driving

10   whenever it was convenient for me, I thought it sounded great, so I signed up to use the app.

11         3.       I created an account online and then went into Uber's office and picked up a phone.  I

12   talked with an Uber employee for about 10 minutes about how to use the app and then I was good to

13   go.  Since that time, I have spoken to representatives from Uber on two occasions.  Both times I

14   contacted Uber to help me with technical issues with my phone.  I have never been required to

15   communicate with Uber about anything.

16         4.       I had the option to either download the app directly on to my phone or use a phone

17   provided by Uber.  I decided to use the phone provided by Uber.  Uber charges $10/week as a data

18   fee.

19         5.       I have never received, at any point, any training from Uber.

20         6.       At the time I signed up to use the app, I understood I would be driving as an

21   independent contractor, not an employee.

22         7.       I drive using a 2008 Ford Focus that I own and have fully paid for myself.

23         8.       For the first three months that I used the app, I kept my job as front desk clerk.

24   However, I found that I was making so much more money using Uber that I decided to quit that job

25   and focus on driving.

26         9.       Around the same time, I signed up to use the Lyft app.  I rarely use the Lyft app, but I

27   could use it more or use Lyft exclusively if I wanted to and Uber wouldn't care.  It's entirely up to

28   me. I prefer the Uber app because I think I can make more money using Uber instead of Lyft.

_____

1

DECLARATION OF SAAD ABBAS

10.     I can log on to the Uber app whenever it is convenient for me.  Uber never tells me where or when to drive.  Uber doesn't care.  The number of hours I'm logged on changes every week.  Sometimes I drive 16 hours per week; sometimes it's closer to 20.  It's entirely up to me.

11.     I typically drive Thursday, Friday and Saturday, and mostly during the evenings, because that's when I am able to make the most money.  I usually only drive Sunday through Wednesday if I feel like it.  I usually prefer to drive in downtown San Francisco, but if I wake up early in the morning and feel like driving, I will drive down to the airport to try to pick up some of those fares.  Again, it's entirely up to me to decide when I should drive, based on how I'm feeling and where and when I'll earn the most.

12.     The best thing about Uber is the flexibility.  At one point, I went away on vacation for two months.  I did not need to tell Uber I was leaving.  I came back and was able to turn on the app and drive.  I could never do that if I were an employee.

13.     When I am logged on, I am able to decide whether or not to accept a particular trip.  I have decided not to accept trips when there was bad traffic or if the rider was far away.  I am free to make this decision.

14.     I pay all my own expenses.  I filed my tax returns as self-employed and I reported business expenses on my tax returns.

15.     I have received tips from riders.  If they offer it, I will take it.  They usually offer it when they feel like they've received a great ride.

16.     Uber does not require me to wear any specific type of clothing when I'm driving.  I choose whatever I want to wear when I'm driving.

17.     I have considered expanding my transportation business, and have looked into doing it, but it doesn't make financial sense right now.  I know that Uber would not limit me in any way if I wanted to expand my business.  For example, a friend of mine used to work as a garage attendant.  He signed up to use the Uber app and he now has 50 cars.  So, I know it is possible to grow your business using the Uber app.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2
DECLARATION OF SAAD ABBAS

1  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5  not have to provide any written statement.  I also was specifically told that I could participate in the

6  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8       I declare under penalty of perjury under the laws of the United States of America and the

9  State of California that the foregoing is true and correct.

10       Executed at San Francisco, California this18th day of May, 2015.

11

12                                                              SAAD ABBAS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF SAAD ABBAS

## **DECLARATION OF AHMED YOUSIF ABDI**

I, Ahmed Yousif Abdi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am age 34 and live in San Diego, California. I have lived in San Diego for almost five years. I have been an UberX driver since August 2014. I am a direct partner with Uber. I drive a 2014 Toyota Prius, which I own, when I drive with Uber.

3.      How much I drive depends on how busy everything is, but I usually drive seven days a week. On many days I will drive seven or eight hours, but on Friday and Saturday nights I will drive almost ~~fifteen or sixteen~~ *12 – 13 Hours* hours. The number of hours I drive on any day is completely flexible. Uber never assigns me a territory.

4.      I agree that I'm free to accept or decline leads generated through the Uber App. Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

5.      Sometimes I will forget to start the trip. When that happens, I will usually ask for Uber to adjust the fares. Uber has never suggested that I cannot work in another occupation or business, and Uber has never tried setting my work schedule.

6.      I value the flexibility because I can go to school, I can have another job, I can go on vacation. You have the phone, you have the App, Uber takes its 20%, but you provide the car, you provide the maintenance—it's all you. That's the essence of all of Uber.

7.      I watched the online videos when I started using the Uber App. The videos suggested things like that I should be polite, avoid excessive texting, to be on time, to be knowledgeable when it comes to the city. These are all a matter of common sense. They're all good suggestions, so I follow them. This is my business, my survival.

8.      It's up to me to choose when I take a break or a rest. Nobody is forcing me to work. If I feel tired, I will go home and take rest. Friday and Saturday nights, I'm behind the wheel. The rest of the week it depends on how busy it is. Uber has never told me to not take a break or interrupted my

---

1    breaks.

2           9.      I used to be taxi driver for over three years. I stopped being a taxi driver because I

3    thought I would be better off with Uber. I was right. It was the flexibility, it was the freedom—I can

4    take a day off whenever I want. I can be my own boss, take care of myself. When I was a taxi cab

5    driver, you could not take a day off. Even if you were sick or wanted to visit your family, it was

6    really difficult. I leased my taxi at a rate of about $65 to $70 a day on a weekly basis. That would

7    make it very hard to take a day off. Now I can take a day off, spend time with family, think about

8    going to school or taking another job, even clean my room. The City of San Diego offered a free taxi

9    medallion, but I turned it down for Uber. I am happier and more satisfied as an Uber driver than I was

10   as a taxi driver.

11          10.     I have given this testimony completely voluntarily and without any coercion

12   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

16   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

17   have to provide any written statement.  I also was specifically told that I could participate in the

18   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20          I declare under penalty of perjury under the laws of the United States of America and the

21   State of California that the foregoing is true and correct.

22                          San Diego

23   Executed at ~~Los Angeles~~, California this 28th day of May, 2015.

24

25                                                  AHMED YOUSIF ABDI

26

27

28

---

                                              2
                        DECLARATION OF AHMED YOUSIF ABDI

**DECLARATION OF TONI ABOUSLEIMAN**

I, Toni Abousleiman, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am a 59-year old man and live in Pleasanton, California, which is in Alameda County. I have lived in Pleasanton since 2002.

3.    I have driven with Uber using the UberX app. I have been doing this for approximately a year and a half. I first heard about Uber from a friend from my church, who told me about it because he knew I had just been laid off. My friend submitted my information to Uber and I had my car inspected at a Midas location in the East Bay. I then watched an informational video online that told me how to use the app and how to pick up passengers, including some tips about how to interact with the passengers such as by offering them water or mints. I knew that these were only suggestions and that I was free to ignore them if I wanted to do so, but I usually follow them because they increase my rating from the customers. I started driving using the UberX app in less than a week after my friend first told me about it.

4.    When I first started driving with Uber, I had a part-time job as a merchandiser for Acosta Sales and Marketing. I continued to work at this job for approximately one year after I started driving using the Uber app, but then about five months ago I quit my job. I estimate that I now drive between ten and twelve hours a day on the Uber app, six days a week. Sometimes I will drive fewer days a week if I want to spend time with my family or take a vacation, and it is always my own decision to do so.

5.    I am self-employed and am a direct partner with Uber. I own my car, which is a 2014 Nissan Altima S, which I generally use only for business but will sometimes use for shorter personal trips such as to go to church. All of my driving revenue comes through the Uber app; I do not use any other driving apps and do not contract with any other companies. I know that I could do this if I wanted to and that other drivers do, but I do not want to.

6.    Uber has never required me to be in any particular location at any particular time.

1    However, about once a week I get an email from Uber informing me about events going on around

2    the Bay Area, such as baseball games or other events, and I can decide whether to drive during the

3    event if I want to make more money. However, I usually avoid those types of events because it is

4    often too crowded and difficult to find the customer and there is a lot of traffic. Plus, I do not like to

5    pick up drunk and rowdy passengers.

6         7.    Last week, I received an email about the Bay to Breakers event going on in San

7    Francisco, and Uber told me that I could make a lot of money if I drove that day. I told Uber that I

8    would drive for Bay to Breakers, but then on that day on my way into San Francisco I got a call to

9    go to Berkeley. When I got to Berkeley, I found out that it was graduation day, which meant that a

10   lot of people were going to the airports, so I decided to stay in Berkeley and pick up those fares

11   instead of going to Bay to Breakers. This was a business decision on my part because I knew I could

12   make more money in Berkeley. I did not get in trouble with Uber for doing this and did not have to

13   tell Uber I wasn't going to Bay to Breakers.

14        8.    I usually take breaks during the days that I am driving every few hours. I use these

15   breaks to eat a meal, take a walk, or use the bathroom. I tend to drive at night, so I will start around

16   7:00 or 9:00 pm at my house and pick up any fares on my way into San Francisco. I usually pick up

17   my first passenger within 10 miles of my house. I like to get to the San Francisco Airport before

18   1:00 am, because that is when the last flights come in and I can make more money on a fare because

19   they are longer trips. After 1:00 am or so, I will take a break. I often go to Safeway during these

20   breaks because I know they are open 24 hours a day. Uber has never told me anything about taking

21   breaks or that I have to drive for a certain number of hours before taking a break; it is up to me when

22   to take them and how many I want to take.

23        9.    I decided to drive using the Uber app at night because it is easier and safer for me.

24   There is less traffic, no construction, and fewer bicycles and pedestrians. I find it peaceful to drive

25   during the nighttime. When I first started driving with Uber, I was driving in the morning, but I

26   switched to driving at night because the morning was too busy and there was too much traffic. I set

27   my own schedule.

28        10.   Sometimes I will go to a specific area during a certain time because I know there is

---

2

DECLARATION OF TONI ABOUSLEIMAN

surge pricing going on during that time and I can make more money in a shorter amount of time. However, I do not always do this. I am free to accept or reject any ride that I choose.

11. Occasionally, there are issues with the Uber app and I can't start the trip when I first pick up the passenger. When this happens, I email Uber and tell them where I started and ended the ride so that I can be paid correctly.

12. Sometimes I will end a trip for a passenger a few blocks before I arrive at the customer's destination, such as if I take a wrong turn on the way. In order to keep the customer happy, I will end the trip early and save them some money. I do this because I know it is my fault and I don't want the customer to be upset. I do not need to report this to Uber on the few occasions that it occurs.

13. Uber does not require me to be logged in to the app for any minimum amount time. For example, sometimes I will go on vacations with my family to Los Angeles or Lake Tahoe and do not log in for a few days at a time.

14. Uber customers give me stars to rate my driving. Currently, my star rating is a 4.81. In order to keep my rating high, I try to take care of my customers, including by taking different routes when there is a lot of traffic or a customer is in a hurry. I get an email from Uber every week with my rating and customer feedback. Sometimes the emails will say that if I drive more over the weekends I can make more money, but it is up to me to decide whether I want to do this or not.

15. I spend about $1000 a month in gas expenses, plus about $120 every month for oil changes for my car. I also have expenses for keeping my car clean, such as carwashes and vacuuming the inside of the car, and am responsible for general car maintenance such as brake changes every six months, which costs me $360. I keep a record of these expenses so that I can submit them with my taxes at the end of the year. When I file my taxes, I file as self-employed and Uber sends me a 1099 form.

16. I knew when I started driving using the Uber app that I was an independent contractor and not an employee. I know that I am not employed by Uber. Since I have been driving with Uber, I have received 80% of the fares that I pick up and Uber receives 20%. I knew that this was the case when I first started driving.

---

3

DECLARATION OF TONI ABOUSLEIMAN

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

_____
TONI ABOUSLEIMAN

4
DECLARATION OF TONI ABOUSLEIMAN

**DECLARATION OF LARRY ADAMS**

I, Larry Adams, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I retired about from a family business about eight years ago. I decided that I didn't like retirement, so I went to work for a courier driver before becoming a direct partner with Uber.

3.  I started using the UberX service in July of 2014. I do not have a specialized or commercial drivers' license, but I own a 2012 Ford Focus that I use to drive while using UberX.

4.  Uber does not set my schedule, but instead decide when I want to drive. I usually log into the Uber App from 8:00- 4:00 p.m., on Mondays through Fridays. I work those days because that's when I want to work. I could make more money by working different or more hours but it's not all about money to me. Surge pricing or promotions do not really affect when I log into the app because I want to set my own schedule and I try to set my schedule to be in sync with my wife's schedule. I don't like to work weekends, but I have worked some weekends.

5.  Uber does not mandate that I log onto the App for any minimum amount of time. Uber has never threatened to suspend my account if I've not logged on for any period of time. My grandson graduated from college in Oregon last week so I took the week and this week off from driving. I didn't tell anyone at Uber that I was not going to be driving for the week and nobody mentioned my not driving.

6.  I extremely value the flexibility that Uber gives me because for the last 30 years I've worked independently. I worked briefly on an employee basis and I didn't like the control the employer had over me. I would not have began using the Uber App if the job was to be an employee. I intended to be an independent contractor while using the Uber App, and Uber made it perfectly clear to me from the beginning that I would be an independent contractor.

7.  I have a strategy when I use the Uber App, which is that I keep moving. I grew up in Montana and I fished a lot. When you are fishing, if there is no fish in one spot, you move to another spot. That is the strategy I use when driving. I have a couple different routes that I drive. I start out

---

1    in San Jose, where I live, and more often than not I end up in Palo Alto.  I also drive in San

2    Francisco.  I look at the App to see where all the other drivers are huddled together, like by Santana

3    Row or San Jose airport, and then I go away from where the masses to avoid the competition for

4    fares.  Uber never assigns or directs me to a territory, which is fantastic in my opinion because I'm

5    independently employed and I prefer it that way.

6          8.      I was amazed when I on-boarded with Uber that Uber never communicated verbally

7    with me. I filled out the application online and all communications from there on with Uber were

8    through email. I never had to come into Uber's office. It was all done from my home at my

9    convenience.  I never attended any type of orientation.

10         9.      Although Uber gives us suggestions on how to be the very best driver, it's all just

11   tips, not "rules."  I don't follow all of Uber's suggestions. For example, I've never given out water to

12   passengers even though Uber suggests it. Uber has never asked if I hand out water to passengers and

13   I've never been reprimanded or had my account threatened for not handing out water. These

14   suggestions were all given over the internet.

15         10.     My Uber star rating comes directly from the passengers. Uber has no input on the

16   rating.  I have a high star rating.  To improve my star rating, I hand out candy, have phone chargers

17   on hand, utilize an extra large GPS system (which I paid for myself) which I turn on so that the

18   passengers can monitor my speed. Drivers can have a high star system without following all of

19   Uber's suggestions, by just being cordial and respecting the passengers' wishes.

20         11.     I incur expenses such as gas, insurance, maintenance etc. operating my business. I

21   keep track of my expenses and mileage driven when using the Uber App.  I am reimbursed at tax

22   time through my tax return.  I receive a 1099 from Uber and I indicate on my taxes that I am self-

23   employed.

24         12.     Uber has told me through a video that drivers are permitted to take tips from

25   passengers, and that we should not insult passengers who insist on tipping by rejecting them.  I have

26   taken cash tips from passengers in the past, although passengers don't often offer tips.  Uber has

27   never threatened to suspend my account because I have accepted a tip.

28         13.     I understand that I am free to reject or accept leads generated through the Uber App. I

---

2

DECLARATION OF LARRY ADAMS

1   have declined two pool share leads in San Francisco. I received an email from Uber regarding my

2   decline percentage, but when I disputed that with Uber, Uber told me not to worry about having

3   declined the pool share leads. I've never had any verbal communications with Uber management

4   other than when I've come into the office regarding a technological issue.

5       14.   I choose not to use any other apps like Lyft or Sidecar, but I know that I could if I

6   wanted to and that Uber wouldn't mind.

7       15.   On two to three occasions, I have charged a customer less than the Uber maximum

8   fare. On those occasions, I have done so to keep the customer happy, such as when the trip takes

9   longer than expected due to traffic or because I've taken a wrong term. Most of the time, customers

10  are understanding, but when they get upset, I want to please them.

11      16.   I have requested fare adjustments on maybe three or four times, and that is usually

12  when I've failed to start the fare when I started the trip.

13      17.   I have given this testimony completely voluntarily and without any coercion

14  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

15  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

17  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

18  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

19  not have to provide any written statement. I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22      I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.

24      Executed at San Francisco, California this ___ day of May, 2015.

25

26

27                                              LARY ADAMS

28

—————————————————————————————————————
                        3
              DECLARATION OF LARRY ADAMS

## DECLARATION OF REYNALDO ADELANTAR

I, Reynaldo Adelantar, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have lived in San Francisco in San Francisco county for 15 years.

