**DECLARATION OF NORIK BABAKHANIANS**

I, Norik Babakhanians, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I live in Glendale, California, where I have lived for the past 20 years.  I primarily use UberX, but have used UberBlack and Uber SUV.  I have used Uber for over two years.

3.    I am the CEO of ANB Limo Inc., and am the registered owner of a 2011 Chevy Suburban that the company also owns.  I formed the company approximately one year ago.  I work for this company full-time, and am a direct partner with Uber.  100% of the business revenue comes through Uber, and I do not use other ride-sharing services, although I could if I wished.

4.    I used to drive mostly at night, but more recently drive in the mornings.  I often drive for 10 or so hours, and stop for breaks if I need to.

5.    The expenses that I incur as part of my transportation business are gas, oil, tires, maintenance, uniform, dry cleaning, and other expenses.  I pay for all of these expenses.  I file taxes both individually and through my C corporation.  Uber provides me with a 1099 form, but not a W-2 form.  I report business expenses on my corporate tax filings.

6.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the

CLASS MEMBER DECLARATIONS 103

1  State of California that the foregoing is true and correct.

2

3      Executed at Los Angeles, California this 26th day of May, 2015.

4

5                                                  Norik Babakhanians

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF NORIK BABAKHANIANS

**DECLARATION OF ARMAN BABAYAN**

I, Arman Babayan, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been an UberBlack driver for approximately three years.  I am a self-employed businessman and have plans to one day launch my own valet service. I plan to continue to work for Uber while having my own business.  Before working for Uber, I owned eight limousines and ran a limousine driving service for about eight years. I didn't want to own and maintain limos anymore so I decided to just drive one car as a subcontractor.

3.     I am a subcontractor and I drive for a direct partner who also resides who also drivers for Uber.  I am in independent contractor of the direct partner.  I pay the lease for the car to the direct partner. The direct partner gets paid for my fares through Uber and then he pays me every Thursday. The direct partner owns the vehicle.

4.     I don't have any set schedule and can work any hours as I wish. Sometimes I can work as little as one hour and up to twelve or thirteen hours based on my own availability and outside obligations. I like working in the morning, starting as early as 4:00 a.m. with a mid-day break and working again when business ramps up in the evening.

5.     When I turn my Uber App on, I tend to drive to the closest airport because I prefer to work at the airports because the customers tend to be more professional.  They are better quality customers and easier to work with.

6.     I don't like city work as much because the clientele are more likely to give poor ratings, be late, rude, or be drunk.  I typically avoid working late night, with the exception of some holidays, because I don't like picking up drunk people and I prefer to be home in the evening. Even though there is surge pricing in the evening, I avoid working these shifts generally.

7.     I know I am free to work for any of the other car sharing services. However, I get a lot of work through Uber and because I drive a black car and the other companies don't have a black car service, I chose to only work for Uber.

1

DECLARATION OF ARMAN BABAYAN

8.      I drive a Chrysler 300S for transportation of passengers. It is a practical size for picking people up and has plenty of trunk space.  It is an appropriate vehicle for my business which is a separate car than my personal vehicle.

9.      Other than when I signed up with Uber, Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

10.     Uber is not my boss so they cannot tell me where to be or what to do.

11.     Uber has not and cannot prohibit me or limit me from using other apps to find fares. I prefer to use the Uber App because I can make more money due to the passenger demand, and I also tend to prefer the passengers that request rides through the Uber App with UberBlack.

12.     I have declined calls in the past. For example, on one occasion, I called the customer and he was rude so I canceled the ride because I did not want the bad review. I was not penalized for declining the ride. I am free to decline rides but I don't typically decline rides because the rates are good with the black car and so I am incentivized to accept as many calls as I can. I would prefer to take the rides rather than waiting around for another client.

13.     Picking up at the airport, there is a flat rate but sometimes the client requests additional stops or may require me to wait while they run an errand. In those circumstances, I use the Uber App to request a fare adjustment and I have received the adjustment.

14.     I use the Uber App everyday unless I have other things to do.  Also, if I log in and see that it is a slow day, I sometimes decide to close the App and stop working for the day. I am not required to do a minimum amount of work. Uber doesn't require anything of me except to be generally professional as a black car driver. Uber has never intentionally suspended my account for not spending enough time logged onto the App.

15.     Uber cannot tell me how to run my business. However, they have made suggestions regarding general professionalism tips (i.e. keeping the car clean, dressing appropriately, etc.) I have never been threatened that my account would be deactivated if I don't listen to the suggestions.

16.     It is the passengers' choice to use the rating system which I think is a good idea. Although the customer is not always right and will sometimes give inappropriate ratings, I like that

2
DECLARATION OF ARMAN BABAYAN

1    Uber has a rating system so that I am not just a taxi driver. The rating system distinguishes us from a

2    standard taxi driver because we must treat our customers differently. I have to run my business in the

3    way that makes the most sense. For example, if a passenger asks to smoke, I may say no because I

4    don't want the next customer to complain about the smell of the smoke. However, I take the chance

5    of the smoker giving me a low rating because I don't want lower ratings from future customers on

6    account of the smoke smell.

7         17.    To improve my star ratings, I treat my passengers nicely, offer phone charger, and I

8    serve them water and candy. I also get stronger ratings because I know my way around Los Angeles

9    and can get people to their destination without getting lost or delayed which is especially important

10   for passengers going to the airport.

11        18.    I recall seeing the Software License and Online Service Agreement on-line when I

12   was signing up with Uber. I have always intended to be an independent contractor and I intend on

13   continuing to be an independent contractor. I like to be my own boss and I don't want to work for

14   anyone else.

15        19.    I like Uber because of the flexibility. I log on and off of the App anytime and

16   anywhere I want.  That flexibility is very valuable to me because it allows me.

17        20.    When I file taxes, I indicate that I am self-employed and I fill out a 1099. I have never

18   received a W-2 from Uber. I report my business expenses such as gas, repairs, and my lease.

19        21.    Although I work a different schedule every day, I take meal and rest breaks as I wish.

20   I typically go home and eat, unless I am far away, after about four hours of work. I turn off my Uber

21   App when I ake breaks and Uber has never interrupted my break. I have never had any issues takes

22   breaks as I wanted to take them.

23        22.    Uber does not require me to wear any specific type of clothing when I'm providing

24   transportation services. I usually try to dress professionally to meet basic standards of driving a nice

25   car.

26        23.    I have given this testimony completely voluntarily and without any coercion

27   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

28   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3

DECLARATION OF ARMAN BABAYAN

1  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

2  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

3  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

4  not have to provide any written statement. I also was specifically told that I could participate in the

5  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

6  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7        I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct.

9        Executed at Los Angeles, California this _26_ day of May, 2015.

10

11                                          _____
                                                    ARMAN BABAYAN
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF ARMAN BABAYAN

**DECLARATION OF AGOP BABIKIAN**

I, AGOP BABIKIAN, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a fifty-six-year-old male. I live in Van Nuys, California. I've been a resident of Van Nuys, California for five years.

3.     I have a Class A commercial driver's license, but I never drove a truck.

4.     I'm a partner with Uber and I use UberX only. I currently use UberX. I started using UberX on January 5, 2015.

5.     Before I partnered with Uber, I was using Lyft. I started using the Lyft app to drive in October 2014.

6.     I currently use both the Lyft and Uber apps at the same time.

7.     There is one woman who has become a regular customer of mine. I met her through Lyft. I took her from Van Nuys to Santa Monica the first time I drove her. I told her that I would always come and get her and she could turn on the Lyft app after she gets in my car. Also because Lyft doesn't work at the airport, I will let her call me from the airport when she needs a ride. I will then go and pick her up. I will turn on the Lyft app after we get out of the airport. She does not use the Uber app.

8.     I live in Van Nuys, and every morning at around 7:30am I start the Uber app, and I look for the red color on the screen, which tells me where there is traffic. Then, I close the app and drive to where the red color is because that's the area with surge pricing. I need to follow the surge pricing because I need to be able to provide for my family. I have a wife and a daughter—they're my two diamonds. I need to be able to provide for them, and I can't ask my daughter or pressure her to help me pay for rent. I am the father and the husband, and I need to make sure I've taken care of my two diamonds. So, God bless Uber and long live Uber.

9.     I like partnering with Uber because I am my own boss when I partner with Uber.

1   Whichever area you want to drive, you can drive.  Whenever you want to drive, you can drive.

2          10.      Sometimes people try to give me tips, and I will accept them if people insist.  Usually,

3   it's a small amount, but sometimes for a longer trip, I might get as much as a $10 tip.

4          11.      I lease the car that I use for my transportation business.  I pay for my own gas and

5   other expenses related to my business, including cookies, gum, and water.

6          12.      Often, I am very soft-hearted and I will give people a few miles for free.  I will turn

7   off the app and let them have a few free miles if I've enjoyed the conversation and we've had a nice

8   time.  So, I will turn off the Uber app early to give them a shorter ride and let them pay less.

9          13.      I have given this testimony completely voluntarily and without any coercion

10  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

11  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

12  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

13  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

14  provide this declaration.   I was specifically told that I did not have to be interviewed and that I did

15  not have to provide any written statement.  I also was specifically told that I could participate in the

16  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

17  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18          I declare under penalty of perjury under the laws of the United States of America and the

19  State of California that the foregoing is true and correct.

20

21          Executed at Los Angeles, California this 26th day of May, 2015.

22

23                                                                  AGOP BABIKIAN

24

25

26

27

28

---

2

DECLARATION OF AGOP BABIKIAN

## DECLARATION OF JEAN DELAINE BAKER

I, Jean Delaine Baker, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 68 years old.  I drive using both the Lyft App and the Uber App.  I started using the Lyft App as a driver in August 2014.  I started using the Uber App as a driver in February 2015.  I do not use the two Apps at the same time, although I know a lot of people do.  I mostly use the Uber App, but use the Lyft App for a few hours just to keep it active.  Each week, I set a monetary goal.  And when I reach that monetary goal using the Uber App, then I start using the Lyft App.

3.     In the past, I have used both Apps at the same time.  When I did, I would keep both the Uber App and the Lyft App on.  When a request came in through one of the Apps, I would accept it, and then immediately turn off the other App.  I have not done this very often.

4.     I drive a 2012 Nissan Sentra.  I am an UberX driver.  And I am also a Lyft driver.  I have to make at least $500 a week.  If I'm really busy, I keep working and surpass that goal.  I stop driving when I get tired, or have something else to do.  For example, if I want to go out with my boyfriend I'll work my schedule around that.  Same if I have a doctor's appointment.

5.     I drive using the Uber App and Lyft App for approximately 30 hours a week, of which 25 hours are from using the Uber App.  On a given day, I drive at most six hours.  I always take Mondays and Tuesdays off.  I usually work on Wednesday afternoons from 3 p.m. until 9 p.m. or 10 p.m.  Same on Thursdays.  On Fridays and Saturdays I like to drive from around 6 p.m. until around midnight.  On Sundays I like to drive from 10 a.m. until about 6 p.m.  Driving during the day on Sundays breaks up the monotony of driving at night on the other days, plus people are out and about on Sundays.  I used to drive at 8 a.m. until 11 a.m., but didn't like that because I would mostly pick up people doing "walk of shame."

6.     I take breaks when I drive.  Sometimes I get out and walk around so my legs don't get crazy.  And then I always take a meal break of at least half an hour after four hours of driving.  I turn

CLASS MEMBER DECLARATIONS 111

1  the App off during meal breaks.  On Sundays I have an hour long meeting, and drive before and after

2  the meeting.  It all depends on how much money I have made in a week.  Uber has never told me

3  when to drive, or to drive for a certain number of hours.  I drive when I want, and take breaks when I

4  want.

5      7.     I very much so value the flexibility of being able to drive when I want.  I get a total

6  sense of freedom.  It allows me to do other things.  I am not tied down to a specific timeframe.

7      8.     I keep all of my gas receipts, my oil change receipts, and my car wash receipts.  I plan

8  on using these receipts for tax deductions at the end of the year, when I get my 1099.

9      9.     I am always complemented about how clean my car is, and that is important to me.

10  When it is a holiday, I always give out a treat, like candy or cookies.  I don't do the water thing

11  because I think that's useless.  The other drivers I have spoken with don't do make water available

12  either.  Sometimes riders don't drink the water, other times they take one sip and leave the bottle

13  there, and it's confining in my car to try to keep the water cold.  There just isn't enough room in my

14  car, and I do not want to get out of the car every time to go to the trunk to get water.  I have a charger

15  in case riders need to charge phones.  I have an auxiliary cord for the riders' App and also for their

16  music.  I got these ideas on making drivers comfortable from a rideshare blog.  And when I signed up

17  for Lyft they told me some of these things.  And some of my friends have told me what they do.

18  Uber has never told me to do any of these things.

19      10.    I consider myself self-employed.   I do not consider myself an Uber employee.  I like

20  my flexibility.  In fact, for a while, Lyft was sending emails and asking me to fill out hours when I

21  would be available to work.  Even though a driver wouldn't be tied down to those hours, it somehow

22  seemed to me to indicate the possibility that those hours would not be available if I didn't sign up in

23  advance.  I found that annoying and constraining and like being pinned down.  The whole point is to

24  be able to work whenever I want.  Uber has never tried to pin me down to certain hours.

25      11.    I love driving using the Uber App very much.  I have received some of the highest

26  marks as a driver.  I get cash tips.  My riders ask if the can put a tip on the App, and I say no.  Then

27  the riders give me a cash tip.  I have never been told by Uber that tip is part of the fare.

28

2
DECLARATION OF  JEAN DELAINE BAKER

12.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 29th day of May, 2015.

Jean Delaine Baker

_____
Jean Delaine Baker

3
DECLARATION OF  JEAN DELAINE BAKER

**DECLARATION OF MICHAEL BANKO**

I, Michael Banko, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 45 year old male living in San Francisco, California in San Francisco County for a total of four years.

3.      I use the UberX service through the Uber application.  I started using the Uber application to drive in March 2014.  I normally have other full-time work but I am using the Uber application full-time at this point.

4.      I am a direct Uber partner.  I own the vehicle I drive using the Uber application.  My car is a 2013 Honda Civic.

5.      I do not necessarily follow a strategy as far as surge pricing but I may gravitate to the perimeter of the city where fewer drivers tend to be so I have more of an opportunity to find passenger leads.  Uber does not require me to work in certain neighborhoods.  I occasionally use another application at the same time as Uber.  That application is called Lyft.  The benefit of using two applications is that I can stay busier.  There is less downtime.  I can reject or accept leads.  Uber has never suspended or threatened to suspend my application use because I did not accept enough leads. Uber does not restrict my use of other applications like Lyft.

6.      When I log onto the Uber app I consider that I am working for myself.  I do not work for Uber.

7.      My work schedule is varied.  During the week and on weekends I work during the day hours.  Occasionally I work at nights.  During the day periods, I tend to focus on the morning and evening rush hours. I like to take the afternoons for myself.  I like this flexibility.  During the afternoon, I take care of my personal needs, errands, cooking, take my dog to the beach, hang out with friends, or other work.  Uber has never suspended or threatened to suspend my account for not logging on enough on the app.

8.      Uber has given me suggested videos to watch on how to treat passengers, but I had

1   driven Lyft for a year and a half so I was not concerned.  I am not required to follow Uber's

2   suggestions.  I could not even tell you what they are.

3       9.      Passengers control the ratings I receive.  I try to do things to maintain a star rating.  I

4   am a very pleasant person. I like to carry on a conversation if they want to. I like to leave them alone

5   if that is what they want.  I usually have some water or candy or snacks for my passengers.  I have

6   never been notified by Uber that my use of the application will be terminated due to my star rating.

7       10.     I communicate with Uber maybe once a month.  Uber communicates with me weekly.

8   They provide me tips about busy periods and locations, events that are going on, and any promotions

9   they have for drivers like guaranteed rates.  They communicate success stories from other drivers.

10  These tips in general help me make more money for myself.  I appreciate that they do it.  But I

11  honestly do not read most of them.

12      11.     My expenses include gas, maintenance, phone service, and things like snacks and

13  water.  Uber does not tell me what insurance to buy.  I keep a record of my business expenses.  I

14  separate my personal and business expenses based on my mileage using the Uber app and I track

15  items I purchase specifically for when I am using the Uber application.

16      12.     I can receive tips from my passengers.  I almost never do.  Uber has never suspended

17  my account or threatened to suspend my account for accepting tips.

18      13.     I agreed to a terms of service agreement at the beginning. I read and understood terms

19  of the agreement.  I intended to be an independent contractor when I agreed to the terms of service.  I

20  do wish to continue being an independent contractor.  I want this because mostly I like the flexibility

21  that the classification provides.

22      14.     I receive a 1099 from Uber and I have never received a W-2.  I do not report any part

23  of my income as tip income.  I indicate I am self-employed as part of my taxes (because I was

24  employed at another job for some part of the year).  I report my business expenses as deductions

25  when I file my taxes.

26      15.     I have given this testimony completely voluntarily and without any coercion

27  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

28  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

CLASS MEMBER DECLARATIONS 115

1   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

2   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

3   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

4   not have to provide any written statement. I also was specifically told that I could participate in the

5   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

6   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7          I declare under penalty of perjury under the laws of the United States of America and the

8   State of California that the foregoing is true and correct.

9          Executed at San Francisco, California this 19th day of May, 2015.

10

11                                                            MICHAEL BANKO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

## DECLARATION OF RAMON BARBOSA

I, Ramon Barbosa, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am thirty-four years old.  I live in Los Angeles, California and have lived there my whole life.  I currently use UberX.  I started using the service around May 2014.  I also work part-time for a delivery service.  I am a direct partner with Uber.  I use my own 2010 Nissan Rogue when driving with Uber.

3.     I use the Uber App whenever I feel like it.  I usually log into the Uber App after work for a few hours.  Some days, when not working for my other job, I use the Uber App for five hours. If I need to take a break during this time, I take a break.

4.     Uber never tells me where to drive.  During my delivery job, I end up in a variety of locations.  I normally start using the Uber App wherever I end up as a result of my other job.

5.     I watched some videos on the Uber website before using the Uber App.  The video provides suggestions about how to interact with passengers.  Uber also sends emails with these suggestions.  I try to follow Uber's suggestions, but they are not required.  For example, Uber recommends that you open the door for passengers but most of the time I do not.

