**DECLARATION OF ANTONIO CAMACHO**

I, Antonio Camacho, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 68 years old.  I live in Torrance, California and I have lived there since 1997.

3.      I am retired but I started using the UberX platform for fares in May or June 2014.  I still currently use it.

4.      I own a 2014 Toyota Prius, which is the vehicle I use when driving customers for UberX.  I also own a 2005 Mercedes Benz C230.  I registered the 2005 Mercedes Benz C230 with Uber but I have not used it for Uber.  I only intend to use the 2005 Mercedes Benz C230 for Uber if my 2014 Toyota Prius is not available.

5.      I provide rides through UberX approximately 3 to 4 days a week, 7 to 14 hours per day.  I generally use UberX Thursday, Friday, Saturday, and Sunday.  Occasionally, I will use UberX on Monday, Tuesday, and Wednesday if I do not have anything to do.

6.      My schedule varies widely each day and I do not have any set hours when using the Uber app.  Some days I will start driving at 10:00am and stop at 12:00am, except Friday and Saturday, in which I will stop driving around 1:00am or 2:00am.  Other days I will start driving at 3:00pm or 5:00pm and stop driving around 12:00am.

7.      Uber currently has a promotion for drivers where if a driver drives on certain days during certain times, then that driver will receive a minimum $20 per hour from Uber if his or her fares for that day does not add up to $20 per hour.  This promotion has been offered to drivers, including myself, as an incentive to log into the Uber app on those days and during those times.

8.      Using Uber provides me flexibility.  I can drive for Uber any time of the day and work on my own time.  This is one of the main reasons I use Uber.

9.      Uber does not assign me a territory.  I like this because I do not want to be restricted to one city or geographic area.  Customers request to be dropped off in a number of different cities and I do not want to be prohibited from picking up customers from those cities after a drop off.

1
DECLARATION OF ANTONIO CAMACHO

10. I am free to accept or decline leads generated through the Uber app. I have canceled ride requests because the customer was too far from me and because it was impossible for me to pick up the customer due to the structure of the roads in Los Angeles and my position on the roads at the time of a ride request. Uber has never suspended or threatened to suspend my account because I did not accept enough ride requests.

11. Uber does not require me to log into the app for a minimum amount of time. Uber has never suspended or threatened to suspend my account for not spending enough time logged into the app.

12. Uber does not restrict me from engaging in another occupation or business. Uber does not restrict me from using other applications like Lyft or Sidecar.

13. Before I began using Uber, Uber conducted a background check on me and I submitted a copy of my driver's license and car insurance to Uber. I also had to have my car inspected at an auto shop. The auto shop filled out an inspection form and I submitted that to Uber. Uber then approved my application and told me I could start driving customers. I then received an iPhone from Uber and I began driving customers.

14. When I began using the Uber app, Uber sent me suggestions via email on how to get a higher rating from customers but I do not recall exactly what they were. I do recall that Uber recommending that drivers be polite and courteous to customers and to drive them safely, which I follow. It is in the best interest of the driver to follow Uber's suggestions because drivers want to get the full satisfaction of customers.

15. My rating is determined entirely by the passengers, which Uber has no control over. My current star rating is 4.6, which is not high or low, it is in the middle. To improve my star rating, I am friendly to the customers, I talk to customers nicely, and I drive customers safely. Some of what I do in order to increase my star rating is my own idea based on my professional experience with customer service, including handling customer problems professionally and ensuring that they feel secure throughout the ride.

16. When driving customers, my expenses include gas, car insurance, maintenance of the car, food, and beverages. I pay for these expenses out of pocket. I keep records of my expenses at

2

DECLARATION OF ANTONIO CAMACHO

1    my home.

2      17.    Uber's training memorandum indicates that customer tips are not required but drivers

3    can accept them. I reviewed Uber's training memorandum before I began driving for Uber. I have

4    received cash tips from customers. I rarely receive cash tips from customers. I have never been

5    threatened or suspended by Uber for accepting tips.

6      18.    I indicate that I am self-employed when I file my taxes. When I file my taxes, I

7    report business expenses and take deductions for those expenses. I receive a 1099 Form from Uber.

8    I have never received a W-2 Form from Uber.

9      19.    I take rest breaks during the day to go to the bathroom, stretch my legs, take personal

10    calls, and to relax. I generally take breaks every 2 hours. The breaks are usually 10 to 15 minutes.

11    I am not logged into the Uber app while on a rest break. I decide when and the length of my rest

12    breaks.

13      20.    I typically take 2 meal breaks in a day. Each meal break is usually 20 to 30 minutes.

14    During meal breaks, I am not logged into the Uber app and my meal breaks are uninterrupted.

15      21.    Uber has never told me to drive for a certain amount of time before stopping for a rest

16    or meal break. Uber has never told me not to take a break. Uber has never interrupted any of my

17    breaks. I am free to go wherever and do whatever I want during my breaks.

18      22.    I have given this testimony completely voluntarily and without any coercion

19    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

20    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

22    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

23    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

24    not have to provide any written statement. I also was specifically told that I could participate in the

25    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

26    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27      I declare under penalty of perjury under the laws of the United States of America and the

28    State of California that the foregoing is true and correct.

3

DECLARATION OF ANTONIO CAMACHO

1

2    Executed at Los Angeles, California this 26th day of May, 2015.

3

4                      ANTONIO CAMACHO

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 211

**DECLARATION OF PASCUAL CAMACHO**

I, PASCUAL CAMACHO, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am age 65. I currently live in Los Angeles, CA, and have lived in LA since 1973. I have a commercial driving license. I currently am a UberX driver. I started driving in February 2015. I am a professional driver. I have another part-time job for a company called Dine and Ride, a shuttle service, and another part-time job for Boston Market. Monday through Friday, I'm a catering driver for Boston Market. I usually work for Dine and Ride in the afternoons and the evenings, and most weekends. Neither prohibits me from serving as an employee of another company. I am a direct partner with Uber.

3.      I currently own a 2013 Kia Soul, and it is the only one I use for Uber. Sometimes I am able to work 3-4 days a week. What I do is that I try to start in downtown LA and will go wherever it takes me to. I accept all my fares. If I have a weekend shuttle service, then I will work for the shuttle service. I do Uber whenever I am not driving for the shuttle service. The schedule for my shuttle service will vary a lot, so I schedule my Uber drives around those shifts.

4.      Some days I will drive in the early morning, sometimes in the afternoon and sometimes in the evening. I like the flexibility that Uber provides me. Having flexible hours works a lot better for me. Uber never assigns me a territory, and surge pricing never affects my decision to log onto the App.

5.      The only time Uber will send me a notice is for weekend events where they ask for drivers to drive, but they don't tell you or require you to do anything you don't want to do. You can either accept rides for Uber or not. Sometimes I might go on for two to three hours, sometimes I might go on for six hours.

6.      I attended an Onboarding session with Uber in Santa Monica in February 2015. I also came in March for the Uber Pool session. Uber gave us suggestions regarding how to interact with

---

1
DECLARATION OF PASCUAL CAMACHO

CLASS MEMBER DECLARATIONS 212

customers, such as being courteous, but I don't think Uber requires me to follow these suggestions. As an individual, you can't predict what one person is going to tell another. Some drivers might be courteous, some might be rough. It's all up to the driver. Sometimes Uber will send emails with suggestions on how to pick up the correct passenger. You're not required to follow these, but for the most part doing those things is for your own benefit. I've never disagreed with any of the tips Uber has provided me. They've never told me my account would be deactivated for failing to follow their suggestions.

7.    My star rating is 4.87, which I think is a decent rating. I try to greet the customers; if they want to talk, I'll talk, if they don't, I won't. I keep a clean car and will always take the shortest route to their destinations. These ideas for maintaining my rating are my own ideas. They've never told me I could be terminated from the app because of my star rating.

8.    Sometimes I will contact Uber. For example, last week one passenger in Uber pool didn't want another passenger, so I followed with the passenger's request and canceled the Uber pool and drove that passenger by themselves. At the end of the trip I sent an email to the support system.

9.    We get a weekly report email from Uber and emails from Riser, which sends money to the bank. Other than that I never see any emails from Uber.

10.    Regarding tips, Uber has told me that tips are not required. If the customer wants to give you a tip you can accept it because you earned it. I understand Uber has told passengers they are not obligated to give tips but they can if they volunteer. The Licensing Agreement doesn't prevent us from accepting tips. I've received tips twice since using Uber, both in cash.

11.    When I agreed to the terms of the Licensing Agreement, I intended on being an independent contractor, which I wish continue being. Flexibility is the main reason. As I said, you're under no obligation to drive at any time.

12.    I usually drive two to three hours before taking a break. It varies depending upon the day. Sometimes I'll take anywhere from 30 minutes to an hour for a break or a meal. I decide when I stop for a break or a meal, or rather my stomach does. I don't monitor the app during these breaks, and I usually shut off the app then. Uber has never told me to drive a certain amount of time before

2
DECLARATION OF PASCUAL CAMACHO

1  stopping for a break or a meal. I'm free to go anywhere during my breaks, and it all depends on
2  where I'm at.

3       13.    I have given this testimony completely voluntarily and without any coercion
4  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
5  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
6  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
7  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
8  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
9  have to provide any written statement. I also was specifically told that I could participate in the
10 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
11 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12      I declare under penalty of perjury under the laws of the United States of America and the
13 State of California that the foregoing is true and correct.

14

15      Executed at Los Angeles, California this 26th day of May, 2015.

16                                          _Pascual Camacho_____
17                                          PASCUAL CAMACHO

18
19
20
21
22
23
24
25
26
27
28

---

3
DECLARATION OF PASCUAL CAMACHO

CLASS MEMBER DECLARATIONS 214

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS              Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
     MANAHAN, WILSON ROLLE, JR, and
13   WILLIAM ANDERSON, individually and   **DECLARATION OF PATRICK CANLAS**
     on behalf of all others similarly situated,
14
                    Plaintiffs,           Complaint Filed: August 16, 2013
15                                        FAC Filed: May 30, 2014

16              v.

17   UBER TECHNOLOGIES, INC.,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

I, Patrick Canlas, hereby declare as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently own and operate a limousine company in the Bay Area called Black Limousines, LLC.

3.      Prior to starting Black Limousines, I worked in the transportation services industry for several years.  In about 2007, I was between jobs, and one of my friends introduced me to a limousine operator, Town Limousine, that needed a driver.  While I worked for Town Limousine, I drove its vehicles and I didn't have to bear any of my own expenses.  I would just get a percentage of each fare.  I worked for Town for around 8 months until about 2008.  At that point, I felt I was ready to start my own limousine business and decided to take a chance.

4.      In about 2008, I bought a used Town Car and obtained the proper licenses (including a business license and for-hire carrier license from the Public Utilities Commission), SFO airport permit, Oakland airport permit, and commercial grade automobile insurance.  At this time I was operating as a sole proprietor and had my own clients that I got through word of mouth referrals from friends.  Clients could book my services through email, text, or by calling.  Shortly thereafter, I also set up a website for Black Limousines — blacklimo.biz.  I also obtained business cards that state "Black Limousines" on them.

5.      In about 2008 or 2009, my business was growing and I was able to hire a second driver to work with me so that we could operate the business during more hours in the day.  This allowed me to keep growing my business.

6.      In about July or August 2010, one of my regular clients told me about a smartphone app called Uber.  He told me that instead of waiting idle in the car to pick him up after I dropped him off for meetings or dinner, I could use the Uber app to make some extra money.

7.      Shortly after this conversation, I went to Uber's office and signed up to use the app.  In order to get access to the app, all I had to do was present Uber with evidence I had the proper

1.

1   permits and allow Uber to look over my vehicle to see if it looked like it was in good operating

2   condition.  Uber supplied me with an iPhone, I accepted the licensing agreement, and that was that.

3       8.      I did not start using the Uber app right away.  I held on to the iPhone for a few weeks

4   before I eventually tested it out.  After the first few rides, I realized it offered a lot of potential

5   growth for my business.

6       9.      Once I started using the Uber app to generate business, my company started growing

7   even faster.  In around September 2012, I changed my business structure from a sole proprietorship

8   to a limited liability company: Black Limousines, LLC.

9       10.     Now, Black Limousines has 8 cars (5 SUVS, 2 town cars, and one hybrid vehicle that

10  I use on the uberX technology platform).  Two of the cars are leased (the hybrid and one of the

11  SUVs), and the rest are owned by my company.

12      11.     Each car is equipped with an Uber iPhone, and I also maintain a spare one as a back-

13  up.  The phones stay in the car and whoever drives a particular car logs into that iPhone with his own

14  user name and password so that the users can see who will be picking them up.  Uber charges me

15  $10/week for the data for each iPhone.  I also paid a deposit for each iPhone that would be returned

16  upon surrendering the phone.

17      12.     Currently, I employ 18 drivers.  Since 2010, I've probably had between 80 and 100

18  drivers work with Black Limousines.  I still drive myself, but not as much as I used to because

19  running my own business is time consuming.  I am and have always been solely responsible for

20  paying the drivers that work on behalf of my business.  Uber does not pay them and has no

21  involvement in my compensation arrangement with them.  I am also completely in control of which

22  drivers drive which vehicles, and how often those drivers log on to the Uber app when they are

23  driving my vehicles (except that what they do on their breaks is their business).  Uber has no right to

24  control, and does not control, how I decide to use my personnel and equipment.

25      13.     My business does not exclusively use Uber to book passengers.  I still provide regular

26  services for clients outside of those booked using Uber.  In fact, most of the driving I personally do

27  is for my company's 100 or so regular clients.  Transportation provided to non-Uber passengers

28

2.

1  makes up about 40% of my business's revenue. The remaining 60% of Black Limousines' business

2  is generated using the Uber app.

3      14.    My company provides a variety of services apart from the trips completed using

4  Uber. For example, I get a lot of business from commercial realtors. They typically want to book

5  SUVs so they can pile into a car and visit 15 or so commercial properties in one afternoon. My

6  company also offers Napa tours, and a couple of my drivers specialize in providing that service.

7      15.    Since gaining access to the Uber app, my business has grown substantially faster than

8  it was growing before. The Uber app is simple to use, but you can use it whenever you want and it

9  offers a lot of potential for profit. The business opportunity it presents speaks for itself — in only

10  four years, I have gone from 1 car and 1 driver to 8 cars and 18 drivers.

11      16.    I have always understood and intended that my relationship with Uber is between two

12  separate businesses, not an employer-employee relationship. I am a business owner, and I have no

13  interest in being an employee.

14      17.    I run my business out my home office in San Francisco. A big part of my job is

15  scheduling the drivers and the cars to ensure they are being used to their full capacity so that the cars

16  are never parked and my business makes the most money possible.

17      18.    I am fully responsible for running every aspect of my business and bearing the

18  expenses that go along with that, such as payments to drivers, vehicle maintenance, gas, commercial

19  insurance, airport fees, licensing fees, car washes, business cards, domain fees for my internet site,

20  etc. Uber does not pay any of the expenses for my business.

21      19.    My drivers are W-2 employees, so I cover all the expenses, like gas, car washes, and

22  tolls. The drivers' only expenses are parking or moving violations, their lunches, and the

23  transportation to get to my place to pick up the cars.

24      20.    I deduct my business expenses on my tax returns. I have an accountant who handles

25  all that. As I grow, I have been learning many things in this business, but accounting is not one of

26  them yet, so I let an accountant handle my taxes.

27      21.    I have insurance for my business and for each car. I also have workers' compensation

28  insurance so that all my drivers are covered.

3.

22.   Once a week, Uber issues my business a payment for all the fares completed by Black Limousines.  Each year, I receive a Form 1099 from Uber.  Under my contract with Uber, Uber takes a portion of each fare as its licensing fee.  UberBLACK fares are split 80% for me and 20% for Uber.  With UberSUVs, Uber gets 28% as its licensing fee and I get the remaining 72% of the fare. With uberX, Uber's cut has varied from 5% to 20%.

23.   When my drivers or I book fares through Uber's app, Uber charges the passenger's credit card directly.  I have always understood that the fare for services booked through the Uber app is all-inclusive, meaning that there is no need to tip.  I've informed all of my drivers that this is the system and that they also should not expect a tip when providing transportation booked through the Uber app.  In fact, I never expect a tip from a fare, regardless of whether it was booked through the Uber app or involves one of my regular clients.

24.   Every now and then I get a tip from a passenger who books services using the Uber app.  I estimate that this happens about once every time I drive, which is about 3 or 4 times a week. When someone tips me, I am gracious and say thank you, and I tell my drivers to do the same.  I've never asked a passenger for a tip, and I tell my drivers never to ask for one either.  I've always understood Uber's payment model to be cashless.

25.   Uber's cashless model is actually consistent with the business practice I have with my regular clients.  As with Uber fares, I don't expect a tip, and the rates I give my regular clients include everything, no hidden fees.  None of my clients pay me for a fare immediately after the service is provided.  Instead, most have accounts with my company, so I have their credit card information on file and charge their card.  I also have a few clients to whom I send a monthly invoice.  Like the Uber fares, some of these clients give me a cash tip on the spot when I drop them off and some don't, but as with Uber fares, it's not expected.

26.   When I do get tips, either through Uber customers or through my regular non-Uber client, the tips vary from client to client.  I've gotten a variety of different tips, from $2 to $400 (which only happened once).  It's hard to say why I receive a tip or not, but in my experience, certain people always tip by nature, not because it's expected from the driver's perspective.

4.

27.     I've been to Uber's office on occasion, but not because I have to.  I have never been required by Uber to go to Uber's office for any reason.

28.     I receive weekly emails from Uber with information on the fares completed by my drivers and general suggestions on how to make more money.  I sometimes show the email to my drivers to reinforce the ideas that I've already been giving them about good customer service.  I take the suggestions in these emails to be exactly what they are, suggestions, not requirements.  I like to learn from experience.  Sometimes that means from my own experience and sometimes that means learning from Uber's reporting on what they are hearing from Uber users.  Uber has never imposed any requirements on the way my business offers transportation services.

29.     The weekly emails from Uber also show the rating for each driver as established by customer feedback.  The rating is not Uber's rating—it's an average of rating received from the customers.  I require that my drivers maintain good ratings, which I have set at 4.8 or higher.

