### DECLARATION OF AFSHIN DADFOROUZ

I, Afshin Dadforouz, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am a self-employed businessman.  I offer transportation services as a driver through Uber, a service that helps me generate leads for my business.  I primarily operate my business in San Diego.  While I operate in San Diego, Uber does not assign me a territory to operate my business.  I use this service to book passengers.  I have heard that some drivers use other services, like Lyft, to help them with their business.  Though I understand that I could use other services as well, I have chosen only to use the Uber service so far.  At some point, I may also use Lyft or another app along with the Uber app to support my business.  I have not yet decided whether to also use Lyft.  Uber has never limited my ability to use any other app.

3.    I began using the UberX platform as part of my own business in or about December 2014.  Before I began operating my own business, I had owned and operated my own separate business—a used car lot.  I closed my business shortly before I started my transportation business.

4.    I use a Toyota Prius to transport passengers. I bought the Prius last year.  I have found it has been a helpful investment for my transportation business.  It is a very good vehicle for my business because it gets excellent gas mileage.  I typically use the Prius just for business.  I have a 2012 Nissan Rogue that I use for my personal driving needs.

5.    I signed up to use the Uber app online.  I received a licensing agreement.  I understood that the licensing agreement stated that I would be an independent contractor.  With an independent contractor arrangement, this provides me with flexibility.  I value this flexibility.

6.    As I signed up for Uber, I viewed some videos on line.  The videos had some suggestions that I understood were supposed to help me with my business.  I also understood that I was not required to follow these suggestions.  For example, it was suggested that I provide passengers with snacks to get a higher rating.  I do not provide snacks to passengers because I do not feel it is necessary.  Instead, I consider it far more important to treat my passengers well.  When I

CLASS MEMBER DECLARATIONS 316

1   treat passengers well, I find that I get good passenger ratings, which helps my business.  Uber does

2   not rate my service.  The passengers do.

3         7.       I do not have a fixed schedule when I operate my business.  When I am fully

4   operating my business, between Mondays and Fridays, I like to turn on my phone to look for leads

5   between about 6:30 a.m. and 11 a.m. and about 5 p.m. and 10 p.m.  On weekends, I typically drive

6   and operate my business between about 5 p.m. and until about 3 a.m.  The dates and times are

7   completely my choice.  Uber does not set my schedule or influence my business schedule in any

8   way.

9         8.       Uber has never required me to "report" to its office, or be in any particular location at

10  any particular time or communicate with them about any subject.   I seldom communicate with

11  Uber.  I would estimate that I may email with Uber on average about one time per week.

12        9.       Besides the high volume of potential fares, my favorite thing about Uber is the

13  flexibility. I log on and off of the app anytime and anywhere I want.

14        10.      In my business, I pay all of my own expenses, such as gas, maintenance, and

15  depreciation.  I maintain my own business records.  I identify myself as self-employed on my taxes.

16  I keep my records of business expenses separate from my personal expenses.  I do not receive a

17  Form W-2 from Uber.

18        11.      As I mentioned above, I do not have anyone setting my hours.  If and when I want to

19  take a break or lunch, I can do so for as long as I want.  The Uber app does not interfere with my

20  ability to take a break or lunch, or interrupt the break or lunch.

21        12.      I have given this testimony completely voluntarily and without any coercion

22  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

23  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

24  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

25  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

26  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

27  not have to provide any written statement.  I also was specifically told that I could participate in the

28  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

CLASS MEMBER DECLARATIONS 317

1   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2       I declare under penalty of perjury under the laws of the United States of America and the

3   State of California that the foregoing is true and correct.

4       Executed at San Diego, California this 2*2 day of May, 2015.

5

6

7                                                   Afshin Dadfourouz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF AFSHIN DADFOROUZ

## DECLARATION OF JACOB DAYEH

I, Jacob Dayeh, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a self-employed businessman.  I offer transportation services as a driver through lead-generation services on the UberX platform.

3.      I use a Honda Accord for transportation of passengers. I bought the vehicle last year, and have financed the purchase. I have found it has been helpful to my transportation business.  It is a practical size for driving in San Diego and has reasonable gas mileage.  Also, my passengers are happy with the interior space it provides.

4.      I signed up to use the Uber app online.  I submitted my driver's license information, proof of insurance, proof of registration, and pictures of my car.  In about 10 to 14 days, Uber informed me I was approved to use the Uber app.  At that time, I accepted the licensing agreement and was able to start using the app to book passengers.  I understood that I was and am an independent contractor.  One of the reasons that I contracted with Uber is that it allows me the flexibility of working as an independent contractor.

5.      I have experience being self-employed.  For example, before I contracted with Uber, I owned a transportation business.  In that business, I drove sedans, limousines, and buses.

6.      Since I contracted with Uber, Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

7.      One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This is called a "surge."

8.      Uber has not and cannot prohibit me or limit me from using other apps to find fares. I generally prefer to book passengers through the Uber app because I can make more money due to the passenger demand.  Nevertheless, I could use other apps, such as Lyft and Sidecar, if I choose.

/ / /

CLASS MEMBER DECLARATIONS 319

9.      Uber helps me generate many leads.  I do not have a set schedule and there is no pressure to set a schedule.  Uber does not assign me to a specific territory.

10.      Besides the high volume of potential fares, my favorite thing about Uber is the flexibility. I log on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me.  Down the road, I am strongly considering hiring employees and getting my TCP license. When I do, I plan to expand my business, convert from a sole proprietorship to LLC or corporation, and continue to use the Uber platform for additional leads to support my growing transportation business.

11.      Passengers I book using the Uber app can rate my services from one to five stars. Uber makes suggestions on how to increase my "star rating" from passengers, such as having water in the car.  I have experience in the transportation industry, so very little of this was new to me. However, I do not need to follow these suggestions.  I make my own decisions on how to provide customer service to my passengers.  I have a background in customer service and I know what good customer service is.  For example, my passengers expect me to provide them a safe ride, in a clean and well-kept car.  I also work to build rapport with my clients by using good and tasteful humor. Uber has never required me to provide any of these things.  I could do these things or not.  I choose to do so on my own because it makes good business sense.  Good customer service is a skill, and my experience over time has helped me develop this skill.

12.      Uber does not require me to wear any specific type of clothing when I'm providing transportation services. I dress professionally in slacks and a collared shirt.  Again, this is not required. I dress this way because I feel that it is professional and helps my business.

13.      One of the great things about the Uber app is that it allows me to operate my business while contracting with Uber to provide me with administrative support.  In exchange for that support, Uber receives a percentage of my revenues.

14.      In my business, I pay all of my own expenses, such as mileage, gas, car washes, meals when I drive a long distance, and depreciation.  I maintain my own business records.  I identify myself as self-employed on my taxes.  I keep my business expenses separate from my personal expenses.  I do not receive a Form W-2 from Uber.

CLASS MEMBER DECLARATIONS 320

15.     As I mentioned above, I do not have anyone setting my hours.  If and when I want to take a break or lunch, I can do so for as long as I want.  The Uber app does not interfere with my ability to take a break or lunch, or interrupt the break or lunch.

16.     I sometimes receive tips from my passengers.  I understand that tips are not included in the basic fare and that passengers are free to provide me with tips.  I do not need to report these tips to Uber and have not reported them to Uber.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this **28** day of May, 2015.

JACOB DAYEH

3

DECLARATION OF JACOB DAYEH

**DECLARATION OF SARKIS DELAKYAN**

I, SARKIS DELAKYAN, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Sarkis Delakyan. I am 55 years old. I live in Glendale, Los Angeles County, California, where I have lived 27 years. I have been using the Uber app for about a year, and I am both an UberBlack driver and an Uber Plus driver. I use Uber over other apps because it is the best one.  I drive a 2014 Lincoln MKT when driving for Uber, which I own. I use it only for work so I use another vehicle for personal use.

3.      Driving is what I do for a living. I have a transportation business called Angelina's Transportation but I only use Uber.

4.      My daughter checks my pickups. I usually start at LAX and transport customers from there. When I drop someone off at one destination, I pick up someone at that point and take them to the next place. I just leave the app open and wait for calls to come in. I work anywhere from 8 to 12 hours a day, which usually starts at 7 a.m. or 8 a.m., depending on how I feel. But I'm not required to be logged in for any amount of time. There have been weeks where I've worked 7 days, and other weeks where I have worked 4 days that week, just depending on what I feel like. I take 20-30 minute breaks when I'm hungry, and I turn my phone off when I do. On those breaks I usually go home or a convenient place in the area I happen to be in. A lot of my calls come from LAX. Otherwise, I have to wait a few hours until I get a call, but out of LAX I can usually get a call every 30 minutes. I come back to LAX if I have not received a call in a long time. Uber never assigns me a territory. I'm my own boss. I'm comfortable with the way things go and I start my day at LAX because that makes the most sense.

5.      I maintain my star rating by treating my customers the way I would like to be treated. Sometimes I have good customers, sometimes I have bad customers. Some customers aren't very kind. I don't like it when customers are disrespectful. During the summer, I buy water and keep water

CLASS MEMBER DECLARATIONS 322

in a cooler for customers, so I can provide them with good service. I will also allow customers to hook up. Maintaining a high star rating is common sense. It's my business, so I try to take good care of my customers.

6.    I communicate fairly frequently with Uber. My daughter writes and emails Uber if anything comes up. We communicate about everything and anything. If there is a trip issue we immediately contact Uber but sometimes the response time is slow. But there is no reporting requirement that we know of.

7.    I have many expenses for my driving: gas, tires, miles, payment for the car, which is financed, water, gum, and new suits so I look presentable. I pay for all these expenses, all of which my wife keeps a record of.

8.    Uber has never communicated to me anything about tips but we know that we aren't supposed to take them.

9.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
SARKIS DELAKYAN

2
DECLARATION OF SARKIS DELAKYAN

CLASS MEMBER DECLARATIONS 323

## DECLARATION OF STEVE DEMING

I, **STEVE DEMING**, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 74 and I live in Palos Verdes but I cover all of Southern California. I drive using Uber SUV and Uber X, but generally Uber X because I receive more requests that way. I'm retired and my expenses have been exceeding my income, so I decided to start stimulating my income by using the App. I drive a GMC Yukon which I already owned. I have been using the Uber App since December of last year. I'm like a leaf in the wind, I could end up in Simi Valley or Mission Viejo. I categorize it as a multi-dimensional video game.

3.      I either start at 8 a.m. or whenever during the day feels normal. If I've ridden my horse in the morning, sometimes I'll start in the afternoon and work until midnight. Generally I start at 8 a.m. and go until I feel like heading home for dinner, which is usually about 7 p.m. Starting in Palos Verdes I'm kind've in a corner below Torrance, so my early rides will usually take me to the airport and/or downtown, and so from there I'll head to West L.A./Santa Monica which seems to be a hotbed. After that I'm at the liberty of the leaf in the wind syndrome. Uber will tell me if I want to make more money, I can drive surge hours, but besides that they don't restrict where I go or how many hours I work. Surge pricing does not affect my decision to log onto the App; I find if I try and follow surge pricing it disappears on me when I get there. I have a mantra I repeat to myself which is "Don't follow the money," so I don't go on a wild goose chase for surge pricing. That's what I like about it. I'm essentially unemployable; I don't want a boss, or a starting time. I like to ride my horse when I want to and don't want anyone telling me I don't work hard enough. I like the lifestyle I have right now and Uber is part of that.

4.      I average about 30 hours a week. I only work 4 days a week. I don't take breaks when I'm driving because when I'm waiting for someone I'm just sitting there anyway, so I feel like I have enough breaks in my daily schedule. Sometimes I take lunch. Uber doesn't tell me when to break, but

CLASS MEMBER DECLARATIONS 324

1   I know I'm not making money if I'm on a break.

2        5.     I think the star rating system is interesting; unless someone is really off the wall,

3   which I've only had about 3 times, I always give people a 5. I have a good rating, a 4.9. I think it

4   should be 5, and the reason is that every 90 days it should a sliding adjustment so you forgive a bad

5   month. If somebody gets a bad rider and gets a bad score, it's going to ride with them for a while. To

6   keep my rating high, I try to be fair about when I start the trip meter.

7        6.     Uber emails me every week, but it's a matter of course. They send me a review of the

8   hours that I've worked and how I could do better by working more surge hours. I've only emailed

9   them 2 or 3 times I think. One of the things I've emailed them about is my development of this Uber

10  hat and shirt that I'm wearing. I made the recommendation that we wear custom Uber hats and shirts

11  and other apparel items with logos on them. Passengers see me wearing them and want to buy them,

12  but Uber has said no as that would appear as if they're trying to make us employees by giving us

13  uniforms. I'd like to set it up independently of the company; I have a manufacturer and website set

14  up, and I could do it as an independent and share profit with Uber.

15       7.     I do receive cash tips; people want to give us tips other ways but there's no way to do

16  that through the current system. Passengers have the impression that there is a tip involved in the

17  current system but that is not the case. I get tips less than 10% of the time. I usually just keep it in my

18  dash compartment and give it to any homeless guys I see standing on the road. Uber has said nothing

19  about it to me.

20       8.     As far as expenses, I have the obvious: gas, oil, tire, deterioration on the car.

21  Sometimes citations from the sheriff's department. The potential for body and fender damage is also

22  pretty large but thankfully I haven't been involved in any accidents yet. I don't keep a record of

23  expenses, so I'll probably estimate them and deduct them from my income when I file. I'm not sure

24  what I'll get from Uber, but I'm going to file as self-employed.

25       9.     I have given this testimony completely voluntarily and without any coercion

26  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

27  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

28

---

2
DECLARATION OF STEVE DEMING

does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27th day of May, 2015.

STEVE DEMING

---

3
DECLARATION OF STEVE DEMING

## **DECLARATION OF MARK DEMOS**

I, Mark Demos, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto. I have resided in Alameda for the past year.

2.     I am a direct partner with Uber. As a driver, I use UberPool or UberX.  I also work fulltime as a solutions provider for and TSA compliance for a shipping company. I also hold a realtor's license.

3.     I decided to start using the Uber App in January 2015 for the extra money and because I am a people person who just moved into the area. Sometimes, when I am bored, I like to turn on the App and meet new people.

4.     Uber and Lyft all offer apps that an independent driver like me can use to book passengers.  These two companies compete with one another for market share.

5.     I drive an '08 BMW X3M3, which is a high performance car with a plush leather interior, which I bought this November. My passengers really enjoy the car.

6.     I signed up to use the Uber app online.  I submitted my driver's license information, proof of insurance, and pictures of my car.  In less than a week, Uber informed me I was approved to use the Uber App.  I signed a contract when I signed up with Uber, but I don't recall the specifics

7.     Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

8.     One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This is called a "surge."  The surge pricing results in me making more money per fare. "Surge" pricing usually occurs during rush hour and on weekend nights in particular areas of the city.

9.     I also have the Lyft app, but I prefer to use the Uber App because it has an easy interface. I could use the Lyft app more and the Uber app less if I wanted to and might try using the Lyft App more in the future as a point of comparison.  It's entirely up to me.

CLASS MEMBER DECLARATIONS 327

10.     Besides the high volume of potential fares, my favorite thing about Uber is the flexibility. I log on and off of the app anytime and anywhere I want. Uber never sets my schedule; I do.    That flexibility is very valuable to me because I have a regular job and which I have to work around. I am from Santa Cruz and sometimes when I visit and have nothing else to do, I log onto the App and take leads.

11.     Uber does not control or have any right to control which trips I decide to accept through which App. I try to accept all of the trips that are within 10 minutes but not more because I think more would be a waste of gas.

12.     Passengers I book using the Uber app can rate my services from one to five stars.  I have all 5 stars and a rating of 87.5. Uber makes suggestions on how to increase my "star rating" from passengers, such as having water in the car. I don't really pay attention to these. But I do try to improve my riders' experience.  However, I do not need to follow these suggestions; I make my own decisions on how to provide customer service to my passengers.

13.     I have enjoyed 95 percent or better of my clients. I don't like picking up people who are drunk and so I will not pick up fares that are extremely drunk. Uber gives me the freedom to deny rides. Uber never requires me to accept any particular trip request.

14.     Uber does not require me to wear any specific type of clothing when I'm providing transportation services. I usually dress professionally or professional casual. I avoid wearing shorts because its not not enough. When it's short weather, I will be wearing kakies.

15.     I consider myself to be an independent contractor with respect to my driving with Uber. I think I would like to continue to be an independent contractor because of the tax write-offs.

16.     I believe I am self-employed with respect to my work individual and do not employ any other drivers. I assume I will be receiving a 1099 form from Uber.

17.     I provide the iphone I use to pick up Uber fares. My expenses include fuels, cleaning, and standard maintenance. I pay for these expense through a credit card that I use exclusively for Uber. I use this so that I can write off the expenses at on my taxes as an independent contractor. I also keep track of my odeometer to deduct my mileage.

18.     Uber has never told me that the gross fare includes an amount for a tip. Sometimes

2

DECLARATION OF MARK DEMOS

people offer me a tip and I accept it. Uber has never threatened to suspend my account for accepting tips.

19.     I log onto my Uber App Fridays and Saturdays and am adding Sundays. I am logged on between 12 and 14 hours in a typical week. I prefer to be logged on during the evenings but I am starting to work during the day on Sundays. I try to log onto the App when there are surges and head to the surging areas.

