### <u>DECLARATION OF E. BOND FRANCISCO</u>

I, E. Bond Francisco, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. After retiring from my previous career as a business analyst, I began providing transportation services in approximately September 2014. At first, I provided transportation services for riders exclusively through the Lyft app, another lead-generation service. After a few weeks, I began also providing transportation services through Uber under their UberX platform.

3. I chose to begin providing transportation services as a self-employed businessman to provide some extra income after retiring from my prior career.

4. Since beginning with Uber, I have continued to provide transportation services through Uber and Lyft. I have complete freedom to determine whether to use Uber, Lyft, or neither service.

5. I use a 2014 Toyota Prius V to provide transportation services. I purchased this vehicle myself in approximately October 2014. I pay for all expenses associated with owning and operating my vehicle, including insurance, maintenance, and gas. I chose this vehicle, in part, because it is comfortable to drive, and in part, because I believe it is comfortable for passengers. I consider myself to be in the hospitality business, so it's important to make sure my passengers are comfortable. I also chose the Toyota Prius V because of the gas mileage, which allows me to reduce my business costs.

6. Uber and Lyft offer apps that an independent driver like me can use to book passengers. These companies compete with one another for market share. Even though these businesses are competitors, I can use either of them to book passengers, and I can use either of them as much or as little as I want.

7. I signed up to use the Uber app online. I submitted my driver's license information, proof of insurance, and pictures of my car. In order to take advantage of the incentives Uber was offering, I also submitted proof I was authorized to use the Lyft app to book passengers. In

CLASS MEMBER DECLARATIONS 420

1   approximately a week or a week and a half, Uber informed me I was approved to use the Uber app.

2   I understood that I would be operating as an independent contractor, and not an employee, for Uber.

3       8.     Other than when I first signed up to provide transportation services using the Uber

4   network, I have never been required to "report" to its office, or be in any particular location at any

5   particular time or communicate with them about any subject.

6       9.     I generally drive approximately 30 hours per week.  The number of hours I drive is

7   entirely up to me.  This is one of my favorite things about providing transportation services through

8   the networks of companies like Uber and Lyft.  I get to determine when I work, where I work, and

9   for how long I work.  For example, I can choose not to drive on a particular day when I have other

10   things to do or errands to run.  Or, I can take time during a day when I am working to take care of

11   personal business.

12       10.    Even when I'm signed on to the Uber app, I am free to accept or decline leads

13   generated through the app.  However, I generally accept all leads that I get because I enjoy the work

14   and I want to maximize the amount of money I make.

15       11.    When the demand from passengers in a particular area of the city is high, Uber

16   increases its rates, which is called a "surge."  "Surge" pricing usually occurs during rush hour and on

17   weekend nights in particular areas of the city.  Anticipating where and when to be logged on to take

18   advantage of a surge requires a certain amount of experience and skill.  I am learning that I can make

19   more money if I am logged on in places and during times that demand is high, so I do sometimes try

20   to take advantage and make sure I'm logged in at those times and in those busy places.  However, I

21   generally pick my schedule based on how it fits in with whatever else  I want to spend my time

22   doing.

23       12.    I do receive tips from Uber passengers from time to time.  I understand that the fare

24   on an Uber ride does not include a tip, but passengers are free to leave tips, and they sometimes do.

25   The tips I receive from Uber passengers range from cash to items like coffee or food.

26       13.    Uber does not prohibit me or limit me from using other apps to find fares. I generally

27   split my time between using the Uber app and the Lyft app.  Nevertheless, I could use the Uber app

28   or the Lyft app more often or less often if I wanted to.  It's entirely up to me.  I will often use the

CLASS MEMBER DECLARATIONS 421

1   Uber app exclusively for a period of time and then will switch and use the Lyft app exclusively for a

2   period of time.

3       14.   I am free to use both the Uber app and the Lyft app simultaneously. I generally

4   choose not to do this, but that is a personal choice. I am aware that other drivers providing

5   transportation services on the Uber network use multiple lead generation apps simultaneously.

6       15.   When I first began using the Uber app, there was no obligation to commit to use the

7   Uber app for any particular amount of time. There was also no requirement that I restrict in any way

8   the time logged on or amount of trips I completed using the Lyft app (or any other lead generation

9   app).

10      16.   Uber periodically sends out emails regarding certain promotions or providing

11  information about particular areas where passenger demand will be high. I find these

12  communications helpful, but I'm not required to read them and Uber does not demand that I accept

13  any particular promotion or drive during a particular time or in a particular location.

14      17.   I received a 1099 from Uber for the work I performed providing transportation

15  services through the Uber network. I have never received a W-2 from Uber. I will be reporting my

16  business expenses, including the cost of my car, my car maintenance, and mileage.

17      18.   Besides the ability to make money, my favorite thing about Uber is the flexibility. I

18  log on and off of the app anytime and anywhere I want. That flexibility is very valuable to me

19  because it allows me to make my own schedule. My adult son lives at home and my daughter will

20  be graduating from college shortly and living locally. Providing transportation services through the

21  Uber app and the Lyft app is perfect for me because it allows me to spend a lot of time with my

22  family or on personal hobbies, and only work when I want to. Whenever I want or need to, I am

23  able to make money as a transportation provider, but I also get to choose if and when I want to work.

24      19.   Passengers I book using the Uber app can rate my services from one to five stars, and

25  I try to maintain a high rating. I make my own decisions on how to provide excellent customer

26  service to my passengers, and it just makes good business sense to ensure I'm providing excellent

27  customer service. Some examples include providing gum for my passengers, keeping my car clean

28  and smelling good, and being friendly and professional. I can choose to do these things or not. I

CLASS MEMBER DECLARATIONS 422

1    choose to do it on my own because it makes good business sense. I think that good customer service
2    is a skill, and I feel it comes naturally to me.

3        20.    Uber does not require me to wear any specific type of clothing when I'm providing
4    transportation services. Lately, I've started trying to wear a sport jacket or otherwise dress a little bit
5    more professionally, but it's entirely up to me.

6        21.    I have considered expanding my transportation business to include getting a license to
7    provide tours in places like wine country, but I haven't gotten this idea off the ground yet. One thing
8    that's great about providing transportation services under the Uber network is that I have the
9    flexibility to expand my business and could choose to make different uses of my services.

10       22.    I operate as a self-employed individual and do not employ any other drivers. Because
11   I operate my own transportation business, I know I am not personally obligated to provide
12   transportation services and it is my right to hire someone to work for me if I want. To this point, I
13   have made the decision not to hire anyone.

14       23.    I have given this testimony completely voluntarily and without any coercion
15   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
16   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
17   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
18   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
19   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
20   not have to provide any written statement. I also was specifically told that I could participate in the
21   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
22   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23       I declare under penalty of perjury under the laws of the United States of America and the
24   State of California that the foregoing is true and correct.

25       Executed at San Francisco, California this 19th day of May, 2015.

26

27                                                        _____
                                                          E. BOND FRANCISCO
28

                                                4
                              DECLARATION OF E. BOND FRANCISCO

## DECLARATION OF ROGERIO DA SILVA FRANCISCO

I, Rogerio Da Silva Francisco, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 52 year old male living in San Francisco, California in San Francisco County. I drive UberX and I do not have a specialized or commercial license.

3. I am an Uber partner right now but before two months ago, I was subcontracting for an Uber partner called California Car Service. Currently, I own the car I use to work with the Uber application. It is a Honda Civic 2014. I also have the Lyft application. I do not want to use more than two applications though. Two is enough for me.

4. I do not really have a strategy. I usually start at 8 a.m. and work until 11 p.m. or 12 a.m., Mondays through Saturdays. I will take one break for lunch and I will take small breaks for going to the bathroom. On Sundays I work, 10 a.m. to 9 p.m. Uber never requires me to work in specific territories. Sometimes they will tell me about events in certain areas that have high demand but I am not required to go. They just tell me and I can choose whether to go or not. Uber never tells me that I cannot use other applications like Lyft or Sidecar. I know many Uber drivers that use Lyft and/or Sidecar at the same time as they use the Uber application.

5. Uber does not set my schedule. I can work when I want. I like having that flexibility. I can work anytime I want. I can work late or early. I do not have to make a schedule. I not have to punch a card. I am free. That is the good part, not having a boss. I am my own boss.

6. The passenger makes my rating, not Uber. My rating is 4.9. I consider this to be a high rating.

7. My expenses are gas, insurance, tires, and washing my car. Uber does not tell me what insurance to buy. I keep my business expense receipts.

8. I intended to be an independent contractor when I agreed to the terms between myself and Uber.

9. I have given this testimony completely voluntarily and without any coercion

<hr>

1

DECLARATION OF ROGERIO DA SILVA FRANCISCO

CLASS MEMBER DECLARATIONS 424

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

5   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

6   not have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11          Executed at San Francisco, California this 19th day of May, 2015.

12

13                                    ROGERIO DA SILVA FRANCISCO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CLASS MEMBER DECLARATIONS 425

1 **DECLARATION OF TOM FREITAS**

2 I, TOM FREITAS, do hereby swear, affirm and attest as follows:

3 1. I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6 2. I am a retired flight instructor and pilot and I live in Santa Clara, California. I

7 volunteer for the City of Santa Clara and run the City of Santa Clara Woodshop, which makes

8 Christmas toys for area kids.

9 3. I signed up to use the Uber app in November 2014. I drive on uberX. My middle son

10 works for Salesforce and recommended that I look into using the app to drive in my spare time.

11 4. I drove from Santa Clara to Uber's location in San Francisco to sign up. I set up my

12 account and watched a brief video about how to use the app. It wasn't a hands-on training or

13 anything like that.

14 5. The app was downloaded directly to my phone.

15 6. I drive a 2013 Toyota Prius, which I have financed and pay for myself.

16 7. When I drive is completely up to me. I drive when I have a space in my time. I have

17 other responsibilities, so I like to drive when I have 2-3 free days between my other projects. I don't

18 drive nights, I don't drive the bar crowd, and I have never driven a big event. There are times I don't

19 drive at all. For example, last week I didn't drive at all because I had family in town.

20 8. When I do drive, I like to drive the entire day, but there are full weeks that go by

21 when I don't drive at all. I could log off whenever I want, but I choose to drive full days when I do

22 drive.

23 9. I like to drive professionals, so I tend to drive around the Facebook, Yahoo and

24 Google campuses and in downtown San Francisco. This is my preference and I can choose where I

25 drive. Uber does not control that in any way.

26 10. I decide how to provide transportation services to riders. I spent years in the

27 transportation business as a pilot, so I know how to interact with customers. I have a 4.85 rating,

28 and I do not feel that I have to follow Uber's suggestions. Uber's suggestions have been helpful, but

---

1

DECLARATION OF TOM FREITAS

CLASS MEMBER DECLARATIONS 426

1    I know I am not obligated to follow them.

2        11.    My favorite things about driving on the Uber platform are the people I meet. I also

3    think driving well is a challenge—getting people safely where they need to go, giving them a good

4    ride, providing good service. I like the challenge. It's important for an older guy like me to have

5    something to do like this. Uber is providing me a service—where else could I find work like this?

6        12.    I received a 1099 from Uber. When I file my tax returns this year, I plan to claim my

7    gasoline, mileage, vehicle maintenance, meals, and water for the riders as business expenses.

8        13.    I have never been threatened with deactivation for any reason.

9        14.    I understand I could use Lyft or another similar app if I wanted to and that Uber could

10   not prevent me from doing that. I have recently begun thinking about signing up for Lyft too.

11       15.    I do understand I'm an independent contractor and I believe I am one.

12       16.    I have given this testimony completely voluntarily and without any coercion

13   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

14   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

16   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

17   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

18   not have to provide any written statement. I also was specifically told that I could participate in the

19   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

20   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21       I declare under penalty of perjury under the laws of the United States of America and the

22   State of California that the foregoing is true and correct.

23   Executed at San Francisco, California this 18th day of May, 2015.

24

25                                              TOM FREITAS

26

27

28

_____

2

DECLARATION OF TOM FREITAS

# DECLARATION OF JANICE FRY

I, Janice Fry, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I'm currently a resident of Downey, California.  I've lived there for almost a year.

3.     I have a regular Class C California driver's license.

4.     I've used UberX as a driver.  I've been driving for about three months.  I started in March.  I am currently driving for UberX.

5.     I'm a full-time mom.  I have a two-year-old son and a five-year-old son.

6.     I drive for Uber when I have a babysitter.  My friend from church normally babysits for me.  When he's babysitting the kids, I can drive.  I can go drive whenever I feel like working.  Uber doesn't require me to work any particular hours.  I probably drive for Uber about 16-20 hours a week.

7.     I signed up with Uber as a direct partner.  I own my car.  I pay for gas and oil changes.  Other than that, I haven't really had any expenses.  Really, driving for Uber is all about the freedom.

8.     For example, if I'm driving and I'm tired or my phone is tired, then I turn off the app.  Also, if I'm driving and I need a coffee, snack, or restroom break, then I just turn off the app.  If I don't turn off the app, then I'll get a request for a ride ASAP, and I know I can't be there right away.

9.     I decide where I'm going to drive just based on where I am.  That way I'm making money when I get there.  Uber never tells me where I have to drive.

10.    The flexibility of Uber is key.  If my kid is sick, for example, then I don't have to drive.  I can take care of my kid and then drive later.  I don't want anyone to take away this flexibility by suing Uber.  I don't know what these people are doing.  I think they're just trying to make a quick buck, but the truth is that they're already making quick bucks with Uber.  I wish they would just stop it.  Because I'm an independent contractor, these people aren't just interfering with Uber, they're interfering with my business as well.

CLASS MEMBER DECLARATIONS 428

11.     Uber has a code of conduct that says that if you want to keep your rating high, you should do certain things.  To me, this just seems like common sense.  It's just about having respect for your client.  They don't give us specific rules.  They just give us smart advice because not everyone has common sense.

12.     Clients control the rating system.  We drop them off and say, have a good night or weekend or whatever, and we rate them and then the rider rates us.  It gets averaged out, so that if someone gives you a 1, then it's not going to be that bad because if you get a lot of fives, you're going to stay up high.

13.     I am not ashamed to say that I take tips in cash.  They're not obligated to give us tips. If riders want to give me tips, though, it's my business and I'm going to accept that tip.  It'll pay for gas or lunch or whatever for that day.  I probably get a couple of tips in cash every day.  They vary in amount from a couple of bucks to $20, depending upon the rider.  People are saving so much money compared to a taxi that people sometimes want to tip.  Plus, so many people have told me, "you're the best Uber driver I've ever had." I think it's because I drive efficiently and get people to work on time.  It's also not just about the money for me.  I really enjoy driving—I save riders a buck and I make myself a buck.  Plus, I really like meeting people.

14.     If Uber tried to make me an employee and wanted me to drive at certain hours, then I wouldn't be able to do that.  The whole point is flexibility.  I just love that flexibility.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2
DECLARATION OF JANICE FRY

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3

4        Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                     JANICE FRY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF JANICE FRY

CLASS MEMBER DECLARATIONS 430

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS            Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR., and
    WILLIAM ANDERSON, individually and   **DECLARATION OF STEVE GALADJIAN**
14  on behalf of all others similarly situated,

15                 Plaintiffs,

16          v.                          Complaint Filed: August 16, 2013
                                        FAC Filed: May 30, 2014
17  UBER TECHNOLOGIES, INC.,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

1

2      I, Steve Galadjian, declare as follows:

3          1.      I am over the age of 18 and competent to testify of the matters stated in this

4      declaration. I have personal knowledge of the facts stated herein and could competently testify

5      about those facts if called as a witness.

6          2.      I am the majority shareholder and owner of Millennium Limousine Services, Inc.

7      ("Millennium"). Millennium has been in my family since 2008 and was incorporated in 2013.

8      Millennium currently contracts with twelve independent contractor drivers. Seven of these

9      independent contractors also are partial owners of Millennium and own shares of the company.

10         3.      Millennium has a fleet of approximately 20 vehicles, including party buses, stretch

11     limousines, town cars, and luxury SUVs. At one point or another each vehicle in Millennium's fleet,

12     including the party buses, has been used to transport passengers booked using Uber's lead generation

13     app, specifically through the UberBLACK and UberSUV platforms.

14         4.      I also own and operate a second transportation company, Fox Limousine Services

15     ("Fox"). Fox contracts with approximately five independent contractor drivers. Fox currently has a

16     five vehicle fleet comprised of town cars and SUVs. Fox also uses the UberBLACK and UberSUV

17     platforms to generate leads for passengers.

18         5.      Both companies are authorized by the PUC to provide for-hire transportation services

19     in California. When I first started these companies, I also obtained business licenses and airport

20     permits, and I maintain commercial grade auto insurance covering all the vehicles I own.