3.     I started using the Uber app providing UberX services sometime in October or November 2014. I am a direct partner with Uber as a contractor.

4.     I do not use the Lyft or Sidecar apps, but I am not restricted from doing so if I choose to start using them.

5.     Until two weeks ago, I worked full-time as a lobby agent at SFO. I was tired of going to the office, so I resigned.

6.     I started using the Uber app because I wanted to supplement my income part-time. Now, I like that my schedule is flexible as I can go online at time.

7.     I owned my car before I began using the Uber app. I own a 2007 Mitsubishi Outlander. I use my own iPhone.

8.     Surge pricing affects where I drive. I go to where the prices are highest. Uber sometimes emails me about where seminars and conferences are taking place, and I go to those places. I do this because the revenue is better and the chances of getting more passengers are higher.

9.     My schedule is variable. I start around 6:30 or 7:00am. If I feel like I driving the whole day, I will drive for 6 or 7 hours. Other times, I go back home in the afternoon for a few hours. I like that Uber does not force me to work for 8 straight hours or during certain time frames. I like having a flexible schedule as it is very convenient for me. Normally I drive 5-6 days a week, but this varies sometimes. The amount of revenue I make varies week per week.

10.    I watched a video online when I first started. Uber suggested to me that I should interact with the passengers professionally.

11.    Passengers completely control my ratings. My current rating is 4.74, which I believe is an average rating. In order to improve and maintain my rating, I dress well, talk to the passengers

1    professionally, keep my car clean, am punctual, and drop passengers off at the designated

2    destination. I also provide bottled water or soda, which was my idea. I also bought a second phone

3    so I can use the Waze app while driving, which is what passengers often want. This was voluntary

4    on my part—I want to please the passengers to get good ratings.

5         12.    I sometimes come into the SF Partner Support office to clarify how to use the

6    application.

7         13.    I have asked for a fare adjustment once or twice, when I overshot the destination.

8         14.    Uber contacted me once when my rating dropped down to 4.25. My rating dropped

9    because I was unfamiliar with the map. I did not know what I was doing so my rating was low. I was

10    given suggestions at a seminar of how to improve my ratings.

11         15.    The Onboarding video stated that tipping is not required. If the passengers insist, I

12    can take a tip. I have received a tip once.

13         16.    I read and understood the terms of the Licensing Agreement. I intended to be an

14    independent contractor when I agreed to the Licensing Agreement. I want to continue to be an

15    independent contractor because I am my own boss and work for myself. I like that I do not have to

16    work 8 hours and no one tells me what to do for work. There is no set number of days and no set

17    number of hours that I have to work and that is better for me.

18         17.    I received a 1099 form. I keep the receipts for my expenses, but I did not deduct these

19    in 2014 as I was only driving a few hours a day when I first started. I will probably deduct my

20    expenses this year.

21         18.    I have given this testimony completely voluntarily and without any coercion

22    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

23    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

24    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

25    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

26    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

27    not have to provide any written statement.  I also was specifically told that I could participate in the

28    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2
DECLARATION OF REYNALDO ADELANTAR

become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____
Reynaldo Adelantar

5/18/15

3
DECLARATION OF REYNALDO ADELANTAR

1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  STEPHEN L. TAEUSCH (SBN 247708)
   CAITLIN V. MAY (SBN 293141)
3  One Market, Spear Street Tower
   San Francisco, California  94105
4  Tel:    415.442.1000
   Fax:    415.442.1001
5  rhendricks@morganlewis.com
   staeusch@morganlewis.com
6  cmay@morganlewis.com

7  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR., and   **DECLARATION OF MOHAMED AHMED**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15               Plaintiffs,

16          v.                        Complaint Filed: August 16, 2013
                                      FAC Filed: May 30, 2014
17  UBER TECHNOLOGIES, INC.,

18               Defendants.

19

20

21

22

23

24

25

26

27

28

I, Mohamed Ahmed, hereby declare as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    From 2003 to June 2012, I drove a taxi cab for the San Diego Cab Company as an independent contractor.

3.    In 2012, I decided that I wanted to start my own business and I opened Pacific Beach Limo.  Pacific Beach Limo is a sole proprietorship of which I am the sole owner.  I purchased a black Sports Utility Vehicle ("SUV") for my company and obtained the TCP number TCP 29314-P from the Public Utilities Commission.  I had a number of customers who continued to use my services after I left San Diego Cab Company and a few others that I either acquired through word of mouth or who had obtained my contact information through my business cards.  Around that same time, I was waiting in a parking lot with other drivers for a call from a customer when one driver started talking about Uber.  Because my business was new, I was looking for ways to increase my revenue.  Uber sounded like a great opportunity and an easy way for me to get more consistent fares.

4.    In August 2012, I entered into an agreement with Uber to use their smartphone application as a source of business to supplement my customer base.  I electronically accepted an agreement to the use the app.  I understood that I would be performing trip requests for my own independent business.  I do not believe, nor have I ever believed, that I was an employee of Uber.  I receive a Form 1099 from Uber and I file all of my tax returns as self-employed.

5.    I was able to start using the Uber app once I accepted the agreement to use the app.  Because I drive a black SUV, I am able to pick-up customers either through the UberBLACK service or UberSUV, depending on what the Uber user requests.  For UberBLACK trips, I receive 80% of the fare for each trip completed, while Uber takes 20% as its licensing fee for allowing me access to the Uber app.  For UberSUV, I receive 72% of each fare and Uber takes 28% as its licensing fee.  Uber charges the user's credit card, deducts its fee, and then remits the remainder of each fare to me.  Uber has given me all the money that I understood I was entitled to when I agreed to use the Uber app.

1.

6.      I initially paid a deposit to Uber for an iPhone to be able to use the Uber app and I continue to pay approximately $10 per week to use the iPhone.  The iPhone provided by Uber does not have any text or calling capabilities.  I have my own separate business phone, which I purchased and pay for, to make calls and send texts.

7.      When I first approached Uber to discuss the possibility of becoming authorized to use the Uber app, Uber asked that I take a written test to confirm that I was familiar with the San Diego area. It included basic questions concerning my knowledge of locations downtown, restaurants, Petco Park, Pacific Beach, La Jolla, and popular tourist attractions in the San Diego area. I also received a brief, basic tutorial on how to use the Uber app, but I received no training or orientation from Uber at or since that time.

8.      I was also informed of the way the Uber app worked, including that a driver should not ask the passenger for tips or gratuity because the amount charged to the customer's card is intended to cover the full cost of the ride—my understanding is transportation booked through Uber is intended to be a cashless experience.  I can and do take tips when a passenger has offered them, but I have never asked for a tip.  There have been occasions where a customer of my business, Pacific Beach Limo, or a past customer when I drove for San Diego Cab Company has not tipped.

9.      I have never been required by Uber to wear a uniform or conform to a specific dress code. I like to wear dress pants and either a sports coat or a tie, because I think customers expect a driver of a black SUV to dress well.  I think customers expect me to dress a certain way, but I have never been told by Uber that I am required to conform to a dress code.

10.     I was interested in starting my own transportation business because I liked the idea of getting paid according to my efforts and business decisions—how much I make is based entirely on when, where and how much I choose to provide services.  I also really wanted the flexibility of running my own business.  For me, flexibility is everything.  For that reason, I particularly like Uber—it provides me an opportunity to meet new people and reach a new market of potential customers, but there is never any obligation to use the app if a different business opportunity is available (one of my own customers, for instance).

2.

11.     I can use Uber's app whenever I want.  I am able to pick and choose the hours and locations I want to work and can decide on a whim whether to work or not one night to the next.  I decide when and where to work based on how much money I think I'll earn at a particular time and in a particular location.

12.     I am not locked into a schedule or location and I can change my mind at any point during the night. I can run personal errands, take a break, eat a meal, or go home and sleep between fares. Even when I am logged into the app, I can decide when and who I am going to pick up.  If I do not want accept a ride offered to me through the app, I just do not accept it and, after 10 to 15 seconds, it passes to another driver.  In fact, though I try to avoid doing this, I can accept a fare and on the way to pick up the passenger, I can change my mind and decide that I do not want to pick up that customer. For example, I may accept a fare and, on my way to pick up the customer, then get a phone call from my wife saying I need to come home.  In that case, I would probably cancel the Uber trip and call the customer to let them know that I will not be coming to pick them up.  It is completely up to me. However, if a customer is a "no show" after I wait 10 minutes for them, I get a $10.00 cancellation fee for my time.

13.     There are no repercussions for not accepting a fare or rejecting a fare through the Uber app. If I am logged on but I don't accept a series of different fares in a row, the Uber app might automatically take me "offline" so as to not confuse the customer that I am available and to provide an opportunity for another driver to accept fares in the area.  I can immediately go back "online" if I choose.

14.     I choose the route I will drive to a destination for a customer. The route I choose is either guided by a GPS device (which I bought for my business) or my knowledge of the quickest and shortest route possible. Uber's app does not have a navigation function, and Uber has never instructed me or required me to take a specific route.

15.     Since I first met with Uber about working with them, I have barely spoken to anyone from Uber about anything.  I have only been to the Uber offices a few times, and I have never been required to attend any sort of meetings. The first time I went to Uber's offices was to pick up the iPhone.  I have also been to Uber's offices to exchange my iPhone for an upgrade, pick up a new

3.

charger for the iPhone (which Uber offers with the iPhone), and to address or explain customer complaints. I am not required to go the office to address any complaints from customers, but I feel it is better to handle these situations in person because I value my business relationship with Uber and I want Uber to understand my version of what happened. For example, there was one incident where a customer was engaging in inappropriate sexual acts in the back of my car. I asked the customers to refrain from engaging in sexual conduct while in the car because it was inappropriate, and they were blocking the mirror and were distracting. This was a safety issue that needed to be handled immediately, so I told them to stop. The customer complained to Uber. Uber informed me of the complaint, but did not suspend my access to the app or discipline me in any way. I was not required to address the incident with Uber, but I wanted them to know the truth of what happened.

16. Customers can evaluate my services as a driver by using the passenger version of the Uber app to give me a "star rating" of 1 to 5. Uber does not independently monitor or evaluate my performance, but I do receive a weekly "report" from Uber indicating the number of fares I took and my average "star rating," among other things. Uber usually includes a couple of complimentary customer comments. I understand that if my average star rating from customers gets too low, I might lose access to the app. From time to time, Uber has provided suggestions about how I might be able to increase my star rating, including by having water or gum available to customers. These suggestions are not requirements and I can choose which suggestions to follow or not follow. Uber does not review my performance or tell me ways in which I might improve my performance.

17. Uber offers drivers the opportunity to put a small Uber logo on their windshields, in exchange for a fee paid by Uber, so that customers can more easily identify cars, but there is no requirement to put an Uber logo on your car. I do not have any Uber logos or branding on my car.

18. I bear all the expenses for my business, including gas, oil and brake changes, tire rotations, my TCP license, my airport license (which I chose to buy to expand my business opportunities), business cards, and water bottles for my customers.

19. I do not have any employees or helpers right now, but there is nothing that is preventing me from hiring someone to drive my vehicle on behalf of Pacific Beach Limo. In that situation, I understand I would be fully responsible for paying that employee or helper.

4.

20.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 14 day of July 2014.

_____
Mohamed Ahmed

Firmwide:127559558.4 073208.1016

5.

## DECLARATION OF SEAN ALDEGUER

I, Sean Aldeguer, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I started using the Uber app about two years ago, I think it was around March of 2013.  A co-worker of mine was driving using the Uber app and he told me all about the perks and benefits of it.  At the time, I was a commercial truck driver for an independent trucking company and a mobile paper shredding company.  I had been doing that for about 6 years and was looking for something different.  When I was working for the mobile paper shredding company, I was paid an hourly rate.  For the trucking company, I was paid a flat rate per mile.  When I would take long hauls for the trucking company, I would have to travel a few days a week and I wouldn't be home for my kids.  I wanted to be more independent, wanted something that paid more money, and wanted something that would give me more flexibility to spend more time with my kids.

3.      I gave my notice, and jumped into using the Uber app.  I already had my own car—a Toyota Camry—and so it was just a matter of signing up.  I came in to Uber's office with my co-worker who referred me.  I watched a short 15 minute video and took a city knowledge test.  I didn't pass the first time, but I came back a week later and took it a second time and passed.  I got an iPhone preloaded with the Uber app.  I think I also signed some paperwork.

4.      I was so stoked that I got in my car and turned on the Uber app right away.  My old co-worker was making a lot of money on the app, and I was excited about the opportunity to do the same.

5.      My old co-worker who told me about the app is running his own small transportation business, and I am trying to follow his footsteps.  My goal is to do the same, but entirely on the Uber platform.  I'm very entrepreneurial, so my goal with Uber is to try to set up a small business.  Right now, I drive my Camry on the UberX platform.  I have another car, a Cadillac, that I am hoping to set up on the UberBLACK platform.  I already set up a d/b/a (in my own name) and got a TCP license. My goal would be to lease out the UberX to someone that maybe needs a job, a car, and a

1
DECLARATION OF SEAN ALDEGUER

1  platform.  And try to grow my business from there.

2      6.      I don't use Lyft or any other ride-sharing app.  Uber does not restrict me from using

3  other ride-sharing apps.  I signed up for Sidecar, but I just didn't like it.  I've had a good experience

4  with Uber so I just don't see the need to use any other apps.

5      7.      Once a week, I get a direct deposit from a company called Rasier.  Uber takes 20% of

6  each fare as its licensing fee, and the rest is mine.  And I understood that would be the process when

7  I signed up to use the Uber app.

8      8.      When I started driving, I set a dollar amount goal for myself every week.  I try to get

9  at least $1,500 a week (after Uber's cut), which typically comes out to driving 6 days a week.  I'll try

10  to drive 10 hours a day on Monday through Friday and then on Saturday I'll drive 5 or 6 hours.

11  Some weeks I go over, some weeks I go under.  On average, I'm making my goal.

12      9.      I try to log on when there is more demand but less drivers.  So I try to start strong,

13  usually around 4:00 a.m. because that's the airport rides.  Airport rides are longer and bigger fares,

14  and I can usually catch a "surge" around 4:30 a.m.  Usually it's around 1.7x or 1.8x, but sometimes

15  it's around 2.5x.  I'll stay on the platform until around 12 or 1:00 p.m.  Then I may come up back

16  around after 5:00 p.m.  I like to work busier times, or "chase the surge" as I call it.

17      10.     I love the flexibility that Uber gives me.  I also love being involved in something that

18  is shaking up the intersection between technology and the transportation industry.  I also like getting

19  to meet new people from different parts of the world.  San Francisco is a very transient city, so I like

20  learning different things from the variety of people I meet.

21      11.     Uber doesn't assign me to any particular territory.  Uber also doesn't require how

22  many hours I work a day or week or how many days I work a week.  When I worked for the paper

23  shredding company, I worked 4 days a week, 10 hours a day.  I had no choice on when I worked,

24  and I did not like that.

25      12.     On Uber's app, I can check my star rating.  I try to stay consistent with my rating.  I

26  think I'm about a little over a 4.9, so it's been working out.  During the allergy season, I'll drop

27  some tissues in the back of the car.  If it's hot, then I'll provide water.  I also let my passengers

28  control the music.  I do this because I want them to feel at home, and I want them to have a better

2
DECLARATION OF SEAN ALDEGUER

experience.

13.     My girlfriend is an accountant, so she does my taxes.  I deduct things like gas, maintenance, tolls, mileage, car payments, and some nicer clothes.  I haven't deducted car washes yet, but I plan on doing so in the future.  I keep receipts and then I give them to her at the end of the year.  At the end of the year, Uber sends me a 1099 form, which I put on my taxes as well.

14.     Uber sends emails about a couple times a week.  The emails can be pretty informative, like about street closures, so I use it to map around and sometimes plan my day.  I check all my emails anyways, so it's not really a concern for me.  I take Uber's emails to be informative, but not requirements.  This past Sunday, for example, I got an email that allowed us to click on a link if we planned on driving at Bay 2 Breakers.  I clicked that I planned on driving—but on Sunday, I decided that I didn't want to drive.  So I didn't.  There were no consequences for clicking that I would drive and then not driving.  There is no way I would have been able to do that in a normal job.

15.     Uber has never suspended or threatened to suspend my account.  I went on vacation to Hawaii with my family for a week and a half and didn't log on to the app.  There were no consequences.