6.     Uber has a ratings system in which the rider and driver rate each other.  I have a 4.91 rating.  I think that the most important thing affecting my rating is that I try to keep my car clean.  I also try to gauge whether people want to talk or not.  I want them to be comfortable in my car.

7.     I only contact Uber about once every three months when I have some kind of issue. For example, one time my phone died and I had to contact Uber about it.

8.     I incur a lot of expenses while driving with Uber, such as gas, insurance, and depreciation of the value of my car.  I pay for these expenses myself.  I keep track of all of these expenses using an app on my phone and by reviewing my bank statements.  I deduct these expenses on my taxes.

---

1
DECLARATION OF RAMON BARBOSA

1      9.     When I agreed to the Licensing Agreement, I intended to be an independent

2   contractor. I love that I can work whenever I want.

3      10.     I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

7   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

8   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

9   have to provide any written statement.  I also was specifically told that I could participate in the

10   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

11   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12          I declare under penalty of perjury under the laws of the United States of America and the

13   State of California that the foregoing is true and correct.

14

15   Executed at Los Angeles, California this 26th day of May, 2015.

16

17                                                      Ramon Barbosa

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF THOMAS BARRY

I, Thomas Barry, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 54 years old, male, and I currently live in San Mateo, San Mateo County, California.  I lived in San Mateo for approximately six years.

3.      I drive in California with a Class C license.

4.      I downloaded the Uber App about December 2012, and I began driving for a partner, and this is how I became an Uber driver.  The company I drove for, Town Car SF, encouraged us to drive for Uber as well.  I worked at Town Car SF as an independent contractor because I was paid what I earned and I was responsible for fuel, minor maintenance of the car, and any expenses I incurred were on me. I stopped working for Town Car SF as often about three weeks ago.  I used to be a full-time contractor from December 2012 until the middle of 2013, but I continued with Town Car SF and worked anywhere from 10 to 25 hours per week for Town Car SF until three weeks ago.  Now, I only work on-call for Town Car SF which is fairly infrequently.

5.      I began driving with UberX on April 13, 2015.  I have been signing onto the UberX App on average three or four days per week and anywhere from two to four hours per day.

6.      For Town Car SF I drove primarily a Lincoln Navigator from 2009, but I also drove a Ford Expedition from 2010.  Both vehicles are owned by Town Car SF.  I did not rent or lease the vehicles owned by Town Car SF, and they took care of the maintenance of the car.  I only paid to get gas for the cars.  Town Car SF had a TCP, and I was paid by a check weekly.  The amount varied depending on how much I drove.  I drove for Town Car SF on scheduled rides and for Uber when we did not have scheduled rides.  Uber was a supplement to the scheduled rides.  When I worked for Town Car SF, Uber generated about 60 percent of the rides.  The iPhone I used during this time to use the Uber App was owned by Town Car SF.

7.      For Uber X, I drove a 2013 Toyota Prius.  I own the car.

8.      I work full-time, on average 40 hours per week, as a Manager of a mortuary in

TI.ER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

1   Redwood City, California.   I am responsible for the day-to-day operations of the mortuary.

2   Currently, about 65 percent of my income derives from the mortuary and 35 percent is from UberX.

3         9.       Town Car SF encouraged I download the Uber App.   I took the test for Uber Black

4   and passed with an 86 percent and began driving within a few days for UberBlack and UberSUV.

5         10.      I own my personal iPhone which I use to access to Uber App and pick up leads.

6         11.      Uber did not direct me to buy any particular brand of insurance, and they have never

7   directed me on where or when to put gas in my vehicle.   They similarly do not direct me on when or

8   where to maintenance or service my car.   As far as I know, Uber has not restricted me from seeking

9   employment or being employed by other driving applications or by other employers.   I know of

10  other drivers who are driving and using multiple driving applications.

11        12.      I pay for all of the expenses associated with driving my car with the Uber App.   I

12  keep a record of all the business expenses I take, including gas and car maintenance.   I keep the

13  record for tax purposes to make deductions from my taxes.   I report all of my income from Uber to

14  the IRS.   I never received a 1099 or W-2 Form from Uber because up until recently, I have been

15  working directly for an Uber Partner: Town Car SF.   However, I did receive a 1099 Form from

16  Town Car SF.   When I filed my taxes, I reported that I was self-employed for my work as a driver

17  and I was employed by the mortuary for all income derived from the mortuary.

18        13.      When I drive with UberX, I put a "U" Uber sign in the front of my vehicle to make it

19  easier for my passengers to recognize me.   I did not put an Uber sign on my vehicle when I drove

20  using the Uber App while I worked for Town Car SF.

21        14.      I reviewed the Software License and Online Services Agreement, and I noticed the

22  arbitration provision included therein.   I do not remember whether I opted out of the arbitration

23  agreement or not.   When I signed the Agreement, I intended to be an independent contractor, and I

24  understood that a portion of each ride would taken by Uber as a fee for service to maintain the

25  application.

26        15.      I consider myself to be an independent contractor of Uber because I am working at

27  my convenience and my desire, I am responsible for my own expenses and mistakes, everything is

28  under my control, and nobody is telling me what I can or cannot do other than the Police

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108,2693
415.433.1940

2
DECLARATION OF THOMAS BARRY

CLASS MEMBER DECLARATIONS 120

1   Department.

2       16.     Uber never told me that the gross fare included an amount for tip.  I have had

3   passengers insist to tip, but I told them that no tip is necessary.  I understand the fare to be from pick

4   up to drop off; it is a fee for time and distance.

5       17.     The Uber App allows me to set my own hours, my own schedule, and it does not

6   require me to log into the Uber App for any minimum or maximum amount of time.  I have never

7   been disciplined for spending too much or too little time on the Uber App, but I have received e-

8   mails asking me why I had not signed onto the Uber App in a while.

9       18.     When I get a lead on my Uber App, I always accept the lead.  I always accept the lead

10  not because I feel like I am required to do so, but I want to do so because I do not want to leave

11  someone stranded anywhere.

12      19.     Uber does not restrict my driving and using the Uber App to any particular location.

13      20.     I attended one onboarding session provided by Uber in December 2012.  Primarily,

14  Uber taught us the proper way to approach passengers and passenger relations for the greatest

15  amount of success as a driver.  They pointed out things that would improve the rider experience.  I

16  took the advice provided by Uber as suggestions to keep our ratings high.  The Onboarding sessions

17  lasted somewhere between one hour and two hours, and there was a test.

18      21.     I read the weekly e-mails from Uber which tells us the ratings from the previous

19  week, and it makes suggestions on ways to improve. It also encourages you on what you are doing

20  well.  There is a separate e-mail which informs the drivers of what events are coming up in the week.

21  The purpose of it is to position drivers to succeed.  I have not followed some of the suggestions that

22  Uber provided.  For example, some of the events I would rather avoid because of the congestion.  I

23  have never been contacted by Uber for failing to follow any of their suggestions.

24      22.     Uber's rating system is a way for the best drivers to be known.  The passengers are

25  the only ones who rate the drivers.  As far as I know, Uber does not have any control of the ratings

26  for drivers.

27      23.     I have been to Uber's offices twice before today: once to onboard and the second to

28  onboard my Prius.  I contact Uber not very often; I only contact them if I have taken an incorrect

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

3
DECLARATION OF THOMAS BARRY

CLASS MEMBER DECLARATIONS 121

1    route and to make sure the passenger is not overcharged for my mistake.

2        24.    I also feel like I am an independent contractor with Uber because I get to set my rate

3    of pay. The more efficient I work, the better my hourly rate. Also, I can decide whether a certain

4    level of business is worth my time to drive.

5        25.    I have given this testimony completely voluntarily and without any coercion

6    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

7    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

9    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

10   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

11   not have to provide any written statement. I also was specifically told that I could participate in the

12   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

13   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14        I declare under penalty of perjury under the laws of the United States of America and the

15   State of California that the foregoing is true and correct.

16        Executed at San Francisco, California this 18th day of May, 2015.

17

18                                  Thomas Barry

19

20

21

22

23

24

25

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108,2693
415.433.1940

4

DECLARATION OF THOMAS BARRY

# DECLARATION OF SHAKEH BARSEGHIAN

I, **SHAKEH BARSEGHIAN**, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 31 and I live in Glendale. I started using Uber X at the end of August 2014. I have another part time job at Griffith Observatory in the operations department 3 days a week for 6 hours a day. Both my job at Griffith Observatory and Uber are okay with me having other jobs on the side. I receive a W2 from Griffith Observatory and a 1099 from Uber.

3.      I use Uber when I'm not at my other job. I pick up clients who have higher ratings. If they have low ratings, they sometimes have bad attitudes. It's not nice to drive rude people around. I try and only drive people with a rating of 4.6 and above. I work in the mornings, starting around 10 a.m. If I wake up super early I'll start earlier, like 7 a.m. I try and finish around 6 p.m. because I have martial arts training in the evening. On the weekends I'll drive longer, usually until about 9 or 10 p.m. My driving hours vary a lot; last Friday I worked from 10 a.m. to 10 p.m., but I took a 2 hour break in the middle to get some food and coffee and to just relax. I can really take a break whenever I want. Sometimes if I drop a client off near the beach, I'll park my car and go dip my feet in the ocean for 10 minutes. It's great to be able to do this if I feel like it. My day starts in Glendale and just sort of goes with the flow of client demands. I can end up anywhere and I don't really care. Uber just tells me where it's busy, but it's my choice to go there or not. It's nice when there's surge pricing, and it definitely encourages me to go to certain areas to see if there any requests in that area. What I've noticed is that when the surge prices are high, requests go down.

4.      Uber doesn't really tell me "Oh you have to pick up this person." They leave me to make my own decisions, but if my acceptance rate isn't high enough, they ask me to pick up more clients.

---

1
DECLARATION OF  SHAKEH BARSEGHIAN

5.      For driver ratings, basically at the end of the trip riders rate us on how friendly and nice we are, how clean the car is, and how our driving is, like how quickly we go from point A to point B. Even then, sometimes I'm doing all those things, but passengers still don't give me the 5 star rating. I have a rating of 4.89 which is pretty high after driving for 8 months. I do try and keep my rating high. I'll notice if a person doesn't want to talk so I don't force the conversation. I'll also offer them water. Being friendly is important too because they have to feel safe in the car since we don't know each other. I also keep my car very clean. Uber suggested these methods, because I asked them the best way to get a 5 star rating.

6.      My whole application was submitted online. There was a video I watched before I started driving. Watching the video helped me understand how I should try and interact with the passengers. Uber gives you all the tools you need in order to be efficient. I don't feel like any of their suggestions are required as we are independent and on our own and I feel comfortable using my own judgment which is really nice. I really hope Uber never changes this flexibility because it's so convenient to work wherever or whenever I want.

7.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

CLASS MEMBER DECLARATIONS 124

1

Executed at Los Angeles, California this 26th day of May, 2015.

2

3
SHAKEH BARSEGHIAN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF SHAKEH BARSEGHIAN

**DECLARATION OF TERRY GAMBA BARUTI**

I, Terry Gamba Baruti, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a musician and I play guitar and percussion.  I teach music about twice a week at different educational facilities.  I also play guitar in a group, and we rehearse three times and week and play gigs in between.  Uber helps me maintain a steady level of income and I haven't felt the need to use other ride-sharing apps because Uber has taken care of my needs.  No one at Uber has ever told me that I can't use another app like Lyft or Sidecar; in fact, I remember my application stated that Uber didn't care if drivers used other apps.

3.      I use a Town & Country LX minivan for transportation of passengers. I have owned this vehicle for eight yearsI bought the vehicle four years ago in cash. I have found it is the perfect investment for the transportation business.  It is a practical size for city driving and has good gas mileage but my passengers are also happy with the interior space it provides.

4.      A friend recommended using Uber in December 2014.  I came to Uber's main office to sign up and submitted my driver's license information, proof of insurance, and pictures of my car. The process of submitting my documentation to Uber and signing up took about fifteen minutes. Then, I accepted the licensing agreement and was able to start using the app to book passengers.  I didn't have any training from Uber beyond reading information about tips on how to pick up passengers.

5.      I'm not required to come to Uber's office for any reason, but I do come down here to ask questions because I personally find it easier than submitting questions online.

6.      In terms of using the Uber app, I'm starting to learn the areas that have higher app usage and I make myself available in those areas to pick up more fares.  I typically don't decline requests because a request is an opportunity for me to make money, and that's the reason why I started working with Uber.

7.      Uber has never required me to "report" to its office, or be in any particular location at

1<br>DECLARATION OF TERRY GAMBA BARUTI

1    any particular time or communicate with them about any subject.

2        8.    I prefer logging into the app between 9 a.m. and 2 p.m. in the mornings and 10 p.m.

3    and 2 a.m. at nights because those times work best with my schedule. I'm free to go anywhere, and

4    Uber has never assigned me a territory.

5        9.    I've had a good experience with surge pricing. Surge pricing is when passengers pay

6    a higher rate than normal due to demand. Surge pricing typically happens during peak hours, like

7    weekend nights or special events in the city. You want to be in an area where there are frequent

8    calls to take advantage of surge pricing, and I have developed an understanding of the areas that

9    work for me.

10       10.   I log into the Uber app at least 5 days a week. I take days off depending on how well

11   I am doing for the week and if I think I'm doing well money-wise for the week, I'll take time off

12   from logging into the app. Uber has never contacted me to tell me that I need to log into the app

13   more frequently. Uber has never set my work schedule and that's what I like about it, having the

14   flexibility to set my own schedule.

15       11.   Passengers I book using the Uber app can rate my services from one to five stars.

16   Uber makes suggestions on how to increase my "star rating" from passengers, but I don't think of

17   these suggestions as mandatory practices. I think they are just tips on professionalism, which I think

18   I offer to my passengers anyways.

19       12.   I don't communicate with Uber very often. One time a customer suggested a route to

20   me and I took that route since it was the customer's preferred route. The customer complained to

21   Uber and I had to explain to Uber that it was the customer's choice to use that route. Uber didn't

22   have a problem with my decision to take the customer on that route.

23       13.   I know it's Uber policy not to ask for tips; this is stated in the Licensing Agreement.

24   Passengers have offered me tips before and I have accepted, but it's not something I solicit from

25   passengers.

26       14.   I operate as a self-employed individual and do not employ any other drivers. Because

27   I operate my own transportation business, I know I am not personally obligated to provide

28   transportation services and it is my right to hire someone to work for me if I want. To this point, I

2
DECLARATION OF TERRY GAMBA BARUTI

1   have made the decision not to hire anyone.

2       15.   I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8   not have to provide any written statement.  I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11       I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.

13       Executed at San Francisco, California this 20 day of May, 2015.

15                             TERRY GAMBA BARUTI

---

3

DECLARATION OF TERRY GAMBA BARUTI

1

**DECLARATION OF RAMAN BASHA**

2     I, Raman Basha, do hereby swear, affirm and attest as follows:

3     1.     I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6     2.     I started using the Uber App as an UberX driver about a month ago. I'm a primary

7 health care physician in the State of California. I have an established medical practice and I drive for

8 fun. I like people. My kids are raised, and I have a lot of energy and I've got time, so I drive using

9 the Uber App because I like contact with people.

10     3.     I own my own medical practice—Basha Health—in Mission Valley in San Diego. I

11 have been in alternative medicine for 35 years. I used to have four employees in addition to eight

12 associates between 2000 and 2006, in two clinics. Additionally I'm a professor at an acupuncture

13 college, and I'm a clinical supervisor. I'm also a public speaker. I have lectured at international

14 conferences about my areas of medical expertise.

15     4.     Prior to owning Basha Health, I owned a ladies' clothing business, and it was called

16 Basha. I owned Basha for 20 years, and had as many as eight employees at a time. I owned two

17 stores in La Jolla, and had four employees per store.

18     5.     So I've been a small business owner. I've had employees. I'm not an Uber employee.

19 I have no boss, no obligatory schedule, and no one tells me what to do. If they did, I wouldn't do it.

20     6.     I'm a low-tech kind of guy. My daughter, who's 28, said I'm an IT dinosaur. My

21 daughter told me how to use Uber as a passenger. I travel internationally very often. My experience

22 is that taxi drivers are rude, dishonest, and not transparent. Uber partners are polite, honest, and

23 transparent. So I saw that the time has come for Uber. Then one of my patients came in and said that

24 she was thinking of quitting her job at the San Diego Unified School District and driving full-time

25 using the Uber App. She told me it's wonderful, and how much money she's making. That was my

26 introduction to Uber as a partner-driver.

27     7.     I'm happy to be part of the Uber team, as an independent contractor, and not as an

28

1
DECLARATION OF RAMAN BASHA

employee. I have clinic hours between 2pm and 6pm, so I typically drive using the Uber App in the evenings during the week, and on the weekends I drive from the afternoon into the evening. On the weekdays I start around 8pm and try to cut off around 11pm or midnight because I am working the next day. On the weekends I may start around 3pm, drive for a bit, come home to take a break and get a bite to eat, go back out, and try to taper off around 1a.m., but I have gone as late as 3 a.m. I typically take a break at least every four hours. Also, I often stop the car and walk around, since sitting too long is not good for the back. I turn off the Uber App when I take a break. I keep the Uber App off at all times except when I want to accept Uber-generated leads.

8.     I live in University Heights, which is next to Hillcrest. I take runs to downtown, go to Pacific Beach, Mission Beach, and La Jolla, and I drive in Coronado, so I'm always within 15 minutes of home. I choose where I drive.

9.     I have a very busy schedule, and I'm up at 6am working on a lot of stuff. I lecture internationally, and have developed 24 continuing education seminars. I treat very debilitating conditions like Stage IV cancer, Hepatitis C, and chronic degenerative disease during my clinic hours. So when I drive it's a welcome change in energy. It also gives me a perspective on San Diego. For example, I picked up four students from Norway who were sent by the Norwegian government to get MBAs, and I had an enriching cultural interchange.

10.     The level of service in my clinic is at the top 5% in the nation; Basha Health consistently provides world class acupuncture and Chinese medicine. The point is I don't do things in a haphazard manner. When I do something I dive deep. Uber is the market leader, so I decided to align myself with Uber.