30.     When I'm driving, I always wear a dark-colored suit.  This is not an Uber requirement.  This has always been my practice and is common in the black car industry.  My drivers also wear dark-colored suits when they are driving the black and SUV cars, but this is a requirement I impose.  If my drivers are driving my hybrid and using uberX, I let them wear what they want.  Uber does not have any requirements for what drivers need to wear when transporting passengers booked using Uber.

31.     I've made the decision not to display the Uber logo on any of my cars.  I've heard stories about taxi drivers that harass drivers who are displaying the logo, so I don't like to take that chance with my cars.

32.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the

5.

1  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3        I declare under penalty of perjury under the laws of the United States of America and the

4  State of California that the foregoing is true and correct.

5        Executed at San Francisco, California this _11_ day of _August_ 2014.

6

7                                               Patrick Canlas

8

9  Firmwide:128118381.2 073208.1016

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    6.

### DECLARATION OF RONIE CANLAS

I, Ronie Conlas, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I work full time for the City of San Francisco at a local animal shelter. I started looking for a second job because I wanted some extra income, and a coworker of mine had just started driving and getting his fares through the Uber app. I was drawn to the independence I would have; I can work any time I want but if I'm feeling lazy then I don't. So in January 2015 I onboarded with Uber. I drive a 2014 Toyota Camry and I get fares through uberX.

3. When I was living in San Francisco, I worked 25-30 hours a week. Recently I moved to the East Bay, to Concord, so now I'm driving around 10-15 hours a week.

4. Usually, I start driving at 4:30am and end around 6am. I like this time of day because I can do it before work, and often get lucky with airport rides. After work, I'll rest for an hour and start driving again around 5pm. At least, that's what I do now because my shift at the animal shelter ends at 4pm.

5. My schedule at the animal shelter changes every 3 months or so, which is another reason I really like to drive because I can just adjust my own hours.

6. I don't hear directly from Uber very often at all. We get some all-driver emails with forecasts of upcoming events, or alerts about anticipated high demand. Besides that, if I get contacted by Uber it's usually because a passenger thinks they have left something in my car. When that happens, Uber contacts me to give me the passenger's number, and then I call them directly to tell them that I found nothing. I also get weekly summaries of my ratings and my statements with the amount of fares I've earned. Besides those emails, I don't get any contact from Uber regarding me personally.

7. When I'm driving, I often take breaks to use the restroom, or to stretch. I take them whenever I want, where ever I want, and for as long as I want. It's totally up to me. Sometimes I think about taking a break and I just decide to go home instead.

---

CLASS MEMBER DECLARATIONS 222

8.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

RONIE CANLAS

2
DECLARATION OF RONIE CANLAS

### DECLARATION OF JESSE Z. CARLOS

I, Jesse Z. Carlos, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     My name is Jesse Z. Carlos.  I am 65 years old.  I live in Van Nuys, Los Angeles and have lived there for 14 years.  I use Uber X and have been using the Uber app since November 2014. I do not use Lyft or Sidecar or any other ride-sharing apps because until recently I did not have enough time.

3.     Up until May 15, 2015, I had a full-time job as a restaurant manager and used the Uber app only part time in the evenings or on my day off.  Uber has never told me that I need to spend X amount of time logged onto the Uber app and Uber has never threatened to suspend me for not spending enough time on the app.  When I was working full-time and driving for Uber, Uber never asked that I refrain from engaging in my other occupation.  Now that I have retired, I continue to drive for Uber to supplement my income.

4.     I own the vehicle I drive for Uber X.  Before retiring, I could only use the Uber app in the evenings after I finished my full-time job.  Now, I try focusing on driving during peak hours in high traffic areas.  Uber sends emails about high traffic areas and I try to make it out there as much as possible.  My driving to high traffic areas is completely voluntary, however.  Uber does not assign me specific territories.

5.     I very much value the flexibility that Uber gives me.  It allows me to do whatever I want, whether that it working at my other job or watching my grandson perform during the day.  I can log on when I feel like it and log off when I want to.  No one says I must work at this time or that time.

6.     I make sure to maintain my car and keep it clean for passengers.  I try to act professionally to maintain my current 4.8 star rating.  Sometimes it can be difficult if passengers are drunk and trying to smoke or jump up and down in my car.  In those situations I try to calmly ask

---

1
DECLARATION OF JESSE Z. CARLOS

CLASS MEMBER DECLARATIONS 224

1  them to stop and explain that they are in my car; Uber does not own this car and they need to respect

2  my property.

3      7.    I did not report any part of my income from Uber as tip income because my

4  understanding is that the fares I receive do not include tips.  Sometimes I carry water in my car when

5  it is hot because passengers ask for it but if Uber has ever suggested I do so, I do not remember and I

6  would not have understood that suggestion as a requirement.

7      8.    When I driver for Uber, I take breaks to rest or to eat whenever I feel like it.  When I

8  need to stop I stop.  No one tells me when or where to take a break.  I turn off the Uber app when I

9  take breaks.  Uber has never interrupted a break; I do not even think they can.

10      9.    I have given this testimony completely voluntarily and without any coercion

11  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

15  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

16  have to provide any written statement.  I also was specifically told that I could participate in the

17  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19      I declare under penalty of perjury under the laws of the United States of America and the

20  State of California that the foregoing is true and correct.

21

22  Executed at Los Angeles, California this 25th day of May, 2015.

23

24                            Jesse Z. Carlos

25

26

27

28

CLASS MEMBER DECLARATIONS 225

## DECLARATION OF MICHAEL PHILIP CARR

I, Michael Philip Carr, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 62 year old male, living in Pasadena, CA for the past 27 years.  I have been a driver for UberX since December 2014 and still drive for Uber.

3.      I am self-employed.  My regular job is a manufacturer's representative.  I typically spend around 25 hours per week as a manufacturer's representative and about 25-30 hours driving for Uber.  As a manufacturer's representative, I am free to be an employee of another company.

4.      I own a 2010 Chevy Malibu that I use to drive for UberX.  All of my revenues from driving come through Uber.  I have not used other ride services like Sidecar and Lyft because I am busy enough and make enough money from Uber.

5.      When I drive for Uber, I try to drive during busy hours, and go from the LA to the Westside corridor.  The area from LA to the west side are the areas that have the most surge pricing, so I try to drive in those areas, rather than the East side, which is where I live.  There are certain days that I prefer to drive.  I try to drive weekend nights because they are busier.  Mornings are also very busy, but it is hard for me to get up early in the morning so I don't drive in the mornings early.  I also try to be in the areas that tend to have surge pricing.  Sundays are also busy, so sometimes I drive on Sundays but it is hard because I like to spend that time with my family.

6.      I am free to accept or decline leads generated through the Uber app, although I generally don't decline rides because I do not want it to affect my rating.  Sometimes, if the passenger is far, I will decline the ride to avoid driving a long distance for a small fare.

7.      I experiment with my Uber work schedule, but generally I drive from 5pm to 12pm, four to five nights a week.  Uber does not set my work schedule.  Uber provides its drivers with flexibility.  I value this flexibility because I have been self-employed my whole life, and I enjoy doing things when I want to do them.

---

1
DECLARATION OF MICHAEL PHILIP CARR

8.     When I first started, I watched a training video online.  The video included general ideas about how to interact with passengers.  The video said if someone offers me a tip, I should tell the passenger that the tip is not required or necessary.  They also make suggestions such as not to wear cologne or have air freshener in the car, keep the car clean, and not to call the customer too many times in a row.  I usually follow these suggestions because they make sense. Uber also provides other suggestions such as how to pick up passengers from Dodger Stadium, and notifies drivers if there are specific events going on that may generate more passenger business.  I have also received directions from Uber about how to pick up passengers from Burbank Airport.

9.     It is my understanding that under the star rating system, I rate the rider, and the rider rates me. Uber has instructed me not to ask anyone to give me a good rating, but other than that, the passenger is free to rate me however they want.  To my knowledge, Uber does not have any control over the ratings.  I originally had a rating around 4.5-4.6, which was considered to be below average. I wanted to improve my ratings, so in attempt to increase my rating I started creating Spotify playlists to play during the evenings.  For example, I sometimes play light jazz, but will also ask the customer what type of music they prefer.  I also try to make sure each customer has a pleasant experience, and have since increased my rating to around 4.85 to 4.9.  The idea to start playing music and pay more attention to each individual customer was my own idea.  I also have learned over time by driving more and more, how to make the drive better for each customer.

10.     I communicate with Uber every few weeks through email.  I would like to be self-reliant, and try to communicate with Uber as infrequently as possible.  I usually only contact Uber if there is a problem such as a fare issue or a misunderstanding with the customer.  Uber never contacts me directly without me first initiating the contact, aside from the weekly email sent out to all drivers.

11.     I incur expenses such as gas, car upkeep, food, gum, and water.  I pay for all of these expenses myself, but do not keep a record of these expenses.

12.     In the Uber instruction video, Uber communicated to me that all of a passenger's costs are included in the fare, so if customers try to tip, we should let them know it is not necessary.  The video also said that if the customer insists on tipping anyways, we are permitted to take the tip

CLASS MEMBER DECLARATIONS 227

1   because we deserve it. I typically accept cash tips from about fifteen percent of riders.

2          13.    I currently consider myself an independent contractor of Uber, and wish to remain an

3   independent contractor. I have been self-employed my whole life. I like the independence of being

4   an independent contractor because I do not want to work at place where there is someone telling me

5   what to do all of the time. I enjoy working independently, and think I can make the most money

6   when I make my own decisions about when to drive. I appreciate Uber's suggestions and alerts about

7   special events, but I would never want to have to work a certain number of hours or in a specific

8   territory. If Uber did not provide for independence, then I would not do it.

9          14.    When I am driving, I take breaks to eat and go to the bathroom. Usually, I take a

10  break about every four hours, and I will take a break for about 30-45 minutes. Occasionally, I will

11  take a short nap if I am really tired. These rests typically last for about 15 minutes. When I take a

12  break, I turn off the Uber app.

13         15.    I have given this testimony completely voluntarily and without any coercion

14  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

15  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

17  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

18  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

19  have to provide any written statement. I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22         I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.

24

25  Executed at Los Angeles, California this 26th day of May, 2015.

26

27                                                      Michael Philip Carr

28

---

3

DECLARATION OF MICHAEL PHILIP CARR

CLASS MEMBER DECLARATIONS 228

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
DECLARATION OF MICHAEL PHILIP CARR

## DECLARATION OF DENNIS DANIEL CARRIGAN, JR.

I, Dennis Daniel Carrigan, Jr., do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 53 years old, male, and I currently live in San Francisco, California, in San Francisco County.  I lived in San Francisco for one year and four months.  I moved from Emeryville, California.

3.      I drive in California with a Class CM1 driver's license.  I only drive using the UberX service when I use the Uber App.  I used to drive for Sidecar and Lyft, but I stopped driving for Sidecar when I began driving with Lyft.  I drove on Lyft about four or five times, and now I am overwhelmingly driving with the Uber App.

4.      I signed up with Lyft in June 2014, and I signed up with Uber in January 2015.  I started off in January 2015 using both the Lyft App and the Uber App, but then I began using almost exclusively the Uber App because I make more money with the Uber App.  However, I will still use the Lyft App, and I intend to continue using the Lyft App, because the Lyft App has a feature which allows you to select the destination where you want to end your trip, and it allows you to match up with a passenger who wants to go to the same destination.  This allows me to finish my day and make money on my drive home.  The Uber App does not have a similar feature, so if I kept that App open on my drive home, I could end up picking up a lead who wants to go in the opposite direction.  For the past few months, practically all of my income is from Uber.

5.      A friend of mine referred me to sign up for the Uber App, but I couldn't sign up with Uber because my car was too old.  When I got a new car in January 2015, I was able to drive for Uber.  I used a referral code, and I signed up with Uber online.  I gave them my vehicle registration and insurance information, and had my car inspected, but I do not recall taking any tests of any kind.  I did take online tutorials on how to use the Uber App, the process of how the take customers, and what to do if someone has a service dog because we cannot refuse people who have service dogs.

6.      Uber has never prevented me from working with other driving applications or

---
1
DECLARATION OF DENNIS DANIEL CARRIGAN, JR.

CLASS MEMBER DECLARATIONS 230

1    companies.  Nobody has ever indicated to me that I need to exclusively work with Uber.

2         7.     I drive a 2015 Toyota Prius when I drive with the Uber App.  I have a few options in

3    my car like leather seats, and I also had Sirius XM radio for a while.

4         8.     I drive six to seven days a week using the Uber App, and I will drive anywhere from

5    three to 12 hours each day.  I love that I get to set my own schedule based on my personal

6    preferences.  Uber does not set my schedule at all.  Uber does not require me to be on the Uber App

7    for any minimum amount of time, and it does not prevent me from being on the App for as long as I

8    want.  Uber has not suspended or threatened to suspend me for not spending enough time logged

9    onto the Uber App.

10        9.     I target surge times when I drive. For example, if I get in the car between 7:45 and

11   8:30 a.m., I am more likely to get a surge in the morning, so I try to target that.  Then, when I see

12   surge indicated on the map, I try to target those surge areas and get there as soon as possible because

13   I can earn more with the surge rates.  I also try to sign onto the Uber App between 5 p.m. and 10

14   p.m. because it is the time of day when people are leaving work, so it is a higher likelihood of surge

15   and lead requests, and I can make more money that way.

16        10.    I get e-mails as well from Uber about events and because there is an increased

17   demand, I will try to get out on the road and will definitely try to drive close to those events, so I can

18   maximum my earnings.  For example, Uber sends a notification about the Bay to Breakers event and

19   San Francisco Giants games.  I also seek out information from passengers about events, so I can find

20   out when there are events, so I can drive in those areas and at those times.

21        11.    Uber has not prevented me from driving my car in any particular location.  For

22   example, I once drove a passenger from San Francisco to Mountain View, California, which is about

23   a 50 minute drive.

24        12.    Whenever I see leads, I always accept them unless there is a technical issue.  I do not

25   accept all rides because I think Uber *requires* me to do that.  I do that because I feel like accepting

26   all rides makes me more money.  You don't make money hiding in an alley and turning down rides.

27        13.    I see Uber as a platform and the fee they charge I see as a cost of doing business. I

28   don't see myself as an employee because I work when I want and I never have to report to anybody.

---

2

DECLARATION OF DENNIS DANIEL CARRIGAN, JR.

1  I can also turn on any application I want to. I just choose Uber because I feel like they pay the

2  drivers more fairly. Ultimately, I do not feel like I'm driving for Uber. I feel like I am driving for

3  myself, and Uber just helps me find passengers.

4       14.    I consider myself to be an independent contractor, and I want to continue to be

5  considered an independent contractor. Flexibility is my number one reason for driving. I love to set

6  my own hours, and I like not having a supervisor. I like that I don't have to work set shifts. That

7  way I can maximize my personal time when I want to have fun, and I can maximize my pay by

8  signing onto the App when I want to.

9       15.    Uber sends us a weekly summary of the busiest hours and the hours we drove, which

10  helps us target our schedules towards the busiest times. They don't indicate we're required to work

11  any particular time, but they give us that information so we can maximize our own time. Uber also

12  sends us advice on how to maximize our income and maintain high ratings, but those are only

13  recommendations. There's no requirement for any of that.

14       16.    My rating on Uber is a 4.91, and I think that is a high rating. To keep my high rating

15  I keep my car spotless, I maintain a professional manner with the riders, and I get a lot of positive

16  comments and feedback as a result. I never heard from Uber that you can be terminated for having

17  too low of a rating, but I did hear that from other drivers.

18       17.    I almost never contact Uber. I once contacted Uber to refer a friend to drive using the

19  Uber App and I once contacted Uber for a question about how pay was calculated, but I think those

20  are the only times I ever contacted Uber.

21       18.    In order to drive, I incur gas expenses and car maintenance expenses, as well as

22  parking and tolls. Uber does reimburse for some of the tolls. I do keep a record of my business

23  expenses because, as an independent contractor, I deduct those expenses from my income. Although

24  I just started with Uber, I intend to file as an independent contractor, or self-employed, and file a

25  Form 1099 to report all of my income from Uber.

26       19.    In the tutorial from Uber, Uber said that tips are not required and they instructed us

27  that if a customer attempts to tip us, we are instructed to say tips are not required, and if a customer

28  insists, we should accept the tip and not argue with the customer. It is very rare that a customer has

CLASS MEMBER DECLARATIONS 232

offered me a tip.  Perhaps it occurred 3 times in the last 1,500 rides.  There is no utility in the Uber App that allows for a tip.  Uber never instructed that tips are added into the fare.  The fare is a single fare, and I was instructed when I started that tips are not included at all in the fare.  Some people have said "tips are included" but I am really doubting the source of that information because I never saw anything that said tips are included.  They might be confusing Uber with other platforms.

20.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

_____
Dennis Daniel Carrigan, Jr.

---

4

DECLARATION OF DENNIS DANIEL CARRIGAN, JR.

1
## DECLARATION OF JOHN CARROL, JR.

2    I, John Carroll, Jr., do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except
4    where otherwise indicated, all of the information contained herein is based on my personal
5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    I used to work for the United Parcel Service, UPS, as an employee, and I worked my
7    way up the ladder, and took the driving test, and started as a utility driver for them.  After some time
8    doing that, I injured my back several times, and decided to give notice at UPS.

9    3.    About nine months ago, I started to look at other options to make money working for
10   myself.  My girlfriend told me that one of her coworkers was earning money by using the Uber app,
11   so I looked into it.  When I learned that I did not have to have a brand new car, I decided to move
12   forward with OnBoarding to use the app as an uberX driver.

13   4.    When I OnBoarded, I heard I had to have my vehicle inspected, so I went and did that
14   on my own.  I didn't use the inspection offered at the Uber office.  The inspection service I used told
15   me I needed two new tires and new breaks, which I was happy to fix because I didn't want to be
16   driving other people in my car without first making sure it's safe.  I saw it as investment so that I
17   could increase my own income.

18   5.    I am working for myself under the Uber platform. What drew me to getting fares for
19   through Uber app was the flexibility. I like getting fares through the Uber app because it gives me
20   the flexibility to come and go as I choose.

21   6.    I definitely think that driving more means I have more expenses, but that is my
22   choice. I am okay with making those investments so I can continue to get fares through Uber.