20.     I keep the Uber sign on my dashboard so that I can pull over a SFO to pick up fares.

21.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____
[NAME]

Firmwide:133590310.1 999999.6092

3
DECLARATION OF MARK DEMOS

## DECLARATION OF GARO DERGARABEDIAN

I, Garo Dergarabedian, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     My name is Garo Dergarabedian, and I am 55 years of age. I am currently a resident of Alhambra, Los Angeles County, California, where I have resided there for the past two and a half years.  I have been a full-time UberX driver since December 16, 2014, and in that time I've had more than 1,600 fares.  There are several things that I really appeal to me about being an UberX driver. First and foremost is the flexibility--I can work when, and where, I want.  Second, I'm a people person, so I like meeting all of my customers throughout my shift.  And third, I just enjoy the driving, and the sheer variety of the job.  It's kind of like playing a video game, and it gives me a great opportunity to see and learn about different areas in and around the city.

3.     I don't think there's any real reason to communicate with Uber (the company) very much, and I don't communicate with them often.  I just open the App and do my thing.  I get regular emails from Uber that summarize how many hours I have been working and offering suggestions for how to increase my fares--for example, by telling me what times I can work that are "high demand" if I choose to take advantage of that.  I appreciate the suggestions, but I don't feel any obligation to follow them; I only follow them if they work for me, and with my schedule in any given week.  I don't like to be micromanaged, and Uber never tries to micromanage me.  They give me the tools to learn what I need to learn on the job in order to personalize my own routes and schedule and make it work well for me, on my own terms.

4.     Occasionally Uber will send texts suggesting that it might be profitable to drive in a certain area at a certain time (for example, by letting me know if there's a game or a concert getting out), but personally I rarely follow those suggestions.  I don't have any specific timeframe that I operate within, although I most commonly drive in the evenings, because I find that everyone is in a

1
DECLARATION OF GARO DERGARABEDIAN

1    more relaxed mood and the traffic isn't as bad.

2         5.       I get reports of my driver rating every two weeks, but I don't believe that Uber has any

3    say in determining that rating. The customers determine what my rating is.  I like the feedback

4    system, but I certainly don't feel that Uber is managing me with that rating.

5         6.       My fee arrangement with Uber is very simple: I receive 80% of the fare, and Uber

6    takes 20% of the fare, and I cover all costs.  I feel like I'm paying for the privilege of using the App

7    to generate business--and I'm fine with that, because otherwise I wouldn't have a flow of riders.  My

8    understanding is that there is no tip included in that fare.  I do occasionally receive cash tips from

9    customers, although I always tell them that there's no need for a tip.  If they insist, then I graciously

10   accept it and I get to keep all of it.  In my experience, there's a huge range in the amount of these

11   discretionary cash tips--I have received from $1 up to $20, with an average of maybe $3.

12        7.       I have given this testimony completely voluntarily and without any coercion

13   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

17   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

18   have to provide any written statement.  I also was specifically told that I could participate in the

19   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21        I declare under penalty of perjury under the laws of the United States of America and the

22   State of California that the foregoing is true and correct.

23        Executed at Los Angeles, California this 26th day of May, 2015.

24

25                                    _____
                                       Garo Dergarabedian

26

27

28

                                        2
                       DECLARATION OF GARO DERGARABEDIAN

**DECLARATION OF WIJAYAMUNI INDUKA P DE SILVA**

I, Wijayamuni Induka P De Silva, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    My name is Wijayamuni Induka P De Silva. I am a 48 year old male. I use the UberX service. I started using UberX in August, 2014. I currently live in San Clarita, Ca. I currently work at Subway (restaurant). I work two days of the week at Subway and use UberX 5 days of the week. I work directly with UberX.

3.    I usually drive starting around 2 or 3 p.m. and will drive until midnight. I like to work at night because there is less traffic and the weather is better (not as hot). Also, there is more surge pricing in the evenings. I like to work in the Santa Monica or West Hollywood areas because they are busier. They also have more surge pricing. Uber does not control where I drive, I choose to drive where I want to drive. They also do not control what time I drive, it's my own time. I like that I do not have a time schedule. Whenever I turn on the App I start working and whenever I turn it off I am done. It gives you freedom. You cannot find another job like that.

4.    When I'm driving I take breaks because I need it. Whenever I need to I can take a break because I'm not working as soon as I turn off the App. I will stop to use the restroom, to eat, and to relax. Uber never checks up on me or asks me why I'm taking breaks.

5.    Sometimes I get tips from the passengers. For example, when I drop someone off at the airport, people will give me a tip for helping them with their luggage. I do not ask for tips.

6.    To get a higher rating I always try not to cancel the trip. For example, sometimes I will wait for more than five minutes and will try to contact the passenger. I also try to make the ride comfortable. For example, I will provide gum and water. There are different things I do for different passengers. Each passenger is different and is in a different mood.

7.    Uber sends me emails on how to improve the rating and with tips on where there is higher demand for Uber drivers. They also give advice on how to finance a car or how to file your

1
DECLARATION OF WIJAYAMUNI INDUKA P DE SILVA

CLASS MEMBER DECLARATIONS 332

1   taxes. The information is just a proposal. If you want to follow it you can, but you don't have to.

2   They never send you anything telling you that you must do something. But if I need anything, I just

3   email them.

4       8.      The expenses I have related to using Uber are gas, insurance, and lease payments.

5   When I file my taxes I file as self-employed and included these expenses.

6       9.      I have given this testimony completely voluntarily and without any coercion

7   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

8   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

10  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

11  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

12  have to provide any written statement. I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15      I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17

18      Executed at Los Angeles, California this 26th day of May, 2015.

19

20                                  _____
                                    Wijayamuni Induka P De Silva

21

22

23

24

25

26

27

28

---

2

DECLARATION OF WIJAYAMUNI INDUKA P DE SILVA

CLASS MEMBER DECLARATIONS 333

**DECLARATION OF KRISTINA DESKINS**

I, Kristina Deskins, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I have been an UberX driver for about one year and two or three months. I am also a costume designer which takes approximately 75% of my work time. I am also a real estate investor. I am a freelancer and self-employed in all of my jobs, including with Uber.

3.    I have two Prius' on my Uber account and I tend to drive the newer one. My boyfriend also has an Uber account with the same two Prius'. We have separate Uber accounts although we share the vehicles. My boyfriend hardly ever drives for Uber (maybe one day a month) and he continues to have an Uber account.

4.    I drive for Uber primarily because it is flexible with a decent pay and no strict schedule. I also like to interact with people. I have no particular schedule and I only work whenever my schedule works out for me and depending on my own errands. Uber is my backup source of extra income when my schedule allows it. I try to schedule myself to drive during the daylight hours since I prefer driving during the day. I prefer being at home in the evenings which generally aligns with my boyfriend's schedule better. I also like the clientele during the day more and I feel like my ratings during the day turn out better. Therefore, the majority of my drive time is during the day.

5.    Uber doesn't assign me any particular territory and I can go wherever I want and when I want. I don't chase higher fares. For example, Uber might inform us of concerts or other events that will create a high demand and I will tend to ignore those pointers because those rides are less appealing to me. The trade-off is not beneficial for me to drive all the way out to such events for these rushes. Uber has never penalized me for ignoring these tips and it's my decision alone where I want to go.

6.    I used to also use the Lyft App but I had too many problems with their payment system. Lyft made errors on my pay twice but Uber has never made any payment errors. As a result, about three or four months ago, I made the decision not to use the Lyft App anymore and to

1
DECLARATION OF KRISTINA DESKINS

CLASS MEMBER DECLARATIONS 334

1    exclusively use the Uber App. I've never had to dispute my income with Uber so I chose to work

2    exclusively for Uber. I know I am allowed to work for anyone else if I would like to.

3          7.      I used to use Lyft and Uber simultaneously but I found it too confusing so I started to

4    only sign into one at a time until I stopped using Lyft altogether. When I used Lyft, approximately

5    25% of the rides were for Lyft. Uber always had a higher demand. I eat and take breaks whenever I

6    want to but I don't log out because I don't want to lose the opportunity for a fare. However, it's my

7    choice to stay logged in or not to take the full break. At unusually busy times, when I really need to

8    take a restroom break, I tend to log off so that I can take the break without getting pinged. However,

9    on some occasions, I have been pinged before I get a chance to log off. On those occasions, I will

10   cancel the fare so I can take my restroom break.

11         8.      At the end of every ride, I rate the customer and they can also rate me based on a one

12   to five star scale. Uber doesn't have any influence of the rating and it's entirely up to the customer.

13   My rating is above a 4.9. In order to maintain the rating, I try to judge what the customer wants (i.e.

14   being quiet or talkative), give them control over the radio station choice, allow them to use the cell

15   phone charger and keep my car clean and maintained.

16         9.      I receive weekly emails from Uber regarding our progress, rating, and suggestions. I

17   know I don't have to read them but I want to read them because I don't want to be uninformed about

18   my business. I find the communications informative because it helps me assess how the week went

19   and improve my ratings.

20         10.     Uber doesn't require me to dress any particular way but I am informed that there is a

21   correlation between presentation and ratings so I try to dress like a soccer mom. I consider this to be

22   appropriate for this work which is also comfortable for me. I might be dressed nicer if I am going to

23   go somewhere afterwards or if I am returning from other work.

24         11.     I accrue expenses in maintaining my car (i.e. maintenance, mileage, car wash, etc.)

25   and I use those expenses on my 1099. I file a 1099 because I am self-employed.

26         12.     I have given this testimony completely voluntarily and without any coercion

27   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

28   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

---

CLASS MEMBER DECLARATIONS 335

1   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4   not have to provide any written statement.  I also was specifically told that I could participate in the

5   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7          I declare under penalty of perjury under the laws of the United States of America and the

8   State of California that the foregoing is true and correct.

9          Executed at Los Angeles, California this 26 day of May, 2015.

10                                                                KRISTINA DESKINS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
DECLARATION OF KRISTINA DESKINS

CLASS MEMBER DECLARATIONS 336

## DECLARATION OF ALICIA F. DEVORA

I, Alicia F. Devora, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a fifty year old woman and I live in San Francisco, California.  I have lived in San Francisco for about twenty-five years.

3.     I have been driving using the UberX platform since July of 2014.  I drive a Ford Focus both when I am driving using the Uber app and for my own personal use.

4.     I am employed on a full-time basis selling advertisements in San Jose.  I have held this job the entire time I have been driving using the Uber app.  I work at my job Monday through Friday, 8:30 am until 5:30 pm.

5.     Usually I drive using the Uber app on Saturday and Sunday mornings and my husband, who also drives using the Uber app, will drive our car with Uber on Saturday nights.  We will rotate between driving on the Uber app on Friday nights.  When I drive on Friday nights, I usually start around 7:00 pm until about 10:00 or 11:00 pm.  On Saturdays and Sundays, I will start at 8:00 am and will drive between four and six hours depending on how busy it is and how tired I am.  Uber has never told me that I have to drive on those days or during those times; I came up with this schedule on my own.  Uber also does not require that I drive a certain number of hours a day or days a week.  It is entirely up to me how often I drive.

6.     When I am driving, as soon as I feel tired, I will log out of the app and take a break. During my breaks, I will stop to get something to eat or use the restroom.  Then, when I am ready, I will log back onto the app and start driving again.  Uber has never told me that I could not take breaks when I am driving.

7.     I currently also drive using the Lyft app, and have done so for about two months.  I use the same car to drive with Lyft as with Uber.  Sometimes when it is taking too long for me to get a new fare through the Uber app, I will turn on another device and log on to the Lyft app.  Then I take the first fare that comes through either app.  Uber has never told me that I am prohibited from

CLASS MEMBER DECLARATIONS 337

1  using the Lyft app, and I know that I am allowed to do this.

2      8.      Uber gave me suggestions about what I can wear while driving, such as to dress more

3  professionally.  However, I know that I am not required to follow this suggestion and can disregard

4  it if I want to.  I choose to dress neatly and make sure that I am put together when I am driving

5  because I do the same thing in my personal life.  It is important to me to be neat and clean at all

6  times, regardless of whether I am driving or not.  I would have done this even if Uber had not

7  suggested it.

8      9.      My current rating is between 4.8 and 5.0.  My understanding is that this rating comes

9  directly from the customers and not from Uber.  In order to keep a high rating, I keep my car clean,

10 make sure it smells good, and offer water and gum to the customers.  I will usually try to talk to the

11 passengers, but sometimes they do not want to talk, which is fine with me.  I made the decision to do

12 these things on my own; Uber did not tell me to do this.

13     10.     Uber sent me a 1099 to file with my 2014 taxes.  I also submitted receipts for my

14 expenses, such as gas for my car, oil changes and other maintenance, and the water and gum that I

15 offer to the passengers.

16     11.     I knew when I first started driving the Uber app that I was an independent contractor

17 and not an Uber employee.  I prefer being an independent contractor because my time is my own.  I

18 can work whatever hours I want—if I want to work 10 hours, I work 10 hours.  If I don't want to

19 work one weekend, I don't work that weekend.  No one tells me what I can or can't do.  If I wanted

20 to be an employee, I would go work somewhere like Macy's.  I love Uber and I love being an

21 independent contractor with them.

22     12.     I have given this testimony completely voluntarily and without any coercion

23 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

24 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

25 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

26 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

27 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

28 not have to provide any written statement.  I also was specifically told that I could participate in the

2

DECLARATION OF ALICIA F. DEVORA

1  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3        I declare under penalty of perjury under the laws of the United States of America and the

4  State of California that the foregoing is true and correct.

5        Executed at San Francisco, California this 20th day of May, 2015.

6

7                                                    ALICIA F. DEVORA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF ALICIA F. DEVORA

**DECLARATION OF JOSE DIAZ**

I, Jose Diaz, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been an UberBlack driver since December 2013.  I currently drive a 2015 Chevy Suburban SUV.  I have two partners who drive 2013 Chevy Suburban SUVs.  My partners and I are equal managing members in a company called Harmony Transportation LLC, and we are all included on one TCP license.  I have an account with Uber.  The other two partners—Jeff Fleming and Martin Trejo—drive under my account.  I founded Harmony Transportation in 2007 as a driver for Super Shuttle, and the other two partners joined in 2008.  My partners and I stopped driving for Super Shuttle in November 2013.  A fourth managing member, Eddy Abrajan, is joining Harmony Transportation today as an equal partner.

3.     We stopped driving for Super Shuttle because, although we were franchisees, Super Shuttle treated us like employees.  At Super Shuttle we wore uniformed shirts, had to wait in a holding lot if we wanted business (which is what Super Shuttle calls a ride) from the airport, and Super Shuttle assigned the business.  Super Shuttle would penalize me if I didn't accept a business at the airport.  I didn't have the option to say yes I want to do this, or no I don't want to do this.  And if we were not wearing the Super Shuttle issued shirt, we would not be allowed to take the business.

4.     Uber is very different.  I'm not penalized for not accepting a ride.  I'm not restricted to a certain area.  I'm not forced to do a trip; if I don't want to do it, I just don't.  And all we pay Uber is just a percentage of the fare.  I get to choose my own insurance, and Uber doesn't restrict us in any way.  With Uber, I have more liberty to do what I want to do, when I want to do it.

5.     Uber tells passengers that they are not required to give a tip, but drivers are allowed to receive cash tips if the rider offers it.  I have accepted cash tips before.  I have never rejected a cash tip, although I do tell riders that a tip is not required.

6.     I drive five to seven days a week, depending on whether I want to work or not.  On

---

CLASS MEMBER DECLARATIONS 340

average, I drive about 60 hours a week.  I take several breaks throughout the day, between rides.  If I'm taking a break to eat, I turn off the Uber Ap.  If I'm not going to eat, I keep the App on, but that's by choice.  I could turn it off if I wanted to, but I don't think it is necessary to do so to run into the restroom or get a cup of coffee.  The amount of time I take for breaks varies, usually between 30-45 minutes.  The amount of time I take for lunch varies, but I take at least 30-45 minutes at the least, and usually more.

7.     I work nights because that's when I've been more busy historically.  My partners prefer day times.  I very rarely drive during the day.

8.     I have my own mechanic who maintains my vehicle.  For these expenses, and also expenses for gas and insurance, I submit them as an independent contractor on my tax returns.

9.     I recall that Uber gives partners tips on how to interact with passengers, but I don't recall what they are.  What I do for my passengers I do because I'm accustomed to treating people courteously, such as greeting them, letting them know my name, saying good afternoon or good evening, and the like.  My star rating is 4.86.  I don't do anything in particular to try to butter the passengers up; I just try to be myself.

10.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

CLASS MEMBER DECLARATIONS 341

1    Executed at Los Angeles, California this 26th day of May, 2015.

2

3                                                          Jose Diaz

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF JOSE DIAZ

1
### DECLARATION OF ALBERTO DICO JR.

2      I, Alberto Dico, Jr., do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except
4 where otherwise indicated, all of the information contained herein is based on my personal
5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I am a 44-year-old male.  I currently live at 3636 Fairesta Street, La Crescenta, Los
7 Angeles County California, 91214. I've lived there for three years.

8      3.      I am an UberX driver.  I have used this app for 1 year and 3 months.  I continue to use
9 it today.