21         6.      Millennium and Fox were both established transportation companies and had their

22     own customers before I signed up the companies to use the Uber app. Prior to using Uber's app,

23     these companies' customers were generated mainly through referrals.

24         7.      Millennium and Fox began using Uber's app to book passengers in July 2012. I went

25     to Uber's offices and signed up my companies to start using Uber's lead generation app. After I

26     signed up, I took my drivers over to Uber's office to sign them up under my account as well.

27         8.      Using the app was so profitable for my companies that, at this point, I have focused

28     nearly all of the companies' vehicles on booking trips using Uber's app. This was not something

       Uber required. I made the decision to do this because of the volume of passengers available through

1

2   Uber's app.  At this time, more than 90% of my companies' revenue comes from fares booked using

3   Uber.  Both companies are making much more than they did prior to signing up for Uber.  If using

4   the app was not profitable, I could decide to use the app less and use my vehicles and contractors

5   differently—the decision of how to use my vehicles and drivers is completely up to me as the owner

6   of my companies.

7          9.     Uber has never prevented me or limited me in any way from using methods other

8   than the Uber app to book passengers.  Uber cannot do so, as Millennium and Fox are my

9   businesses.  Although a significant portion of my companies' revenue is generated using the Uber

10  app, there are still passengers I book directly.  Similarly, in addition to the Uber app, my drivers use

11  GroundLink, a web-based lead generation service for black cars and limos.

12         10.    Uber also does not control, and has no right to control, how I pay my drivers or

13  dictate what portion of the fare is paid to the drivers.  That is completely between me and the drivers.

14  My drivers are paid a split of the total fare, whether the trip is booked using the Uber app or for one

15  of the passengers who book a ride directly with my companies.  Drivers are paid one of two ways:

16  (1) 50% of the fare with an additional 10% of the fare for gas reimbursement; or (2) 60% of the fare

17  with no gas reimbursement.

18         11.    Uber pays Millennium and Fox for each fare completed by one of their drivers using

19  the app, less the licensing fee my companies pay for the license to use the Uber app.  I then pay the

20  drivers based on the net fare that Millennium receives.

21         12.    I've informed the drivers that I contract with that the percentage of the fare they

22  receive constitutes the full compensation they are entitled to for each trip.  Regardless of whether the

23  trip is booked directly with one of my companies or through Uber or GroundLink, the drivers I

24  contract with have been informed that they should not request or expect a tip from passengers.

25  However, if they receive cash tips from passengers for exceptional service, they are allowed to keep

26  them.  For my part, I have always understood that Uber's model is cashless, and that the fare minus

27  Uber's licensing fee is intended to fully compensate my companies.

28         13.    Uber provides me with weekly emails with statistics for each driver's trips, fares, and

ratings.  Other than receiving these emails, I do not have any other regular interactions with Uber.

2.

1

2   Uber does not monitor the way I run my businesses or require me to follow any instructions with

3   respect to how I run my businesses.

4        14.     Uber will send out emails to all drivers (which I also receive) with customer service

5   suggestions.  These are not requirements, and Uber has never done anything to monitor whether its

6   suggestions (open the door, have water available) are followed.  I make the decisions on how best to

7   provide transportation service to my passengers, and nothing Uber has suggested has changed the

8   way I would otherwise do business.  The independent contractors who drive my vehicles also make

9   their own decisions about how to provide transportation services.  Uber has no right to tell them how

10  to provide transportation services.

11       15.     Uber does not dictate the hours that Millennium and Fox drivers are logged on to the

12  Uber app.  I also do not dictate the hours that the drivers are logged on to the Uber app—it's

13  completely up to them.  I do not assign them to certain locations within the city and neither does

14  Uber.  Each driver is an independent contractor and they have an interest in being profitable for

15  themselves, which leads them to work during times and in locations when there is high passenger

16  demand.  However, they are free to use my vehicles however they see fit.  The drivers are also free

17  to accept or decline any ride request offered through the Uber app.

18       16.     Uber has never required me or any of the drivers that contract with my companies to

19  wear a uniform or specific type of outfit when driving passengers booked using the app.  Generally,

20  drivers should look professional when they are driving one of my companies' vehicles, but the

21  specific way they choose to dress is up to them.  Most drivers choose to wear suits, but I've seen

22  others just wearing a button down shirt and pants, with no jacket and no tie.

23       17.     Millennium and Fox are responsible for all of the expenses incurred in operating the

24  businesses.  Millennium maintains commercial grade auto insurance policies for all of its vehicles.

25  Uber provided me with iPhones for each of my vehicles in exchange for a security deposit, but

26  otherwise my companies are responsible for paying for and providing all other equipment.

27       18.     I have given this testimony completely voluntarily and without any coercion

28  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3.

1

2  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5  not have to provide any written statement.  I also was specifically told that I could participate in the

6  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8      I declare under penalty of perjury under the laws of the United States and the State of

9  California that the foregoing is true and correct.

10      Executed in Glendale, California on October 18, 2014

11

12

13      A SATUR (STEVE) GALADJIAN

14

15

16  Firmwide:128596352.3 073208.1016

17

18

19

20

21

22

23

24

25

26

27

28

4.

## DECLARATION OF ERNESTO GALLARDO

I, Ernesto Gallardo, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am Uber X/XL driver using my own Nissan Armada.  I have been using the Uber App since approximately November 2014.  When I started using the Uber App, I had just quit my job as a casino surveillance professional.  My brother was driving Uber Black for another person making decent money.  So I got the idea to drive my own car to get extra income.  After I started using Uber, around December 2014, I got a job as a private investigator.  When I started my job as a private investigator, I actually contemplated telling my employer that I am also an Uber driver.  But then I reconsidered because there was no conflict of interest and I can drive Uber without it interfering with my work as a private investigator.

3.     When I was between jobs, my hours varied from day to day, but by approximation I drove Monday through Friday from 9 am to 4 pm in the Hollywood area.  Once I started my job as a private investigator, I changed my schedule.  I worked as a private investigator from around 8 am to 5 pm or so, and then I drove in the afternoons and evenings, typically on Thursdays, Fridays, and Saturdays.  Presently, I drive in the afternoons, between noon and 5 pm or 6 pm, during the week and on weekends.  Additionally, after dinner at home, I go back out to drive at night on the weekends.  I tend to work in the Downtown LA and USC area.

4.     When I first started using the Uber App, I would follow surge pricing leads.  However, I have since changed my practice to stay in a particular area (Downtown LA / USC) and wait for ride leads there.  I probably would not be an Uber partner if Uber set my hours and set my geography.  I think the best thing about Uber is setting my hours and geography.  There are a lot of things Uber can fix, but they have never told me when or where I can drive.

5.     I have a rating of 4.9 out of 5.0.  That rating is based on passenger reviews.  I am not aware of Uber having any influence on the rating because Uber is not in the car with us.

1

DECLARATION OF ERNESTO GALLARDO

CLASS MEMBER DECLARATIONS 436

6.      Communicating with Uber is horrible and I believe that is because we are independent contractors and not employees. It is not like I have the option to complain to HR. When I started, Uber was very responsive. But now, the responses are several days delayed. Nine out of ten times when I have issues, the issues are not resolved. For example, I will ask multiple questions in a single email but the response will only address the first question. I am trying to be efficient in sending a single email but it ends up causing more inefficiency. I also receive emails from Uber called a weekly summary and another called weekly earnings.

7.      When I file my taxes, I list myself as self-employed. I take deductions for mileage, gas, and I anticipate deducting maintenance expenses. I have received 1099 from Uber.

8.      I have had passengers occasionally leave cash tips in my car.

9.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 25th day of May, 2015.

_____
Ernesto Gallardo

---

2
DECLARATION OF ERNESTO GALLARDO

**DECLARATION OF ALEXANDER "AJ" GALLOWAY**

I, ALEXANDER "AJ" GALLOWAY, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 48 year old male and I live in Pasadena, CA in Los Angeles County. I have lived in Pasadena for approximately four years.

3. I started using the UberX app in approximately April 2015 – about four or five weeks ago. I currently use the UberX app and have been using the app regularly since April. When I drive using the UberX app, I drive a 2012 Honda Fit, which I own.

4. I am a high school teacher who is currently unemployed, but am interviewing at various schools. I registered for some other apps, like dog walking and tutoring, but I found those to be less lucrative and so am focusing exclusively on providing driving services through the UberX app.

5. I try to log into the UberX app and perform driving services when the fares have elevated surge pricing. I prefer driving during surge pricing times, like rush hour after work in the weekdays and early evening until around 2:00am on the weekends, so that I can make more money. I enjoy driving from 10:00pm until 2:00 or 3:00am because I have insomnia – I'm awake anyway, so I like making money if I can. I generally do not log into the Uber app in the mornings because I found that it wasn't worth my time. Most of the morning business was centered in Downtown Los Angeles, and I prefer not to drive all the way over there in the morning.

6. When I log into the app, I don't try to stay in any particular geographical area. I like to end up in Pasadena near my home, but otherwise I drive wherever my riders take me.

7. Although Uber sends me emails to tell me how I can make more money by informing me about peak hour driving times and locations, but those are just suggestions. Uber has never told me that I need to drive at any particular time or at any particular location. Additionally, Uber has never told me that I must be logged on or drive for a minimum number of minutes or hours.

8. As of right now, I am still experimenting with the times, days, and frequency with

1
DECLARATION OF ALEXANDER "AJ" GALLOWAY

CLASS MEMBER DECLARATIONS 438

1   which I drive, but I am driving about four days a week.  Once I start driving using the app, I often

2   drive for around 10-12 hours.  Because my shifts are so long, I need to take breaks to eat and/or use

3   the restroom.  Uber has never told me whether or not I need to take breaks – rather, I just take breaks

4   when I need by logging out of the app.  I break for however long I want, but usually around 10-15

5   minutes.

6         9.    I registered with Lyft, but they informed me that they didn't have enough drivers yet

7   in my home area of Pasadena, but that they would let me know when they did so that I could use

8   their app there.  That was the only information they sent me, so I haven't logged into the Lyft app

9   since or even tried it.  However, it is my understanding that it would not be a problem to drive using

10  the Lyft app at the same time as I am logged into the Uber app – in fact, I have seen several drivers

11  driving with both the Uber and Lyft placards on their cars.

12        10.    I have declined ride requests, generally if they are in undesirable areas like around

13  LAX and the Hollywood Hills.  For example, with the Hollywood Hills, I feel that the fare is not

14  worth the gas and wear and tear that my car experiences in dropping passengers off high up in the

15  hills.  Therefore, I make the conscious choice to do what's best for my car and me.  However, if

16  there was surge pricing during that time, it would greatly affect my decision regarding whether or

17  not I accept that ride request.

18        11.    I have never negotiated a fare with a customer, but I would prefer not to do so.  I

19  don't want to waste time haggling with customers over the fare because it's time that I could be

20  earning money driving.  Additionally, I don't want angry passengers in my car.

21        12.    The thing that I value the most about using the Uber app is the flexibility – I enjoy

22  being able to turn the app on or off whenever I feel like it, 24 hours a day.  I have never felt like I

23  was reporting to Uber – rather, I feel that I am my own boss who can set my own schedule and make

24  my own decisions.

25        13.    I don't recall going through any training in order to use the Uber app – I figured out

26  how to use the app myself.  The only things I recall doing in order to start performing driving

27  services using the driving app were to go to Burbank for a car inspection, upload and install the app

28  onto my cell phone, and submit necessary documents (e.g., copy of my driver's license, car

CLASS MEMBER DECLARATIONS 439

registration and insurance, etc.).  Uber did not tell me how I should drive my vehicle or how I should interact with customers.

14.     My current star rating is 4.76.  It is important to me to maintain a high rating – I want my customers to be satisfied.  It's my car and my time, and I am driving passengers around.  I take pride in what I do.  I try to maintain and improve my rating in various ways, including keeping artificial flowers in the front dash for ambience, mints and Kleenex in the backseat for passenger consumption, keeping my car clean inside and out, gauge whether my passengers want to engage in conversation and proceed accordingly, ensure that the passenger(s)' seat belts are buckled, and offer to wait and ensure that passengers (especially if alone, female, and/or late at night) make it safely into their home.  I also try to dress in a certain manner when I drive using the Uber app – specifically, I always wear long-sleeved collared shirts and jeans.  I don't wear shorts, even if it's very hot outside.  I choose to dress this way because I think it will help me maintain a high rating. Other than suggesting that I keep my car clean, Uber has not told me that I should do any of the above actions to keep a higher rating – I came up with these ideas all myself.

15.     I track my expenses associated with driving, including the cell phone mount for my dash, food for myself, gas, and mileage, which I pay for myself out of pocket.  Although I haven't had an oil change yet, I'm due for one and I plan on keeping track of that expense as well.  I consulted my tax accountant in January when I was started thinking about driving using the Uber app so that I could best figure out how to maximize my earnings.  She advised me to keep track of anything that I had to buy or pay for in order to earn my income so that I can deduct them as business expenses at the end of the year.  I haven't paid employment taxes yet, so it is my belief that I will receive whatever tax form that independent contractors receive at the end of the year.

16.     I believe I am an independent contractor for many reasons.  I don't have a boss and I set my own schedule, which I really value.  It is my car that I'm driving, rather than using someone else's car or leasing it from someone else.  Driving using the Uber app feels like it's my own business.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

CLASS MEMBER DECLARATIONS 440

1    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5    not have to provide any written statement.  I also was specifically told that I could participate in the

6    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8        I declare under penalty of perjury under the laws of the United States of America and the

9    State of California that the foregoing is true and correct.

10       Executed at Los Angeles, California this 27th day of May, 2015.

11

12                                               ALEXANDER "AJ" GALLOWAY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF ALEXANDER "AJ" GALLOWAY

### DECLARATION OF HARPREET S. GANDHI

I, Harpreet S. Gandhi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I was born September 20, 1966, and live in Hayward, California, which is in Alameda County.  I have lived in Hawyard since 1989.

3.      I drive for UberX.  I have never driven for another Uber service, but I would like to drive for UberBlack.  However, I do not believe they are looking for drivers right now.  I have been driving for UberX since approximately February of this year.

4.      I have a full-time job as a sales representative for a clothing company in San Francisco and drive for Uber on a part-time basis.  I make approximately $1500 a month through Uber.

5.      I am a direct partner with Uber and own my own vehicle, which is a 2007 Toyota Camry.  I do not own my own business and do not employ any individuals to drive for Uber.

6.      I like to drive for Uber in the evening after I get off work from my full-time job, and I usually drive 3 or 4 days a week.  I do not drive for another other driving application, such as Lyft.  I always drive on the weekends, but during the week I decide to drive depending on how busy I am on any given day.  Whether I drive on a certain day depends on a number of things, including my full-time job, my family, and if I have things to do at home.  I generally do not pay attention to things like "surge" pricing or other promotions when deciding whether to drive for Uber or not.

7.      I love having this type of flexible schedule because I can make my own hours and am my own boss.  It allows me to make some extra money but on my own terms.

8.      Uber does not assign me a territory; I just go where the fares are.   However, I know that I am free to decide to accept or decline a ride that comes through the app, and I have sometimes done that in the past.  I typically will only decline a ride when I am driving if I have to run a personal errand or use the restroom.  Uber has never suspended me or threatened to suspend me for not accepting enough leads; I do not know if they even know when I do not accept a lead.

1
DECLARATION OF HARPREET S. GANDHI

CLASS MEMBER DECLARATIONS 442

9.     I typically log on to the Uber app about 3 or 4 times a week, whenever I want to work.  Uber does not require me to log into the app for any minimum amount of time and does not restrict me from doing my full-time job as a sales representative.

10.     When I first started driving with Uber, my onboarding experience was very straightforward.  I went into the office and showed them my car, and the entire process was over in about thirty minutes.  Uber did not provide me with any suggestions or tips to get more passengers or fares during this session, and I do not believe they have sent me any such suggestions since then.

11.     I think that the star rating system that Uber uses is great, because it makes sure that the best drivers and best riders are connected, and it ensures the best behavior from both sides.  I believe my star rating is about 4.9 right now, and I know that is a high rating.  In order to maintain that high rating, I will offer my riders free water.  No one told me I should do this or suggested I do so, I just thought it would be a good idea.

12.     I only contact Uber if I have problems, such as when the app goes down or I have an issue with a fare.  I have only had to do this on a few occasions, perhaps once every few weeks.  I contact Uber via email when I have to do so.

13.     I incur a number of expenses due to my driving, including gas, oil changes, and water bottles, and I pay for all the expenses.  Because I put these expenses on my credit card, I can keep track of my expenses.  I can distinguish between my personal expenses and my driving expenses because I use a different credit card when I am driving with Uber.