16.     I don't receive tips—there is no tip in the Uber fare.  To me, the tip is a good rating.  It's a cashless system and there is no option to provide a cashless tip.  I have received tips.  At first, I deny it, but if they say "keep it" or something like that, then I will.  I receive a tip about 2 or 3 times a week.  It's usually between $5 to $20, but mostly $5. In my experience, the riders who tip are usually first time riders, but veteran riders don't tip as frequently.  What I've heard or understood from Uber regarding tipping is that the fare is meant to be cashless, but if a cash tip is offered, then we can accept it.  Uber has never suspended or threatened to suspend my account for accepting cash tips.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3

DECLARATION OF SEAN ALDEGUER

1   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

2   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

3   not have to provide any written statement. I also was specifically told that I could participate in the

4   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

5   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6        I declare under penalty of perjury under the laws of the United States of America and the

7   State of California that the foregoing is true and correct.

8        Executed at San Francisco, California this 19th day of May, 2015.

9

10                                          Sean Aldeguer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DANA ALEXANDER**

I, Dana Alexander, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I drive for Uber X.  I am 45 years old.  I live Woodland Hills, Los Angeles County.  I have lived there since 2009.  I started driving for Uber X about year ago after my daughter went off to college.  I am also a realtor and real estate investor.  I used to drive more for Uber, but since my real estate business has picked up I drive less often.  When I started with Uber it paid well and I had flexible hours.  Uber helped me between contracts.  I also signed up for Lyft, but I have only done two trips Lyft.

3.      As far as a signing up, all I had to do was go online and authorize a background check and driving history check.  As for geographic areas, Uber sends out alerts that state this is a heavy driving weekend or heavy traffic in a certain part of the city.  When I initially started driving for Uber I gave myself the schedule of 7 a.m. to 10 a.m. and again from 5 p.m. to 9 p.m.  I chose these times because it was feasible to do.  But now that my business has picked up again, I'll pick up rides when I can.  It's perfect because I can travel when I want and see my daughter.

4.      When I signed up I was aware of the no tipping required policy.  I have been tipped, even though I refused it at first.

5.      I do incur expenses while driving for Uber, mostly gas and maintenance on my car.  I pay for all of my expenses myself.  I deposit all my checks from Uber into a Wells Fargo account, and I would only use this account to pay for gas and maintenance related to drives for Uber, which provided an easy way to keep track of my expenses.

6.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

1
DECLARATION OF DANA ALEXANDER

CLASS MEMBER DECLARATIONS 26

speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.


_____
                                    Dana Alexander

2
DECLARATION OF DANA ALEXANDER

**DECLARATION OF HRACH ALEXANIAN**

I, **HRACH ALEXANIAN**, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 55 years old. I live in Hollywood, California. I have been an UberX driver since October 2014, and I am currently an Uber driver. I drive for UberX full time. I drive a BMW 750iL. I use the app seven days a week, and I use it whenever it is convenient for me to work. I start around 10am and drive until around midnight. Uber does not require me to log into the Uber App for any minimum amount of time. Uber does not tell me what territory to drive in, nor do they force me to accept leads. Uber does not restrict me from engaging in another business.

3.      My current star rating is 4.8. The way the star rating system works is that after finishing the trip, the passenger rates their trip between one and five stars. I don't like the rating system because some problem people (like drunk or crazy people) can affect your rating by giving you bad drivers. Uber should consider the specific complaints and assess them before letting them affect my ratings.

4.      I rarely communicate with Uber, only when I have problems which are rare. Usually I only contact them for app connection problems. I contact them through email, and they contact me through email.

5.      I work about 60-70 hours a week. I take breaks during the day, usually to eat, once I have been driving for 4-5 hours. I take my breaks whenever it is convenient for me, and I turn the App off when I am on a break. My breaks have never been interrupted by Uber.

6.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

---

1

DECLARATION OF  HRACH ALEXANIAN

provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.


HRACH ALEXANIAN

---

2

DECLARATION OF HRACH ALEXANIAN

**DECLARATION OF SAIF ALGHEIM**

I, Saif Algheim, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I began providing transportation services on the Uber network in February 2015 under the UberX platform. Prior to driving on the Uber network, I drove for a taxi company in San Francisco, South San Francisco, and San Mateo. I also currently work as a janitor for ABM. I am an ABM employee and I receive benefits through my employment with ABM. Driving with the Uber network is for supplemental income beyond my ABM job.

3. I wanted to become a transportation provider on the Uber platform because I felt I could make more money than I was making for the taxi company, and also because I liked the fact that I could be my own boss and decide what hours to work and where to work. Unlike my previous taxi job, I am free to work when I want as a driver on the Uber platform. I generally work my janitorial job in the mornings and provide transportation services through the Uber platform at night.

4. I chose to begin providing transportation services with Uber to provide some extra income in addition to my janitorial job. On Monday through Thursday, I work at my janitorial job until about 2:00 pm and then I provide transportation services through my use of the Uber app from about 2:00 pm until 10:00 pm or 11:00 pm. On Fridays and Saturdays, I drive using the Uber app for about 12 hours, and sometimes more. On Sundays, I also drive using the Uber app, but not as many hours as Friday or Saturday.

5. In order to be accepted to use the Uber app, I had to show proof of insurance, driver's license information, and information about the car I would be using. When I first started, I used a car owned by another gentleman who provides transportation services for Uber. He allows me to use his car during hours when he is not driving.

6. I understand that as a transportation provider using the Uber platform, I am also permitted to drive for other companies such as Lyft and Sidecar. However, I choose only to drive with the Uber app, even though I understand that I am free to drive for Lyft or Sidecar if I wanted to.

1
DECLARATION OF SAIF ALGHEIM

1    I understand that many other drivers on the Uber platform also drive on the Lyft and Sidecar

2    networks.

3           7.     Uber's app allows an independent driver like me to book passengers seeking

4    transportation services. As a driver using Uber's platform, I am free to use the app as much or as

5    little as I want, and during whatever hours I choose.

6           8.     Other than when I first signed up to provide transportation services using the Uber

7    network, when I came to the Uber office and was issued an iPhone with the Uber app, I have never

8    been required to "report" to its office, or be in any particular location at any particular time or

9    communicate with them about any subject.    I understand that as a driver using the Uber app, I am

10   an independent contractor, and not an employee of Uber.  When I am providing transportation

11   services under the Uber platform, I am my own boss and get to choose when to drive and where to

12   drive.

13          9.     Even when I'm signed on to the Uber app, I am free to accept or decline leads

14   generated through the app.  However, I generally accept all leads that I get because I enjoy the work

15   and I want to maximize the amount of money I make.

16         10.    "Surge" pricing is when Uber increases rates during times and in locations when

17   there is especially high passenger demand.  "Surge" pricing usually occurs during rush hour and on

18   weekend nights in particular areas of the city.  I am able to make more money by accepting fares

19   during surge pricing, but again, I am free to accept or deny these fares.

20         11.    Passengers offer me cash tips from time to time, but I generally do not accept them

21   and tell passengers that tips are not required.

22         12.    Uber periodically sends out emails regarding certain promotions or providing

23   information about particular areas where passenger demand will be high.    I find these

24   communications helpful, but I'm not required to read them and Uber does not demand that I accept

25   any particular promotion or drive during a particular time or in a particular location.

26         13.    Besides the ability to make money, my favorite thing about Uber is the flexibility. I

27   log on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me

28   because it allows me to make my own schedule.  Whenever I want or need to, I am able to make

---

2

DECLARATION OF SAIF ALGHEIM

1    money as a transportation provider, but I also get to choose if and when I want to work.

2         14.    Passengers I book using the Uber app can rate my services from one to five stars, and

3    I try to maintain a high rating.  I make my own decisions on how to provide excellent customer

4    service to my passengers, and I take pride in providing excellent customer service.  Some examples

5    include providing gum and water for my passengers, providing phone chargers, keeping the car

6    clean, asking passengers if there is a particular route they'd like me to take, and being friendly and

7    professional.  I can choose to do these things or not.  I choose to do it on my own because it makes

8    good business sense.

9         15.    Uber does not require me to wear any specific type of clothing when I'm providing

10   transportation services. I wear a collared shirt and slacks, and try to look professional, but how I

11   dress is entirely up to me.

12        16.    I have given this testimony completely voluntarily and without any coercion

13   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

17   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

18   not have to provide any written statement.  I also was specifically told that I could participate in the

19   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21        I declare under penalty of perjury under the laws of the United States of America and the

22   State of California that the foregoing is true and correct.

23        Executed at San Francisco, California this 19th day of May, 2015.

24

25                                                              SAIF ALGHEIM

26

27

28

---

3

DECLARATION OF SAIF ALGHEIM

1

## DECLARATION OF YOUNIS ALJUBOURY

2   I, YOUNIS ALJUBOURY, do hereby swear, affirm and attest as follows:

3   1.   I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6   2.   I currently work as a driver with my brothers in a family-owned transportation

7   business.  The business owns four (4) vehicles, including a 2013 Chevy Suburban, a 2011 Lincoln

8   Towncar, and two Chevy Tahoes (2008 and 2014).  I tend to use the Chevy Suburban, but am able to

9   use any of the other vehicles.  I initially signed up with Uber sometime in January or February 2014,

10  but began offering transportation services as a driver through the UberSUV platform in May 2014.

11  Based upon information and belief, 80% of the passengers we receive are through the Uber apps, and

12  20% are private clients.

13  3.   Because I use a large vehicle that is black in color, I tend to pick up passengers who

14  use the UberSUV and UberBlack apps.  On occasion, I have had to request a fare adjustment from

15  Uber, and have not had any issues doing so.  For instance, I recall one time when I picked up

16  passengers who used the UberBlack app, but when I got there, there were over 4 passengers.  As

17  such, I requested a fare adjustment.  The request was granted by Uber.

18  4.   I signed up to use the Uber app online.  I submitted certain information including my

19  driver's license information, proof of insurance, and pictures of my car.  In approximately two weeks

20  to a month, Uber informed me I was approved to use the Uber app.  I then had to visit Uber's office

21  to pick up my phone, and a bag with accessories, including a phone holder and cables.  The whole

22  process did not take long and it was convenient for me.

23  5.   Although Uber offers various apps that I can use to book passengers, I have mainly

24  taken advantage of the UberSUV and UberBlack platforms, but have used UberX in the past.  I feel

25  that passengers who use UberSUV are the nicest customers and make the fare more pleasant.  I do

26  not and have not used other driver apps, such as Lyft or Sidecar, even though I am not restricted

27  from using them if I wanted to.  The passengers I receive through using Uber apps keep me busy.

28  / / /

---

1

DECLARATION OF YOUNIS ALJUBOURY

6.      I rarely go to the Uber office unless an issue arises, such as problems with my phone, phone carrier, cable, etc.  As such, my communications with Uber have been infrequent and through email.  I do receive emails from Uber on a weekly basis, but the emails simply provide information regarding special events that I can use to my advantage to pick up more fares, if I so choose to do so.  If I decide not to go to special events that Uber has notified me about, it is because I personally prefer not to go to places that are so crowded because it makes it difficult to find the client who requests me.   Additionally, crowded areas cause confusion where people may try to hijack my services because they want to leave the area.

7.      On average, I work about eight (8) hours a day, 5-6 days a week.  I usually pick up and drop off fares in Downtown San Diego and El Cajon.  Uber does not require that I be at a specific geographic location, nor does it require that I pick up certain fares.  I have the flexibility of deciding where to go to pick up fares, and who I would like to pick up.  I am free to accept or decline leads generated through Uber apps, and have declined leads with no problems.

8.      I decide when I work and how long I want to work for.  Because of this, I sometimes work in the morning, and sometimes I work at night.  The times I work vary from week to week.  I highly value this flexibility.  Additionally, I am able to take breaks when I want to, including meal breaks.  Uber does not dictate when I can take a break, and I have never been interrupted by Uber when I was taking a break.  I am not required to be signed on to the Uber app for a minimum amount of time.

9.      Passengers I book using the Uber app can rate my services from one to five stars.  The best rating is 5 stars.  Uber provides suggestions on how to increase my "star rating" from passengers.  These suggestions deal with customer service and include suggestions such as being polite to passengers, opening the car door for them, and keeping water in the car.  However, I am not required to take Uber's suggestions, but find that I do because its suggestions allow me to provide great customer service.  Great customer service then leads to higher ratings, although admittedly, there are times when passengers are never happy with whatever you do.

10.      Once in a while, I receive tips from passengers in cash, and have accepted them because I earned them.  I was not required to inform Uber of the tips, and was not required to

1   provide it with any portion of the tips I have received.

2       11.   I am not required by Uber to wear any specific type of clothing when I am providing

3   transportation services.  However, I choose to dress professionally because I feel that my passengers

4   expect me to look professional.

5       12.   I have given this testimony completely voluntarily and without any coercion

6   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

10  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

11  not have to provide any written statement.  I also was specifically told that I could participate in the

12  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14      I declare under penalty of perjury under the laws of the United States of America and the

15  State of California that the foregoing is true and correct.

16      Executed at San Diego, California this 28th day of May, 2015.

17

18

19   _____
          **YOUNIS ALJUBOURY**

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF YOUNIS ALJUBOURY

**DECLARATION OF ABDULLAH ALKAIFEE**

I, Abdullah Alkaifee, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am an UberX driver.  I am a 35 year old male.  I live in Daly City in San Mateo County.  I have been living here for 15 years.

3.    I used to use Lyft last year for two months while I used Uber's application but I stopped using Lyft because I was not receiving enough business and there was too much talking.

4.    I work full time using Uber's application.  I am the only driver.

5.    My cousin introduced me to the Uber app and so did my roommates.  I decided to go with Uber because it works out for me. I can work at any time and go home at any time.  I work with business people. I know who my customers are.  I like the ratings.  I can rate the customer, and the customer can rate me.  I feel safe.

6.    When I wanted to use Uber's app, I had to provide my information including my driver's license, social security, background check, vehicle inspection, vehicle insurance.  I was able to start right away.

7.    I am a direct partner with Uber.  My cousin will soon start driving for me until he can buy his own car.  I own my vehicle that I use for the business.  It is a Toyota Prius 2007.  I use a phone I received from Uber.  I pay $10 a week to use this phone.

8.    I use a small Uber logo sticker on my windshield.

9.    I receive all of my passengers from the Uber app. I could hire an additional driver or drivers if I wanted to.

10.    My strategy: In the morning, I start in my neighborhood in Daly City.  In the evening, I spend my time working in the financial district.  Every time I end a ride, I accept another ride immediately.

11.    Uber never assigns me to a territory.  Uber will let me know if there will be a high demand in a certain location and I will go to it.  I also look for surge pricing and I go to those

1

DECLARATION OF ABDULLAH ALKAIFEE

1    locations because there is a high demand.

2       12.   I am definitely allowed to accept or reject leads generated using the Uber app. Uber

3    has never threatened to suspend my account for not accepting enough leads. Uber does not restrict

4    me from using competitor apps simultaneously.

5       13.   I have never negotiated a fare with a customer. I will end the app early in a ride if I

6    have made a mistake.

7       14.   I work a lot of hours. I use Uber from 8:30 a.m.-3 p.m., then I come out again at 5

8    p.m. to 10 p.m. I am logged on to the Uber app about 60-65 hours a week. Uber does not set my

9    schedule. Uber does not require me to log onto the app for any minimum amount of time. To keep

10   your account active, you have to log in for at least a trip once a month. But I have never been

11   threatened with an account suspension or had my account suspended for not logging in a minimum

12   number of hours. Uber does not restrict me from having another job or working another business.

13      15.   The onboarding process was good. I watched an introduction video. They gave me

14   suggestions on how to treat passengers like opening the door, telling them to wear seatbelt, give

15   them a bottle of water, smile, carry gum with you. The onboarding process may have taken 30

16   minutes or less. I am not required to follow Uber's suggestions but I view them as helpful for me,

17   helpful to my business. It helps me get higher stars. I have not received any other suggestions or

18   tips from Uber since the onboarding process. Uber has not contacted me for failing to follow their

19   suggestions or tips.

20      16.   The passengers rate the drivers. My rating is 4.84. I consider the rating to be high.

21   My rating was 4.88 and I do not know why it went down. I would provide more service to the

22   passengers to help my rating like opening and closing doors, or offering a phone charger or gum or

23   music. These are my ideas and did not come from Uber. Uber has never told me I cannot access the

24   app based on my star rating.

25      17.   Uber sends me text messages and emails all the time to help me find high demand

26   times and locations. I have been to Uber's offices about 5 times over the last year and half. I

27   contact Uber via email. I read the emails Uber sends me. Uber has never notified me that it might

28   terminate my use of the app.

2

DECLARATION OF ABDULLAH ALKAIFEE

18. My expenses include phone payments, gas, car payments, maintenance, a car wash costs. Uber does not tell me what insurance to buy. I am insured by Farmer's Insurance. It is not commercial insurance. $1 per fare from passengers goes to Uber for safety. Uber does not tell me where and where to buy gas. I usually get my gas from Shell or 76 and use unleaded gasoline. About half of my gas cost is related to my driving business. I pay for all of my business expenses. I keep a record of all of my business expenses.