11.     At one point I saw a tutorial from Uber that said be professional, dress well, and if you're so inclined you can provide small bottles of water. These are absolutely suggestions, not requirements. I don't follow the suggestion of buying bottles of water. Uber has never said that I'm required to do anything. I do things Uber has not suggested to make my customers more comfortable. I play bossa nova or jazz music, and my middle-age or older customers especially love it.

DECLARATION OF RAMAN BASHA

12.     Uber has never communicated anything to me regarding tips or gratuities.  I receive a cash tip about 10% of the time.  Especially when there's a surge, for example for the Rolling Stones concert, and I take customers for a long ride, typically they'll give a tip.  Also, for one customer, I put her luggage in the trunk, and dropped off the luggage at the front door, and she gave me a tip.

13.     I know what constitutes an employee, and I'm not an employee in any regard.  I have no manager.  I have no one who dictates my schedule.  I set my own schedule.  I get no benefits from Uber, nor do I want any benefits.  I represent the quintessential independent contractor.  It's real clear:  I'm not an employee.  I wouldn't be interested if I had to be employee.  I'd shake Uber's hand and say you guys are great, but I'm not on board.  For example, I do workshops in Central America and Australia.  I was in Australia for a month in December, and if I'm an employee that's not going to be possible.  If I had a schedule that someone was dictating to me, that would conflict with my clinical practice, and my lecturing at acupuncture college.

14.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 28th day of May, 2015.

_____
Raman Basha

3
DECLARATION OF  RAMAN BASHA

**DECLARATION OF GANOCHIR BATSUH**

I, Ganochir Batsuh, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 41 year old man and I live in Daly City, California, which is in San Mateo County.  I have lived in Daly City for approximately two years.

3.      I currently drive using the UberBlack and UberSUV apps.  I have been using the UberBlack app since approximately October 2012 and the UberSUV app since approximately July 2014.  I have two Ford Explorers for these apps.   I first heard about driving with Uber when I saw an ad for Uber on Facebook and was interested.  About a week or so later, I went into the office to fill out some paperwork and meet with an Uber representative.

4.      I know that if I wanted to have a full-time or part-time job with another company while still driving with Uber, I could do that.  The flexible hours I have while driving would allow me to do so.  However, I choose not to.

5.      I usually drive six or seven days a week, depending on how many days a week I want to drive.  I tend to drive in the morning because I am an early bird and that schedule works for me.  I start to work around 4:00 or 5:00 am and drive for about ten hours or so.  However, I know that if I wanted to stop driving earlier, such as for personal reasons or to spend more time with my family, I could do so.

6.      During the day when I am driving, I take several breaks to eat lunch, check my emails and Facebook, play games on my phone, or talk on the phone.  I can take a break whenever I want to do so; Uber does not tell me when I can or cannot take a break and I do not have to take one at any specific time.

7.      I do not drive using any other apps, such as Lyft or Sidecar, because I think it is a waste of time.  I think that Uber is better than those apps because the customers like it and I do not like Lyft's pink moustache.  However, I know that if I want to drive with another app I can do so.

8.      I am a direct partner with Uber, and I have my own company called MGL Uber.  I did

---

1
DECLARATION OF GANOCHIR BATSUH

1   not have to get permission from Uber to use this name and came up with it on my own. Because I

2   have two cars on my partner account with Uber, I have a partner in my company who drives one of

3   the Explorers while I drive the other. My partner and I pay for the expenses for both of these cars,

4   such as gas, oil changes and maintenance. I charge Uber for the trips that my partner drives on my

5   Uber partner account, and then I pay him directly from what I receive from Uber.

6       9.    I receive emails and texts from Uber frequently telling me about promotions or other

7   events that are going on in the area, such as baseball games or Bay to Breakers. I usually only skim

8   these emails and do not read them in detail. They tell me that if I drive during these events or during

9   certain hours, I will make more money. Sometimes I do this, but sometimes I don't; it is always up

10  to me. For example, I may decide not to drive during the event because I want to watch a Warriors

11  game or because my wife needs me to be at home or to run errands.

12      10.    I pick up about 50% of my fares from the San Francisco Airport and drive the

13  customers wherever they want to go. Once, I drove a customer from the airport to Napa. Uber does

14  not tell me that I can only drive in a certain area. I can decide where and when I want to drive.

15      11.    Uber does not tell me whether I have to accept or decline to pick up a customer; it is

16  up to me. I have sometimes decided not to pick up a customer because their rating is low or because

17  there is a lot of traffic where they are and it will take me a long time to get to them. On the other

18  hand, if I can pick up one passenger during surge pricing versus another whose ride will not be

19  subject to the surge pricing, I will pick up the surge pricing passenger because I will make more

20  money that way.

21      12.    I like having a flexible driving schedule when I use the Uber apps because it allows

22  me to spend time at home and to take care of my wife if I need to do so. I know that if I had a less

23  flexible schedule I would not be able to do this.

24      13.    Uber has never given me any tips or suggestions in order to get more fares or to

25  increase the amount of money I make.

26      14.    Occasionally I have to contact Uber, such as when I change my license plate or to add

27  another car to my partner account. I do this by coming into the office because it is easier for me than

28  doing it online or over the phone.

2

DECLARATION OF GANOCHIR BATSUH

15.     Passengers rate me based on a star system, and every week I receive an email from Uber with my rating information for the week.  Currently my rating is 4.79.  Uber has never told me that they would deactivate my account because my rating is too low.  In order to increase or maintain my rating, I try to be more pleasant to the customers, although sometimes they do not want to talk.  When that is the case, I do not talk to them.  One of my rules is that I never talk on the phone when I have a passenger in the car because I think it is rude.  This is my rule, not Uber's.

16.     I know that I am an independent contractor who works with Uber and am not an Uber employee.  I have known this the whole time that I have driven using the Uber app and intended to be an independent contractor when I first starting driving.

17.     When I file my tax returns, I file as a self-employed individual and report the expenses that I incur through my company.  Uber sends me a 1099 form to file with my taxes.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

GANOCHIR BATSUH

---
3

DECLARATION OF GANOCHIR BATSUH

CLASS MEMBER DECLARATIONS 134

1    **DECLARATION OF CARLOS BELLE**

2    I, Carlos Belle, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    I am a self-employed businessman and I have two Uber accounts.  I have an UberX

7    account and an UberBlack account.  But I currently only use my UberX account.  I own my own

8    business, called C Belle Limo Services, LLC.  Running my business is my primary occupation.  I got

9    a TCP license so that my company would be able to pick up passengers at the airport.   In addition to

10   myself, I have one employee driving for me at C Belle Limo Services, LLC.  He just started working

11   for me, but when he provides transportation services under my Uber account, I receive the fare

12   amount and then I pay him separately as my employee.  He drives under my UberX account, but he

13   pays his own expenses for his vehicle.

14   3.    As the owner of my business, I own the vehicle that I use to provide transportation

15   services.  My vehicle is a 2007 Toyota Camry.  I would like to eventually purchase another vehicle

16   to use on the UberBlack platform.  I pay for all expenses associated with my vehicle, including

17   insurance, maintenance, repairs, tolls, and gas.

18   4.    I choose to use my Toyota Camry for several reasons.  It is very comfortable to drive,

19   and it is always very comfortable for my passengers.  I am very careful about keeping the car

20   spotless, and my passengers often compliment me on how clean and comfortable my vehicle is.  It is

21   to my benefit to keep my car clean and comfortable because it helps me get higher star ratings from

22   passengers.  I also receive cash tips from passengers from time to time, and I believe that the

23   cleanliness and comfort of my car, and how well I perform my transportation services, contributes

24   directly to higher ratings and tips.

25   5.    I am very focused on providing good customer service.  Uber does not require me to

26   wear any specific type of clothing when I'm providing transportation services, I dress very

27   professionally and believe that passengers appreciate it.

28   6.    When I first started providing transportation services, I did so exclusively for Sidecar

1
DECLARATION OF CARLOS BELLE

in approximately November 2012.   In June 2013, I began providing transportation services for Uber. I had some friends that were providing transportation services for Uber at the time and they encouraged me to try driving with the Uber network.  After my application was approved by Uber, I began driving exclusively with the Uber network.  I was very busy with leads generated through the Uber app, and did not feel the need to continue driving with Sidecar.  I understand that I am free to use lead generation services for multiple companies, such as Uber, Lyft, and Sidecar, and that I could even use apps for these companies simultaneously.  However, I choose to drive only through the Uber network because I get plenty of leads, and I don't like having to decide between leads on different apps.

7.      After I was approved by Uber, I came into the Uber office where Uber issued me an iPhone 4 with the Uber app installed on it.  I had to show my driver's license and insurance information, and I then learned how to operate the Uber app.  I entered into a licensing agreement with Uber to provide transportation services on their platform and using their app.  I understand that I am providing these transportation services as an independent contractor, and not as Uber's employee.

8.      One of the main reasons I use the Uber platform is that it provides me with a great amount of flexibility.  I am free to work whatever hours I want, whatever days I want, and in whatever locations I want.  I generally provide transportation services using the Uber platform about 10 hours per day and about 6 days per week, but these amounts are entirely up to me.  I choose to work these hours because they are hours I like to work.  I like to drive during the day, rather than at night. I find that when I drive at night, passengers are a bit less reliable and sometimes a bit rowdy. I prefer to drive passengers who are going to or from the airport or going to or from work.

9.      I prefer getting up early and going to bed early, so I like having the flexibility to work my preferred hours, which allows me to maintain my personal preferences about when I get up and go to bed.

10.     Over the almost two years I've been providing transportation services through the Uber platform, I have learned that there are certain times and locations where I can maximize my earnings.  For example, I have learned that if I locate myself downtown in the Financial District

1    between 4:00 pm and 6:00 pm, I am more likely to get an airport fare, which I like.  I like airport

2    fares because I know the route very well and am familiar with it.

3          11.    Another thing I like about using the Uber app is that I am free to either accept or deny

4    any passenger lead that comes through the app.  Uber has never required me to accept any particular

5    lead or given me any negative feedback about not accepting leads.

6          12.    One of the great things about the Uber app is that when the demand from passengers

7    in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This

8    is called a "surge."  "Surge" pricing usually occurs during rush hour and on weekend nights in

9    particular areas of the city.  For example, I can make more money if I go to the Marina district on a

10   Friday or Saturday night.  But I don't always do this because I generally prefer to drive during the

11   day.  However, it is entirely up to me to decide when and where I will drive.  Determining where and

12   when to be logged on to take advantage of a surge requires experience and skill.

13         13.    Uber has never required me to "report" to its office, or be in any particular location at

14   any particular time or communicate with them about any subject.

15         14.    Uber has not prohibited me or limited me from using other apps to find fares,

16   although I choose to use the Uber app exclusively.

17         15.    I receive communications from Uber fairly often regarding things like promotions.  I

18   am free to ignore these communications if I choose, but I generally am interested in learning what

19   promotions there are.  I also receive communications with regard to particular times and locations

20   when passenger demand will be high, like when there are big events such as Bay 2 Breakers.  Uber

21   does not require that I follow any suggestions, and I am free to ignore them.

22         16.    Besides the amount of money I am able to make providing transportation services

23   through Uber's network, my favorite thing about Uber is the flexibility. I log on and off of the app

24   anytime and anywhere I want.

25         17.    Passengers rate my services from one to five stars.  Customer service is very

26   important to me, and I make my own decisions on how to provide excellent customer service to my

27   passengers.  I provide phone chargers, gum, and sometimes water.  Customers appreciate these

28   amenities, and I find that it helps increase my rating.  I believe that good customer service is a skill,

---

3

DECLARATION OF CARLOS BELLE

1    and that it's in my best interest to provide an excellent experience to my passengers.

2          18.     I have given this testimony completely voluntarily and without any coercion

3    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8    not have to provide any written statement.  I also was specifically told that I could participate in the

9    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11          I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.

13          Executed at San Francisco, California this 19th day of May, 2015.

14                                                    _____

15                                                         CARLOS BELLE

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF CARLOS BELLE

CLASS MEMBER DECLARATIONS 138

**DECLARATION OF EDUARDO BELLOSO**

I, Eduardo Belloso do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 54 years old. I live in Los Angeles. I've lived here for over 20 years. I have a class A license.

3. I drive for UberX. I have previously driven for Uber XL. I started driving using the Uber app 9-10 months ago.

4. I am a full-time truck driver with the 99 Cents store. I just drive using the Uber app on Saturday and Sundays time. I drive a Toyota Camry. It is my personal car.

5. I lease my car. I have a three year contract for the lease. I lease my car from a deal a Toyota dealership. The Toyota dealership provides all maintenance, services the car, and also does oil changes.

6. I almost always drive on Saturday. Sometimes I also drive on Sundays. Sometimes I drive a couple hours a day on weekdays. I drive whenever I'm available. That's why I like this job. You can go online and offline whenever you want. It's the perfect part time job. We aren't subject to any schedule. That's one of the best things about Uber. I can work whenever I want and whenever I can.

7. I have a daughter who has type I diabetes. I need to check on her every couple of hours. The Uber app gives me that flexibility. I can drive for a couple hours and then stop and go check on her whenever I need to. This is what I like about Uber the most.

8. My passenger rating is 4.82. Passengers rate me. Passengers rate me after I drive with them. I can also rate them, but I almost always give a good rating. Usually I get all five stars from my passengers, but just one bad rating from a passenger can bring that down. Sometimes I provide water or gum in the car, but not always. I try to be nice always.

9. I usually drive around Hollywood, USC, and Downtown LA. Uber doesn't tell me to

CLASS MEMBER DECLARATIONS 139

1    drive there.  I just live around there and there are a lot of requests on the app for drivers there.

2        10.    I do think about surge pricing when thinking about where to drive because it's a better

3    fare.

4        11.    The only way to contact Uber is through email.  I've contacted Uber once every

5    couple months.  I've done this when someone forgot something in my car or something else happens.

6        12.    Uber does not collect tips.  I never get tips from passengers.  Uber tells passengers that

7    there is no tip in the fare.  There are no tips.

8        13.    When I started with Uber I think there was a licensing agreement that I signed.  I don't

9    remember exactly what it said.  I know that I am an independent contractor with Uber.  I'm fine with

10   this, I actually like this.  I especially like the flexibility.  I don't want to be an employee.  My other

11   job as a truck driver is my main job.  This is a side job I can do when I want to.  Setting my own

12   schedule is very important to me.

13       14.    I have given this testimony completely voluntarily and without any coercion

14   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

17   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

18   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

19   have to provide any written statement.  I also was specifically told that I could participate in the

20   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22       I declare under penalty of perjury under the laws of the United States of America and the

23   State of California that the foregoing is true and correct.

24

25       Executed at Los Angeles, California this 26th day of May, 2015.

26

27       _____
         Eduardo Belloso

28

---

2

DECLARATION OF Eduardo Belloso

CLASS MEMBER DECLARATIONS 140

1

**DECLARATION OF DANIEL JAMES BELTRAN**

2      I, DANIEL JAMES BELTRAN, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I currently reside in Escondido, San Diego and started using Uber as providing UberX

7    services in February 2014 through present on a part-basis. I currently use Uber on a part-time basis

8    and own the vehicle I use. I drive a 2011 GMC Terrain, which I use for Uber and for my personal

9    use. From the period of February 2014 through April 2015 you were employed on a full-time basis

10   with a pest control company, at which point Uber provided only 10% of my income. As of May

11   2015 Uber is my sole source of income until June 2015 at which point I will be opening up my own

12   pest control business. At the time my pest control business opens in May 2015 I will continue to use

13   Uber.

14     3.      I do not have a specific strategy for my use of Uber. I let the fares take me where

15   they go. I usually cover North County and Downtown San Diego as the two areas I typically work.

16   Uber has never assigned me a territory.

17     4.      I used Uber in the evenings and weekends through February 2014 through April 2015

18   because I was employed full-time, but currently I use Uber at all times. When my pest control

19   business opens I will resume using Uber in the evening and weekends.

20     5.      I receive promotions through weekly emails from Uber, which I glance at on

21   occasion. The promotions offered by Uber do not affect my decision on whether I use the Uber

22   application or not.

23     6.      I have used and currently use Lyft. If I feel that Uber is slow I will switch over to

24   Lyft. I started using Lyft in February 2014, at the same time I started using Uber. Usually Uber is

25   busier, but I have used Lyft and Uber at the same time. At the times that both the Uber and Lyft

26   applications are open I accept whichever fare comes up first and I turn off the other application. I

27   am able to accept or decline leads generated through Uber as I choose. Uber has never restricted me

28   from the simultaneous use of Lyft and Uber.

7.    I 100% like having the flexibility and it is one of the main reasons I decided to use Uber. Uber never requires me to log into the Uber App for any minimum amount of time. Uber never sets my work schedule and has never restricted me from engaging in another occupation or business. In fact, as mentioned above, as of June 2015 I will be started my own business and using Uber in the evenings and weekends, which is my decision.

8.    I watched all Uber instructional videos that I could find on YouTube, which walked me through what to expect. I watched these videos because I was nervous about what to expect if I became using the Uber App. Uber did not require me to watch these instructional videos.

9.    I never met with anyone at Uber. Everything was done through the website. I provided Uber with my vehicle documentation and fill out personal information for a background check. I also had my vehicle inspected at an Escondido inspection site.

10.    Uber provides suggestions on how to make the experience better for the customer, but has never required me to follow these suggestions. These suggestions are communicated to me by Uber through weekly emails. I have followed certain suggestions such as keeping water in my vehicle, adjusting music to the passenger's likes, and driving on certain days when events are happening. I have found that following these suggestions have been helpful to me and my Uber star rating. There are no suggestions that I disagree with. Uber limits their suggestions and I have found the suggestions helpful.

11.    I understand that my star rating is set by the passenger and that Uber has no control over the ratings. I have a rating of 4.88, which I consider a high rating. I do nothing in particular to keep the rating, but always try to be friendly and keep my car extremely clean. I feel that you can definitely obtain the minimum star rating without following any of Uber's suggestions.

12.    Since I started using the Uber App I have communicated with Uber on two occasions through email. The one time I contacted Uber was to ask how to qualify for Uber Black and the second time was to ask a questions regarding insurance. Other than the weekly emails from Uber, that I understand that I am not required to read, Uber does not contact me.