23   7.    Uber contracts with a lot of limousine companies, and I considered driving for Uber
24   through a limousine company, because I wouldn't have to use my own vehicle.  However, I knew
25   that if I decided to work for someone else, I couldn't work the hours I wanted to work, or have the
26   flexibility I have as a direct partner.  I would be in someone else's hands.  I'm still considering
27   switching to work as a subcontractor or employee driver for a limo company, but for now I am
28   happy determining my own hours and using my own flexibility.

1
DECLARATION OF JOHN CARROL, JR.

8.      I was fully aware going into my relationship with Uber that I would be an independent contractor. When I worked as a real estate agent I did so as an independent contractor, so I know what goes into that and what it means.

9.      By having a nice car, by dressing nice, by having a nice appearance and nice attitude, it keeps your ratings up. It's common sense. When I drive for Uber, I wear a nice shirt and pair of slacks. I did the same thing when I was a real estate agent and meeting someone I was hoping to get a listing from. I wanted to be more presentable for those people. When I pick up fares through uberX, I even wear a suit sometimes. Uber makes suggestions to dress this way as well, but there are no requirements as to what I wear.

10.     On a normal day, I drop my daughter off at school at 8:15am, then I head to the airport, SFO, because at that hour there are very few uberX drivers in the area so I get a fare very quickly. Also, airport fares are longer and make more money. If I work in San Francisco and there's no surge pricing, I would have to make five or six runs, on average, to make what I make in one fair from SFO. Most of the time, the fare I get at the airport takes me to San Francisco, and then I will do a couple runs there and hope one will bring me back towards the airport, which is gold. If that doesn't happen, I'll head back to the airport anyway because of the potential to get more long fares.

11.     I am always trying to maximize my time. I am very familiar with the surge patterns in San Francisco. For example, it surges on weekdays from 7 to 10am, and then again from 5 to 8pm. On the weekends, it's pretty much always surging. Usually, I prefer to drive during the morning surges, but I often break up my day and work a few hours in the morning, and then come back during the evening surge. I also often drive on weekends. It just makes sense to maximize the money you make by working only during certain times. I spend about 25-30 hours a week driving.

12.     How much I drive and when I drive is totally up to me. Uber provides no guidance and has no requirements as to when I get behind the wheel, which what I like more about the app.

13.     Although I know I'm free to use multiple apps to find fares, I only use the Uber app because the people who use the Uber app to get fares are more well off. Lyft caters more to younger passengers, which don't spend as much time getting more lucrative fares, like from the airport.

CLASS MEMBER DECLARATIONS 235

1    There are almost no Lyft fares at SFO. However, Uber markets itself better than everyone out there,

2    and while they cater to the general public, they direct themselves more to corporate passengers.

3    There are more corporate passengers so there's more volume. Corporate passengers means a bigger

4    clientele base. With Uber's clientele base, I get the business that I need and I don't feel the need to

5    use another app, like Lyft.

6         14.    My philosophy with trips is that the customer is always right. I always give my

7    passengers the benefit of the doubt to protect my rating. For example, if I go to pick someone up

8    and they are not there, I could cancel the trip. Instead, I call them. Uber has never told me I have to

9    call a passenger who doesn't show, that's my choice because it's the way I like to run my service.

10   This happens a lot at the airport, since there are so many people it can be hard to find someone.

11   Calling just makes sense.

12         15.    I see my goals as to get my passenger from point A to B as quickly, comfortably, and

13   safely as possible. This matters to me even when a client wants me to do something that I think is

14   unsafe, such as try to drive from SFO to downtown in ten minutes. I tell the client that I am going to

15   get them there as safely as possible and they usually never complain after that. Safety is my number

16   one concern. I can't control the client, but I control my car and how I drive.

17         16.    I have had minimal contact with the Uber headquarters, and most of that

18   communication has to do with technical issues with the app. For example, once I got a notification

19   that I couldn't drive. It turned out to be a glitch that I could fix on my own by adjusting my settings,

20   but I had to reach out to Uber to learn this. Sometimes I get frustrated with the time it takes Uber to

21   get back to me about glitches, because I lose money and they lose money when that happens. It's

22   bad for both of our businesses.

23         17.    My passengers will offer me a cash tip on occasion, and I will tell them that tipping is

24   not required. If they still choose to offer the tip, then I absolutely take it because I have a right to

25   take that tip.

26         18.    I have given this testimony completely voluntarily and without any coercion

27   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

28   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3

DECLARATION OF JOHN CARROL, JR.

CLASS MEMBER DECLARATIONS 236

1    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4    not have to provide any written statement.  I also was specifically told that I could participate in the

5    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7         I declare under penalty of perjury under the laws of the United States of America and the

8    State of California that the foregoing is true and correct.

9         Executed at San Francisco, California this 1‌8 day of May, 2015.

10

11                                                    JOHN CARROL, JR.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF JOHN CARROL, JR.

**DECLARATION OF PATRICIA ANN CASEY**

I, Patricia Ann Casey, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 52 years old and I live in the City of San Bruno in San Mateo County, California. I have lived in San Bruno for my entire life.

3. I currently work full-time as a driver and have been using the UberX and UberXL platforms to generate leads since July 2014. I do not currently hold any other jobs, although I have prior experience in the customer service industry.

4. I conduct my business with Uber as a sole proprietor and an independent contractor. I have always understood that I am an independent contractor and have never considered myself to be Uber's employee.

5. I transport passengers in a 2015 Ford Explorer. I own this vehicle and I use it for work and personal purposes.

6. I first learned about Uber through a friend in July 2014. At the time, I had been looking for work for over a month with no success. I believe I applied to over two hundred positions, but no one was interested in hiring me; I was not getting any responses. My friend described the Uber App to me and I saw that I could earn income by driving. I decided to call Uber's office to learn more about the App and to ask them how I could get started. After my call, I met with an Uber representative who gave me a detailed explanation of the App, showed me how it worked, and gave me an iPhone that I could use to log onto the App. Following this meeting, I went through a background check process, got approved, and my account was set up.

7. Currently, I only transport passengers that I receive through Uber. I do not see a need to generate leads any other way. I receive sufficient income through Uber-generated rides and I have not yet had any problems with Uber. But Uber does not restrict my ability to use other means of generating leads, such as other ride-sharing apps, nor does it restrict my ability to offer my transportation services to other companies.

CLASS MEMBER DECLARATIONS 238

8.     As an independent contractor, I am able to set my own work schedule and hours. Uber has never told me when I have to log onto the App or required me to work a minimum number of hours. I value this flexibility immensely.

9.     I'm an early morning person. My normal weekday routine is to wake up around 5:30 am, do a workout, and turn on the App around 7:30 am. I'm logged on and driving for most of the day—between 6 to 8 hours—and I like to end my day around 4 pm. I choose not to drive during the evening commute or during the "2 am shift."

10.     When I am driving, I take breaks whenever I want to. I take breaks to address important personal commitments. For instance, I sometimes need to take time during the day to take care of my 90-year-old mother. With the App, this is not a problem. I can log off the App, spend time with my mother, and then log on to the App later in the day.

11.     Similarly, I can take entire days off if I want to. I generally like having my weekends free, so I try to drive for at least 40 hours during the regular work week. But if I feel like it, I will take a weekday off, and work on the weekend instead.

12.     Uber notifies me when there is surge pricing and when there are large public events where demand for rides is expected to be high. For example, I recently received a text message from Uber informing me about expected high demand on the day of the Bay to Breakers race in San Francisco. These communications often inform drivers that they can earn a certain dollar amount per hour for working these events. I recall certain promotions stating that drivers could end up making $35 per hour. I like that Uber informs drivers of these opportunities. Uber presents this information to drivers and lets them decide whether or not they want to act on it.

13.     Drivers who use Uber are rated according to star rating system. A driver's rating can range from one to five stars. A driver's rating is determined entirely by his or her passengers and Uber does not tell passengers how to rate their drivers. Sometimes passengers are in a huge rush and will give a driver a low rating simply because the driver was not able to get them to their destination within an unreasonably short time frame. I do not think it is fair to give a driver a low rating under these circumstances because arrival times are affected by things the driver cannot control. After all, we can't make our cars fly. But at the end of the day, the passengers get to decide how they want to

2
DECLARATION OF PATRICIA CASEY

rate their drivers.

14.    My current star rating is 4.78.  To maintain my star rating, I try to anticipate and be attentive to my passengers' needs.  I offer bottled water and mints to passengers.  I also have phone chargers available for their use.  I play music for my passengers if they indicate that they want to listen to music.  If passengers are working or prefer a quiet car, then I keep things quiet for them. I always treat customers with respect and act professionally.

15.    My passenger service techniques are based on my own experiences and expertise.  I have worked in customer service since the age of 16, so I know how to treat customers well.  I do not recall receiving suggestions from Uber regarding how drivers should treat riders.

16.    I communicate with Uber from time to time when I have questions about the App or my account.  I prefer to speak in-person, so when I have questions, I go down to Uber's office on 301 Vermont Street in San Francisco.  I have found the staff at this location to be very helpful.  I am always in and out of the office very quickly.

17.    So far, I have not had any problems with my fares, so I have never had to communicate with Uber regarding fare adjustments.

18.    I incur various expenses as part of transporting passengers.  These include cleaning costs, gas, and vehicle maintenance and repair costs.  I pay for all of these expenses and keep a record of them so that I can make the appropriate deductions when I file my taxes.

19.    I receive a 1099 Form from Uber that I use to file my taxes.

20.    I understand that the fare for an Uber-generated ride is meant to be all-inclusive and that a tip is not required.  I do not solicit tips from my passengers.  If passengers ask me whether a tip is required, I tell them that a tip is not required, but that they can leave a cash tip if they want to. I make it clear that tipping is entirely up to them.

21.    I have accepted cash tips that customers have left me.  I receive tips very rarely— probably once out of every 100 rides—and at most, I receive $3 per tip.

22.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 21th day of May, 2015.

Patricia Ann Casey

4

DECLARATION OF PATRICIA CASEY

**DECLARATION OF ADRIAN CASTILLEJOS**

I, ADRIAN CASTILLEJOS, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently work full time as a regional manager. In order to make extra money, I offer transportation services as a driver through Uber. I drive approximately 25 hours a week for Uber.  However, because I have a full time job and only drive in my free time, the amount of free time I have each week, and as a result the amount of hours I drive, varies from week to week. I also may choose not to drive if I am tired and just do not want to drive.

3.      I own the Chevy Cruze I use for transportation of passengers. I deduct the mileage associated with my Uber fares as business expense on my income tax.

4.      I very rarely communicate with Uber. Often I will only communicate with Uber if I am having a problem with the app. Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject. Every week I will receive an email from Uber indicating my average star rating. However, I do not consider these emails instructional as they do not contain any feedback regarding the rating or what I should do to improve my rating.

5.      Uber does not direct where or when I drive. While they will send emails regarding events in the area or suggesting ways I could earn money by changing the hours I drove, I consider these just suggestions.  Because I only drive in my free time and for extra income, I drive when it works for me. For example, while I have no problem taking customers to bars, I prefer not to drive them back so I do not work late nights. I also will not accept a fare if it will take longer than 10 minutes to pick up the fare. Of course if it is slow, then I may take a fare that is further way, but it is my decision. Other than these basic rules, I really don't have a strategy when it comes to determining which fares I accept. I usually will just turn o my app when I have free time and start accepting fares.

1
DECLARATION OF ADRIAN CASTILLEJOS

6. Indeed, my favorite thing about Uber is the flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable to me because it allows me to focus on full time job whenever I need to, but also make money in the meantime.

7. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

_____
ADRIAN CASTILLEJOS

2
DECLARATION OF ADRIAN CASTILLEJOS

**DECLARATION OF Thu-hong Catellier**

I, Thu-hong Catellier, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am an UberX driver.  I am 45 years old and have been living in San Diego, CA for about 40 years.  I currently use the UberX service and I have been using it since last July.  I am a full-time stylist working at home, looking for space.  I am a direct partner with Uber.  I own one vehicle which I use when using the Uber app, a Honda Fit 2015.  I also use the Lyft app, which I have been using since last June.

3.    When I use the Uber app, I stay away from the surges and the other drivers.  I go to the empty spots.  Usually, where there are a lot of drivers, you are just sitting and waiting.  If I go to where it is normally less busy, there are a lot of people who need Uber, and people are really grateful that I am there.  And I am usually there before the surges, so I am there when it hits.  I usually log in between midnight and 6AM, because there are no other drivers, and there is more need.  I use Lyft and Uber at the same time.  I take the ride that comes in first.  I like being able to use both because it keeps me busier.  I think about 8 to 1, I get an Uber ride.  Uber doesn't restrict me from using both apps at the same time.  I think that I can accept or decline leads.  I might decline them if they are more than 20 minutes away.  Also, sometimes I will call them to see if they will wait.

4.    I like having the flexible schedule, because I am busy and it fills in the gap of my income.  And sometimes you have to take a potty break and you don't have to call.  Sometimes if I can't sleep in the morning, I just turn it on and see who needs a ride.

5.    When I signed up for the app, there was the video which gave suggestions.  You're not really required to follow these suggestions.  I've seen people just do what they want, and whatever.  It's not really a rule, it's flexible.

6.    The star rating system is pretty simple.  You give someone a ride and they rate you, although what I think my rating should be and what the rider thinks it should be are different.  The ratings are determined by the passengers.  Uber doesn't have any control over them.  My rating is 4.8 and I think this is a high rating.  I make sure that I communicate everything to the passenger; like that I am looking up alternative routes.  I am completely polite and try to mirror their actions.  If they are talkative, I am talkative.  If they want to party, I am like "yeahh" and if they are business passengers I'm like "yes, ma'am."  Some of these ideas come from Uber and some are just me, just business

CLASS MEMBER DECLARATIONS 244

sense.  The Uber suggestions are basic suggestions, so it's kind of hard not to follow them.  They are what you do in social settings anyways.  They are not asking you to do anything extraordinary, like just wear deodorant and don't dress like you are going to work in the fields and the blow-dryer will electrocute you if you drop in in the bathtub.  Some people need some extra guidance I guess.

7.     I communicate with Uber about once a week, because of malfunctions in the app and I email them to give them suggestions.  Some weeks I send nothing and other I am shooting them a lot.  My emails from Uber are usually what is happening around town, perks, reward programs.

8.     I read and understood the licensing agreement.  I intended to be an independent contractor and I want to continue that way because of the flexibility.  I choose what I want to earn, and how many hours I want to put in.  I don't want to work for anybody ever again.  I don't want to be an employee.  If it goes to employee status, I will not be with Uber anymore.

9.     My expenses are gas, maintenance, any extras that I choose to put in, like water or snacks.  I keep track with an app called Expensify.  You take scans of receipts and it puts it all in there, and it keeps track of mileage.  Then I just give it to my tax guy.  I filed as self-employed on my taxes last year.  I got a 1099 form from Uber, and I did not get a W-2.  I reported my expenses and took deductions for them.  That's the best part.

10.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 29th day of May, 2015.

05/29/2015

_____
Thu-hong Catellier

2
DECLARATION OF Thu-hong Catellier

## DECLARATION OF MARK CAZARES

I, Mark Cazares, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    My name is Mark Casarez.  I am a 45 year old male.  I use the UberX service.  I've been using Uber since February, 2015.  I currently live in Monterey Park, CA.  I work directly with Uber with the personal car that I own.

3.    My fulltime job is working at Boston Brick & Stone, a construction company, Monday through Friday.  I work with Boston Brick & Stone usually from 7:00 a.m. until around 3 p.m. or whenever the job is done.  I usually use Uber after work and sometimes on weekends.  Uber is my side income.

4.    I don't have any particular schedule or territory.  I just turn on the App when I'm done with my paperwork from Boston Brick & Stone and see whether there are requests.  During the weekdays I drive until about 8:30 or 9 p.m. because I have to wake up early for my construction job. During this time I also take breaks for the restroom, to eat, refreshments, and other such things. When I take a break I turn the App off and will turn it back when I'm ready to start driving.  I like that I have the freedom to take a break when I need it, unlike a day job where you're on the clock. Uber is very flexible.  You're able to set your own hours and there is no set duration that you need to work.  Those are the features that attracted me to being a part-time Uber driver.  With Uber you're not tied down.  You can take a break whenever you want for however long you want.

5.    My rating is normally between 4.8 and 5-stars.  In order to get good ratings I open doors for clients.  I also provide napkins and let passengers eat and drink inside the car.  I try to communicate with the passengers.  I'm a salesperson by day so I translate that into how I speak with Uber passengers.  Uber doesn't give suggestions on how to get high ratings, I just decide on my own what to do.  Uber has never contacted me about my rating.

6.    I don't have a particular territory that I drive in, but instead just go wherever I get

CLASS MEMBER DECLARATIONS 246

1  requests. I don't look for places or times with surge prices, but just go wherever the passengers take
2  me. I receive general emails from Uber letting me know what weekends or areas are high demand.
3  They're not asking you to go to those places, it's just for the drivers to know. I don't go to the
4  locations Uber emails about. Again, I just start at my home and follow where the passengers take me.

5        7.     I have received cash tips from passengers. Usually I say no at first, but if the
6  passengers insist I'm not going to argue with them.

7        8.     I have given this testimony completely voluntarily and without any coercion
8  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
9  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
10 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
11 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
12 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
13 have to provide any written statement. I also was specifically told that I could participate in the
14 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
15 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16      I declare under penalty of perjury under the laws of the United States of America and the
17 State of California that the foregoing is true and correct.

19      Executed at Los Angeles, California this 26th day of May, 2015.

21                         Mark Cazares

---

2

DECLARATION OF MARK CAZARES

CLASS MEMBER DECLARATIONS 247

## DECLARATION OF LUIS CHACON

I, Luis Chacon, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. My name is Luis Chacon. I am a 45 year old male. I live in Van Nuys, Ca. I drive using UberX. I have been using the Uber App for less than a year. I drive my own car and work directly with Uber.