10     4.      I am actually an attorney in the Philippines.  I came to the U.S. three years ago, and
11 this is the only job I've held since I came to the country.  I am planning to take the California bar at
12 some point.

13     5.      I am a full-time dad of two children, two and seven.  I drive for Uber so I can do some
14 work away from crying children, getting out of the house, meeting and talking with adults, and
15 getting to know Los Angeles.  Driving for Uber gives me opportunities to go places I otherwise
16 would not have done.

17     6.      I don't use any other driving apps.  I don't feel one needs to – if you know what time
18 and place to look, you always get enough rides.

19     7.      I usually go out at 9:00pm or 9:30pm, when my wife gets home from her work.  I
20 drive for four hours each night, four or five nights a week.

21     8.      When I drive depends largely on my wife's availability, since someone always needs
22 to be with the children.  When she's in the house in the daytime, I can drive in the mornings, but I
23 prefer driving at night because traffic is better then.

24     9.      I am a direct partner with Uber.

25     10.     Expenses related to my driving with Uber includes gas, presentable clothing, food, and
26 vehicle maintenance (e.g., replacing the windshield of my car, and oil change).  I own my vehicle and
27 pay all related expenses.  Once I hit a deer in La Crescenta, where it is foggy.  Another time, I hit

28

---

1
DECLARATION OF ALBERTO DICO, JR.

CLASS MEMBER DECLARATIONS 343

1    a raccoon.  I had to stop driving for a while after these accidents.  I told Uber about these accidents,

2    but my personal insurance paid for the repairs.  I had to pay about $1,000 participation fee (i.e., co-

3    pay) to my insurance company for these accidents.  Uber didn't pay for my participation fee.

4         11.    I keep receipts of the expenses related to my driving and claim them as business

5    expense deductions.  I just filed my first income tax as a self-employed person on my joint tax return

6    with my wife.  Uber provided me with a 1099.  I understand that I am an independent contractor and I

7    like it that way.

8         12.    When I drive, I start by looking for ridings near my home.  If I get one, I take the

9    rider.  If I don't find one, I go to Chinatown, Koreatown or Downtown Los Angeles.  You have to be

10    smart about when you work.  I usually end my shift an hour after bars close.  In the Downtown and

11    surrounding areas, there are usually a lot of riders around 2 a.m.

12         13.    I think that Uber has been popular with people because people who otherwise would

13    have to drive under the influence can now get a ride home.  This has lowered accident rates.  We are

14    now getting moms, dads, and elderly people in our ridership, and not just young kids.

15         14.    Uber has never assigned or suggested a territory for me.  But I usually drive around

16    Downtown and Koreatown because it's close to me and where I get most of my riders.  If the ride

17    takes me elsewhere and I can pick up new riders there, I do.  Being Filipino, I often start out my shift

18    at the Philippines Consulate in Koreatown, around which there are a lot of restaurants and bars.  In

19    fact, I have set the Consulate as my "work" location on Google Maps.  If I don't have a rider, I go

20    back to the Consulate to wait for a new rider.

21         15.    I have sometimes tried to catch surge pricing, but I don't usually do that.  There are

22    people needing rides everywhere.  It's not fair to only go where there is surge pricing.  In La

23    Crescenta, for example, there are not a lot of Uber drivers.  I try to sign on and be available to drive

24    people.  Surge pricing is a nice bonus when it happens to be available.

25         16.    I have not negotiated pricing with customers.  However, sometimes, a group of people

26    ride in my car, the group get into a quarrel, and the person with the Uber app gets out, leaving

27    someone without the app or a way to pay me through Uber.  So I would take the person to his

28

---

2

DECLARATION OF  ALBERTO DICO, JR.

1   destination but get paid in cash.

2       17.   I sometimes get tips from riders, but very rarely, because Uber advertises that the tip is

3   included.  The public understands that Uber is a tip-free experience, although the fare does not

4   actually include a tip.  But I understand tips to be a reward for a job well-done, so when customers tip

5   me, I feel very good about that.  Riders are not actually able to tip me through the app, so if they feel

6   like tipping me, they tip in cash.

7       18.   Everything a perspective Uber driver needs to know can be found in the Driver

8   Dashboard.  So I never went through a formal onboarding process, but there is literature you can

9   read, videos you can watch to prepare yourself.  Suggestions in the Driver Dashboard are only

10   guidelines.  You can consider them and make your own independent judgment about whether to

11   follow Uber's suggestions.  As a Uber driver, I am totally independent on when and how I drive.

12       19.   During my shifts, sometimes I am very tired, because I drive late at night.  If I am

13   tired, I pull over and take a short nap.  If I'm hungry, I can stop at a food truck and have a snack.  I

14   can turn the app off whenever I want to take a break and then turn it back on again when I feel like

15   going back to work.

16       20.   I have given this testimony completely voluntarily and without any coercion

17   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

21   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

22   have to provide any written statement.  I also was specifically told that I could participate in the

23   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25       I declare under penalty of perjury under the laws of the United States of America and the

26   State of California that the foregoing is true and correct.

27

28

---

3

DECLARATION OF ALBERTO DICO, JR.

1

Executed at Los Angeles, California this 26th day of May, 2015.

2

3

_____
Alberto Dico, Jr.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF ALBERTO DICO, JR.

**<u>DECLARATION OF RYCH DORSIE</u>**

I, Rych Dorsie, do hereby swear, affirm and attest as follows:

1.       I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.       Roughly a year ago, about May of 2014, I was working for Dish Network installing TV services and heard about Uber, Lyft, and Sidecar through a friend.  We agreed to buy a car to share so that we could both drive and make some money on the side.  Two weeks after sharing the car, I decided to buy him a separate car so that we could each have our own car so that we could drive independently.  There was about a month where I was working for Dish and using the ride sharing apps.  I was already contemplating leaving Dish because I felt like the company was not treating its employees fairly when I took a Lyft passenger to the beach, and then logged off to take a break at the beach.  I took my shoes off and rubbed my toes in the sand—and that's when I realized that I wanted the freedom of working whenever I wished and taking a break whenever I wanted.  After that, I decided to focus exclusively on driving.

3.       I first signed up with Lyft because I had heard that Uber was offering a $500 referral fee for referring drivers that were using other ride-sharing apps.  I drove using the Lyft app for about 3 months and then switched over to Uber.  Now I do a couple months with Lyft, then a couple months with Uber, and back and forth.  I tried Sidecar for about two weeks in October, and I didn't like it because it took them about a month to pay me.  Sidecar also requires drivers to deliver food, and I didn't like that aspect of it.  I've seen drivers that use both the Uber and Lyft apps at the same time and I've thought about doing that, but I have to sit down and try to figure it out first.  There is always some downtime, so I can understand the logic of running them both and increasing business.

4.       I have a 2013 Kia Altima hybrid that I use on UberX and Lyft platforms.

5.       After I had been driving Lyft for about 3 months, I came into the office and showed Uber that I had been driving on the Lyft app for a few months so I could collect the referral fee.  I filled out some paperwork, had my picture taken, and submitted information about my car.  I also received an iPhone preloaded with the Uber app.  I did not have to pay any sort of deposit for the

CLASS MEMBER DECLARATIONS 347

phone.

6.      At some point about 6 or 7 months ago, Uber started charging $10 a week for data, so I returned my iPhone to Uber and went back to using the Lyft app.  Then I went online and saw that the Uber app was available for Android, even though it was not yet released in the Bay Area.  I downloaded it and started driving again on the Uber app.

7.      I like using Uber and Lyft because I like the freedom they give me.  I'm a single dad and these apps give me the freedom to work more when I'm not with my son, and work less when I am with him.  If I need extra money for the holidays, birthdays, or other special events, I can just log onto the app and work extra days and hours.

8.      I typically drive Monday through Thursday, 12 or 13 hour days.  I typically log on around 6 or 6:30 a.m. and log off around 7:00 or 7:30 p.m.  But I take breaks during that time and log off whenever I want.  If I have a passenger who is going to the beach, then I will log off and spend some time hanging out at the beach.  My breaks are as long or as short as I want.

9.      I see my driving as a business.  I have to make a certain amount of money to make a profit.  I've done the math and figured out I need to make about $430 a day, which means I take home $300+ a day after Uber takes 20% for its fees plus $1 per ride for the safe ride fee.  So if I don't hit that amount by Thursday, then I will just log onto the app on Friday, Saturday, and/or Sunday.

10.     I tell people that I am lucky enough to have a job where I can just work more to hit my numbers to make the extra money.  I was so slow in December, that I worked 7 days a week in January.  In a normal job, you can't do that.  And that's what I like about being an independent contractor using ride-sharing apps.  I'm grateful that I have the ability to do that so that I can support my family.

11.     I live in Walnut Creek, but about 90-95% of the time I drive in San Francisco (the rest is just in the general Bay Area).  Uber doesn't require that I drive in San Francisco, that's entirely up to me.  In fact, as far as I know, I can drive anywhere in California.

12.     In addition to being able to drive whenever and wherever I want, I can also wear whatever I want.  When I worked for Dish, I had to wear a uniform, but now I wear jeans and a nice

CLASS MEMBER DECLARATIONS 348

1   shirt, and if it's chilly, a sweater.

2       13.    In terms of expenses, I pay $560 a month for medical and health insurance.  I also put

3   money into my own IRA.  I also have gasoline costs (which I fill up every day), car depreciation,

4   mileage, car insurance, car registration fees, cell phone and data usage, internet, tolls, car washes

5   (which I do twice a week), and sometimes business dinners.  I deduct all these business expenses at

6   the end of the year on my taxes.

7       14.    When I signed up for the Uber app, I accepted a licensing agreement.  I recall the

8   agreement was about 3 of 4 pages long and I read the first couple.  I recall that it included an

9   arbitration provision, and made it clear that there was no employment relationship between me and

10   Uber; I would be an independent contractor.  All of this was totally fine with me.

11       15.    I get emails from Uber at least once a week.  Some of the emails are about how to

12   make more money or increase my star rating, and any emails like that, I just delete them.  I don't

13   think those emails have information that will actually help me make more money.  For example, an

14   email that says "go to the Marina to make more money" isn't actually that helpful because more

15   drivers will go to the Marina and then the rest of the city will be empty.  I think those emails are

16   meant more for drivers who drive part time and who may not know where to go or what to do—not

17   for someone like me.

18       16.    I have always understood that there is no tip included in the Uber app.  I never ask for

19   or require a tip—I wouldn't do that in any kind of job ever.  But if a passenger offers me a cash tip,

20   then I accept—it would be impolite and rude to decline.  In my experience, I get a tip about 2 or 3

21   times a week.  I think it's probably because the passenger thought I was nice or because they thought

22   I did something extra for them, like helping them with their luggage or something like that.  I've

23   received anywhere from $2 to $50 (which I received when I helped an elderly passenger carry her

24   luggage up the stairs).  I told her no, and she was a little offended, so I accepted it.

25       17.    I have given this testimony completely voluntarily and without any coercion

26   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

27   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

28   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

---

DECLARATION OF RYCH DORSIE

CLASS MEMBER DECLARATIONS 349

speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
not have to provide any written statement.  I also was specifically told that I could participate in the
lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
become a participant in the lawsuit, my interests will be opposed to Uber's interests.

        I declare under penalty of perjury under the laws of the United States of America and the
State of California that the foregoing is true and correct.

        Executed at San Francisco, California this 19 day of May, 2015.

RYCH DORSIE

4

DECLARATION OF RYCH DORSIE

**DECLARATION OF BORIS DOUBNOV**

I, Boris Doubnov, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 52 years old and I live in Walnut Creek, California, in Contra Costa County. I have lived in Walnut Creek since approximately 2005 or 2006.

3.     I currently drive with Uber through UberX, and I have never used any other Uber service. I have driven with UberX for about two and a half years. I drive a Ford C-Max.

4.     I am currently employed as a care provider for an elderly person in San Francisco. I work at that job for approximately 30 hours per week, but the days I work change depending on the needs of the man I care for.

5.     When I first started driving with Uber, I leased a car from a limousine company and was a subcontractor for another company called Bay Area Network Limo ("BANL"). I worked in this arrangement for about a year and a half. During this time, Uber paid BANL directly and then BANL paid me after subtracting a fee of $510 a week. In January 2015, I stopped working with BANL and now work directly with Uber. I bought my own car in January and use it both to drive with Uber and in my job with the elderly gentleman in San Francisco.

6.     I contract with Uber through my business, which is Doubnov Consulting & Logistics. Uber pays my business directly based on the number of fares I pick up. I do not have any other employees.

7.     I usually log in to the Uber app five or six days a week. I typically will work Monday through Thursday for six or seven hours a day, then Friday for up to sixteen hours, and then will decide if I want to drive on Saturday as well. When I drive on Saturday, I usually drive between eight and ten hours depending on how busy it is.

8.     On the nights that I do not sleep in San Francisco to take care of my elderly patient, I usually log in to the app at about 3:30 am from Walnut Creek because that is when people are looking for rides to the airport or when they are leaving the bars. Sometimes I will run personal

---

1
DECLARATION OF BORIS DOUBNOV

errands while logged into the Uber app, such as going to pick up a meal, so I am not actively driving the whole time I am logged in to the app.

9.      Uber does not assign me a territory in which I can drive; I am allowed to drive in any area I want to. I decide where I want to pick up fares. For example, if I drive a rider from Walnut Creek to San Jose, I will stay in San Jose and pick up another rider there rather than returning to Walnut Creek or going into San Francisco. I make more money this way.

10.     I am aware of Uber's surge pricing, but it does not typically affect what time I decide to drive because I usually decide on my schedule ahead of time. From time to time Uber will email me and tell me about an event or a promotion that is going on, but I usually do not pay attention to them because it is more important to me to be able to make my own schedule. I know that I am not required to drive during these events or promotions and that it is up to me whether to do so.

11.     I know that if I wanted to drive using another app, such as Lyft, I could do so. However, I do not do so because I make enough money between driving with Uber and my part-time caretaking job.

12.     Uber does not require me to be logged in to the Uber app for any minimum amount of time. I know that if I did not log in to Uber for a long period of time I would get an email from Uber asking if I wanted to keep my account open, but I do not have to drive if I do not want to. Uber does not restrict me from engaging in another occupation, like my caretaking job.

13.     When I first started driving with Uber, I came into the office and met with an Uber representative and filled out some forms. Uber did not give me any suggestions or tips during that time to increase my fares or to make more money.

14.     Periodically, I receive emails from Uber that include suggestions, such as areas that I could drive in to increase the number of my fares. Sometimes I take the suggestions, but sometimes I do not. I know that I am free to disregard the suggestions if I want to. However, I always read the emails in case there is important information in them.

15.     I have never had a rider call me directly to request a ride other than through the app.

16.     I am familiar with Uber's "star rating." I believe that my rating is somewhere around 4.8 or so, although I am not sure. I try to provide a good service regardless of the rating system,

2
DECLARATION OF BORIS DOUBNOV

1  such as by opening the door for my passengers or offering them water.

2      17.    I sometimes contact Uber when I have problems, such as with the rollout of UberPool

3  when there were issues with the system.  I do this either in person or via email depending on what

4  the problem is.

5      18.    I have a GPS that tells me what route to take to take a passenger to his or her

6  destination, but I do not always follow it.  If a passenger requests it, I will take a different route.

7      19.    The expenses that I incur in connection with driving with Uber include gas and oil for

8  my car and general car maintenance.  I keep a record of these expenses by keeping all my receipts

9  and totaling them at the end of the year in order to file my taxes.  I estimate what percentage of my

10 expenses are due to Uber as to opposed to my own personal use based on how often I drive for each.

11     20.    I know that I am allowed to accept tips from passengers but always tell them that it's

12 not necessary.  I know that a tip is not built into the fare and that the system is designed to be

13 cashless.  I receive cash tips from passengers maybe once a week or less.  The biggest cash tip I have

14 ever received from a passenger is $5 when I drove an individual from the SFO Airport to San Jose.

15     21.    When I signed on with Uber, I knew that I was signing on to be self-employed and an

16 independent contractor.  I know that I am not an Uber employee and am happy to continue to be self-

17 employed.

18     22.    I have given this testimony completely voluntarily and without any coercion

19 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

20 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

22 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

23 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

24 not have to provide any written statement.  I also was specifically told that I could participate in the

25 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

26 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27

28

CLASS MEMBER DECLARATIONS 353

1  I declare under penalty of perjury under the laws of the United States of America and the State of

2  California that the foregoing is true and correct.

3      Executed at San Francisco, California this 14 day of May, 2015.

4                                                    _____

5                                                         BORIS DOUBNOV

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF BORIS DOUBNOV

**DECLARATION OF ALEX DUQUE**

I, Alex Duque, do hereby swear, affirm and attest as follows:

1.   I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.   I am 38 years old.  I live in Lake View Terrace, Los Angeles, California and I have lived there for approximately 12 years.

3.   I began using the UberX platform for fares approximately one year and six months ago.  I still currently use it.

4.   I also own a print media company called Los Angeles Media Print.  I am the only person who works for Los Angeles Media Print and in that role I do graphics and prints for companies.  The amount of work I do for Los Angeles Media Print varies from week to week.