14.     Uber has never told me anything about tipping and never told me that tips were included in the customers' fares.  I have received cash tips on a number of occasions, including up to $100 for a single ride.  Uber has never threatened to suspend my account for taking tips from customers, and I do not believe that they would even know if I accepted a tip.

15.     When I first signed up to drive with Uber, I read all the paperwork and knew that I was signing up to be an independent contractor.  That is still my understanding.  When I file my taxes next year, I will indicate that I am a self-employed Uber driver.  I do not believe that I am employed by Uber.

16.     I have given this testimony completely voluntarily and without any coercion

2
DECLARATION OF HARPREET S. GANDHI

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

5   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

6   not have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10   State of California that the foregoing is true and correct.

11          Executed at San Francisco, California this 19th day of May, 2015.

12

13                                                    HARPREET S. GANDHI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
                        DECLARATION OF HARPREET S. GANDHI

## DECLARATION OF MIGUEL GARCIA

I, MIGUEL GARCIA, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am a 30 year old male in La Puente, CA in Los Angeles County. I have lived in La Puente for approximately four years.

3.  As a driver, I have only used the UberX app, which I began using in December 2014. I have used the UberX app regularly since I started approximately six months ago. I drive one vehicle when I am logged into the UberX app – a 2013 Toyota Corolla, which I own.

4.  I do not work full-time or part-time in any other occupation, nor do I currently have plans to do so. Even if I did want to work for another company, I would still likely drive using the UberX app because I like the extra income and because I'm very happy with this job. In fact, this is the best job I've ever had.

5.  The thing I enjoy the most about driving using UberX is the freedom that it affords me. I am a veteran and have post-traumatic stress disorder. Additionally, I have had terrible bosses in the past, which have made me anxious about the level of control that a boss exercises. I enjoy the fact that I do not have to report to anyone using the Uber app, and that I can take time off if I'm having a difficult day to focus on my well-being without reporting to anyone, providing any advanced notice, or worrying about being fired. If I need to take even a month off, I know that I can do so without any repercussion and that I can start driving using the UberX app as soon as I'm ready. For these reasons, I feel strongly that driving using the UberX is the best job I've ever had.

6.  I typically work at night from about 10:30pm until I get tired, which is usually around 2:30am or 3:00am at the latest. I like working at night- I like that there's less traffic, people are friendly and/or drunk, and it's less chaotic. I feel that nighttime traffic is calmer, and I feel more comfortable in my own skin at night. I am a night owl so I prefer working at night, and so I've chosen to do so. If I wanted to, I would also work during the day but I have no reason to do so right now. I try to work at least three nights a week, but on average three to four nights a week.

1
DECLARATION OF MIGUEL GARCIA

CLASS MEMBER DECLARATIONS 445

7.      I sometimes work in my home area, but that's unusual.  I like to start in Los Angeles or Hollywood because it's consistently busy, even during the workdays.   However, I will go wherever my riders take me.  One time, I drove a rider to Long Beach and ended up driving in Long Beach the whole evening because I continued to get ride requests from great passengers the whole evening.   Additionally, I've taken drivers from City of Industry to Palos Verdes, or from Los Angeles to Palmdale, and I'm happy to do so.

8.      Notwithstanding my willingness to travel further, I prefer to stick with Los Angeles and Hollywood if I can.  Sometimes there are surge charges in those neighborhoods, which is nice because it's supplemental.  Even on a Tuesday night like last night, I have consistent business and was getting ride requests all night.  I avoid residential areas during the weekdays because I feel like there is less business in those areas, so I specifically choose to stay in neighborhoods that are more commercial.

9.      Additionally, I also enjoy the flexibility and freedom to accept and deny ride requests as I see fit.  I am happy to take riders who need to travel far but, for example, I recently turned down a rider request when I discovered that there were five passengers.  My car only seats five, including me, and I did not want to drive illegally even though I could have made money off of that ride, and so I turned down the ride request.  I really enjoy being able to choose who my passengers are.

10.      Uber has never assigned a geographic territory to me at all, nor has Uber ever given me a work schedule.  Uber has never told me I need to drive a minimum number of hours, which is why I can take a week or month off if I need.

11.      I do not use other ride sharing apps like Lyft or Sidecar.  I have heard in the news that Uber has a larger market share, and so I wasn't interested in using any other ride-sharing app.  I have had a great experience using the Uber app so far, and so I haven't bothered to try another app.  However, if I chose to, I am confident that there would be no issue or consequence with me using another app.

12.      To the best of my knowledge, my star rating is 4.86.  It is very important to me that I maintain a high rating because I take pride in my work.  I try to maintain and improve my rating by keeping candy and water in my car.  I try to open car doors, offer them car phone chargers, change

2
DECLARATION OF MIGUEL GARCIA

1   the car temperature or radio station, and be as polite as possible. I also try to read the passenger

2   when he or she enters to figure out if he or she wants to engage in conversation – if they seem chatty,

3   I'll chat, and if not, I'll leave them alone. I am a friendly person, so I aim to please. These are all

4   things that I have decided to do on my own – Uber didn't me to do any of this.

5         13.   I only recall one email communication with Uber since I started driving several

6   months ago. I believe the communication was initiated by me and had to do with adjusting a fare,

7   but I haven't had any questions or issues otherwise. I know what I need to do and how to drive

8   passengers using the app, so there is little to no reason for me to contact Uber.

9         14.   I pay for all of my expenses – the gas, maintenance, car washes, candy, waters, etc. I

10   keep track of gas, miles, and receipts – in fact, I take pictures of my receipts and upload them to

11   Google. At the end of the year, I plan to create a spreadsheet that tabulates all of my expenses so

12   that I can deduct from my taxes. It is my understanding that these expenses are business expense

13   write-offs because I am self-employed. I plan to report myself as a self-employed taxpayer at the

14   end of the year and expect a Form 1099 from Uber for my services.

15         15.   I know I am an independent contractor and had no illusions that I was going to be an

16   employee. I knew that Uber was simply a platform that provides me the customers, but that I would

17   be providing all of the services.

18         16.   I don't receive cash tips often – approximately 5% of the time – but I am pleased

19   when I receive them. I know that tips are not part of the fare, so I am happy to accept them when

20   they come.

21         17.   I don't typically take breaks when I drive – usually only if I need to use the restroom

22   or if I want coffee or a snack. I may take a 5-10 minute break when I want or need to, but not at any

23   particular scheduled time. However, if I don't need to, I can drive an entire night without taking a

24   break. Uber has never told me that I need to take breaks at any time, any place, or of any minimum

25   time.

26         18.   My father is a truck driver and sat me down and went through the do's and don't's of

27   the driving industry before I started driving using the Uber app. He told me to be polite to the

28   passengers and to open the doors, since a happy passenger goes a long way. I've had multiple

CLASS MEMBER DECLARATIONS 447

1    instances in which passengers have asked me for a card and asked me to be their repeat driver. I

2    don't do it very often because I'm not sure if I will be in their neighborhood the next time they call,

3    but I have given my phone number to one passenger so far and would be willing to do that more

4    often so long as the passengers are in my regular area.

5          19.    Additionally, my mother does taxes, and is going to do my taxes at the end of this

6    year. She is the person who told me that I should track all of my finances, although I also did my

7    own research online to see exactly what I could write-off so that I can keep track of those expenses

8    as well. I learned that even the candy and water that I buy can be written off as business expenses,

9    so I track everything. I consulted both of my parents before commencing my driving services with

10    Uber so that I could figure out how to maximize my income and profits.

11          20.    I have given this testimony completely voluntarily and without any coercion

12    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

13    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

15    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

16    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

17    not have to provide any written statement. I also was specifically told that I could participate in the

18    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

19    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20          I declare under penalty of perjury under the laws of the United States of America and the

21    State of California that the foregoing is true and correct.

22          Executed at Los Angeles, California this 27 day of May, 2015.

23

24                          MIGUEL GARCIA

25

26

27

28

4

DECLARATION OF MIGUEL GARCIA

1

<u>**DECLARATION OF VERONIQUE GEATHERS**</u>

2   I, Veronique Geathers, do hereby swear, affirm and attest as follows:

3   1.  I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6   2.  I am 43 years old.  I live in Los Angeles, California, where I've lived my whole life.

7   3.  I have a regular Class C California driver's license.

8   4.  I've been a partner with Uber since April 20, 2015.  I've only used UberX and I

9 currently use UberX.

10   5.  I work as a cafeteria manager in the Los Angeles Unified School District.  I partnered

11 with Uber to supplement my income and pay for my son's college education at Penn State.  My

12 youngest son just graduated a year ago from Penn State.  When the last tuition bill came in, my son

13 told me, "Mom, you can drive for Uber."  I thought that I would have to go back to being a fantasy

14 phone girl ("telephone actress") to supplement my income and pay for my son's college tuition, but

15 because of what my son told me, I realized that I could drive for Uber instead.  It beats talking to the

16 perverts on the phone.

17   6.  I decide how I'm going to drive based on when the busiest times are.  From 7:00am-

18 10:00am and from 5:00pm-8:00pm are the busiest times, so I try to drive then.  That's how I can

19 make the most money.  Uber doesn't tell me when I need to drive.  I just decide when I want to drive.

20   7.  Uber doesn't tell me where I need to drive.  I've tried a few different methods for

21 figuring out the best ways to drive to maximize profits.  My son's neighborhood is really busy, so

22 sometimes I park in front of his house and then turn on the app.  Another method I've used is that on

23 Sunday mornings, I sit in my driveway in my car and turn on the app.  The first call that I get will

24 determine where I'm going for the day.  I've found that this is the best system that works for me.

25 When I drop that rider off, I just go back online and then I take calls from the new place I've ended

26 up.

27   8.  I turn my app on and off whenever I want.  I met up with a friend in Manhattan Beach

28

CLASS MEMBER DECLARATIONS 449

yesterday and after we had a late lunch, I went to the car, and I told her I was going to turn on my Uber app.  I ended up with a rider immediately.  Then, I took that rider home and drove around Manhattan Beach and picked people up for most of the day.

9.     I devised my own system for customer service.  By way of me being a mom and a chef and working for AT&T for a while, I've learned a lot.  I honed my customer service skills with AT&T because those customers are really angry.  Often, by the end of the call, though, I could make a really angry customer smile.  When I took my first Uber ride, the Uber driver was so nice to me. He offered me his own water because I'd forgotten mine.  I was really thirsty—I mean, I drink water like they're not going to make it anymore.  As an Uber partner, I realized that I always wanted to do the same thing for my riders.  So, I have extra chargers for different phones.  I have extra RCA jacks, just in case they don't have a Spotify account.  Sometimes I sing, if they want that.

10.     I provide really special customer service.  For example, a few days ago, I forgot that I had the app on, and I got a call at 2:30am.  Even though it was really late, I decided to go and get the rider.  It's a good thing that I did because she had her sister with her and her sister was sloppy drunk. I keep all kinds of things in my car because I'm a mom.  So, I gave her a water, a compress for her head, some peppermints to help her with her stomach, and I gave her a little recipe for an antacid to help her in the morning.

11.     I really love the flexibility of turning the app on and off.  For example, I was in Hollywood, and I went to pick up this lady and her girlfriend and they were literally going around the corner.  They felt really bad about just going around the corner.  These ladies were going to the Breakfast Bar, and they invited me in and I had lunch with them.  The only reason I could go in and have a meal with them was because I could just turn off the app.  There is just never any pressure to keep working.  I can keep working whenever I want to.  When I was a telephone actress, I couldn't control my hours.  They used to tell me that I could control my hours, but that was a lie.  With Uber, it is actually true that I can control my hours.

12.     I've had a few people give me tips, although I tell them it's not required.  Sometimes people will even just leave the money in the car for me.  I just get to keep the cash tips.  I end up

---

2

DECLARATION OF VERONIQUE GEATHERS

1   using it for gas often.

2       13.     I intended to be an independent contractor when I signed the licensing agreement to be

3   a partner with Uber.  It was one of the things that drew me to it.  I like to take control of my finances

4   and track how much I'm paying in taxes.  When I worked previously as an independent contractor in

5   other situations, I loved that I could see exactly how much was being taken from me in taxes.  Uber

6   allows me to do the same thing because I'm working as an independent contractor again.

7       14.     I completely understand the 80/20 split, where I get 80% of the fare and Uber gets

8   20%.

9       15.     In terms of taxes and business expenses, I plan to report business expenses to the IRS.

10  I keep all of my gas receipts and I take a photo of myself with my car, named Justice Money, to have

11  documentation that I was driving for Uber that day.  I also keep all receipts for my snacks, chargers,

12  and other little things in the car, including my seat covers.  Finally, I keep receipts for other expenses

13  like car washes.

14      16.     I have given this testimony completely voluntarily and without any coercion

15  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

19  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

20  have to provide any written statement.  I also was specifically told that I could participate in the

21  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23      I declare under penalty of perjury under the laws of the United States of America and the

24  State of California that the foregoing is true and correct.

25      Executed at Los Angeles, California this 26th day of May, 2015.

26

27  _____
    VERONIQUE GEATHERS

28

---

3

DECLARATION OF VERONIQUE GEATHERS

1                 **DECLARATION OF ESKINDER GEBRETENSIA**

2         I, ESKINDER GEBRETENSIA, do hereby swear, affirm and attest as follows:

3         1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6         2.      I am a U.S. Navy disabled veteran, as well as a self-employed businessman. I

7 currently run my own transportation business called Selina Limo LLC. Through the business I own

8 five (5) sports utility vehicles (SUV) including a 2007, 2008, 2009, and 2011 Ford Expeditions, and

9 a 2011 Lincoln Navigator. I lease these vehicles to four (4) other drives, and use one for myself. I

10 started offering transportation services as a driver through the UberSUV platform sometime in

11 December 2012. I started my transportation business approximately one year ago.

12         3.      Uber offers various apps that an independent driver, such as myself, can use to book

13 passengers, and I have taken advantage of these apps, including the UberSUV and UberBlack

14 platforms. I do not use other driver apps, such as Lyft or Sidecar. However, even though these

15 businesses compete with Uber, I understand that I am not restricted from using them if I want to. I

16 have not heard and do not believe that Uber would prohibit me from using other apps to find fares.

17         4.      Because the five (5) vehicles that I own are all SUVs, I tend to pick up passengers

18 who use the UberSUV app. There are times when I will pick up passengers who use the UberBlack

19 app, but if the number of passengers requires an SUV, I will request a fare adjustment from Uber. I

20 have never received any problems with my requests for fare adjustments.

21         5.      When I initially decided that I wanted to use Uber's app for transportation services, I

22 presented myself to Uber's office and provided certain information including my driver's license

23 information, proof of insurance, and pictures of my car. About two weeks later, Uber notified me

24 that I was approved to use the Uber app.

25         6.      My communications with Uber has been infrequent and I rarely travel to Uber's

26 office as most of the communications have been through e-mail. Indeed, I have never been required

27 to report to its office, or be at a particular location at any specific time or communicate with them

28 about anything. If I do need to contact Uber, I typically choose to communicate through e-mail, and

CLASS MEMBER DECLARATIONS 452

1    have had no problems doing so.

2         7.      I tend to work about three (3) hours in the morning and about four (4) hours in the

3    evening.  I believe I average approximately six (6) to eight (8) hours a day and work five (5) days a

4    week.  I do not work an entire day due to family obligations and because of the issue with my knee.

5    I chose this schedule because it works with my availability, and I am happy with the flexibility that it

6    provides.

7         8.      Because I only use the Uber app for transportation services, 100% of my fares are

8    booked using the Uber app.  Even though I only use the Uber app, and no apps from other

9    businesses, I am very busy.  As such, I choose not to use other apps, even though I understand that

10   Uber does not restrict me from doing so.

11        9.      My practice is to find fares around the hostel area in the mornings, and head

12   downtown in the evenings after midnight.  Uber is considerate enough to send me e-mails to notify

13   me of special events that are happening on specific days and/or weekends, and I use the information

14   to my advantage.  Uber does not require that I be at a specific geographic location, nor does it

15   require that I pick up certain fares.  I have the flexibility of deciding where to go to pick up fares,

16   and who I would like to pick up.  I am not restricted from declining fares, and have done so on

17   occasion and when warranted.

18        10.     I enjoy using the Uber app because it provides me with plenty of flexibility.  I can log

19   on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me to

20   balance my work and family life.

21        11.     Passengers I book using the Uber app can rate my services from one to five stars.

22   The best rating is 5 stars.  Uber provides suggestions on how to increase my "star rating" from

23   passengers, such as being polite to them, opening the car door for them, and keeping water in the car.

24   I am not required to take Uber's suggestions, but find that I do because its suggestions allows me to

25   provide great customer service, which in turn, satisfies the passengers, who then rates me higher.

26        12.     I have received tips from passengers in cash, and have accepted them wholeheartedly

27   because I earned it.  I was not required to inform Uber of the tips, and was not required to provide it

28   with any portion of the tips I have received.