19. At the beginning, Uber told me they operate cashless. So when customers try to tip me, I stick with the same principle and tell them this is a cashless service I provide. Customers do not always listen because they want to tip me and will leave cash on the seat. I receive cash tips once in a while, probably one time a week.

20. Uber provided me a License and Online Services Agreement at the beginning. They gave this agreement to me online. I read and understood the agreement. I understood the split of fare revenue between me and Uber. When I started I took 95% and Uber took 5%. Now Uber takes 20% and I take 80%. When I agreed to the agreement, I intended to be an independent contractor. I consider myself an independent contractor right now. I want to continue to be an independent contractor. I love my job. I like everything about it. I like my flexible hours and I make good money.

21. I receive a 1099 from Uber. I have never received a W-2 from Uber. I report the income I receive using Uber's app to the IRS. I indicate self-employed when I file my taxes. I also report my business expenses when I file my taxes. I take deductions for my business expenses.

22. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

1    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2        I declare under penalty of perjury under the laws of the United States of America and the

3    State of California that the foregoing is true and correct.

4        Executed at San Francisco, California this 18 day of May, 2015.

5

6                               ABDULLAH ALKAIFEE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF ABDULLAH ALKAIFEE

## DECLARATION OF RAMI ALMUHTASEB

I, RAMI ALMUHTASEB, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 40 years old and I have lived in Fontana, California since Augustus 2014.  I used to drive a taxi in Florida for over 10 years before I moved to California in 2014.  I started using the UberX service in November 2014.  I had used Lyft for two to three months before I started using UberX, but I preferred UberX after I started using it.  I used both UberX and Lyft for a few days before switching over to UberX entirely because I got more business with Uber.  I drive a Nissan Altima that I own when I use the Uber App.  I could still use Lyft if I wanted to, and I could also get another job while still using UberX.

3.      I intended to be an independent contractor when I started using the Uber App and I want to continue to be an independent contractor because of the flexibility that it provides me.  With Uber, I am able to set my own schedule each day.  I set my own hours because I am my own boss.  I generally start driving around 11 am, but sometimes I start a few hours later.  I generally stop driving around 8 pm, but sometimes I end later.  Uber never sets my schedule.

4.      On average I drive four to five days a week.  Some weeks I take off Sunday and Monday, other weeks I take off Monday and Tuesday.  It varies by week and which day I take off depends on what else I want to do that day.

5.      Sometimes I start using Uber near my home in Fontana, and I would prefer to stay near my home if there was enough business.  Occasionally I have stayed near Fontana the entire day.  Other times I drive to the Los Angeles area (Santa Monica and Venice) because there is more business there.  Uber has never told me where I can or cannot drive and has never assigned any territory to me.  I chose where I want to use the Uber App.

6.      Because I used to drive a taxi, I know that customers prefer drivers that have a nice attitude and that keep their car clean.  I try to do those things and I think that has helped me have a

1
DECLARATION OF RAMI ALMUHTASEB

1    star rating that is above average.

2        7.     I have given this testimony completely voluntarily and without any coercion

3 whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

4 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

6 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

7 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

8 have to provide any written statement. I also was specifically told that I could participate in the

9 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

10 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11        I declare under penalty of perjury under the laws of the United States of America and the

12 State of California that the foregoing is true and correct.

13

14        Executed at Los Angeles, California this 26th day of May, 2015.

15                               _____

16                                RAMI ALMUHTASEB

17

18

19

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF RAMI ALMUHTASEB

**DECLARATION OF ABBAS ALSHADUD**

I, Abbas Alshadud, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 42 year old male living in Antioch, California in Contra Costa County.  I use the UberX option on the Uber application.  I also use the Lyft application.  I spend 90% of my time using the Uber application.  I am a direct partner with Uber.  I own my vehicle.  It is a 2011 Honda Civic.

3.      My only strategy is working in San Francisco because of the high rate of business I can find.  I do not like to accept passengers who have a rating of 4.6 or below.  Uber does not restrict me from using the Lyft application.  When I log onto the Uber app, I consider that I am working for myself.  I do not work for Uber.  I am in a partnership with Uber.

4.      My work schedule is weird.  I work every other day.  I work from 10 a.m. to 7 p.m. or 8 p.m. I take my kids to school.  Sometimes I work weekends and start at 6 a.m. or 7 a.m.  I like the flexibility because I have no restrictions.

5.      Passengers give me my ratings.  My rating is 4.82 or 4.83 right now.

6.      My expenses are between 45 to 50% of what I make.  They are gas, insurance, maintenance, Uber fees, detailing the car, car wash costs, and wear and tear on the car.  I keep a record of my business expenses.  I keep separate accounts for personal versus business expenses.  I report my business expenses when I file my taxes.  I receive a 1099 from Uber.  I have never received a W-2.  I identify myself as self-employed when I file my taxes.

7.      I consider myself an independent contractor and I am okay with it.  I cannot be an employee with Uber. I can only be an independent contractor.

8.      I read in writing from Uber that if a passenger wants to give me a tip, I can take it.  I read this for sure.

9.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

---

1
DECLARATION OF ABBAS ALSHADUD

CLASS MEMBER DECLARATIONS 42

1    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5    not have to provide any written statement.  I also was specifically told that I could participate in the

6    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8            I declare under penalty of perjury under the laws of the United States of America and the

9    State of California that the foregoing is true and correct.

10           Executed at San Francisco, California this 19th day of May, 2015.

11                                                    _____

12                                                    ABBAS ALSHADUD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JORGEN ALSHARA**

I, JORGEN ALSHARA, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have resided in Milbrae for the last 4 years and hold a class C liscence and another specialized license that allows me to drive disabled individuals.

3.      I own my own limosine company, Virgin Transportation, which provides driving services mainly for events through partnerships with other limosine companies and hotels.  I have a home office devoted to running my company.

4.      I have also been driving using UberBlack since about September 2013. I do not use any other ridesharing Apps because I like the UberBlack services because it is a professional driving service that caters to professional customers and because I find it less stressful than other types of driving services such as taxis. I have never heard of any restrictions that Uber places on my ability to use other driving services.

5.      I drive a 2011 Lincoln Town Car, which I own, when driving for my company and when using the Uber App.

6.      When I use the Uber App, I work in the early mornings, Monday through Friday, and in the evenings on Friday and Saturday. I also target big events in the city. The purpose of this is to maximize my returns because these are the busiest times of day. I also try to always have someone in the car during times I have decided to work. I also like to target Los Altos and the South Bay because I know the area well. I also target areas where rates are surging so that I can maximize my profits for the time I am driving.

7.      Virgin Transportation gets leads through a variety of sources, including the Uber App. other partners with my business, and people who approach me at my spot outside of the Hyatt Regency. I don't dedicate separate blocks of time to working with the Uber App unless it makes sense based on the availability of riders. For example, in the course of a day, my drives can include leads from both Uber and people who approach me at the Hyatt Regency.

8.    I set the rates rides pay for rides that come to me from sources other than Uber, but follow Uber's fares for Uber leads. For the last few months, my revenues from the Uber App have been about 30 percent of the total revenues of Virgin Transportation.

9.    The spirit of my relationship with Uber is a partnership. Uber never tells me that I have to be in a particular place at a particular time. Sometimes Uber sends me suggestions through my email. I know that I don't have to follow these. Uber never tells me when to refuel my car.

10.    Uber never tells me to accept a specific lead. Uber sometimes suggests routes for how to get to destinations. Sometimes I follow these, but other times I ask the customer. If the customer wants to take a different route, I follow the customer's preference.

11.    Uber did not tell me what kind of insurance to buy. I decided to get commercial insurance because I believe black cars should have this.

12.    Uber allows me to work when I want and where I want. Uber's flexibility to schedule work when I want to has allowed me to improve my life in a number of ways. When I learned about Uber, I decided to get married because I thought it would give me time for a family and money to support them. This flexibility allowed me time to take classes on accounting, which I use regularly in my business.

13.    I receive a 1099 form from Uber. When driving with Uber or with Virgin Transportation, I incur expenses for fuel, maintenance, and car washes. I deduct these as business expenses from my taxes.

14.    I like driving with Uber because it is well-organized, has good, polite customers, and pays very well. I love the Uber App. because it is so easy to use.

15.    I have been to the Uber office twice, including today. I have only emailed Uber twice throughout our entire relationship.

16.    Passengers I book using the Uber app can rate my services from one to five stars. I have a rating of approximately 4.82. This is a good rating. This rating is based on whether the customer has enjoyed the ride. It varies based on whether the ride was late, whether the ride is quick and safe, whether the customer was comfortable, and making a good first impression when meeting each customer. To keep my rating high, I make sure the car is clean and smells good, I try to meet

the customer's deadlines for meetings, and I check on the customer throughout the ride and reassure them about when they are going to arrive.

17.     Uber never told me that the gross fare included an amount for the tip.

18.     When I have the Uber App on, I take breaks of usually about half an hour to an hour to stop at Starbucks, go to the store, or just relax in the car. I take breaks for meals as well. I decide when these breaks will be. Uber has never told me when and whether to take a break. I am free to go anywhere I want during my breaks, and they can be as long as I want them to be.

19.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20 day of May, 2015.

_____
JORGEN ALSHARA

Firmwide:133590310.1 999999.6092

---
3
DECLARATION OF JORGEN ALSHARA

## DECLARATION OF ISSA ALZGHOUL

I, Issa Alzghoul, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I signed up to use the Uber app in April 2014.  I currently drive using the UberBlack and UberSUV platforms, although I think I drove using the UberX platform for one day.  I own a 2014 Ford Explorer which I use to provide transportation services to my customers.  I use the Uber app to facilitate my own transportation business, although I am the only driver.

3.     I signed up to use the Uber app by appearing at their Mission location.  I completed paperwork and watched a video.  Uber has provided suggestions to help drivers better interact with customers and what not, but I cannot recall any that I adopted.  I was previously a limo driver so I know how to best interact with customers.

4.     I have developed my own strategy to maximize my profits during driving.  After some time, I learned what areas have the highest demand for transportation services.  Palo Alto is a good location for business because a lot of people use the Uber app.  I also drive in Santa Clara and San Jose.  I also maximize my profits by taking passengers to and from the airport.  I typically drive 8 to 10 hours a day, so probably average about 60 hours a day either waiting for a passenger or driving a passenger.  I normally drive in the afternoon.  Uber does not dictate or have any say about where I drive or what hours I drive.

5.     Uber sometimes offers surge pricing, which I try to avoid.  I realize I can make more money, but I don't think it is fair to my customers.  For example, one time during surge pricing a passenger traveled 4 or 5 miles and the fare was about $200.  I don't think this is a fair price and so I avoid driving when there is surge pricing.  In addition, customers tend not to rate me as well when they have to pay surge pricing.

6.     I have thought about using another app, such as Lyft, but I have not yet done so because I find one app to be enough.  The Uber app provides sufficient business and to be honest, at my age I am not in the mood to deal with multiple apps at once.  That being said, I understand that I

1   could use the Lyft app or work for some other employer if I wanted to do so.  Uber does not and

2   cannot bar me from doing so.

3          7.     Similarly, I tend to avoid the events that Uber informs me of because it often takes

4   too long to get to a passenger given the amount of traffic in the area as a result of the event.

5          8.     It is my choice to accept or decline a passenger.  In the past, I have declined to drive a

6   passenger when the person has been difficult to find or is too far away, especially if it is late at night.

7   For example, at the San Jose airport I cannot pull up curb-side and sometimes the passenger refuses

8   to come to me at the outer curb-side where we can pick up passengers.

9          9.     When I am using the Uber app, I am driving for myself and not for Uber.  The best

10  part of using the Uber app is the freedom and flexibility it gives me.  In my experience, you give

11  away your freedom when you become an employee, and that is something I have no interest in

12  doing.  For example, I have three kids who have doctor appointment's about 2 or 3 times a week.  I

13  also take a lot of vacation and time off.  If I was an employee, I would be unable to do these

14  activities.  Plus, I have become accustomed to being my own boss; I can't imagine having to answer

15  to some company about my work performance or schedule.

16         10.    I offer gum, coffee drops and water.  I used to work for a limo company and have

17  learned that these services go a long way in pleasing customers.  I think that passengers appreciate

18  having the opportunity to use these items.  Uber may have encouraged us to provide these amenities,

19  but I decided to do so based on my experience as a limo driver.

20         11.    I periodically receive an email from Uber suggesting possible events at which I might

21  want to offer my driving services.  I sometimes read these emails, and sometimes I don't.  I

22  understand that Uber informs me of these events so I can decide for myself whether or not I want to

23  drive at the events.  Whether to drive at these events is my decision.

24         12.    The Uber app provides a rating system where passengers can rate the driver on a 1 to

25  5 scale.  I know that my ratings are determined exclusively by my customers.  Currently, I have a

26  rating of 4.94. I have found that I can maintain my ratings by not only treating my customers

27  professionally (such as opening the door for my passengers) and offering them complimentary water

28  and gum, but by not driving after 11:00 p.m.  Customers tend to rate you worse after 11:00 p.m.

---

2
DECLARATION OF ISSA ALZGHOUL

1  because they are drunk or tired. That is one of the reasons I decide not to drive passengers late at

2  night.

3    13.   When I signed up to use the Uber app, I was provided with a Licensing Agreement

4  online. I reviewed and understood the terms of the Agreement. When I signed up for the Uber app

5  and signed the Agreement, I knew, understood and wanted to be an independent contractor. If I was

6  classified as an employee, I would quit immediately. I need the flexible schedule offered by my

7  independent contractor status so I can care for my children.

8    14.   I do not often communicate with Uber. Since I started, I have contacted Uber perhaps

9  two or three times. The vast majority of time, there is no reason I need to communicate with them.

10    15.   I incur various expenses when driving when logged in to the Uber app, including

11  airport fees, gas, insurance and car payments. I maintain records of these expenses because I list

12  them as business expenses on my taxes and take a deduction.

13    16.   I have given this testimony completely voluntarily and without any coercion

14  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

15  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

17  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

18  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

19  not have to provide any written statement. I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22    I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.

24    Executed at San Francisco, California this 19th day of May, 2015.

25  _____

26                Issa Alzghoul

27

28

---
3
DECLARATION OF ISSA ALZGHOUL

### <u>DECLARATION OF SHULY AMARIO</u>

I, Shuly Amario, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am fifty-nine years old.  I reside in Resida, California and have lived there for one week.  I previously resided in Winnetka, CA.  I am a driver for UberX.  I started using the service in August 2013.

3.      I am a self-employed, independent contractor.  I am a direct partner with Uber.  I love driving for Uber.  I use my own vehicle when I drive as an Uber driver.  In 2014, about seventy percent of my business revenue as a driver came from Uber.

4.      I log into the Uber App whenever I feel like it.  Uber has never assigned me a particular territory.  Anywhere I am, I can get rides.  That's what I like about Uber.  I have also tried Lyft.  I gave three rides using Lyft then stop used the app because I am loyal to Uber.

5.      I log into the Uber App every day.  Uber never requires me to log into the app for any minimum amount of time.  Uber has never set a work schedule for me.  Uber has never threatened to suspend my account for not spending enough time logged into the app.  I try to drive for at least eight hours a day.

6.      When I first started, Uber gave me a list of policies concerning how drivers should interact with passengers.  These suggestions include treating the customer nicely and to offer them drinks or candy.  I do not always the follow the suggestions and have never been punished for not doing so.  For example, when I am driving at night, I will not stop and open the door for someone.

7.      Uber has a ratings system for drivers.  If the rider feels like I treated him nice and the passenger is happy, I will get a good rating.  The rating is determined totally by the passenger.  I currently have a rating of around 4.8.  I try to improve my rating by being nice and helping the driver.  Sometimes this is at my own expense.  For example, sometimes I will stop and wait for the passenger, which means that I cannot pick up another rider at this time.

---

1
DECLARATION OF  SHULY AMARIO

8.      I once accepted a cash tip from a passenger.

9.      I read and understood the Licensing Agreement when I started using the App.  When I agreed to the terms of the Licensing Agreement, I intended to be an independent contractor.  I wish to continue to be an independent contractor.

10.      I indicate that I am self-employed when I file my taxes.  I received a 1099 from Uber. I do not report that any part of my income is tip income.  I incur various expenses running my transportation business.  This includes gas, brake checks, and car washes.  I pay for these expenses myself.  I keep a record of these expenses because I have to claim them on my taxes.

11.      When driving for Uber, I like to work eight hours a day.  During this time, I take breaks for rest and meals.  I take one or two half-hour breaks each day.  I take these breaks whenever I want, usually when I feel hungry or when I feel like I need to take some time off.  During my breaks, I normally turn the Uber App off.  I am free to go wherever I want during these breaks.

12.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Shuly Amario

**DECLARATION OF RAYMOND AMENYA**

I, Raymond Amenya, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 60 years old and am currently living in Stockton, CA.