13.    Uber has never made any mention regarding tipping. As far as I know Uber does not make any statement to passengers regarding tipping. In fact, I have used Uber as a passenger and the

1  times that I have I do not recall Uber making any statement whether to tip or not tip.  Uber does not

2  prevent me from accepting tips and I have accepted tips.  On average I receive tips from passenger's

3  about 10% of the time.

4      14.    When I signed the Licensing Agreement with Uber I intended to be an independent

5  contractor.  I would want to continue being an independent contractor because of the flexibility.  I do

6  not want any rules to be placed upon me.

7      15.    During the period of February 2014 through April 2015 I would work using the Uber

8  App on average 4 hours in a day and on average 10-12 hours in a week.  During this time I would

9  definitely take breaks.  I would take at least one break every time I worked.  I would stop to rest

10  and/or take meal breaks.  I would take these rest and meal breaks whenever it was convenience for

11  me and I definitely had a reasonable opportunity to take rest and meal breaks.  When I took these

12  breaks I would turn the Uber App off.  I have never been interrupted by Uber from taking any of my

13  breaks.

14      16.    During the month of May 2015 I currently work on average 6 hours a day and on

15  average 30 hours a week.  I am currently only working this number of hours until my pest control

16  business is up and running in June 2015, at which time I will decide how many hours I will continue

17  to use the Uber App.  However, I understand that I may use the Uber App less because of my new

18  business and that is what I like about it – the option to choose when I use Uber.  In May 2015 I have

19  typically taken a break after working 3 hours.  This break is almost always a meal break for thirty

20  minutes and at this time I turn the Uber App off.  I decide when I stop to take my breaks and am free

21  to go anywhere I want.  Uber has never told me to drive for a certain amount of time before stopping

22  for a rest or meal break and Uber has never told me not to take a break.  In fact, Uber, through its

23  weekly emails has suggested that I take a break at any time.

24      17.    Uber does not require me to wear any specific type of clothing when I'm providing

25  transportation services.  I usually try to wear collared shirt because I personally want to look

26  presentable and professional.

27      18.    I have given this testimony completely voluntarily and without any coercion

28  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

---

3

DECLARATION OF DANIEL JAMES BELTRAN

1   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5   not have to provide any written statement.  I also was specifically told that I could participate in the

6   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8           I declare under penalty of perjury under the laws of the United States of America and the

9   State of California that the foregoing is true and correct.

10          Executed at San Diego, California this 28th day of May, 2015.

11

12                                              DANIEL JAMES BELTRAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF DANIEL JAMES BELTRAN

## DECLARATION OF LEONARDO BERTUCCI

I, Leonardo Bertucci, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am an Uber XL driver using a Chevy Traverse.  I receive ride requests through the Uber App for Uber X and Uber XL.  I enjoy the flexibility of accepting rides from either Uber X or Uber XL.  I am also an insurance consultant in Torrance, California.  I have formed The Bertucci Group LLC to operate my insurance consulting business as well as my driving business.  I signed up to use Uber in August 2014.  But I started using Uber earnestly in March 2015.  I drive Uber only in the evening, approximately from 7 pm to midnight.  During regular business hours, I work for my insurance consulting business.  I would not use Uber if I were required to drive during regular business hours.

3.    In general, I devote the time slot from 7 pm to midnight to driving.  When I am starting my evening driving, I go to a mall spot, such as the Delamo Mall, which is near where I live, and there I wait for rides.  When I receive a ride request, I choose whether to accept it, and if I do, I pick up the passenger and take the passenger to his or her destination.  After I drop the passenger off, I then either choose to accept a new ride in the area, or I return to my comfort area, in the Torrance / South Bay area of Los Angeles.  Sometimes, I will receive ride request that requires me to travel to the Palos Verdes Peninsula, which requires traveling up a hill for 18 minutes.  I enjoy the flexibility of choosing not to accept those rides.  I also enjoy the flexibility of cancelling rides, such as when the passenger does not appear in a timely fashion.  If they are not available within a reasonable time, I cancel the ride to move on to new ride leads.

4.    I have received occasional cash tips, though not much.  On some nights, I may have ten to fifteen rides, but receive only $3 in tips.

5.    I have used the Uber App to elect not to charge a passenger.  For example, on rare occasions, I will miss a turn or took a wrong turn.  And if the ride is a short ride, I will choose not to

---

1
DECLARATION OF  LEONARDO BERTUCCI

1    charge the passenger because the mistake was not the passenger's fault.

2         6.    I receive text messasges from Uber suggesting high demand for rides and that I should

3    consider getting on the road to make money.  I typically ignore those messages because I only drive

4    from 7 pm to midnight.   I also receive emails suggesting what passengers are saying, what other

5    drivers are doing, and how I could improve to be more productive.  I believe the emails are intended

6    to help me make more money.  I read what Uber says about top drivers, but I do not really follow

7    their suggestions.

8         7.    I have reviewed materials online, but I have not attended an in-person training session.

9    I once walked into a conventional hall-sized meeting and then turned around and left because I did

10   not want to sit through that kind of meeting.

11        8.    I file tax returns for my LLC as well as for me personally.  The LLC issues a 1099 to

12   me personally.  Although I have not yet received one yet, I expect to receive a 1099 from Uber, the

13   same way I expect to receive a 1099 from the insurance companies I work with, such as Prudential,

14   Minnesota Mutual, Life on the Southwest, Transamerica, Pacific Life, Old Mutual, and others.

15   Although the LLC is an additional layer of transaction, I use the LLC to maximize my tax deductions.

16   I submit driving related expenses as tax deductions, including wear and tear on my car.

17        9.    I take a break whenever I want.  Sometimes I want a treat, like chocolate.  Sometimes,

18   I want a cup of coffee.  The Uber app is very simple.  I just go offline.  And then when I am ready to

19   drive, I go back online.

20        10.   I understand that if I were an Uber employee I would not have the flexibilities that I

21   enjoy now as an independent contractor.  The entire package of Uber's flexibilities, such as setting

22   my own hours, working my own chosen location, and the like, are important to my continued use of

23   the Uber App.

24        11.   I have given this testimony completely voluntarily and without any coercion

25   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

26   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

28

---

2
DECLARATION OF  LEONARDO BERTUCCI

1   speak with this attorney and I did so voluntarily.  I was specifically told that I did not have to be

2   interviewed and that I did not have to provide any written statement.  I also was specifically told that

3   I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally,

4   I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's

5   interests.

6        I declare under penalty of perjury under the laws of the United States of America and the

7   State of California that the foregoing is true and correct.

8

9        Executed at Los Angeles, California this 25th day of May, 2015.

10

11                                         Leonardo Bertucci

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF LEONARDO BERTUCCI

## <u>DECLARATION OF FABIO LORENZO BETANCOURTH</u>

I, Fabio Lorenzo Betancourth, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 36 years old and I leave in Alameda, CA.  I currently use the UberX platform.

3.      I started using UberX as a driver in late March 2015. I learned about UberX through a friend who also uses UberX, and he referred me.  The biggest attraction to me was the flexibility of work.  The pay is also good.

4.      I have other job responsibilities as a church minister.  My congregation is in San Jose and is called Iglesia Biblica Bautista San Jose.  My ministry schedule has to be pretty flexible because a congregant can call me at any time.  I love that I can manage both job commitments while also making time for my family.  I moved from Florida to do ministry, and I've been praying for a job like Uber which can allow me to satisfy my financial situation for my family while also ministering to my congregation.  In fact, I plan to move to San Jose soon and will continue driving through UberX when I do.  I also love meeting people that I otherwise would never have a chance to meet.  I've met really nice people.

5.      I drive a 2011 Toyota Prius.  I bought the Prius from One Toyota in Oakland and am currently making payments on it.  Right now, One Toyota is paying for all vehicle maintenance.  That will last for a year.  I pay for gas and insurance right now.

6.      I usually drive Wednesdays and Thursdays., around 18-20 hours a week.  Sometimes I will also drive on Tuesdays.  Next month, though, I am going to try to drive every day, Monday through Saturday.  Most days I turn on the driver app in Alameda, which usually gets me a ride into San Francisco.  When I drive, I look for surge pricing, which is usually in downtown San Francisco.  I leave my app on all day.  If I take a ride request away from a surge area, I keep the app on but start driving back toward a surge pricing area.  If I get a ride while driving back, I'll take it.  If I'm driving when a large event is going on, I will try to drive for the event because there is often surge pricing around the event.   Sometime I'll turn off the app the take a meal break.  There's no general

CLASS MEMBER DECLARATIONS 148

1    length of time I take—it's however long I need. I don't have to let my stomach suffer while driving.

2           7.      I am free to accept or decline requests as I want, but I try to keep a 100% acceptance.

3    I do not decline requests, but I have cancelled rides requests after initially accepting. I only cancel

4    when I am stuck in traffic and taking a long time to get to the passenger. I usually call the passenger

5    first to let them know about the delay, and then they make the choice about whether to cancel the

6    ride or not.

7           8.      When I first started, a lot of my training was actually from my friend who is an

8    UberX driver. Then I watched a couple videos from the Uber website. I also watched a couple

9    independent YouTube videos created by drivers. The Uber website videos gave suggestions about

10   driver etiquette. I thought these were all suggestions, not requirements. If I'm going to carry water

11   in my car, it's because I want to. It's because I want to do a better job. I follow all the suggestions

12   because I feel like they're good ideas to be a good driver.

13          9.      I have never negotiated for a fare. Once, I started driving and did not turn on the app

14   for about a half block. After the ride finished, I contacted Uber, told them the system, and asked

15   them to recalculate the ride through the "fare review" system. I could have kept the app running

16   after dropping the passenger off for the same distance and made the adjustment myself, but I thought

17   the right thing to do was to ask Uber. The passenger paid maybe an extra dollar from the amount

18   that was originally shown, but I think it was fair.

19          10.     I get emails from Uber a couple times a week. Some of these emails will give me a

20   summary of my rides from the week. They sometimes give me advice on how to drive better. I'm

21   really happy with the communication. I also get text messages once or twice a week which tell me

22   about events during the week where I can make more money. Uber has never threatened to

23   terminate or restrict my use of the app.

24          11.     The YouTube video was very explicit about tips. It said we should not expect tips

25   because it is not part of the fare. The video also said, though, that if the customer offers a tip, we can

26   take it. I've been tipped twice in cash. Both were about $5. Uber never demanded or took any part

27   of those tips.

28          12.     When I signed up for Uber, I remember reading the Licensing Agreement because I

                                                      2
                        DECLARATION OF FABIO LORENZO BETANCOURTH

1   wanted to read everything about the policies. It was on a computer. I knew when signing up that I
2   was going to be an independent contractor. I knew that I would be an independent contractor
3   because I am also classified as an independent contractor with the church where I am a minister. I
4   want to continue to be an independent contractor so that I can keep the flexibility of working with
5   both the church and as a driver.

6       13.    I have not filed any taxes involving Uber income yet, but when I do I plan to file as
7   self-employed. I haven't thought about taking any deductions from driving, and I don't keep any
8   records about vehicle maintenance and other expenses. Maybe the gas charges are on my credit
9   card.

10      14.    I have given this testimony completely voluntarily and without any coercion
11  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
12  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
13  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
14  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
15  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
16  not have to provide any written statement. I also was specifically told that I could participate in the
17  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
18  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19      I declare under penalty of perjury under the laws of the United States of America and the
20  State of California that the foregoing is true and correct.

21      Executed at San Francisco, California this 20th day of May, 2015.

23                                          Fabio Lorenzo Betancourth

3
DECLARATION OF FABIO LORENZO BETANCOURTH

CLASS MEMBER DECLARATIONS 150

## DECLARATION OF BHUPINEER SINGH BHANGAL

I, Bhupineer Singh Bhangal, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify here unto.

2.     I am sixty years old.  I moved to the United States in 2006.  I lived in San Mateo from 2006 until 2009.  In 2009, I bought a house in Union City in Alameda County, where I currently reside with my wife.  Prior to moving to the U.S., I lived in England, where I had many interests and careers.  I did manufacturing, I had a store, I worked for British Airways, and I was involved in real estate.  I still earn income from properties I own in London.

3.     In approximately July 2014, my friend, Raz, an Uber driver, recommended that I become an Uber driver.  We talked about how using the Uber app was great because you work when you feel like it and don't work when you don't feel like it.   Becoming a driver for Uber appealed to me because it suits my lifestyle: I am retired and only want to work when I feel like it.  I also thought that becoming an Uber driver would provide me with pocket money for holidays.  So I went online to Uber's website and signed up.  I submitted my driver's license information, proof of insurance, car registration, and pictures of my car, and they approved me.

4.     I then attended an informational session at Fort Mason in San Francisco.  At that session, Uber provided me with an i-Phone which just had the Uber app on it.  I chose to accept this phone because I did not to use my personal phone for business reasons.   I opened the app on the iPhone Uber provided and accepted the licensing agreement.  I was able to start using the app to book passengers.  Uber charges me $10 per week for use of the app, or $40 per month.

5.     At the session at Fort Mason, Uber provided me with a CD.  This CD contained some suggestions about driving for Uber, such as keeping your car clean, and not wearing offensive perfume which might offend passengers.  This was all common sense to me and things that I would do anyways.  I provide excellent customer service and feel no pressure from Uber to act a certain way with my passengers.  I also generally keep my car clean anyway.

6.     The two apps that I use are UberX and UberPool.  I have used UberX since I began

1
DECLARATION OF B. BHANGAL

1    using the Uber app in July 2014, and became using the Uber Pool app when it came out in

2    November or December 2014.

3         7.    I own two vehicles, a Toyota Corolla and a 2003 Lexus IS300. The Corolla is a 2005

4    model and is grey. My Corolla is a standard car with fabric seats. I only use the Corolla for

5    transportation of passengers. I do not use my Lexus when I use the Uber app. I own no other

6    vehicles except the Lexus and Corolla. I do not lease any vehicles, and I do not employ anyone to

7    work for as a driver.

8         8.    I tend to work in San Francisco or at SFO area. I generally work 3 days a week for 7

9    or 8 hours, but I take breaks as I want for coffee or lunch or rest periods. I turn the app off when I

10   don't want to work.

11        9.    I consider myself an independent contractor and I like being an independent

12   contractor because I want to work when I want to work. I report my income earned through the

13   Uber app. I have only received 1099s from Uber, and never a W-2. I do keep track of my business

14   expenses such as gas and maintenance costs, and I do ask for deductions in my taxes for those

15   expenses when possible.

16        10.   Uber has never required me to "report" to its office, or be at any particular location at

17   any particular time or communicate with them about any subject.

18        11.   I do receive e-mails or text from Uber – that is the method by which Uber

19   communicates with me. Sometimes their emails contain promotional information. Sometimes I take

20   advantage of these, when I feel like it. For instance, I worked Bay to Breakers this past weekend and

21   earned about 10-12 fares.

22        12.   Currently, 100% of my fares are booked using the Uber app. I do not use the Lyft or

23   Sidecar or any other app. Uber has not and cannot prohibit me or limit me from using other apps to

24   find fares. While I don't use Lyft or Sidecar, I could use the Lyft and Sidecar if I wanted to. It's up

25   to me.

26        13.   I like using the Uber app for two main reasons. My favorite thing about Uber is the

27   flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable

28   to me because it allows me to work when I want to work, and earn some extra money in my

---

2

DECLARATION OF B. BHANGAL

1   retirement. I use my Uber money to go on trips with my wife. We recently went on a cruise to the

2   Caribbean and took a different trip to India.

3       14.    The second thing that I like about Uber is that it gives me an incentive to get out of

4   the house and interact with people. My children are grown and it gives me something to do.

5       15.    Passengers I book using the Uber app can rate my services from one to five stars. My

6   rating is a 4.76 and I know that Uber has no control over my rating. Uber makes suggestions on how

7   to increase my "star rating" from passengers. However, I do not need to follow these suggestions; I

8   make my own decisions on how to provide customer service to my passengers. I pride myself on

9   knowing what good customer service is. Good customer service is common sense.

10      16.    Uber does not require me to wear any specific type of clothing when I'm providing

11  transportation services. I usually try to dress nicely but—to me—that just means normal, clean

12  clothes.

13      17.    I operate as a self-employed individual and do not employ any other drivers. Because

14  I operate my own transportation business, I know I am not personally obligated to provide

15  transportation services and it is my right to hire someone to work for me if I want. To this point, I

16  have made the decision not to hire anyone.

17      18.    I have given this testimony completely voluntarily and without any coercion

18  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

19  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

20  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

21  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

22  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

23  not have to provide any written statement. I also was specifically told that I could participate in the

24  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

25  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

26      I declare under penalty of perjury under the laws of the United States of America and the

27  State of California that the foregoing is true and correct.

28      Executed at San Francisco, California this ⌊8th⌋ day of May, 2015.

---

3

DECLARATION OF B. BHANGAL

1

2                                          _Rhpind Syke Rungel_
                                           **BHUPINDER SIGN BHANGAL**

3                                           BHUPINDER SINGH BHANGAL

4   C:\Users\mrodgers\datanow\datanow home\Documents\Bhangal2.docx

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF B. BHANGAL

1        **DECLARATION OF JOHN A. BISCHOP**

2        I, John A. Bischop, do hereby swear, affirm and attest as follows:

3        1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.      I am 63 years old.   I live in Canyon Country, in Santa Clarita, California.   I've lived

7   there for 35 years.

8        3.      I drive using the UberX app and sometimes also UberPool.   I have a class C driver's

9   license.   I started using the Uber app in December of 2014.

10       4.      I also work in financial services part time with Axiannta.

11       5.      I drive a 2012 Chevy Cruz.   I own the car.   I also use this car for personal use.

12       6.      I normally work in the San Fernando Valley or in West LA.   I work all over Los

13  Angeles County.

14       7.      The best thing about Uber for me, which was unexpected, is that I get to meet people

15  from all over the world and all different people.   It reminds me of when I was in the Airforce.

16       8.      My mom's health has been declining since May 2014.   She's ninety-one years old and

17  I have been involved with her healthcare.   I have only been able to do this because of Uber.   It gives

18  me the freedom to be able to do these things.   I was able to decide not to pick up any passengers

19  yesterday and go set up hospice for her.   A normal job would not let me do that.   I have to be

20  somewhere tomorrow morning and the only reason I can make it is because of the flexibility of Uber.