3. I work for Chipotle fulltime. I drive at night after I'm done with my work at Chipotle. I drive with Uber part time to supplement my income. I typically drive from around 6:00 p.m. to midnight and only take breaks to the use the restroom. I try to drive in Downtown Los Angeles or West Hollywood because they are the most busy. I get texts from Uber suggesting where to drive and I follow those sometimes. I don't take surge pricing into consideration with where and when I drive. I like that I can drive whenever I want. I like having the flexibility of driving all night or for just a few hours on the weekend. I like that if I need to drive, I can. Uber does not make me drive during any certain times or certain territories. I love it, that's why I do it. I like to meet cool people and I love that I can do drive whenever I want.

4. I am sometimes offered cash tips from customers, but I always turn it down.

5. I have a high rating. I currently have a 4.9. I had a 5 rating for a long time, but just this weekend someone gave me a lower rating, although I'm not sure why. I provide exemplary service always. I offer my customers water and open doors for them. When I first signed up with Uber, we were given a printout with things that we are supposed to do. For example, it is suggested that drivers open doors for guests, provide bottles of water, and a few other things. Uber does not enforce these recommendations. I hear regularly from passengers that a lot of other Uber drivers do not do these things, but I always do. Uber has never contacted me about my ratings or about my service.

6. The only communications I get from Uber are a weekly update email from Uber and

CLASS MEMBER DECLARATIONS 248

1   the pay statement email.  The weekly update gives recommended hours and will give updates about

2   certain rules, such as picking up at airports.  They also give tips about hot spots and big events that

3   are going on in certain parts of town.   I take the suggestions if I happen to be driving during these

4   times, but not otherwise.  I've emailed Uber a few times whenever I've had questions.  For example,

5   I've emailed when I've had questions about updating my registration and insurance.

6        7.   The only expense I have connected to driving with Uber is the bottled water I buy for

7   my customers.  When I did my taxes I used the 1099 form that Uber provided to me and indicated

8   that I was self-employed.  I did not include any expenses relating to diving with Uber when I filed my

9   taxes.

10        8.   I have given this testimony completely voluntarily and without any coercion

11   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

15   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

16   have to provide any written statement.  I also was specifically told that I could participate in the

17   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19        I declare under penalty of perjury under the laws of the United States of America and the

20   State of California that the foregoing is true and correct.

21

22        Executed at Los Angeles, California this 27th day of May, 2015.

23

24        Luis Chacon

25

26

27

28

---

2
DECLARATION OF LUIS CHACON

CLASS MEMBER DECLARATIONS 249

1    MORGAN, LEWIS & BOCKIUS LLP
     ROBERT JON HENDRICKS (SBN 179751)
2    STEPHEN L. TAEUSCH (SBN 247708)
     CAITLIN V. MAY (SBN 293141)
3    One Market, Spear Street Tower
     San Francisco, California  94105
4    Tel:   415.442.1000
     Fax:   415.442.1001
5    rhendricks@morganlewis.com
     staeusch@morganlewis.com
6    cmay@morganlewis.com

7    Attorneys for Defendant
     UBER TECHNOLOGIES, INC.

8

9               UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS     Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
13   MANAHAN, WILSON ROLLE, JR, and   **DECLARATION OF ALIKHAN**
     WILLIAM ANDERSON, individually and  **CHAKHALIDZE**
14   on behalf of all others similarly situated,

15              Plaintiffs,

16                        Complaint Filed: August 16, 2013
        v.                   FAC Filed: May 30, 2014

17   UBER TECHNOLOGIES, INC.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

I, Alikhan Chakhalidze, hereby declare as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am the owner of A Star Limo, LLC, a transportation business I established in 2011. Before incorporating the company as an LLC in November 2012, I ran A Star Limo under a "dba" of the same name, registered to do business in San Francisco.  Prior to starting A Star Limo, I worked as a semi-truck driver for several years, but then I got tired of being away from home on the road and wanted to settle down. I decided to use the money I saved driving trucks to build my own limo business in the San Francisco Bay Area.

3.    After I purchased my first car for A Star Limo, I went through the process of getting the appropriate licenses and permits to run the business. I obtained a charter-party carrier (TCP) license for my vehicle through the Public Utilities Commission (PUC). I also registered my business with the Department of Motor Vehicles and obtained a permit to pick up and drop off passengers at the San Francisco International Airport. I also obtained PUC-required commercial auto insurance at the appropriate level for the number of passengers my vehicles could transport.  Now that A Star Limo has a stretch limo that fits up to ten passengers, my business is required to have a $1.5 million policy.  For fewer than ten passengers, the PUC requires only half as much coverage.  Once I had completed all these steps, I opened A Star Limo for business.

4.    At first, A Star Limo owned only one car, a Lexus sedan, and I was the only driver. I obtained leads from my cousins who worked as valets at high-end restaurants, from my website (astarlimosf.com) and Facebook page, through word of mouth, and from positive customer reviews on Yelp.  After five months, I had earned and saved enough to buy a stretch limo, and I began getting jobs to do events like birthday parties and proms.  My business did well in part because I had a lot of experience driving big vehicles from my days as a truck driver, and I was able to apply that expertise to operating my limo business.  In addition to the stretch limousine, my business later acquired a six passenger limousine. I chose to buy a limo instead of a SUV because it is easier for passengers to enter and exit the vehicle when it is lower to the ground.  My business thereafter

1.

acquired a stretch Lincoln Towncar and a Nissan Altima. A Star Limo currently owns seven vehicles in all.

5.      I started my business a little under a year before I signed up to get access to Uber's app. I had heard other people in the limo industry talking about Uber. One day, I got an email from Uber stating that they were looking for established limo companies to partner with. I consulted with fellow limo company owners about Uber and decided the business arrangement would be a good fit.

6.      To gain access to the Uber app, I took a city knowledge test to show I was familiar with the streets of San Francisco. Uber also looked over my vehicles to make sure they were in good working order. I also gave Uber copies of the appropriate licenses, permits and insurance required to transport passengers as a charter-party carrier company in California and accepted an agreement with Uber that set forth the financial and other terms that would govern the relationship between our two companies. I read through the agreement and felt comfortable that nothing in the agreement would affect my ability to operate my business independently, while also having access to Uber's app as an additional source of leads.

7.      Initially, the amount of income my business received from Uber-generated fares was relatively low because I continued to drive mostly my own existing clients or other clients I acquired through my existing lead generation sources. Only a small percentage of my revenue came through the Uber app. As my business grew, and as the Uber app grew in popularity, I began to pull in more fares through the Uber app.

8.      Right now, about 80% of my revenue comes through Uber-generated fares. For tax year 2013, my 1099 from Uber reflected an income of approximately $280,000, and my income from my other clients totaled approximately $70,000.

9.      Currently, all of my vehicles pick up fares through the UberBLACK option on the Uber app. Under my contract with Uber, Uber's commission from the fares is 20% and my business receives the other 80% of the client's payment. I decide what to pay my drivers; Uber has no say or involvement in my compensation arrangement with them.

10.     A Star Limo currently has approximately ten active drivers contracting with the company. I find all of my drivers through networking, references, and word of mouth. When I

2.

explain how the business works to a prospective driver, I tell him that he is free to work as much or as little as he wants, but that I cannot guarantee any amount of income.  His income will depend on how he chooses his hours, where he drives, and how often he drives.  The drivers appreciate this business model, and the Uber app plays an important part in that model because it lets them control when they want to earn money and how much they earn.  My drivers often tell me that they like getting fares from the Uber app because they "can be free."  When they drive for A Star Limo's regular clients, they are bound by the client's demands.  With the Uber app, they log on and off when and as often as they like. For this reason, I am generally the one to drive private clients, which allows my drivers to primarily use the Uber app.

11.     I trust all the drivers I contract with, so they are free to keep the company's cars with them. The arrangement we have is that as long as they are actively using the car five days a week for a minimum of eight hours a day, they do not have to return the car to the A Star Limo lot.  It does not matter when they put those hours in.  The only reason my business has that requirement is that if they are using the car less than that, which they are free to do, then another driver could be driving it when it's not in use.  I made this decision in order to increase the profitability of my business while also recognizing the convenience to my drivers of being able to keep the car with them.  Uber has no involvement in the way I choose to use my vehicles.

12.     With ten active drivers, A Star Limo currently has eight Uber phones, each with its own $10/week data plan.  Each independent contractor driver drives under my Partner account. Uber submits payment to me for the fares my drivers complete on behalf of my business and then I pay the drivers.

13.     My business uses a written agreement with each of its independent contractor drivers. The agreement sets out a compensation structure that is the same for Uber and non-Uber fares under which the driver receives 60% of any fare he or she completes and my business keeps the other 40%. The driver is responsible for the fuel and cleaning costs of whatever vehicle he drives.  All other expenses, including water for clients and other amenities, are covered by my business. At the end of each year, each driver receives a 1099 with his earnings.

3.

1

2      14.    I have always understood that Uber's business model is cashless, and the fare my

3  company receives for trips completed using the Uber app (minus Uber's licensing fee) is intended to

4  fully compensate my business for the transportation services provided.  The fare is set at a level that

5  makes it unnecessary for passengers to tip.  Though Uber has made this clear, I separately informed

6  my independent contractor drivers that they should not expect a tip from Uber passengers because

7  the fare is supposed to cover the full cost of the ride.  Occasionally, a client will give a tip in addition

8  to the Uber fare.  If I am driving and the passenger offers me a tip, I accept it.  I have told my

9  independent contractors to do the same.

10      15.    Although I have been to the Uber offices various times, Uber has never required me

11  to go. When I do go in, it is to solve some logistical issue, such as to exchange an Uber iPhone

12  because it has stopped working.

13      16.    I rarely communicate with Uber at all.  From time to time, Uber has provided

14  suggestions to Partners and drivers about how to keep our "star ratings" high, including by keeping

15  vehicles clean and having various amenities available to customers, such as water, gum and

16  magazines.  These are suggestions, not requirements.  Uber does nothing to confirm whether my

17  business does these things.  Also, these are basic things everyone in the industry knows to do to

18  provide good customer service.  I appreciate the reminders from Uber, but I'm in business for

19  myself, and I decide how to run my business.  Uber cannot tell me or my drivers how or where to

20  drive, who to pick up, how to dress, what vehicle to use, or anything else.

21      17.    I have given this testimony completely voluntarily and without any coercion

22  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

23  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

24  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

25  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

26  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

27  not have to provide any written statement. I also was specifically told that I could participate in the

28  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4.

1

2   I declare under penalty of perjury under the laws of the United States of America and the

3 State of California that the foregoing is true and correct.

4   Executed at San Francisco, California this _20_ day of ___O 8___ 2014.

5

6             Alikhan Chakhalidze

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.

## DECLARATION OF CASEY CHEUNG

I, Casey Cheung, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 49 year old male and live in San Francisco, California.  I have lived in San Francisco since 1980.

3.      I currently drive using the UberX app and have been an UberX driver since September of 2014.  When I first started, I worked in finance on a full-time basis and drove with Uber part-time.  In November 2014 I started driving using the UberX app full time.

4.      I am a direct partner with Uber and own my own car.  It is a 2008 Toyota Camry and I only use it for driving with Uber; I have a second car that I use for personal reasons.  However, very rarely I will use my Camry for personal use.

5.      I also sometimes use the Lyft app, but only about 10-15% of the time.  I usually use the Lyft app when there are a lot of Uber drivers on the road and it takes a long time for me to get a ride request.  Occasionally, on slower days or during slow times of the day, I will have both the Lyft and Uber apps open at the same time so that I can pick up more fares.  This is much more likely to occur on a weekday than on a weekend, as there is a much higher demand for rides on the weekend.  If I were only allowed to drive using the Uber app and not Lyft, I would probably lose about 10-15% of my income.

6.      I am trying to make as much money in the shortest amount of time possible.  My strategy in trying to accomplish this depends in part on surge pricing, which means that I get paid more for the same rides.  I used to notice a lot more surge pricing back when I first started in September 2014, but there seems to be less now.  I try to target the surge pricing fares because I make a lot more money on them, as they are almost always "double digit fares" even if they are short rides.

7.      I typically drive about eleven hours a day, between six and seven days a week.  When I first started driving with Uber, I tried to work from about 6 am to 2 pm during the week, but I

1
DECLARATION OF CASEY CHEUNG

1    quickly found out that I did not make much money during that time because the demand is low.

2    Therefore, I adjusted my schedule and now I tend to drive between about 7:30 am until about 8:30

3    pm, including some time in the middle of the day to have lunch, go to the gym, or take a nap. On the

4    weekends, I usually drive from about 10 am until 7 pm because there is a more steady demand

5    during the day on the weekends. I am currently driving 7 days a week, but once I save up more

6    money I will probably decide to cut down my hours to between 45 and 60 hours a week.

7        8.      Uber does not assign me a territory in which I can drive. I know that I can drive

8    anywhere I want to based on my own discretion. I usually decide where I am going to drive based

9    on where I am going to pick up the most fares and the amount of traffic involved.

10       9.      I am free to accept or decline a ride when I receive a request on the Uber app. The

11   only time I usually do this is the rider has a pet that is not a service animal. I know that this is up to

12   my own discretion and Uber does not tell me whether I can or cannot do this. In addition,

13   sometimes I will decline to pick up second rider for an UberPool when the second rider is out of my

14   way or there is a lot of traffic on the way to pick up the rider.

15       10.     Uber will occasionally contact me to let me know about promotions, like when there

16   is a special event going on like Bay to Breakers or New Year's Eve. On those occasions, I know that

17   I will make a minimum amount of money if I drive during certain hours. I have done this in the past,

18   but have stopped doing this because often the traffic makes it too difficult to pick up passengers and

19   it is not feasible for me to get the necessary fares.

20       11.     Uber does not restrict me from working for another company and does not set my

21   schedule. I make my own schedule based on how often I want to drive and how much money I want

22   to make. I like the flexibility of driving with the Uber app because I like not having a boss and I like

23   the freedom of being able to ignore the app if I do not want to pick up a passenger. I also like that I

24   can take a break in the middle of the day to run personal errands or go to the gym, which I could not

25   do when I was working in finance.

26       12.     I first contacted Uber online and completed some paperwork to sign up for the app. I

27   took pictures of my license plate and brought my car in for the mechanics to look over the car and

28   make sure it ran properly. This process took about 20 to 30 minutes. During this time, Uber did not

---

2
DECLARATION OF CASEY CHEUNG

1   give me any suggestions about how to interact with passengers.  However, they sent me a video to

2   watch with general information in it.

3       13.    I am not required to wear any particular clothing when I drive using the Uber app.  I

4   usually wear jeans, a breathable shirt because it gets very warm in my car from the engine heat, and

5   then maybe will also wear a light jacket over it if it is a colder day.  I know that drivers who use the

6   Lyft app are typically more casual and will wear shorts or flip flops, but I try to dress more

7   professionally because I drive professional passengers.

8       14.    I receive emails and text messages from Uber a few times a week.   The emails

9   include reports on my performance for the past week, such as customer comments and ratings, as

10  well as my acceptance rate as compared to other drivers and the amount that I can expect to be paid

11  on a weekly basis.  In addition, I receive promotional emails informing me about special events,

12  which I will sometimes skim in order to see if they affect my driving.  However, I do not always

13  read these.

14      15.    My star rating is very high, even though I have done a lot of trips.  I often receive

15  compliments from customers about how high my rating is.  My rating usually rotates between about

16  4.9 and 4.88, depending on a number of factors such as surge pricing (which the passengers usually

17  do not like because it is more expensive) and the number of UberPool rides I take (because often

18  passengers do not like when I drop off the other passenger before I drop them off).

19      16.    In order to improve my rating, I always offer passengers the use of cell phone charger

20  cords, which they like because the Uber app takes a lot of battery power on their phones.  Many

21  passengers take me up on this.  I also will offer riders mints or gum, although I have stopped

22  offering them gum as much because they drop the wrappers in my car and I try to keep it clean.

23  Uber has suggested that I do things like this, including opening the door for passengers, but I do not

24  always follow the suggestions and I know that I am not required to do so.

25      17.    I have occasionally received cash tips from customers, but not very often.  I usually

26  get these tips about once a week or so and they vary between about $2 and $5.  The largest tip I ever

27  received was $10, which only happened on one occasion.

28      18.    When I first started driving using the Uber app, I knew that I would be an

---

3

DECLARATION OF CASEY CHEUNG

1   independent contractor. I am happy being a contractor and do not want to be an employee because I

2   enjoy the flexibility and independence, particularly not having to report to a boss.

3       19.     Because I work as an independent contractor, I am set up on a schedule to pay my

4   taxes on a quarterly basis. When I file my taxes for 2015 next year, I will file as self-employed.

5   Last year, Uber sent me a 1099 for that portion of my income that was attributable to my driving (as

6   opposed to my finance job, which sent me a W-2).

7       20.     I typically log out of the Uber app when running personal errands because I know I

8   will not be able to accept new fares during that time. However, from time to time I may forget to log

9   out before I run my errand and then I have to decide whether to take a new fare or to log out and

10   continue with my errand. If, for example, I have pulled over to get gas and then am informed that

11   there is a new fare during a surge pricing time, I may decide to get back in the car and just get gas

12   later.

13       21.     My understanding is that, for each fare that I take, I receive 75% of the total fare

14   amount and Uber receives 25%. I believe that just before I started driving with Uber, the breakdown

15   was 80% and 20%, but that was not the case when I first started.

16       22.     I have given this testimony completely voluntarily and without any coercion

17   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

18   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

20   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

21   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

22   not have to provide any written statement. I also was specifically told that I could participate in the

23   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

24   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25

26   //

27

28

---

4

DECLARATION OF CASEY CHEUNG

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at San Francisco, California this 19th day of May, 2015.

4    

5                                          CASEY CHEUNG

6    

7    

8    

9    

10   

11   

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28   

5<br>DECLARATION OF CASEY CHEUNG

CLASS MEMBER DECLARATIONS 260

1

## DECLARATION OF EDMOND CHOUTEAU

2    I, EDMOND CHOUTEAU, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter. Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    My name is Edmond Chouteau. I am 51 years old.

7    3.    I have been a resident of View Park, Los Angeles for two years.

8    4.    I have been driving for Uber for 8-9 months.

9    5.    I am also a field super-intendant for a water proofing company. I was attracted to

10   Uber because it allowed me the flexibility to earn some extra money in my free time. Roughly 1/8 of

11   my income is earned through Uber.