5.   From time to time, I generate leads and sell solar panels for different companies, including A1 Solar, SolarCity, and Sunergy.  In this role, I am an independent contractor.  In the Summer of 2014, I spent approximately 20 hours a week generating leads and selling solar panels.  Since then, I have not been as active in generating leads and selling solar panels.

6.   I currently go to school at Los Angeles Mission College.  I take classes to update my graphics skills and ensure that my graphic skills are up to date.

7.   The amount of time I spend providing rides through UberX depends on the amount of work I have through Los Angeles Media Print, my classes at Los Angeles Mission College, and the cost of gas.  I try to avoid providing rides through UberXS when gas prices are high and because driving results in wear and tear on my vehicle.

8.   I own a 2013 Mitsubishi Outlander Sport, which is the vehicle I use when driving customers through UberX.  I also own a Mercedes but I do not use it for UberX because it only has two doors.

9.   Uber does not assign me a territory for UberX.  I like this because I get to choose where I pick up passengers.

10.   Uber has never restricted me from participating in any other business or occupation.

1

DECLARATION OF ALEX DUQUE

11.    "Surge" pricing motivates me to log into the Uber app.  Surge pricing usually occurs from 2:00am to 3:00am when people are leaving bars and clubs, from 4:00am to 5:00am when people need to go to the airport, in the mornings when people are going to work, and from 4:00pm to 9:00pm when people are going to happy hour or leaving work.

12.    I am qualified to be a driver for Sidecar but I have never provided a ride through Sidecar because I have enough ride requests through Uber.  Uber has never restricted me from providing rides through Sidecar.

13.    I am free to accept or decline leads generated through the Uber app.  I have canceled ride requests because I accidentally pressed the "cancel" button in the Uber app and because a customer was too far away.

14.    Uber does not require me to log into the app for a minimum amount of time.  Uber has never suspended or threatened to suspend my account for not spending enough time logged into the app.  I enjoy the flexibility of providing rides whenever I choose.

15.    Though Uber suggests opening the door for customers, some customers do not want that kind of service or it is unnecessary, so I do not follow that suggestion.

16.    When driving customers through Uber, my expenses include gas and car maintenance.  I pay for these expenses out of pocket.  I keep my business expense records at my house.

17.    I have received a lot of cash tips from customers, even if I insist that I do not want it.  I receive a cash tip once or twice a day.  As a driver, I am allowed to accept cash tip from customers.  Uber has never threatened to or suspended my account for accepting cash tips.

18.    Uber's Licensing Agreement was presented to me online through Uber's partner website.  When I agreed to the terms of the Licensing Agreement, I intended to be an independent contractor.

19.    I indicate that I am self-employed when I file my taxes.  When I file my taxes, I report business expenses and take deductions for those expenses like a regular business.  I have received a 1099 Form from Uber.

20.    I have given this testimony completely voluntarily and without any coercion

2
DECLARATION OF ALEX DUQUE

CLASS MEMBER DECLARATIONS 356

1    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

5    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

6    not have to provide any written statement.  I also was specifically told that I could participate in the

7    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10   State of California that the foregoing is true and correct.

11          Executed at Los Angeles, California this ___ day of May, 2015.

12

13                                                          ALEX DUQUE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                              3
                              DECLARATION OF ALEX DUQUE

## DECLARATION OF DAVID SCOTT EASTON

I, David Scott Easton, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I have been an UberX driver for approximately one year. I am a freelance filmmaker. I work as an UberX driver on Thursdays, Fridays and Saturdays as well as early Monday for airport rides. Outside of Monday mornings, I typically work evenings through the mornings and on Mondays from approximately 1:00 am until approximately noon.  The rest of the time, I am working on films.

3.    My understanding is that there are 20-prongs by the IRS that determine whether I am an independent contractor. I have reviewed and am familiar with those questions because I also hire independent contractors for my films. As such, I understand that I am an independent contractor and, as an UberX driver, do not fit any of the IRS 20 questions to make me an employee.   I am also an independent contractor as a filmmaker.

4.    I am a self-employed businessman and I have my own production company that I manage simultaneously. I plan to continue to work for Uber while I run my own business because I get to meet interesting people.

5.    I signed up for SideCar but I never used it because I like Uber. I am allowed to use SideCar or Lyft but I prefer to use Uber.

6.    I don't drive to earn money because I have enough income as a filmmaker but I do it for fun and for the experience. Therefore, the surge pricing doesn't impact my decision as to whether I log in or not.

7.    Uber does not assign me a territory. One time, someone asked me if I can take them to Las Vegas. I asked Uber if I am allowed to take them outside the state and they said that I am permitted to take them anywhere and will receive my fare although the app will not work when I leave California. I have left the city on numerous occasions. I try to stay in the South Bay because that area is most convenient to me and is my preferred routine but will often go across the city.

1
DECLARATION OF DAVID SCOTT EASTON

8.     Although I am free to decline any ride, my philosophy is to not let anyone down.

9.     On four occasions, I have had passengers throw up in my vehicle. Each time, I have taken a picture of the mess and gotten reimbursed directly from the customer. This is part of the occupational hazard of this business.

10.     I have a client who regularly contacts me to be his preferred Uber driver. I will be nearby when he needs me and he will use the app in hopes that I will be the closest driver.

11.     Uber has a chart that shows me the hours that are the most profitable and I choose to drive during these more profitable times. When I have my own plans, I don't turn on my App at all. For example, my son is getting married this weekend and I probably won't drive at all.

12.     Uber doesn't have any minimum requirement in terms of driving. I took an entire month off at one point and I was only required to work one day during that period to stay active. On the last day of the 30 days, I turned my Uber App on and drove two rides to keep my account active.

13.     I don't have any set schedule and can work any hours as I wish. I typically like to work eight to twelve hours a day on the days that I drive.  I like to go to Starbucks to get a coffee and take a break. I typically go to Starbucks about five times a day for breaks. I typically go to Hennessey's to eat my meals.  I take my breaks whenever I want but I typically get a meal approximately five hours after I start.  When I take my breaks, I turn my Uber App off because I don't want to be interrupted during my breaks.

14.     Passengers have a five-star system and they can rate drivers and insert comments. In turn, I rate all of my passengers.  Uber does not have control over the ratings and it all depends on the passengers. I don't believe that the rating impacts whether or not I get pinged.

15.     To maintain my high rating, I give roses to all my passengers and ask them 20-questions to keep the conversation light. I also maintain my car in order to make sure it is presentable.  Knowing the city well helps me maintain strong ratings as well.

16.     The reason I started working for Uber was because my son had suggested that I would be a great driver since I know the city very well and like to work odd hours. Uber has been great for me in that it fits my needs and lifestyle.

17.     I receive emails from Uber often. Although I don't have to read them, I find the

emails to contain useful tips for me so I try to read them. For example, during a lot of events that create high traffic, I will get tips from Uber about ways to avoid the traffic.

18.    I incur expenses associated with driving for Uber. For example, I pay for car maintenance, gas, and any other incidental expenses to operating my car for my business. The maintenance can be as low as $56 and as high as $200. I consider these costs to be a cost of doing business.

19.    I recall when I was signing up and when there is a system upgrade, I have received and read the Software License and Online Services Agreement. I understand the terms of the agreement. I understand that I have agreed that I am an Independent Contractor and I wish to continue to be an Independent Contractor. I don't want to be an employee because there are tax implications that complicates my taxes. I file a 1099 where I indicate that I am self-employed. I always report my Uber business expenses as a write-off.

20.    I have never been required to attend any trainings, meetings, or other in-person sessions but I like to go to sessions if there are any. I have asked them if there are any sessions on various topics such as carpooling and I have chosen to go to them when I can.

21.    Uber suggests that clients like to have their Uber drivers dress professionally.  These have always been suggestions but I wear shorts, short-sleeve shirts, and other casual clothing that suits my style more. I often theme my clothes (i.e. UCLA, USC, or Dodgers apparel) based on where I am going.

22.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

CLASS MEMBER DECLARATIONS 360

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at Los Angeles, California this 26th day of May, 2015.

4    

5    _____
     DAVID SCOTT EASTON

6    05/26/15

7    

8    

9    

10    

11    

12    

13    

14    

15    

16    

17    

18    

19    

20    

21    

22    

23    

24    

25    

26    

27    

28    

---

4
DECLARATION OF DAVID SCOTT EASTON

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California 94105
4   Tel:   415.442.1000
    Fax:   415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS             Case No. CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
13   MANAHAN, WILSON ROLLE, JR, and       **DECLARATION OF CHRISTOPHER**
     WILLIAM ANDERSON, individually and   **RAJAN EDWARDS**
14   on behalf of all others similarly situated,

15                     Plaintiffs,

16          v.                            Complaint Filed: August 16, 2013
                                          FAC Filed: May 30, 2014
17   UBER TECHNOLOGIES, INC.,

18                     Defendants.

19

20

21

22

23

24

25

26

27

28

1    I, Christopher Rajan Edwards, hereby declare as follows:

2    1.    I am over the age of 18 and am not a party to the above-captioned matter. Except

3    where otherwise indicated, all of the information contained herein is based on my personal

4    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

5    2.    I own and run my own driving service, My Driver SF, in the San Francisco Bay Area.

6    I started building my business in November 2012, when I incorporated a company called Green

7    Driver, LLC with a business partner. After about six months, my partner and I split ways, and I took

8    the business, and made it into My Driver SF, which I incorporated into an LLC in September 2013.

9    3.    Prior to starting my own business in 2012, I realized I was ready to work in a

10   different industry; I had just quit my job and was considering going into the transportation industry. I

11   answered an ad placed by a small transportation company on Craigslist and entered into a contract to

12   provide services to them as an independent contractor. I provided services to the company under that

13   contract for about four months.

14   4.    During that time, I realized that I could make more money if I owned my own cars

15   and operated my own business. In February 2012, I decided to end my contract with the

16   transportation company and to open my own business with a partner, which at that time was Green

17   Driver.

18   5.    The first vehicle I bought for Green Driver was a Toyota Prius. I also acquired all of

19   the licenses and permits that are needed to run a transportation company. I registered with the Public

20   Utilities Commission and obtained my TCP licenses (one for Green Driver, and later another for My

21   Driver SF); I acquired charter-party, commercial grade carrier insurance for the business's vehicle; I

22   obtained a business license from the state, and an airport permit to be able to pick up and drop off

23   from San Francisco International Airport.

24   6.    I first learned of Uber as a passenger. Not long after Uber was started, I began to use

25   the app to connect with transportation providers in San Francisco. I appreciated the convenience of

26   being able to arrange and pay for transportation using a mobile application. I became familiar with

27   the driver side of the app in 2012, during the period when I worked as an independent contractor for

28   the transportation company. The transportation company had an account with Uber. Under its

1.

1   contract with Uber, Uber took a percentage of each fare as its licensing fee and then paid the

2   remainder of the fare to the transportation company. Under my deal with the transportation

3   company, the transportation company would charge me a gate fee for the vehicle of between $100-

4   $125 per day, and then I would keep the remainder of the fare. I really enjoyed the freedom and

5   flexibility the app offered. I liked that it was my choice when to log on or off the app—Uber never

6   required me to log on or off at any particular time or in any particular location. And that is still what

7   I like about the app today.

8         7.     When I first started my business, 90% of my fares were booked through the Uber app.

9   But every month that number would drop by about 5% through my own marketing efforts and

10   referrals. After about six months, only about half of my company's revenue came from trips booked

11   using the Uber app.

12         8.     Currently, my business gets about 90% of its clients through Yelp, my company

13   website, and networking. Until recently, my company never paid for online advertising. I previously

14   worked as a promoter for clubs, and I used my skills and networks from that job to build my

15   business on social media. I would build awareness of My Driver SF through my networks and

16   followers on twitter, Facebook, Instagram, LinkedIn, and especially Yelp. Now, only about 10% of

17   my company's revenue comes from passengers who booked my services using the Uber app. I use

18   the Uber app now primarily to fill gaps in time between my own clients.

19         9.     I currently have several independent contractor drivers, two of whom works most

20   days, and another who drives when one of my vehicles is available and he has time. My business has

21   not had drivers for long, so I am still fine-tuning my compensation scheme, but I currently charge

22   each driver a gate fee of about $65/day for the use of the smaller vehicle, and $125/day for the SUV.

23   In addition, I keep 7% of their Uber-booked fares and 50% of the private client fares. My business

24   keeps more of the private client fares because these fares come at a bigger investment of time and

25   money to my company. My business covers all the costs of the vehicle, except gasoline and oil

26   changes. At the end of the year, these drivers will receive 1099s reporting their compensation.

27       10.    All of the drivers' fares for trips completed using the app go to my business (less

28   Uber's licensing fee), and then I distribute 95% to the drivers, minus the gate fees owed. I, along

2.

1   with the contractors themselves, make the decision on how to compensate the independent

2   contractors I use. Uber has no involvement. Uber also does not and cannot tell me which drivers to

3   use and when to use them. It's my business, and these are my decisions.

4         11.    When my business first started using the Uber app, it had to be "onboarded" on to the

5   Uber system. I went to the Uber office in downtown San Francisco and took a city knowledge test.

6   After passing the test, I uploaded proof of all my legally-required permits, licenses, and insurance to

7   my Uber Dashboard (the online interface that tracks my account information), along with pictures of

8   my vehicles.

9         12.    I currently have two Uber iPhones, which allow me and my drivers to access the Uber

10   app. I paid a $300 deposit on each phone, and I pay $10/week per phone for the data usage. I can't

11   use the phone to make calls or send text messages to customers. I use my own business phone to do

12   these things.

13         13.    My Driver SF currently owns two vehicles, a Ford Explorer, which I use to complete

14   trips on the UberBlack, UberX, and UberSUV platforms, and a Toyota Camry, which is used only in

15   connection with the UberX platform. My Driver SF acquired the Camry in September of 2014. My

16   business is looking to buy at least one or two more vehicles in the coming months. I use these

17   vehicles however I want. Uber has no right to tell me which vehicle to use or when I need to use a

18   particular vehicle.

19         14.    During the first year my business used the Uber app, Uber's licensing fee was 15% of

20   each fare on the UberX platform. Now, my business pays Uber 20% for each fare across all the

21   platforms.

22         15.    From the start of my company's contractual relationship with Uber, the company

23   made it clear that its rates were higher because, with a cashless business model, cash tips would not

24   be necessary. Customers who booked through the Uber app sometimes offer me tips despite the fact

25   that they are not required, and I always accept these tips. I have also told my drivers that they should

26   accept tips from Uber customers if offered, but that they should not expect them. The fare is

27   intended to compensate my business fully for the services it provides to passengers booked using the

28

3.

1   app. The licensing fee I pay to Uber is in exchange for access to the app. My business has always

2   received all the money it is entitled to under its licensing agreement with Uber.

3         16.    I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

7   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

8   provide this declaration. I was specifically told that I did not have to be interviewed and that I did

9   not have to provide any written statement. I also was specifically told that I could participate in the

10   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

11   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12         I declare under penalty of perjury under the laws of the United States of America and the

13   State of California that the foregoing is true and correct.

14         Executed in San Francisco, California this _7_ day of October, 2014.

15

16                       Christopher Rajan Edwards

17

18

19

20

21

22

23

24

25

26

27

28

4.

## DECLARATION OF IMANE ELKHARTAMI

I, Imane Elkhartami, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I first became affiliated with Uber when I became an Uber X driver in July 2014. Then I became an Uber Black driver in December 2014. I decided to become a Driver Partner because I have a baby that I need to support. To that end, I have invested a lot of my money towards becoming a successful Driver Partner for Uber. For example, I attained a TCP license in November 2014 so that I could drive for Uber Black.

3.    I have hired one additional driver to assist me in driving for Uber Black. The additional driver drives under my Uber partner account. He uses a 2008 Lincoln Navigator that I purchased exclusively to drive for Uber. In terms of compensation, I directly deposit money into his account. In terms of reimbursements, I pay for his tolls and insurance.

4.    I work on my own schedule from Monday to Friday 5:00 a.m. to 11:00 p.m. I scheduled it this way because my husband works in the afternoon, so I have to take care of my baby. I enjoy the flexibility and the money that Uber provides me. If I stuck with my old job, I would struggle with paying the rent and not be able to spend time with my baby.

5.    In my Lincoln Navigator, I provide water, gum, tissue, mints, and phone chargers. I personally decided to provide such items because customers frequently ask if I have these items. I also think it provides a pleasant experience for my customers. Uber has never required me to provide such items.

6.    I rarely communicate with Uber. I only communicate with Uber when there is a problem. Likewise, Uber rarely communicates with me.

7.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

1

DECLARATION OF IMANE ELKHARTAMI

1    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

2    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

3    not have to provide any written statement.  I also was specifically told that I could participate in the

4    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

5    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6          I declare under penalty of perjury under the laws of the United States of America and the

7    State of California that the foregoing is true and correct.

8          Executed at San Francisco, California this 19 day of May, 2015.

9

10

11                                                    IMANE ELKHARTAMI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF IMANE ELKHARTAMI

**DECLARATION OF RICHARD CHARLES ELLIOTT**

I, Richard Charles Elliott, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I worked as a Wine Buyer for Safeway for thirteen years until I retired in 2002. I then got a part-time job as an employee with Enterprise Rental Cars, where I work as a Hiker, getting dispatched to move their inventory around, pull cars out of the fleet for resale, and provide other as-needed driving services.