2

DECLARATION OF ESKINDER GEBRETENSIA

13.    Uber does not require that I wear any specific type of clothing when I am providing transportation services. However, I choose to dress professionally, usually in a nice collared shirt and slacks because I feel that my passengers expect me to look professional.

14.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

_____
ESKINDER GEBRETENSIA

3
DECLARATION OF ESKINDER GEBRETENSIA

## DECLARATION OF WILLIAM GFROEHRER

I, William Gfroehrer, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I drive UberXL, UberPool, and UberX.

3.     I am a 57 year old male. I live in Sausalito in Marin County. I have lived in Sausalito for 23 years.

4.     I have never used Lyft or Sidecar or other competing services.

5.     I put in about 40 hours a week driving using the Uber app. I am going through some life changes and am looking for other jobs in the meantime. I am working on finding other sources of income. Uber never requires me to be logged for any minimum amount of time. The requirement is yourself, how much money do I need to make for me and my life?

6.     I was introduced to Uber through an advertisement. I used to be a software contractor. I stopped doing it. I had a financial crash and I discovered Uber. I said I'm going to try something new. I started driving on February 6, 2015. I have done almost 1200 trips in these three months. After I discovered the app, I had to submit my driver's license, my DMV driver record, provide information about my car, I had to get my car inspected, and I had to provide my insurance. They did a background check. After that, they mailed me the Uber sticker and airport paperwork. I also went online to go through a basic orientation process.

7.     I have been a software contractor since the 1980s and I have been an employee as well. I understand what a contractor is. I do not report to anybody. Uber does not supply me anything. If I answer an ad on Craigslist or a bulletin board for a ride, I am not an employee of Craigslist or the bulletin board. I view Uber the same way.

8.     I am a direct partner of Uber. I use it 4 days a week. I consider this my business. I try to be an Uber-preneur (think entrepreneur). I expanded upon the service provided by Uber. I look for opportunities to lengthen rides, particularly for individuals who come to town and are looking to see the sights in or around San Francisco. I am from the area, and I am able to provide

CLASS MEMBER DECLARATIONS 455

1   personal insight that is a value-add to passengers.  In addition, I am trying to find ways to expand on

2   this idea.

3         9.    I focus on tourist areas: Russian Hill, North Beach, Fisherman's Wharf, the Presidio,

4   Land's End.  I use Uber XL because that way the rates go up.  I am exploiting the information that is

5   being "published" by Uber so that I can be my own entrepreneur.  I also look at surge pricing to see

6   where more customers are.  The higher the surge pricing, the more customers there are.  I generally

7   target between 2 p.m. to 12 a.m.  I rarely go passed 12 a.m.  Sometimes I do not start until 4 p.m.

8   That is another thing about Uber: I do not have to deal with anybody.  I can start whenever I want.

9   Uber never assigns me to a territory.  It is really up to me.  I love the flexibility.  There were a couple

10   days I could not keep the schedule I set for myself and nobody said anything.  I am my own boss.

11        10.    I own one vehicle.  It is a 2010 Honda Odyssey.  I refer to it as a Federation Shuttle

12   Craft.  I try to have a little fun.  I own my own phone.  When I first started, I used the phone I could

13   rent from Uber, but I quickly discovered that I didn't like that phone so I went and bought my own

14   phone, which I consider to be a better product.

15        11.    I put the Uber-supplied sticker on my windshield.

16        12.    I receive 100% of my revenue and/or business through Uber. I am the only driver of

17   my business.

18        13.    Sometimes I think about becoming an Uber nomad.  When I stop at midnight every

19   day, I can stay where I am that night and that can be my starting point the next day.  I can travel

20   around the country and make it an extended vacation.

21        14.    I can hire additional drivers if I want to, but I am not there yet.  I need to do more

22   development to get to that point.

23        15.    Sometimes I get notifications of promotions from Uber. For example, I am notified

24   about events happening that I can go to for customers.  Uber also offers me $300 if I refer a friend.

25   That's a business for me in itself.  I can make money that way.  If I find a potential customer that has

26   never used Uber, I can give them a code specific to me and I get $5 per person that uses my code.

27   That's another business opportunity for myself.  I can mass market to my network and make money

28   for every new Uber customer that inserts my code.

<hr>

2

DECLARATION OF WILLIAM GFROEHRER

CLASS MEMBER DECLARATIONS 456

16.    Of course, I can accept or reject passengers.  Uber's service is like a bulletin board or like Craigslist.  Uber has never suspended or threatened to suspend my account for not accepting enough leads.  Uber has never restricted me from using services provided by competitors.  Although I do not use it, I have talked to other drivers who use the Uber app and who also use Lyft or Sidecar simultaneously.

17.    I have never negotiated a fare but I have ended a ride early if I made a mistake so that the customer does not have to pay for my mistake.  I have emailed Uber support to make a fare adjustment about a handful of times.

18.    I do not really remember Uber giving me any suggestions at the beginning but there was some sort of educational orientation that gave some suggestions.  I do not really recall what they were specifically.  I do read suggestions or tips Uber may send me through email.  I am not required to follow these suggestions or tips.  A lot of these suggestions are common knowledge.  I treat everybody as I would want to be treated.  I do not need to be told how to do that.  I have never been contacted by Uber for not following their suggestions.  I have never been threatened by Uber that my use of the app will be suspended or terminated because I did not follow Uber's suggestions.

19.    I understand the rating system to be a 2-way street.  The ratings are determined entirely by the passengers.  My rating this last week was 4.94.  My total rating is 4.8.  I do a number of things to help my rating.  I get out of the car to help customers get in.  I ask passengers how they are. I ask them to put their seatbelt on.  I offer them gum or water.  If I sense they are tourists and there are points of interests they might be interested in, I offer to take them there along the way.  I put music on.  If it is during the day, I play light music.  If it is a Friday night, I will put on more upbeat music.  Sometimes passengers want to put their own music on.  I offer jokes sometimes.  I treat them the way I want to be treated.  I am not sure what suggestions Uber has given me except drive safely and be on time.  Uber has also suggested that I call a passenger if they are not the location they have requested.  But the rest is me.  I treat people the way the way I want to be treated.  I have never been threatened with suspension of my account or had my account suspended on account of my rating.

20.    Uber sends me an email every couple of days.  I might have tech support issues they

1    are responding to.  Once a week they send me a report of hours I was on the application, my rating,

2    what customers have said about me, peak times, and other details of my week.  They send me a

3    payment once a week after processing my invoice to Uber.

4         21.    My expenses include fuel, oil changes, tires, other maintenance, bridge tolls, car

5    payments, car cleaning, clothes, cost for accounting software for contractors, and insurance

6    payments.  Uber does not tell me what insurance to buy.  Uber does not tell me where to get gas and

7    when to put gas in the car.  I use Chevron with Techron, Supreme.  I keep a record of my expenses.

8    As I incur my expenses, I collect them and place them into an accordion folder.  Later, I input them

9    into my accounting program, QuickBooks for Contractors.  I separate personal and business

10   expenses.  I include my mileage.  I maintain a business bank account for the revenue I generate

11   through using the Uber app.

12        22.    I have received cash tips.  I tell my customers that it is not required, but they insist to

13   give me tips.  Who am I to argue?  I do not get tips often enough but out of 1200 trips so far, I may

14   have been tipped 10-20 tips.  I have received tips when I return a lost cell phone.  Uber has never

15   told me I cannot accept tips.  Uber told me during orientation that tips are not required, but if

16   passengers hand me a tip, I will take them.

17        23.    I was presented a Licensing Agreement from Uber online.  I read and understand the

18   terms of the Agreement.  I pay Uber 25% of my revenue to have access to their service.  I intended

19   to be an independent contractor when I signed on.  I consider myself an independent contractor right

20   now.  Hell yea.  If I am going to be an employee, it will be an employee of my own company.  I wish

21   to continue to be an independent contractor.  I make more money this way.  I have been an

22   independent contractor my entire working career.  I am not a corporate guy.

23        24.    I will receive a 1099 from Uber.  I will not receive a W-2 from Uber.  I will report my

24   income I receive from using the Uber app through the QuickBooks software to the IRS.  I will

25   indicate I am self-employed when I file my taxes.  I will report my business expenses when I file my

26   taxes.  In fact, the IRS probably owes me money after my business expenses.

27        25.    I have given this testimony completely voluntarily and without any coercion

28   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4
DECLARATION OF WILLIAM GFROEHRER

CLASS MEMBER DECLARATIONS 458

1    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5    not have to provide any written statement.  I also was specifically told that I could participate in the

6    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8        I declare under penalty of perjury under the laws of the United States of America and the

9    State of California that the foregoing is true and correct.

10        Executed at San Francisco, California this 18 day of May, 2015.

11

12                            WILLIAM GFROEHRER

---

5

DECLARATION OF WILLIAM GFROEHRER

CLASS MEMBER DECLARATIONS 459

**DECLARATION OF RYAN GHALEHSHAHI**

I, RYAN GHALEHSHAHI, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 34 year old male and I live in Torrance, CA in Los Angeles County.  I have lived in Torrance for about 14 years.

3.      As a driver, I have only used UberX.  I started using UberX on about July 17, 2014, am currently using UberX, and have used UberX consistently during this time.

4.      I work for UberX on a part-time basis.  I work for the City of Culver City, and have worked there for a year and a half.  My job with Culver City is a full-time day-time job.  To the best of my knowledge, neither Culver City nor Uber restricts me from working for any other company.  In fact, my freedom to work for any other company is one of my favorite things about being an Uber driver.

5.      I only use one vehicle when driving for UberX – a 2013 Ford Fusion, which I lease myself.

6.      I am an early bird, so my routine is to start driving around 6:00am on the weekends, which keeps me busy until around 10:00 or 11:00am.  If there is a holiday, then I stay busier for longer.  I rarely work in the mornings during the week, and my practice is to turn on the app during the week only when I'm going home from Culver City to catch a rider in the direction of Torrance.  I choose not to work at nighttime because I don't like working at night for several reasons – e.g., I can see better during the day; I like to go to sleep early because I wake up early; I tend to not like the nighttime crowds, who are often intoxicated; and there is usually less traffic during the day.  This is purely my choice and preference, and so I choose your hours accordingly.

7.      I have complete freedom to change my UberX driving routine/schedule.  If I have lunch plans with friends, if I'm not feeling well, if there's a game on that I want to watch, if I'm tired, or anything else, I simply choose not to drive.  That is the beauty of Uber – I can drive whenever I want and for however long I want.

1

DECLARATION OF RYAN GHALEHSHAHI

8.      Uber has not assigned me any geographic territory.  If I can, I try to stay around my home because there are lots of hotels nearby, or at least to the Beach cities or the Torrance Del Amo Fashion Center.  However, I have never turned down a rider's request – in fact, I have driven riders to the Coachella Valley, San Diego, and beyond Santa Barbara – all over 100 miles away.  However, it is my understanding that I am allowed to turn down a rider's request.

9.      Surge pricing affects my decision to log onto the Uber.  I do seek out certain hours of the day when I believe there will be surge pricing (e.g., weekend mornings for the brunch crowd) and locations (e.g., residential).  At the end of the night, it is my understanding that surge pricing goes into effect in areas with lots of bars or clubs, but I still choose not to take advantage of these nighttime surge opportunities because I do not like driving at night.

10.     I use one other ride sharing app – Lyft.  I used to drive for them, but have not been driving for Lyft since March 2014.  I'm still active with the Lyft app, but I do not drive for them anymore because I don't see the same efficiency and professionalism that I see with Uber.  I actually was one of the original Lyft drivers in Los Angeles and worked through every level that Lyft had.  However, I found that Lyft seemed more amateur and did not have as professional and stable a platform as Uber.  Additionally, Uber is much busier in my area, and so provides more business.  However, if I were ever to decide to drive for Lyft again, it is my belief that Uber would not restrict me from doing so.

11.     My star rating is 4.94, which I consider a high rating.  When I first started driving, my rating went down to 4.1 or 4.2.  In order to improve my rating, I tried to maintain a cleaner car, did not force conversation, and became more familiar with locations so there were less navigational errors.  I do think that my driving performance improved when the UberX app improved because it provided better navigation, but I think that my friendliness, chargers for all types of cell phones, and beverage (water, Monster, Red Bull, Gatorade, coconut water, etc.) and candy offers also played a large part in improving my rating.

12.     When I pick up a passenger, I always follow four steps – (1) check that the temperature of the car, (2) confirm the drop-off location and the route that I plan to take, (3) offer phone chargers, and (4) offer beverages.  Uber suggested a couple of these steps to me, but it is my

1  understanding that these behaviors were just suggestions and were not instructions or directives.

2      13.    My main expense is gas, although there is also car maintenance and the beverages

3  that I offer to my passengers. I pay for all of these expenses myself. I keep track of my gas,

4  mileage, and maintenance expenses for several reasons – primarily for tax deductions at the end of

5  the year. I plan to designate myself as self-employed at the end of the year for earnings related to

6  my driving with Uber. I received a Form 1099 from Uber at the end of last year and expect to

7  receive another Form 1099 this year. I have never received a W-2 from Uber, nor do I expect to

8  receive one.

9      14.    Another reason why I record my expenses is so that I can track my own profit and

10  average hourly rate. I calculate my profit and hourly rate every week, using the revenue amounts

11  provided by Uber and the expenses as tracked by myself.

12      15.    I have received cash tips from passengers, and it has never been a problem with Uber.

13      16.    I recall agreeing to the Licensing Agreement and agreed to its basic terms. By

14  agreeing to such terms, I intended on being an independent contractor. I wish to remain an

15  independent contractor for many reasons, the most important of which is freedom (scheduling,

16  territories, distance, number of passengers) which comes along with being an independent

17  contractor. This freedom is especially important because I have a separate full-time job.

26  / / /

27  / / /

28  / / /

3

DECLARATION OF RYAN GHALEHSHAHI

17.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26 day of May, 2015.

_____
RYAN GHALEHSHAHI

4
DECLARATION OF RYAN GHALEHSHAHI

1

<u>**DECLARATION OF AZAR GHATTAS**</u>

2      I, Azar Ghattas, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      My name is Azar Ghattas.  I am a 54 year old male.  I live in Corona, California.  I

7   drive with UberX and UberPlus.  I started driving with Uber in approximately February, 2013.  I

8   work directly with Uber and use my own car.

9      3.      My full time job is working as a dental technician.  I work as a dental technician

10  Monday through Friday, 8 hours a day.  I drive with Uber 4:00 a.m. to 6:00 a.m. and 3:00 p.m. to

11  7:00 p.m. during the week and more on the weekend.  I'm most busy Thursday through Saturday in

12  Orange County.  My dental technician job is close to John Wayne Airport so I get a lot of airport

13  passengers.  I usually start driving from my house in Corona, but then will drive wherever the

14  passengers take me.  Sometimes Uber sends us information about where the demand is.  I follow

15  these suggestions sometimes.  For example, they will tell us about big events such as Coachella and

16  so I went and drove the first weekend of Coachella.  These are just suggestions, you don't have to

17  follow the tips, you just volunteer.  I do the surge pricing when I'm in the area, but if the surge

18  pricing is in a different area, I will not drive to that area just for surge pricing.

19      4.      Uber is a good way to make extra income.  With Uber you have the freedom to work

20  whenever you want to.  You can't find any other part time job like it.  When I'm driving I take a

21  break about every three hours when I feel like I need to use the restroom or do something else.  I

22  logoff the App and take care of what I need to do.

23      5.      If Uber changes so that drivers are employees the freedom will go away.  We'll have

24  to stick to a schedule and commit.  This wouldn't work for me.  I like the freedom of getting to login

25  and logoff whenever I want to.  I can work when I want and go home when I want.  With my current

26  job, it would be very hard for me to work on a set schedule.  I need to have the flexibility.

27      6.      I like to leave a good memory for the passengers I pick up.  In order to get good

28

---

1
DECLARATION OF AZAR GHATTAS

CLASS MEMBER DECLARATIONS 464

1    ratings I drive safely, I open doors for passengers, I help the passengers' luggage, I offer my

2    passengers water and gum, and I provide phone chargers.  Uber suggests that the drivers carry water,

3    but the rest of the things I do to make customers happy are my ideas.

4         7.    UberPlus pays more per mile and per minute.  It depends on what the passenger

5    requests.  To be an UberPlus driver you have to have a nicer car with leather interior and other

6    features.  I receive a notification as to whether the passenger is using UberX or UberPlus.  I get

7    requests from both, it just depends on what the passenger requests.

8         8.    Sometimes passengers offer me cash tips.  I explain that Uber is a non-cash service.