3.      I currently drive for UberX as a direct partner.  I joined UberX on or around November 2014.  I am a part-time high school teacher in Economics and also substitute for Mathematics and Special Education.  I did not do taxes through H&R Block last year but have done it in the past for about 12 years under my business, Ray's Tax and Educational Services.  I also tutor on the side as an independent contractor under this business name.  I do my lessons online and sometimes out of the back of my car.  This year, I decided to drive instead of doing taxes because of the flexibility and freedom to drive whenever I want.  I am completely reliant on receiving leads from the Uber app, however, I do not consider myself an Uber driver but a partner who has my own business.

4.      I leased a 2015 Toyota Prius to drive passengers and test the business.  This way, I don't have to invest much money into a car and I can use the app to get passengers with no commitment to see if I want to continue offering transportation services.  I should be retired but I am trying to figure out if this is what I want to do at least for the time being.  I would like to go back to Africa eventually so I like the ability to brainstorm with some of the passengers and figure out a way to maybe provide the same type of services abroad.

5.      One of the great things about the Uber app is that I can choose when and where to log on, which neighborhoods to drive in, and whether or not to accept a ride.  It is flexible, easy-to-use, very user-friendly, and can maintain my business because of Uber.  I can provide transportation services whenever I am willing and available.  They do offer suggestions on when it would be profitable to drive, such as during a Bay to Breakers event but I know I am not obligated to follow them.

6.      Surge pricing greatly influences my decision on when and where to drive because that

CLASS MEMBER DECLARATIONS 52

1    is when it is most profitable. This mostly why I drive during the times that I do. Also, as mentioned

2    above, Uber's promotions and event notifications that we receive are very helpful. It helps me figure

3    out when I want to drive. I also drive all the way to San Francisco from Stockton even though I am

4    closer to Sacramento to offer my transportation services. I do this because the city is smaller and

5    there is more business. Because Sacramento is so spread out, I often have to drive several miles to

6    pick someone up only to drive them for half a mile. It is simply not profitable enough for me to

7    offer my services in Sacramento.

8         7.      Lately, I have been driving a bit, about 60 hours in a week. This is all in addition to

9    all the other business activities that I perform. From 6 a.m. to 10 a.m., I drive and then I take a break

10   until about 5 p.m. I will continue driving until I reach my personal, daily monetary target, which is

11   usually around 10 p.m. I take breaks and lunch breaks while I'm driving. Most of the time I rest in

12   between getting passengers. Uber has never interfered with me ever taking a break.

13        8.      Passengers I book using the Uber app can rate my services from one to five stars.

14   Uber makes suggestions on how to increase my "star rating" from passengers, such as having water

15   in the car. The way that I look at it is we are ride sharing and we both must be willing to engage in

16   the relationship. I try to offer the passenger the option to choose their own route. I also have offered

17   a Hot Spot for passengers who need internet. But at the same time if they have an attitude I will get

18   them another Uber because we both need to work with each other. They come into my car, which is

19   my office, so we both must be respectful.

20        9.      Uber has some suggestions about how to interact with passengers. I just try to have a

21   good attitude and be considerate. For example, some passengers bring dogs and I appreciate when

22   they call ahead of time to let me know they will be bringing a dog along. I like to know, especially

23   if it's a pool ride because some passengers might be allergic and it makes good business sense to

24   take care of my passengers.

25        10.     I have received emails from Uber about my rating needing to be improved. I was told

26   that Uber had a class to help me improve my ratings and I attended one of the classes. I try to learn

27   from all of my experiences. I understand that the ratings are done by the passengers and not by

28   Uber. It can be frustrating because some passengers are never satisfied. However, I have never been

---

2

DECLARATION OF RAYMOND AMENYA

1    suspended for not maintaining a certain star rating.

2         11.    Other than when I first signed up with the Uber app and had to come by to do

3    paperwork, Uber has never required me to "report" to its office, or be in any particular location at

4    any particular time or communicate with them about any subject.

5         12.    Uber does not require me to wear any specific type of clothing when I'm providing

6    transportation services. I know I could drive in jeans and a t-shirt but I usually try to dress

7    professionally because I think it is good to be respectful to my passengers.

8         13.    I operate as a self-employed individual and do not employ any other drivers. Because

9    I operate my own transportation business, I know I am not personally obligated to provide

10   transportation services and it is my right to hire someone to work for me if I want. To this point, I

11   have made the decision not to hire anyone.

12        14.    I do not recall being told anything by Uber regarding tips. I have been tipped before

13   but I make sure to tell them first that it is not necessary.

14        15.    I understand that I am an independent contractor and wish to continue to be one as I

15   need to maintain a flexible schedule to supplement my income. I have only received a 1099 form

16   from Uber and never a W-2 form because I am not an employee.

17        16.    I interact with Uber under very limited circumstances. For example, if there is a

18   glitch with the app, I contact them and/or stop by their offices to resolve the issue.

19        17.    I have given this testimony completely voluntarily and without any coercion

20   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

21   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

23   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

24   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

25   not have to provide any written statement. I also was specifically told that I could participate in the

26   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

27   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28        I declare under penalty of perjury under the laws of the United States of America and the

---

3

DECLARATION OF RAYMOND AMENYA

1 | State of California that the foregoing is true and correct.

2 |     Executed at San Francisco, California this 20 day of May, 2015.



RAYMOND AMENYA

4

DECLARATION OF RAYMOND AMENYA

## DECLARATION OF ABDULAI AMIDU

I, **ABDULAI AMIDU**, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 32 and I live in Hollywood. I have been an Uber driver for 7 months and I drive for Uber X and Uber XL. I used to drive for Uber Black but not anymore.  Driving for Uber is my full time job. I am a professional boxer, but I twisted my knee and tore my ACL back in 2013 so I am recovering from that and slowly getting back into fighting shape. I drive a 2015 GMC Acadia that I financed with the help of Uber.

3.      My schedule depends. Sometimes I drive between 6-8 hours a day, 7 days a week.  I start around 6 or 7 a.m., drive for about 2-3 hours. Then I log off the app and go to Wild Card to workout.  Then I resume and drive for like another 3 hours and then pick up my kids. Sometimes I'll continue to work after that. I take breaks whenever I want. I take breaks to eat or go to sleep a little bit. Sometimes I run errands on my breaks. I drive everywhere, but I like to drive places where there is surge pricing because my car is expensive and I'd like to make a little more money. Uber doesn't tell me where to drive, but they give me updates about events where there may be high demand for rides. I like working for Uber because you become your own boss. You work anytime you want to, and if you don't want to work, you don't work. You don't have to worry about being late to work. Many people used to drink and drive, but I think Uber has decreased the amount of people doing this because the price of Uber is good and most of the drivers are nice. Uber is really fast for the customers, it never takes more than 10 minutes for a driver to get there. So I think Uber is a really good thing.

4.      You can get a good star rating by being nice to the people and being able to tolerate their nonsense. I help them put their luggage in the car and also drive right. No speeding or driving too slow. These are all my own ideas which I just taught myself. Until 3 weeks ago my rating was not all that good. But now I have a 4.99 rating. To make my rating go up, I started being extra nice. I

---

1
DECLARATION OF  ABDULAI AMIDU

1   know that I can be stopped from using Uber if my rating goes too low.

2       5.     Uber communicates with me about 3 or 4 times a week. Sometimes a day or two will

3   pass where I won't get a message from them. They email me my fare summary and to let me know

4   when they put money in my account. Sometimes the passengers will complain and Uber will tell me.

5   Like if a passenger complains that I took too long a route, or if I get lost. I only contact them once in

6   a while.

7       6.     People have tried to give me tips, and I take them. This usually happens when I help

8   people load and unload their luggage on airport trips. I get tips about 3 times a week. I don't know if

9   Uber is okay with me accepting tips. I get a 1099 from Uber and put down "self-employed" when I

10  file my taxes. I don't report that any of my income comes from tips. I deduct all my driving related

11  expenses from my income when I file my taxes.

12      7.     I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

17  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

18  have to provide any written statement.  I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23

24      Executed at Los Angeles, California this 26th day of May, 2015.

25

26                             ABDULAI AMIDU

27

28

CLASS MEMBER DECLARATIONS 57

1

## DECLARATION OF MORAD MOHAMED AMIN MORAD

2       I, MORAD MOHAMED AMIN MORAD, do hereby swear, affirm and attest as follows:

3       1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4  where otherwise indicated, all of the information contained herein is based on my personal

5  knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6       2.      I am 31 years old.  I live in Ventura, Ventura County since 2003.  I have a class C

7  driver.  I drive using the UberX app and I have been doing it since October 2014.

8       3.      I work five days a week at Universal City Nissan in car sales.  I am also studying to

9  get my real estate license.  I drive using the Uber app whenever I feel like it.

10      4.      I drive a 2006 Nissan Altima.  I own the car and it is my personal vehicle.

11      5.      On the weekends I try to drive mostly in Ventura County because there are only a few

12  drivers there so it's easier to get a lot of fares.  But, I also drive all over.  I often prefer to drive in

13  Ventura County because of how many accidents happen in LA, and if an accident happens, I'm not

14  insured by Uber.

15      6.      I really love that I can drive anywhere in California.  I think it's perfect that anywhere

16  I am, I can drive.  I drove in Sacramento for 2 months earlier this year.  I was up there visiting family

17  because my grandfather was sick and I was able to drive and earn money.

18      7.      I like the flexibility Uber affords me.  If I want a day off I can get it.  If I'm tired in the

19  morning, I can make it up in the evening.  If you lose your real job, then I have Uber to make it up.  If

20  a bill is due, I can drive and earn the money I need.  As an Uber driver, you are your own boss.  It's

21  up to you.  How often I drive is totally up to me.  Some weeks I drive for up to 30 hours, other weeks

22  I drive for just an hour

23      8.      I also drive for Lyft.  One thing I like more about Lyft is that I get tips.  Uber doesn't

24  accept tips. and no tips are included in the fare.  Uber just doesn't do tips.  If a passenger insists on

25  giving me a tip, I refuse but if they keep on insisting then I may take the tip.  This happens maybe 2

26  times out of 30 rides.  Uber always says that there are not tips in the fare, but it has never said that I

27  would get in trouble for accepting tips.

28

---

1

DECLARATION OF MORAD MOHAMED AMIN MORAD

9.     I know I'm an independent contractor. I don't like that I don't get benefits, but I like that I don't have an office or a manager. If I wasn't an independent contractor Uber would be totally different. When I applied I knew I would be an independent contractor, paying for my own gas, etc. Even if someone doesn't like it, they knew that that was the arrangement when they started. The pros of the flexibility, setting my own schedule, and being my own boss outweigh the cons for me.

10.     I love getting comments from passengers. I don't do anything special to improve my ratings, but I always try to be understanding, even when people are drunk or whatever, I know they are just having fun.

11.     When I started I didn't really do any training. It was really easy to start, I just watched a few YouTube videos. I don't really ever communicate with Uber.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27th day of May, 2015.

_____
MORAD MOHAMED AMIN MORAD

---

2
DECLARATION OF MORAD MOHAMED AMIN MORAD

## DECLARATION OF FADY AMIN

I, Fady Amin, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I activated my Uber account in December 2014, and am an UberX driver.  I drive a 2007 Hyundai Sonata.

3.      I know very well that I am self-employed and am not an employee of Uber.  This is clearly shown on my tax forms.  I do not get a W2 form.  I get a form which is under the title of self-employed.  I do not want to be an employee.  I want my own schedule.  I don't want someone else to set shifts or timings for me.  If I want to drive I'll do that.  If I don't want to I won't.

4.      I like to drive using the Uber App during nights and weekends.  I drive between 11 and 20 hours per week.  The rest of the time I am busy with my family.  Also, I am trying to get a certificate in project management, and learn tools to apply for a job.  I use money made by using the Uber App to pay bills.  I drive different hours according to what I want to do, and what else I have on my schedule.

5.      If I drive for three or four hours, I take about half an hour break to drink coffee, refresh myself, and rest.  I live in El Cajon, so I start there and then go wherever the rides take me.

6.      My star rating is determined by my customers.  To keep my rating high, I ask them what route the customers want to take, I try to be very friendly, and try to help them feel free to do whatever they want while they are riding in my car.  Uber gives some suggestions, but I have my own ideas on how to provide excellent customer service, and I use my ideas to guide what I do.  Uber does not require me to do anything.

7.      I sometimes receive cash tips.  When any rider wants to give a tip, and insists, I take the tip.  Some riders when they finish the trips and are happy they thank me by giving me 5 stars, and they consider this as a tip.

8.      I have given this testimony completely voluntarily and without any coercion

---

1
DECLARATION OF FADY AMIN

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6   have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9        I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

12        Executed at San Diego, California this 28th day of May, 2015.

14                                          Fady Amin

---

2
DECLARATION OF FADY AMIN

### DECLARATION OF JOHN ANDREWS SIDESERF

I, John Andrews Sideserf, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I live in Santa Monica, Los Angeles, where I have lived for the last twenty something years.

3.    I drive for UberBlack, and started driving for them around two and one half years ago. I have the option of driving for Uber Plus, but I don't want to do that because it is not as lucrative.

4.    I am a fulltime driver, putting in at least 60 hours a week.  I lease my car from an Uber partner.  The overhead is pretty high, so the only way I can offset that is by putting in the effort. Carthage Group is the Uber partner from whom I lease the vehicle.  I believe there are about three other drivers from the Carthage Group, but I don't deal with them very much.  I keep things very clear cut.  Carthage Group takes care of the car maintenance, they pay the cost of keep the car maintained, but require I get the work done on my own time.  Gas is my expense.  I get to make personal use of the car.

5.    I don't use any other services like Lyft, because it's already complicated enough and I don't want to add additional complications.

6.    I generate money through the Uber app, it goes directly to the Carthage Group, which takes the lease amount out and then write a check for the balance. When I report tax at the end of the year, I simply report the 1099 given to me by Carthage Group.  The earnings reflected on the 1099 do not include the cost of the weekly lease.

7.    My knowledge of Los Angeles has gone through the roof. My strategy is to eat well, be rested, be sharp, and take care of everything you can to safeguard against bad drivers and drunk drivers.  I have an incredible knowledge of the Westside, which is my strong point.  I like to pick up clients there, because I know all the small streets and sometimes I even know the people I pick up.  I try to stay out of Hollywood, there's a lot of business up there but I don't want to risk it.  It doesn't

---

1

DECLARATION OF JOHN ANDREWS SIDESERF

1  lend itself to be safe and the money isn't worth it.  Normally, people want to go to the airport in the

2  morning, hotels and restaurants in the afternoon.  I have background checks to allow me to drop

3  students off at the private schools with serious security issues.  The ones in Brentwood for example.

4      8.    I also do a lot of the private airports where you drive right up on to the tarmac.  A lot

5  of executives or film directors, things like that.

6      9.    I receive tips, but not that frequently.  I used to drive for limonene companies, but

7  there were many more cash tips than there are with Uber.  I once took a couple with a ton of luggage

8  to the airport, and the guy threw me a twenty, but it's not very common.

9      10.    Uber contacts me often regarding big events or sporting events.  I read them and give

10  them consideration, for the most part I would rather wait in a residential neighborhood for business.

11  It's tried, tested, and safe.

12      11.    I usually do the day in three parts.  I start around 5 or 6 and drive until 10 or 11.  I then

13  take off, go for a jog or work out.  I eat well, I treat myself to a nice meal.  I then go out around 6 or

14  6:30.  I will drive to about midnight.  On the weekend, people are using the app more frequently so I

15  will work more of the afternoon.

16      12.    I get the car cleaned every day to minimize the chances of getting sick.  Driving so

17  many people every day, I need to keep my car very clean.  I started getting sick, when I was first

18  working, but it's bad for business so I decided you need to keep the car clean.

19      13.    My hope is that I could become a direct partner and stop working for Carthage Group.

20  I would like to get an airport license, and make certain changes.  I love the job, the people, and the

21  autonomy of the jobs.  That's one of the most important parts, the independence.  You're out there on

22  your own and, the next step would be free to Carthage Group and be on my end.  It would lend itself

23  to all the finances and everything being easier.

24      14.    I have given this testimony completely voluntarily and without any coercion

25  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

26  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

28

1   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

2   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

3   have to provide any written statement.  I also was specifically told that I could participate in the

4   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

5   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6        I declare under penalty of perjury under the laws of the United States of America and the

7   State of California that the foregoing is true and correct.

8

9        Executed at Los Angeles, California this 26th day of May, 2015.

10

11                                    John Andrews Sideserf

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF JOHN ANDREWS SIDESERF

**DECLARATION OF JOEL ARADO**

I, Joel Arado, do hereby swear, affirm and attest as follows:

1.   I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.   I am 38 years old.  I drive a 2010 Toyota Corolla and a 2014 Honda Odyssey.  The 2010 Toyota Corolla is for when I am driving UberX.  And the 2014 Honda Odyssey is for when I am driving UberXL.