21       9.      When I started I was given a licensing agreement, and I read it and understood it.   I

22  intended to be an independent contractor.   I don't want to be an employee.   If I had to be an employee

23  I would quit.   I worked in sales at a top sales company for years and I hated how they controlled my

24  schedule.   My wife is a pediatric nurse.   She's a great nurse and lights up the hospital when she's

25  there, but she is controlled by the job, she is stressed, and I think she is suffering from physical

26  ailments as a result of her job.

27       10.     I am able to write off all of my driving expenses with this job, everything from gas, to

28

---

1

DECLARATION OF JOHN A. BISCHOP

1    wear and tear.

2        11.    I always try make my passengers comfortable.  I keep an extra GPS above the

3    passenger seat, so passengers can see exactly where we are.  When the ride first starts, I often as

4    passengers if they prefer to go right or left, so they feel comfortable.  Uber didn't ask me to do either

5    of these things.  I just started doing it because I think it makes passengers feel good to know exactly

6    where they are.

7        12.    Uber has told passengers that tips are not included and not necessary.  I always tell the

8    passenger that they don't need to tip me, but sometimes they insist.  I respect Uber's policy on not

9    accepting tips.

10        13.    I have given this testimony completely voluntarily and without any coercion

11   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

15   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

16   have to provide any written statement.  I also was specifically told that I could participate in the

17   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19        I declare under penalty of perjury under the laws of the United States of America and the

20   State of California that the foregoing is true and correct.

21

22        Executed at Los Angeles, California this 26th day of May, 2015.

23

24                                                              John A. Bischop

25

26

27

28

---

2
DECLARATION OF JOHN A. BISCHOP

CLASS MEMBER DECLARATIONS 156

1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  STEPHEN L. TAEUSCH (SBN 247708)
   CAITLIN V. MAY (SBN 293141)
3  One Market, Spear Street Tower
   San Francisco, California  94105
4  Tel:    415.442.1000
   Fax:    415.442.1001
5  rhendricks@morganlewis.com
   staeusch@morganlewis.com
6  cmay@morganlewis.com

7  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
    MANAHAN, WILSON ROLLE, JR, and
13  WILLIAM ANDERSON, individually and   **DECLARATION OF DANIEL BISNETO**
    on behalf of all others similarly situated,
14
                                       Complaint Filed: August 16, 2013
15            Plaintiffs,              FAC Filed: May 30, 2014

16        v.

17  UBER TECHNOLOGIES, INC.,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

1     I, Daniel Bisneto, hereby declare as follows:

2     1.    I am over the age of 18 and am not a party to the above-captioned matter. Except

3 where otherwise indicated, all of the information contained herein is based on my personal

4 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

5     2.    I first learned about Uber about four years ago when I was working as an employee

6 driver for a limousine company called Jet Car Limousine. I started working at Jet Car because I felt

7 that I could use the job to learn about the transportation business, make some money, and eventually

8 open up my own business. Prior to working for Jet Car I had not worked for any transportation

9 services company before, but I had worked for a package delivery business, so I had some

10 experience as a driver.

11     3.    During the time I was working for Jet Car, someone from Uber contacted my boss

12 and asked if Jet Car would be interested in partnering with Uber and using the Uber app as a source

13 of referrals. After Jet Car partnered with Uber, my boss told me to go to the Uber office and sign up

14 under Jet Car's account. I went to the office and took a city knowledge test. There were about 20

15 questions on the test, and it took me about 15 minutes to complete. Then I met with an Uber

16 employee who explained how to use the app. I accepted an electronic licensing agreement was then

17 able to use the Uber app to receive trip requests from passengers on behalf of Jet Car.

18     4.    Since I was working for Jet Car at the time, I used one of Jet Car's limousines for

19 work. About 30% of the work I did for Jet Car came through the Uber app, and the rest was for Jet

20 Car's non-Uber, regular pick-ups. For the trips I completed using the Uber app, Uber remitted the

21 customers' payments, minus a licensing fee, to Jet Car. I was paid a set hourly wage for all hours I

22 worked, regardless of the whether the trips I completed were Jet Car's non-Uber customers or

23 passengers booked using Uber.

24     5.    I worked for Jet Car for about five or six months and left sometime in 2011 to start

25 my own transportation services business—Eternity Limousine Service. When I opened my own

26 business, I bought a black Town Car, applied for and obtained a TCP permit from the CPUC and

27 airport permits for Oakland and SFO International.

28

1.

6.      After I set up my business, one of the first things I did was sign up to use Uber's app as a lead generation source.  Because I no longer worked under Jet Car's account, I had to open up my own account in order to use the app.  Uber checked to make sure I had all the proper licensing and permits, I accepted the licensing agreement, and Uber opened up an account for my business.

7.      Around April 2011, I bought two more Town Cars and hired two people to work with me.  Because my business was expanding, I decided to incorporate my business.  Currently, I have nine cars (8 Town Cars and 1 Lincoln MKT) and 9 drivers (8 plus myself).

8.      My drivers are W-2 employees and they are paid hourly, regardless of whether they are using Uber's app or doing a non-Uber pick-up.  If they are really busy, then I give them a bonus which is sometimes between 10% and 20% of their paycheck.  Over the course of the past four years, I've had about 25 or so employees work for me.  Uber has no involvement in how I schedule my drivers, how often they use the app, how they are paid, or what vehicle they drive.  These are all entirely up to me.

9.      In addition to the Uber app, Eternity Limos also does pick-ups for non-Uber customers, as well as wine tours, weddings, prom night, and other events.  I also use a couple other lead generation services, but they are not quite as good as Uber's app.  When I log on to Uber's app, I usually receive a trip request within just a few minutes.  The other lead generation services book rides much further in advance, so they are not as convenient as Uber's app.

10.     I would say that about 20% of Eternity Limo's business comes from customers I've developed on my own, and the rest comes from the various lead generation services I use.  Trips booked using Uber's app constitute about 60% of Eternity's revenue.  The passengers I book through Uber are not people I've encountered before, and I have not picked up the same passenger more than once using the app.

11.     Although these days I spend most of my time running my business, I do still drive, but mostly for my own regular customers.  I typically schedule my non-Uber customers a few days in advance through Eternity's website, www.eternitylimo.com.  I set up this website about 3 years ago.  Passengers who book through the website can enter their credit card information on the website.  Eternity's reservation system is similar to Uber's app in that they are both intended to be

2.

1    cashless.  There is no option to include tip on Eternity's website, and no tip is expected from these

2    trips.  Many of my regular clients are out-of-town corporate clients that book a car for an entire week

3    to drive them around for meetings.  Some of these clients add tips at the end of the trip, but others do

4    not.

5         12.    All of Eternity Limos' cars use the UberBLACK platform.  Right now, my agreement

6    with Uber provides that Uber takes 20% of each fare as its licensing fee.

7         13.    I get a check from Uber once a week conveying passenger payments, minus Uber's

8    licensing fee, for all the rides my drivers and I provided during the previous week that were

9    requested through the Uber app.  Every year, I also get a 1099 form from Uber reflecting the revenue

10   my company derived from trips booked through the app.  I've always understood that my business

11   relationship with Uber is just that – a business relationship between two corporations, not an

12   employer-employee relationship.

13        14.    It was made clear to me from the beginning that the agreement with Uber is that the

14   fare charged to the customer is intended to be all-inclusive.

15        15.    If a customer tries to give me a cash tip, I tell them that the fare is all-inclusive.

16   Sometimes a customer will overcome my objections by simply dropping a tip in the backseat.  I also

17   tell my drivers that the fare Uber customers are charged is meant to be all-inclusive, but they've told

18   me that sometimes passengers will insist on leaving a tip.  I've had a $100 tip before from an Uber

19   passenger, and I know some of my drivers have received up to $60 in a tip from an Uber passenger.

20        16.    My regular clients also sometimes tip.  The fare I charge to my regular clients is a flat

21   rate  that is meant to be all-inclusive (except for tolls).  Like Uber passengers, if one of my regular

22   clients wants to give a driver a cash tip, they can do so by giving cash to the driver.  But it's up to

23   them—some passengers tip and others don't.

24        17.    I've never asked a passenger for a tip.  It is industry protocol to never request tips,

25   and it's unprofessional, regardless of whether the passenger was booked through Uber or private

26   pick up.  I instruct my drivers that they shouldn't ask passengers for tips.

27

28

3.

18.     I mostly work from home when I am not driving, but I rent an office in the Regus office building in San Bruno, 1001 Bayhill Drive. I have a few parking spots there where I can keep the cars parked when they aren't being used by the drivers.

19.     I reimburse my drivers for their business expenses. I also pay for workers' compensation insurance for my employees.

20.     I have about 9 iPhones from Uber that my drivers and I can use when driving for Uber. I pay Uber $10 a week as a data fee for each iPhone. I also paid a $300 deposit for each iPhone, which will be returned to me when I return the phones.

21.     In addition to the phones, I have a lot of other business expenses that I pay for. I pay a webmaster to do some advertising on google.com. I also have business cards, and I pay for the domain fee to maintain my company's website. I also pay for the commercial insurance on all my cars and for the maintenance of the cars. I pay for the office space rental. I deduct these business expenses on my tax return, and I have an accountant who handles all of that.

22.     When I get emails from Uber with suggestions to all drivers on how to make more money (such as where events are or customer service suggestions), I forward them to my drivers. I don't really read those emails closely, and I don't follow up with the drivers to see if they're following Uber's suggestions. Uber also doesn't do anything to check on whether my drivers or I are following these suggestions. I know some drivers take some of the suggestions, and others do not. I don't require my drivers to follow any of Uber's suggestions. It's just information we can take into consideration in deciding how to get the most out of the app.

23.     I tell my drivers to dress nicely when they are driving my cars. I basically just tell them to not look like a taxi driver, and if possible to wear a shirt and tie. I believe that most of my drivers just wear a black suit and a white dress shirt, like I do. I learned how to dress in this business from my experience with Jet Car. Uber does not require drivers to wear anything specific while transporting passengers booked using the Uber app.

24.     My drivers and I can see our ratings from Uber customers when we log into the Uber app. Uber does not have any input into the star ratings—they are just customers' opinion. I keep an

4.

1     eye on my drivers' reviews, both on Uber and on the other lead generation services that I use, to

2     make sure that they are meeting my expectations.

3          25.     I do not display the Uber logo on my vehicles.

4          26.     Thanks to the Uber app, I've been successful in developing a transportation business.

5     I have succeeded financially beyond what I thought possible when I first started in this industry.

6          27.     I have given this testimony completely voluntarily and without any coercion

7     whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

8     that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does

9     not represent me or the individuals who brought the lawsuit. I understood that I did not need to

10     speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

11     to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

12     not have to provide any written statement. I also was specifically told that I could participate in the

13     lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

14     become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15          I declare under penalty of perjury under the laws of the United States of America and the

16     State of California that the foregoing is true and correct.

17          Executed at _____SF_____, California this _09_ day of _September_ 2014.

18

19                                    Daniel Bisneto

20

21

22

23

24

25

26

27

28

5.

**DECLARATION OF FRED BLITZER**

I, Fred Blitzer, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 71 years old.  I live in Marina Del Rey.  I've lived there for about 25 years.  I have a class C driver's license.  I use UberX and Uber Pool.  I have been driving using the Uber apps for about 3 months.

3.      I am a licensed real estate agent.  I work with both residential properties and commercial properties.  I work full time as a real estate agent.  I work for King Harbor Realtors in Redondo Beach.

4.      Usually, I end up driving using the Uber App from about 5 p.m. – 11 p.m. about 5 days a week so far.  When I've had large real estate projects I cut back the hours I drive using the Uber app.  If there is nothing happening in my real job I will drive using the Uber App.

5.      I drive a Toyota Prius 2015.  I lease the car.  The maintenance for the first 10,000 miles is covered under the lease.  After that I am responsible for maintenance.  I also use this vehicle as my personal vehicle.

6.      I like to drive as locally as possible.  If I get out to Downtown that's okay too.  My preference is to try work my way back to the Marina area.

7.      I like to be where surge pricing is, of course.  It's better pricing for the same amount of time.  For example, if I'm 5 minutes away from an area that will have surge pricing, I might turn off the app and drive to areas that normally have surge pricing.  It's also good because you will get more desirable clients in those areas.

8.      When someone gets in who seems unruly I suggest to them this car is like my private home and that I will treat them with respect and that I expect they will treat me with the same respect.  Most passengers appreciate this.

9.      If I pick someone up who appears to have been drinking, I will ask them if they have

---

1
DECLARATION OF Fred Blitzer

1    or not, especially late on Friday and Saturday nights.  One time I had someone throw up.  She opened

2    the door while we were stopped and threw up.  Fortunately for me everything landed safely on the

3    street outside my car.

4         10.    My rating is 4.8.  I rate the rider and the passenger can also rate me anywhere between

5    1 and 5 stars.  I try to be as respectful and friendly as possible.  I always keep my car clean.  As I said

6    earlier, I mention to people they should feel like they are guests in my home.

7         11.    I have previously used Lyft.  I did about 20 Lyft rides.  There was too much wait time

8    between requests and it didn't pay as well as Uber.

9         12.    I believe that I can decline rides.  I have only declined two rides out of approximately

10   600 opportunities.

11        13.    If I believe there was a mistake in the fare, either too high or too little, then I will

12   request an adjustment.  Recently I requested that a fare be refunded because a passenger wanted to go

13   to Santa Barbara and that was too far to drive at 11 pm. I cancelled the ride and suggested he try

14   another Uber Partner. Shortly thereafter I noticed he had been charged $9. I requested that an

15   adjustment be made crediting him a return of the charge.

16        14.    I like driving with Uber for the flexibility.

17        15.    I didn't do any training for UberX for when I started.  I had a conversation with

18   someone at Uber about how UberPool works.  Sometimes I'll make a list of questions and then ask an

19   Uber representative about them.

20        16.    I've never asked for a tip but I've received offers for a tip.  I indicate to the passenger

21   that he or she doesn't need to tip, but if they persist I will be respectful and accept.  I believe that

22   Uber has indicated to passengers that tipping is not required.  I think this makes sense for their

23   business model, because Uber competes with Taxis and most people expect to tip Taxis.  I think the

24   fact that Uber doesn't encourage tips separates them from Taxis.

25        17.    I received the licensing agreement via my phone when I started.  I felt I would

26   eventually review it, but have not done so to date.  My understanding is that with Uber I am an

27   independent contractor, but certainly would appreciate any reimbursement from Uber in the future for

28

---

2

DECLARATION OF Fred Blitzer

1   some of my car expenses.

2       18.   I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.   I understand that a lawsuit exists against Uber.   I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.   I understood that I did not need to

6   speak with this attorney and I did so voluntarily.   I have not been coerced or threatened in any way to

7   provide this declaration.   I was specifically told that I did not have to be interviewed and that I did not

8   have to provide any written statement.   I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.   Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13

14      Executed at Los Angeles, California this 26th day of May, 2015.

15

16                                          Fred J. Blitzer
                                            Fred Blitzer

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF Fred Blitzer

**DECLARATION OF DANIEL BOLL**

I, DANIEL BOLL, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently work as a full time Ride-Share driver. Prior to branching out on my own, I worked as a professional driver for almost ten years. However, after my prior company started using Uber to generate fairs during the slower periods, I saw the potential of working for myself. Ultimately, I hope to setup a transportation business and hire drivers to work for me, but for now I work on my own.

3.      Even though Uber, Lyft, and Sidecar are competitors, I can use any of them to book passengers, and in fact do use all three to keep myself busy.  I am always looking at the numbers when I drive, and when I choose what app to log into to use my fares. I actually prefer using the Sidecar app, and if given the option will almost always pick the Sidecar fare over a fare offered by Uber or Lyft because Sidecar provides promotions and benefits that make their fares more lucrative. Despite this, because Uber has such a large market share, Uber fares constitute approximately 75% of my weekly revenue. Uber has not and cannot prohibit me or limit me from using other apps to find fares.

4.      I find it is very beneficial from a business perspective to be logged into more than one app at once during slow times, and that is my regular practice. I often start out the day logged into all three apps until I get my first fare. Once I accept my first ride, I log out of the other apps and complete that trip.  Once completed, I log back in to all three apps and wait for the next fare.  As I mentioned before, Uber is the most popular, so it is also usually a more consistent source of fares and therefore I use it more, but the decision of which app to use to book passengers is entirely up to me.

5.      My favorite thing about Ride Sharing is the flexibility. I log on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me because it allows me take days off when I need, and to make up any lost revenue on my schedule and at my own pace.

1
DECLARATION OF DANIEL BOLL

1        6.     Passengers I book using the Uber app can rate my services from one to five stars.

2    Uber makes suggestions on how to increase my "star rating" from passengers, such as having water

3    in the car.  However, I do not need to follow these suggestions.  Indeed, I have found that after being

4    in the business for ten years I am a better judge of what I can do to increase my rating, versus the

5    generic advice that is provided by Uber. Ultimately, I make my own decisions on how to provide

6    customer service to my passengers.  Good business means over-delivering on the expectations of the

7    client.  As one example, I over-deliver by having candy, snacks and reading materials in the car at all

8    times.  Uber has never required me to provide any of these things.  I could do these things or not.  I

9    choose to do it on my own because it makes good business sense.  Good customer service is a skill,

10   and I feel it comes naturally to me.

11       7.     I receive tips 2-3 times a week.  They are always cash and have nothing to do with

12   Uber or the Uber app. I have never had any of my pay allocated to tips, nor has Uber ever told me

13   that part of the fare I received is considered a tip. Rather, Uber believes that the fare should be

14   sufficient and tips are simply not expected with Uber.

15       8.     I have given this testimony completely voluntarily and without any coercion

16   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

17   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

18   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

19   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

20   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

21   not have to provide any written statement.  I also was specifically told that I could participate in the

22   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

23   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3        Executed at San Diego, California this 28th day of May, 2015.

4

5                                                    DANIEL BOLL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF DANIEL BOLL

CLASS MEMBER DECLARATIONS 168

1

**DECLARATION OF Lucas Bollinger**

2

I, Lucas Bollinger, do hereby swear, affirm and attest as follows:

3

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except

4

where otherwise indicated, all of the information contained herein is based on my personal

5

knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6

2.      I am an UberX driver.  I am 26 years old and have been living in San Diego, CA for

7

the last year, since July of 2014.  I have a motorcycle license.  I started using the Uber app 2-3 months

8

ago, and still currently use it.  I am active duty in the U.S. Navy, and that is a full-time job.  I asked

9

my superiors if I could drive using the Uber app, and they said I could as long as it didn't interfere

10

with my job.  Obviously they take precedence, but it hasn't interfered.  I am a direct partner with

11

Uber.  I own a 2013 Toyota Camry, and that is the vehicle I use when using the Uber app.  My wife

12

will also use the UberX app with the Camry once she has had her license for at least a year.