12   6.    I drive both UberX and UberPlus. The vehicle I use for UberPlus is a Mercedes and I

13   have a Ford F150 that I use for UberX. I use both cars for personal use as well.

14   7.    I drive three nights a week, Thursday through Saturday. I generally work from 7pm

15   to 3am. I choose those hours because I believe them to be the most profitable. Uber does not

16   influence my decision to work those times.

17   8.    I love to chat to with my passengers. I'll also provide them with phone chargers and

18   breathe mints, but I mainly love to make good conversation. My relationship with my passengers is

19   dictated by own approach to customer service. I don't feel obligated by Uber to act a certain way.

20   9.    I choose to drive in the areas that I know as a Los Angeles native to be the hot spots. I

21   don't feel pressured by Uber to drive in certain areas.

22   10.    When driving, if I'd like to take a break, I just turn off my app. I feel at liberty to take

23   a break whenever necessary.

24   11.    I understand that ratings are based on passenger experience and are dictated by the

25   passengers.

26   12.    I understand that Uber's policy is not to accept tips but if a passenger insists on giving

27   me a cash tip, I will accept.

28

---

1

DECLARATION OF Edmond Chouteau

13. If a passenger needs to make two stops during a ride I will just keep the app on. I don't charge them extra for the second stop.

14. I don't follow surge prices because there is no guarantee you will actually make more money. I just go where the riders take me.

15. I sometimes take vacations and do so at my liberty. I never have to ask Uber for permission. I'll just go off line and come back on when I return.

16. I did receive advice from Uber on how to conduct rides but feel no pressure from Uber to follow those rules exactly. I don't feel Uber would terminate me as a driver for not following their advice. The nice things I do for my customers come entirely from my own beliefs and desire to treat people well. For example, I wait for female riders to get into their house before leaving to ensure they are safety. I let my passengers know I am doing so.

17. I have limited contact with Uber. Aside from a time a passenger left his phone in my car, I have very little contact with Uber. Uber has not contacted me directly to instruct me on when and where to drive.

18. I feel I am definitely an independent contractor. Other employers do not give you the same amount of freedom to work when you want and as much as you want. I appreciate how Uber gives people the opportunity to improve their lives on their own terms.

19. When I filed my taxes this year, I indicated I was self-employed in regards to my relationship with Uber. I received a 1099 form from Uber and no W-2.

20. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

1  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2      I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4

5      Executed at Los Angeles, California this 26th day of May, 2015.

6

7                                                    Edmond Chouteau

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF Edmond Chouteau

CLASS MEMBER DECLARATIONS 263

## **DECLARATION OF FRANK T. CHOW**

I, Frank T. Chow, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 59 year old male living in San Francisco, California in San Francisco County. I have lived here for 42 years.

3.      I use the UberX service.  I started using this service approximately a year ago.  I was introduced to it by my brother, who is also someone who uses the Uber application.

4.      I am currently a restaurant chef part-time.  I work about 32 hours a week as a restaurant chef.  I use the Uber application maybe 30 hours a week.  Sometimes I use the Uber application more and sometimes less. I have an account with Sidecar.  If I feel like using Uber one day, I use Uber.  If I feel like using Sidecar, I will use Sidecar.  Uber does not care if I also use Sidecar.  I am an independent contractor, I can do what I want.

5.      I am a direct partner with Uber. I own the cars that I use.  I use a Toyota Prius 2015 and a Toyota Corolla 2005.

6.      I do not use any particular strategy.  Uber does not tell me to work in any particular location.  I am free to decline ride requests.  I would like Uber to improve its application to increase efficiencies and performance.   It is difficult for Uber partners to accept a passenger who subsequently sees another Uber partner who is closer in location to him or her and thus, the passenger cancels the ride and requests the closer partner.  It would be nice if Uber engineers could improve the application to remove these and other inefficiencies.

7.      When I log onto the Uber application, I consider myself working for myself.  I do not work for Uber.  The customer is mine.  That is why I treat my customers well.

8.      My work schedule is usually from 7 a.m. to 12 p.m. on Monday and Thursday.  On Tuesday, Wednesday, Friday I work from 7 a.m. to 7 p.m.  Depending on how I feel, I might work on a Saturday or Sunday.  I like the flexibility.  It helps me continue my restaurant job.

9.      Uber has never given me suggestions on how to treat passengers.  Passengers give me

1<br>DECLARATION OF FRANK T. CHOW

1 ratings.  As a partner with us drivers, I think it would help if Uber provided some sort of education
2 on treating passengers.

3      10.    My expenses providing transportation services include gas and repairs.  Uber does not
4 tell me what insurance to buy.  I report my business expenses when I file my taxes.  Uber gives me a
5 1099.  Uber has never given me a W-2.  When I file my taxes for the transportation services I
6 provide through the Uber application, I identify myself as self-employed.

7      11.    I am permitted to take cash tips from customers. If the customers are happy and give
8 me tips, I take it.

9      12.    When I started working with the Uber application, I intended to join the partnership
10 with Uber as an independent contractor.  I wish to continue as an independent contractor.  I like it
11 this way.  My hours all flexible.  If I was an employee, I would not have this flexibility.

12      13.    I have given this testimony completely voluntarily and without any coercion
13 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
14 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
15 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
16 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
17 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
18 not have to provide any written statement.  I also was specifically told that I could participate in the
19 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
20 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21     I declare under penalty of perjury under the laws of the United States of America and the
22 State of California that the foregoing is true and correct.

23     Executed at San Francisco, California this 19th day of May, 2015.

25                            FRANK T. CHOW

2

DECLARATION OF FRANK T. CHOW

**DECLARATION OF TIMOTHY CHRISCO**

I, Timothy Chrisco, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I started using Uber in October 2014 because I wanted another job since I am retiring from my other job.  My other job is working for the Parts Department at Chevrolet.  I also work for Napa-Sonoma Wine Tasting Drivers.

3.      Uber, Lyft, and Sidecar all offer apps that an independent driver like me can use to book passengers.  These three companies compete with one another for market share. I like to refer to them all as "networks" because I can turn them on whenever I want and connect with people on the "network" looking for rides.  Even though these businesses are competitors, I can use any of them to book passengers, and I can use each of them as much or as little as I want.  I, however, only use Uber.

4.      I use a 2015 Toyota Corolla for transportation of passengers. I bought the vehicle in September 2014.  I have found it is the perfect investment for the transportation business.  It is a practical size for city driving and has good gas mileage but my passengers are also happy with the interior space it provides.

5.      I turn on the Uber app during the evenings after my job at Chevrolet.  I work less on weekdays and work more on weekends.  In a typical week, I am logged into the Uber app for 20 hours.

6.      The main reason why I drive for Uber is the flexibility.  I love the freedom that Uber gives me.

7.      Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

8.      One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This is called a "surge."  "Surge" pricing usually occurs during rush hour and on weekend nights in

---

1
DECLARATION OF TIMOTHY CHRISCO

CLASS MEMBER DECLARATIONS 266

1   particular areas of the city. Anticipating where and when to be logged on to take advantage of a

2   surge requires experience and skill. I can make a lot more money if I am logged on in places and

3   during times that demand is high, so I try to make sure I'm logged in at those times and in those busy

4   places.

5        9.     Another great thing about being a Driver Partner for Uber is that it allows me

6   complete freedom and flexibility. I always determine my own schedules. I do not have a boss or

7   have to work in an office. I am my own entrepreneur.

8        10.     When I carry passengers, I provide water and candy. Uber never told me to do this. I

9   came up with this on my own because I want my passengers to feel welcome and to attain a five star

10  rating.

11       11.     I only communicate with Uber when there are technological problems or when a

12  passenger leaves something in the car. Typically, Uber does not contact me except for emails listing

13  popular events in San Francisco, CA.

14       12.     I pay for my own expenses, including gas, oil change fees, and tires. Uber does not

15  tell me where to buy these items or when to purchase these items.

16       13.     I consider myself to be an entrepreneur and independent contractor. I would still like

17  to be considered an independent contractor in the future.

18       14.     I have given this testimony completely voluntarily and without any coercion

19  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

20  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

22  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

23  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

24  not have to provide any written statement. I also was specifically told that I could participate in the

25  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

26  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27  //

28  //

CLASS MEMBER DECLARATIONS 267

1    I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this _18_ day of May, 2015.

4

5                                          _Timothy Chrisco_

6                                          TIMOTHY CHRISCO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF TIMOTHY CHRISCO

CLASS MEMBER DECLARATIONS 268

## DECLARATION OF SAU KUEN CHU

I, Sau Kuen Chu, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have lived in San Leandro in Alameda County for about 4 months.

3.      I used to drive using the UberBlack platform in Los Angeles from February 2013-May 2014. I currently drive using the UberX platform, which I began in May 2014.

4.      When I drove using the UberBlack platform, I was an independent contractor of another company.

5.      I own the cars I use when driving using the UberX platform, which are a 2014 Prius and a 2015 Prius. I use both of them when I drive.

6.      I generally drive between 2:00pm and 2:00am six days a week. I browse around for areas with many fares. I mostly like working in the city, but I also work in the East Bay because I live there. I take one day off because my friends say that I need to take a break. I work these hours because my dog is diabetic and I need to give her medicine before and after I drive. I like this flexibility because I have almost always been self-employed. I do not like working for someone or under someone because that comes with a lot more restrictions. I enjoy having more freedom.

7.      I sometimes request a fare adjustment if the app crashes.

8.      I sometimes decline leads when I have already passed the exit on the freeway, if there is too much traffic, if the passenger has a bad rating, or the customer is in a bad area. Uber has never contacted or penalized me for declining leads.

9.      The pro tips I receive from Uber are suggestions. They are for my own reference, and Uber will not force me to follow them if I do not want to.

10.     My current rating is 4.81 stars. In order to maintain my rating, I try to be patient when I wait for passengers. I also try to drive smoothly and become more familiar with San Francisco. I am as friendly as possible but only talk to the passengers when they want to talk. These were my ideas because passengers are in control of my ratings, not Uber.

1
DECLARATION OF SAU KUEN CHU

11.     I do not keep a record of my expenses, but I deducted expenses such as gas and maintenance on my 1099 form. I reported as self-employed.

12.     I did not fully read the licensing agreement.

13.     There is no tip. I have accepted tips in the past, but I always tell passengers that tipping is not necessary. Sometimes passengers just leave the tip on the back seat when they leave.

14.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

Sau Kuen Chu

2
DECLARATION OF SAU KUEN CHU

**DECLARATION OF RICH CITARRELLA**

I, Rich Citarrella, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I started driving in the transportation industry about 10 years ago.  I used to drive as a cab driver for Arrow Cab.  About 5 or 6 years ago, Arrow used Flywheel and another app, but I don't recall what it was called.  I had heard about Uber so I wanted to use to avail myself of the Uber opportunities when driving the Arrow cab.  In order to drive to become qualified to use the Uber cab app, I went to Uber and provided my information, driving record, and the like.  Uber then provided me with an iPhone to use the app.  There was also a deposit, but no monthly fee.  I was then authorized to use the Uber app in my cab, but I didn't really use it at the time.  I didn't have to do any training because I already had an A-card, meaning I had done a 40 hour course of study to drive a cab.

3.      In the summer of 2014, a gentleman named Renato Farias, who had been a radio dispatcher at Arrow, asked me if I would consider driving one of his three cars using the Uber platform for him.  I think Renato's company was called D.R. Transportation.  I told Renato I would give it a test to see if I enjoyed it, and I did, so I committed to driving for him two days a week.  I went down to Uber's offices with Renato, got introduced to some people, and then scheduled a time for me to come in and do the training and the test I had to take so I could re-sign up for the app as a driver under Renato's company (instead of under Arrow Cab).

4.      I worked for Renato Thursday and Fridays, roughly 10 hours a day, exclusively using the Uber app to generate fares.  I received my compensation from Renato, not from Uber.  With Renato, like Uber, I was an independent contractor, not an employee.  Renato's cars were registered with the TCP and he had commercial insurance on them, but I am not entirely sure if it was through the UberX or UberBLACK platform.  (I think it was UberX.)

5.      In December of 2014, I bought myself a car with the intent of having my own partnership with Uber.  I gave Renato notice that I was going to be going out on my own, and once I

1

DECLARATION OF RICH CITARRELLA

1  got my license plates, I stopped working for Renato and signed up for my own Uber account.  I liked

2  working for Renato, but I wanted to work however many days and times and hours I wanted.  I

3  wanted that freedom.  I liked the Uber system, and I wanted to do it for myself.

4        6.     I bought a dark blue 2015 Volkswagon Golf.  I put a down payment and make

5  monthly payments of about $200 a month.

6        7.     I consider driving using the Uber app my own little business; it's not Uber's business,

7  it's mine.  I decided what car to buy, I make the payments, I decide when to drive, I decide how long

8  to drive for, I make the decisions.  I like the freedom that the Uber app gives me.

9        8.     I don't set a schedule for myself, but I typically work 20-25 hours a week.  It's rare

10  for it to be under 20, and it's rare for it to be over 25.  I consider this my retirement job, so I only

11  work when I want to work and how often I want to work.  I rarely work on Mondays and Tuesdays,

12  and I usually work on Saturdays and Sundays.  Other than that, there's really no schedule that I set

13  for myself.

14        9.     I use the Uber app exclusively – because it's my preference.  Since I only drive 20-25

15  hours a week, I don't see a need to use other apps and I have no interest in doing so.

16        10.    I display the Uber logo when I'm driving Uber, and when I'm headed to or from the

17  airport, I will also display the orange airport logo.

18        11.    When I signed up to use the Uber app on my own, I did not have a smartphone so I

19  decided to use an iPhone provided by Uber that was preloaded with the Uber app.  There was a

20  monthly fee and a deposit I paid.  Within a month, I got my own smartphone, loaded the Uber app

21  on it, returned the iPhone to Uber, and my deposit was returned.

22        12.    I keep track of my business expenses for when I'm using the Uber app.  I do that

23  because at the end of the year, I want to deduct my expenses.

24        13.    In terms of my expenses, I have a car payment, gas, maintenance, and insurance.

25  Now that I have my own smartphone, the data on my phone is also a business expense.

26        14.    I do not provide gum or candy for passengers.  Even if Uber highly recommended it, I

27  don't want anyone eating in my car or making a mess in my car.  I don't eat or smoke in my car, so

28  why should others?

CLASS MEMBER DECLARATIONS 272

15. I wash the Golf about once a week. Sometimes I wash it at home, sometimes I wash it in a coin operated location, sometimes I wash it in a drive through. If I see it's getting dirty, I clean it. Uber doesn't tell me when to wash my car, how often to wash my car, or where to wash my car. I think Uber expects my car to be clean, but doesn't make any sort of suggestions or requirements other that than.

16. When I am driving using the Uber app, I am free to accept or decline a fare. I usually accept it, but there are times that I decline. For example, if I am stuck in traffic and know it would take me a long time to get to a passenger, then I will just let the phone keep pinging. There are also times that I might cancel a fare, usually because of a traffic jam, but I will phone the customer and let them know that I have to cancel.

17. I live in San Francisco, so I normally drive in San Francisco. Obviously, there are fares that take me outside of the city as well. Uber does not require that I drive in a particular neighborhood. It's my choice to drive in San Francisco.

18. I receive emails from Uber, and I read those. The emails are about a variety of things. The information is good to review, but it's not necessarily something I act on. It's up to me what things I act on, and what I ignore. Many of the emails deal with big events in the city where I could make more money—and I often plan on driving those events anyways.

19. It's my understanding the Uber fare is a function of time and mileage. It's my understanding that tips are not prohibited, but in my experience, tipping is rare. Personally, I may be offered a tip once every 3 months, maybe more, maybe less. In the last 3 months, I can think of twice that I have been offered a tip. I can remember about four tips that I have received since using the Uber app. Most were a few bucks, but once I received a $20 bill. But I can't think of a single instance when I was offered a tip when I was driving for Renato. When I have been offered tips, I say that it's not necessary, but if it's offered a second time, then I accept.

20. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

CLASS MEMBER DECLARATIONS 273

1  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
2  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
3  not have to provide any written statement.  I also was specifically told that I could participate in the
4  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
5  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6      I declare under penalty of perjury under the laws of the United States of America and the
7  State of California that the foregoing is true and correct.

8      Executed at San Francisco, California this 18TH day of May, 2015.

9
10                    RICH CITARRELLA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

4
DECLARATION OF RICH CITARRELLA

**DECLARATION OF CHARLES SKIP CLOSE**

I, CHARLES SKIP CLOSE, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 47 years of age and currently reside in Chula Vista, San Diego County and have lived there for approximately 2 years.

3.     I was using the Uber App between the period of April 2014 through April 2015.  I drove a 2006 Land Rover LR3, which I owned and used for personal use as well.  I was using the Uber App as an interim source of income while I started and continued to grow an HVAC business, which I started in April 2012.  Before April 2014 I used the Lyft App for approximately 6 months.  Prior to April 2014 I was also providing consulting services and needed to supplement my income during which time I first started using Lyft.  I currently do not use the Uber App because I am fully invested in my business and do not have the time to use the Uber App.  I like that I can choose to use the Uber App in the future if I need to supplement my income.

4.     During April 2014 through April 2015 Uber provided approximately 40% of my income.  I always tried to position myself to give the longest ride because the longest ride you give the most money you make.  For example, I live in Chula Vista and I would use the Uber App during peak hours that people from Chula Vista would be looking to go to downtown San Diego and vice-versa.  I would also try to use the Uber App during times of surge prices and  on weekends I would use Uber XL instead of UberX because UberXL had a higher rate associated with it.   When I provided passengers with rides using the Uber App I considered myself to be driving for myself and that Uber was just the platform that put me and the passenger in contact.

5.     Based upon my experience with Uber I was not restricted or assigned to any territory in which I could use the Uber App to provide UberX services.

6.     During the time I used the Uber App I would receive notifications of promotions from Uber.  I would typically receive these notifications on weekends or concerts nights – basically the nights that there were events taking place.  These notifications of promotions did not affect my

1
DECLARATION OF CHARLES SKIP CLOSE

1    decision to log on to the Uber App because I was usually at work or not at work. It is information

2    that is nice to know, but it did not affect the way I used the Uber App.