3.      One day my wife and my son told me I should get myself out more, and my son mentioned that his friend's father was driving and getting fares through the Uber app.  I started going through the Onboarding process about three months ago because I was enticed by a free inspection for my vehicle, a 2015 Prius.  Uber was providing it free if I came to their lot.  Once I arrived, they asked me a few quick questions, checked the car, took a picture, and I was done.  After about two or three weeks I got an email or text saying that I could start getting fares through the app.

4.      Besides Uber, I also use the Lyft app to pick up fares.  I started using the Lyft app because I wanted to compare it to Uber and see what's out there. For the most part they are very similar, but it does seem like Lyft has more momentum right now.  I open both apps and then I take a fare from the one that comes up first.  Once I finish with a trip, I open both apps again and repeat the process. No one at Uber has ever told me that I couldn't operate both apps at the same time.

5.      I drive on the uberX platform.  As a retiree, I like the having the extra income, meeting new people, and the flexibility to do it wherever I want.

6.      In the beginning, I tested the system and push myself to the tiring point, working seven days a week and seeing how much I made. After a few weeks, I had a good idea of my capabilities, so I cut the time in half and deciding to shoot for about half the time driving and half the income.  So now I drive about 20 hours a week using both the Lyft and Uber apps to get my fares.

7.      I know that I could tweak the system, and learn what hours and locations would be most profitable.  I'm still in the learning phase, though.  I'm learning how to evaluate what's the best

CLASS MEMBER DECLARATIONS 369

1  way to get myself a fare heading back to the East Bay at the end of the day, for example.

2      8.    I'm an early riser so I like working in the mornings. I live in the East Bay, and that

3  early in the morning I often catch an airport ride going to SFO and that takes me across the Bay, and

4  then I wait for a ride and pick up fares and try to make my way back home.

5      9.    I drive whenever I feel like it. Sometimes I go until I'm tired, and other times I stop

6  earlier because I don't feel like putting up with it anymore. I give myself a limit of $400 a week and

7  once I hit that, I stop. I am saving the money up for now, so the $400 goal is more of a goal to keep

8  me busy each week. It also helps me stop because it's almost addicting, like fishing. I could always

9  make a little more and I never know what kind of fare I might get. I could be at home reading, or I

10  could be making $30. Sometimes I want to go out and see if I can make the $30. It's a nice gig to

11  have.

12      10.    To leave my passengers in a good mood, I like to give them a little bit of hard candy

13  towards the end of the ride. I also sing for them sometimes, "I Left My Heart in San Francisco" is a

14  favorite for people arriving from the airport. (Sometimes I feel like I give the candy to balance out

15  the singing.) I also have water in my car. Uber has never required me to do anything specifically in

16  terms of how I interact with my passengers.

17      11.    I like to wear whatever fits my mood. Sometimes I wear a button down, short sleeve

18  shirt and jeans. Uber has never asked me to wear certain clothes or provided any guidance as to my

19  dress.

20      12.    When I am providing rides to passengers I use the Waze app to decide what route to

21  take. If I'm familiar with the area I'll go the way I know best, but otherwise I use the app.

22      13.    When I first retired, I did some merchandising work as an independent contractor for

23  nine months, and I have worked as an employee. I definitely feel like an independent contractor

24  with Uber, because of all the freedom and flexibility that I have. I get to call my own shots.

25      14.    I have given this testimony completely voluntarily and without any coercion

26  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

27  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

28  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

2

DECLARATION OF RICHARD CHARLES ELLIOTT

speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this *16* day of May, 2015.

RICHARD CHARLES ELLIOTT

---

3
DECLARATION OF RICHARD CHARLES ELLIOTT

### DECLARATION OF SANGWA EMMANUEL

I, Sangwa Emmanuel, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am 29 years old and I leave in Richmond, CA. I currently use the UberX platform.

3.    I started using UberX as a driver around November 2014. I first learned about it through ads on my Facebook feed. I had just quit my job at Home Depot and was in the onboarding process for a retail position at Apple, so I had to make some money to cover the bills in between. There was nothing else I knew about that could pay me by the week right away. I also started working at the Apple retail job on November 12, but I continued to drive through UberX once working for Apple. I still do both.

4.    I worked at the Corta Madera Apple store as a Specialist. My schedule at Apple fluctuates a lot day to day. One day I work 9 a.m. to 4 or 5 p.m., another day I might start at 11 a.m. It all depends on the store's needs. My job at Apple is my primary focus, and I schedule my Uber driving around that schedule. I try to drive from the end of my Apple shift until I'm tired. Some days that might mean driving for 6 hours. Other days I'll drive for 4 hours.

5.    I also have the Lyft driver app. I've completed about two rides for them. When I completed the rides, I shut off the Uber app before turning on the Lyft app. I figured it's not smart to have both on at the same time, because what if they both go off at the same time? I would do more rides for Lyft, but I think Uber is better because it's more professional. I don't want to fist bump. I'm driving to make money, not hang out.

6.    I drive a 2011 Volkswagon Jetta. I bought it and am making payments on it. I bought it before I even considered driving through Uber. I use my own phone for the Uber driver app. Uber gives you a tiny, old phone. I think it also restricts the type of maps app you can use.

7.    When I drive through Uber, I don't turn my driver app on while in Corta Madera after my Apple job, even though it often has very high surge prices—sometimes 4 times the price. I don't want to drive people who are pissed at me for charging that much, so I drive into San Francisco

CLASS MEMBER DECLARATIONS 372

1   before turning on the app. Then I try to generally go toward areas with surge pricing, but ride
2   requests can take you all over the Bay Area. I usually keep the app running unless it's getting close
3   to 2 a.m. when the bars are getting out. If I'm out in the Richmond or something, I'll turn the app
4   off and go towards the bars before turning it back on.

5       8.      When I first signed up for Uber, I think there was an email that asked me to look at
6   videos on the Uber website. I looked at the videos and don't remember any suggestions about driver
7   etiquette. I don't remember much about the video. When I started driving, I really didn't have any
8   guidelines about what to wear or how to act. I picked up most things as I went. I keep water in the
9   car, try to dress nice (but I always try to dress nice), and keep the car clean. People are paying you
10  to drive them somewhere, I don't see any reason why they are in a dirty car when they're paying for
11  the ride. People like having the water. I don't put gum or anything in my car. Sometimes people
12  ask me for gum but I'm not going to put that in my car—passengers may put it on my seat. I put the
13  Uber sign in my front window because people feel safer getting into a car with the symbol. I think
14  the only thing I've ever believed was a requirement was driving people with guide dogs.

15      9.      My overall star rating right now is about a 4.88. Most people want someone who is
16  friendly. They don't want to get into a car where they feel like they're not welcome. That's the one
17  big thing. Even when I don't have water in my car I still get a good rating. I try to greet passengers,
18  and if they want to talk I speak with them. If they don't want to talk, I stay quiet. My ratings
19  weren't always that great. At one point my weekly rating dropped to a 4.67. I think it's because my
20  passengers were getting the sense that I wasn't happy. I decided to do some research and I think
21  there's an Uber discussion board or blog which gives suggestions. After looking at the suggestions I
22  realized that I could change my attitude. I wasn't told from Uber that I should be more welcoming.
23  I've also never received an email from Uber threatening to restrict or terminate my use of the app
24  because of my star rating.

25      10.     I have sent emails to Uber when I've had issues with passengers or the app.
26  Sometimes, for example, I will send Uber an email when a passenger is being unsafe. I definitely
27  felt that I could have thrown the passenger out of the car if I needed to. It's kind of a jerk move to
28  throw someone out, though, so I try to avoid it. Uber has sent me emails to tell me that I have the

2
DECLARATION OF SANGWA EMMANUEL

1 right to decline or cancel any request as long as it's done in a respectful manner.

2  11. When I first signed up, I definitely knew that I would be an independent contractor, even though I had never done an independent contractor job before. I think that's what the ads say. I would like to remain an independent contractor because there are a lot of freedoms with it that are nice to have. Just yesterday I wanted to stay home and sleep, so that's what I did. I watched two movies instead of driving.

7  12. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

18  Executed at San Francisco, California this 20th day of May, 2015.

_____
Sangwa Emmanuel

## DECLARATION OF AYO DELE EMMAUELAJAYI

I, Ayo Dele Emmauelajayi, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 40 years old, male, and live in San Leandro, California, in Alameda County. I lived in San Leandro for four years. I am originally from Nigeria. I moved to the United States in 2010.

3. I drive in California with a Class C drivers license, and I have driven only with UberX because I like Uber. It is like my family. It is there when you need them. I would not want to work with another company. I love the company, and I love the people. They are my friends. This is a good job for me. I love what I do, and I bring a lot of people in to drive with Uber.

4. I signed up for UberX in 2012, and I was fired because I didn't know the roads, which is right. I came back again in May 2013 and I have been driving with Uber ever since then. To sign up in 2012, somebody brought me to the Uber office in San Francisco, California, and I signed up there, watched a video about how to be professional and how to work the Uber App, and then I began working. I signed the Agreement to work for Uber, and in the Agreement, it specifically said you are not an employee, you are an *independent contractor*. I don't understand the confusion or what the plaintiffs are doing. In 2013, I went back to Uber and asked for my job back, and Uber said, "yes!" I could not believe it. Uber gave me my form back and they logged me in.

5. I drive a 2011 Hyundai Sonata, which I own and I drive it when I use the Uber App. All of my income comes from driving with the Uber App. I know that Uber does not restrict me from taking other jobs, but I work only for Uber because I like the work.

6. I work every day of the week from Monday to Sunday, and I work about 10 hours every day. I work starting at 5 a.m. because it is a high traffic time because a number of people are going to the airport or into the city. You can make a lot of money driving people to and from the airport because they have higher fares and longer distances. I also like to work from 5 p.m. through 12 a.m. because people are coming home from work, so there is more opportunity to make more

TILER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

CLASS MEMBER DECLARATIONS 375

1    money.

2        7.    I stop working between 10 a.m. and 5 p.m. and go home because there is not a lot of

3    traffic, and not a lot of people use the Uber App.  People are doing their own activities, so I would

4    not make a lot of money during that time.   I know that Uber does not require me to spend any

5    minimum amount of time on the Uber App, and I can spend as much time as I want logged onto the

6    Uber App as well.

7        8.    Uber does not restrict me to working in any particular geographic area.  However, I

8    will try to get to those areas with surge pricing because it will help me make more money because

9    they have higher rates.

10        9.    When I see a lead, I look at the rating of the person.  If the person has a 2 or 3 stars

11    out of five, I will not pick them up.  I have had experiences with rude passengers.  Some riders can

12    be rude and insulting, so I try to avoid them.  I also consider how far the customer is away from me.

13    I know that Uber does not require me to accept every lead I get.

14        10.    Uber sends me e-mails with my rating, but Uber never sent me any requirements

15    about how to drive or how to interact with customers.

16        11.    I keep records of all of my expenses, like gas and vehicle maintenance, to file my

17    taxes. I use the expenses to make deductions from my taxes.  Uber provided me with a 1099 Form,

18    and I use only that form to report my income from Uber.  I identify myself as self-employed for my

19    taxes.

20        12.    My rating as a driver is a 4.72, which is given to me only by the passengers in the car.

21    To maintain the rating, I like to talk with them when they want to talk, laugh with them, and I used

22    to provide them with water as well.  I know that you can be released from the Uber App if you do

23    not have a high enough rating from the passengers.

24        13.    I come into the Uber office often to bring new people into the offices and to discuss

25    problems with passengers.  I have brought about seven people into the Uber App.

26        14.    I consider myself an independent contractor because I do what I want to do, and I

27    work when I want to work, and I set my time and my hours.  I like that flexibility.

28        15.    I have given this testimony completely voluntarily and without any coercion

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA  94108.2693
415.433.1940

2

DECLARATION OF AYO DELE EMMAUELAJAYI

1  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

2  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

4  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

5  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

6  not have to provide any written statement. I also was specifically told that I could participate in the

7  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

8  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9      I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11      Executed at San Francisco, California this 19th day of May, 2015.

12

13                                                      Ayo Dele Emmauelajayi

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

3
DECLARATION OF AYO DELE EMMAUELAJAYI

**DECLARATION OF Nemuel Enriquez**

I, Nemuel Enriquez, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver and 49 years old male driver living in Los Angeles for the last 15 years.  I have only used UberX and UberXL as a direct partner.  I have been using Uber since December of last year.  I am a stay at home dad, which is a 24/7 job.  I have 4 children and resigned by job when my second daughter was born.  I was working at the Philippine consulate before that.

3.      I own my own transportation business, Ark Unlimited.  I own two vehicles to operate the business.  I own the vehicles for the business.  I mostly use the Toyota Camry for the UberX.  I would say that 30% of my revenue comes from Uber.  Ark Unlimited also provides nursing services.  Sometimes I hire a driver when I am not available to drive for the nursing services.  That driver is a contractor, he is a family member.  When he drives, he pays for his own expenses.

4.      I like to use the app from 8-11AM and in the afternoon 2-5PM, because I have other commitments in between.  I agree that Uber does not assign me a territory.  I like to login during surge pricing times because there is more money during that time.  When I get promotions from Uber, I respond positively.  I feel like I am able to accept or decline leads, and have never received a threat of suspension from Uber for not accepting leads.  I also feel like I could use Lyft or Sidecar if I chose to.

5.      One time, I requested a fare adjustment for something that was my own fault.  On my second day, I went the wrong direction and just told the rider that I would adjust the rate.  Uber adjusted it for me.  I feel like I am working for Uber when I log into the app.

6.      For Uber, I work 4 days a week, on Sunday, Monday, Tuesday and Thursday, for 4-6 hours a day.  Those are the lightest days for me at home.  I like having the flexible driving schedule.  When I need to pick up my daughter from school, my wife from work, I can pick them up after I drop off a rider.  Uber doesn't require me to login for a minimum amount of time.  That is the beauty of it,

---

1
DECLARATION OF Nemuel Enriquez

CLASS MEMBER DECLARATIONS 378

1    you are on your own, that's why you are called independent.  I don't feel like it would restrict me

2    from engaging in another business.  There is no conflict with my nursing services business.

3         7.    I get suggestions on the website for how to interact with drivers.  I don't feel like I am

4    required to follow the suggestions, but mostly they are right so I accept them.  I follow some of the

5    suggestions.

6         8.    The star rating system is a good strategy to make the service effective and efficient,

7    and maintain the quality of the service.  The rating is determined by the passenger.  I currently have a

8    4.8 but I don't consider this a high rating because I feel I should have a 5, but you cannot please

9    everybody.  I just got a compliment last week, he told me that I am the best Uber driver they have

10   ever had.  To keep my rating up, I help with luggage, provide water and candy, converse with them.

11        9.    I communicate with Uber maybe once a month, or maybe twice, through text and

12   email.  This is usually about cancellations.  Uber has contacted me about once a week, through text,

13   about promotions and my pay and summaries of trips.

14        10.   I have to pay for gas, car wash, food and some car accessories like candy.  I keep a

15   record of the business expenses through receipts.  About 15% of my expenses come from driving for

16   Uber.

17        11.   Uber has let me know that tipping is not necessary when I first started using the app,

18   it's very clear on the website.  I have received cash tips, although the passengers know, from the

19   website, that tips are not necessary.  It is not often, but maybe once a month.  I often get tips from

20   people from Australia or people outside the country.  I know the licensing agreement does not

21   prevent me from getting tips.  Uber has never threatened to suspend my account for accepting tips.

22        12.   I read and understood the licensing agreement after receiving it through email.  I

23   intended to become an independent contractor, and want to stay that way.  I would like to remain an

24   independent contractor because I want to be on my own, on my own time.

25        13.   When I work 4-6 hours, I take about one break for meals and I feel like I can take

26   them whenever I want.  I turn the app off when I am taking a break and am never interrupted by

27   Uber.  Usually I drive for about 3 hours before I take a break, but it depends on the day.  I feel like I

28

2
DECLARATION OF Nemuel Enriquez

1   can take at least a 30 minute break every day.  Uber has never told me to drive for a certain amount of

2   time before taking a break.  Usually for lunch, I just grab some fast food.

3       14.   I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

7   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

8   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

9   have to provide any written statement.  I also was specifically told that I could participate in the

10  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

11  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12      I declare under penalty of perjury under the laws of the United States of America and the

13  State of California that the foregoing is true and correct.

14

15      Executed at Los Angeles, California this 26th day of May, 2015.

16      _____

17      Nemuel Enriquez

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF Nemuel Enriquez

### DECLARATION OF TAGHI MEMARZADEH ESFAHANI

I, Taghi Memarzadeh Esfahani, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.       I am a 65 year old male who lives in San Jose, California in Santa Clara County.

3.      I am an UberX driver.  I started using the Uber application at the beginning of March 2014.  I use the Uber application part-time.  Last week, I worked just 7 hours.  Last year, I drove 9000 miles and worked about 100 hours for the whole year.  I have been retired since 2007.  I like meeting new people who are very intelligent when I use the Uber app.  I am a direct partner with Uber.  Last year, I had a business name called Open View California, LLC for my transportation business, but for tax purposes I decided to close the business and operate as an individual.