9    Sometimes they insist and they just leave money for me.  Uber does not accept tips.

10        9.    Uber will sometimes contact me with passenger feedback.  For example, sometimes

11   the passenger wants to go a different route than what the Uber App says.  I ask them to approve it

12   before I go a different route, but the passenger will sometimes complain because they think the fare

13   was too high.  Or sometimes I get an emergency call from a family member and I have to answer and

14   passengers complain.  I will reply and explain what happened.  The only other time I contact Uber is

15   when I have issues with things like toll roads.

16        10.   I use the 1099 form that I get from Uber to file my taxes and I indicate on my taxes

17   that I am self-employed.  I log my mileage from driving with Uber that does not get recorded on the

18   Uber App.  For example, I include the miles that I drive to go pick up a passenger.  I record these

19   miles so that I can include them as an expense on my taxes.

20        11.   I have given this testimony completely voluntarily and without any coercion

21   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

22   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

24   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

25   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

26   have to provide any written statement.  I also was specifically told that I could participate in the

27   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

28

1  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2       I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4       Executed at Los Angeles, California this 27th day of May, 2015.

5

6                                              Azar Ghattas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF AZAR GHATTAS

## DECLARATION OF KAPTAN GHIMIRE

I, Kaptan Ghimire, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 52 year old man and I live in Sunnyvale, California, in Santa Clara County.  I have lived in Sunnyvale for over ten years.  I drive using the UberX app and have done so since November 2014.  I drive a 2015 Toyota Camry while on the app, but I also use this for personal reasons such as to run errands or for short trips.

3.      I am a direct partner with Uber and am not employed by any company; I am self-employed.  I do not have any employees.

4.      Typically I drive using the Uber app five or six days a week, usually Monday through Friday.  Sometimes I will drive during the weekend if I need more money.  For example, if I receive an email from Uber telling me about an event going on one weekend during which I can make more money, I will drive during that event.  When I get these emails, it is up to me whether to drive or not.

5.      When I drive during the week, I usually drive from 6 am to 10 am, and then from 3 pm to 7 pm.  In between 10 am and 3 pm, I take a break and will eat a meal, go to the gym, or run any errands I need to run.  During that time, I can do whatever I want to do.  I decided that I wanted to drive during these times because I make more money then.  Uber never told me that I have to drive during any certain time and does not tell me whether to take a break or not.

6.      I first heard about driving with Uber when I saw an ad online.  I filled out some paperwork and went into the Uber office to meet with a representative.  Since then, I have had to come into an Uber office only rarely when I have an issue, such as when I do not understand what I have been paid by Uber.

7.      Uber has never told me that I can only drive in specific areas.  I usually drive in San Francisco or Silicon Valley, but I can drive wherever I want to.  When I first log on to the app, sometimes I am at my house in Sunnyvale but sometimes I have already started driving toward San Francisco.  Usually I am able to pick up a passenger within 5 or 10 minutes after I first log in.  The

CLASS MEMBER DECLARATIONS 467

1     farthest I have driven someone on the Uber app is from Palo Alto to Hayward.

2         8.     Uber has never told me that I could not be employed with another company while I

3     am driving using the Uber app. I know that I can do this if I wanted to, but I choose not to.

4         9.     I am free to accept or decline a ride request that comes through the app when I am

5     logged in, and from time to time I will decline a ride. For example, if a request is too far away I will

6     not go pick up the passenger. Uber does not tell me that I have to accept all requests; it is up to me

7     whether to do so or not.

8         10.     Sometimes, a passenger will say that they do not want to pay the full fare because I

9     went the wrong way or a trip took too long. When this happens, I request a fare adjustment via the

10     Uber app and the price is automatically adjusted.

11         11.     Uber does not require me to be logged in to the Uber app for any minimum amount of

12     time. If I wanted to, I could log in for an hour and then log off, or could not drive for a day or two at

13     a time. For example, if I needed to, I could decide not to drive on a Tuesday, even though I typically

14     drive on Tuesdays. I would not have to tell Uber that I was not driving on that day.

15         12.     My star rating, which is determined by the customers I drive, is 4.81. I offer my

16     passengers water in order to keep them happy, but Uber did not tell me that I had to do this. It was

17     my own idea.

18         13.     When I filed by taxes for 2014, I filed as a self-employed individual because I am an

19     independent contractor and not an Uber employee. Uber sent me a 1099 form and I submitted it

20     with my taxes. I incur a number of expenses in connection with my driving, including gas, oil

21     changes, and car maintenance. I keep a record of these expenses and listed them on my tax return

22     for 2014.

23         14.     I have given this testimony completely voluntarily and without any coercion

24     whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

25     that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

26     does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

27     speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

28     to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

CLASS MEMBER DECLARATIONS 468

1   not have to provide any written statement.  I also was specifically told that I could participate in the

2   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4           I declare under penalty of perjury under the laws of the United States of America and the

5   State of California that the foregoing is true and correct.

6           Executed at San Francisco, California this 20th day of May, 2015.

7

8                                                          KAPTAN GHIMIRE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CLASS MEMBER DECLARATIONS 469

1              **DECLARATION OF YONATAN GIRMA**

2         I, YONATAN GIRMA, do hereby swear, affirm and attest as follows:

3         1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6         2.      I am a self-employed businessman who is operating a transportation services

7    company.  I have some private clients that I also provide transportation services to.  I have offered

8    transportation services as a direct partner driver through Uber (on the uberX platform in the past and

9    currently on the UberBlack and UberSUV platforms) by using them to book passengers. I am

10   completely reliant on receiving leads from the Uber app, however, I do not consider myself an Uber

11   driver.  I am a driver for my own company and just use the app to help obtain clients.

12        3.      I have my own transportation services business called ONENOW TRANSPORT.  I

13   started this business around February 2014.  I have three cars: 2007 Lincoln Navigator; 2008 GMC

14   Yukon; 2011 Chevrolet Suburban.  I use all of them to drive passengers but mostly the GMC and

15   Chevrolet.  I bought all three cars for my business.

16        4.      In 2011, I was a driver for hire for Big Ben Company and they introduced me to

17   Uber.  I went through the paperwork but had to go oversees so I stopped driving for Big ben

18   Company.   When I returned, I signed up for UberX but then changed to the UberSUV and

19   UberBlack platforms in 2014.  I made the change because I believed I would be making more

20   money.  The Uber app makes up about 90% of my business.  I obtain my other clients by word of

21   mouth and through my friend's recommendations.  My business would greatly suffer if I would not

22   be able to use the Uber app.

23        5.      Uber has never required me to "report" to its office, or be in any particular location at

24   any particular time or communicate with them about any subject.

25        6.      One of the great things about the Uber app is that I can choose when and where to log

26   on, which neighborhoods to drive in, and whether or not to accept a ride.  It is flexible, easy-to-use,

27   very user-friendly, and can maintain my business because of Uber.  I can provide transportation

28   services whenever I am willing and available.

---

1
DECLARATION OF YONATAN GIRMA

7.     Uber has not and cannot prohibit me or limit me from using other apps to find fares. I book passengers through the Uber app and I get enough passengers to where I find no need to use other apps, such as Lyft or Sidecar. I used to use other apps but Uber keeps me busy and is good enough for me. I know surge pricing exists and it is a nice bonus if I end up driving passengers who pay surge prices but I try to stick to a set schedule. However, I understand that Uber does not prohibit me from using these apps to find passengers. It's entirely up to me what I use.

8.     The primary appeal of this job was the flexibility to work whenever I was available and be able to not drive more passengers if something came us. I try to drive in the early mornings and afternoons because that is when there is the most business. My driving schedule fluctuates a lot but I try to drive between 30 and 50 hours a week. That flexibility is very valuable to me because it allows me to supplement my income at my convenience. This flexibility is also why I have not taken on another job. I understand that I have control over when to turn on and off the app and where to take clients.

9.     Passengers I book using the Uber app can rate my services from one to five stars. Uber makes suggestions, especially for UberBlack, on how to increase my "star rating" from passengers, such as having water in the car. I follow these suggestions but I make my own decisions on how to provide customer service to my passengers. I go out of my way to make sure the car is safe and that I am abiding by the rules of the road so that the passenger gets to his or her destination safely. I provide water and chargers for my passengers. Uber has never required me to follow their suggestions but I want to provide the best customer service and receive a good rating from passengers I can decide whether or not to follow these suggestions. I also choose to do it on my own because it makes good business sense. Good customer service is a skill, and I feel it comes naturally to me.

10.     I have received an email from Uber about my rating needing to be improved. I was told that Uber had a class to help me improve my ratings. I understand that the ratings are done by the passengers and not by Uber. However, I have never been suspended for not maintaining a certain star rating. I never was worried about it or considered it a problem.

11.     Uber does not require me to wear any specific type of clothing when I'm providing

---

CLASS MEMBER DECLARATIONS 471

1   transportation services. I know I could drive in jeans and a t-shirt but I usually try to dress

2   professionally because I think it is good to be respectful to my passengers.

3       12.   I operate as a self-employed individual and do not employ any other drivers. Because

4   I operate my own transportation business, I know I am not personally obligated to provide

5   transportation services and it is my right to hire someone to work for me if I want. To this point, I

6   have made the decision not to hire anyone.

7       13.   I understand that I am an independent contractor and wish to continue to be one as I

8   need to maintain a flexible schedule to supplement my income. I have only received a 1099 form

9   from Uber and never a W-2 form. I have designated myself as self-employed in my tax returns and

10  have written off my gas expenses.

11      14.   I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

13  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

15  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

16  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

17  not have to provide any written statement. I also was specifically told that I could participate in the

18  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

19  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20      I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22      Executed at San Francisco, California this 18 day of May, 2015.

23

24                                          YONATAN GIRMA

25

26

27

28

---
3

DECLARATION OF YONATAN GIRMA

CLASS MEMBER DECLARATIONS 472

**DECLARATION OF Maegan Glancy**

I, Maegan Glancy, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberXL driver.  I am a 35 year old female and have been living in San Diego for about 2 years, although I grew up here.  I use UberXL, UberX or UberWav (UberAssist).  I started driving using the app in July of last year.  My current occupation is as a secretary, which is a part-time job.  I work for my dad, so I can do other work.  I am a direct partner with Uber.  I own one vehicle which I use when using the Uber app, a Nissan Quest 2007.

3.      I have found, it took me like 6 months to figure it out, that I can login as XL.  Otherwise I login as general UberX.  I am still figuring out.  I am available after my kids go to sleep, on weekend, so that's usually when I use the app.  So it's pretty much Friday and Saturday night.  In the summer, maybe Thursday nights, but it depends.  It's not worth it to go out on the other nights I have found.  I like to drive in the beach cities.  I live in Ocean Beach, so I start there and go anywhere.  But if I go east, I usually head back downtown or the beach cities.  It's easier to pick up there than downtown, and it's consistent.  I can get a rider pretty quick.  I login whenever I can, when I have a babysitter for my kids.  Surge pricing helps, but it's more about my kids' schedule.  When my sister/roommate comes home, I go out.  It's whenever I can get away from the kids.  With kids, I have to have it flexible.  I'm really thankful for Uber and this driving option.

4.      I might start out somewhere Uber suggests, but I can't just go anytime.  It does help to know when it might be busy, because I could get a babysitter for those times.  I have never declined, but I can do it if I want to.  I am too nice, but there was one where I should have declined because he got sick, but I know you can decline.

5.      The onboarding was really easy.  I don't think I ever met with anybody in person.  I just got the car inspected and started.  If I had questions, I would just email.  Uber gave some suggestions online, like getting out of the car.  There are lots of suggestions; they are all in that class online.  They are suggestions, so I don't think you have to follow.  I don't think anything is mandatory.

6.      So for the star rating, you want to do the best job, so you get the best ratings.  With the late night people, you get drunk people and so you don't get an accurate rating.  The Uber people say don't worry about it.  I think the ratings are determined by the passengers.  From my understanding,

1

DECLARATION OF Maegan Glancy

it's all based on what the rider puts in.  To maintain it, I keep the car clean.  I talk to the people when I drive, make daily conversation.  I do the whole mint and water thing.

7.      I don't have to communicate with Uber very often.  This week, I had a call against me because I went to wrong way.  So in that case we communicated, but it's about once every other month.  At the beginning, I had a couple questions here and there, but not so much anymore.  From Uber, I just get the weekly summary and updates, which I like to see.

8.      I read and understood the licensing agreement.  I knew that I was going to be an independent contractor, that's what this ride sharing thing is.  I wish to continue as an independent contractor.

9.      As far as expenses, I pay for extra car washes, maybe gas.  I keep gas receipts, and I do the mileage for taxes.  I had deductions for the miles I drove.  I filed as self-employed and I got a 1099 from Uber.  I didn't get a W-2, because they are not my employer, so you don't get the W-2.  I didn't report my tip income, because it was maybe $100 at that point.  That's only the cash.  I don't include the fare.  The fare is kind of just the fare.

10.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at San Diego, California this 29th day of May, 2015.


*Maegan Glancy*
Maegan Glancy

---

2
DECLARATION OF Maegan Glancy

### DECLARATION OF LUIS GOMEZ

I, Luis Gomez, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently a self-employed driver. I began using the Uber App in January 2015. I have no specialized driving license at this time, but might get one someday because I enjoy the work I am doing right now. Currently, I am driving full time and using the Uber App on the UberX platform full time as my occupation. Prior to my time using the Uber App. Before I began driving full time, I was a supervisor for a janitorial service.

3.     Prior to using Uber, I used the Lyft application to find customers. I used Lyft from about July 2014 to January 2015. When business became slow with Lyft, I applied to begin using the Uber App instead.

4.     I use a 2012 Nissan Sentra when I transport passengers. This is the only vehicle I uses as a driver. I own this vehicle, and I also use it for my own personal use.

5.     When I drive using the Uber App, I try to stay and drive in my local neighborhoods, including Glendale, Silverlake, Atwater Village, and Los Feliz. I like the community and the people in these areas, so I choose to drive in these areas. I use the Uber App part time during the day when I am driving. I activate the App at about 8:30 in the morning, after I get up and start my day. I use the App until around lunch, and log off at around 2:00 p.m. or so. I take a break from driving at this time. I then log back onto the App between 6:00 p.m. and 10:00 p.m. My personal preference is to take a break between 2:00 p.m. and 6:00 p.m. This allows me to have lunch, run personnel errands, and pick my children up from school. I'll also stop throughout the day for gas, to get drive thru food, or to do errands such as going to the bank while I am working. When I do my own errands, I will log off the App, run my errand, and then log back on App. I'll also log off the App when I am stuck in a lot of traffic without a customer in my car.

6.     I chose my work hours for myself. No one at Uber told me to work these hours. Right now, I try to log into the App every day, but I am not required to log into the Uber App for any

1

DECLARATION OF LOUIS GOMEZ

minimum amount of time.  Uber has never suspended or threatened to suspend my account for not spending enough time logged onto the App.

7.     Uber provides me with flexibility to work when I want to work.  This is important to me because I have my own personal obligations to take care of as well as working.  For example, sometimes I take my wife to the doctor during the day.  I also pick my children from school in the time I use as my break time during the day.

8.     I know that during certain times, such as rush hour, Uber increases its rates so that drivers are paid more for picking up customers.  This is called "Surge" pricing.  Surge pricing does not affect my decision as to whether or not to pick up customers because I know there will be customers out there for me to pick up.  I understand that the customers need a ride whether or not surge pricing is in effect, so I do not decline customers just because it is not a surge pricing time.

9.     I currently do not use other applications Lyft or Sidecar to find customers, though I have used Lyft in the past.  Uber has never restricted me from using other applications or obtaining other employment, but I choose to utilize only the Uber App at this time.

10.     I understand that I am not under any obligation to accept customers from the Uber App, and I am free to accept or decline any customers provided by Uber.  I have declined customers on Uber before for reasons including: the person too far away from me, I am low in gas; I am tired and ready to go home; or I forgot to turn off the App.  Uber never suspended or threatened to suspend my account because I didn't accept enough.

11.     I only communicate with Uber when necessary for specific customer issues.  Usually, though, I try to handle the issue with the customer by myself.  For example, sometimes a customer might leave something in the car; the customer will call me and I will meet with them to provide the item back to them, without communicating with Uber.  Uber may contact me if the customer contacts Uber instead of me when something has been left behind or another issue has occurred.  Uber also contacts me once a week or once every other week.  Uber contacts me to tell me about events going on in the area.  Uber also sends me an earnings report every week with my last week's earnings and comments from customers.  I save the emails from Uber so that I can know what is going on with the community and so that I can review my earnings.

2

DECLARATION OF LOUIS GOMEZ

12.     To my understanding, Uber customers are not obligated to tip drivers.  Customers have offered me cash tips before.  I tell them they are not obligated to tip me, but I accept the tip when a customer insists for my good driving.  Uber has never suspended or threatened to suspend my account for accepting tips.