3.   I am from the Philippines.  I came to the US in February 2011.  When I arrived in the US, I came to San Diego.  In May 2011, I got a job at Panda Express as a cook.  In May 2013, I got a second job as a nursing assistant at a home care facility, Poway Healthcare.  I stopped working at Panda Express this month.  I am still working as a nursing assistant.  I would like to go to school to be a nurse.  I work as a nursing assistant 8 hours a day, 5 days a week.  In Panda Express, before I stopped working there, I was working 10 hours a week from March 2014 until this month, and was working 30 hours a week from May 2011 until March 2014.  I was an employee of Panda Express, and am an employee of the home care facility.

4.   I am not an employee of Uber.  I decided to drive using the Uber App to get extra income from my family.  And it is very flexible, and I make good money.  I need the flexibility because I have small kids, and need to drop them at school and pick them up, and also I have to work around my job at Poway Healthcare, and previously at both Poway Healthcare and Panda Express.  Uber does not tell me what hours to drive.

5.   Tip is not included in the fare.  I sometimes get cash tips.  I tell my riders no thank you if they try to give me a tip, but sometimes they insist.

6.   I drive using the Uber App for different amounts of time on any given day.  At most I drive for four hours.  During those four hours, I do not drive the whole time.  I sometimes turn off the Uber App and take a rest or take a nap or get something to eat.  Whenever I am on a break I turn off the Uber App.  I usually drive for two hours or less before taking a break.  Sometimes I forget to

---

1

DECLARATION OF JOEL ARADO

1   turn off the Uber App when I am taking a rest, so I decline leads that come in.  I need to rest to make

2   sure that I am 100% ready for the next rider.  So I don't always accept leads.  I sometimes decline

3   them.

4         7.      I keep receipts for gas, and plan to take deductions on my tax returns.

5         8.      I mostly drive to the airport, around 70% of the time, and then I stay downtown to

6   accept other rides.  Uber does not tell me where to drive.  I drive wherever I want, and mostly drive

7   to the airport.

8         9.      I have given this testimony completely voluntarily and without any coercion

9   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

10   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

12   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

13   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

14   have to provide any written statement.  I also was specifically told that I could participate in the

15   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

16   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17         I declare under penalty of perjury under the laws of the United States of America and the

18   State of California that the foregoing is true and correct.

19

20         Executed at San Diego, California this 29th day of May, 2015.

21                                              _____

22                                                Joel Arado

23

24

25

26

27

28

### <u>DECLARATION OF JOHN ARAYI</u>

I, John Arayi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 36 years old and live in Glendale, California.  I have been driving for Uber since 2013.  I operate two transportation service companies that partner with Uber to drive the UberLux and UberBlack services.  Altogether, I manage over 40 vehicles that use the Uber app.

3.      I work full time as a manager at a senior home.  I have been in that career for 5 years. I use Uber as a way to supplement my income.

4.      I personally drive an UberLux approximately once a month.  My drivers operate my other vehicles every day for varying lengths of time.

5.      It is Uber's flexibility which most attracts me to using it.  I enjoy being able to decide when I will drive, where I will drive, and when I want a break.  I am my own boss.

6.      I also enjoy how Uber allows me to use multiple apps when trying to generate fares. In addition to Uber, I use my own app to get leads.

7.      When I joined Uber, they showed me a video with best practices on customer service. I have a 5.0 rating, which is the best rating one can get.  I have maintained my high rating by implementing strategies that Uber did not teach me, such as wearing a suit when I drive, always driving safely, following all traffic rules and treating my customers with the utmost respect.

8.      In same video discussed above, Uber clearly advised that tips are not included in the fare.  Indeed, my customers often try to give me cash tips for my work, but it is my practice not to accept tips.  I also advise my drivers not to accept tips.  I believe that makes for a more enjoyable experience for the customer.

9.      When I joined Uber, I appreciated that I am an independent contractor.  I am comfortable and think it is fair that I pay my own expenses, which includes gas, oils, tires, etc.

10.     I have given this testimony completely voluntarily and without any coercion

---

1

DECLARATION OF JOHN ARAYI

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6   have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9         I declare under penalty of perjury under the laws of the United States of America and the

10   State of California that the foregoing is true and correct.

12         Executed at Los Angeles, California this 26th day of May, 2015.

14                            JOHN ARAYI

2

DECLARATION OF JOHN ARAYI

**DECLARATION OF HALIM ARBOUZ**

I, Halim Arbouz, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I own and operate Soledad Transportation with a business partner who works in San Diego.  Soledad has a fleet in San Francisco and in San Diego.

3.     My business partner established Soledad in 2008—and I joined him in 2012.  There is a hill in San Diego called Soledad, so the company is named after that.  The business was established in San Diego and expanded to San Francisco two years ago.

4.     Soledad has a TCP license, airport permits, and commercial insurance and is registered with the CPUC.  The company also has a website, www.soledadtransportation.com, and we have business cards.  We advertise on google, yelp, and the Better Business Bureau.  Soledad is also accredited with the Better Business Bureau.

5.     From both San Francisco and San Diego, Soledad has 6 cars in its fleet: 4 Town Cars, and 2 SUVs.  Two Town Cars and 1 SUV are in San Diego.  Two Town Cars and 1 SUV are in San Francisco.

6.     When I joined Soledad in 2012, there was only 1 car in San Francisco.  Prior to joining Soledad, I worked for a company as a driver for 2 years, so I had acquired a lot of experience in the industry and wanted to go into business for myself.  It seemed like there were a lot of opportunities, and I wanted to make money for myself instead of making money for someone else.

7.     The following year, we added another Town Car, and we added the SUV a few months ago.  When we added the other Town Car, we hired an on-call driver, and so far, he and I are the two that drive the fleet in San Francisco.

8.     In San Francisco, 1 Town Car operates on UberX and the SUV operates on UberBLACK/UberSUV and the other Town Car doesn't operate on Uber at all and is separate for private clients.  Officially, the UberX Town Car is on the UberX platform, but I never really use it for UberX—I mostly for private clients.

---

1

DECLARATION OF HALIM ARBOUZ

9.      When Soledad began operating in San Francisco, we first started exclusively with private clients.  Individual private clients, corporate clients, all kinds of clients.  We did point-to-point transfers, airport transfer, and charter runs (for proms, weddings, wine tours, etc.).

10.     In early 2013, we decided to incorporate the Uber app into our business after we had heard about it from friends.  We decided to incorporate the Uber app into our business because it's another way to make business.  And so far, the Uber platform has generated more business for us.  I would say that now, the business is about 60% private clients and 40% from the Uber app.

11.     Seven days of the week, I am running Soledad, which includes time spent driving.  I probably spend about 5 to 6 hours driving and about the same time managing the business, scheduling pickups and drop-offs, generating invoices, scheduling car maintenance, and other paperwork.  I run the business from my home in San Jose.

12.     For fares booked through the Uber app, Uber take 25% of the fare on UberBLACK, 28% on UberSUV, and 20% on UberX.  Like I said, I don't really ever use the UberX platform though.

13.     The on-call driver that I've hired works if I need an extra hand, usually one or two runs a day, and he only drives for private clients.  I pay him a portion of each run that he does.

14.     My private clients can book my services by phone or by email on the website, but most book through the website.  My private clients mostly pay via credit card.  When they pay depends—for example, a corporate client will pay via an invoice once a month, whereas an individual client will pay when the ride is over.

15.     Unlike the private clients that are scheduled beforehand, with the Uber app, I can turn it on and off whenever I want.  Anytime I feel comfortable with my schedule—for example, when I have a long break in between private clients—then I will turn on the Uber app.  So the amount of time I use the Uber app to generate fares changes every single day.  I have days where I have no time to use the Uber app because of private clients, and days where I only use the app and don't have private clients.

16.     When we first decided to sign up Soledad to be an Uber Partner, we established the business as an LLC so that both my partner and I could be partners.  Previously, the company was a

1  d/b/a. After that was done, I visited Uber's office to watch a video about city knowledge and take a

2  test. I put a deposit for an iPhone preloaded with the Uber app. I use this same phone to use both

3  the UberX and UberBLACK/UberSUV platforms.

4      17.    When I signed up with Uber I recall agreeing to a licensing agreement and it was very

5  clear: I was an Uber Partner – not an employee. And that was perfect for me.

6      18.    I do not display the Uber logo. I prefer to keep a low profile.

7      19.    I offer water and wi-fi for passengers, both my private clients and for Uber

8  passengers. I offer water not because it's required by Uber—Uber has never required that—but

9  because it's standard in the industry.

10      20.    I wash my cars every single day. Soledad has a car wash membership, which covers

11  the whole San Francisco fleet, which costs $99 per month.

12      21.    Soledad also incurs gasoline and maintenance costs (tune up, oil change, brakes,

13  safety inspections, etc.). I fill up the tank almost every day, but at least every other day.

14      22.    Soledad has a merchant account and a company credit card. I use that credit card for

15  all the business expenses, and at the end of the year, my accountant can review all the expenses and

16  do the taxes accordingly.

17      23.    For my private clients, I include a separate mandatory tip in the fare. For my

18  corporate clients, there is a separate line on the invoice that includes a separate line for a mandatory

19  15% tip, but the client can add more. The credit card machine for my individual clients also includes

20  a separate portion for a mandatory 15% tip, but the client can add more.

21      24.    When I use the Uber app, I do not include a mandatory tip. In the Uber app, there is

22  no tip. I don't get tips very often, maybe 1 out of every 100 Uber riders. When an Uber passenger

23  offers a cash tip, I accept it and say thank you. The tips I've received have varied. I believe the

24  reasons these customers have tipped is because they are happy with my service. The most I can

25  recall receiving is $10. I don't expect tips from passengers booked through the Uber app, and when

26  I signed up for the Uber app, I understood that there was no need to tip when using the Uber app.

27      25.    I have given this testimony completely voluntarily and without any coercion

28  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

1  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5  not have to provide any written statement.  I also was specifically told that I could participate in the

6  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8      I declare under penalty of perjury under the laws of the United States of America and the

9  State of California that the foregoing is true and correct.

10      Executed at San Francisco, California this 19 day of May, 2015.

11

12  _____
    HALIM ARBOUZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF HALIM ARBOUZ

### DECLARATION OF MOHAMMAD ARIF

I, Mohammad Arif, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I work in human resources for Vik's Distributors, a grocery distributor to Indian restaurants in the Bay Area.  I have worked at Vik's for about two years.  Before that, I was a retail manager for over 10 years.

3.      Even though I have a full time job in HR, I was interested in Uber because of the possibility to make extra cash.  In about March of 2014, a good friend of mine in Berkeley told me about how he was using the Uber app full time.  He told me I should quit my job and do Uber.  I thought that sounded crazy, but figured that at least I could drive it when I wasn't working at my full time job.

4.      My friend who told me about the app referred me and I signed up.  After signing up, I learned that he received about $500 or $600 dollars for referring me, and so did I.  I filled out some forms online and submitted information about my car and some pictures.  A few days later, I got an iPhone preloaded with the Uber app in the mail.  I also got a car phone holder, the Uber logo, a pouch for the logo, and a charger for the iPhone.  I did not have to pay a deposit for the iPhone or any of the other things that I got in the mail.

5.      I watched a video online after I signed up, and I think I had to take some sort of test as well.  The video was about how to use the app.  At that time, there was no navigation as part of the app, so it was helpful to see how to use the app.  The video had also some suggestions, like providing water and opening doors—which I understood to be just that, suggestions.

6.      At first, I did not use the app very much and it took me a while to get going.  I was only driving on Saturdays for maybe 3 or 4 hours.  Some of my friends who drive using the Uber app motivated me to give it a chance, and so I started working during the weekdays after my HR job and working more hours on Saturdays, and I started to like it more and more.

7.      At Vik's, I work Monday through Saturday, 9:30 a.m. to 6:00 on Monday to Friday,

1
DECLARATION OF MOHAMMAD ARIF

1    and on Saturday, from 9:30 a.m. to 1:00 p.m.  I drive using the Uber app from when I get off work

2    until about 10:30 p.m. or 11:00 p.m. on Monday through Friday.  On Saturday, I normally log on at

3    3:00 p.m. and work until late, sometimes midnight, sometimes later than that.

4         8.    Uber has never restricted me from working at Vik's or any other job for that matter.  I

5    am free to do whatever other kind of work that I wish.

6         9.    I live in Brentwood in the East Bay.  So when I get off in my job, which is located in

7    Berkeley, I turn on my Uber app.  I don't know where I am going to end up when I do that;

8    sometimes I end up in San Francisco or sometimes elsewhere.  Around 10:30 p.m. or 11 p.m., or

9    whenever I'm feeling tired, I log off the app and I head home.  I'm not logged into the app the whole

10   time.  I log off to take a break here and there and to use the restroom.

11        10.   Uber does not tell me what hours to log into the app, or how long to drive.  Uber also

12   doesn't tell me what city or neighborhood to drive in either.  That's totally up to me.

13        11.   I signed up for Lyft, I think it was sometime in September or October of last year.

14   But I don't think I've even used it once.  Not because Uber prohibits me from using it—in fact, there

15   is no requirement that I drive exclusively using the Uber app.  I just feel more comfortable using the

16   Uber app, and I don't like operating multiple apps—it just wasn't for me.

17        12.   I sometimes receive emails from Uber about driving on certain big events that may be

18   taking place on a Sunday, but since it's my only day to spend with my family, I don't usually act on

19   those emails.  I also have received a few emails about how to increase my "star rating" but I took

20   those to be suggestions, not requirements.  I am who I am, and I show that to my riders, and that

21   helps me increase my star rating, not some specific suggestion from Uber.  I have always understood

22   that the star rating comes from customers, not from Uber.

23        13.   I recall accepting a licensing agreement to use the app.  I read it very briefly and I

24   don't recall the specifics but there was something in there that indicated to me that there was no

25   agreement between me and Uber in terms of an employment relationship.  That was fine with me,

26   and in fact, it's something I preferred.

27        14.   I drive a 2014 Honda CRV, which I use on the UberX platform.  I leased it prior to

28   starting to use the Uber app.  I have another car, which I own, so my plan was to lease the CRV so

2

DECLARATION OF MOHAMMAD ARIF

1   that I could use it for use with the Uber app.  Now I am thinking that I may buy it when the lease

2   term is over.  I make the lease payments, not Uber.  At the end of the year, I deduct the lease

3   payments on my taxes.

4       15.   Uber takes 20% of each fare as its cut under the licensing agreement.  I also pay $1

5   per ride, which I understand is to offset the insurance cost, which has something to do with safe

6   rides.

7       16.   I am a partner with Uber; I don't work for Uber.  First of all, that gives me freedom.  I

8   can turn my app on and off at any time.  I don't have any supervisors to report to or answer to.  I'm

9   basically responsible for my own actions.  If I do well, then I can reap the rewards and make more

10   money.

11       17.   Uber does not require that I log into the app for any minimum amount of time.   In

12   March of this year, I went back to Pakistan (my home country) for about 3 weeks and did not log

13   onto the app during this time.  There were no consequences.

14       18.   Although I understand that I am free to accept and decline trip requests as I wish, it's

15   my preference to accept all the requests that come my way.  I like driving and I do it to make money,

16   so I don't see any reason to decline a trip request.  It's plain and simple, if my app is on, then I'm

17   ready to go.

18       19.   Uber has never suspended or threatened to suspend my account for any reason.

19       20.   I like the freedom using the Uber app gives me.  I get to drive to so many different

20   places and meet so many different people.  I also like that I can save extra money.  My oldest son is

21   going to college this coming year, so it's nice to be able to save money to help him with all the

22   upcoming expenses.

23       21.   I provide water in my car and some candies as well.  It's entirely my choice to

24   provide these items, not a requirement from Uber.

25       22.   I wash my car and fill up my tank every day when I start my day in Brentwood before

26   heading to Vik's.  I never know where I am going to end up, so I like to make sure my tank is full.

27       23.   I keep track in my notebook every day of how many miles I drove, how much gas I

28   paid, how many tolls I paid, how many trips I took, and all of that.  I track this to make sure that my

3
DECLARATION OF MOHAMMAD ARIF

1   fare number is accurate when I get my statements from Uber at the end of the week, and also so that

2   I can itemize these expenses on my tax return at the end of the year. At the end of the year, I file a

3   tax return as an employee for Vik's and another one as a self-employed 1099 (for when I drive using

4   the Uber app).

5       24.    It's always been my understanding that tips are not included in the fare. But time to

6   time, riders will offer me tips. I tell them straight that they don't have to, and riders will tell me that

7   they know they don't have to, but they like to. When that happens, I accept. I would say that I get a

8   tip almost every week. The tip, when I get one, is very random and depends on how pleased a rider

9   is with my service. This last Saturday I earned $17 just in tips, from two different passengers.