13

3.      Typically, I will go active on the app, and I play video games until I get a call.  I

14

typically I do it Friday or weekend evenings, since my job takes up all of my time.  In addition to

15

Uber, I also use Lyft.  I sometimes use both apps at the same time.  I just go with the request that

16

comes up first.  Half the time, I don't get a chance to activate Lyft, since Uber is more popular.  I like

17

using both apps because it increases the chance of a call during dead time, so I am not driving around

18

wasting gas.   I became an Uber driver when an Uber driver asked me if I wanted to become one.  I

19

was already a Lyft driver and the driver said Uber didn't care if I used both.

20

4.      I login on weekend evenings, because the drunks gotta get home somehow.  I pretty

21

much get the drunk rush.  Occasionally a promotional email will affect my decision to go active, like

22

when Petco park had some baseball thing.  I think I was active for about an hour, and then the traffic

23

in Gaslamp made me so mad that I just went home.   I can only handle so much traffic at any time.  I

24

absolutely like having a flexible driving schedule.  Uber doesn't restrict me from engaging in another

25

occupation or business.

26

5.      I assume I get promotions through email, but I delete half of them.  They spam the hell

27

out of me.  If I see them and it's about something happening during the week, I delete it.  I might read

28

---

1
DECLARATION OF  Lucas Bollinger

1   it about the weekend.  If it's telling me about my stats, I read those.  Since I have been active, I've

2   contacted them 2-3 times through email, about a miscommunication in the application process, when

3   a dog pooped in my backseat and an issue with the fare.  Uber only contacted me during the

4   onboarding process and when they respond to my emails.  And recently I got contacted about this

5   meeting.

6       6.      I receive cash tips, maybe once a night.  I don't think the licensing agreement prevents

7   me from accepting tips, but I remind them that it's not necessary.  One night I got $20 and even

8   though I told him it wasn't necessary, he insisted.  Uber has never threatened to suspend my account

9   for accepting tips.

10      7.      I read and understood the licensing agreement for the most part.  I intended to become

11  an independent contractor.  I had an issue with Lyft once, before I signed up for Uber, and the

12  employees there explained to me what the difference between an employee and an independent

13  contractor was.  I would like to remain an independent contractor because I can do what I want and

14  when I want.  That's the reason I signed up.  It's a job I can do on the side and one that I desperately

15  need, since my wife hasn't been able to find one.

16      8.      I have requested a fare adjustment once, I got a call and it's on the street I live.  So I

17  think I drove 15-16 minutes to find this girl.  I am on the road and it made me do a whole circle.

18  Finally I got to where my GPS told me to go, and she wasn't there.  So I called her and found her at

19  the Burger King.  So I was irritated that I spend more on gas than I got for the fare, so I requested an

20  adjustment.

21      9.      I was not given an orientation and never taught how to use the app.  The Uber

22  onboarding was mostly just a 15 inspection, and that was it.  Uber gave me suggestions about

23  passengers through email.  I don't think I am required to follow them, everything is suggestive I

24  believe.  I am pretty sure they are just suggestions and advice.  I follow their suggestions, like I put

25  candy in my car, and I find that I am very friendly.

26      10.     The star rating system is based on the riders' experience with the driver; the rider

27  leaves a star rating for the driver. I think the passengers have a lot of hold over us.  When a pissed off

28

---

2

DECLARATION OF  Lucas Bollinger

1  person isn't able to get a ride, they leave you a terrible rating.  My rating is a 4.82, and I don't think
2  this is a high rating.  Based on the Lyft scale, 4.7 is the cutoff.  I want to be in the 4.85 range or
3  higher.  To improve it I leave water, candy, I have interior blue lighting to impress people and I
4  always follow the speed limit but I try to get them there as fast as I can.  A lot of people don't know
5  the address of where they are going, so I stop the meter and try to find out where they are going.
6  Overall, be as friendly as I can, and I think I am very friendly.  The candy is Uber's idea, the water is
7  mine, and the rest are just things I picked up on my own.  Uber puts a lot of things in their email, and
8  I don't remember everything they said.

9       11.    I have given this testimony completely voluntarily and without any coercion
10  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
11  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
12  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
13  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to
14  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not
15  have to provide any written statement.  I also was specifically told that I could participate in the
16  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
17  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18       I declare under penalty of perjury under the laws of the United States of America and the
19  State of California that the foregoing is true and correct.

20

21       Executed at San Diego, California this 28th day of May, 2015.

22

23                                         Lucas Bollinger

24                                                          28 MAY 15

25

26

27

28

---

3
DECLARATION OF Lucas Bollinger

## DECLARATION OF MARIO BONILLA

I, Mario Bonila, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a self-employed businessman.

3.      I started using Uber in August 2014 after I lost my job.  I served as a transportation manager during my previous employment.

4.      Uber, Lyft, and Sidecar all offer apps that an independent driver like me can use to book passengers.  These three companies compete with one another for market share. I like to refer to them all as "networks" because I can turn them on whenever I want and connect with people on the "network" looking for rides.  Even though these businesses are competitors, I can use any of them to book passengers, and I can use each of them as much or as little as I want.

5.      I use a 2010 Toyota Yaris for transportation of passengers. I bought the vehicle in September 2014.  I have found it is the perfect investment for the transportation business.  It is a practical size for city driving and has good gas mileage but my passengers are also happy with the interior space it provides.

6.      I signed up to use the Uber app online.  I submitted my driver's license information and proof of insurance.  In two weeks, I was approved to use the Uber app.  I then had to visit Uber's office to do two things: pick up my phone, and show them my driver's license. It only took about five minutes.

7.      Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

8.      One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This is called a "surge."  "Surge" pricing usually occurs during rush hour and on weekend nights in particular areas of the city.  Anticipating where and when to be logged on to take advantage of a surge requires experience and skill.  I can make a lot more money if I am logged on in places and

1

DECLARATION OF MARIO BONILLA

1    during times that demand is high, so I try to make sure I'm logged in at those times and in those busy

2    places.  However, I generally always turn on the Uber app first thing in the morning at 4:00 a.m. and

3    work ten to eleven hours a day.

4         9.      Another great thing about being a Driver Partner for Uber is that it allows me

5    complete freedom and flexibility.  I always determine my own schedules.  I do not have a boss or

6    have to work in an office.  I am my own entrepreneur.

7         10.     When I carry passengers, I provide magazines, water, gum, and phone chargers.  Uber

8    never told me to do this.  I came up with this on my own because I want my passengers to feel

9    welcome.

10        11.     I only communicate with Uber when there are technological problems.  Typically,

11   Uber does not contact me except for emails listing popular events in San Francisco, CA.

12        12.     I pay for my own expenses, including gas, oil change fees, and tires.  Uber does not

13   tell me where to buy these items or when to purchase these items.

14        13.     I consider myself to be an entrepreneur and independent contractor.  I would still like

15   to be considered an independent contractor in the future.

16        14.     I have given this testimony completely voluntarily and without any coercion

17   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

21   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

22   not have to provide any written statement.  I also was specifically told that I could participate in the

23   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25   //

26   //

27   //

28

---

2<br>DECLARATION OF MARIO BONILLA

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this _18th_ day of May, 2015.

4

5

6    _____
     MARIO BONILLA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF MARIO BONILLA

1    MORGAN, LEWIS & BOCKIUS LLP
     ROBERT JON HENDRICKS (SBN 179751)
2    STEPHEN L. TAEUSCH (SBN 247708)
     CAITLIN V. MAY (SBN 293141)
3    One Market, Spear Street Tower
     San Francisco, California  94105
4    Tel:    415.442.1000
     Fax:    415.442.1001
5    rhendricks@morganlewis.com
     staeusch@morganlewis.com
6    cmay@morganlewis.com

7    Attorneys for Defendant
     UBER TECHNOLOGIES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS              Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
13   MANAHAN, WILSON ROLLE, JR., and      **DECLARATION OF ALI BOUHELAL**
     WILLIAM ANDERSON, individually and
14   on behalf of all others similarly situated,

15              Plaintiffs,
                                          Complaint Filed: August 16, 2013
16        v.                              FAC Filed: May 30, 2014

17   UBER TECHNOLOGIES, INC.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

I, Ali Bouhelal, hereby declare as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I began the process of opening my own business in 2011. I had been working in finance for eleven years prior to that and decided I needed a break.  I first ran a food import business for a short time.  Then, an acquaintance told me about Uber.  I hadn't heard of the company or its passenger lead generation business model before, but it sounded interesting to me.

3.      With my background in finance, I knew it was important to get information about the Uber business model before committing to using the app.  For three months, I became a driver as an independent contractor for a limo company named California Limousine Service, I believe.  I was paid with a 1099, and I received 50% of the net income from fares generated through the Uber app. This company used Uber to generate passenger leads.  I used my time employed with this company to familiarize myself with the Uber business model, as well as to have a source of income while I began building my own business.

4.      While driving for California Limousine Service, I began applying for and processing all the permits, requirements, and licenses I needed to start a driving company. I incorporated my company, Distinguished Drivers, LLC, in January of 2012. In the first six months of its existence, Distinguished Drivers bought four cars, and in the next year that number grew to six cars.

5.      Once I had vehicles, the first step to becoming a limo company authorized to use the Uber app (an Uber Partner), was to upload all the necessary information to the Uber website establishing that I was an independent business: my letter from the Public Utilities Commission ("PUC") confirming I had a valid TCP license and could transport passengers for hire, proof of my business's airport permit allowing my cars to do airport pickups and drop offs, and proof of the PUC required level of insurance (commercial grade with $750,000 limits).  When my business registered its first four cars with Uber, I brought each of them to the Uber office, where an Uber employee briefly looked them over to make sure they appeared in good working condition.  To register the two

1.

cars my business acquired more recently, however, I only had to take about six photos and upload them, along with proof that the vehicles were covered by insurance.

6. As soon as my business was established, I signed up to use the Uber app. I viewed it as the perfect way to get my business off the ground.

7. In order to access the app, I opened the Uber app and accepted the terms of the licensing agreement by clicking "I Accept."

8. I chose to engage with Uber as a Partner because I wanted to be my own boss, and run my own company. My arrangement with Uber allows me to do that. Although my business first began getting its clients almost exclusively using the Uber app, that quickly changed. My business became more established through referrals, and now fares I earn from passengers who book my services using the Uber app constitute only 50-60% of my business revenue.

9. I do not formally advertise my business, but I have built a substantial client base through networking and word of mouth, such as recommendations from friends, neighbors, former colleagues, and current clients.

10. In addition to the fares my business gets through the Uber app, the other 40-50% of my business comes from those clients that I have developed through word of mouth, and from supporting other transportation companies that find themselves overbooked and ask Distinguished Drivers to help with the surplus. These are companies with whom I have established relationships and we often rely on each other for help. Although Distinguished Drivers rarely commits to more rides than it can handle, we do sometimes reach out to these companies when we have our own occasional surplus of customers. Distinguished Drivers has an agreement with these companies that allows us to charge their company credit cards the price of the fare instead of invoicing them when we take their surplus work. This allows the companies to handle payment directly with their own regular customers, and allows my business to be paid more promptly, which is more efficient for me.

11. As an Uber Partner, my business currently keeps 80% of fares generated through UberBLACK requests, and 72% of fares generated through UberSUV requests. Sometimes, my business's SUVs will be the closest car to an UberBLACK request. When that happens the fare is

2.

treated as UberBLACK, and my business keeps 80%. My business pays its costs and expenses, including pay outs to the contractors that drive on behalf of my business.

12. I currently use all six of my business's vehicles to book passengers using the Uber app.

13. Distinguished Drivers contracts with anywhere from 5-10 drivers at one time. Currently, the drivers do not need to share my vehicles, but in the past I have needed to decide which contractor would use which vehicle on any given day. This was entirely my decision.

14. The contractors will often drive for other companies besides Distinguished Drivers. In fact, one of my drivers is currently building his business to become an Uber Partner himself, just like I did. In the next few months he will likely buy two of my cars, as I am planning to eventually downsize Distinguished Drivers and retire from the transportation business.

15. I pay all of my contractors directly based on arrangements I have made with them. Uber has nothing to do with how I pay my contractors. My contractors and I have an established rate agreement that covers how I pay them. For Uber fares, if they collect more than $2500 in gross fares per week, they keep 60% of that amount. For gross fares in the $2000-$2500 range, they keep 55% of the amount, and everything below $2000 is compensated at 50%. For non-Uber fares, the drivers receive 60%. The contractors will sometimes negotiate higher rates from me on certain fares, especially if it took longer than usual or there was some other strange or unexpected factor on that particular ride. The details of my arrangements with my drivers are completely between the drivers and me, without any input from Uber.

16. I understood from the start that Uber sets fares so that the fare minus Uber's fee will fully compensate for the transportation services provided. This means the rate of the fare is set at a level so that clients do not need to tip, and Uber informed us and the clients that the tip is included in the fare. Occasionally, a client will give a tip in addition to the Uber fare. If I am the driver receiving that tip, I keep it, and if one of my independent contractors receives a tip from an Uber client, he or she keeps it, as well.

17. For trips I book for my own regular customers, the price is negotiated between me and the client, and depends on where the client is going. I prefer to give my customers an "all-

3.

inclusive cost" that includes gas, tolls, base fares, and tips.  Occasionally, clients will tip the driver in addition to this amount, even if I have explained it is all inclusive.  That tip will go entirely to the driver of that trip.

18.     I personally drive a car for my company.  As a driver, occasionally an Uber client will try to offer me a tip.  I explain that it is included in the fare, but if they insist because they feel I provided exceptional service, I will accept it. In fact, clients will sometimes just leave the tip on the console without saying anything.

19.     Distinguished Drivers maintains its own workers' compensation policy for covered workers, and covers all the expenses for the vehicles, except for gasoline, car washes, and any comfort items the contractors choose to keep in the cars for the clients, such as water and gum.  These items are paid for by the contractors.  The company pays for vehicle insurance, maintenance, and tolls.

20.     As a driver, when I first signed up to use the app, I received an iPhone equipped with the app in exchange for a security deposit. I pay a $10 weekly data fee to use this phone.  I use it only to book passengers through the Uber app.  I can't use it to make calls or send text messages to customers.  I use my own business phone to do these things.  There is also no navigation capability on Uber's iPhone.  I use my own GPS to assist with navigation when necessary.

21.     Passengers who book trips using the app can use the passenger version of the app to give me a "star rating" of 1 to 5.  From time to time, Uber has provided suggestions about how all the drivers might be able to keep their star rating up, including by keeping my car clean and having various amenities available to customers, such as water, gum and magazines.  I do keep my car clean, and I choose to have as many amenities as possible in my car, but this is my business decision, not a requirement by Uber.  I'm in business for myself, and I make the decisions on how to provide transportation services.  Uber has never required me to do anything I would not otherwise have wanted to do.

22.     The beauty of using the Uber app as a driver is that whenever I want to find fares, I turn the app on, and when I want to log off, I turn it off.  In fact, I have more independence using the Uber app than with my direct clients. Sometimes, those clients make demands such as having me

4.

1

2  pick them at the airport at 4:00 a.m. on a Sunday and I have to do it or lose the client. I use Uber

3  when and wherever in the San Francisco Bay Area I want, and I decide whether or not to accept any

4  trip offered to me through the app.

5      23.    The independent contractors that drive for me also use the app whenever and as often

6  as they like. They all have families and children, and they have told me that the flexible hours are

7  important to them.

8      24.    I file my personal income taxes individually with a schedule C for Distinguished

9  Drivers, LLC. All my drivers are independent contractors and receive 1099s. My company receives

10  a 1099 from Uber for all income my business generates using the Uber app.

11      25.    I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

13  that the attorney who discussed this testimony with me is the attorney for Uber and that Uber's

14  attorney does not represent me or the individuals who brought the lawsuit. I understood that I did

15  not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened

16  in any way to provide this declaration. I was specifically told that I did not have to be interviewed

17  and that I did not have to provide any written statement. I also was specifically told that I could

18  participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I

19  know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's

20  interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23      Executed at San Francisco California this 5th day of August    2014.

24

25                                      Ali Bouhelal

26

27

28

5.

**DECLARATION OF DENNIS BRADY**

I, Dennis Brady, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am sixty-five years old. I am retired. I reside in Lynwood, California and have lived there for twenty-eight years. I have used UberX and UberXL. I started using Uber in October 2014. I currently only use UberX. Uber is not my full time function. I appreciate the flexibility that Uber provides. I frequently use the App when I have free time between driving my grandchildren around. I am a happy camper.

3. I am a direct partner with Uber. I own both of the vehicles that I use while driving using Uber. These cars are a Mercedes ML 350 and Volkswagen Jetta. All of my revenue as a driver comes from using Uber.

4. I have no particular strategy for using the Uber App. I just work around my schedule. I use the Uber App from 7 AM to 2 PM on most days. I normally take a thirty-minute lunch break. I turn the App off when I am on my break. When driving, I can go anywhere. Uber does not tell me where to go. I am really happy with the way it is right now.

5. I attended an Uber training about nine months ago at the Uber office. The training was voluntary. The training discussed Uber's business practices. Uber doesn't require drivers to follow those suggestions. Uber also sometimes sends me suggestions over email about how to make more money. These suggestions include working during peak hours to make more money. I normally follow these suggestions, but am not required to.

6. The Uber ratings system is controlled completely by passengers. Uber has no control over the ratings. I have an above-average Uber rating of 4.96. To maintain this rating, I keep my vehicle clean. I also keep myself presentable. I treat customers like I would want to be treated.

7. I normally communicate with Uber about twice a week. For example, I emailed them yesterday because the network kept freezing and I had trouble operating the App. Uber sends me

---

1

DECLARATION OF DENNIS BRADY

1   emails about every other day.  These emails usually provide information about how I could be a

2   better driver.  The instructions in these emails are all voluntary.