3          7.      At the beginning I used Lyft and Uber at the same time, but Uber was busier so

4    eventually I solely used Uber. Also, Uber provided a higher rate since I was classified as UberXL

5    and Lyft did not provide that option. The Uber App was also more user friendly then Lyft and that

6    was another deciding factor in my decision to solely use Uber. Uber never restricted my

7    simultaneous use of Lyft.

8          8.      When I used the Uber App I chose not to decline any trip requests. However, I knew

9    that I could accept and decline trip requests as how I saw fit. Uber did not require me to adhere to

10    any dress code and in fact on most days I would wear shorts and a t-shirt so I could be comfortable

11    while I drive.

12          9.      During April 2014 through April 2015 I used the Uber App approximately 4 day a

13    week for approximately 8 hours a day and on the weekends I would sometimes put in 10-12 hours.

14    However, Uber never required that I log into the Uber App for a certain amount of time. Also, Uber

15    never set my work schedule or restricted me from engaging in another occupation or business.

16          10.     The primary reason I chose Uber is because of its flexibility. I liked the fact that I

17    was not accountable to an employer and able to set my own schedule.

18          11.     I signed up for the Uber App online. When I joined I already had the experience of

19    how to interact with passengers because I was already using Lyft and do not recall whether Uber

20    provided any such suggestions when I first joined. In fact, I was a Lyft mentor and as a Lyft mentor

21    I would meet with people who were interested in using the Lyft App. I would discuss with them

22    how to interact with persons and therefore many of the suggestions Uber may have provided I most

23    likely already thought of. Uber did send out a weekly emails with suggestions. I would occasionally

24    read these emails, but understood that I was not required to read or follow the suggestions.

25          12.     My rating as of April 2015 was 4.88, which based on the number of rides I have I

26    believe is high. I understand that my rating was determined entirely by the passenger and that Uber

27    did not have any control over the ratings I received from the passenger.

28          13.     Outside of the weekly emails I received from Uber, but Uber did not directly contact

CLASS MEMBER DECLARATIONS 276

1   me during the time I used the Uber App.  Other than having questions regarding certain incentive

2   packages in the very beginning and general paperwork issues I did not find the need to contact Uber.

3   Initially this limited contact with Uber was via phone and then eventually through email or text.

4       14.    While I used the Uber App I randomly received and accepted tips.

5       15.    The Licensing Agreement between myself and Uber provided that I would be an

6   independent contract and I intended to be an independent contractor.  If I continue to use the Uber

7   App in the future I would like my relationship with Uber to continue as it is.

8       16.    The expenses I incurred on my car, such as gas, repairs, maintenance, water, etc. I

9   reported on my taxes as a business expense for which you I received a business deduction.  Uber

10  provided me with a 1099 form, which I also used in filing my taxes.

11      17.    During the time I used the Uber App I chose to rarely take a break, but I understood

12  that I could turn the App off and take a break.  I personally chose not to because I did not want to

13  lose any money.  There were times where I would turn the App off to have dinner.  Uber has never

14  told me not to take a break.  Again, the decision to take or not take a break was purely personal and

15  my decision.

16      18.    I have given this testimony completely voluntarily and without any coercion

17  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

21  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

22  not have to provide any written statement.  I also was specifically told that I could participate in the

23  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25  ////

26  ////

27  ////

28  ////

---

3

DECLARATION OF CHARLES SKIP CLOSE

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at San Diego, California this 28th day of May, 2015.

4

5

6                        CHARLES SKIP CLOSE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          4
DECLARATION OF CHARLES SKIP CLOSE

## DECLARATION OF LAURIE K. COBB

I, Lauri K. Cobb, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am currently retired.  I previously worked as a radio broadcaster. I live in San Rafael, CA in Marin County.

3.      I am currently a driver for UberX and have never driven for any other Uber platform. I started driving for UberX on January 1, 2015.  I learned about UberX through my past employment as a shuttle driver for One Toyota in Oakland, CA.  Uber drivers would come in to have their cars serviced and shared their experiences with me.  The independence of Uber greatly appealed to me. Instead of working ten hours a week on a set schedule, I realized that I could choose my own hours.

4.      As an UberX driver, I get to set my own schedule.  I generally try to drive from 4 a.m. to 10 a.m, starting in the San Rafael area.  I am a morning person and enjoy driving at those hours. I do not log into the Uber app as a driver every day.  Some days I do not feel like driving, so I do not sign on as a driver.  Other days I look forward to driving and am excited for the experiences Uber provides.  It's a great adventure.  I drive until I get bored or distracted.

5.      The number of hours I drive varies from week to week.  One week in May I made over $1000 in gross fares.  The next week I did not to drive at all.  The third week, I made about $700 in gross fares.  Luckily, I have income from Social Security and a rental property, so I do not need Uber to cover basic expenses.  I'm not supporting a family—any income from Uber goes into my retirement fund.

6.      I am free to accept or decline requests.  Sometimes I receive a ride request when I want to go home, so I decline the request and turn off my driver app.

7.      When I want to drive, I first log onto the Uber app as a rider.  By logging in as a rider, I can see whether there are other cars in my area and also if there is surge pricing anywhere nearby. I often complete my first request of the day near my home in San Rafael.  Hopefully the rider takes me into the city. After that, I try to see what areas are experience surge pricing and move toward

---

1
DECLARATION OF LAURIE K. COBB

CLASS MEMBER DECLARATIONS 279

1   those areas.  Sometimes I turn off the driver app and wait in one location until there is surge pricing
2   in the location. Then I turn the driver app back on and complete requests.

3       8.      Prior to driving through UberX, I worked in the radio broadcasting business for forty
4   five years.  During that time, I sometimes worked as an independent contractor.  For example, I
5   would sometimes take voice overs or do production work.  I understood the difference between
6   independent contractor status and employee status when I signed up as a driver with UberX. I
7   intended to be an independent contractor when signing Uber's Licensing Agreement.  In fact, that's
8   what made it so attractive to me.  I want to remain an independent contractor. If Uber changed my
9   status from independent contractor to employee I would no longer want to deal with the restrictions
10  that may come along with the change.  I'm a free spirit.

11      9.      Uber does not prevent me from using other ride apps such as Lyft.  I actually began
12  the application process for Lyft, but I found the experience out of my demographic.  I prefer Uber's
13  style, which I believe lines up with my own.

14      10.     I use a 2013 Toyota Prius for transportation of passengers. I bought the vehicle in
15  October of 2013 in cash. I picked this car because I liked the car for my personal needs—I had not
16  even thought of driving for Uber until after buying the car.  I pay for all expenses associated with the
17  car, including insurance, gas, and detailing.

18      11.     I signed up to use the Uber app online.  I agreed to the Licensing Agreement through
19  the app.  I did not attend any in-person training or "onboarding" session.  Instead, I was encouraged
20  to watch a YouTube training video produced by Uber.  The video contained suggestions for driving
21  etiquette, but I never believed that these suggestions were requirements.  I don't remember whether I
22  received these suggestions from the video, but I remember Uber suggesting actions such as opening
23  doors, helping with luggage, and dressing professionally.  I try to do these things because they're
24  good practices of a professional, but I don't always follow these suggestions. For example, I am a
25  senior citizen, so I try to avoid lifting heavy suitcases or getting in and out of the car too often.
26  Sometimes I will open a door or help a passenger with luggage, but I believe my long-term physical
27  health is a priority that I need to protect.  I will help if they request it, but otherwise I try to void
28  those activities. There are also driver-produced YouTube videos which provide suggestions.  I

CLASS MEMBER DECLARATIONS 280

1    remember one told me "not to chase the surge," but I do not follow that advice.

2         12.    My "star rating" is currently a 4.84.  To maintain my rating, I keep bottles of water in

3    the car, have phone chargers available, plan to have my car detailed every six months, and play

4    gentle music, for example.  If they have their own music I will play it.  Since I drive in the morning

5    when the mood seems quieter, I do not initiate conversations.  I'm sensitive to how people feel in the

6    morning.  These are not suggestions I received from Uber.  They are just good practices.  When I

7    drive, I feel like I'm transporting precious cargo and want to treat people with respect.

8         13.    I recall that the YouTube video from Uber indicated that tips are not included in the

9    price of the fare.  The video also indicated, that if a passenger insists on tipping, I could keep any tip

10   the rider provides.  I do not request tips.  When a passenger asks whether tip is included, I tell them

11   that it is not and that no tip is required.  One passenger wanted to give me a tip and I tried to refuse,

12   but he threw the dollar on my seat.

13        14.    I generally do not negotiate for fares or request fare adjustments, but once I decided

14   to charge a rider less than the full ride request because of a medical emergency.  The passenger had a

15   medical issue regarding anxiety and did not believe could afford the full ride from Marin County to

16   Daly City, so he asked me to drop him off in San Francisco to catch BART.  He obviously would

17   have suffered more if he took a packed train at rush hour from downtown San Francisco, so I

18   decided to drive him across the Golden Gate Bridge from Marin.  Once across the bridge, I

19   "completed" the ride on the app, but continued to drive him safely home to Daly City.  I believed

20   this was the right thing to do.

21        15.    Sometimes Uber sends me emails about events and promotions.  I generally read

22   those emails because it's good information.  When I have a problem with a customer I will log into

23   that passenger's way bill and report an issue with that passenger.  I don't know whether Uber would

24   ever actually block a passenger, nor does it really matter to me in the end—it's more about making a

25   point.  If I ever recognized a request from a passenger with whom I had experienced a problem, I

26   would refuse the request.

27        16.    I have not yet submitted tax information for this year, but I plan to report any income

28   from Uber as an independent contractor.

---

3

DECLARATION OF LAURIE K. COBB

17. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_Laurie K. Cobb_   5-18-2015
Laurie K. Cobb

---

4
DECLARATION OF LAURIE K. COBB

CLASS MEMBER DECLARATIONS 282

## DECLARATION OF John Oluremi Collins

I, John Oluremi Collins, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. My name is John Oluremi Collins.

3. I am 64 years old.

4. I am an UberX driver.  I've been driving for 6 months.

5. I use my Toyota Corolla, which is my personal vehicle, to drive with UberX.

6. I am a part-time minster as well as an UberX driver.  I also worked a security job this until this past December.  At that point about 50% of my income came from Uber.

7. It is my understanding that I am independent contractor with Uber because I work when I want.  I choose my hours, my days, and when to take my breaks.  I pretty much do my thing.  Any obligation I feel drive comes from my own work ethic.  I am my own boss.

8. My hours and days are very variable.  I pick my days based on when it is convenient for me to drive.  For example, yesterday I had a family obligation so I did not drive.

9. I usually just drive where the app takes me.  If there is a surge area nearby I will try to drive in that area to increase my fares.

10. I sometimes also drive for Lyft.  When I do, I will drive the full day with Lyft rather than try to juggle both apps.  I actually began driving with Lyft first.  Lyft is slower in my neighborhood than Uber so when I'm in that area I will drive with Uber.  I will choose which app to use based on how much business there is in whatever area I start the day in.  I will then stick with that app all day long.

11. I don't recall being given any rules when I first started driving.  I am aware there are guidelines on the internet.  There are suggestions for customer for service, but I don't feel I have to follow these strictly.  For example, I give customers water sometimes but not others.

12. I believe ratings are based entirely on customer opinion.

---

1

DECLARATION OF  John Oluremi Collins

13.     I don't have much contact with Uber.  There is a support contact I reach via email if I have any questions or issues.  I've never talked to anyone at Uber on the phone.   They have never contacted me directly.

14.     My understanding is that Uber does not require tipping, and I tell my customers that. However, if a rider insists on giving me a cash tip, I will accept.

15.     I sometimes turn off the app or give a free ride.  For example, one time I picked up a student and missed the exit.  The next exit was 2 miles away so I turned off the app.  Other times I've stopped the app if the riders are concerned that the ride was becoming too expensive or long.  I make judgments based on my desire to make riders comfortable.

16.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 27th day of May, 2015.

_____
JOHN OLUREMI COLLINS

2
DECLARATION OF  John Oluremi Collins

### DECLARATION OF SHARON COLLINS

I, Sharon Collins, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a self-employed businesswoman.  I offer transportation services as a driver through lead-generation services, including Uber (on the UberX and UberPlus platforms) and Lyft.

3.      Uber and Lyft offer apps that an independent driver like me can use to book passengers.   These companies compete with one another. Even though these businesses are competitors, I can use either of them to book passengers, and I can use each of them as much or as little as I want.

4.      I use a Toyota Avalon to transport passengers. I bought the vehicle this year.  I financed the purchase of this vehicle. I have found it is an excellent investment for the transportation business.  My passengers like the space that the car provides and that the car is well appointed. Before I purchased the Avalon, I used a Toyota Prius in my business.

5.      I signed up to use the Uber app online in or about November 2014.  Before starting my transportation business, I had been self-employed for about three decades.  I was a co-owner and operator of a retail jewelry store located in San Diego.  After working for myself for three decades, I considered working for someone else.  After careful consideration, I ultimately concluded that it is far more important for me to work for myself, rather than to report to someone else.  I value the independence and freedom of running my own business.  I have worked as an independent contractor and would not want to be an employee of Uber, or anyone else.

6.      I operate my business in San Diego.  Uber does not assign me a specific territory.

7.      Uber sometimes sends out promotions to let me know where some potential leads may be.  For example, if there is a concert that will be ending that needs some drivers, I receive these alerts.  I am not required to act on those leads.  Sometimes I do, sometimes I do not.  The decision is mine.

/ / /

---

1
DECLARATION OF SHARON COLLINS

1        8.     Since I contracted with Uber, Uber has never required me to "report" to its office, or

2   be in any particular location at any particular time or communicate with them about any subject.   I

3   estimate that I communicate with Uber less than once per month.

4        9.     Uber has not and cannot prohibit me or limit me from using other apps to find fares. I

5   generally prefer to book passengers through the Uber app because I can make more money due to

6   the passenger demand.   Nevertheless, I could use the Lyft app more often and the Uber app less if I

7   wanted to.   It's entirely up to me.   In or about March 2015, I started using the Lyft platform to help

8   support my business.   I estimate that about 90% of my leads for rides are generated by the Uber

9   platform.   The remaining 10% are generated by the Lyft platform.   When I prefer to take on more

10  business, I sometimes turn on both apps at the same time.   This is completely my choice.

11       10.    Besides the high volume of potential fares, my favorite thing about Uber is the

12  flexibility. I log on and off of the app anytime and anywhere I want.   That flexibility is very valuable

13  to me.

14       11.    Passengers I book using the Uber app can rate my services from one to five stars.

15  Uber makes suggestions on how to increase my "star rating" from passengers, such as having water

16  in the car.   I do not need to follow these suggestions, though they are good suggestions.   I make my

17  own decisions on how to provide customer service to my passengers.   I have three decades of

18  experience in customer service and I know what good customer service is.   Good business means

19  over-delivering on the expectations of the passenger.   I provide a well-kept car and engage my

20  passengers because I care about them and their well-being.   I am often complimented by my

21  passengers because we genuinely like each other.   Good customer service is a skill, and I feel it

22  comes naturally to me.

23       12.    Uber does not restrict me from engaging in any other business or profession at any

24  time if I so choose.

25       13.    While Uber provides me with leads for passengers, I am not required to accept the

26  leads.   I rejected a lead at 11:30 p.m. one evening where the male passenger had a two star rating.

27  The ratings are given by passengers, not by Uber.   I value the rating system, because it allows me to

28  decide if there is a passenger that I prefer not to do business with.

2

DECLARATION OF SHARON COLLINS

14.     One of the great things about the Uber app is that it allows me to operate my business while contracting with Uber and Lyft to provide me with administrative support.  In exchange for that support, Uber and Lyft receive a percentage of my revenues.

15.     In my business, I pay all of my own expenses, such as mileage, gas, maintenance, and depreciation.  I maintain my own business records.  I identify myself as self-employed on my taxes.  I keep my business expenses separate from my personal expenses.  I do not receive a Form W-2 from Uber.

16.     As I mentioned above, I do not have anyone setting my hours.  If and when I want to take a break or lunch, I can do so for as long as I want.  The Uber app does not interfere with my ability to take a break or lunch, or interrupt the break or lunch.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28 day of May, 2015.

*Sharon Collins*

Sharon Collins

3
DECLARATION OF SHARON COLLINS

CLASS MEMBER DECLARATIONS 287

1          **DECLARATION OF JAMES COLTRANE**

2          I, JAMES COLTRANE, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

4     where otherwise indicated, all of the information contained herein is based on my personal

5     knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      I am currently retired, but offer transportation services as a driver through the UberX

7     platform. As a retiree, I like the having the extra income, meeting new people, and the flexibility to

8     do it wherever I want.

9          3.      Uber offers various apps that an independent driver, such as myself, can use to book

10    passengers. Although I do not use other driver apps, such as Lyft or Sidecar, I understand that I am

11    not restricted from using them if I so choose, even though these businesses are competitors. In turn,

12    Uber has not and cannot prohibit me or limit me from using other apps to find fares.

13         4.      I use a 2014 Toyota Avalon Hybrid for transportation of passengers, and I lease this

14    vehicle. This vehicle is a reasonable size vehicle for city driving, and I feel that my passengers are

15    happy with the interior space of the vehicle.

16         5.      I signed up to use the Uber app online in July 2014. I provided my driver's license

17    information, proof of insurance, and pictures of my car. Approximately two weeks later, Uber

18    notified me that I was approved to use the Uber app. I was not required to visit the Uber office. The

19    licensing agreement was provided to me via e-mail, and I reviewed it and accepted the terms online.

20    I downloaded Uber's software on my cell phone, which allowed you to start using the Uber app.

21         6.      My communications with Uber is infrequent. I have never been required to report to

22    its office, or be at a particular location at any specific time or communicate with them about any

23    subject. If I do need to contact Uber, I will e-mail them, and will typically receive a response shortly

24    thereafter.

25         7.      I am not swayed by Uber's surge pricing because I only want to work during certain

26    periods of time, such as from 6:00 a.m. to 6:00 p.m. "Surge" pricing typically occurs during rush

27    hour and on weekend nights in particular areas of the city. There are times when I happen to be in

28    the geographic location, and will take advantage of the surge. However, I will not chase the surge. I

CLASS MEMBER DECLARATIONS 288

1  enjoy waking up early, and thus, I start my day early. I stop my day when I am tired. Therefore,

2  because I prefer to not work after 6:00 p.m., surge pricing is pretty much inapplicable to me, unless I

3  am lucky.