4.      I own the vehicle I use for the Uber app.  It is a 2013 Hyundai Sonata hybrid.

5.      My strategy for using the Uber application is to find some high activity spots in Santa Clara County with customers with a better attitude.  One of those areas is Mountain View.  People over there need to go long distances.  They understand a lot.  I learn from my passengers.  My biggest benefit from using the Uber application is my interaction with intelligent people.  For example, I asked one of my passengers about stock investments.  He gave me some good advice on a stock investment that netted me $5000.  I bought Yahoo's stock for approximately $30 and sold it for approximately $42.  One Uber trip helped me make this money.  This is just an example.  But the value I get from using the Uber application is much more than the fare I receive for each ride.  I meet intelligent, interesting people from whom I can learn.

6.      My work schedule is not typical.  When I feel like it and I have time, I do it.  That is what I like about it.  That is the benefit of being an independent contractor.  For example, I took a trip to Iran for three weeks, and I came back and my app was still there for me to use.

7.      Uber gave me suggestions on how to treat passengers.  They told me it is a good idea to have food or water in the car, open doors for passengers, help them place their luggage in the trunk.  Uber told me these suggestions could help my rating.  They did not require me to follow their

CLASS MEMBER DECLARATIONS 381

1   suggestions.  On my own, I do things to help increase my rating.  I always have See's candy in my

2   car. When people go shopping, I offer to wait for them.  I have developed good relationships with

3   my passengers.  I have consistent customers who ask me to pick their children up for rides and who

4   ask me to drive them when they are in town for short periods.  Uber has never suspended or

5   threatened to suspend my account for not following their suggestions.  My rating right now is 4.89.  I

6   consider this a high rating.

7       8.      I only communicate with Uber when I need something.  This could be once or more a

8   week.  For example, if somebody leaves something in my car, I contact Uber so that I can find the

9   passenger.  Uber does not contact me at all really.

10      9.      My expenses include gas, maintenance, and whatever I provide for the customers in

11  the car like water or candy.  I keep a record of my business expenses.  I make estimates on which

12  one of my expenses are personal versus business.  I use reports that Uber generates on the miles I

13  have driven to help me make my estimates.

14      10.     I am allowed to tips from passengers.  Uber does not restrict me from taking tips.  I

15  try to not accept tips.  It is a personal thing.

16      11.     I accepted an agreement with terms and conditions with Uber.  When I accepted the

17  agreement I understood I was an independent contractor.  I understood the fee split.  When I started

18  with Uber, the fee split was 5% for Uber and 95% for me.  I liked that.  Now, it is 20% for Uber and

19  80% for me.  I believe the service Uber provides is not worth 20% of my income.  They only have

20  one office in northern California.  If Uber wants to take 20% of the money I make, they should

21  provide a better service to the drivers that use their application.  For example, it would help drivers

22  to have quick and direct contact with Uber's representatives for issues I have with the application.

23  You can only email them and you do not know when you will get a response.  I think right now,

24  Uber only provides me 10% value of my income for the service it provides me.

25      12.     I receive a 1099 from Uber.  I have never received a W-2.  I report my business

26  expenses when I file my taxes for a deduction.  I do not report any of the revenue I make as tips.

27  When I file my taxes, I identify myself as self-employed.  I identify myself as a contractor.

28      13.     I have given this testimony completely voluntarily and without any coercion

CLASS MEMBER DECLARATIONS 382

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

5   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

6   not have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11         Executed at San Francisco, California this 19th day of May, 2015.

12                                                    TAGHI MEMARZADEH ESFAHANI

13

---

3

DECLARATION OF TAGHI MEMARZADEH ESFAHANI

## DECLARATION OF DON R. ESPERON

I, Don R. Esperon, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      Since I was kid, I wanted to be a pilot for the United States Marine Corps.  To become a pilot, I have to go through a rigorous fitness test, engage in a long application process, and do community service to make myself a competitive applicant.  The physical fitness test requires that I be able to run three miles in eighteen minutes, do 20 pull ups, and 100 sit ups in two minutes.  Just the training for the physical fitness test takes two hours a day.  Beyond that, I have to collect my references and other paperwork for the application, and do 15 hours of community service a week.  All of this puts a huge demand on my time so I needed a flexible source of income.  Driving with the Uber app provides that for me.

3.      The flexibility is the most important part of driving for me.  The physical training that I do works best with other training partners, but most of those partners have very different schedules.  Being available at pretty much any time to train gives me a big advantage in the training because I can always find someone to train with. The camaraderie is key and I get to take advantage of that almost any time I want.

4.      I drive a 2013 Nissan Sentra and I use the uberX platform.  I onboarded at the end of November 2014.  I split my fares with Uber 75%-25%, and I understood that we would split the fares that way when I first onboarded.

5.      Although I know I could use other apps to get fares if I wanted to, I only use Uber because I get all the fares I want  using the Uber App.

6.      I prefer to drive at night and on weekends.  It's more fun to drive then, people are more relaxed.  I'm not good with people who are in the work mindset, so it's easier for me to connect with passengers that aren't in work mode.

7.      I actually hate going Downtown in San Francisco, but I'll do it because I get higher fares from them.  I also go to the Sunset because the trips are longer so the fares are higher.

CLASS MEMBER DECLARATIONS 384

8.      Around 15% of the time, I get offered cash tips by the passengers.  I usually decline first because tipping is not a part of the Uber culture, but then if they insist then I accept it.  The amount of the tip can vary a lot.

9.      I try to keep water in my car for passengers because it feels like the right thing to do. It's really about being courteous, like anything I do to be polite.  I don't feel obligated to keep water in my car.

10.     I generally don't pay attention to my ratings unless they get really low.  I care about the passengers and I try to be professional, but I don't spend a lot of time thinking about ratings. Uber doesn't have any influence on those ratings, they're just up to the customer.  In fact, they're really up to the mood of the customer when they take a ride.

11.     I don't often cancel trips.  Sometimes I do because I'm stuck in traffic and the customer wants me to cancel so that they don't have to pay the fee.  If they ask me to cancel, I do.  I also cancel sometimes if the passenger isn't there, and I call and they don't answer.  That's rare, though, usually I'm happy to wait.  Uber will sometimes send me alerts because I canceled a ride, but honestly, I can't tell how they calculate the cancellation rate, so I don't worry about it.  The way I see it, I'm not doing anything wrong.  If the passenger isn't there then there's no reason for me to wait.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

//

//

2
DECLARATION OF DON R. ESPERON

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this 20 day of May, 2015.

4    _____

5    DON R. ESPERON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF DON R. ESPERON

I, Kimberly Etherton, hereby declare as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I work fulltime as an interior designer for Etherton Interior Design, a company that I started and of which I am the owner. I also work part-time as a kitchen interior designer at Lowe's. Driving using the Uber app. is only a small percentage of my income. I have never been told that I could not work for another company or drive for another car service.

3.      I first learned about Uber while going out with my girlfriends who used the app. After using the app. as a rider, I became interested in driving because I am single and as a driver using the Uber app. I can set my own schedule, work when I want to, and make extra money.

4.      In October 2014, I initially submitted my application online, but it went to the Los Angeles offices.  I contacted Uber through email to transfer my application and information to the San Diego area.  Once the transfer was sorted out, I have had no further personal contact with any employee of Uber.

5.      I did not receive a phone from Uber.  I was able to upload the Uber app. to my personal phone at no charge.  I do not pay a fee for use of the Uber app.

6.      I receive an email from Uber two to three times per week and a text message from Uber approximately once per month providing suggestions on locations and hotspots around San Diego that may be busy.  They also include reminders that I can sign-up other drivers up for the Uber app. and receive a referral fee of $100. The emails may also have suggestions on how to improve my star ratings.

7.      Customers evaluate my services as a driver by giving me a "star rating" of 1 to 5 with 5 being the best rating.  Uber does not have input into my star rating and my star rating is completely driven by the customers.  I can also rate the passenger.  The passenger's star rating will appear on the screen when the passenger requests a ride.  A driver may decide to not pick up a passenger if the driver sees that a passenger's star rating is too low.

1.

8.     Uber provides suggestions on how to improve my star ratings such as calling a customer to let the customer know that I am on my way and confirming the location for pick-up. I have water in my car and a bucket for nausea. I believe those were both suggestions. I do not have to follow the suggestions, I am my own boss when I drive using the Uber app. I do not have to follow any suggestions provided by Uber.

9.     While I have not turned down a fare as of today, I would turn down a fare if the passenger was completely intoxicated or if the passenger has a very low star rating. I have not done that yet, but I would if that occasion came up. I would not get in trouble or reprimanded for turning down the fare.

10.     On occasion I receive tips from passengers, it is not consistent and I do not expect a tip. The average cash tip is $3.00 - $5.00 which I get once every approximately five rides. I understand that tips are not included in the fare charged to the customer through Uber. I understand that I keep all tips that are given to me by a customer. I let customers know that tipping is not necessary or required.

11.     When using the Uber app, I book passengers on the UberX and UberPlus platforms. For each trip I complete on the UberX platform, I receive 80% of the fare, and Uber took 20% as its licensing fee. For each trip I complete on the UberPlus platform, I receive 75% of the fare, and Uber took 25% as its licensing fee. Uber will charge the passenger's credit card, deduct its fee, and then pay me the rest. I was aware of this arrangement at the time I accepted the licensing agreement, and I have received all the money that I understand I am entitled to from trips completed using the Uber app.

12.     I am able to choose what area of San Diego I would drive in on any given day. I typically go where the fares are needed. I have shut my phone off in areas where I do not want to pick-up fares. I am at total liberty to go where I please and to turn my phone on or off whenever I choose.

13.     I have never been required by Uber to wear a uniform or conform to a specific dress code. I typically wear black slacks, a black sweater, and black shoes to be presentable. I would not

2.

get in trouble for wearing something different. Uber does not monitor what I wear or dictate what I wear.

14.     I will take breaks while I am driving.  I will stop and get coffee.  I turn my app off when I am on break. Uber has never instructed me to not take a break and has never interrupted a break I was taking. I have never used the Uber app. for 5 or more hours during a day.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at _Sen Diego_ , California this 29 day of May 2015.

_Kimberly Etterton_
KIMBERLY ETHERTON

3.

**DECLARATION OF LAKISHA EVANS**

I, LaKisha Evans, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am an event coordinator for UCLA catering. I am an employee of UCLA, and work 40 hours a week as a caterer. I have been a UCLA employee for seven and a half years.

3. I am an UberX driver, and have been so for three to four months. I drive a 2014 Kia Forte. I signed up to drive using the Uber App to make more money. Also, using the Uber App is completely flexible. I can use the App whenever I can feel like it. I make my own schedule.

4. I keep the Uber App off except for Thursday and Friday evenings after I finish working at UCLA, and sometimes Saturday or Sunday, but not both weekend days. I prefer Thursday and Friday evenings because those times are busier, and occur later in the week. I have a full-time job at UCLA, and I prefer accepting Uber leads towards the end of the week so that I can sleep in on Saturday mornings.

5. I live in Hawthorne. So on the weekends I stay near home and accept leads in the South Bay area. On weekday evenings, I accept leads in West LA, including Westwood, Santa Monica, and Beverly Hills, because I work at UCLA during the day. I almost never pick up passengers anywhere else. If, for example, I have to drop off a passenger in Pasadena or West Hollywood, I come right back to West LA and don't accept leads in Pasadena or West Hollywood, because I really want to get back to West LA and do not want to be stuck in other areas.

6. On any given day, I accept Uber-generated leads for three hours maximum. In a given week, the number of hours I use the Uber App varies, but is usually in the 10-15 hour range.

7. When I first signed up to use the Uber App, I recall that Uber gave some basic tips regarding how to interact with customers. I do not recall what those tips are, and I do not know whether or not I follow them. At around the same time, a friend of mine told me his experiences regarding where he drives, what sorts of passengers he gets, his basic experience with Uber, and tips

1
DECLARATION OF LAKISHA EVANS

1    for interacting with customers.

2        8.    My star rating is 4.85.  To maintain my star rating, I try to be nice and keep my car

3    clean.  I also try to ask about the temperature in the car, and the radio.  If the passenger does not care,

4    I keep the radio on 104.3, which is basic pop, top 40, adult contemporary type music.  I like that

5    station, and I have deemed that to be a "safe" station.  I figure even if that's not someone's favorite

6    type of music they will not be offended by it.  But if the passenger has a preference I turn to that

7    station.  I don't ask too many personal questions.  I let the customer guide the conversation if they

8    want to talk more in-depth.  Uber does not require me to do any of these things.  I think my star rating

9    really is generated from my being, in general, a friendly person who people like, and not because I

10    turn on the A/C or a particular radio station.

11        9.    Uber has never communicated anything to me about tips.  I sometimes accept cash tips

12    from customers.  I am ok with there not being any tip on the Uber App because I believe gratuity is

13    taxed at a higher percentage than regular income, and I do not want to have to deal with that.

14        10.    I have given this testimony completely voluntarily and without any coercion

15    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

19    provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

20    have to provide any written statement.  I also was specifically told that I could participate in the

21    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23        I declare under penalty of perjury under the laws of the United States of America and the

24    State of California that the foregoing is true and correct.

25        Executed at Los Angeles, California this 26th day of May, 2015.

26

27    _____
                 LaKisha Evans

28

CLASS MEMBER DECLARATIONS 391

**DECLARATION OF MIKE EVANS**

I, Mike Evans, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I live in the city of Chino in San Marino County with my wife, where we have lived for about 35 years. I started driving with UberX in January of this year. I retired five years ago from my job working with Farmers Insurance. I was my own boss and worked my own hours, which is very similar to how I use the Uber app. My daughter recommended that I look into driving with Uber to help me get over the boredom that follows retirement. I enjoy speaking with the passengers and getting out of the house. Honestly, driving with Uber has saved my sanity.

3. I signed up with Uber after getting an inspection and getting a phone from them. I drive a Toyota Rav4, which I received as a gift from my mom around the same time I started driving with Uber. There was no formal training, and I had to learn on my own how to use the app and find passengers. In fact, I have learned quite a bit from speaking with passengers who are also Uber drivers—the whole information exchange is pretty organic.

4. When I drive with the Uber app on, I usually start near my home in the morning, and go wherever my ride take me. I don't follow the "hot spots," and try to avoid busy areas like the west side of Los Angeles. Instead, I prefer to drive to LAX or the beaches in Orange County.

5. I have never driven with the Uber app on for more than two hours; in fact, I haven't driven with the Uber app on for the past couple of weeks. Other obligations have gotten in the way, such as helping with projects as the member of a Board of Directors, going on vacations, and other fun activities.

6. I contact Uber very infrequently, and only for questions or problems. Uber sends me updates and "hot spots" daily, but I do not follow these tips—actually, I try to avoid them.

7. When I signed the License Agreement with Uber, I agreed that I would be an independent contractor and would supply the car, the gas, the insurance, and other expenses. Uber

CLASS MEMBER DECLARATIONS 392

1   made arrangements for me to buy insurance from them, which I did.

2       8.      I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

7   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

8   have to provide any written statement.  I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13

14      Executed at Los Angeles, California this 27th day of May, 2015.

15                                              _____

16                                              Mike Evans

17

18

19

20

21

22

23

24

25

26

27

28

2<br>DECLARATION OF MIKE EVANS

## DECLARATION OF ISMAIL EZZIKHE

I, Ismail Ezzikhe, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 37 years old and live in San Francisco, CA.  I have a commercial and transportation license (a TCP license) for the state of California.

3.      I am a direct partner with Uber and I own my own transportation basis called iLimo (or I Limo).  I own three of my own vehicles to operate my business.  One is a Lincoln Navigator L, one is a Cadillac DTS, and one is a Lincoln Towncar Executive L.  Currently, 100% of my business comes from leads generated through the Uber App.  In the past, however, I have generated leads through hotels and corporate accounts that my business had. I hire additional drivers for my business all the time. Currently, I have two drivers, but I have some turn-over.  The drivers I hire are independent contractors and they drive under my Uber partner account.

4.      About four years ago, right when Uber started up, I began using the UberBlack service. About two years ago, I also started using UberSUV.  About two months ago, I also started using the UberX service.  My business still uses all three of these Uber services.  I personally drive my business' Lincoln SUV and I log on to Uber's UberSUV and UberBlack service.    I have understood since the beginning that I would not be Uber's employee, and I intended when I began using the Uber App that I would be an independent contractor.

5.      My understanding is that Uber allows for me to decline leads generated from the App to a certain limit.  Sometimes I do choose to decline leads.

6.      Uber does not set my schedule.  Instead I decide when I want to log into the App. Sometimes I drive in the mornings and in the afternoons, and other times I just drive in the morning or just drive in the afternoon.    Uber does not require that I log onto the App for any minimum amount of time. Uber has never threatened to suspend my account if I've not logged on for any period of time.

7.      I have a strategy about when I log into the App. For example, Tuesdays are usually

1
DECLARATION OF ISMAIL EZZIKHE

1    slow, so I usually make Tuesdays my day off.  I also strategize on where to log into the App.  For

2    example, I don't go to the Financial District in the morning, because nobody is there—all the

3    passengers are trying to get to the Financial District for work instead.  Similarly, I don't drive near

4    hotels at 3pm, because check out is usually 11am and that is when passengers need me.