13.     I think I read the Licensing Agreement that Uber gave me when I first began using the Application, but it has been a while since I read the Agreement.  When I signed up for Uber, I intended to become an independent contractor.  I wanted to be an independent contractor instead of an employee because of the flexible hours being an independent contractor provides me.

14.     I have not paid my taxes since I began driving using the Uber App, as I only began using the application this year.  However, when I file my taxes for 2015, I plan to indicate that I am self-employed and I plan to report my business expenses such as mileage.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26 day of May, 2015.

_____
Luis Gomez

3
DECLARATION OF LOUIS GOMEZ

1

## DECLARATION OF RICARDO A. GONZALES

2     I, Ricardo A. Gonzales, do hereby swear, affirm and attest as follows:

3       1.     I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6       2.     I am 38 and have lived in West Covina in LA County since 2006. I have been an

7 UberX driver for the past 2 months. I do not drive full-time, but I do not have another job besides

8 Uber. I choose not to use other apps like Lyft and Sidecar because Uber keeps me busy, and I believe

9 in staying loyal.

10       3.     I generally work three days a week, on average 12 hours a day with breaks whenever

11 I want. I leave the app on, but whenever I am in a part of the city near family, I stop to see them and

12 do whatever else I need to in the area. I do not drive back to a specific base area. When a passenger

13 asks to be taken somewhere, I stay at the destination until I get another rider. I do not follow the

14 surge prices, because it wastes time and potential business.

15       4.     I very rarely, if ever, deal directly with Uber. I have not received any correspondence

16 from Uber saying that they will be deactivating my account.

17       5.     Since I have only driven with Uber for two months, I have not reported taxes on my

18 income from Uber before. But I plan on indicating that I am self-employed and deducting whatever

19 expenses I can.

20       6.     I have given this testimony completely voluntarily and without any coercion

21 whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

22 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

24 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

25 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

26 have to provide any written statement. I also was specifically told that I could participate in the

27 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

28

CLASS MEMBER DECLARATIONS 478

1  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2    I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4

5    Executed at Los Angeles, California this 26th day of May, 2015.

6

7                  Ricardo A. Gonzales

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF RICARDO A. GONZALES

CLASS MEMBER DECLARATIONS 479

## DECLARATION OF Bille Jeanme Gonzalez

I, Bille Jeanme Gonzalez, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am an UberX driver. I am a 30 year old female and have been living in San Diego, CA for the last 9 years. I currently use UberX. I have been using UberX for the last 5-6 months. I am a full-time student at Marinello Beauty School. I am a direct partner with Uber. I own and use one car for UberX, a Toyota Rav-4 2007.

3.  I use the app by my house most of the time, and just go wherever they take me. Wherever I go, I get a ride, so it doesn't matter where I'm at. I also use Lyft. I use it pretty much at the same time that I use Uber. I have them both on, and whichever comes first, I go with that. I turn the other app off and go with the first one. I like being able to use Lyft and Uber at the same time. If I don't get a ride with one, I get one with the other. From Uber, I think about 86% are from Uber and the rest are from Lyft. I feel like I can accept or decline requests from the Uber app. Like if I am 10 minutes away, I don't accept it, or if I am on the way to the bathroom or something.

4.  My schedule is very random. I drive when I have free time. I have a kid and I go to school, so I just go whenever I can. I like having a flexible driving schedule, I love it. Like sometimes I'm driving, and then I decide to just hang out with my friends, go out whatever. I do my homework. It's like totally freedom. I think I log into the app maybe 20-30 hours a week. I don't know. It just depends on the week. I agree that Uber doesn't require me to login for any minimum amount of time and that they don't set my work schedule. They also don't keep me from engaging in another occupation or business.

5.  I set my Uber app up on my own. My neighbor told me about it and I just did it on my own. It's super easy, no one needs to show you how to do it. I watched a video where they tell you some things, but I don't remember the video.

6.  My star rating is 4.85, which I don't think is a high rating. I should be 4.90 or higher.

---

1
DECLARATION OF Bille Jeanme Gonzalez

CLASS MEMBER DECLARATIONS 480

1    To improve it, I try to be nice to everybody.  That doesn't work with everybody.   Being nice is my

2    idea.

3         7.    I get emails every week from Uber.  Those emails are usually when I get paid, how

4    much I get paid, and if there are events coming up.  If I have a problem I send them an email, and

5    they respond quickly.  I email them once a month probably.

6         8.    I know that we don't get tips, but if the passenger wants to give you one, I just tell

7    them they don't have to.  But at least every week I get a cash tip.  I make maybe $20 a week in tips.

8    The video says to take them if the passenger insists, and some people might get upset if I don't take

9    them.  Uber has never threatened to suspend my account for accepting tips.

10        9.    I read and understood the licensing agreement when I signed up for the Uber app.  I

11   signed up to be an independent contractor, to work for myself.  I totally agree I should be

12   independent, because I work when I want to.  I wish to continue as an independent contractor because

13   I think it's fair that I give Uber 20% of what I made, and it's pretty good to work when I want.  If I

14   were to work in another place, I would have a schedule.  My friend works at a company and she has

15   to work for 10 hours a day.  They pay for gas and everything, but she only keeps 50%.  She has to

16   work 10 hours.  I don't work 10 hours, and I probably make more than she does.

17        10.    In one day, I might work 4 hours, another day I would work 8-10.  But I go on breaks.

18   I start in the morning, and then I take a break for a few hours, then I go back later that day, or that

19   night.  Like today, I woke up at 5AM, I worked for 1 hour, and then I went to school.  I also eat a lot.

20   My breaks last any amount of time; I don't have a specific time.  I will stop for coffee or food.  My

21   lunches are like two hours.  I might go to my house, go eat anywhere, I'm very random.  I can take at

22   least a 30 minute break every day.  I usually take more than 30 minutes.  I get to decide when I take a

23   break.  I turn the app off when I am taking a break.  I might go home when the app is on and do

24   something around the house and go if someone calls, like if I go home to study.  Uber has never told

25   me to drive a certain amount of time before taking a break or not to take a break.  Uber doesn't tell

26   me anything.

27        11.    My driving expenses are car wash and detail, gas, oil change, tire rotations, things like

28

---

2
DECLARATION OF Bille Jeanme Gonzalez

CLASS MEMBER DECLARATIONS 481

that.  I keep all of my receipts, but I pay with my card so I can see it on the bank account statement.  When I file my taxes next year, I will file as self-employed.  I plan on reporting my business expenses and deducting them.  I plan on reporting my cash tips as tip income.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

_____
Bille Jeanme Gonzalez

3
DECLARATION OF  Bille Jeanme Gonzalez

CLASS MEMBER DECLARATIONS 482

## **DECLARATION OF DARIO GRANT**

I, Dario Grant, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a 36-year-old man.

3.     I currently live in Northridge, California.  I've lived there for about a year and a half.

4.     I have a regular Class C California Driver's License.

5.     I partnered with Uber in March 2015.  I got my car inspected on Valentine's Day—I remember that because I was alone on Valentine's Day.

6.     I currently use UberX.

7.     I'm a former Marine and I am currently an employee of Los Angeles County.  I work in a specialized unit that assists law enforcement.  My unit accompanies the FBI, DEA, and local jurisdictions, like the police departments etc. when they conduct a raid or execute a search warrant.  If there are children present, it's my unit's job to rescue and care for the kids from the situation.  We sometimes need to get them medical treatment and provide them with a safe placement until their situation stabilizes.  I work forty to fifty hours a week at that job.

8.     I'm an employee of Los Angeles County.  Los Angeles County restricts how much time I can work doing other things.  I can't work doing something where there is a conflict of interest.  I also can't spend more than 24-hours during a week working outside of my County employment.  I also have to get approval from the County to do other types of work.

9.     I consider myself an independent contractor with Uber.  I decided to drive using UberX because I have two goals: 1) fund my IRA, which is $5500 a year; and 2) pay down my car, which is $4000 a year.  I need to make $10,000 a year to cover that.  Because Uber doesn't withhold taxes, I need to make $12,000 to pay off the taxes.  I've calculated that I need to make $250 to $300 a week to reach that amount.  I like the flexibility of logging in when I want to drive and avoiding it when I don't.  At my job for LA County, we have great medical insurance, a pension, and a 401K,

CLASS MEMBER DECLARATIONS 483

1  but we don't make great money.  So, with Uber, I don't want work that competes with my LA

2  County job.  I just wanted the chance to be an independent contractor in a situation where I can go in

3  and make a few bucks and leave.

4        10.    I have a system for where I'm going to drive.  I work in Commerce, California and I

5  live in Northridge.  Every day, my goal is to get home or in the gym by 10:00pm.  I log in to the

6  UberX app when I leave work in Commerce, but the whole time I'm driving towards my house.  I'll

7  pick up the first call that comes in and take the passenger where they want to go.  If I end up taking

8  someone to LAX, then sometimes I'll end up in Redondo Beach.  When I end up in Redondo Beach,

9  I'll stay there until I get tired of being there.  If it doesn't seem like I'm making the best use of my

10  time, then I'll log off and head back towards Northridge and then turn the app back on.  The whole

11  goal is to just head towards Northridge.  I don't start at my house and chase the surge pricing.  I make

12  more money when I'm in the San Fernando Valley because there are usually longer trips out there

13  than in the busier parts of the City.  On the weekends, I start from my driveway and turn on the app.

14  Then I let the app take me wherever the riders are going.

15        11.    I keep track of my expenses including, gas receipts and car wash receipts because

16  being self-employed, I know that it can lower my tax liability.

17        12.    At the end of a ride, people rate drivers on a five-star system.  Then those ratings are

18  averaged out to give me my rating.

19        13.    I've cancelled a couple of rides, which sucks because I don't get reimbursed for them

20  either.  I'll usually cancel if I show up and the rider isn't around.  Sometimes, I'll try and wait and

21  hope the rider cancels instead because then I get reimbursed.

22        14.    I get regular suggestions from Uber via email, but I don't follow their suggestions.

23  It's one of the advantages of being an independent contractor.  My boss at my job for LA County

24  makes "suggestions" to me all the time, and I actually have to follow those.

25        15.    I get cash tips sometimes.  If someone wants to give me a tip, I'm going to take it.  I

26  will tell them that it's not necessary, but I really want them to give it to me.  From the training video I

27  watched, I remember that Uber told me to tell passengers that tipping is not necessary, but if they

28

---

CLASS MEMBER DECLARATIONS 484

insist, then I can take the tip.  I keep the tips I receive.  I probably get cash tips 10% of the time.  When I get tips, though, they're usually pretty good.  Sometimes when I take someone to the airport, I will get a $20 cash tip for a $20 ride.

16.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 27th day of May, 2015.

_____
DARIO GRANT

---

3

DECLARATION OF DARIO GRANT

1 **DECLARATION OF COREY GREEN**

2     I, Corey Green, do hereby swear, affirm and attest as follows:

3     1.    I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6     2.    I am a 29-year-old man.

7     3.    I live in Los Angeles, CA and I've lived here for six years.

8     4.    I have a regular Class C California Driver's License.

9     5.    I'm an UberX driver. I partnered with Uber in January, and I have only used the

10 UberX app as a driver.

11     6.    I own the car that I drive when I'm using the UberX app.

12     7.    I work in the film industry as an independent contractor. My hours there are sporadic.

13     8.    I consider myself an independent contractor with Uber. I choose when I work. I drive

14 when I need money. When I have the time, I prefer to drive early in the morning because it makes

15 the most amount of money. Plus, when you drive in the morning you don't have to deal with drunk

16 people, which is very nice.

17     9.    I have cancelled calls in the past if the passenger rating is low or the call is coming

18 from more than 15 minutes away. Uber doesn't instruct me to cancel calls—I decide on my own.

19     10.    I have received cash tips almost every day that I've driven. I currently have a rating of

20 5. I've gotten anywhere from $2.00 to $60.00 as a tip. Uber has never asked me to give them any of

21 the tips that I've received.

22     11.    I know that for the rating system, when the passenger gets out of the car, they are

23 prompted to rate me, just the same way that I'm prompted to rate them. I'm assuming that these

24 ratings are just averaged to give me my driver rating of 5.

25     12.    I have turned off the UberX app earlier than the end of a ride on occasion because I

26 made a driver error, like a wrong turn. I want to make sure that my customers don't have to pay for

27 my mistakes. I'm actually surprised by how many drivers that use the UberX app don't turn off the

28

CLASS MEMBER DECLARATIONS 486

app early when they make a mistake in their driving.

13.     I also drive using Lyft, which gets about 20% of the business that Uber gets.  I also have used sidecar, and I've only given two rides in the past six months.  Every day I operate Lyft and Uber apps simultaneously.  I operate these apps simultaneously because it cuts down on inefficiency and minimizes down time.

14.     Uber sends me emails a few times a week, which I skim, except for the ones that relate to my payments, which I look at pretty closely.  Uber gives me suggestions through their emails.  Although I skim the emails, I'm a professional and I don't let these messages or suggestions impact my behavior relating to my driving at all.  Although, once, they sent an email about a concert that was happening, and I bought a ticket.  That was the only time I followed a suggestion of Uber's.

15.     I keep track of my expenses including gas, maintenance, cleaning, tolls, water for my riders, and entertainment (primarily Spotify) for my riders.  I plan to submit these as business expenses when I file my taxes next year.

16.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 24th day of May, 2015.

Corey Green

---

2

DECLARATION OF COREY GREEN

CLASS MEMBER DECLARATIONS 487

## DECLARATION OF JEFFREY GREEN

I, Jeffrey Green, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I currently live in Los Angeles County.  I am a Navy veteran. I began driving under the UberX platform in October of 2014 and currently still use UberX.

3.    During the day, I work as an independent contractor courier for various companies, and I typically do my Uber driving during the nighttime.  However, if I'm not busy during the day with my various courier positions, I sometimes drive under the Uber app during the day, too. I like to say that during the day I transport cargo, human organs, medical and legal files, and in the nighttime, I transport people.

4.    I am giving this declaration today because I do not want to lose the independence I have as an Uber driver.  I do not want to see any one take Uber down, "rock the boat," or change the circumstances.  I support Uber's position because I appreciate that I can be independent from Uber. I appreciate being an independent contractor.

5.    My wife has a father who is incredibly sick and her job is to take care of her father.  I believe that part of my role is to use my independence to support her.  I enjoy the fact that while using Uber, I am not assigned to a geographic location. I enjoy being able to choose whether or not to go to work without facing a penalty.  I enjoy choosing whether or not to pick up a rider, and know that there is no penalty if choose not to pick someone up.  I enjoy being able to have multiple jobs without penalty.

6.    There is great variation in my work schedule as an Uber driver. Sometimes I don't work at all during the week and other times I do work. All I worry about is whether or not I'm making money—I go where I make money. If I need to go to a different state to work for a different company, I do.  With Uber, I don't have someone calling me and asking where I am and when I'm coming back—as an independent contractor, I do what I want, when I want.

---

1
DECLARATION OF JEFFREY GREEN

7.      If I am driving in a particular area and want to move into a new one, I turn off my app and move to my desired area. I often strategically position myself to bring people *into* a high demand area. I use positioning because this is a hustle-game—I have to position myself to be in the right area to make the most amount of money. I am in the business of being paid by the mile, so I try to place myself in the right place at the right time.

8.      Sometimes it takes me longer to get to a rider than the time the rider spends in my car—but this is the nature of the business. When I factor in depreciation, taxes, and other expenses I have (such as mileage), the bottom line I take home is small. When I weigh things out, though, the independence I have of not being told where to be, when to be at work, and how often to work, outweighs the costs of mileage, gas, and the other expenses I incur.

9.      Although I don't always "win" on every ride (financially speaking), I meet people at night who are having a good time, and I vicariously feel like I'm having a good time. I also feel good about helping people get home when they're inebriated. For example, I once felt that it was my duty to get a young woman home safely when she was inebriated. In this sense, I view what I do as partially being community service.

10.     This job provides me with the opportunity to make short-term money that I can use to make long-term money. I see what I make as soon as I make it. Once I've decided that I made enough money for a given period of time, I stop working. My pay is in the air—I don't know when my phone will activate and bring in income; this is contrast to my courier jobs in which I know how much money I will make delivering something, but I enjoy this flexibility and being able to decide when I'm done for a given day or night.

11.     I did not attend Uber's meetings to help drivers understand "pooling" because I believe it's pretty self-explanatory.

12.     I know that I am free to accept or decline leads generated through the Uber App. I usually do not decline, however, because if I'm doing something else and do not wish to drive, I just turn off the app. If I'm busy, I don't drive.