10   These passengers were really happy at the end. Some weeks I earn $0 in tips. It just depends. The

11   most I have ever received is $20, from a woman that I picked up at Ikea in Emeryville. I took her to

12   several different stores after picking her up, and she was so happy at the end, that she gave me $20

13   before getting off at her hotel.

14       25.    I have never asked a passenger for a tip—that would be really, really unprofessional.

15   Everything is through the Uber app—there is no cash involved—and that makes me feel safe and my

16   riders feel safe. I wouldn't want to be driving around with a bunch of cash on me, it feels unsafe.

17       26.    Uber has never suspended or threatened to suspend my account for accepting tips.

18       27.    I have given this testimony completely voluntarily and without any coercion

19   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

20   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

22   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

23   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

24   not have to provide any written statement. I also was specifically told that I could participate in the

25   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

26   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27

28

---

4

DECLARATION OF MOHAMMAD ARIF

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this _18_ day of May, 2015.

Mohammed Arif

## DECLARATION OF CHRISTOPHER J. ARMENTROUT

I, Christopher J. Armentrout, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am employed full time in an administrative position.  Early this year, I was looking for another source of income and had been interested in what it was like to drive a cab.  I had heard about ridesharing and even used it as passenger, so I looked whether it made sense for me as a driver.  I was also curious about the industry itself, especially after hearing so much about it in the media.

3.     In late January, I decided to start the onboarding process, which took a few weeks. After activating my account and my 2006 Scion XB on the uberX platform, I started driving.  I now drive about five hours a week. After signing up with Uber, I also signed on to use the Lyft app as well. I am currently activated on both apps.

4.     I normally drive less than five hours a week, typically on a weekend evening.  I choose to drive on weekend evenings because it fits best with my availability. I have job responsibilities, and family responsibilities.  When I drive depends on that.  I also appreciate that when I drive is also typically a busy time.

5.     I live in San Francisco and typically drive here as well. When I'm going to start a night of driving, I make sure my car is clean and has space for luggage, that I have enough gas, and then I head out.  I log onto the app as soon as I leave the driveway, and I also make a note of my mileage, for tax reasons.  I generally head to where the surges are and often get a ping for a ride before I even get there.  Then I drop that person off and start making my way to another surge area. Usually, I again get a ping for another ride before I even get to the surge zone. Because I drive on weekend nights, I often find myself in the SOMA area, the Mission District, and Marina, where there are lots of bars.  The fares are pretty regular on weekend nights so I don't have to worry much about getting fares.

---

1
DECLARATION OF CHRISTOPHER J. ARMENTROUT

6.     Generally, I pick an app to use for fares at the start of each night.  Sometimes it's uberX, sometimes it's Lyft.  Which one I use generally depends on my mood.

7.     Sometimes I'll drive more than one night a week.  It's really more about opportunity, like when I have more availability after work, and when I have the energy.  In the last twelve weeks, there have been about three or four times that I have gone out to drive more than one night a week.

8.     When I drive, I try to look neat.  Uber has never given me any more guidance than that, but even without that guidance to be neat I would do so anyway as it's common sense.  I haven't made any changes in how I act as a result of the guidance I've gotten from Uber.  For example, if I'm leaving straight from work, I wear whatever I wore to work that day.  If it's a weekend, then I'll wear something presentable, like a clean sweater and khakis.

9.     Generally, when I'm driving, it's not a long enough stretch that I feel the need to take a break.  If I wanted to I can, but generally I'd rather not.  I have done so a few times and I could take more if I wanted to. If and when I take breaks is totally up to me and Uber has no control or say over that.

10.    I've only ever been offered a cash tip by an uberX passenger once. I didn't solicit the tip, but the passenger handed me a five, and I had said that it really wasn't necessary, he said "I insist" and so I accepted it.

11.    When I first started driving, I contacted my accountant about the best way to keep records for tax purposes.  He advised me to keep track of my actual mileage, and to also keep track of total mileage and total car expenses such as gas and repairs for the year, and then we will estimate about how much of those expenses when towards driving with Lyft or Uber.

12.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the

2

DECLARATION OF CHRISTOPHER J. ARMENTROUT

1  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

2  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3      I declare under penalty of perjury under the laws of the United States of America and the

4  State of California that the foregoing is true and correct.

5      Executed at San Francisco, California this 20 day of May, 2015.

6

7                                CHRISTOHPER J. ARMENTROUT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF CHRISTOPHER J. ARMENTROUT

**DECLARATION OF ARTHUR ARMSTONE**

I, ARTHUR ARMSTONE do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am forty-seven years old and I live in North Hollywood, CA. I have resided in North Hollywood for twelve years.

3.      I am currently a direct partner with Uber. I have owned my own transportation business, Armstone Limousine, since 2011. I currently lease five vehicles that I use for my business. The number of drivers that I employ to work for my business varies. At any given time I may employ between 2 and 8 drivers.

4.      I receive about 50% of my business revenues through the use of the Uber App. For the other revenue, I drive private clients that I obtain from prior business relationships or through advertising. Even if I did not use the Uber App to obtain clients, I do not believe my business would necessarily suffer since I have other means for obtaining clients.

5.      Uber does not restrict me from engaging in another occupation or business. In addition to my transportation business, I also have another business as a plumbing contractor.

6.      Flexibility is the main reason why I use the Uber App. I do not have a set schedule or number of hours that I work and I like this. I work when I am available to work.

7.      Currently, I have a 4.96 rating, which I consider high. I have maintained this high rating because I try to be professional and polite. I learned how to treat clients well over the years from the experience I have gained from working in the transportation service industry.

8.      When I have the Uber App on, I do not feel as though I am driving for Uber. Instead, I feel as though I am working for myself and my business.

9.      As part of my transportation business, I have certain expenses such as gas, mileage, lease payments, and car maintenance. I pay for all of these expenses for my business and I keep a record of them.

10.      When I received the direct partner agreement from Uber, I understood that I was an

1
DECLARATION OF ARTHUR ARMSTONE

1   independent contractor. I wish to continue to be an independent contractor.

2       11.    I have received a 1099 from Uber. When I file my taxes to the IRS, I indicate that I

3   am self-employed. In addition, I report business expenses that I incur and take deductions for these

4   business expenses.

5       12.    Although my schedule varies, sometimes I could drive up to 40 hours per week.

6   When I drive and use the Uber App, I always have a reasonable opportunity to take a break. Uber

7   does not interrupt me when I take these breaks.

8       13.    I have given this testimony completely voluntarily and without any coercion

9   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

10  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

12  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

13  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

14  not have to provide any written statement. I also was specifically told that I could participate in the

15  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

16  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17      I declare under penalty of perjury under the laws of the United States of America and the

18  State of California that the foregoing is true and correct.

19

20  Executed in Los Angeles, California this 27th day of May, 2015.

21

22                                      Arthur Armstone

23

24

25

26

27

28

                                    2
                        DECLARATION OF ARTHUR ARMSTONE

## DECLARATION OF CHRISTOPHER ARMSTRONG

I, Christopher Armstrong, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am 23 years old, and live in Van Nuys, California. I drive a 2015 Chevy Volt for the Uber X program, and have been signed up to drive for three months. In that time, out of 90 days, I have used the Uber App for two days. I had free time between clients, and using the App was a good way to avoid a lot of headache during rush hour traffic.

3.  In the first instance, I was coming from a client, far away from home. I was in Whittier, and I wanted to go towards my home, which is in Van Nuys. That's 40 miles away. So I spent about an hour doing different fares, and they zig-zagged me all the way home. That was two months ago.

4.  In the second instance, a week ago, I had a client later in the afternoon, and I had free time in the morning. So I wanted to do something to start off my day, and go in the general direction of Los Angeles. So I turned on the App, did several trips in the Van Nuys and Northridge areas, and the last trip took me down to the Los Angeles area where I wanted to go because my client was there.

5.  I'm an owner of a massage therapy business called Conscious Massage and Recovery. I have owned this business for four months. I am also an independent contractor for a couple of different on-demand massage apps. For example, I have been an independent contractor for Zeel Massage On Demand, which is a mobile app, for four to five months. How it works is clients request a massage, the system sends the request to multiple therapists, and the prioritized therapist who accepts the bid is sent the client's address and information. I perform the services, clock in and clock out. I also am an independent contractor for Vital Scan, Inc., and I do massage therapy and other services for them as well, since November 2014. I received my massage therapy certification in November 2014. Vital Scan sends me bids for service, and I either accept or deny the bid. Vital Scan has me travel long distances, so I started driving for Uber on the way back from those clients.

---

1

DECLARATION OF CHRISTOPHER ARMSTRONG

6.      I only turn on the Uber App to accept fares when I walk out the door or am in my vehicle.  I absolutely do not leave the Uber App on when I do not want to accept rides.

7.      I signed several forms when I signed up with Uber, both electronically and in person during an event when Uber put me into the system.  I absolutely intended to be an independent contractor with Uber, and that was in my contract.

8.      I've been working part time since last August in Artisan Cheese Gallery in Studio City, until May 2015 when they changed owners and let me go.  I was an employee of Artisan Cheese Gallery, and had the correct tax forms for that.  I worked part-time, 25-hours a week, for Artisan Cheese Gallery.  It was 100% clear that I was an employee of Artisan Cheese Gallery because they made my schedule. because of the way they treated me, the expectations they had of me (you have this, this, and this task to do), and the fact that I had to accept all legitimate customers.  Uber, on the other hand, has always been in my free time, when I want to, and where I want to.  I have never had a set work schedule with Uber.

9.      I lease my vehicle form Chevy.  I got it in November 2014.  I'm thinking about signing up for Lyft, but haven't finished the application process.  As a passenger I have used Uber and a few other apps like Sidecar and Lyft.

10.     Uber gave me suggestions on how to interact with passengers, such as how to improve customer service.  All suggestions, nothing mandatory.  For example, my own personal touch is to open doors for female passengers especially, help them with their luggage, basically I do my part to give the rider the most pleasurable experience.

11.     My star rating is 5, no ifs, ands, or buts.  To maintain my rating, I use the App so infrequently that I haven't been worn out by giving bad experiences to passengers.  I always do it when I'm at my peak, when it works for me, when I'm rested, and in short little bursts—I never drive for more than 2 hours—so there's no chance of me getting tired, and I'm at my best.  That's my own idea, to drive when I'm at my best, I want to drive only when I want to drive.  People can tell whether you enjoy what you're doing, and I enjoy driving using the Uber App.

12.     Since completing the application process, I have not contacted Uber.  I keep receipts

---

2
DECLARATION OF CHRISTOPHER ARMSTRONG

for gas.  All of my maintenance is covered by the dealer (it's complementary).  I write off my gas

expenses as an independent contractor for the massage service companies.  I use my vehicle for

advertisement for my massage business, and also need to have a presentable car, so whenever I go to

the car wash I get a full vacuum, and I write off these expenses for my company (which takes the

wash and some of the gas expenses).  I write off the rest of the gas expenses to Vital Scan.

13.     I once received a cash tip of $2.  The passenger said that's what she always gives.  I

said I don't want a tip.  She said please accept it, so I did.

14.     I have given this testimony completely voluntarily and without any coercion

whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

have to provide any written statement.  I also was specifically told that I could participate in the

lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the

State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

Christopher Armstrong

---

3

DECLARATION OF CHRISTOPHER ARMSTRONG

## DECLARATION OF MARTIN ASCENCIO

I, Martin Ascensio, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Martin Ascensio, and I am 44 years of age. I am currently a resident of Pasadena, Los Angeles County, California, where I have resided there for the past sixteen years. Prior to June 2011, I was a full-time employee with Technicolor. I left that position due to a physical disability. I used to drive for Lyft (from roughly August 2014 to December 2014), and then I stopped driving for Lyft and switched to become an UberX driver since December 2014.  The reason I switched from Lyft to Uber was simple: I could make more money as an Uber driver.  I like a lot of things about being an UberX driver. I set my own hours.  I don't have a boss.  I take breaks when I want.  Basically, I just value the flexibility of the position.

3.      I don't communicate with Uber very often.  I have emailed them once, when I had a question.  I get a few emails a week from Uber offering suggestions for how I could make more money (for example, by working "peak" hours), but I don't feel any obligation to follow them and I don't take those suggestions. I drive the hours that I'm going to drive, period.  I don't try and build my schedule around what's best for Uber--the only person I consult is my wife.

4.      My strategy for determining where and when I'm going to drive is straightforward:  I drive out of my garage, turn on the Uber App, and just start getting requests.  And once I get a passenger, I take them where they want to go, and from there, I just pick up another passenger. That's the great thing about Uber--it's so popular now that I never have problems finding someone who wants an Uber, wherever I am in the Los Angeles area.

5.      My understanding is that the customers collectively determine my rating, and I like it-- it keeps everyone honest.  I don't think Uber has any say in my driver rating.

6.      My understanding is that I receive 80% of the fare, and Uber takes 20% of the fare,

---

1

DECLARATION OF MARTIN ASCENCIO

1  there is no tip included in that fare, customers aren't required to give any tip (they usually don't), and

2  I cover all costs such as gas, vehicle maintenance, etc.  I rarely receive cash tips from customers,

3  although sometimes I do.  When I do get a tip, it's usually in the $2-5 range.  I'm fine with not

4  receiving tips; for example, when I worked for Lyft, they had an option for customers to leave a tip

5  on their credit card through the Lyft system.  Uber doesn't offer that option, but even without that

6  option I still make more money with Uber even without that option, so I have no complaints.

7      7.    To summarize it, what's beautiful about Uber is that they don't tell me what to do.  I

8  wouldn't want to be an "Uber employee"--I like being my own boss as an independent contractor.  I

9  love it. I'm actually considering going full-time as an Uber driver in my independent contractor

10  position, but I wouldn't want to do it as an Uber "employee" if that meant that Uber could exercise

11  more control over my schedule and where I drive.

12      8.    I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

17  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

18  have to provide any written statement.  I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23      Executed at Los Angeles, California this 26th day of May, 2015.

24

25                              Martin Ascencio

26

27

28

---

2

DECLARATION OF MARTIN ASCENCIO

## DECLARATION OF MASIS AVDALYAN

I, Masis Avdalyan, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I'm a 54-year-old male. I live in Whittier, California. I've been a resident of Whittier since 2001.

3.     I currently use UberX. I started using UberX on December 3, 2014.

4.     I don't have any jobs other than Uber. I drive my own vehicle, which I own. I'm still paying it off, and I'm doing that by working for Uber.

5.     In the morning, I drop my son, who is nine years old, off at school. I will start working after that. I can turn the app on whenever I want. I work a lot of hours—sometimes I work 10-12 hours Monday through Thursday, and then on the weekends, I work more hours.  I have to work really, really hard because I send money back to my brothers and sisters who still live in Armenia. They are living in poverty, and it's my duty to work hard to be able to send them money to help them. I work a lot of hours, even though my wife tells me I should take a break. I have to be careful about working too many hours, though, because I'm a diabetic. I understand how to take a break if I'm not feeling well because at a certain point, life is more important than a few bucks. I don't want to put my life or the passenger's life in danger. I work right up to the line until I can't work safely anymore.

6.     Uber doesn't tell me where I have to drive. That's why I like working for them. You work when you want. You work where you want. It's very good for me because I have a child to drop at school. Sometimes, my wife calls me because she's going to have to stay at work late, and I need to be able to pick my son up at school. Because I can just turn off the app, I can get my son from school.

7.     When I'm working really long days and I need a break, I can just turn off my Uber app and go offline. I take care of what I need to do and then I log back in.

---

1
DECLARATION OF MASIS AVDALYAN

8.     I used to work at Access Services San Gabriel Transit.  I left the company because they put too much pressure on me to work their schedule.  They don't care what kind problems you might have at home or how hard you work.  When I worked there, I was running all around to try and take care of my son.  I realized that working for Uber, I could control my schedule and pick up my son when I needed to.  Working for Uber helped me avoid all of the stress of the scheduling at my old job.

9.     Sometimes people leave tips in my car, so I will take it if they insist.  I never ask them for a tip, but if they give it to me to show that they appreciate my service, then I will accept it.

10.     I've learned how to be smart about cancelling rides.  So, if I have to drive for 15 minutes to go get someone, then I will probably cancel the ride.  A few times, I've had it happen where I drive 15 minutes to go pick up a ride, and then someone cancels when I'm two blocks away.  I've decided sometimes on my own to just cancel the ride because people are too far away.  Sometimes, if I'm far away, I'll call the person and tell them, "Hey, it'll take me twenty minutes to get to you.  Do you still want to keep the ride?"  Most of the time, passengers will cancel the ride because it's too far away.