3         8.      I accept cash tips from passengers about twice a week.  When I signed up for Uber, I

4   was told not to solicit tips.  However, Uber has never threatened to suspend my account for accepting

5   tips.

6         9.      When using Uber, I incur expenses for gas, maintenance, and care for my clothes.  I

7   keep records of these expenses.  For example, I keep all of my gas receipts.

8         10.     I indicate that I am self-employed on my taxes.  I use the 1099 provided by Uber.

9   This allows me to write off my business expenses.

10         11.     I have given this testimony completely voluntarily and without any coercion

11   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

15   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

16   have to provide any written statement.  I also was specifically told that I could participate in the

17   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19       I declare under penalty of perjury under the laws of the United States of America and the

20   State of California that the foregoing is true and correct.

21

22   Executed at Los Angeles, California this 26th day of May, 2015.

23

24                                       Dennis Brady

25

26

27

28

---

2

DECLARATION OF DENNIS BRADY

CLASS MEMBER DECLARATIONS 182

**DECLARATION OF ANTHONY BRAXTON**

I, Anthony Braxton, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in San Francisco, California, and I started using the UberX service in September or October of 2014.  In addition to driving using the Uber App, I am a full-time middle-school mathematics and science teacher in San Mateo.  I haven't actually taught since January 2015, but prior to that time, I worked from 7:00 a.m. to 3:00 p.m. as a school teacher.  Uber never prevented me from engaging in my teaching occupation.

3.      I do not have a specialized or commercial drivers' license, but I own Toyota Prius that I use to drive using the Uber App.   I only use Uber to generate leads for my business, but I know that Uber would not prevent me from using other services like Lyft and Sidecar, and know that many other drivers do just that.

4.      Uber does not set my schedule, or mandate that I log onto the App for any minimum amount of time. Uber has also never threatened to suspend my account if I've not logged on for any period of time.  Instead, I decide when I want to log into the App and where I want to drive.

5.      To some extent, surge pricing dictates when I log on to the Uber App.  I make more money during surge times, so that is why I don't usually drive between 11:00 a.m. and 4:00 p.m.— because there are not surges during that time.  It's also why, if I choose to drive on a weekend, I will drive 10:00 p.m. to 2:00 a.m., because I know I will be continuously busy and I'm more likely to get surge pricing.

6.      I usually log into the Uber App in the mornings from about 6:00 a.m. or 7:00 a.m.- 10:00 a.m. or 11:00 a.m. on weekday mornings, because that is when there is the highest demand and likely surge pricing. Then I go home, watch television, clean the house, go to the movies, or take care of personal matters.  Later, if I feel like it, I'll log back in to the App in the evening.   When I was still teaching, I would usually get home from school at about 3:30 p.m. and I would log on to the App at about 4:00 p.m.  I would set a dollar amount for the week that I wanted to meet, and once I

1   reached that goal, I would stop driving.

2       7.      Promotions have also effected when I've logged on to the App. For example, I drove

3   on Halloween of 2014 because of a promotion.

4       8.      Uber does not tell me geographically where to drive, except that Uber told me once

5   that I was not authorized to drive using the App in the State of Arizona. I have a strategy for where I

6   choose to log on to the Uber App. I live in the Mission District, so I usually log on there because I

7   don't have to go very far for a fare. In the afternoon, I head to the Financial District because I know

8   I can find a passenger who wants to go home from work. I drive towards areas that I know tend to

9   have a surge, such as the North Beach area or Marina District.

10      9.      Uber allows for me to skip a lead generated from the App. Sometimes I do skip leads

11  for reasons such as the software not working properly, or if I am not very close to a passenger due to

12  traffic flow. I've also declined or cancelled a lead on occasion if an Uber pool request is made after

13  I've already picked up a passenger and started driving to that passenger's location.

14      10.     I request fare adjustments regularly, about once per week or once every two weeks.

15  Once, I received a traffic ticket for making an illegal turn while the passenger was in my car. I asked

16  Uber to adjust the passenger's fare because the passenger was charged while sitting waiting for me

17  to receive my ticket. On other occasions, I have requested fare adjustments when I've been unable to

18  start the fare or end the fare on the App due to not having a wireless signal.

19      11.     I did not attend an orientation or onboarding session when I started with Uber. I have

20  watched videos presented by Uber and those presented by other individuals on the internet that give

21  tips on how to be a better driver. The only tip I can remember that came from Uber is that dressing

22  professionally increases customer service. Uber does not require me to follow any rules or

23  suggestions.

24      12.     My Uber star rating comes directly from the passengers, not from Uber. Uber has no

25  input on the rating, as far as I know. I know my star rating and it is a good one. I don't do much

26  proactively to keep my star rating high. I just keep my car clean and try to get people from point "A"

27  to point "B" as quickly and efficiently as possible while trying to be courteous. Uber has never

28  threatened to terminate my account because of my star rating.

13.     I communicate with Uber approximately once every two weeks, and only if there is a problem that I need to speak to Partner Support about, such as needing to adjust a fare.   All communications are through email. I have never talked to anyone at Uber over the telephone. Approximately five times a week, Uber will send me an email.  I read, but do not respond to, emails that are informational such as emails that tell me what events are going on in San Francisco that week, or tell me my stats for the previous week.  I generally ignore automated emails telling me when I am to receive payment etc. Uber has never said anything to me about ignoring emails and Uber has never threatened to terminate my account because I've ignored an email.

14.     I indicate on my taxes that I am self-employed.  I incur expenses such as gas, insurance, maintenance for my car etc. operating my business, but I only keep track of mileage.  I also keep a general maintenance record on my car.   I take a deduction on my tax returns for my mileage expenses.  I do not report on my tax returns that part of my income is tip income, because I do not consider any of my fare income as tip income.

15.     Uber has told me that it is up to the driver whether or not to accept tips, but that Uber does not encourage tipping.  Passengers have offered, and I have accepted, cash tips on occasion. Uber has never threatened to suspend my account because I have accepted a tip.

16.     I believe that I read and understood an Uber Licensing Agreement. When I agreed to the Agreement, I intended to be, and understood that I would be, an independent contractor.  In the past, I have worked as an independent contractor for a text book publishing company and also hired myself out independently to do teacher training for school districts, so when agreed to be an independent contractor using the Uber App, I knew what I was agreeing too—it was not foreign territory to me.  I want to continue being an independent contractor because Uber grants me a lot of independence and I like that. It is a lot less complicated for me to be an independent contractor.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

1   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

2   not have to provide any written statement. I also was specifically told that I could participate in the

3   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

4   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5         I declare under penalty of perjury under the laws of the United States of America and the

6   State of California that the foregoing is true and correct.

7         Executed at San Francisco, California this 20 day of May, 2015.

8

9                                 ANTHONY BRAXTON

---

4

DECLARATION OF ANTHONY BRAXTON

## DECLARATION OF WAYNE EARL BRINER

I, Wayne Earl Briner, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 65 years old, male, and I currently live in San Jose, California, in Santa Clara County.  I lived there for about six years.  I drive with a Class C license issued by the state of California.

3.      I signed up for Uber in January 2015 to use the UberX service, and I began driving in February 2015.  I have been driving with the UberX service since then.  I signed up online, and then Uber checked my insurance and inspected my car to make sure it was safe for transporting passengers.  I signed up with Uber because I have heard how great Uber is, and I heard that Lyft does not have as many calls.  Uber does not prohibit me from working with other driving applications, like Lyft, but I choose to only work with Uber.

4.      I drive a 2012 Prius V, which I own and use with the Uber App.  Now that I am retired, almost all of my revenue comes from Uber.

5.      I use the Uber App five days a week and for eight hours a day.  I usually start at 7 a.m. and then I will generally end around 3 p.m.  Uber does not require me to work those hours, and Uber does not require me to work any minimum number or maximum number of hours.  I work those hours because I like to work in the morning and because there will likely be more passengers going to the airport in the morning, and those are typically higher fares.  Uber has never suspended or threatened to suspend me for not working enough time.

6.      On days when I drive, I like to take breaks to stop and get coffee or just to rest.  I decide when I take breaks, and I believe I have the option to decide when and how long I take breaks.  Uber does not tell me when or how long I can take breaks.  Uber does not have any requirements regarding how long or when I can take breaks or what I can do when I take breaks, so I feel free to do whatever I want on my breaks.

7.      I pay attention to the surge pricing when I drive using the Uber App, and I try to drive

1   toward areas with surge pricing because I can make more money there with bigger fares.  Uber also

2   e-mails or texts us about events going on in San Francisco.  They sent one last Sunday about Bay to

3   Breakers.  I will drive towards the areas nearby events going on in San Francisco, and I did that for

4   Bay to Breakers, because I can get more passengers and make more money.  I also was guaranteed a

5   minimum hourly rate of $45 for working that day, so it encouraged me to work then.

6         8.     When I get a rider request, I generally will accept it unless I know that the rider is

7   going to ask me to drive too far out of the city because I do not believe the money I could make from

8   that is worthwhile.  I have some discretion to select which ride requests I accept and which ones I

9   don't.

10        9.     When I am using the Uber App, I consider the portion of the fare that goes to Uber to

11   be a service fee for using the App to get fares.  I consider driving to be working for myself and Uber

12   just helps me find customers.

13        10.    Uber sends a few e-mails regarding how to treat passengers.  In one e-mail, Uber told

14   us that we could not discriminate against disabled people and we need to allow the riders to bring

15   their service dogs in the car because it is required by law.

16        11.    My rating is currently a 4.62, which I consider to be average.  To keep my rating

17   high, I make sure it's the right person inside my car, I greet the customers, I do not play the radio, I

18   will ask if the rider wants the radio, and I talk to customers sometimes.  I took these actions because

19   I believed they would improve my rating.  Uber once sent an e-mail about providing water to

20   customers, but this was a suggestion, not a requirement.  I do not currently provide water or snacks

21   to customers, but I intend to do that soon.  I believe it is only the passengers that provide the ratings

22   and not Uber.

23        12.    I have contacted Uber about four or five times because I picked up the wrong

24   passenger or because of an incident that occurred at the San Jose airport.  Uber has never reached out

25   to me personally unless I solicit their help except for on one occasion when I left my Uber App on

26   for a while and forgot to turn it off.

27        13.    When I drive, I pay for gas, car repairs and maintenance, and laundry costs because I

28   like to wear white shirts, as well as for phone costs.  I wear white shirts because I like to do it and

1  not because Uber requires me to do that.  I try to present myself as a professional.  I keep of record

2  of all of those expenses so that I can make deductions from my taxes.  I intend to file my income

3  from Uber with a Form 1099.  I also intend to represent myself to the IRS as self-employed.

4      14.    With regard to tips, Uber told me that tipping is not included in the fare.  I have

5  received some tips from some customers.  When customers do provide me tips, I do make sure to

6  thank them and wish them well.

7      15.    I have given this testimony completely voluntarily and without any coercion

8  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

9  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

10  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

11  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

12  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

13  not have to provide any written statement.  I also was specifically told that I could participate in the

14  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

15  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16      I declare under penalty of perjury under the laws of the United States of America and the

17  State of California that the foregoing is true and correct.

18      Executed at San Francisco, California this 20th day of May, 2015.

19

20  _Wayne Earl Briner_
        Wayne Earl Briner

21

22

23

24

25

26

27

28

---

3
DECLARATION OF WAYNE EARL BRINER

**DECLARATION OF JULIANA BUSHORE**

I, JULIANA BUSHORE, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I first started providing transportation services under the Uber platform in October 2014. I drive on the UberX platform, and this is my primary occupation and source of income.

3.      I initially became interested in driving on the Uber network because I thought I might be able to get a good deal on leasing a car.  However, I did not end up leasing a car through Uber.  In addition, I was attracted to driving with the Uber network because of the opportunity to make good money.

4.      Perhaps the biggest attraction to performing transportation services on the Uber network is the flexibility.  I am able to make my own hours and work whenever I want.  Similarly, I am able to decide when not to work.  For example, I am not a morning person, so I enjoy being able to avoid starting work in the morning, and instead, I am able to start my workday later than a typical job.

5.      I typically drive in San Francisco between 3:00 pm and 5:00 pm and then from 9:00 pm to 2:00 am on Wednesdays through Fridays.  I also typically drive between 7:00 pm and 2:00 am on Saturdays.  This schedule is ideal for me because it allows me to avoid working in the early mornings, and also allows me to focus on hours and locations where I believe I can make the most money.

6.      My schedule is based on what works best with my preferences.  For example, I do not like driving in heavy traffic.  Since I live in San Pablo, in order to avoid heavy traffic times, I try to beat arrive in San Francisco by 3:00 pm.  Then, when I get to San Francisco, I turn on the Uber app and begin accepting fares.  I usually accept fares between 3:00 pm and 5:00 pm, and then take a break between 5:00 pm and 9:00 pm.  I do this because there is heavy traffic during the evening rush hour, and I don't like driving in traffic.  I realize that I might be able to make more money during the evening rush hour because of heavy passenger demand and surge pricing (where fares are higher due

CLASS MEMBER DECLARATIONS 190

1   to the heavy demand), but I choose to generally not drive during these hours because I prefer not to

2   drive in traffic.  Between the hours of 5:00 pm and 9:00 pm on Wednesday through Friday, I

3   generally meet up with a friend at her office in San Francisco, and we have dinner.  Afterwards, I

4   generally log back in to the Uber app around 9:00 pm and drive until around 2:00 am.  I find that this

5   schedule perfectly suits my personal preferences, and still allows me to make the amount of money I

6   want to make.

7       7.    However, if I decided I wanted to work different hours, I am entirely free to do so.

8   Driving in the Uber network allows me the complete freedom to choose my own schedule.  Not only

9   does Uber not require me to drive certain hours, but it also does not require me to drive in certain

10   locations.  I generally drive in San Francisco, but if I wanted to drive closer to home in the East Bay,

11   I have the freedom to make that choice.  Uber has no control over where and when I choose to

12   provide transportation services.

13       8.    I choose not to drive on Sunday because I take that as a day off.  I choose not to drive

14   on Mondays and Tuesdays because I have other personal responsibilities that would limit the amount

15   of time I can work.  Because of this, I have determined that working on those days would not be

16   worth my time.

17       9.    I consider myself to be self-employed, and prefer to work as an independent

18   contractor.  I understood that when I began driving with the Uber network, I would be an

19   independent contractor, and not an employee.  I made sure I understood the terms of my relationship

20   with Uber prior to signing up, and carefully considered the ramifications of being an independent

21   contractor.  Part of the reason I chose to perform transportation services on the Uber network was

22   that I would remain independent and not be an employee.

23       10.    As a driver on the Uber network, I use a 2014.5 Toyota Camry Hybrid.  I own this

24   vehicle, and purchased it in September 2014.  While I use this as my personal vehicle, I primarily

25   purchased it for use in providing transportation services on the Uber platform.  I think it's a perfect

26   car for this line of work, as it is very comfortable, has a smooth ride, and is enjoyable to drive.  Also,

27   since it's a hybrid, the gas mileage is excellent, and it is very easy to drive and maneuver.  Many

28   passengers comment that they like the roominess, and that it has more room than the Toyota Prius.  I

CLASS MEMBER DECLARATIONS 191

1    pay for all the expenses associated with my vehicle, including insurance, gas, maintenance, repairs,

2    and tolls.

3         11.    I received a Form 1099 for my earnings through providing transportation services on

4    the Uber platform.  I got an extension to file my taxes for 2014, but I will be writing off my business

5    expenses, including the costs of operating and maintaining my vehicle.

6         12.    In addition to the Uber app, I also have an account with Lyft.  I got my Lyft account

7    around the same time I got my Uber account.  At first, I tried Lyft for a week and then Uber for a

8    week to determine which I liked better.  I found that in my experience, Lyft passengers were overly

9    critical in their driver ratings, so I chose to primarily use the Uber app.  Every once in a while, I will

10   still drive under the Lyft platform, such as when Lyft offers a particularly good promotion, but I

11   almost exclusively use the Uber platform.

12        13.    I understand that Uber does not and cannot restrict my ability to drive on other

13   networks such as Lyft or Sidecar, and that I am free to use these other apps in addition to or even

14   simultaneously with my usage of the Uber app.  Even though I am free to other lead generation

15   services like Lyft and Sidecar, I choose to primarily use the Uber platform.  I am aware that other

16   drivers on the Uber network use multiple lead generation services as well, such as Lyft or Sidecar.

17        14.    I signed up to use the Uber app online.  I submitted my driver's license information,

18   proof of insurance, and an inspection report on my vehicle.  I also submitted to a background check.

19   Once I was approved, Uber sent me an iPhone in the mail, with the Uber app already installed.

20   Included with the iPhone was a pamphlet with information about how to use the Uber app.  I believe

21   there is also information on how to use the Uber app on the website.  But it was not hard to figure

22   out how to use the app.

23        15.    I am free to take breaks whenever I want while I'm driving on the Uber platform.

24   There are downtimes when I will run personal errands, make phone calls, or just rest.  Most days, I

25   take a break between 5:00 pm and 9:00 pm to visit and have dinner with a friend.  Uber does not

26   limit or control my ability to take breaks in any way.

27        16.    Uber has never required me to "report" to its office, or be in any particular location at

28   any particular time or communicate with them about any subject.

---

3
DECLARATION OF JULIANA BUSHORE

17.     Although I live in San Pablo, I choose to drive mostly in San Francisco because that is where the most available fares are. I have determined that driving in San Francisco is the best way for me to maximize my fares and make the most money. It also allows me to see my friend in the evenings, which is a benefit of being my own boss and being able to make my own schedule.

18.     I am not required to accept every lead that is generated through the Uber app. I am free to choose whether to accept any particular fare. I generally accept all available fares, but I understand that I am free to decline a fare if I choose to.

19.     Uber has never suspended or threatened to suspend my account due to not accepting leads. Uber has provided notifications reminding me that if I don't want to accept leads at a given time, to please make sure I am logged out of my account.

20.     I sometimes receive emails from Uber regarding particular promotions or incentives. They are sometimes helpful, but I am free to either open the emails or ignore them. Similarly, I am free to accept the promotions or not. Sometimes I will accept promotions, but it's entirely up to me.