4        8.     Currently, 100% of my fares are booked using the Uber app, and I am kept quite

5  busy. I have no inclination to use any other apps, even though I know that there is no restriction

6  from doing so.

7        9.     My practice has been to pick up a fare and stay local to the drop off locations so I can

8  pick up additional fare and to decrease mileage. This way, I am not driving around and increasing

9  mileage without having a passenger in my vehicle. Initially, when I started using the Uber app, I

10  would drop a passenger off and drive to a completely different location to pick up another passenger.

11  I found that my initial practice was not efficient, and therefore, changed it on my own. I feel that I

12  have gotten better at being more efficient because of my own experience.

13       10.    I choose to be logged on to the Uber app during the times I am available. I

14  understand that I can reject fares, and have done so on occasion. Uber has not assigned me a

15  territory nor has it required that I be logged on any particular time. In fact, if I choose to take a

16  vacation for any given amount of time, I can do so and do not need to inform Uber or seek

17  permission and/or approval. Along the same lines, I take breaks, including meal breaks, when I want

18  to, and stop for the day when I am tired. Uber does not dictate when and how often I need to be

19  logged on.

20       11.    The most important reason as to why I choose to use Uber is the flexibility. I log on

21  and off of the app anytime and anywhere I want. That flexibility is very valuable to me because it

22  allows me to drive during the hours and days that I personally prefer. Because I am not restricted in

23  any way to stay in a certain territory, I can also travel and accept fares where I am comfortable, such

24  as dropping off and picking up at the airport. Although I understand that there is an opportunity to

25  make more money if I travel to certain hotspots, such as bars, and/or work in the late night evenings,

26  I choose not to do so.

27       12.    Passengers I book using the Uber app can rate my services from one to five stars, 5

28  stars being the highest. Uber makes suggestions on how to increase my "star rating" from

1   passengers, such as opening the car door for them.  I understand that Uber's suggestions are simply

2   that, suggestions.  However, many of Uber's suggestions strike me as common sense, and therefore,

3   I choose to follow some of them.

4         13.    I am not required by Uber to wear any specific type of clothing when I am providing

5   transportation services.  However, I choose to dress in slacks and a nice shirt because I feel that my

6   passengers expect me to look somewhat professional.

7         14.    I have given this testimony completely voluntarily and without any coercion

8   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

9   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

10  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

11  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

12  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

13  not have to provide any written statement.  I also was specifically told that I could participate in the

14  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

15  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16        I declare under penalty of perjury under the laws of the United States of America and the

17  State of California that the foregoing is true and correct.

18        Executed at San Diego, California this 28 day of May, 2015.

19

20                                  JAMES COLTRANE

21

22

23

24

25

26

27

28

---

3

DECLARATION OF JAMES COLTRANE

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS              Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and        **DECLARATION OF GUY COOPER**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15                      Plaintiffs,        Complaint Filed: August 16, 2013
                                           FAC Filed: May 30, 2014
16           v.

17  UBER TECHNOLOGIES, INC.,

18                      Defendants.

19

20

21

22

23

24

25

26

27

28

I, Guy Cooper, hereby declare as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     In April 2012, I was driving for La Costa Limousine.  At the time I was considering starting my own business, but I had not taken any steps to get my business off the ground. I was dropping off a client in Palm Springs at a boutique hotel when I noticed a man looking at my car anxiously.  As soon as my passenger left, he approached my car and asked, "Are you Uber?"  I did not know what he was talking about and had never heard of Uber.

3.     Within the week I started researching Uber and found hundreds of reviews on Yelp. It was one five star review after another. I had never seen or heard of anything like Uber. I thought the Uber app would be the perfect way for me to get my business off the ground.  I modified my business plan to include utilizing the Uber app to build revenue, generate cash flow, and build a client base.

4.     Shortly thereafter I started my own transportation company called "Private Drive." To further my business I purchased a Black Ford Expedition and obtained my TCP license from the Public Utilities Commission.  Customers were then able to book fares directly through my company. I also had a website set up through "GoDaddy.com" as well as business cards to advertise and market my business.

5.     In December 2012, I went to Uber's office and asked an Uber employee questions about the Uber app.  The Uber employee I met with explained to me that drivers who were authorized to use the Uber app could freely operate their own transportation businesses. The Uber employee showed me how to use the app and confirmed for me that it would be entirely my decision when to log on and off and what routes to take.

6.     Before I started using the Uber app, I was asked to take a basic written test to confirm that I was familiar with the San Diego area. It included basic questions concerning my knowledge of popular destination spots and my ability to find routes from one location to another.  We also

1.

discussed how to use the Uber app, including how to turn on the app, how to let a passenger know I was on my way, and how to end a fare.

7.    Uber provided me with an iPhone in exchange for a security deposit. The iPhone was equipped with the Uber app and nothing else. Then, I accepted the licensing agreement to use the app and I was all set. In fact, when I left Uber's office after receiving my iPhone, I had a fare within minutes.

8.    I have not used the Uber app since March or April of 2014. I had a rough couple of months personally and executed a voluntary revocation of my TCP license. A series of personal issues came up that I needed to attend to and I did not have the time or capacity to keep my own business up and running. I am now a managing partner at another transportation company called Time Limo. We book fares through a dispatch system operated by Time Limo. Time Limo does not use the Uber app to generate leads.

9.    I do not believe, nor have I ever believed, that I was an employee of Uber at any time. The licensing agreement specifically stated that I was an independent transportation provider and was not an employee. My relationship with Uber was always consistent with the licensing agreement. It is ridiculous to me that a driver would claim to be an employee for Uber.

10.   One of the lures to customers is Uber's "cashless" business model. While on occasion I did receive tips from passengers, it was not consistent nor expected. I never expected a tip because I was fully aware of Uber's business model and that one of the greatest appeals of using Uber was that the customer did not have to provide an additional cash tip. I knew that the amount charged to the passenger's card was intended to compensate me fully for my services and cover the full cost of the ride. As a result, I took cash tips when passengers offered them, but I have never asked a passenger who booked my services through the Uber app for a tip.

11.   When I was using the Uber app, I would book passengers on the UberBLACK or UberSUV platforms. For each trip I completed on the UberBLACK platform, I received 80% of the fare, and Uber took 20% as its licensing fee. For each trip I completed on the UberSUV platform, I received 72% of the fare, and Uber took 28% as its licensing fee. Uber charged the passenger's credit card, deducted its fee, and then paid me the rest. I was aware of this arrangement at the time I

2.

accepted the licensing agreement, and I have received all the money that I understand I am entitled to from trips completed using the Uber app.

12.   I was able to use the Uber app whenever I wanted. I was able to pick and choose the hours and locations I offered my services. It was completely my decision. As an example, I might have a fare booked directly with my company, Private Drive, to take a passenger to the airport at 4:30 a.m. My next booking may not be until 7:00 p.m. In those situations, I would turn on the Uber app and receive fares throughout the day. I would turn off my Uber app about two hours before my booked fare to make sure that I was not running up against the clock. No one instructed me or directed me on when I should use the Uber app. It was entirely up to me when I logged on and off.

13.   I was also able to choose what area of San Diego I would drive in on any given day. I have been in the transportation industry for a long time and wanted to focus my business on a more mature level of clientele. I would typically steer away from Pacific Beach and the Gaslamp District to avoid drunk tourists and college students. I tried to focus more on building a customer base with corporate and/or business clientele. My decision to avoid Pacific Beach and the Gaslamp District when possible was completely my choice, and the best fit for my business and the customer base I wanted to develop. Uber never directed me to drive in a certain neighborhood or avoid an area.

14.   Even when I was logged into the app, I was able to decide when and who I am going to pick up. If I did not want to accept a ride offered to me through the app, whether it was because I didn't feel like driving to a certain passenger's location, it was too close in time to my next booked fare, or for whatever reason, I just did not accept it. I didn't suffer any repercussions from Uber as a result of rejecting trip requests offered to me through the app.

15.   I also chose the route I would drive to a destination for a customer. The route I took was either guided by customer input, a GPS device (which I bought for my business), or my own knowledge of the quickest and shortest route possible. Ultimately, I take either the route requested by the customer or the route that I determine through my GPS or my own expertise. Uber has never instructed me or given me any suggestions to take a specific route.

16.   I have never been required by Uber to wear a uniform or conform to a specific dress code. I have a great deal of experience in driving for limousine and black car services so I chose to

3.

wear black dress pants, a tie, and a button down shirt.  In my opinion, this is the style of dress that is appropriate for driving a black car and the style of dress that customers expect.  In fact, I would often be frustrated with other drivers who used the UberBLACK platform because they would dress too casually.  I believe casual dress does not match the industry standards for black car service drivers.

17.     When I was operating my own business I bore all the expenses for my business, including gas, oil and brake changes, tire rotations, car cleaning, and my TCP license.  I was able to claim these items on my tax returns as business expenses.  In 2013, I received a Form 1099 from Uber.  I filed my 2013 tax returns as self-employed and I deducted my business expenses from my tax returns.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at _____ , California this ___ day of September 2014.

_____
GUY COOPER

Firmwide:128613146.2 073208 1016

4.

**DECLARATION OF PAUL COTTER**

I, PAUL COTTER, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have resided in Oakland for most of my life.

3.      I am a full-time driver using UberX. I decided to start using the UberX App around last September of 2014 when a series of events made it an appealing option. I found myself unemployed in Fall 2014. My daughter uses Uber frequently, and I heard about an Uber incentive advertised through the radio. To begin driving with Uber I filed an online application and submitted a driver's licenses, proof of insurance, inspection form, registration and picture of the car. Then I submitted to a background check. It took me about a month from the date I sent in my application to the date I could begin using the App. The delay was due to the fact that I needed to get a car.

4.      As a driver I have never used other apps such as Lyft of Sidebar because Uber provides more than enough rides. I know that I can use multiple driving apps. Currently Uber is my sole source of income.

5.      I am a direct partner with Uber. I also have one DBA for a home-based business for which I do no work at the moment.

6.      I own the Nissan Altima that I drive when using the Uber App. I bought the car for the express purpose of being able to drive using the Uber App. I consider the car a business investment. I also rent the iphone that I use to receive Uber leads from Uber for $10 per week.

7.      In the course of driving with the Uber App, I incur expenses for gas, maintenance, car payment insurance, water bottles, and dry-cleaning. The dry-cleaning is for my suit, which I usually wear when driving because I consider myself a professional driver. Uber suggests water bottles and dressing professionally, but it's not mandatory. I provide water bottles and dress professionally because I think it's a good idea and I want to do so.

8.      Uber does not tell me what kind of insurance to buy, but it does make clear what its insurance for me covers. The clear explanation assisted me in determining what kind of insurance I

CLASS MEMBER DECLARATIONS 296

1    needed to get independently.

2        9.    Uber does not tell me when and where to put gas in my vehicle. Because almost 100

3    percent of my time using the car involves driving with the Uber App, almost 100 percent of my

4    expenditures in gas and insurance are attributable to driving with the Uber App.

5        10.    I pay for the expenses I incur by driving with the Uber App. I keep records of my

6    business expenses, including receipts for gas in a file cabinet.

7        11.    Uber the sole source of leads and revenues for my services as a driver. This is a

8    choice I made because of the convenience of the Uber App relative to other driving apps and the

9    availability of business under the Uber App.

10       12.    While I do not currently hire additional drivers to subcontract , I think I could do so if

11   I wanted to .

12       13.    I receive a form 1099 from Uber and have never received a W2 from Uber. I report

13   the income from driving with the Uber App on my taxes. I do not report that any part of that income

14   constitutes a tip because I do not believe this to be the case. When I file taxes, I describe my work

15   driving as self-employment. I deduct the business expenses for gas, water bottles, etc. from my total

16   tax liability.

17       14.    When I began using the Uber App, it was presented with a Software Liscence and

18   Online Services Agreement, which appeared on my screen in the course of the application process. I

19   skimmed the Licensing Agreement and got a sense of the terms it contained. I agreed to the

20   Licensing Agreement. I don't recall whether the Licensing Agreement had an arbitration provision

21   but I assumed it was more likely than not.

22       15.    By agreeing to the terms of the Licensing Agreement I absolutely agreed to be an

23   independent contractor, which I consider myself to be. I like being an independent contractor

24   because I can set my own hours, I can make as much money as I want or need – I can be in charge of

25   my day, of my finances, etc.

26       16.    I knew how the proceeds of my work would be divided before I signed the Licensing

27   Agreement. Uber never told me that the gross fare included an amount for the tip. Nor has any

28   statement I have seen said this. I have never heard of Uber telling passengers that the fare included a

2

DECLARATION OF PAUL COTTER

1    tip. In fact, when it comes up in conversation around the end of a ride when the passenger is

2    considering tipping me, they usually did not think that a tip was included.

3        17.    When I signed up, I recall hearing that my account could be deactivated or suspended

4    if I did not meet a minimum star rating. I did not believe that I had to follow any particular steps to

5    maintain my rating above that minimum. Uber made suggestions but the choice about how to

6    maintain a good rating was completely up to me.

7        18.    I log onto the Uber App five to six times a week and I estimate that I spend about 35-

8    40 hours logged on. Uber does not require me to log onto the Uber App for any minimum amount of

9    time. Uber has never threatened to suspend my account for my not spending enough time logged

10   onto the App.

11       19.    I try to be logged onto the App during commute time to take advantage of surge rates

12   and to move to places where surge rates are in effect. This involves a calculation as to whether it will

13   be worth the time travelling and whether the surge will still be in place when I get there. After

14   driving for a while I got a sense of the surge rate patterns. I now anticipate what areas will be

15   surging and try to get there ahead of time to maximize my profits. I am also more likely to accept

16   leads when surge pricing is in effect.

17       20.    I accept all of the leads I receive through the Uber App, but I am aware that I do not

18   have to do that. I take my driving seriously and consider myself a professional, so I think I should be

19   accepting almost all of the leads I receive. Uber has never threatened to suspend my account as a

20   result of my not accepting enough leads.

21       21.    Uber never restricts me from simultaneously using other apps, but I get enough work

22   by using the Uber App alone.

23       22.    When I am logged on, I consider myself an independent contractor, not someone

24   working for Uber. I consider independent contractor relationships to be good for both the driver and

25   the company and I am very happy with being an independent contractor.

26       23.    My relationship with Uber is very flexible. Uber never sets my work schedule,

27   requires me to accept any particular trip request, or assigns me territories. Not does Uber restrict me

28   from engaging in other occupations. I value this flexibility personally because it lets me live my life

---
3
DECLARATION OF PAUL COTTER

1   on my own terms. I like that the flexibility in my schedule lets me schedule my driving time around

2   my wife's work so that we get to spend more time together.

3       24.     I generally do not negotiate over fares. When a glitch in my app causes a payment

4   issue, I request a fare adjustment through the app and it is consistently provided.

5       25.     To learn about Uber when I started driving and to learn how best to run my business

6   successfully, I looked at a variety of documents on the Uber site. I also watched the videos on the

7   application pages. In these materials, there were suggestions about how to run my business. I

8   consider these just suggestions, which I am not bound to follow. I tend to follow these suggestions

9   because these suggestions help to project a professional attitude and work ethic and help to enure a

10  good ride for the passengers. I go along with them if I think they are good ideas. When I don't think

11  a suggestion is a good idea, I don't follow it.

12      26.     Uber has never contacted me for failing to follow these suggestions, and I was never

13  told my account would be deactivated for not following the suggestions.

14      27.     Passengers I book using the Uber app can rate my services from one to five stars. I

15  have a rating of approximately 4.88. This is a good rating. This rating is based on the customer's

16  satisfaction regarding their ride. If they had a safe, comfortable ride, they will give a high rating.

17  Uber has no control over the ratings. To keep my rating high, I evaluate the needs of the customer. If

18  they want time to themselves, I leave them alone, and if they are gregarious, I engage them in

19  conversation.

20      28.     I would think that it would be difficult for a driver who ignores all of these

21  suggestions to achieve the minimum rating because these suggestions are usually common sense,

22  professionalism basics, and helpful in giving customers a better experience. However if someone's

23  rating falls below the minimum it is because their customers had a bad experience, not because Uber

24  influenced their rating.

25      29.     In the training manual and a video module I viewed when I applied for the App, I

26  learned that tips were not part of the Uber service, that I should not expect them, and that I should

27  communicate this to any customers who asked. To the best of my knowledge, I am not prevented

28  from accepting tips. If a customer insists on tipping after I have told them that I don't expect any

---

4

DECLARATION OF PAUL COTTER

1   tips, I accept it. I estimate I get tipped about three time per month in the range of a couple of dollars.

2   The decision of whether to tip and how much is always the customer's decision. Uber has never

3   threatened to suspend my account for accepting tips.

4        30.    I have been to Uber's offices four times: the first time was to pick up my phone and

5   the other times were to address technical problems with the phone.

6        31.    I have given this testimony completely voluntarily and without any coercion

7   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12  not have to provide any written statement.  I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15       I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17       Executed at San Francisco, California this _18_ day of May, 2015.

18

19                                          PAUL COTTER

20

21  Firmwide:133590310.1 999999.6092

22

23

24

25

26

27

28

---

5

DECLARATION OF PAUL COTTER

1          **DECLARATION OF KENNETH CROSSLEY**

2          I, Kenneth Crossley, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      I drive full-time using the Uber App (currently on the UberX platform and the

7    UberXL).

8          3.      I have a Chevy Tahoe, which I use to drive passengers.

9          4.      I signed up to use the Uber App online in or around November 2014.  I submitted my

10   driver's license information, registration, proof of insurance, and pictures of my car.  Within two

11   weeks, Uber informed me I was approved to use the Uber App.  I did not visit Uber's office.  I

12   received an email from Uber that contained links to an onboarding video and licensing agreement.

13   Then, I accepted the licensing agreement and was able to start using the app to book passengers.

14   The video explained how to use the Uber App and gave suggestions about how to interact with the

15   passengers. I did not consider the suggestions to be requirements.