5         8.    I did not attend an onboarding session when I started using the Uber App and I don't

6    recall receiving any instructions when I started using the Uber App. I know that Uber has

7    suggestions on how to be a good driver, but Uber does not require that I follow them. Instead, the

8    suggestions are just tips on how to improve your star rating and customer service.

9         9.    My star rating is based upon the passenger's view of the trip I have provided them.

10   To my knowledge, Uber cannot and does not interfere with my star rating.  I have a good star rating,

11   and to keep it high, I do three things: 1) keep a clean car; 2) keep a professional driver (meaning

12   dress professionally, don't talk unless the passenger wants to talk etc.); and 3) have a good

13   knowledge geographically of the Bay Area.   Uber did not tell me to do these things, but instead, I

14   came up with these ideas on my own, based on my experience in the transportation business.  I was

15   in the limousine business in the past and so I learned these tricks of the trade.   Uber has never

16   threatened to terminate my account because of my personal star rating.

17        10.   As part of running my transportation business, I incur expenses such as commercial

18   insurance, car registration and fees, CPUC fees, car maintenance and cleaning, gas, etc.   My

19   business pays for these expenses.  I keep records of these expenses on my computer and in paper

20   format.   When I file my taxes, I report these business expenses to the IRS and I take deductions for

21   them.  I receive a 1099 from Uber and I indicate on my taxes that I am self-employed.  I do not

22   report on my tax returns that part of my income is tip income.

23        11.   I communicate with Uber infrequently. When we communicate, it is through email. I

24   contact Uber more than they contact me.  When I contact Uber it's usually because I am adding or

25   subtracting a new driver to my account or discussing a fare issue such as when a passenger has left

26   something in my car or I lost a signal on the App.  Uber will contact me to inform me of events in

27   the city, such as Bay to Breakers or a Salesfore.com convention.  The other times Uber will contact

28   me is when there is a document (such as an insurance form) related to one of my cars missing from

2
DECLARATION OF ISMAIL EZZIKHE

1    my file.

2         12.    I have given this testimony completely voluntarily and without any coercion

3    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8    not have to provide any written statement.  I also was specifically told that I could participate in the

9    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11        I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.

13        Executed at San Francisco, California this $19$ day of May, 2015.

14

15                                                    ISMAIL EZZIKHE

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF ISMAIL EZZIKHE

1

## DECLARATION OF LEE SAMANTHA FAELNAR TE

2      I, Lee Samantha Faelnar Te, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I have been an UberX driver since November 2014.  I drive a 2009 Honda Fit.  I drive

7 whenever I am not busy and have some free time.  I do not use the Uber App in a consistent fashion.

8 I keep the Uber App off when I do not want to pick up a customer.  Although it varies, I use the Uber

9 App to generate leads for 10-30 hours a month, mostly in the evenings after work and/or over the

10 weekend.  I try to drive on Friday or Saturday nights if I can because those nights are busier.

11      3.      I usually start by accepting leads in Glendale, which is where I live, and typically

12 drive for about two hours, and occasionally up to five hours.  If I drive for closer to five hours, I take

13 a break, sometimes going home for a longer break.  If I am driving for only two hours I typically do

14 not stop for a break.

15      4.      I currently work for California Credit Union, for forty hours a week, and have been an

16 employee of the credit union since January 2008.  I work in the back office.  I keep the Uber App off

17 when I'm at work for the California Credit Union.

18      5.      Even when I am online and have the Uber App open, I do not accept every lead,

19 although I try to accept as many as I can.  I believe I am free to accept or decline leads generated

20 through the Uber App.  I am also free to turn off the Uber App whenever I want.

21      6.      I started using the Uber App because I wanted to see what it would be like to not have

22 set hours.  I also wanted to pay for a vacation to visit my mom.

23      7.      When I first signed up to use the Uber App, I recall someone telling me that I should

24 ask the passenger what their preferred route is.  I think this is good advice, so I follow it.  I don't

25 recall any other suggestions from Uber regarding how to interact with a passenger.  Other Uber

26 drivers have told me to bring a charger for passengers' phones, and to have water and mints available,

27 so I do that.

28

---

1

DECLARATION OF  LEE SAMANTHA FAELNAR TE

8.      I do not know exactly what my star rating is, but I do try to treat the customer as nice as I possibly can, and keep my car clean.  I have space for luggage if they need it.  If I cannot find a passenger through the App, I try to give them a call to find them.

9.      Once in a while, passengers offer me a cash tip.  I say no, but they leave it in the car anyway.  For example, a couple left their car keys in my car.  They called me, and I found the keys, and met the couple back where I had dropped them off.  And they gave me a tip.

10.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
Lee Samantha Faelnar Te

2
DECLARATION OF  LEE SAMANTHA FAELNAR TE

CLASS MEMBER DECLARATIONS 398

**DECLARATION OF Shawn Michael Fago**

I, Shawn Michael Fago, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I use UberX. I am 36 years old, and have been living in San Diego for a year and a half.  I have been using the Uber app since about February of 2014, on Valentine's Day. I am self-employed at a full-time job.  I am a direct partner with Uber using UberX.  I own and use my car, a 535 BMW, when using the app.  I also use Sidecar on occasion when driving with the app.

3.      When I use the app, I used to drive on Friday night, Saturday night, and the busiest time.  I am now usually busy with my full-time job and just drive when I have a chance.   I am more likely to login when there is more likely to be a surge.  I use Sidecar and Uber at the same time occasionally.  I run them both at the same time on different phones, and just see which one goes off first and turn the app off on the other one.  I like being able to use them both at the same time.  It maximizes my time.  Uber doesn't restrict my use of other apps like Sidecar.

4.      I have requested fare adjustments.   If the app malfunctions, and over charges or undercharges, or you end the trip too early, then you have to send an email to Uber to adjust the fare, and they always do it.

5.      These days I am working a lot of hours for my primary job, but if it's a busy day, like a holiday, I will make myself available to use the Uber app.  My schedule is constantly in flux, so I just try to maximize my time as best I can.  If I have downtime, I want to be available to pick up passengers.  I like having a flexible driving schedule.

6.      My onboarding experience was "here's the phone, go and drive."  I watched some training videos, but the app is pretty intuitive.  Uber gave me suggestions, and I'm not aware of having to follow these suggestions.  I have also read the ProTips through the website, training videos, the emails.  I generally follow them all because they are pretty much common sense.

7.      Passengers rate their drivers from 1-5 and you need to maintain a minimum rating of

---

1

DECLARATION OF Shawn Michael Fago

1   4.65 or higher.  My star rating is 4.8 something, which I consider a high-ish rating.  To improve or

2   maintain it, I keep the car clean, be friendly and punctual, and using a good efficient route using GPS

3   or common sense.  I think if you're not an idiot, you can maintain a minimum star rating without

4   following the Uber suggestions.  I mean, if you maintained a dirty car, and took the longest route,

5   then you probably couldn't.

6       8.      I don't often communicate with Uber.  They almost never contact you for any reason

7   requiring a response, but they send things like weekly updates.  I have contacted them maybe once a

8   month for a fare adjustment.

9       9.      My expenses are car washes, normal wear and tear, fuel, all of those things.  I keep a

10  record of these expenses.  I keep all of the receipts, but it's all on credit cards so there is a record of it

11  all.  For my taxes last year, I didn't identify as self-employed generally, because I had another

12  employer I was working for, but I put in the 1099 on my taxes for Uber driving.  I did a mileage

13  deduction for the miles I drove using the UberX app.

14      10.     Uber stated in training videos that passengers are not expected to tip, but if they insist

15  on giving you a cash tip, you may accept it.  I have received cash tips, although not often.  In a

16  month, I might maybe make about $40 in tips, when I drive a lot in a month.  My licensing agreement

17  doesn't prevent me from accepting tips.  Uber passengers generally don't tip because they are

18  conditioned that way.  They believe tip is included.

19      11.     I read and understood the majority of my licensing agreement.  I intended to become

20  an independent contractor, and I wish to continue as an independent contractor.  I want the flexibility.

21  I do not want to be a W-2 employee of Uber.

22                          *[The rest of this page has been intentionally left blank]*

23

24

25

26

27

28

---

2

DECLARATION OF Shawn Michael Fago

12.     I used to drive a lot in a day, now it varies.  I might work 0 or 6, it just depends.  Maybe 2 hours a day on average.  If I am going to drive all day, I will take a break, but it depends, I don't always need one.  If I am driving a longer day, I will take a break for a meal.  My break length depends.  It could be 10 minutes or 2 hours, it just depends.  If I want to take a siesta, meet a friend, or get on the road because it's busy, or walk my dog, it just depends.  I get to decide when I take a break.  I am free to go anywhere I want during breaks, except the moon.  Not allowed to go there.

13.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 28th day of May, 2015.

_____
Shawn Michael Fago

3
DECLARATION OF Shawn Michael Fago

CLASS MEMBER DECLARATIONS 401

## DECLARATION OF MOURAD FARAGALLA

I, Mourad Faragalla, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently self-employed, working full time as driver and using the UberX platform.  Additionally, I recently received my X-Ray technician license.  I have not yet applied for any jobs with my X-Ray technician, as I am focusing on growing my business through Uber and I enjoy the work.

3.     I use a 2010 Honda CRV when I drive customers.  I own my car, and I use the car for both personal and business use.

4.     In addition to using Uber to find customers, I also use Lyft to generate customer leads.  I do this because while Uber is more popular in crowded areas, in some areas, there are fewer requests for rides; when I am in an area with less users requesting rides, I turn on both Uber and Lyft to see if there is anyone requesting a ride in that area on either application. I like being able to open both Uber and Lyft at the same time because it allows me to find a customer where I may not have found one if I had opened just Uber.  Currently, I probably receive about 80% or more of my business from Uber.  Uber does not restrict my ability to use other applications to find customers and Uber does not restrict me from engaging in any other business.

5.     Usually, I log into the Uber App at about 8:00 a.m. after I drop off my children at schools.  However, sometimes, I'll start earlier in the morning at 4:00 a.m. or 5:00 a.m. if I do not need to take my children to school.  On a normal day, I'll take a 30 minute break around 12:00 or 1:00 p.m., or whenever when I get hungry or tired and need a rest.  I'll also take 5 to 6 short breaks throughout the day to eat, use the restroom, drink coffee, or get gas.  I always turn off the App when I am taking a break.  After my break, I will log back onto the App and begin looking for customers again.  I usually stop working at about 7:00 p.m. or 8:00 p.m.  My break schedule is based on my own personal preference; Uber has never told me when to take a break, and Uber has never told me not to take a break.

---

1
DECLARATION OF MOURAD FARAGALLA

6.    When I use the App, I am willing to go anywhere a customer wants me to go.  I always start driving around where I live and where my children got to school.  When I get my first customer for the day, I drive them wherever they want to go, and I pick up my next customer near the previous customer's drop-off location.  Uber has never assigned me a territory or required me to drive in a certain area.

7.    I know that Uber has "Surge" pricing, where Uber increases its rates charged to customers.  Surge pricing does not affect my decision as to whether or not to pick up a customer because for me, I would prefer to take a customer a longer distance than to pick up a Surge customer going a shorter distance.

8.    To my understanding, I am free to accept or decline any customer lead Uber provides to me.  I prefer not to decline customers because I like to have their business; however, I have chosen to decline customers in the past if the customer is late to meet me or they do not answer their phones and they do not show up once I reach their destination.  Uber has never suspended or threatened to suspend my account because I declined a customer.

9.    I feel like I am my own boss.  I do not see Uber as my boss; I see Uber as my partner who provides me the opportunity to build my own business.  I used to own my own business before I came to the United States, and I am used to being my own boss, setting my own schedule, and working for myself.  I like the flexibility provided to me by using the Uber App because I can work whenever I want.  I like that I am able to be my own boss while using Uber, and I intended this when I started using Uber.

10.    I try to treat customers with respect and be helpful to my customers.  I try to provide the best customer service to my customers, including helping them with their luggage, helping elderly or disabled people into the car, having conversations with customers who want to talk to me, or keeping quiet when it seems like a customer does not want to have a conversation.  I think of many of these customer service suggestions myself.  I think Uber may have provided some suggestions when I first started using the App, but most of the suggestions I follow are logical and basic customer service.

11.    Uber very rarely contacts me personally.  I've never contacted Uber myself.  Other

2
DECLARATION OF MOURAD FARAGALLA

1   than my use of the Uber App, I have little to no contact with Uber.

2       12.   I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8   not have to provide any written statement.  I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13      Executed at Los Angeles, California this 26 day of May, 2015.

14

15                                          MOURAD FARAGALLA

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF MOURAD FARAGALLA

## **DECLARATION OF DAVID FELDMAN**

I, DAVID FELDMAN, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am fifty-seven years old and I currently reside in Pacific Palisades.

3.     I consider myself to be self-employed. I run my own transportation services business where I use the Uber application to obtain leads for rides. I have been providing rides using the Uber application since January 2015 and currently do not utilize any other ride-sharing application, even though I am aware that I can if I wanted. I do not have any other occupation aside from my transportation services business. Before I began providing transportation services, I worked in real estate in the finance sector. The flexibility of the work schedule is the reason I decided to start my own transportation service business and utilize the Uber application.

4.     I currently own a 2006 Toyota Corolla S which I use for personal use and for my business in providing transportation services.

5.     In conducting my business, I tend to use the Uber application from 1:30 p.m. to 5:30 p.m. Tuesday through Sunday. I like to work during this time because it is when schools generally get out and I can provide rides to students who need transportation to their home. Since I know that the students will need transportation, this helps me maximize my profits. Uber has never set my work schedule and I enjoy having this flexible driving schedule.

6.     Uber has never assigned me to a territory. I generally start my day in the Pacific Palisades and then provide most of my rides on the west side of Los Angeles.

7.     I can decide whether I want to accept or decline requests for rides through the Uber application, but I generally accept almost every request that I receive while I am working.

8.     Even though I am only utilizing the Uber application to obtain leads right now, Uber has never restricted me from simultaneously using other ride sharing applications like Lyft or Sidecar. In addition, Uber has never restricted me from engaging in another occupation or business.

9.     On rare occasions, I have requested fare adjustments from Uber. This has only

1
DECLARATION OF DAVID FELDMAN

1    happened because there was bad internet service in the area where I was driving, so the Uber

2    application was not functioning correctly.  On average, I have only requested a fare adjustment on 3

3    occasions, and this is the only time that I have communicated with Uber directly.

4        10.    I currently have a rating of 4.87, which I consider to be high.  I believe I have

5    obtained this high rating because I go out of my way to make customer service a priority.

6    Specifically, I treat all passengers as if they were my friends. In trying to improve my rating, I use

7    my own ideas on how to improve customer service. Uber has never provided me with suggestions or

8    ideas on how to improve my rating.

9        11.    As part of my transportation services business, I incur certain business expenses for

10   gas, and other miscellaneous car maintenance including new tires. I pay for all of these expenses. I

11   maintain all business receipts because I intend to file my taxes this year as self-employed and I plan

12   to report all of my business expenses to the IRS when I do so. I have never received a W-2 or a 1099

13   form from Uber.

14       12.    When I am providing transportation services, I take periodic breaks throughout the

15   day. Uber has never prevented me from taking a break, nor have they interrupted me when taking a

16   break. In addition, Uber has never told me to drive for a certain amount of time before stopping to

17   take a break.

18       13.    I have given this testimony completely voluntarily and without any coercion

19   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

20   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

22   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

23   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

24   not have to provide any written statement.  I also was specifically told that I could participate in the

25   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

26   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27       I declare under penalty of perjury under the laws of the United States of America and the

28   State of California that the foregoing is true and correct.

2

DECLARATION OF DAVID FELDMAN

1    Executed at Los Angeles, California this 26 day of May, 2015.

2

3                                          DAVID FELDMAN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF DAVID FELDMAN

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and    **DECLARATION OF RUFUS FIELDS**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15              Plaintiffs,           Complaint Filed: August 16, 2013
                                      FAC Filed: May 30, 2014
16          v.

17  UBER TECHNOLOGIES, INC.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

I, Rufus Fields, hereby declare as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I first learned about Uber about 3 years ago in talking to other drivers that I have known for years.  They told me that they were using Uber's lead generation app to book fares, and I was skeptical at first.  But I kept getting positive feedback from other drivers, so I decided to give it a try.  I couldn't be happier that I made that decision.

3.     I have been working as a professional chauffeur for 33 years and have a lot of experience in the transportation services business.  Prior to that, I worked in an office environment for quite some time, and I wanted to try something new.  I always liked cars, had worked as both a mechanic and as a car salesman, and I like dressing nice, so chauffeuring seemed like a natural fit.

4.     Since I first started in the chauffeuring business in 1982, I've worked for several different large limousine companies in the Bay Area.  I've worked for CLS, LeGrande Affaire, Chic Limousine Service, El Paseo Limousine Service, Fuller Limousine Service, Cloud 9 Limousine Service, and Avalon Transportation.  I learned a lot about the industry through those companies, but I didn't like working as an employee, and I wanted to be my own boss.