13.     I try to control my onboard experience with conversation. If a rider wants to listen to

CLASS MEMBER DECLARATIONS 489

1  a specific type of music, I try to accommodate that.  I haven't watched many of the Uber videos

2  regarding the onboarding experience.  The pressure I feel to provide a good onboarding experience

3  comes from the ratings that riders give me.  I know that riders, rather than Uber, are in control of the

4  ratings.

5      14.    Riders do not have the ability to tip me, as a driver, and some of them wish that they

6  had the ability to do so.  There is no way to include the tip in the fare, and I understand that the fare

7  riders pay does not include a tip.

8      15.    I created a corporation under which I drive for Uber.  When I filed my taxes for my

9  corporation for the 2014 year, I classified my corporation as an independent contractor or Uber.

10      16.    I have given this testimony completely voluntarily and without any coercion

11  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

15  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

16  have to provide any written statement.  I also was specifically told that I could participate in the

17  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19      I declare under penalty of perjury under the laws of the United States of America and the

20  State of California that the foregoing is true and correct.

21

22      Executed at Los Angeles, California this 26th day of May, 2015.

23

24                      Jeffrey Green

25

26

27

28

3

DECLARATION OF JEFFREY GREEN

**DECLARATION OF DMITRY GREENBERG**

I, DMITRY GREENBERG, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My primary job is playing music for a production company in Chicago, but I also have my own band and a few other side gigs.  Whenever I have free time away from those responsibilities, I supplement my income by driving and getting fares through Lyft and uberX and uberXL.

3.      I started driving a few years ago in November in 2013 when I started using the Lyft app to get fares.  A few months later I got an email from Uber saying – in a sense –  "Why not drive with Uber too?" and that made sense so I onboarded with Uber and started using that app as well.

4.      I currently have two vehicles registered with Uber, one is a Toyota Prius and the other is a Toyota Sienna.  The Sienna has seven passenger seats so I get fares through uberXL as well as uberX with the Sienna, and when I'm driving the Prius I get fares through uberX.

5.      When I drive the Prius, I split the fares with Uber 80%-20%, and Uber covers all of the tolls I have to pay.  With the Sienna, it's the same arrangement but the rates are higher if I am getting the fare through UberXL, which I believe is about 1.5 times the uberX rate.  I understood that this would be the arrangement we would have when I first started contracting with Uber.

6.      With the Sienna, I can get fares through either uberX or uberXL.  One of the benefits of uberXL is that the fares are higher, ride for ride.  Occasionally, Uber will try to entice uberXL drivers by offering to only send uberXL requests my way, but this doesn't happen often.  When they do that I take advantage of these offers, though I'm not sure it ultimately makes sense as there are less requests for uberXL.

7.      I build my schedule around my primary job, so I mostly drive in the mornings, from around 8am to noon or 2pm.  I don't drive nights or weekends, in part because that's when I'm working and in part because I don't like dealing with drunk people very much.

8.      I live in the Sunset in San Francisco, which generally has less demand than other

1
DECLARATION OF DMITRY GREENBERG

CLASS MEMBER DECLARATIONS 491

1  areas, like downtown.  When I start to drive I turn on the app as soon as I get into the car, but then I

2  start heading towards downtown or any other high demand area that is showing up on the app.

3  Sometimes I pick up a fare on my way and sometimes I make it downtown.  I make a point to head

4  to high demand areas, but that's common sense.

5      9.      The Prius is registered with both Uber and Lyft, but the Sienna is only on Uber

6  because Lyft only allows a driver to register one car.  If I have my choice, I usually take the Prius, in

7  part because it is registered with both apps, but also because it is more fuel efficient.  However, my

8  daughter often borrows the Prius and so when that happens I use the Sienna.

9      10.      When driving the Prius, I operate both the Lyft and Uber apps at the same time.  I

10  used to have a phone for each but that got pretty expensive and I found it's relatively easy to use

11  them both on one phone so I switched methods and went to one phone.  Whenever I am looking for a

12  fare, I open both apps and from there it's first come, first serve.  As soon as I get a fare from one, I'll

13  close the other app.  When I'm done with that fare, I open up both apps again to get the next fare.

14      11.      I generally accept every fare that comes my way through the Uber app.  I do this in

15  part to keep my acceptance rate up, but also because it makes sense to accept.  Sometimes I will get

16  a fare that comes when I am pretty far away.  I often don't even decline these fares because I know

17  the passenger will cancel the ride as soon as they see how far away I am, and that's ideal because it

18  doesn't affect my acceptance rate.

19      12.      When it comes to how I interact with customers, I figure that they want what I would

20  want as a passenger, to get from point A to point B, with no frills or extras.  I keep bottled water in

21  my car but nothing else, and this has been plenty to keep my rating high enough.  I have never gotten

22  any feedback from Uber about my rating, and I have never been deactivated because of it.

23      13.      I have given this testimony completely voluntarily and without any coercion

24  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

25  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

26  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

27  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

28  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

2

DECLARATION OF DMITRY GREENBERG

CLASS MEMBER DECLARATIONS 492

1   not have to provide any written statement.  I also was specifically told that I could participate in the

2   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4          I declare under penalty of perjury under the laws of the United States of America and the

5   State of California that the foregoing is true and correct.

6          Executed at San Francisco, California this _19_ day of May, 2015.

7

8                                                  _____
                                                           DMITRY GREENBERG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

**DECLARATION OF DMITRY GREENBERG**

CLASS MEMBER DECLARATIONS 493

## DECLARATION OF MICHAEL R. GREENFIELD

I, MICHAEL R. GREENFIELD, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I worked as an independent contractor driving taxis for about twenty years. After that, I got a job with Golden Gate Bridge, Transportation, and Highway District as a bus driver and did that full time for eighteen years until I retired in March of 2014.

3.      About six months before I retired, I heard about Uber and their ridesharing program. I had just leased a new car and I decided to see if I could cover my lease payments by getting fares through the Uber app.  After onboarding, I took the car out for an afternoon and covered my entire lease payment in an afternoon so I decided to stick with it.  I drove for a few hours a week until I retired.

4.      Once I retired I started driving more, up to as much fifty hours a week, though I often take several weeks off at a time.  That's actually why I use the uber app and prefer working as an independent contractor, because I get to make my own hours.  I have a lot of things I want to do with my free time, like travel and play musical instruments.  By not having a set schedule and having to answer only to myself I can easily do all of that.

5.      As a former cab and bus driver, I have a Class B Drvier's License which lets me drive passenger buses and would give me access to all sorts of job, like driving the google shuttles, but I don't want to be employed so I stick to driving for myself.

6.      In fact, I think I have more freedom with as an independent contractor with Uber than I did as a taxi cab driver.  As a taxi driver I had to work certain shifts, and I was penalized if don't show up for that shift.  Also, the car wasn't mine so there were a lot of demands tied to me, driving with the Uber app, I own my car, so Uber makes no demands on me at all to drive.  I drive when I feel like driving.

7.      Besides Uber, I also use the Lyft app to get fares. Which one I use really depends on geography.  Lyft is much more popular in Berkeley, which is closer to where I live, so if I'm near

1

DECLARATION OF MICHAEL R. GREENFIELD

1   there I'll use Lyft.  Besides that, though, I generally use Uber 90% of the time. Uber has much more

2   coverage than Lyft.   Whether to use Uber or Lyft, and whether to use Lyft at all, is a business

3   decision.  I do what is best for my bottom line.

4        8.    Every once in a while I get offered a cash tip, in a week's time, I might get three cash

5   tips. When that happens I accept it. The amount I receive in cash tips varies widely.

6        9.    I get general blast emails from Uber about special offers, or informing me of my

7   ratings or of payments.  I also get text messages about major events that are going on.  The only time

8   I get non-automatic emails about my performance are when there is some particular passenger

9   complaint.

10       10.   I once had an abusive passenger from Sausalito.  I complained to Uber about this

11  woman and they told me that I'm an independent businessman and that I don't have to give this ride

12  to anyone; who I drive is up to me.

13       11.   When I first started, I used to worry about declining rides that I've been given.  Now,

14  I've realized that I'm dealing with a robot that doesn't understand traffic patterns or locations, so I

15  just go ahead and decline if it doesn't make sense for me to take a job.  I've never had an issue with

16  my acceptance rate, so my policy has worked for me well at this point.

17       12.   Ultimately, Uber doesn't interfere in my other business.  I file a Schedule C tax

18  return, I expense my mileage, my car, my phone, my insurance, and any other business expenses.

19       13.   I have given this testimony completely voluntarily and without any coercion

20  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

21  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

23  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

24  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

25  not have to provide any written statement.  I also was specifically told that I could participate in the

26  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

27  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28

2

DECLARATION OF MICHAEL R. GREENFIELD

1       I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3       Executed at San Francisco, California this 19 day of May, 2015.

4

5                                                   MICHAEL R. GREENFIELD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF MICHAEL R. GREENFIELD

**DECLARATION OF Michael Grewe**

I, Michael Grewe, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am an UberX driver. I am 57 years old and have been living in San Diego since about 1988. I have been using the UberX app since March 7, 2015. I am currently self-employed. I own a company called SMarketing. I do promotional merchandise, like putting your name on a pen or coffee mug, or print our business cards or banner. My promotional business is a full-time job. I'm self-employed so it doesn't prevent me from working elsewhere. I am a direct partner with Uber. I own my own vehicle, a Saturn Vue 2005, an SUV, and this is the vehicle I use when using the Uber app.

3. When I am ready to start driving, I drive in the evenings, I will prepare to go, and then I turn the app on while at home. Within 15 minute I get a request and I go. Once I pick someone up, depending on where I go, I usually get another ride within a minute and go. If it's slow, I will go to Pacific beach, or downtown if closer. Downtown has bars and restaurants that have more people. My strategy is to go places where there is a higher probability to get a request. When I am there, sometimes I park and wait, but most of the time I cruise an area. And usually I get a ride request (or pings).

4. I have my own tracking sheet, where I pick people up, the odometer reading. When I get the ride request I head to the pickup location and note when I arrive, when I pick them up, and when I drop them off. I put this information into an excel spreadsheet, which helps me determine what I make per hour and what I make per trip.

5. Surge pricing is nice when it happens, but I don't live for surge pricing, but the Rolling Stones concert was a PETCO park, and there were two trips I did from there when the surge was 2.4. It was 5.7 when I came back, and it affected it. I went offline away from downtown, so that I wouldn't get called, and put it back on when I came downtown. But typically I don't chase the

---

1
DECLARATION OF Michael Grewe

1   surges, because they can be fleeting.  The concert jacked it up, so it was worth going after.

2   6.   I usually start around 7PM, and will go for 3-4 hours, sometimes less, sometimes

3   more. Sometimes I start at 6PM.  If it's busy, I will go as late as 2AM.  Those are rare but it happens.

4   I try to do at least 10 trips before I think about stopping.  Last few nights have been slow, so I go up

5   to 5 and then go home.  I consider myself as driving for Uber when I login to the app, but I

6   understand that until I get a request, I am just driving around.

7   7.   I run my business during the day, and I drive at night, as opposed to watching TV at

8   home.  I am a Padres season ticket member, so I do other things.  I have become addicted to driving

9   using Uber, interacting with people.  I like having my flexible driving schedule; does anybody not?

10  Uber doesn't require me to login to the app for any minimum amount of time, and Uber has never

11  threatened to suspend my account for not spending enough time logged in.  Uber doesn't set my work

12  schedule, and Uber doesn't restrict me from engaging in another occupation or business.  I value the

13  flexibility, because I can work when I want to and not work when I don't want to, so I can do other

14  things like networking events, sporting events, and social events.

15  8.   I never went to an orientation.  Via an email, Uber has told me to not call or text, but

16  it's hard not to do that when you have to call or text them.  I am not required to follow them, and I

17  don't.  I have discovered that if I am approaching a pickup, the pin drop is not an exact address, but a

18  range, and it's better that I call when I am close to find out specifically where someone is.  Often it's

19  a shopping center, so I call and ask where they are.  One time, they were in front of the Jack in the

20  Box.  In Pacific Beach, it's good to do this, because it's not uncommon that they are in a bar or a

21  restaurant.  If you show up at a location and wait, I just don't wait.  I call and text immediately.  One

22  out of ten times the riders are proactive, which is nice, but I just found that this works better for me,

23  that we have some kind of communication.  The tips that Uber offers are not practical.

24  9.   They send a weekly recap saying you could have earned if you drive at peak times.  I

25  think that the grid is hard to follow, and a majority of them are in the morning, and I operate my

26  business in the morning.  I find the recap difficult to read, but I don't find it particularly useful.

27  10.   Also, the pickup location is inaccurate compared to the actual location.  I one time had

28

2
DECLARATION OF Michael Grewe

1    a pickup location in University City, and into the bowels in a cul du sac. But it turned out they were

2    in La Jolla, 5 driving miles away. I used my google maps to find them and not the Uber app. It's

3    really annoying.

4          11.     My understanding of the star rating system is that the people can rate me from 1-5

5    based on safety, how quickly I get them there, that the car is clean, engaging in conversation or not,

6    but it's subjective. I give most people 5's, but if they don't want to give me a 5, that's their

7    prerogative. There are some people who will not give anybody a 5. As far as I know, Uber has no

8    control over the ratings.

9          12.     To improve my rating, I try to get to the location as quickly as possible. I put an air

10    freshener in my vent, and people comment that is smells nice. I help with riders' luggage, and once

11    have put a bike in the back. I try to be affable, and talk to them about whatever. Some people want

12    music some people don't. You go with what the rider wants. These are my ideas. Uber didn't say

13    keep your car clean or wash it. At the end of the day, I look in the back and make sure people

14    haven't left anything. I've had everything from a pair of Coach sandals to cell phones to keys and

15    Padres hats. I always let Uber know, and have made arrangement to meet people to return their items

16    to them. Uber has a lost and found, but my willingness to rendezvous is on me.

17          13.     I don't communicate with Uber too frequently. Only once I got rear-ended, when

18    stopped at a light, but it was low impact and my care was ok. I was offline for a day and a half.

19    Otherwise because of lost and found stuff. In a month, I might communicate with them once. From

20    Uber, I get emails a few times a week about events so you can be at the ready if you want to drive.

21    There is also a weekly recap and money related emails. It's all generic, not personal. It's all

22    automated.

23          14.     The emails from Uber tell me about events, approximate attendance, and it's more of

24    an informational things.

25          15.     My expenses are gas, when I applied and had to get my car inspected when I needed to

26    remove dust from rear brake pads. Sometimes from washing my car, about once a month. I keep

27    records through a spreadsheet and keep all of my receipts. I have a separate Uber business in my

28

---

3

DECLARATION OF Michael Grewe

1  QuickBooks.  I will file my taxes as self-employed next year.  I will report my expenses as business

2  expenses and maybe deduct them, depending on what my CPA says, but I have kept all of my

3  receipts, so I have a running total.  I track my cash tips, so I will report those.  Not tip income that we

4  allegedly make, but I will report my cash tips.  I make maybe twenty a month in cash tips, but I will

5  report those.

6      16.    Uber has never told me anything about tipping, but cash tips are the only way I get

7  them.  I can accept credit cards, but I don't do that.  Most of them are a couple bucks, or five bucks,

8  and once or twice a week.  Uber has never threatened to suspend my account for accepting tips.

9      17.    When I signed up for Uber I assumed I was signing up to be an independent

10  contractor.  My preference would be to be an independent contractor.  I want to stay this way because

11  of the flexibility it offers.  Anything other than that would allow them to dictate when I drive, how

12  long I drive, where I drive.

13      18.     I have given this testimony completely voluntarily and without any coercion

14  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

15  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

17  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

18  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

19  have to provide any written statement.  I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22      I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.

24

25      Executed at Los Angeles, California this 28th day of May, 2015.

26      _____

27                  Michael Grewe

28

---

4

DECLARATION OF  Michael Grewe

**DECLARATION OF VAHIK GRIGORIANS**

I, VAHIK GRIGORIANS, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 52 years old male and live in Hollywood, CA in Los Angeles County. I have lived in Hollywood for over three years.

3. I have been providing Uber X services since April 2014 and currently do so.

4. I perform Uber X driving services full-time (on average 40 hours a week). I do not have any other job or work for any other company. I was a cab driver for ten years before I began driving for Uber, but stopped driving cabs about one month before I switched to Uber. Uber has never told me that I cannot do other work.

5. I only drive one vehicle when I drive for Uber – a 2014 Honda Civic. I own the vehicle and am currently making car payments on this vehicle.

6. I have the Lyft app but I do not currently use it. I first installed the Lyft app because it was during a short time in which I heard Uber reduced their prices by 20%, and so I thought I could make more money using Lyft. However, I did not use Lyft until Uber temporarily closed my app for about two days, due to a misunderstanding regarding the validity of my car registration. After my Uber app was restored, I continued to drive primarily using the Uber app. I had turned on the Lyft app for 30-60 minutes from time to time and although Uber has never told me that I cannot use both apps or use them simultaneously, I now do not use the Lyft at all due to personal preference.