11.     I also will cancel a ride when I get to a pin and the rider isn't there.  I will call the rider and try and find them.  Sometimes, though, when the rider is intoxicated, the rider doesn't know where they are.  If I can't find them after driving around for 5-10 minutes, then I'll just cancel the ride.  There's not really anything else I can do.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2

DECLARATION OF MASIS AVDALYAN

1  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2      I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4

5      Executed at Los Angeles, California this 26th day of May, 2015.

6

7                                              MASIS AVDALYAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF MASIS AVDALYAN

## <u>DECLARATION OF ERNEST AVETISYAN</u>

I, Ernest Avetisyan, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My current address is 405 Serrano Drive, Apt #6H; San Francisco, CA 94132.  I have lived at this address since the mid-1990s.  My current telephone number is 415.706.7892 and my email address is ernestavetisyan@gmail.com.

3.      I began working as a professional driver in 1998, when I contracted with Yellow Cab of San Francisco to work as an independent contractor taxi driver.

4.      At the time that I first began working as a taxi driver, I obtained an "A-Card" from the San Francisco Taxi Cab Commission and the San Francisco Municipal Transportation Agency (SFMTA), which is the permit required to work as a taxi driver in San Francisco.  I also entered into a written agreement with Yellow Cab, which described the nature of the relationship to be that of principal-independent contractor.

5.      Subsequent to contracting with Yellow Cab, I contracted with other San Francisco taxi companies to work as a taxi driver, including Alliance, Checker and finally Eco Taxi.  In each instance, I entered into a written agreement that specified that I would perform services as an independent contractor taxi driver, not an employee of the taxi company.

6.      I have renewed by "A-Card" with the SFMPTA every year since first obtaining it in 1998, except for 2002 through 2005, when I took a break from commercial driving to work as an alarm technician for ADT.

7.      My business arrangement was pretty much the same with all of the taxi companies with which I contracted.  Each arrangement involved payment of a "gate fee" in exchange for use of the taxi company's vehicle and the right to accept fares offered by the dispatcher, as well as the ability to pick up fares off the street.  The amount of the gate fee varied depending on the day and shift, as well as the taxi company.  In addition to the gate fee, I was responsible for the cost of fuel and other expenses incurred while working as a taxi driver.

8.      In September or October of 2012, while I was contracting with Eco Taxi, I decided to explore the possibility of contracting with Uber to use it as an additional source of fares. After meeting with Uber and discussing the details, I entered into a relationship with the Company to use its "Uber Taxi" service.

9.      After signing up with Uber, I continued to contract with Eco Taxi and to provide taxi service in the same manner as before (including paying the gate fee), but I was also ale to log into the Uber app whenever I wanted to obtain fares through the Uber Taxi app. By using the "Uber Taxi" service, I was able to increase the number of fares I got, thereby increasing my gross revenue and my profitability.

10.      The only difference between the fares I obtained through Uber and those I pulled off the street was that I would be paid through Uber rather than directly by the passenger (and I paid Uber a 10 percent service fee). I believe the "Uber Taxi" service also added a default tip of 20 percent to each fare.

11.      In approximately November or December of 2013, I again approached Uber to discuss using the "UberX" app, rather than the Uber Taxi service. I did this because I was considering starting to provide driving services using my own vehicle (not a taxi). After meeting with Uber and discussing the "UberX" service, I entered into an agreement and began using the UberX service.

12.      When I first started using the UberX service, my intent was to try it and compare it to my experience using the "Uber Taxi" service. I did this while still contracting with Eco Taxi and using Eco Taxi's cab. I would compare the Uber Taxi service with UberX service by switching between them to see which had more fares available. This test period lasted from the end of 2013 until July 14, 2014. During this time, I would sometimes log into the UberX service to obtain additional fares, and other weeks I would log in and use the Uber Taxi service. There would be weeks when I would not log into the UberX service. There were also weeks I wouldn't log into the Uber Taxi service. It was all up to me and my choice of which service to use, if any. Uber never prohibited me from using both the Uber Taxi service and the UberX service, and also never said anything to me about using a taxi cab to perform rides obtained through the UberX service.

2
DECLARATION OF ERNEST AVETISYAN

13.     In July 2014, I made the decision to stop operating as a taxi driver and to begin providing driving services using my own vehicle, and to obtain fares from UberX. At that time I terminated my contract with Eco Taxi and stopped using the Uber Taxi service.

14.     When I made the switch, I began using a Volkswagen Passat that I already owned. I later decided to purchase another vehicle, a Toyota Prius V, in March 2015. I decided to purchase the Prius because the Passat cost more to operate due to poor gas mileage and maintenance issues. The Pirus, which I purchased new from the dealer, is more fuel efficient and reliable. As a result, it has a lower operating cost and will increase my profitability.

15.     I am very happy with my transition from operating as a taxi driver to operating my own vehicle using the UberX service, because I no longer have to pay the gate fee, which reduces my operating costs. The UberX service also gives me far greater flexibility than the taxi companies, because I can choose when log in and only need to accept the fares I want. Without a gate fee, if business is slow, I can choose to park my vehicle and wait for a busier period. When I had to pay the gate fee, I had to continue working even when business was slow because I needed to cover my higher costs.

16.     I also have complete control over my schedule now. With the taxi companies, I had to designate a schedule for use of the taxi vehicle, which was also used by other taxi drivers. With the UberX service, I log in when I want, giving me complete flexibility as to when I will work. For instance, I often choose to work in the early morning, and then take a break to drive my daughter to school.

17.     The UberX service also gives me the freedom to work as much or as little as I want. For instance, last week I logged in for approximately 40 hours to receive offers of rides I could accept or ignore. The week before I only logged in for the 30 hours. And the week before that I was only logged in for 20 hours, because I chose to take a trip to Los Angeles.

18.     I also like using the UberX service because I am my own boss. There are no rules I have to follow, no schedule I have to adhere to, and no one telling me what to do. For instance, if I want to take a trip, I just choose not to log into the UberX app. I don't need to tell anyone that I won't be available and I have no need to schedule time off in advance.

---

DECLARATION OF ERNEST AVETISYAN

19. I currently obtain enough rides through the UberX service that I don't need to use any other apps or sources of work. If I'm no longer able to obtain enough rides through Uber, I will consider contracting with Lyft or Sidecar to have additional sources of potential fares.

20. I also prefers the flexibility and control I have due to the use of my own vehicle. This allows me to maintain the vehicle the way I want, which ensures my vehicle is in better shape than the taxi cabs I drove.

21. I have always filed taxes as a sole proprietor/self-employed individual for all of the driving services I've performed since 1998, including my work as a taxi driver and now as a driver using my own vehicle. When filing taxes, I take deductions for all of my business expenses, including the cost of my vehicle, insurance, maintenance, and fuel.

22. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this _19_ day of May, 2015.

_____
ERNEST AVETISYAN

---

4

DECLARATION OF ERNEST AVETISYAN

## **DECLARATION OF TAREK AYADI**

I, Tarek Ayadi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Tarek Ayadi and I am 32 years old.  I live in Hawthorne, Los Angeles.  I drove for UberX for two years before switching to UberBlack three months ago.  I currently drive for UberBlack and sometimes for UberPlus.

3.      I own my own transportation company, 5 Star Ride.  I own a 2015 Cadillac XTS that I use in connection with my transportation business.  I have hired an additional driver who is not an employee and owns his own car, which he drives while using UberX.  The driver pays for his own expenses and is not reimbursed by 5 Star Ride.  While most of the company's revenues come through Uber, I do have some outside customers that call the company directly and generate additional revenue for the company.

4.      I prefer to work during the day Monday through Thursday and work mostly at night Friday through Sunday.  I drive and pick up passengers wherever I want; Uber has never assigned me a territory to drive in.  I do my own schedule.  Uber has never set my work schedule and has never suspended or threatened to suspend my account for not spending enough time logged onto the App.  I value the flexibility Uber provides.

5.      I clean my car every day and make sure to have water and snacks for passengers in an effort to maintain my star rating.  Some of the things I do were suggested by Uber but a lot I know from my previous business.  I am responsible for paying for any business-related expenses and I keep track of all expenses each year.

6.      I only contact Uber when I have problems with the App but it is infrequent.  When I do need to contact Uber, I will email or go to the office.

7.      Uber sends me a 1099 form each year.  I have never received a W-2 form.  When I file taxes I do not report any part of my income from Uber as tip income.  I do indicate that I am self-

---

1<br>DECLARATION OF TAREK AYEDI

employed and I report my business expenses, for example, mileage and gas, to the IRS when I file my taxes.

8.     I usually work 8 to 14 hours a day and take breaks frequently.  Uber does not tell me when or where to take a break.  I typically turn off the Uber App when I am on break and Uber has never interrupted a break.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.


TAREK AYEDI

---

2
DECLARATION OF  TAREK AYEDI

# DECLARATION OF UMAR FARUK AZAM

I, Umar Faruk Azam, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 53 year old male living in Concord, California, in Contra Costa County. I have been living here for 4 years.

3. I am an Uber partner, and I use the UberX service. I have been using the Uber application since October 2014. My current occupation is semi-retired. I log onto the Uber application about 30-35 hours a week. I share my car with another driver who has his own Uber account. We split the car payments and insurance payments.

4. I do not use a particular strategy. I usually drive to San Francisco in the evenings to drive. Uber does not assign me to a particular territory. I usually drive from 3 p.m. to 10 p.m. and I work 6 days a week. I usually take a Monday or Tuesday completely off. I like this flexibility. I work these hours and days because I like to take my child to school. I also have a grandchild who I like spending time with. I spend time with my grandchild during the morning time. She is 2 years old.

5. I use the Lyft application alongside my Uber application. I use Lyft off and on. 95% of the time I am using the Uber application. Some areas it is better to use Lyft so I use Lyft when I am in those areas. Uber does not restrict me from using the Lyft application.

6. When I log onto the Uber application, I am working for myself. That is what I signed up to do.

7. Uber has never suspended or threatened to suspend my account for not spending enough time logged into my account.

8. Uber sends some emails sometimes regarding how to treat passengers. I follow most of those suggestions. At times, the suggestions can help my rating. I think a positive attitude helps my rating the most, which is something that is natural and that you cannot teach.

9. My business expenses include car payments, time, car maintenance, gas, wear and

1

DECLARATION OF UMAR FARUK AZAM

1  tear. I keep a record of my business expenses. I report my business expenses when I file my taxes.

2  Uber gives me a 1099. Uber has never given me a W-2.

3    10.    When I signed on to use the Uber application, I knew I was signing on as an

4  independent contractor. I am fine to continue as an independent contractor. I have no issues being

5  an independent contractor. I like the flexibility and I am not assigned to certain hours.

6    11.    I can take breaks whenever I want. It is up to me when to take breaks. During my

7  breaks, I go to the restroom, have a drink of water, walk around, and eat.

8    12.    I have given this testimony completely voluntarily and without any coercion

9  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

10  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

12  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

13  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

14  not have to provide any written statement. I also was specifically told that I could participate in the

15  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

16  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17    I declare under penalty of perjury under the laws of the United States of America and the

18  State of California that the foregoing is true and correct.

19    Executed at San Francisco, California this 20th day of May, 2015.

20

21    _____
      UMAR FARUK AZAM

22

23

24

25

26

27

28

2
DECLARATION OF UMAR FARUK AZAM

### DECLARATION OF Mike Azrai

I, Mike Azrai, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am an UberBlack, UberLuxury and UberSUV driver, and was formerly an UberX driver. I am 42 years old and have lived in West Hollywood for the last seven years. I have been using Uber for the last two and a half years.

3. I am the owner of Majd Transportation Company, which is a full time job. I am a direct partner with Uber through my company. I personally own nine vehicles in my business on one account and eight for another. I have SUVs, BMWs, Lexuses, a Lincoln, and a Mercedes. I am doing a lease to own from Uber with one vehicle. About 50-60% of my business revenue comes from Uber. The other side of my business is providing limousine services. I have a website, and I use other apps for limousines, such as LimoBlack, but 9 of my cars are just for Uber. I use these other services because I used them before Uber. Uber is perfect, amazing service, but I want to keep the other part of my business. I like to do other things, and throw my ball in different ways. I have nine other drivers in one side of the business and seven on the other. The other drivers are my employees. I have signed them up for the Uber app. They drive under my Uber partner account and use my company vehicles for Uber rides. I take care of the maintenance, licensing, fees, whatever. Some take care of the gas, some don't. Most lease the cars from me and use commercial insurance, and they are good to go. We reimburse them for any damage that is not caused by them.

4. For expenses I have car payments, commercial insurance, documents, registrations and maintenance. I also have an office with a lease. My company pays for these expenses and we maintain records of these expenses with a bookkeeper. At least 50% but as much as 60% of my expenses are related to driving from Uber.

5. I don't use two apps at the same time because just using Uber works best for me. I like the flexibility of having the app on at any time, setting your own schedule and days off. I turn it

---

1

DECLARATION OF Mike Azrai

1   on whenever.  Uber never assigns me a territory.   Surge charging benefits the driver, but I just log in

2   when I am ready to work.  I like it, because you make more money, but I just work when ready to

3   work.

4       6.    I used to use Lyft and Sidecar also, but in my experience I chose Uber, because they

5   were best.  When I used more than one, choosing which to use would depend on the situation, but I

6   chose Uber because of their reputation.  I can accept or decline leads from the Uber app.  I can use

7   other apps, such as Lyft or Sidecar simultaneously.

8       7.    I have requested fare adjustments a few times. Sometimes people should have

9   requested SUV, but they requested a sedan.  There is an option in the Uber app for "need help," and it

10  gives you different options, which is really awesome.  If you have an issue with the fare, you give

11  them an amount of passengers, or the route, and if can adjust the fare.  They quickly respond to fix

12  problems.  I think it's a beautiful idea.

13      8.    I consider myself as driving for Uber when I log into the app.  I usually start at 6-7AM

14  and go home at 6-7PM, six days a week.  I work myself, and am overseeing my business, taking care

15  of maintenance.  I actually drive for Uber about 60-70 hours a week.  I have some drivers that work

16  100 hours a week.  Uber doesn't require me to work any minimum amount of time.  Uber does not set

17  my work schedule.  I like having my flexible driving schedule, I admire it.  I graduated with a

18  Political Science degree, and I just started driving.  It's flexible, I can choose my day off and I make

19  good money.  I like that I can be free sometimes, I think it's the best for me.

20      9.    Onboarding was very easy.  I did it online and going through it was easy, you can find

21  out a lot of things.  I got suggestions from Uber, and I follow them because they are the right ones.  I

22  feel I am required to follow them because it provides the best customer service and if I have issues

23  with the ride, I try to resolve it on my own.

24      10.    The star rating system is a good system for both sides.  I think that Uber should look at

25  the ratings, because it affects the drivers.  I don't think it's a skill to get a high rating for this kind of

26  service.  But the ratings are determined entirely by the passengers.  As far as I know, the Uber does

27  not have any control over these ratings.

28

2
DECLARATION OF  Mike Azrai

11.     My rating is 4.86.  I think it's a good rating.  To maintain it, I always provide the best service, but we are just human and cannot control other people's thoughts.  But every driver is different and the ratings should reflect that.  Uber has never told me that I might be terminated from using the app due to my start rating.

12.     I communicate with Uber 3-4 times a week for activation, missing documents, background checks.  Mostly this is in relation to my business.  I communicate through emails or come to the office, since I live close.  Uber contacts me for about 5-6 times a week for different reasons, mostly to do being an Uber Partner.

13.     Uber told me that there was no tipping, but there are occasions that people just give it to me.  Some people really appreciate you and you earn it.  I think Uber tells passengers that there is no tipping.  Some just do it regardless, because they are satisfied.  I think the licensing agreement prevents me from taking tips.  In a month, I might make $100, or nothing.

14.     I read and understood the terms of the licensing agreement online, and you can search and get it online easily.  I intended to be an independent contractor, and want to continue to be an independent contractor.  I've been in business before, and I have an idea about how to operate a business.

15.     I indicate that I am self-employed on my taxes, and receive a 1099 form from Uber.  I report business expenses when I file my taxes and take deductions for them, and depreciation.

16.     I have to take breaks while I work, lunch, coffee and that sort of thing.  I decide to take them every 2-3 hours, for 15-30 minutes, depending on what I am doing.  In my opinion, I take a break in-between every ride.  I take my breaks whenever I want, and have reasonable opportunity to take them.  I turn the app off during my breaks and do not monitor it.  The breaks depend on my needs, but if you want to take one, there is nothing to prevent you from taking them.  I used to work for a translating company, and I know you can't take a break whenever you want.   You have a timed break, for only 15-20 minutes.  Uber has never told me to drive for a certain amount of time before a break or a meal.

17.     I have given this testimony completely voluntarily and without any coercion

---

3

DECLARATION OF  Mike Azrai

1  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6  have to provide any written statement.  I also was specifically told that I could participate in the

7  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9        I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

12        Executed at Los Angeles, California this 26th day of May, 2015.

_____
Mike Azrai

---

4

DECLARATION OF Mike Azrai