21.     Passengers I book using the Uber app can rate my services from one to five stars. My rating is at 4.84. Uber makes general suggestions on how to maintain a higher "star rating" from passengers. However, I am not required to follow these suggestions; I make my own decisions on how to provide customer service to my passengers. As an independent driver, I believe that it is in my best interest to provide excellent customer service, and I choose to do so. I provide water for my passengers, and I have gum and mints if requested. I also provide phone chargers. I believe that there are specific things I can do to make sure my passengers have a good experience, such as providing these amenities and being friendly and professional.

22.     On rare occasions, I have had passengers that leave me cash tips. I tell them that tips are not required, but sometimes they insist, and in those cases, I do accept the tips.

23.     Uber does not require me to dress a certain way. I usually try to dress in a professional manner, but it is up to me to decide how to dress. Uber has never said anything to me about dressing differently than I do.

24.     When I started providing transportation services on the Uber network, I entered into a licensing agreement to use the Uber app. In exchange for my use of the Uber app for lead generation

1   services, Uber keeps 25% of the value of each fare I accept, and I keep 75%.

2       25.     I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8   not have to provide any written statement.  I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13      Executed at San Francisco, California this 20th day of May, 2015.

14

15                                              JULIANA BUSHORE

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JULIANA BUSHORE

## DECLARATION OF MARLON CABALLERO

I, Marlon Caballero, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 36 year old male, living in Gardena, CA for the past 15 years.  I use UberX, UberXL, and UberPlus.  I started using UberX in April 2014, and began using UberXL and UberPlus when they were launched.  I still use all three services.  I don't use Lyft or Sidecar, but I do use Samesride.

3.      I used to work for the City of Gardena transportation apartment (the "City").  When I started driving for UberX, I would drive part-time, and worked part-time for the City.  I was making more money driving for Uber than I was at the City, so I decided to quit my job and drive only to Uber.  I quit my job because I liked the flexibility of driving for Uber.  For example, I can work about three to four weeks straight, and then take a week off, which I could not do working for the City.  I also like that I could work for a fewer number of hours for Uber and make the same amount of money than I would have for the City, leaving me more time to spend with my family.

4.      I own my own transportation business named CTS Empires.  I own two vehicles: a 2015 Lincoln Navigator, and a 2014 Lincoln MKT.  I am the only driver of both cars.  I don't really have a preference which car I drive, I usually just drive whichever car is cleanest.  Ninety-nine percent of my business comes through Uber, and only one percent of my business comes through Samesride.  I don't use Lyft and Sidecar because they don't pay as well as Uber.

5.      On Friday and Mondays, I like to start in Long Beach at 4am because there are a lot of calls to go to the airport.  The other days of the week, I like to start in Hermosa/Redondo area.  There are always passengers who need to go to the airport at 4am leaving from these areas, so I get up early to drive.  Since there are fewer other Uber drivers during this time in the morning, I am always able to find passengers and I most of the time can make a higher fair because of surge pricing.  I have tried driving at all different times of the day in different locations, and although there is usually always

1

DECLARATION OF MARLON CABALLERO

CLASS MEMBER DECLARATIONS 195

1   business to be made, I think that driving in these locations at 4am makes me the most money.  I think

2   that I could still make money working 9am-5pm with Uber, but I like the flexibility of being able to

3   work in the morning and then coming home to my kids in the afternoon.

4         6.    Uber has never assigned me a territory.  I have the flexibility to drive anywhere from

5   Malibu to San Clemente to Palm Springs.

6         7.    Sometimes Uber send me notifications through text alerts.  These notifications will tell

7   me if there is a certain area of town where there is a shortage of drivers.  I like using the notifications

8   because it helps me find passengers if I am slow.  The notifications are completely optional, and I do

9   not have to go to that area of town if I don't feel like stopping there.

10        8.    I watched Uber's training videos online before I began driving for Uber.  The videos

11  provided suggestions and tips regarding how to interact with passengers.  These suggestions are not

12  requirements, but more of a tutorial of how to be a successful Uber driver.  Uber also has a 24 hour

13  online support.  I can send Uber an email at any time with questions, and they will get back to me

14  very quickly.  For example, I have emailed them before about updating my insurance.

15        9.    I usually only communicate with Uber once every six months through email, when I

16  have to update my insurance.  Uber contacts me with a weekly report, promotions, and occasional

17  feedback.

18        10.    My expenses include fuel, maintenance, insurance, and clothing.  I pay for all of these

19  expenses.  In order to keep track of my expenses, I keep my receipts and organize them on excel.

20  Once I add everything up at the end of the year, I print out the summary of my expenses and send it

21  to my tax preparer.

22        11.    Uber communicated that I should let the customer know tipping is not required, but if

23  the customer does insist, then it is up to me whether or not I accept the tip.  I do not encourage or ask

24  for tips, but sometimes customers are generous and insist upon tipping.

25        12.    Sometimes, early in the morning when there are very few Uber drivers working, a

26  customer that I have driven before will call me directly to request a driver.  If I am able to pick them

27  up, I will turn off my Uber app and drive directly to then.  Once I arrive, I will turn back on the Uber

28

2

DECLARATION OF MARLON CABALLERO

1   app and the passenger can request a driver.  Since I am already at the passenger's location, I can

2   accept the request, and use the Uber app to calculate the fare.

3        13.    I am an independent contractor with Uber, and I like that.  I do not want to be an

4   employee, because then there would be stricter guidelines that I would have to follow.  I like the

5   flexibility of being an independent contractor, and I benefit more from it because I am able to set my

6   own hours.  I can also make more money if I work more, and do not have a set salary.

7        14.    On an average day, I work anywhere between six and ten hours.  If I can make $400 in

8   two hours, then I will usually just stop driving for the day and go home to spend time with family.

9   Sometimes when there is a lot of traffic, I will pull my car over and turn off the app.  If I am tired, I

10  can also turn off the app and take a nap in my car or at a friend's house.

11       15.    I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

16  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

17  have to provide any written statement.  I also was specifically told that I could participate in the

18  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20       I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22

23  Executed at Los Angeles, California this 26th day of May, 2015.

24

25                                        Marlon Caballero

26

27

28

---

3

DECLARATION OF MARLON CABALLERO

1 **DECLARATION OF VICTORINO CABALLERO**

2     I, Victorino Caballero, do hereby swear, affirm and attest as follows:

3     1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except
4 where otherwise indicated, all of the information contained herein is based on my personal
5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6     2.    I live in Lake View Terrace, Los Angeles County, where I have lived for about three
7 years.

8     3.    I used UberX and have been using it since December of 2014.  I worked in medical
9 transportation until about June 2014, when the company closed.  I do not currently have a medical
10 transportation job.  I am looking for another delivery job, and am using Uber to make money until I
11 find another job.  I would maybe drive on my day off, or on the weekend, or at night when I get
12 another job

13     4.    I use my 2014 Toyota Camry when I drive through UberX.  I usually work 8-10 hours
14 a day.  I generally start at 3 or 4 in the afternoon and drive until 12 or 1 in the morning.  I start in
15 Lake View Terrace, at the gas station after filling up my gas tank.  This is a good time to start
16 driving.  When I stop driving depends on where I am.  If I am close to my house, I will stop driving
17 earlier, but I will sometimes go until 2 if I am in an area far away.  I often work five days a week, but
18 sometimes only work 3 days a week.

19     5.    I sometimes work on the weekends, but I like to go camping so I don't always work
20 then.  For example, this Memorial Day weekend I was camping the whole time and did not work.
21 My family loves camping so we're going again next weekend.  I drive whenever I want, and I stop
22 whenever I want, so it is ok.

23     6.    I pay for my own gas and car maintenance, and I knew when I signed up that I would
24 pay for these expenses.

25     7.    It is hard to find surge pricing, but I won't go to try to find a place with surge pricing,
26 because you might waste a lot of gas and then the surge pricing might be over by the time you get
27 there.

28

---

1
DECLARATION OF VICTORINO CABALLERO

8.     I take a break whenever I need.  I will stop to eat dinner when I'm hungry or to get some water.  I turn off the app when I get some food, because I don't want requests to come in and to have to cancel them because I'm eating.  If I'm tired, I'm going to stop and take a rest.  Uber has never said anything to me about when I take breaks or when I'm working.

9.     I will cancel rides if people give me the wrong address, especially if it will take a long time, for example 17 minutes, for me to get to their correct address.

10.    I consider myself driving when I get a request for pickup form the passenger.

11.    Uber does not contact me much.  Sometimes they send me a message about things like today, or my paycheck.  Uber does not contact me about my star rating, but riders know what my rating is.  I worry about it, so I try to give people a good experience by talking to the passenger and driving safely.

12.    When I first signed up, I got a booklet that described something about driving, but I don't remember what they said.

13.    When riders appreciate your driving, sometimes they give me a tip and sometimes they give me a good rating.  We don't ask for tips, but sometimes I get them anyway.  It tends to be a small amount, maybe $2, and only 1 in 100 people will give you a tip.  They know that tipping is not necessary, but sometimes do it anyway.

14.    I sometimes write down when I start working for us in filing for my taxes.

15.    I understood I would be an independent contractor and not a regular employee.  That's the way it is.  I want to continue to be an independent contractor.

16.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a suit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the

2
DECLARATION OF VICTORINO CABALLERO

lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Victorino Caballero

---

3
DECLARATION OF VICTORINO CABALLERO

I, Betsy Caldwell, hereby declare as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I originally learned about Uber in March 2014 from my daughter-in-law.  She uses Uber's services and had great experiences using the Uber app. as a rider.  She thought that it would be a good fit for me and something that I could do on my own time.  I submitted an application online that included a picture of my car, registration, and driver's license.

3.      Soon thereafter, I received a iPhone4 in the mail.  Unfortunately, that phone was not working so I had to get a different iPhone for a $100 security deposit. The iPhone4 was equipped with the Uber app, a camera, navigation, and nothing else.  I then upgraded my personal phone to an iPhone5 and Uber added the Uber app. to my new personal phone.  I turned in the iPhone4 that was provided to me and received the full $100 security back.

4.      I did not talk with a human at Uber for approximately eight months.  I only talk to a person from Uber once every six to eight months. However, I receive an email from Uber on a daily basis that provides suggestions on locations and hotspots around San Diego that may be busy.  I am not required to go to these places or pick-up fares from these locations.

5.      I work approximately 25 hours per week with the Uber app. My scheduled is typically 6-7 hours on Thursday, Friday, and Saturday. If I want to make more money or if it is a busy weekend then I may work on Sunday as well.

6.      I do not believe, nor have I ever believed, that I was an employee of Uber at any time. I know that I am an independent contractor and I intend to file a 1099 for the year of 2014 for the income I make using the Uber app. I will get a tax deduction for the mileage I submit or gas receipts, tires changes, and maintenance to my vehicle.

7.      One of the lures to customers is Uber's "cashless" business model.   While on occasion I did receive tips from passengers, it was not consistent nor expected.  It is usually only short rides that get cash tips. I never expected a tip because I was fully aware of Uber's business model and that one of the greatest appeals of using Uber was that the customer did not have to

1.

provide tip. I always resist a tip once and then take it if the passenger insists. I knew that the amount charged to the passenger's card was intended to compensate me fully for my services and cover the full cost of the ride.  As a result, I took cash tips when passengers offered them, but I have never asked a passenger who booked my services through the Uber app for a tip.

      8.     When I was using the Uber app, I would book passengers on the UberX platforms. For each trip I completed on the UberX platform, I received 80% of the fare, and Uber took 20% as its licensing fee.  I keep any cash tip that is given to me. Uber charged the passenger's credit card, deducted its fee, and then paid me the rest.  I was aware of this arrangement at the time I accepted the licensing agreement, and I have received all the money that I understand I am entitled to from trips completed using the Uber app.

      9.     I was able to use the Uber app whenever I wanted.  I was able to pick and choose the hours and locations I offered my services.  It was completely my decision.  I have a goal of $250 each day.  When I hit that goal, I am done for the day. As an example, on Memorial Day I turned on the Uber app. from 5:00 a.m. to 11:00 a.m. I was constantly picked up fares.  At 1:00 p.m. I was tired so I turned off my app. and went home. Another example is that I may go out at 9:00 p.m. on a Wednesday night and do a couple of short runs and then go home because the fares are low.

      10.    No one ever instructs me or tells to turn the app. on. There is no requirement from Uber to drive a minimum number of hours per week. In fact, I just took 2 weeks off for vacation.  I did not tell anyone that I was going on vacation.  If I went on an extended trip (6 weeks) then I would let Uber know that I was going to be gone.  I was not instructed to tell anyone I will be gone nor will I be reprimanded for taking a vacation without informing someone from Uber.

      11.    I am able to choose what area of San Diego I would drive in on any given day. If I find myself in a risky neighborhood, then I will turn my Uber app. off until I get in a better area. Uber never directed me to drive in a certain neighborhood or avoid an area. I also do not have to pick up a fare.  I choose to pick up 98% of everyone who requests a ride.  Uber does not require me to pick someone up. However, I am under no obligation to pick up any fare.  It is my personal preference to not pick someone up.

2.

1

12.     Even when I was logged into the app, I was able to decide when and who I am going to pick up. If I did not want to accept a ride offered to me through the app, I just did not accept it. I don't suffer any repercussions from Uber as a result of rejecting trip requests offered to me through the Uber app.

13.     I also chose the route I would drive to a destination for a customer. The route I took was either guided by customer input, a GPS device, or my own knowledge of the quickest and shortest route possible. Ultimately, I take either the route requested by the customer or the route that I determine through my GPS or my own expertise. Uber has never instructed me or given me any suggestions to take a specific route.

14.     I have a promotion code for $20 off a first time rider. When a first time rider uses the promotion code, 80% of the full fare still goes to me plus I get an additional $5 benefit from Uber.

15.     I have never been required by Uber to wear a uniform or conform to a specific dress code. I typically wear black pants, black sweater, and black shoes. What I wear is based on my own experience. I would not get in trouble for wearing something different. Uber does not monitor what I wear.

16.     Uber provides tips on how to increase my star ratings. I think it helps to follow the suggestions, but I do not have to follow any of the suggestions. I choose follow all of the suggestions plus more. I keep my car clean, provide iced water, gum, mints, and toiletries (ex. tums, visine, tissue). I open car doors for people depending on traffic and location. I go to the airport and help with the luggage.

17.     I will often take breaks throughout the day. Every two hours, I take a ten minute stretcher and use the restroom. After about 4 hours of driving, I will take a 20-30 minute break for lunch. I will usually stop and get something. I turn my app off when I am on break. Uber has never instructed me to not take a break and has never interrupted a break I was taking. I work about 6-7 hours Thursday, Friday, and Saturday. I may work more hours or more days if I want to or have a time to spare. If I want to make extra Monday.

3.

1

2     18.   I have given this testimony completely voluntarily and without any coercion

3  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4  that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does

5  not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8  not have to provide any written statement.  I also was specifically told that I could participate in the

9  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11     I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13  Executed at SAN DIEGO, California this 26th day of May 2015.

14

15                                    BETSY CALDWELL

16

17  Firmwide:128613146.2 073208.1016

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PETER CALDWELL

I, Peter Caldwell, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been living in Long Beach for 12 years.  I am 68 years old.  I have been an UberX driver since August 2014.  I am a retired substance abuse counselor and I drive under the Uber App to supplement my social security income.  One of the primary reasons that I like Uber is the independence it affords to me.  If I had to sign up as an employee to drive for Uber, and be required to take on specific shifts as Uber decided, I would not be an Uber driver.

3.      My shifts vary greatly in length—some days I drive for 2 hours per day, and other days I drive for 10 hours per day.  To find riders, I try to put myself in communities where I know demand is high.  Uber has never told me to stay in a limited geographic location, and I feel free to drive in all geographic areas.

4.      The part I like most about being an Uber driver is that I can drive whenever I want to. I like that I have the ability to drive, then go to a dinner engagement, and later get back to work. When I get tired from driving, I take a break and take a light nap, or decide to end my driving for the day.

5.      It is my understanding that fares do not include a tip, but that the rates are set such that the rider does not have to add in a tip.  Sometimes, however, riders insist on giving me a tip.  For example, this past-weekend, a woman who was in a horrible accident two years ago got into my car—it was the first time she had ridden in a car since her accident and she was going to visit her family.  When we arrived at the address she provided me with, I had a feeling that we were in the wrong location.  To alleviate her anxiety, I suggested that we call her family, and I made sure to get her to the right place after it turned out we had initially driven to the wrong address.  Her family members were grateful to me for helping the rider and insisted on tipping me, so I accepted.

6.      In the same vein, I have flexibility in choosing how to structure my rides.  For

CLASS MEMBER DECLARATIONS 205

1   example, last week, I dropped off a woman at an apartment building but noticed that she was looking

2   around in a confused state after I drove away.  I pulled over, put the address into Google, and noticed

3   that she was in the wrong location; I turned around, picked her up, and dropped her off at the correct

4   location, free of charge.

5          7.    At the end of the day, I often wish that I could pick up a rider who wants to go to Long

6   Beach, but I know that I cannot demand that of Uber because I do not want Uber to demand anything

7   of me.  As an independent contractor, I do not want Uber telling me what to do.

8          8.    I feel free to accept or reject leads as they come in.  If it is late at night and I am

9   driving in the opposite direction, I sometimes reject the rides, although this does not happen often.

10  Uber has never threatened to deactivate my account for rejecting rides.  I feel free to use other apps

11  such as Lyft and Sidecar but do not feel like I need to.

12         9.    I have never attended any of the onboarding sessions offered by Uber.  I use Uber's

13  suggestions for onboarding experience—such as providing water bottles and phone chargers—per the

14  suggestions in the videos Uber provides.  I do not interpret Uber's suggestions as requirements.  I

15  appreciate the suggestions because I find that riders value them.

16        10.    I pay for all of the maintenance expenses associated with my driving.  I deduct all such

17  expenses from my income taxes, which I file as an independent contractor.  I receive a 1099 from

18  Uber, and have never received a W-2 from Uber.

19        11.    I have given this testimony completely voluntarily and without any coercion

20  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

21  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

23  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

24  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

25  have to provide any written statement.  I also was specifically told that I could participate in the

26  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

27  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28

2<br>DECLARATION OF  PETER CALDWELL

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3

4    Executed at Los Angeles, California this 26th day of May, 2015.

5    _____

6    Peter Caldwell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF PETER CALDWELL

CLASS MEMBER DECLARATIONS 207