16         5.      Uber has never required me to "report" to its office, or be in any particular location at

17   any particular time or communicate with them about any subject.

18         6.      I usually use the Uber App from 4:30 am until about 9:30 (take a breakfast break),

19   and then from about 10:30 am to 12:00 pm (take two lunch breaks) and then I drive again at around

20   2:30 pm to 8:00 pm. During my breaks, I turn the Uber App off. I'm free to go anywhere I want

21   during my breaks. I decide when I want to take breaks. Uber has not told me never to take a break

22   and has never interrupted a break.  I am free to go anywhere I want during my breaks.  Sometimes I

23   go to Jack-in-the-Box, Carl's Jr. or home.

24         7.      I like the flexibility I have using the Uber App. I log on and off of the app anytime

25   and anywhere I want.  That flexibility is very valuable to me because I enjoy the freedom of making

26   my own schedule and having time off for other activities. Uber has never told me when I have to

27   have the Uber App open when I drive.  I like the freedom and flexibility of using the Uber App.

28

---

1

DECLARATION OF KENNETH CROSSLEY

1      8.      Uber has not assigned me a territory. I drive where I want.

2      9.      Passengers I book using the Uber App can rate my services from one to five stars.

3   The ratings are from the passengers, only.   Uber has never informed me that I was going to be

4   terminated from using the Uber App due to my star rating.

5      10.     I understand that I can decline a lead generated by the Uber App.  Once in a while, if

6   a passenger has a lot of luggage and it will not fit in my Tahoe, I will decline the lead.

7      11.     Uber does not require me to wear any specific type of clothing when I'm providing

8   transportation services.

9      12.     I operate as a self-employed individual and do not employ any other drivers.  I enjoy

10  being self-employed and the flexibility using the Uber App provides.

11     13.     I directly communicate with Uber maybe once or twice a month and receive a

12  summary of my fares and reviews.

13     14.     I do not know what Uber's policy is about tips. I received a tip once.

14     15.     Uber does not set my work schedule; nor does Uber restrict me from engaging in

15  another occupation or business.

16     16.     Uber has never suspended or threatened to suspend my account for not spending

17  enough time logged on to the app or for accepting tips.

18     17.     I have given this testimony completely voluntarily and without any coercion

19  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

20  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

22  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

23  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

24  not have to provide any written statement.  I also was specifically told that I could participate in the

25  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

26  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27

28

DECLARATION OF KENNETH CROSSLEY

CLASS MEMBER DECLARATIONS 302

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at Los Angeles, California this 27 day of May 2015.

4

5                                                 KENNETH CROSSLEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF KENNETH CROSSLEY

## DECLARATION OF DELL CROWDER

I, Dell Crowder, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in Los Angeles, Los Angeles County, and have lived there for forty five years.

3.      I drive for UberX and for Lyft.  I run both apps at the same time, once I get a fare from one of the two I turn the other off.  I simply take the first that comes through.  The two services are very similar, but I get about ten times more requests from Uber than I do from Lyft.  I started driving for Uber on New Year's Eve 2013 and for Lyft in January of 2015.  I decided to start driving for Lyft because I upgraded my registration and insurance, and my Uber account got deactivated.  The app took a week to let me back on the system.  I didn't want that to happen again so I signed up for Lyft as a backup so that I'm never out of work.

4.      I drive about 30 hours a week.  I am retired and driving for Lyft and Uber is the only way I make money.

5.      I owned the car I drive before I started driving with Uber.

6.      I just use the app to generate leads.  I gas up every morning, where I log in all of my mileage, and I then turn on the app.  I live in LA, but my wife lives in Diamond Bar, about 40 miles away and I spend most weekends at her house.  If I'm in Diamond Bar, I start at the Shell station.  If I'm in LA I will usually start the app from my house.  Otherwise, I will drive where the customers take me.  I normally start between 4:00 and 4:30 in the morning, and end when traffic has beaten me up.  On weekends, I will drive until noon or 1 in the afternoon.  If traffic is very bad, I will take off earlier.  I carry a snack, usually by the time I get hungry enough to stop, I am finished driving for the day.

7.      After I went through my taxes last year, I decided to set up a system to log my odometer each day.  I'm claiming driving as my business, so I need backup for my records, at the advice of my accountant.  This is because I claim my mileage as a business expense.  I also claim car

1

DECLARATION OF DELL CROWDER

1    maintenance as a business expense.

2         8.    I expected to be responsible for the maintenance of my car when I signed up.

3         9.    For onboarding, I watched a video that explained process. How to start the trip, how

4    to end the trip, how to interact with the customer, basic stuff. I pay attention to the policy changes

5    and the evolution of airport rules for Uber drivers.

6         10.   I haven't had many issues with the star system. It's mostly fair, although there is only

7    so much you can control. Once there was a glitch in the program where I dropped from 4.9 to 4.7,

8    and I contacted them about what was going on. Uber apologized, said it was a glitch, and fixed it

9    within an hour.

10        11.   I haven't had to contact Uber too often. Once I picked up the wrong person, so I

11   notified Uber and told them not to charge the person whose credit card was on file. Instead I took the

12   guys home, because they were drunk and I didn't want to leave them in the road. I didn't charge

13   them.

14        12.   I accept tips, although I always say it is not necessary. I thank them, because the

15   thought is enough, but some folks demand it and I thank them again and accept it. People usually tip

16   a buck or two, sometimes five. Early on, it was strongly recommended it was not part of the policy to

17   accept tips. But if people insisted, I would accept, because sometimes they wouldn't leave until I

18   accept their tips.

19        13.   I would not want to be a fulltime employee. I've been there, and I retired. I set my

20   hours, I set the amount of time that I want to work, I notify myself when I take a vacation. When I

21   was an employee I didn't get those things. I have my own benefits, and I buy my own insurance.

22        14.   This is a new paradigm for a working relationship with a new company. Like my wife

23   said, every position should have the flexibility this position has. My wife had to have foot surgery,

24   and being able to take her to and from work was a major factor for me. To be able to have that

25   flexibility was very important.

26        15.   I have given this testimony completely voluntarily and without any coercion

27   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

28

---

2

DECLARATION OF DELL CROWDER

1  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

4  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

5  have to provide any written statement.  I also was specifically told that I could participate in the

6  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8      I declare under penalty of perjury under the laws of the United States of America and the

9  State of California that the foregoing is true and correct.

10

11      Executed at Los Angeles, California this 26th day of May, 2015.

12

13                                                Dell Crowder

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF DELL CROWDER

1

**DECLARATION OF CANIP CUMEN**

2   I, Canip Cumen, do hereby swear, affirm and attest as follows:

3   1.   I am over the age of 18 and am not a party to the above-captioned matter.   Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6   2.   I am employed, full-time, as a doorman at a hotel in downtown Los Angeles.   I also

7   drive part-time using the Uber App (currently on the UberX platform and soon, on the UberPlus

8   platform).

9   3.   I have a Ford Fusion (UberX) and a Lexus RX (UberPlus), which I use to drive

10   passengers.

11   4.   I signed up to use the Uber App online about two years ago.   I submitted my driver's

12   license information, registration, proof of insurance, and pictures of my car.   Within two weeks,

13   Uber informed me I was approved to use the Uber App.   I did not visit Uber's office. I received an

14   email from Uber that contained links to an onboarding video and licensing agreement. Then, I

15   accepted the licensing agreement and was able to start using the app to book passengers.

16   5.   Uber has never required me to "report" to its office, or be in any particular location at

17   any particular time or communicate with them about any subject.

18   6.   I usually use the Uber App on my days off (Friday, Saturday and Sunday) between

19   6:00 am and 12:00 or 1:00 pm, but it really varies.   When I drive, I sometimes take breaks to rest

20   and to eat breaks or lunch.   During my breaks, I usually turn the Uber App off. I'm free to go

21   anywhere I want during my breaks. I decide when I want to take breaks. Uber has not told me never

22   to take a break and has never interrupted a break.   I am free to go anywhere I want during my breaks.

23   Sometimes I go to the bagel store, Starbucks, or the mall (food court).

24   7.   I like the flexibility I have using the Uber App. I log on and off of the app anytime

25   and anywhere I want.   That flexibility is very valuable to me because I enjoy the freedom of making

26   my own schedule and having time for my full-time job.   Uber has never told me when I have to have

27   the Uber App open and drive.   I like the freedom and flexibility of using the Uber App.

28   8.   Uber has not assigned me a territory. I drive where I want, but I mostly drive in the

---

1

DECLARATION OF CANIP CUMEN

1    downtown Los Angeles area and sometimes Manhattan Beach.

2        9.    Passengers I book using the Uber App can rate my services from one to five stars.

3    The ratings are from the passengers, only – not Uber. Uber has never informed me that I was going

4    to be terminated from using the Uber App due to my star rating.

5        10.    Uber does not require me to wear any specific type of clothing when I'm providing

6    transportation services. I usually try to dress professionally.

7        11.    I operate as a self-employed individual and do not employ any other drivers. I enjoy

8    being self-employed. I like being my own boss.

9        12.    I directly communicate with Uber maybe twice a month and receive a summary of my

10   fares.

11       13.    Uber has informed me that I cannot ask for tips, but if a passenger would like to give

12   me a tip, I can accept it. Once in a while, I receive tips (in cash) from passengers. I do not know

13   what Uber has told passengers about giving tips.

14       14.    Uber does not set my work schedule; nor does Uber restrict me from engaging in

15   another occupation or business.

16       15.    Uber has never suspended or threatened to suspend my account for not spending

17   enough time logged on to the app or for accepting tips.

18       16.    I have received a 1099 from Uber. When I file taxes, I have deducted business

19   expenses, such as car washes and gas.

20       17.    I have given this testimony completely voluntarily and without any coercion

21   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

22   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

24   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

25   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

26   not have to provide any written statement. I also was specifically told that I could participate in the

27   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

28   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2

DECLARATION OF CANIP CUMEN

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3    Executed at Los Angeles, California this 27 day of May 2015.

4

5                                                    CANIP CUMEN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF CANIP CUMEN

**DECLARATION OF ROB CUNNINGHAM**

I, Rob Cunningham, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 40 years old and I currently reside in Oakley, California.  I have lived there for 9 years.

3.      I started using the UberX platform as a driver in November 2014.  I first learned about Uber in November 2014 when I helped a co-worker set up his Uber driver account.  My co-worker was not very "computer literate," so I signed up for an account for myself as well so that I learn how things work and answer some of his questions.  I did not intend at that time to use Uber as a driver.  But I later tried driving passengers through leads generated through the UberX platform and I found that I really enjoyed the experience.  I have continued to use the App since then.

4.      I currently work full-time as a sales account manager for an internet service provider.  I have worked at my current company since June 2014.  Prior to this, I worked for Comcast for five years.  Additionally, I own a restaurant in Antioch, California.

5.      I am an UberX partner with Uber and a sole proprietor.  When I started using the UberX App, I understood that I was an independent contractor, and not an employee.  I transport passengers using a 2013 Honda Civic, which I own.  I also use this vehicle for personal errands.  I currently only use the UberX platform.  I do not use other ride-sharing apps such as Lyft or Sidecar and I do not provide transportation services through any other means.  I understand, however, that Uber does not restrict my right to use other ride-sharing apps or offer transportation services through other means.

6.      I determine when I log on and log off of the Uber App.  I like to turn the App on when I get on the Bay Bridge after I finish my full time job—usually around 4:30 pm to 5:00 pm.  I estimate that I use the App for approximately 40 hours per week.  My practice is to stay logged into the App until I have earned a certain dollar amount.  I usually have a goal dollar amount in mind before I start driving and I try to hit this number.  If I hit the number early in the night and am not

CLASS MEMBER DECLARATIONS 310

1 | tired from driving, I will continue.

2 | 7. Uber does not set my work schedule or dictate when or how often I use the App. I

3 | value the flexibility afforded to me by the App because it allows me to work around my full-time

4 | job.

5 | 8. Uber also does not control where I go to turn on the App. The App will show drivers

6 | a map with "red zones" where demand is high. I believe these zones are generated by computer

7 | algorithms. I decide whether or not I want to enter these zones. Sometimes if I am close to a red

8 | zone, I will drive in. But I also know that I can get fares outside of the zone. In fact, if lots of

9 | drivers enter the zone, then I can collect more fares outside the zone.

10 | 9. Before I was allowed to start using the Uber App as a driver, I was required to attend

11 | online orientation sessions. The sessions informed us how to use the App and also offered

12 | suggestions on how we can interact with passengers to obtain high ratings. For example, the

13 | orientation suggested having snacks and water available to passengers.

14 | 10. I understand that passengers determine the star ratings and not Uber. I understand

15 | that Uber does not set the criteria that passengers use to rate drivers.

16 | 11. My star rating is around 4.9 and I consider the rating to be high. But I am not

17 | satisfied; I am motivated to achieve a 5.0 rating. To improve my star rating, I try to give the guest a

18 | special experience. Uber riders don't want a taxi experience. They want their driver to be friendly

19 | and outgoing. Some riders want to hear music, so I try to play the music. I get to decide how I

20 | interact with my passengers. My customer service practices are based on my own experiences and

21 | instincts. Uber did not and does not tell me how I treat my passengers.

22 | 12. I communicate with Uber very infrequently. I only recall communicating with them a

23 | few times regarding fare adjustments. I have emailed Uber several times in the past when the fare

24 | was improperly calculated due to a glitch in the Uber App—on rare occasions, the App only

25 | registered the time but not the distance of the trip.

26 | 13. I incur expenses in connection with transporting passengers, such as gas, cleaning

27 | costs, vehicle maintenance, and vehicle depreciation. I pay for all of these expenses myself.

28 | 14. I have always understood that the tip is not necessary for an Uber-generated fare

2

DECLARATION OF ROB CUNNINGHAM

CLASS MEMBER DECLARATIONS 311

1  because the fare is all-inclusive.  Uber has never informed me that I may not accept a tip if a

2  customer insists on giving me a tip; tips are appreciated but not required.

3       15.   I do not solicit tips from passengers, but I am offered tips from passengers about once

4  a month and I accept these tips sometimes.  When I do receive tips, the amount is usually about five

5  dollars or so.

6       16.   I have given this testimony completely voluntarily and without any coercion

7  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12  not have to provide any written statement.  I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15       I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17       Executed at San Francisco, California this 19th day of May, 2015.

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF ROB CUNNINGHAM

## DECLARATION OF Toby Cunningham

I, Toby Cunningham, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver.  I am 37 years old and have been living in North Park, CA for about 5 weeks, and was living in Portugal before then.  I kind of live in Portugal and Tahiti right now.  I have been driving using the UberX service for a year and a couple months, and still currently use it.  I am a full-time surfer and do water rescue in Tahiti.  None of my sponsors prohibit me from driving using Uber.  I am a direct partner with Uber.  I own and use one vehicle when using the Uber app, a Prius 2008.

3.      I go on at anytime.  If I am hanging out with friends, and I see surge pricing, I'll say, see you in an hour and that's it.  I also drive for Lyft, which I have been doing for about a year and a half.  I have both apps on at the same time.  Whichever one goes on first, I get that request.  But if there is surge pricing for Uber, I turn the Lyft app off.  I like using both at the same time but I prefer one.  If there is no surge pricing, I use both.  I like using both because there are more rides and I don't want to sit around.  I think about 75% of my rides are from Uber.  Uber doesn't keep me from using both at the same time.  I can decline rides from the Uber app.  I might decline a ride if it's 15 minutes away, or more than 10.  It's not worth it.  I have requested fare adjustments.  Sometimes I brain fart and start and stop the ride at the same time, but they correct it right away.

4.      My work schedule varies.  I obviously don't drive overseas.  I could get a call from a sponsor anytime to go somewhere, so I turn it off.  My work schedule depends on other things as well.  I also have other things I like to do, like surfing, long walks on the beach, and I have a website that I am working on right now.  I like having the flexible driving schedule.  Last week I logged in for

---

1

DECLARATION OF Toby Cunningham

27 hours, and that was average I guess. I'll work in between my rides, like on my laptop. I like the flexibility because it allows me to do things that I am passionate about, and I wouldn't be able to hold a job like this otherwise, because I travel so much.

5.   When I signed up for the app, they checked out my car in a garage, they gave me a phone and I signed on and started driving. They told me to be nice, play music that the riders want. I'm not required to follow the suggestions, but obviously it would affect my rating if I'm not nice. There are emails and ProTips, but I don't read them. I am probably already doing their suggestions, because my rating is high. No one has ever told me that my account would be deactivated if I didn't follow an Uber suggestion.

6.   The riders rate me for the star rating system, and it's 1-5. It's pretty ambiguous. Sometimes you don't know why it's bad. There isn't a lot of feedback with that. Someone could type in 3 because they are drunk, but mostly it's good. The ratings are determined by the passengers. Uber set up the 5 star system, but that's probably their only control. My star rating is 5 sometimes, 4.84 other times, which I think is high. I have been told that my personality is how I maintain my star rating. I think my personality is my idea, not Uber's.

7.   I might communicate with Uber if I screw up in a ride, or I have a one star passenger and I know they are going to rate me badly, I will explain it to Uber. But most of my rides are good. In a month, I might communicate with them twice a month, mostly for fare adjustments. Uber never contacts me, although they give me updates on what's going on in San Diego. I will read the email if it's personal, but if it's something going on in San Diego, then no.

8.   Uber has told me that you can accept the tip if they insist. This was in the video when I first signed up. I don't think my licensing agreement prohibits me from accepting tips. I have gotten cash tips from passengers probably 10 times a month. Uber has never threatened to suspend my account for accepting tips.

---

CLASS MEMBER DECLARATIONS 314

9.      I read and understood the licensing agreement.  I intended to become an independent contractor and I wish to continue as an independent contractor because I get write-offs and I don't like to be micromanaged.

10.     My expenses are gas, tires, oil change, and interior cleaning.  I keep track of my expenses in a gas app, bank statements and I keep receipts.  The Uber app gives me a summary of the miles so I don't have to keep track.   I indicate that I am self-employed on my taxes, or independent contractor and I get a 1099 from Uber.  I report and take deductions for my business expenses.

11.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at San Diego, California this 29th day of May, 2015.

_____

Toby Cunningham

3
DECLARATION OF Toby Cunningham

CLASS MEMBER DECLARATIONS 315