5.     About 13 years ago, around 2001, a light bulb turned on in my mind to use the skills I had learned from working in the industry to start my own company and be my own boss.  I got tired of making other people rich driving for them and decided that it was my turn.  So I quit Avalon and a few months later, I bought my first car, a black Lincoln Town Car.

6.     After I bought my first Town Car, I applied for and received a TCP permit, took out commercial insurance, and registered the car with the local airports.  I also organized the company as a LLC and filed for a fictitious business name, Rufus J. Fields Enterprises LLC d/b/a F.G. Limousine Service.  The name is a play on my last name because the company's slogan is "It Fields Good to Ride with Us."

7.     When I left Avalon, a lot of Avalon's clients told me that they only wanted to ride with me, so when I opened my own business, they followed me.  In addition to having those clients,

1.

1  I was also able to get clients through word of mouth referrals. I've been driving some of my clients

2  since the time their parents brought them home from the hospital as babies, and now they're in

3  college, so I have a close relationship with many of them.

4       8.    I bought my second car about a year later, in 2002, and hired a second driver. I

5  bought 3 or 4 cars the next year. Over the last 13 years of working for myself, I have had as many as

6  14 cars (which was in about 2008), but I have downsized and right now I only have 6 cars—an SUV,

7  a van, 3 Town Cars, and a Hyundai Sonata. It was too complicated to store and maintain 14 cars,

8  and I eventually realized that I could rent additional cars when I needed to. For example, if a client

9  wants to book a Hummer limousine, I can rent from someone that I know that owns one.

10      9.    At one time, I contracted with as many as 22 independent contractor drivers.

11  Currently, I contract with six, but I've probably worked with 50 different drivers over the years. I

12  pay my drivers an hourly rate and I cover vehicle expenses like gasoline, insurance, and

13  maintenance. Many of the drivers have regular full-time jobs, so I just call them up once in a while

14  to work on weekends or during the tourist season (from April to September).

15      10.   One day one of my friends was raving about Uber, and he offered to take me down to

16  their office to look into it further. When I got there, I filled out some information on an iPad and

17  took a city knowledge test. I agreed to a background check, and an Uber employee took my picture.

18  The employee told me that once the background check passed, I could come back in and pick up an

19  iPhone pre-loaded with the Uber app. One or two days later, I was informed that I had passed the

20  background check, so I came back in to Uber's office, put down a $300 deposit, and picked up the

21  iPhone. I started using the app immediately, and on my first day, I must have driven at least 20

22  passengers, which was the busiest day I could recall having. I loved it.

23      11.   In addition to using the Uber app, I also do trips I arrange myself directly with my

24  customers, airport pick-ups and drop-offs, wine tours, weddings, bachelor/bachelorette parties,

25  quinceañeras, sweet sixteens— basically we do it all. About 25% of my revenue comes from trips

26  completed using Uber's app, and the other 75% is from customers that directly book my company's

27  services. Sometimes the percentage of revenue I get from Uber trips in a given week may be a little

28

2.

higher, especially on busy weekends, but most of my business comes from long-time customers and referrals.

12.     Even though I am busy running my own business, I still drive.  On days that I don't have any regularly scheduled clientele, I use Uber's app to fill that void.  I enjoy owning my own business because I decide when to work, and I also decide when my drivers work.  I make all the decisions about how to run my business.  Uber does not give me or my drivers a schedule.  That's what I love about Uber.  My drivers and I are free to log off of the app whenever we want.

13.     I use my vehicles on Uber's UberBLACK, UberSUV, and uberX platforms.  My company just recently started using uberX about two weeks ago when I bought a Hyundai Sonata, which I did specifically to drive using that platform.

14.     Uber has never required me to run my business any differently than I otherwise would.  Uber sends emails about certain events that are going on in town so drivers are aware of these opportunities to make more money by driving during those events.  Uber also sends suggestions to all drivers that use the app about how to keep the car clean, the importance of knowing where one is going, how little things like providing water can go a long way, and things like that.  I take these emails to be suggestions, not requirements, and I can either accept them or not.  Nevertheless, in my opinion, they are very helpful suggestions.  I'm very particular about keeping my cars running and looking good and am quite familiar with the business, so I am aware of a lot of these tips already, but I like that Uber passes those ideas along.  Sometimes I print these emails out and I give my drivers a copy.  They don't have to follow the suggestions either, but for example, I told my drivers about Uber's suggestion to drive during the Outside Lands festival to make more money and, if they did, I'm sure they made plenty of money.

15.     I don't typically communicate with Uber at all unless I have a problem.  When I do, I usually visit in person and they are typically able to solve it right there on the spot.  The types of problems aren't serious, mostly just things having to do with the iPhones.  Uber does not require me to ever communicate with them about any topic.

16.     Uber never requires me or my drivers to wear anything in particular.  When I drive, I wear a standard chauffeur's uniform—black suit, black tie, polished black shoes, black socks, white

3.

1  shirt—every time I drive.  I wear the same outfit whether it's for the passengers I book directly or

2  the passengers I book using Uber's app, even when I'm driving my Hyundai Sonata for passengers

3  booked through uberX.  If I wanted to dress a different way I could, but this was my practice long

4  before I signed up to use Uber and I encourage (but don't require) my drivers to do the same.

5       17.    Even though Uber doesn't require it, I display a small, 2" x 3" removable Uber logo

6  on the windshield of all my vehicles.  I think it's really helpful to display the logo because I've heard

7  stories where a passenger hops into the wrong car.  Also, I'm proud to be in partnership with Uber so

8  displaying the logo is almost like a point of pride for me.  My license plate holder says "FG Limos"

9  so I display that proudly as well.

10       18.    Every Wednesday, I get an electronic payment from Uber for the fares I complete

11  using the app.  When I open my bank account on Thursday morning, the money is there.  I've always

12  received all the money that my business is entitled to under its contractual arrangement with Uber.

13  Once a year, I get a 1099 form from Uber.

14       19.    I don't typically receive tips from Uber passengers because the fare is meant to be all-

15  inclusive.  The fare, minus Uber's licensing fee, is all the compensation my company is contractually

16  entitled to for trips completed using the app.  There have been cases where people have left a tip on

17  the seat, and in those cases, I will accept the tip.  In my opinion, the times that I have been tipped in

18  this fashion is because of the exceptional service I've provided.

19       20.    I've known since day one that there was no expectation of tipping with Uber.  Just

20  like any company one can associate itself with, Uber's payment structure is that the fare is all-

21  inclusive.  If you decide to use Uber's app, you can agree to that or not.  For me, it's well worth it to

22  use the app.

23       21.    In addition to using the app as a driver, I also frequently use the Uber app as a

24  passenger.  I've never tipped a driver who picked me up because I know the fare is meant to be all-

25  inclusive.

26       22.    My regular clients book my services by calling me personally.  Some of them use a

27  credit card to pay, others pay cash, and others have an account that I bill once a month.  Many but

28  not all of them tip.  The clients that I bill at the end of the month typically add a tip to the figure.

4.

1   Some of them will call me when they know the statement is coming out and instruct me to add a tip

2   for myself.  For credit card payments, I use Square on my iPhone, so those passengers typically (but

3   not always) add a tip when they pay.    I haven't noticed any difference in my regular clients' tipping

4   practices since the arrival of Uber and other similar lead generation services.

5           23.      I have a lot of expenses in running my business, which I deduct on my taxes.  For

6   example, I provide passengers with tissues, water, gum, mints, and magazines in the back of all my

7   cars.  I also pay for gas for all 6 cars almost every day.  I also pay for the maintenance of the cars, as

8   well as insurance.  I have business cards, which I paid for and designed myself.  I also have an office

9   that I run out of my home.  I pay for all of these things, not Uber.

10          24.      I have given this testimony completely voluntarily and without any coercion

11   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12   that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does

13   not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

15   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

16   not have to provide any written statement.  I also was specifically told that I could participate in the

17   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19

20          I declare under penalty of perjury under the laws of the United States of America and the

21   State of California that the foregoing is true and correct.

22          Executed at _San Mateo_ California this _1st_ day of _October_ 2014.

23

24                                                                  Rufus Fields

25

26

27

28

5.

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and    **DECLARATION OF MARK FORESTER**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15          Plaintiffs,               Complaint Filed: August 16, 2013
                                      FAC Filed: May 30, 2014
16      v.                            SAC Filed: November 12, 2014

17  UBER TECHNOLOGIES, INC.,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

I, Mark Forester, hereby declare as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am the CEO of 7x7 Executive Transportation, LLC ("7x7").

3.     My two business partners and I established 7x7 in December of 2010.  In order to set up the business, we filed papers with the Secretary of State, including an Operating Agreement, which is required to operate as a limited liability company.  We registered with the Public Utilities Commission to obtain a TCP permit in order to provide for-hire transportation services.  We bought commercial automobile insurance, set up a website (http://7x7executive.com/), bought business cards, and obtained airport permits to give rides to and from the airport.

4.     Our company's customers can book our services directly by calling and speaking to a representative, by emailing a request, or by booking directly on our website.  From our website, passengers can book a reservation or request a quote.  They can also enter their credit card information on the website.  There is no option to add a tip to trips booked on our website, and no tip is expected from these trips (or any of our trips).

5.     Our company has a social media campaign on Facebook, Twitter, and Yelp, but we do not pay for any advertising.  We mostly rely on our website and word of mouth referrals for any advertising.

6.     7x7 also uses the Uber app to generate leads for passengers.

7.     I first learned about Uber in May of 2011 when one of my business partners mentioned the Uber app in conversation as a new service we might be able to use to get leads.  My business partners and I discussed signing up 7x7 to use the Uber app to supplement our business, and either in May or June of 2011, I contacted Uber.  My partners and I submitted paperwork about our business (TCP permit, proof of commercial insurance, airport permits and driver's licenses) to Uber through its website, and then I accepted Uber's licensing agreement.  After that, 7x7 could use the app.

1.

8.    At the time we were operating the business out of my home in San Francisco. While my home office is still considered our "headquarters," our business has grown significantly, at least in part because of the Uber app. So, in November 2012, we signed a lease for an office in a warehouse in San Francisco, which is primarily where we operate out of now.

9.    Similarly, at the time that we signed up to use the Uber app, 7x7 owned two cars, a Chrysler 300 and a BMW 7 Series. After we signed up to use the Uber app, our business immediately grew so much that we hired our first employee. He mostly drove our second car, while one of the three of us drove the other car, and the other two ran the day-to-day operations of the business.

10.   We've continued to rapidly grow since that time. We currently employ about 34 drivers. Since starting 7x7, we have employed somewhere between 100 and 120 drivers. All of our drivers are W-2 employees, and they are all covered by the workers' compensation insurance policy we maintain. Each of our employee drivers is paid on an hourly basis.

11.   7x7 currently has twelve cars (the BMW 7 Series, the Chrysler 300, two town cars, two Lexus RX 400s, one Prius, and five Lexus RX 450s). The business owns three of the cars, and we finance the rest. When the cars are not being used to transport passengers, they are parked at our warehouse. We pay for commercial auto insurance for all of the cars (7x7's insurance has a $5,000,000 limit), and for vehicle maintenance, car washes, and gasoline. 7x7 provides credit cards for each vehicle, so if a driver needs to get gas, he or she can use the credit cards. We also hired an auto detailer who comes to the warehouse to wash and clean the cars.

12.   7x7 has signed up to use UberBLACK and uberX, and we have vehicles that offer transportation services to passengers on both of these platforms.

13.   Each of my business's vehicles uses the Uber app to generate leads. However, Uber does not require that 7x7's business be exclusively through the Uber app, nor does Uber require that our company only book passengers using the Uber app.

14.   I would estimate that approximately 50% of 7x7's revenue comes from trips generated using the Uber app. 7x7 has a number of private clients developed through sources other than the Uber app, mostly from prior contacts of one of my business partners and from 7x7's own

2.

1   organic growth over the last four years.  Most of these clients book our vehicles when they are

2   traveling to and from the airport or in San Francisco from out-of-town, or for special events, such as

3   weddings and wine tours.

4         15.    In addition to running 7x7, I am also a part owner of an apartment building in

5   Oakland.  Prior to 2013, I was also working as an independent consultant in Pasadena.  Uber never

6   prohibited me from engaging in any of these other endeavors.

7         16.    Except for the Prius and the Chrysler 300, which we use to book passengers on the

8   uberX platform, the rest of our cars use the uberBLACK platform.  On both of these platforms, 7x7

9   receives the fare for the trip, but Uber retains a specified percentage of each fare as a licensing fee.

10        17.    I have always understood that our agreement with Uber is that the fare charged to the

11  customer (less the licensing fee we pay Uber) is intended to be cashless, and represents the full

12  compensation 7x7 is entitled to for each trip completed on the app.

13        18.    As a general rule, 7x7's private clients don't tip, because our company's model is,

14  like Uber's, also intended for the fare to cover the full cost of the ride.  If a private client asks us

15  before or after a ride what the tipping policy is, we always tell them that it's not expected.

16        19.    We tell our drivers that tipping is not necessary or expected, regardless of whether

17  trips are booked using the Uber app or are booked directly with 7x7.  We tell them that, if the client

18  insists, then they should feel free to accept the tip.

19        20.    Although I don't drive frequently, I recall at least one occasion where I received a tip

20  from a passenger booked using the Uber app.  I recall that it was $10.  At first, I declined the tip and

21  told him that tipping was not necessary, but he insisted, so I accepted.  I've never asked a passenger

22  for a tip—regardless of whether the passenger was booked using the Uber app or privately—because

23  under either scenario tipping is not expected.

24        21.    Once a week, our company gets payment from Uber via direct deposit for all the rides

25  completed by 7x7's vehicles using the app.  We then pay our drivers an hourly rate.  Once a year, we

26  also get a 1099 form from Uber reflecting the revenue the company derived from trips booked

27  through the app.

28

3.

22.     Uber does not control and does not have a right to control the way my partners and I run our business.  Uber has no involvement in deciding which employees we assign to which vehicle, how they are paid, what they wear, or how or where they provide transportation services to passengers.  Those decisions are completely up to my business partners and me.

23.     We've signed each of our employees up to use the app, but Uber also has no involvement in when and where the drivers log on and off the app.  The amount of time that any of my drivers spends logged on to the app is up to my business partners and me.

24.     Uber also doesn't require that my partners or I personally provide any transportation services.  My business partners and I do still drive, even though we employ drivers, because it is our philosophy as business owners that we shouldn't ask employees to drive for us if that's something that we aren't willing to do ourselves.  However, how often I decide to drive is completely up to me.  Currently, I drive passengers booked using the Uber app less than once a month and I drive passengers who arrange trips through 7x7's website once a month.  I used to drive more frequently, about a couple times a week, but I drive less now because I'm trying to focus on managing the business.  I can drive as much or as little as I want, and use the Uber app as much or as little as I want.

25.     I'm not required to communicate with Uber on a regular basis about any topic.  I get an email from Uber on a weekly basis, but I'm not required to read it or respond.  Typically, I'll just read the subject line and either choose to read the body of the email or not.  When I drive, I pay a bit more attention to the emails since they sometimes have tips on where events are in the city and things like that.  I believe that all of our drivers receive these emails as well, but we don't require any drivers to follow any of Uber's suggestions and Uber does not require that the drivers follow them either.

26.     We get weekly updates from Uber with the number of trips taken and the amount of fares.  There are also comments for each driver, but these are from customers, not from Uber.  The updates also include a star rating, which I keep an eye on to make sure that passengers think our drivers are performing adequately.  The star rating is based on customer feedback, it is not based on

4.

1   Uber's opinion.  It is up to my business partners and me to evaluate, based on this information,

2   whether our drivers are performing acceptably.  Uber has no input in this evaluation.

3       27.    Uber has no control over what 7x7's drivers wear when providing transportation

4   services.  When I drive, I wear a white dress shirt, black pants, and black dress shoes, and sometimes

5   a jacket.  We also ask that our drivers wear the same when they are driving.  If they want to wear

6   something else, then we ask them to send us a picture so we can make sure that it's acceptable.  We

7   do this because it is our company policy and industry practice, not because of anything Uber has

8   requested.

9       28.    Uber does not require 7x7 to have any logos or branding on any of our vehicles.  We

10   only display the Uber logo on the vehicles that use uberX, which I understand is a legal requirement,

11   not a requirement by Uber.  We do not display the logo on our other vehicles.

12       29.    There is no doubt in my mind that some of 7x7's success can be attributed to the Uber

13   app.  The app has allowed us to expand and allowed us to buy more cars.

14       30.    I have given this testimony completely voluntarily and without any coercion

15   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16   that the attorney who discussed this testimony with me is Uber's attorney and does not represent me

17   or the individuals who brought the lawsuit.  I understood that I did not need to speak with this

18   attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this

19   declaration.  I was specifically told that I did not have to be interviewed and that I did not have to

20   provide any written statement.  I also was specifically told that I could participate in the lawsuit and

21   would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a

22   participant in the lawsuit, my interests will be opposed to Uber's interests.

23       I declare under penalty of perjury under the laws of the United States of America and the

24   State of California that the foregoing is true and correct.

25       Executed at San Francisco California this 20th day of November, 2014.

26

27                                             Mark Forester

28   Firmwide:129603017.2 073208.1016

CLASS MEMBER DECLARATIONS 419