7. I usually log on to the Uber App around 6:30am or 7:00am, and usually finish before 3:00pm. I generally log off before afternoon traffic time because I dislike traffic – this is purely a personal decision, and is the same from when I used to drive a taxi. 95% of the time, I do not work more than 8 hours at a time. On the weekends, I start around the same time in the morning, sometimes as late as 8:00am, but usually work until around 4:00pm. I generally work longer hours on the weekends because there is less traffic. Although I happen to keep a regular schedule, I know

1
DECLARATION OF VAHIK GRIGORIANS

CLASS MEMBER DECLARATIONS 501

that I can exercise flexibility to change my schedule if I want.  For example, if anything personal comes up (e.g., a funeral), I don't have any problems taking the time off because all I have to do is turn off the app.  Uber has never told me that I need to stay logged on for a minimum number of minutes or hours for a specific period of time, nor has Uber ever assigned me a specific geographic territory or neighborhood.

8.  Surge pricing does not affect my decision to log on to the app, although I know many drivers who take advantage of surge pricing.  It is my understanding that surge pricing usually occurs at nighttime and on the weekends when I don't like to drive, so it is my choice to ignore notifications of surge pricing times.  In fact, I have unsubscribed from messages notifying me about surge pricing or big events.

9.  I do not believe that Uber will punish or discipline me for declining a ride.  I accept about 95% of the ride requests I receive.

10.  I recall going through a 30-minute training when I first started regarding how to use the app, protocol for how long to wait for riders, etc.  Uber also provided me with suggestions on how to interact with passengers (e.g., providing water, opening doors, etc.) to improve your rating, but Uber never said that I had to follow these suggestions.  It is my understanding that I could completely ignore these suggestions.  However, I still try to provide good customer service to make the customers happy, in addition to keeping my rating up.  Customer service was very important to me when I used to drive a taxi as well.  This probably contributes to my 4.9 star rating.

11.  I contact Uber any time they send a message to me requesting information or if I find a passenger's belongings in my car and, when I do, I contact Uber through the app.  Otherwise, I do not contact Uber.  As a result, I am in communication with Uber about once a month or every other month.

12.  As an Uber driver, I incur expenses like gas, insurance, water bottles for customers, and general car maintenance like oil changes, tire changes, etc., and pay for them personally.  Sometimes I keep gas receipts and sometimes I keep records of oil changes, etc.  At the beginning of this year, I received a Form 1099 from Uber for my driving services for 2014 – I did not receive a W-2.  I designated myself a self-employed on my 2014 taxes.

2

DECLARATION OF VAHIK GRIGORIANS

13.     I have received cash tips when driving with Uber.  There are some months when I get no tips.  However, there are other times when a customer tips me with cash, even knowing that they are under no obligation to do so.  Uber has never suspended or threatened to suspend me for accepting cash tips.

14.     I consider myself a self-employed independent contractor primarily because I have the freedom to work when I want and have a choice in my hours, and when I don't want to work I just need to turn off the app.  Additionally, my wages aren't guaranteed – I don't receive an hourly rate or a salary like an employee does.  The amount of money I make per shift can vary.

15.     I don't really take breaks – probably only 5-10 minutes – since my shifts are around six hours.  I have some snacks with me in the car, but I usually wait until the end of my shift to go home and eat lunch.  Uber has never told me that I must take breaks at certain times or places or of certain lengths.  Rather, the decisions surrounding when I take my breaks, where I take my breaks, and how long they last are completely within my discretion.  For example, if I am driving in the Glendale area, I might opt to take a break then so that I can visit my sister who lives there.  When I take my breaks, I put my Uber app offline.

/ / /

/ / /

/ / /

3

DECLARATION OF VAHIK GRIGORIANS

CLASS MEMBER DECLARATIONS 503

16.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26 day of May, 2015.

_____
VAHIK GRIGORIANS

4
DECLARATION OF VAHIK GRIGORIANS

**DECLARATION OF VOICU GRUIA**

I, Voicu Gruia, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I have been living in Torrance for the past year. I previously lived in Anaheim for about five years. I began using UberBlack and UberSUV a little over two years ago and currently still use both platforms. I currently own G&V Limo Services, under which I drive with the Uber app. More than ninety percent of my business revenue comes from driving I do under the Uber app.

3. For convenience purposes, I try to pick up customers around my home. I do not have a specific strategy for finding riders and accept the unpredictability that comes along with driving. It's like a fishing expedition—sometimes you find a big fish, sometimes you find a small fish.

4. I choose to start my day early—around 4 am—because there are a lot of airports around where I live and opportunities to pick up riders. I also strongly dislike working in the nighttime and dealing with drunk people. I keep the app on almost always to make as much money as I can, but I do not feel any pressure to keep it on from Uber. If I get a request and am not otherwise busy, I hop in the car and go.

5. I love the concept behind Uber because I am not forced to do anything. I enjoy not having to answer to anybody—that's what I love most about Uber. I used to work for a limousine company and disliked that my schedule was determined for me and that I needed to request time off for a vacation. Driving with the Uber app is completely different and much better for me. I love making my own hours. I like being able to take a week-long vacation without having to tell anyone. I sometimes wish there was more business, but I love the concept.

6. I do not feel pressure from Uber to work for a certain amount of time. If a rider has a really bad rating or if I'm tired and want to go home, I decide to shut off the app.

7. I interpret Uber's suggestions for onboarding experience as just that—suggestions, not requirements. For example, Uber suggests that we don't wear cologne, but I do; I won't change my

---

1
DECLARATION OF VOICU GRUIA

1  way of life to comply with the suggestions.

2      8.    I have the typical expenses associated with driving—gas, cleaning, mileage, suits, etc.

3  I keep records and receipts of all of my expenses.  I file taxes as an independent contractor under a

4  1099.  I deduct my expenses from my income for income tax purposes.

5      9.    I have given this testimony completely voluntarily and without any coercion

6  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

10  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

11  have to provide any written statement.  I also was specifically told that I could participate in the

12  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14      I declare under penalty of perjury under the laws of the United States of America and the

15  State of California that the foregoing is true and correct.

16

17  Executed at Los Angeles, California this 26th day of May, 2015.

18                                                    _____

19                                                          Voicu Gruia

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF VOICU GRUIA

1      **DECLARATION OF KATE GUILFOYLE**

2      I, Kate Guilfoyle, do hereby swear, affirm and attest as follows:

3      1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except

4      where otherwise indicated, all of the information contained herein is based on my personal

5      knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.     I first heard about Uber a few years ago.  My daughter had been using Uber as a

7      passenger and had told me about it.  I rode it with her a few times, and I thought it was awesome.

8      3.     Around of July of last year, I decided up to use the Uber app so I could make some

9      supplemental income.  At the time, I was working as a part time personal assistant for two separate

10     people.  I was working about 20-25 hours a week, and I was thinking about taking on something

11     else.  I also wanted to find something I enjoyed—I didn't want another "job." I went on Craigslist

12     and looked for jobs, and I came across a few advertisements for driving with the Uber app.  Once I

13     made the decision to sign up for the Uber app, I googled it and went from there.  I filled out a few

14     forms and submitted some paperwork.  I also submitted some information for a background check.

15     Then I submitted some information about my car insurance, driver's license, registration, and a car

16     inspection report.

17     4.     When I first signed up, it took me a few months to get going.  For the first few

18     months, I was only logging onto the app about 10 hours or so.  One of my personal assistant jobs

19     started phasing out, so I decided to focus more on making money through the Uber app instead of

20     finding another job.  I wanted something where I was in control and could work as much or as little

21     as I wanted.  Currently, I still work as a personal assistant for about 5 hours a week, but I expect that

22     to be phasing out completely in the next couple months.  My plan is to make an income exclusively

23     as an Uber Partner—not because Uber requires an exclusive relationship, but because I love Uber

24     and what it stands for.

25     5.     I have a 2012 black Toyota Prius.  I use it to drive on the UberX platform, but I use it

26     for my personal errands as well.

27     6.     I don't use Lyft or Sidecar, but not because Uber prohibits me from using those apps.

28     I use Uber to generate fares because I have had such a great experience with Uber and make enough

---

1

DECLARATION OF KATE GUILFOYLE

CLASS MEMBER DECLARATIONS 507

money using Uber that I don't find it necessary to use other apps.  In fact, one time I took a cab in San Francisco and noticed that the driver had Uber, Lyft, and Sidecar logos.  I was curious about that, so I emailed Uber and asked if that was something I could do.  The response I got was that it was entirely up to me and that Uber couldn't tell me one way or another way what to do.

7.       The number of hours I drive using the Uber app a week really varies a lot.  When I first started, I was only drive about 10 hours a month.  Now, I drive 25 or 30 hours a week.  Whenever I feel like driving, I log onto the app.  Whenever I feel like not driving, I log off.  Uber doesn't require that I work a set schedule or a specified number of hours.  In fact, I took a couple months off of driving when my daughter was sick, and there were no repercussions.  A few times, I felt a little guilty and I emailed Uber wondering and every response was so positive and "it's all good."

8.       In addition to the flexibility Uber provides, I find Uber to be a very ego satisfying social thing.  I meet so many amazing people when I am driving, I really love meeting new people and I feel very proud of what I do.

9.       I normally drive in Los Gatos, but sometimes I end up in San Francisco and will drive around here.  Uber doesn't require that I drive in one specific neighborhood; it's entirely my choice.

10.      I don't use my own iPhone to download the app to generate fares.  When I signed up, I had the option to, but I declined.  I prefer to keep my phones separate and that way I have my phone as a backup.  I pay Uber a $10 fee per week for data.

11.      With Uber, I decide how and when to drive.

12.      I am a bit of a clean freak, so I am the same way with my car.  I signed up for a car wash service membership, Classic Carwash.  I pay $30 a month and I can drive through as many times as I want.  I decide how often to get my car washed; Uber doesn't tell me when to get a car wash.

13.      Uber also doesn't tell me when or where to get gas or get oil changes or maintenance.  Uber has a program for certain places you can get discounts, but I don't follow that, I go where I want for these things.

14.      In my car, I provide snacks for my passengers.  I provide pretzels, gum, almonds,

CLASS MEMBER DECLARATIONS 508

water, bananas, sparking water, chocolate, other candy, tissues, ibuprofen, hand sanitizer, and newspapers. If it's around the holidays, then I like to change it up with festive holiday candy. On Valentines Days, I like to provide roses. I pay for all of this myself. Uber does not require me to provide these amenities, I do it because I like happy passengers and I want to.

15. At first, I wasn't tracking the cost of some of these things, but over the last few months, I have been hanging on to my receipts so that I can deduct them as a business expense. I want to treat my driving as an actual small business that I own and operate.

16. I display the Uber logo when I'm driving, both the regular one as well as the orange one for the airport. It's always been my understanding that this is a requirement from the PUC, not Uber's requirement.

17. There have been times where I have made a wrong turn or something like that, and I have emailed Uber to change the fare to charge the customer less. It has always been my decision to email Uber to adjust the fare, and Uber has always complied with my request.

18. I get emails from Uber, and I always read them—not because it's required, but because I love reading the emails from Uber. Once a week, Uber sends an update about customer ratings, how much money I made the last week, etc. They also send emails about when big events are happening in the Bay Area. Sometimes I will drive for big events, but sometimes I will take advantage of a big event going on in one place to drive in another place that might be empty as a result. That's totally my choice; Uber doesn't require that I drive in one area or another.

19. It's my understanding that passengers are not required to tip. I do not require tips at all, but sometimes I will get offered tips from a passenger. When I first signed up, I read somewhere that passengers were not required to tip, but as a driver, I could accept tips if they were offered. I get offered tips frequently, maybe 7 out of 10 rides. I always say, "no, it's okay, but thank you," or something like that. And if they insist, I accept. The tips I have received have varied, from $2 to $50 cash. I've never requested a tip or required one—I think that's very unprofessional.

20. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3

DECLARATION OF KATE GUILFOYLE

CLASS MEMBER DECLARATIONS 509

1    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4    not have to provide any written statement.  I also was specifically told that I could participate in the

5    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7         I declare under penalty of perjury under the laws of the United States of America and the

8    State of California that the foregoing is true and correct.

     Executed in San Francisco, this 18 day of May, 2015.
                                         CA

                                                    KATE GUILFOYLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF KATE GUILFOYLE

### DECLARATION OF MIKE GUIZAR

I, Mike Guizar, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been an UberX driver for approximately two months. I am a student attending Marymount College and I drive UberX on the side to get some extra cash. I am studying management marketing and want to start my own business one day. I understand that I am my own boss and am running my own business as an UberX driver. I decided to leave my position as a Torrance Police Cadet because I could make more money as an UberX driver.

3.     I drive a Chevy Colorado which I own. I also bought a Chevy Cruze which I intend to use only as a personal vehicle and use my Colorado as my Uber vehicle.

4.     I try to start at Second Street in Long Beach or in Hermosa Beach because there are bars and I am more likely to make a profit with those trips. Thereafter, I go where there is demand. I plan on working Thursday nights, Friday nights, and Monday mornings. I might sometimes also work Saturday nights. I choose to work nights usually because I go to the areas with bars and clubs where there is greater demand.

5.     The surge pricing impacts my decisions as to where I will drive towards and where I tend to stick around. I like to work during surge pricing because it is more profitable.

6.     Although I know I am not supposed to pick up passengers at the airport, Uber does not give me a designated geographic territory and I can drive anywhere else for customers.

7.     Although I am allowed to sign up with Lyft or SideCar, I have decided not to because if I need any work, I feel that I can get enough from Uber.

8.     I am free to accept or decline any ride that I want. I haven't felt the need to decline any rides because I can simply turn off the App if I don't want to be working. However, I know that it's my choice to decline or accept rides.

9.     I requested a fare adjustment once when the App had a technical problem that caused it to shut down. I contacted Uber and told them the details of the route and they made sure to adjust

1
DECLARATION OF MIKE GUIZAR

CLASS MEMBER DECLARATIONS 511

1    the rate to fit the actual route that I drove.

2         10.    I like to work for Uber because of the flexibility in making my own schedule. This is

3    important for me because I go to school full time, want to vacation, take trips over the summer, and

4    do anything else I need to get done. Uber has no say in what my schedule is.

5         11.    I understand that I can take on any other work outside of Uber as a I wish.

6         12.    I receive emails from Uber probably once a week and I choose to read them because I

7    find the information to be helpful. They provide tips that give me assistance in improving my

8    performance and increasing my profit.

9         13.    Riders have a choice to rate me from one to five. I don't think Uber has any influence

10   over my ultimate rating. My rating currently is 4.87. I maintain the high score by providing water,

11   opening doors, being social, and keeping my car clean. I wipe down my car every night to make sure

12   my ratings stay high and I don't get bad ratings for a messy car. Uber has made suggestions on these

13   things to keep my ratings high but I know that they don't force me to do these things.  It's up to me

14   whether to do any of these things and I do it because I want high ratings.

15        14.    I cover all expenses for my business such as car washes, oil, gas, brakes, and related

16   upkeep of the car. I don't keep a record specifically for my Uber related expenses but I am working

17   on getting a separate gas card so I can have better records.

18        15.    I remember receiving and reviewing a Software License and Online Services

19   Agreement. I understand that I am an independent contractor and that I am self-employed. As such, I

20   know that the next time tax season comes around, I will be filling 1099 and indicating that I am self-

21   employed. I also intend to speak with my tax accountant to discuss the breakdown of my business

22   expenses including gas, mileage, and car maintenance.

23        16.    Typically, I don't take meal breaks because I want to keep working. However, on the

24   rare occasion that I get hungry, I will pull over and get food. On those occasions, I turn my App off

25   and eat without interruption. I've never been interrupted during a break. I also take coffee breaks or

26   go home for breaks. I am not required to have any minimum number of rides and I can chose when I

27   want to work and if I want to take breaks.

28        17.    Uber has never threatened to suspend my account for any reason.

---

2

DECLARATION OF MIKE GUIZAR

CLASS MEMBER DECLARATIONS 512

1   18.   Uber does not require me to wear any specific type of clothing when I'm providing

2   transportation services. Uber doesn't care how I dress but I try to dress nice.

3   19.   I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

7   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

8   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

9   not have to provide any written statement.  I also was specifically told that I could participate in the

10  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

11  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12   I declare under penalty of perjury under the laws of the United States of America and the

13  State of California that the foregoing is true and correct.

14   Executed at Los Angeles, California this 26 day of May, 2015.

15

16   MIKE GUIZAR

17

18

19

20

21

22

23

24

25

26

27

28

---
3

DECLARATION OF MIKE GUIZAR

CLASS MEMBER DECLARATIONS 513