## DECLARATION OF ABDOLREZA HAGHIRI

I, Abdolreza Haghiri, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I own a transportation business named Yavari Ground Transportation based in San Jose, CA. I started my business in November 2014. Through my business I am a direct partner for UberBlack, UberSUV and UberXL. Right now, no other drivers work for my company.

3. From around 2010 to 2012 I was a limousine driver for limousine services companies named A Grand Affair and Corinthian Ground Transportation. About two and half years ago, I signed up to use UberX to accept ride requests. I first learned about Uber services through my friends. I was attracted to being self-employed and the flexibility which comes along with driving through Uber.

4. When using UberX, I drove mainly in San Francisco because the demand was high and I know the city well. I did not have any particular strategy for getting higher fares, such as pursuing surge pricing in certain areas. I would not turn off the app strategically. Instead, I took whatever request came next. Uber never required me to accept or decline requests.

5. When driving through UberX, I drove a 2011 Honda Accord. I owned the car but did not buy it specifically to drive through UberX. I paid for all vehicle expenses, including vehicle maintenance, gas, and insurance.

6. Around November 2014, I wanted to change from UberX to UberBlack and UberSUV because UberX was not professional enough for me. I had the experience as a limousine driver, so I wanted to use that experience. The money with UberBlack and UberSUV was also better. To make the change, I decided to start my own business. My understanding was that I could not work for UberBlack and UberSUV as an individual—I had to start a business. It took a couple months to get all the necessary paperwork to have the company become eligible for UberBlack and Uber SUV. For example, I had to apply for a TCP license and SFO airport permit for the company.

7. Around November 2014 I purchased a 2014 Chevy Suburban because I enjoy driving

CLASS MEMBER DECLARATIONS 514

1  an SUV, but also to help with the change from the UberX platform to the UberBlack/SUV platforms.

2  The Suburban does not have any premium options.  I financed buying the Suburban through Uber.

3  Uber did not give me a loan, they just helped me find a loan.  I am still making payments on the loan

4  for the Suburban.  I registered the Suburban in my name and plan to keep it registered in my name.

5  After I purchased the Suburban, I continued to use the UberX platform, but I could now give rides to

6  users through UberX and UberXL.  During this time, when I logged into the app there was no way to

7  choose whether I was driving through UberX or UberXL.

8       8.    In March 2015, after my company, Yavari, was approved for UberBlack and

9  UberSUV services, I now use the UberBlack platform (UberBlack and UberSUV) and UberXL.  I no

10  longer use UberX because the app now allows me drive for UberXL without driving for UberX.

11       9.    Currently I start driving with both my apps open—1) the UberXL driver app, and 2)

12  the UberBlack driver app which includes both UberBlack and UberSUV services.  When I receive a

13  request through either app, I accept it and turn off the other app.  So, for example, if I receive a ride

14  request through my UberXL app, I turn off the UberBlack app and complete the ride request.  Once I

15  finish the ride request, I turn on the UberBlack app again until a new ride request comes in.  I

16  continue this process regardless of whether I receive a UberXL request or an UberBlack/SUV

17  request.

18       10.    Generally, UberXL requests provide me a lower fare than if I were to complete the

19  same request through UberBlack/SUV.  I pick the first request that comes in, however, because there

20  is no way to tell how long I will wait for a request if I only use one app, and even if I exclusively

21  used the UberBlack app, I would not be guarantIn November 2014 I purchased a 2014 Chevy

22  Suburban d to make more because I cannot tell whether a particular request will be for a long

23  distance or a short distance.  I could get a lot of long distance UberXL rides in a night and make

24  more than the shorter rides I receive through the UberBlack app.   Also, if I used my UberBlack app

25  exclusively, I could get fewer rides in a night because the demand for UberBlack/SUV is much

26  lower than UberXL.  If I use the UberBlack app exclusively I could sit for thirty minutes without a

27  request.  UberXL requests, however, come in every five or ten mintues.  Because I'm an active man,

28  I would prefer to be busy providing rides instead of sitting around.

2

DECLARATION OF ABDOLREZA HAGHIRI

CLASS MEMBER DECLARATIONS 515

1  Because I'm an active man, I would prefer to be busy providing rides instead of sitting around.

2      11.    I currently plan to hire more drivers to drive for my Yaviri account. I would start

3  with one new driver, and then continue to add them if the business continues to grow. Because the

4  UberBlack/SUV platform is no longer accepting applications to add new cars, I would have to split

5  the driving hours with the new driver. So, for example, the new driver would drive the Suburban in

6  the morning and I would drive in the afternoon. If this were to happen, I would pay for vehicle

7  maintenance and insurance. The new driver would pay for gas. As a fee, I would take 35% of the

8  fare after Uber takes its 26% from the gross fare.

9      12.    I have given this testimony completely voluntarily and without any coercion

10  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

11  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

12  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

13  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

14  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

15  not have to provide any written statement. I also was specifically told that I could participate in the

16  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

17  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18      I declare under penalty of perjury under the laws of the United States of America and the

19  State of California that the foregoing is true and correct.

20      Executed at San Francisco, California this 18th day of May, 2015.

21

22                                              Abdolreza Haghiri

23

24

25

26

27

28

---

3

DECLARATION OF ABDOLREZA HAGHIRI

**DECLARATION OF BRIAN HAIG**

I, Brian Haig, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been self-employed since I moved to the United States in November 2004.  I have worked in the real estate industry, worked as a debt collector, and as a courier, among other jobs.  I have always done so as an independent contractor.  I prefer to work for myself.  I began driving on the Uber platform in late December 2013.  When I started driving on the Uber platform, I discontinued my debt collecting work, but continued my real estate work for a period of time.  Now, I have largely discontinued my other independent contractor jobs, and focus almost exclusively on providing transportation services under the Uber platform.

3.      I am a driver on the UberBlack and Uber SUV platforms.  For the entire time I have provided transportation services on the Uber network, I have driven for Hazal, which is owned and operated by Ali Yaldez.  I am a self-employed contractor for Hazal, and I receive a Form 1099 from Hazal each year.  I am aware that Hazal provides transportation services other than through Uber, but the vast majority of the fares I get are through the Uber platform.

4.      On average, I drive 7 days a week for approximately 10 hours per day.  On occasion, I take a day off, but I generally work every day.  This has been fairly consistent since I began driving on the Uber platform in December 2013.  This schedule is entirely up to me.  I am not required to drive any particular hours or any particular days.  One of the reasons I chose to drive on the Uber platform was the ability to choose my own hours.

5.      I believe that Hazal owns approximately 45 vehicles.  Some are SUVs and some are black cars or Town Cars.  I always drive one of the SUVs.  I always drive the same vehicle, unless it is in the shop for repairs.  When that happens, Hazal provides me with another vehicle to use, but that is rare.  The vehicle I drive is a 2012 Suburban.  I do not pay Hazal directly for the right to use this vehicle, although a Hazal keeps a portion of each fare that I accept.  I do not own or lease the vehicle, but I do take it home with me at night and drive it for personal use as well.  It is my

1
DECLARATION OF BRIAN HAIG

1  responsibility to keep the vehicle clean and to pay for gas. Hazal pays for all maintenance, repairs,

2  tolls, and insurance.

3     6.    Every Thursday, I get a paycheck from Hazal. I am aware that for all the fares I get

4  through the Uber platform, a percentage is kept by Uber as a licensing fee for use of the Uber app. I

5  believe it is now 25% for Black Car fares and 28% for SUV fares. The remaining portion of each

6  fare is paid to Hazal. Under the terms of my contract with Hazal, Hazal pays me 50% of the amount

7  it receives from my Uber fares, and keeps the other 50%. The 50% that Hazal keeps is in exchange

8  for my use of the vehicle.

9     7.    Almost all of the fares I generate are through the Uber platform, however, I do

10  sometimes get fares through Hazal's other contracts. When I get my weekly paycheck, it covers my

11  share of all Uber fares, plus whatever other fares I get that were generated through Hazal's other

12  contracts.

13     8.    I first began driving on the Uber platform because I saw an advertisement for drivers.

14  I had a long history of being a driver in the United Kingdom, and also as a courier in the United

15  States. I even drove under the Sidecar platform for a short while in approximately 2010. I was one

16  of the first six drivers at Sidecar, but stopped after a few months. When I saw the Uber

17  advertisement, it made sense for me to seek work as a driver due to my experience and the ability to

18  remain self-employed.

19     9.    One of the tricks of the trade to maximize earnings is to learn where hot spots are and

20  what times and locations will be most lucrative. I generally start my day in Palo Alto. I choose to

21  do this because the clientele there tend to be quite wealthy, and so there I believe there is a greater

22  chance of obtaining fares there. I try to make sure I position myself in locations where I am most

23  likely to get fares. Although I am not required to accept every lead, I generally choose to accept all

24  fares that come through the Uber app.

25     10.   I signed up to use the Uber app at the old office on Mission Street. I submitted my

26  driver's license information and submitted to a background check.    I explained that I wanted to

27  drive on the UberBlack and Uber SUV platform, and Uber put me in contact with Hazal. Once my

28  application was approved, Hazal issued me an iPhone with the Uber app installed, and Hazal

CLASS MEMBER DECLARATIONS 518

1    instructed me on how to operate the Uber app.  I entered into an agreement to operate as an

2    independent contractor driver for Hazal.

3         11.    Other than when I first signed up to provide transportation services using the Uber

4    network, I have never been required to "report" to its office, or be in any particular location at any

5    particular time or communicate with them about any subject.

6         12.    I am free to take as many breaks during the day as I choose.  I generally take lunch

7    whenever there is a convenient time during the day.  Sometimes, I will take a break to drive my wife

8    to the train station if I am near her work location.  I generally keep the Uber app on while taking

9    breaks, because I want to be available to accept fares maximize the amount of money I can make,

10   but I am free to take breaks or lunches whenever I want.  If I wanted to, I could turn the Uber app off

11   during breaks, but I choose to leave it on.

12        13.    I occasionally receive cash tips from Uber passengers, although this doesn't happen

13   often.

14        14.    Uber periodically sends out emails regarding certain promotions or providing

15   information about particular areas where passenger demand will be high.  These communications

16   can be helpful, but I'm not required to read them and Uber does not require that I accept any

17   particular promotion or that I drive during a particular time or in a particular location.

18        15.    Passengers can rate my services from one to five stars, and I try to maintain a high

19   rating.  I make my own decisions on how to provide excellent customer service to my passengers.  I

20   provide water for my passengers, keep my car clean, provide phone chargers, and provide a wi-fi

21   hotspot.  In addition, I make sure to be friendly and professional.  I can choose to do these things or

22   not.  I choose to do it on my own because it makes good business sense.  Although you can't be

23   everything to everyone, I think that providing good customer service is a skill.  Uber provides

24   suggestions and tips on how to provide good customer service, but I am not required to follow these

25   suggestions.  It's entirely up to me to determine how to provide customer service and how to

26   perform my driving services.

27        16.    Uber does not require me to wear any specific type of clothing when I'm providing

28   transportation services. I wear a suit every day, but it's entirely up to me.

CLASS MEMBER DECLARATIONS 519

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

_____
BRIAN HAIG

4
DECLARATION OF BRIAN HAIG

## DECLARATION OF TESFAYE HAILE

I, Tesfaye Haile, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am an Uber X Driver Partner and have been for over a year.  While at the same time that I have been affiliated with Uber, I have driven for Lyft and Sidecar.  Currently, however, I only use Uber as Uber customers provide me enough business.  When I was affiliated with Sidecar and Lyft, Uber never restricted my business or told me who I could drive for.  I appreciated the flexibility.  When I did utilize all Uber, Sidecar, and Lyft apps, I did so because I was worried that one app might not give me customers for the day, so I enjoyed the flexibility of always being occupied and busy with my own customers.

3.     For Uber, I drive a 2015 Toyota Prius.  I invested in this car since I use the car exclusively for Uber transportation purposes.

4.     In terms of my schedule, I drive whenever I feel like it.  I love the flexibility.  I enjoy the freedom as well.  I love the fact that there are no limits to how much one can make—one can earn as little or as much as one wants.

5.     During this past winter, I took a class at Laney College and turned on the Uber app when I felt like I needed money.  I would turn off the Uber app when I decided it was time for me to focus on my studies.

6.     In terms of communications, I usually only contact Uber if there is a problem.  I come in person to the Driver Partner Service Center at 301 Vermont Street, San Francisco, CA.  I usually have an issue once every three months.  Uber rarely contacts me directly except for popular events, such as conventions.   While I check and read their emails, I pick and choose to follow their suggestions.

7.     I pay my own expenses when it comes to gas and maintenance of the car.  Uber has suggested that Driver Partners keep their vehicles clean, but I, as my own businessman, want to retain a reputation for having a clean vehicle for my customers.

1
DECLARATION OF TESFAYE HAILE

CLASS MEMBER DECLARATIONS 521

8.     I understand that tip is supposedly included in the full amount, but I have on occasion accepted cash tips because my customers insisted on giving me the tip. I appreciated this.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19 day of May, 2015.

Tesfaye T Haile

TESFAYE HAILE

2
DECLARATION OF TESFAYE HAILE

1
**DECLARATION OF TOM HAKIM**

2
    I, TOM HAKIM, do hereby swear, affirm and attest as follows:

3
    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4
where otherwise indicated, all of the information contained herein is based on my personal

5
knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6
    2.    I have been getting fares through the Uber app since September 2014.  Before that I

7
was unemployed.

8
    3.    I signed up to use the Uber app online.  I submitted my driver's license information,

9
proof of insurance, and pictures of my car.

10
    4.    I typically use a 2012 Honda Civic for transporting passengers.  I own that car.

11
However, I was in a fender bender a couple of weeks ago and have since been using a 2007 Honda

12
Civic while the 2012 Civic is being repaired.  I also own the 2007 Civic, although that is the care

13
that my daughter usually drives.  Once the 2012 Civic is repaired I will resume driving it.

14
    5.    Uber has never required me to "report" to its office, or be in any particular location at

15
any particular time or communicate with them about any subject.

16
    6.    When using the Uber app, I am able to set my own work schedule.  Uber does not

17
control when I log onto the app or otherwise set or monitor my hours of work or work schedule.  I

18
work full time transporting passengers in my car.  I typically work around 12-15 hours a day 7 days

19
a week.  I do not have another job but understand that Uber does not prohibit me from holding a job

20
if I wanted one.

21
    7.    As noted, I set my own work schedule.  On Mondays through Thursdays I typically

22
work from 4:30 or 5:00 a.m. until around 6:00 or 7:00 p.m.  On Fridays I typically work from 4:30

23
or 5:00 a.m. until 2:00 or 2:30 a.m.  On Saturdays I typically work from 9:00 or 10:00 a.m. until 1:30

24
or 2:00 a.m.  On Fridays and Saturdays I usually go home in the afternoon and take a 2-3 hour nap

25
since I am working so late those days.  I log out of the Uber app when I go home.  On Sundays I

26
typically work from 9:00 or 10:00 a.m. until 6:00 or 7:00 p.m.

27
    8.    Since I started using the Uber app, I have only taken off 3 full days.  I work half days

28
a couple of times a month.

1
DECLARATION OF TOM HAKIM

9.     I have had over 5,000 rides since I started using the Uber app.

10.     Since I set my own work schedule, I can take breaks for meals, etc. whenever I want. I can also take as long as I want for meals and breaks.  For lunch I will either go home or grab something to eat while I am out.  I log out of the Uber app while I am taking a break and then log back in when I am ready to start taking passengers again.  I typically take 15-30 minutes for a meal break.

11.     Around a month or two ago I started using the Lyft app as well.  My understanding is that Uber does not prevent me from using other driver/passenger apps.  I will have both Lyft and Uber open and will take whichever app provides a lead on a passenger first when I am available to pick up a new passenger.  Most of my fares come through the Uber app.

12.     When using the Uber app, I am able to pass on any of the leads that I receive. However, I only pass on 1-2 leads a day.  I have received a report from Uber before that said I only pass on around 2% of the leads I receive.  I pass on leads based on the distance and time I may need to travel to get to the lead.

13.     Uber has a star rating system for drivers.  My current rating is 4.62 stars.  I do not like the rating system as it seems to me to be very subjective.  In the past I have received e-mails and/or texts from Uber indicating that my access to the Uber app may be terminated because my rating was too low.  The communications also indicated suggested steps I could take increase my driver rating, including taking some sort of a class on customer service.  I ignored the e-mails.

14.     Although Uber provides suggestions from time to time on how to increase customer service, they are only suggestions and I am not required to follow them.  Most of the suggestions are common sense anyways.  In the '80's and '90's I owned a chain of stores, so I am already very familiar and experienced with customer service and don't really need suggestions on customer service from Uber.

15.     After $1.00 is deducted from each fare, I get 80% of each fare that I book through Uber. The fares are all-inclusive, but do not include tips.  I sometimes receive cash tips from passengers.  There is not set amount that customers tip, and the amount of tips varies between passengers.  Most passengers do not tip.

CLASS MEMBER DECLARATIONS 524

16.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

_____
TOM HAKIM

Firmwide:133814303.1 073208.1016

---

3
DECLARATION OF TOM HAKIM

1

**DECLARATION OF Hakob Hakobyan**

2      I, Hakob Hakkobyan, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I drive using UberBlack and UberSUV. I am 34 years old and have been living in

7 Van Nuys for the last 14 years. I drive with a Class A commercial driver's license. I have been

8 driving using Uber since May 2012. I am a direct partner with Uber through both UberBlack and

9 UberSUV. I own a transportation business named HnH Limo. I own one vehicle that I use for this

10 business, a Chevy Suburban. All of my business revenue comes from Uber driving. I have signed up

11 for SideCar, but I never use it. I have one other driver in my business, but he didn't pass the

12 background check and cannot drive.

13      3.      I start using the app in the morning, and finish at night. I use it wherever which is

14 good. I generally work about 6 days a week, and work maybe from 8AM to 8PM, or 12PM to

15 12AM. You never know you might make no money at the beginning and make more money at the

16 end of the day. I like that I don't have a boss; I don't have a crazy dispatch. If you work in a limo

17 company, they will call you all the time, ask where you are, what you are doing. With Uber, you just

18 turn the app off and nobody will bother you. You can work anywhere you want, everything is open.

19 You can work in Malibu, Redondo Beach, LAX, it's all yours.

20      4.      I think only the passenger's rate me. One time a passenger got dropped off coming

21 from LAX to Hollywood. He goes to the house and he comes out saying "I'm sorry I'm sorry, I rate

22 you with one star, but I want to rate you with five." I told him to email Uber to change the rating, but

23 he was almost crying. Currently my rating is around 4.8. When my passenger gets in, I look at them

24 and see what they need to get a good star rating, see if they are running late. I see whether they want

25 to take the highway or take the street. I make sure they have everything with them when they leave,

26 they phone, wallet, everything. These ideas are 50/50 mine and Uber's. The ideas come after you

27 work for a while.

28

---

1

DECLARATION OF Hakob Hakkobyan

CLASS MEMBER DECLARATIONS 526

5.     I communicate with Uber maybe once a week, once a month.    Normally I communicate with them through email about things like fare adjustments, or network problems. Sometimes I use the app too.  Uber only sends me texts and emails about places that might be busy, other than that, they never bother you.

6.     My expenses include gas, tires, breaks car wash, my outfits, parking, my food.  I mostly keep a record of everything in receipts.  On my taxes I put that I am a business owner and self-employed.  I report my business expenses on my taxes.  I only receive a 1099 from Uber, because there is no W-2.  W-2 is when they keep the tax.  I do not report tip income on my taxes.

7.     I read and understood the licensing agreement.   I know what an independent contractor is.  You are on your own.  You just use Uber to get calls.  You are not an employee. I have my own car, and you are on your own.  I like being an independent contractor.

8.     I take breaks, I take lunch.  My breaks depend.  Sometimes 1-2.  Sometimes if I'm not busy, it's a whole day break.  My breaks might be 10 minutes, but I also get lunch which is longer.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

Hakob Hakkobyan

2
DECLARATION OF Hakob Hakkobyan

CLASS MEMBER DECLARATIONS 527

## DECLARATION OF PAUL MATHEW HALE

I, Paul Mathew Hale, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been using the App since July 2014 as an Uber X driver.  I drive a 2015 Chrysler 200.  I previously drove a 2014 Dodge Dart.  I switched cars because I wanted to lower my interest rate.

3.      I work full time for Bar-S Foods, which sells hot dogs, bacon, lunch meats and the like.  I work an eight-hour shift.  I usually start early in the morning and work until mid-afternoon.  I am an employee of Bar-S foods.  I have a manager there.  I get a W2 from Bar-S.

4.      I drive using the Uber App because it is a great source of extra income.  I jump back and forth and my hours totally vary.  I sometimes drive a little during the day.  Sometimes at night.  It depends, I really don't drive set hours.  I set my own hours.  Setting my own hours is very important in terms of why I work for Uber, because my job at Bar-S Foods has to come first.  Also sometimes I watch my niece's kids.  Traffic plays a part in it for me too; if it's bumper to bumper I don't want to be in it.  Sometimes I'll take a look at the event going on in the city over the weekends, and that may help me decide whether or not to drive using the App.

5.      When I drive, I've never worked more than six hours at a stretch.  Usually I drive four hours or less.  And if I do drive, I do that on Thursdays, Fridays, and Saturdays.

6.      I'm an independent contractor.  Uber stated clearly to me that I am an independent contractor via an email that I received when I first signed up for the Uber App.  I file taxes as an independent contractor for Uber.

7.      Tips are not in the fare.  I have never thought they were.  I have received cash tips in the past.  When I first signed up for the Uber App, I saw a video saying that I shouldn't ask for a tip, but that I can accept a cash tip if the rider insists.  So I don't ask for tips.

8.      I also saw a video that suggested that I keep water in the car, and keep the car clean.

---

1
DECLARATION OF PAUL MATHEW HALE

CLASS MEMBER DECLARATIONS 528

1   But these things are also just common sense. And these things are not have-to's. I don't have to do

2   anything. I do these things, and also keep an aux cable and barf bags in my car, because I think it

3   makes sense and I want to.

4       9.     I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

8   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

9   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

10   have to provide any written statement. I also was specifically told that I could participate in the

11   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

12   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13       I declare under penalty of perjury under the laws of the United States of America and the

14   State of California that the foregoing is true and correct.

15

16       Executed at San Diego, California this 29th day of May, 2015.

17

18                            Paul Mathew Hale

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 529

## DECLARATION OF KHALID HALIK

I, KHALID HALIK, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am 44 years old.

3.    I have lived in Pomona, California for 15 years.

4.    I have driven UberX for almost a year.

5.    I own three Mediterranean restaurants throughout Los Angeles and Orange County.

6.    Although my businesses provide me all the income I need, I decided to drive for Uber in order to raise money for children with diabetes. I also appreciate the ability driving for Uber allows me take a break from businesses and meet people. I choose Uber to fulfill these goals because it is flexible and accommodates my schedule.

7.    I usually begin driving before I drop my daughter off at school. I then go to work at my restaurants and begin driving again in the evening if I choose. As a single father and a business owner I appreciate the flexibility Uber allows me to spend time with my daughter and balance my businesses.

8.    I have no set areas that I drive in but if I have a business meeting somewhere, I will turn on the app after and drive in that area. I feel no pressure at all from Uber to drive in certain areas or at certain times. I chose to drive Uber because it offers complete flexibility.

9.    Signing up as an Uber driver was very easy. The process was completely online and very simple. Uber did not provide me with any strict rules to follow but instead gave me suggestions and helpful advice for how to conduct my rides. I do not feel obligated to follow this advice.

10.    Uber does not contact me except in response to my own inquiries. If I am having an issue with the phone or the app I will email them and they eventually respond.

11.    I am aware that Uber does not allow tipping through the app. On very few occasions I have received a cash tip from customers.

CLASS MEMBER DECLARATIONS 530

12. I have received 1099 forms from Uber but never a W-2. When I file for taxes I indicate that as an Uber driver, I am self-employee.

13. Because I drive whenever is convenient for me, I never worry about taking a break. I just turn off the app whenever I like.

14. I like Uber because it is fun and convenient. Even though I wish sometimes that Uber allowed tips, and I also worry about the toll driving takes on my car, I overall appreciate the opportunity and flexibility it gives me to raise money for children with diabetes and meet people.

15. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
KHALID HALIK

2
DECLARATION OF KHALID HALIK

## DECLARATION OF JEFFREY HANASIK

I, JEFFREY HANASIK, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently the owner of Five Star Services. I am full time transportation service provider, and I am the sole driver for the company. Because I operate my own transportation business, I know I am not personally obligated to provide transportation services and it is my right to hire someone to work for me if I want. However, I have never really considered hiring anyone because, at this point of my life, I just don't want or need the headache of having employees.

3.     I drive a 2006 Ford Escape Hybrid. I own this car. I think my car is perfect for Uber. It's large enough to fit passengers and their baggage, but not so large it is not manageable in the city. Also, because it is a hybrid it gets great mileage. Indeed, when calculating my business expenses for the year, I deduct standard mileage for my vehicle instead of the actual cost of gas and maintenance. Although, I will separately deduct for items I buy for my customers such as mints, waters, or the cost of cleaning my vehicle.

4.     Uber does not dictate how I operate my business. In fact, I think I have been to an Uber office twice since February 2014. The first time was to pick up equipment I needed to run the Uber app (when I initially started the driver app could not be installed on personal phones). The second was to drop off the equipment when it was no longer needed. Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

5.     Uber has not and cannot prohibit me or limit me from using other apps, such as Lyft or Sidecar, to find fares. I personally choose not to use other apps because I am able to generate enough fares by using Uber and I think it would be too much of a hassle to try to juggle multiple apps. I honestly don't understand how other people do that. Nevertheless, I know I could use apps such as Lyft and Sidecar app if I wanted to. It's entirely up to me.

CLASS MEMBER DECLARATIONS 532

6. I think one of the keys to making good money in Uber is understanding the needs of your city. For example, my friend who referred me to Uber would often hang around the house, wait for a fare to show up and then go home. In my opinion, this does not work! After a few months of driving, I learned the pattern of my city. Therefore, when I got a fare, depending on where I needed to drop off, I could decide if it was worth sticking around the area and wait for another fare or drive to another area of the city that would be more promising. Ultimately, where and when I drive are business decisions I make on my own.

7. Uber does send me weekly emails offering suggestions on how I could make more money based on my driving habits. For example, it may suggest I drive at different times. However, I am not required to listen to these suggestions and often do not. I believe I have established a system and pattern of driving that earns me enough money, fits in my schedule, and keeps me happy with the work I do—in short I have found what works for me.

8. I usually do not receive tips. When I do, they are always cash and have nothing to do with Uber or the Uber app. I have never had any of my pay allocated to tips, nor has Uber ever told me that part of the fare I received is considered a tip. I know there are some passengers that believe tips are included in the fare, but I understand they are not. When a passenger suggests that the tip was included in the fare, I usually will let them know that it is not the case. Rather, tips are simply not expected with UberX (although they are always appreciated).

9. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

CLASS MEMBER DECLARATIONS 533

1          I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3          Executed at San Diego, California this 28th day of May, 2015.

4

5                                                                    JEFFREY HANASIK

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF JEFFREY HANASIK

CLASS MEMBER DECLARATIONS 534

**DECLARATION OF MOHEB HARMINA**

I, Moheb Harmina, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am age 47 and currently live in Los Alamitos. I have lived in Los Alamitos for approximately four or five years. I have no commercial driving license. I am an UberX driver and have been for about six to seven months.

3.      I am currently a full time cashier, and my boss has never tried restricting me from being an Uber driver.

4.      My rating is currently 4.7. I try my best to improve that rating by giving customers water and candy. I also try to open the door for the customers. I came up with these ideas myself and from friends.

5.      I currently drive one Uber with the App, a 2005 Toyota Camry, which I own.

6.      I usually will sign onto the App all day Saturday, Friday afternoon, and other days depending on my family's schedule. I sign on whenever I can, which I see as Uber giving us freedom to choose when we want to earn money. Uber has never assigned me a territory; Uber allows me to drive wherever I want. Sometimes I will drive from Los Alamitos to Los Angeles or Irvine. I will go wherever the passengers want. Surge pricing has not influenced my decision of when to log onto the App. Email promotions about crowded areas will sometimes influence me to log onto the App, but sometimes a passenger will ask me to take them somewhere far away, so I end up in a completely different area.

7.      In the past I had accounts with Lyft and Sidecar. I started with Lyft with zero experience and had bad luck with passengers, who would get mad easily. After two or three weeks I decided I couldn't do it anymore. Then I tried using Sidecar, but there were never enough customers. Now I only use Uber.

8.      I accept 100% of the leads I get through the Uber App. Uber has never threatened to

CLASS MEMBER DECLARATIONS 535

1  suspend my account because I have taken too few leads.

2      9.     Some weeks I will log onto the App only one or two days, sometimes three. In the

3  future I want to log onto the App for four or more days a week. Uber has never required me to log

4  into the App for a minimum amount of time, and they have never threatened to suspend my account

5  for not logging enough time.

6      10.    I value the flexibility that Uber offers because it lets me work around my family's

7  schedule. It was a large reason why I decided to sign up for the App, in addition to helping people.

8      11.    Uber asked me to watch videos before I started driving with the App. During those

9  videos Uber would give suggestions on how to help customers, but they were just suggestions. If you

10  wanted to do it a different way then you do it. I never felt like I was required to follow any of those

11  suggestions. Uber has never threatened to have my account deactivated for not following their

12  suggestions.

13      12.    I contact Uber when I have a customer problem, like when someone leaves something

14  in my car. I've also contacted Uber regarding why my rating has been low and asked for suggestions

15  and ways to improve. They gave me good help. They told me regular things like trying to speak with

16  the passenger, try to help them out in any way.

17      13.    I remember reading somewhere about tips, but I don't remember where or when.

18  Passengers have never told me anything about tips. Passengers have offered me tips, but I don't

19  accept them because I tell them everything is on the App and they don't need to give me cash. Uber

20  has never suspended or threatened to suspend my account for accepting tips.

21      14.    I was presented with the Licensing Agreement online when I started being an Uber

22  driver. I remember reading and understanding the terms of the agreement. When I signed the

23  Licensing Agreement I knew that I would be able to work anytime I wanted.

24      15.    On a typical day I will log onto the App for six to eight hours. One time I logged on

25  for ten hours. Some other times I've logged on for only two or three hours. There will often be fifteen

26  or twenty minutes between leads, so there's no need for me to take additional breaks. Sometimes I

27  will take a meal break, but it all depends on how I feel. I will just go with the flow. Uber has never

28

2
DECLARATION OF MOHEB HARMINA

1   told me to not take a break. Where I go during the break depends completely on me. If I want to rest

2   because I can't continue, then I will rest.

3       16.    I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

7   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

8   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

9   have to provide any written statement.  I also was specifically told that I could participate in the

10  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

11  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12      I declare under penalty of perjury under the laws of the United States of America and the

13  State of California that the foregoing is true and correct.

14

15      Executed at Los Angeles, California this 26th day of May, 2015.

16

17                            MOHEB HARMINA

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF MOHEB HARMINA

**DECLARATION OF ANDREW HARRIS**

I, ANDREW HARRIS, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been an Uber X driver since November 2014.  I own and drive a 2014 Volkswagen Jetta SE, which is a 4-door sedan and can accommodate four passengers and the driver. I do not have a specialized or commercial driver's license.

3.      I also use Sidecar and Postmates, which are delivery service apps.  However, I often log into more than one app at a time.  I spend about half of time driver for the Uber app, and half of my time driving for a combination of the Sidecar and Postmates apps.  Uber does not prohibit me from using other apps to find fares.

4.      I also worked in the transportation industry from 1987 to 1994 in the United Kingdom.

5.      In addition to transportation service, I also have other business ventures, including buying and selling items on Ebay and Craigslist.

6.      Approximately 75 percent of my income is derived from transportation services, of which approximately 60 percent is from using the Uber app.  In addition to using ridesharing and transportation apps for leads and trips, I also hand out business cards with my email and cell phone number, which generates some business lead, but not much.

7.      I like and need the flexibility provided by Uber because it allows me to work whenever I want to and as much as I want.

8.      I am an independent contractor, which is exactly what I want to be.  I decide when I want to log into the Uber app, whether to accept or decline a trip request, and what areas in San Diego I want to focus upon for potential passengers.

9.      I do not have an assigned territory and Uber doesn't assign anyone who uses the Uber app to a territory. However, since I live in Pacific Beach, I choose to focus on that area, at least initially, for trip requests.  I generally pick up passengers in the Pacific Beach, La Jolla, Bay Park,

1

DECLARATION OF ANDREW HARRIS

CLASS MEMBER DECLARATIONS 538

18. I am somewhat motivated by "surge" pricing but I don't seek it out actively; if I get a trip request for a surge fare in one areas near my home and when I am logged onto the Uber app I will accept it, but that's about it.

19. I don't log into the Uber app when I am engaged in other activities, or if I stop for lunch or a break, or at home. I can log off any time I want to, and I have never been threatened with deactivation by Uber for being logged off.

20. I use my own cell phone for the Uber app (and the Sidecar and Postmates apps).

21. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable to me because it allows me to log onto the Uber app whenever I want and to engage in other activities whenever I want to.

22. Passengers using the Uber app can rate my services from one to five stars. I make my own decisions on how to provide customer service to my passengers. My current rating is 4.88 and has been as high as 4.96; it is usually 4.91-4.95. I have never been counseled or told that I could be deactivated by Uber based on my rating.

23. Uber sends me emails and text messages with suggestions and potential leads based on upcoming activities in San Diego, but they are only suggestions and I don't have to (and I generally don't) use or follow them.

24. Uber does not require me to wear any specific type of clothing or "uniform" when I'm providing transportation services. However, I choose to wear casual attire (and on occasion will wear a jacket and tie), but I ensure that my clothes are always neat and clean, and that I present a professional image to passengers.

25. I operate as a self-employed individual. I like the freedom of being an independent, self-employed person. I consider this to be my business.

26. I pay for gasoline for my car and insurance; I have not incurred any maintenance costs for my car because it is covered by the dealer/manufacturer. I also purchase bottled water and mints for passengers to use, but the cost is minimal.

27. Uber does not require tipping by passengers. I occasionally receive cash tips, usually a couple of times a week. I tell passengers that there is no need for them to tip, but if they offer it I

CLASS MEMBER DECLARATIONS 539

1   will accept it.  The average tip is usually $5.

2        28.    The fare charged by Uber does not include any tip and is very reasonable.  I do not

3   negotiate the amount of the fare with passengers and have never been asked by a passenger to do so.

4        29.    I tend to take the middle of the day off for several hours, during which I eat lunch.  I

5   am not logged onto the Uber app during this period of time.   I am generally not using the Uber app

6   for more than 3 hours at a time.

7        30.    I have given this testimony completely voluntarily and without any coercion

8   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

9   that the attorney who discussed this testimony with me is one of Uber's attorneys and that he does

10   not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

11   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

12   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

13   not have to provide any written statement.  I also was specifically told that I could participate in the

14   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

15   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16        I declare under penalty of perjury under the laws of the United States of America and the

17   State of California that the foregoing is true and correct.

18        Executed at San Diego, California this 29th day of May, 2015.

19

20                        ANDREW HARRIS

21

22

23

24

25

26

27

28

---

4

DECLARATION OF ANDREW HARRIS

CLASS MEMBER DECLARATIONS 540

## DECLARATION OF AHMED HASSAN

I, Ahmed Hassan, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am a 32-year old male from San Francisco, California, and San Francisco County.  I have lived in San Francisco since 1999.

3.    I have a Class C license and I have a taxi license to drive in California.  I currently drive using the UberX, Uber Black, and Uber SUV Applications.  I began using Uber Black and Uber SUV eight months ago, and I began using the UberX Application three years ago.  I continue to driver for Uber for those three applications.

4.    I drove for both Lyft and Sidecar about two years ago but only for a month each.  I drove for Lyft, Sidecar, and Uber during the same period of time.  I drove as a Yellow Cab taxi driver in 2014 until January 2015.  My main schedule as a Yellow Cab taxi driver was two days a week, and I drove for Yellow Cab during the same period of time I drove using the Uber App.  I know that Uber does not prevent me from using any of driving applications at the same time.

5.    I chose to work with Uber as opposed to Lyft and Sidecar because I have the opportunity to make more money with Uber.  Uber has more customers, and the Uber App also tells you what areas are busy, but Uber does not require you to work in any particular geographic area.

6.    I signed up for Uber because of the flexibility, and I did not want to work in taxi because it is tougher.  In the beginning, to become an UberX driver, I signed it online on the website and I took a test of my knowledge the about the City.  I took a background check as well and they gave me a form to sign online.

7.    For Uber Black and Uber SUV, I signed up because I wanted to open up a business for myself.  I opened a limousine company, called R Limo, and then I applied again to become a driver for Uber Black and Uber SUV.  For Uber Black you need a TCP, which is a license for a limousine company.

8.    Right now, I generally drive Uber Black and Uber SUV, and I believe I am an

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108
415.433.1940

1
DECLARATION OF AHMED HASSAN

CLASS MEMBER DECLARATIONS 541

1   independent contractor because with a TCP, I am self-employed, I can drive when I want, and I can

2   do whatever I want outside of Uber.

3       9.    I use three cars for the Uber App. For Uber SUV, I have a Chevy Tahoe from 2009,

4   and for Uber Black, I drive a Ford Explorer from 2012. For Uber X, I drive an Altima Hybrid from

5   2007. I might vary in my use of the cars depending on the weather or if there are special events.

6   For example, if there is a concert like Outside Lands, I will drive the Ford Explorer because it holds

7   more people. I choose the car in order to save more gas and make more money.

8       10.    To access the Uber App, I use my own, personal iPhone which I purchased. I have

9   another phone which I use for personal calls, and I keep the two separate phones because it provides

10   me with more flexibility.

11       11.    Uber did not instruct me to have car insurance with any particular company, and it

12   does not require me to put gas in my vehicle from any particular vendor, and I choose when I fill my

13   car with gas. Uber asks that we inspect the car to make sure it is safe, which is common, even in

14   with taxis.

15       12.    I keep a record of all my business expenses, such as gas and vehicle maintenance,

16   solely for tax purposes. I identify myself as self-employed for tax purposes, so I only use a 1099

17   Form for the income I receive from Uber. When I file my taxes, I use any expenses as deductions

18   for tax purposes. I always receive a 1099 Form from Uber and I never received a W-2 Form from

19   Uber.

20       13.    With UberX, I use the Uber App logo in order to avoid getting a ticket, but in the

21   Uber Black and Uber SUV, I can put my own logo on it because I have a TCP. It's my own

22   company.

23       14.    I consider myself to be self-employed and an independent contractor.

24       15.    When I signed up with Uber, I understood that Uber would receive a percentage of

25   the fare, but that amount has changed since I started. When I started with UberX, it was 10 percent

26   and has ranged up to 20 percent. I heard that Uber tells its customers that tips are included in the

27   fare so there is no need to tip the drivers.

28       16.    I sign onto the Uber App daily, and I spend about 50 to 60 hours each week logged

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

2
DECLARATION OF AHMED HASSAN

CLASS MEMBER DECLARATIONS 542

1   onto the Uber App. I know that Uber does not require me to log in for a particular amount of time,

2   and Uber never disciplined me for spending too little or too much time on the Uber App. Uber also

3   does not set my schedule; I can choose when I work and when I do not work and when I can work

4   somewhere else.

5       17.    For Uber Black and SUV, once in a while they get surge pricing, but I have had

6   passengers that give low ratings when the rides are more expensive, so I have been less inclined to

7   drive in the surge areas. For UberX, I will select a lead that is in a surge area because there is more

8   money you can gain from driving a passenger from a surge location.

9       18.    When I receive a request for a lead, I look mainly at how far the passenger is from

10  me. If the person is far away from my location, I will probably not pick them up. I also consider the

11  rating sometimes, but if it is slow, I don't care. Uber does not require you to pick up a particular

12  lead, but you do need to have a minimum acceptance rating.

13      19.    Uber provides us with suggestions about what to provide in our vehicles in the form

14  of advice, such as water and candy, but they are not required to be followed.

15      20.    For Uber SUV and Uber Black, I am rated at a 4.87, which is a high rating. I attribute

16  my high rating to my experience driving in San Francisco, California, and the Bay Area.

17      21.    I have given this testimony completely voluntarily and without any coercion

18  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

19  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

20  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

21  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

22  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

23  not have to provide any written statement. I also was specifically told that I could participate in the

24  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

25  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

3
DECLARATION OF AHMED HASSAN

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at San Francisco, California this 18th day of May, 2015.

4

5                                         Ahmed Hassan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

4

DECLARATION OF AHMED HASSAN

**DECLARATION OF SUMATHE HASWANG**

I, Sumathe Haswang, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 47 and currently live in Arleta. I have lived in Arleta for about ten years. I do not have any specialized driving license. I have been an UberX driver for nine months now.

3.      My full-time job is being a messenger for Express Network. Express Network does not prohibit me from being an Uber driver at all. I am a Direct Partner with Uber. I currently drive a 2014 Toyota Prius with the Uber App, and I own the vehicle.

4.      I usually log onto the App on Tuesdays from 5:00pm to 11:00 or midnight. I normally do the same on Thursdays, but it depends on how busy it is. I also drive on Fridays and Saturdays from 5:00pm to 3:00am. Those are the only times I am available because of my other job. Often Uber will give you suggestions and tell me places like Hollywood, Downtown, and Santa Monica are busy. That will sometimes make me use the App more. Surge pricing will make me use the App more, especially since sometimes the normal fee is too low sometimes.

5.      I use Lyft in addition to Uber. I currently use both. Sometimes I will have both apps open, and then I will pick the rides based on the fares. When I use both at the same time, I will use Uber about 50% of the time. I don't like using both at the same time because there will be too much going on and then the Uber App will freeze.

6.      I don't accept 100% of the leads I get through the App. When I don't it will be because the passenger is too far and I don't think I will make money. Uber has never threatened to deactivate my account for using Lyft at the same time. Uber has never required me to log into the App for a minimum amount of time. Uber has never tried to set my work schedule or restricted me from engaging me in another occupation or business.

7.      I agree that Uber provides its drivers with flexibility. It lets me work anytime I want.

8.      I signed up with Uber through the website and watched videos on YouTube before

CLASS MEMBER DECLARATIONS 545

deciding to become an Uber driver. The videos were from Uber but I had to look them up myself. During those videos Uber made suggestions like how it's not necessary to ask customers for tip. Uber also suggests opening the door and provide water and candy for customers, but I don't think it's required. I follow those suggestions anyway. Uber has never said about deactivating my account for not having things like water or candy.

9. My current rating is 4.85. Sometimes the rider can give whatever rating they want when we drive them from Point A to Point B, and even if we follow all of the suggestions Uber provides.

10. I contact Uber maybe two or three times a month, depending on my driving situation. It will usually be about bad customers, but sometimes it will be because of technical problems with the App. Sometimes I will have to drive an extra 100 meters or so in order to complete the trip on the App, but the customer will still complain and give me a low rating. I contact Uber through email. Uber has always replied to me within 24 hours of my contacting them.

11. Uber has never communicated anything to me about tips except that on the videos they say that tips are not necessary. Passengers will sometimes give me cash tips, but probably only about 3% of the time. I am not aware of what the Licensing Agreement says about tips. I don't remember seeing anything about tips when I signed the Agreement. Uber has never suspended or threatened to suspend my account for accepting tips.

12. I signed the Licensing Agreement online. At the time I signed it, I intended to be an independent contractor.

13. I have received Form 1099 from Uber, but not a W-2. I do not report business expenses when I file my taxes.

14. When I stop for a break or a meal depends on the day, especially on how busy it is or how hungry I am. Sometimes the breaks will be short, like for ten minutes. On certain days Uber will guarantee a certain amount of pay per hour, but only when I go offline for less than ten minutes. On other days the breaks will depend on things like whether I am hungry. Sometimes the breaks will be as long as an hour. I am the one who decides when to stop for a break or a meal. I will usually shut

---

2

DECLARATION OF SUMATHE HASWANG

1  the App off when I'm on a break. Uber has never told me I had to drive for a certain amount of time

2  before stopping for a rest or meal. I am free to go anywhere I want during those breaks, and I will go

3  go a variety of places, like restrooms or restaurants.

4       15.    I have given this testimony completely voluntarily and without any coercion

5  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

6  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

8  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

9  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

10  have to provide any written statement. I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13      I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15

16      Executed at Los Angeles, California this 26th day of May, 2015.

17

18                          SUMATHE HASWANG

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF SUMATHE HASWANG

1         **DECLARATION OF Aharon Hayrapetyan**

2         I, Aharon Hayrapetyan, do hereby swear, affirm and attest as follows:

3         1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6         2.    I am a 36 year old male from Glendale, CA, where I have lived for 16 years.  I have

7 been an UberX driver for a year and a half.  I am a full time student and a direct partner with Uber.  I

8 am currently driving my wife's and about 80% of my income comes from Uber.

9         3.    I find the Uber App to be very convenient and easy to use.  Uber does not assign me a

10 particular territory.  Sometimes we take a long trip and it would be inconvenient to drive back to a

11 territory.  Promotions are convenient and encouraging.  I feel free to accept or decline leads generated

12 by Uber.  Sometimes when I received a fare that is too low, I adjust the rate by manually inputting the

13 beginning and ending destination.

14         4.    On one occasion, I accepted a request for a client, drove 3.2 miles and only drove .2

15 miles, and I gave him a low rating.

16         5.    I am on the waiting list for USC and will start in October, so I use Uber pretty much

17 full time until I start.  Once I start school, I will probably mostly drive on weekends and night time.  I

18 like having a flexible driving schedule.  This is the most important reason I chose Uber.  I like that

19 there is no minimum or maximum.  I like that there is a job available 24 hours a day.  Uber never sets

20 my work schedule and does not require me to log in for any particular amount of time.

21         6.    The rating system works based on being friendly, on time and respectful.  They are

22 determined by the passengers.  I keep my car clean, give good service to clients, am on time and offer

23 water.

24         7.    I only communicate with Uber when I have a problem with a fare for example.

25 Otherwise we communicate maybe once a month.

26         8.    Sometimes I receive a cash tip.  I don't think the licensing agreement prevents the

27 giving of tips.  Tipping comes from the heart, it is something that the passengers do based on your

28

---

1

DECLARATION OF  AHARON HAYRAPETYAN

driving.

9.  I intended to become an independent contractor.  I wish to continue to be an independent contractor.  I received the agreement through email.  It was through the app system and I read and understood the terms of the agreement.

10.  On my taxes, I indicate that I am self-employed.  I report business expenses on my taxes.  I receive a 1099 from Uber, not a W-2.  I report my tips as income.

11.  On a regular day, I work at least 8 hours a day.  Last week, I worked 53 hours.  I take breaks for lunch time, wherever I might be.  And I feel that it's a break when we don't have a call.  I take another break for at least 2-3 hours after 8 hours.  I feel that I can take the breaks whenever I want.  I turn the app off when I am taking my breaks, and I have never been interrupted by Uber.  My breaks vary depending on the day.  I am able to take at least a 30 minute break every day.  Uber has never told me that I need to drive a certain amount of time before taking a break.  I can go anywhere I want when I take a break or a meal.  If I am near the airport, I go to the Westin restaurant, or get some fast food.  If I am near Glendale, I prefer to go home.

12.  I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

2
DECLARATION OF AHARON HAYRAPETYAN

1

2 _____
Aharon Hayrapetyan

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF AHARON HAYRAPETYAN

### DECLARATION OF DAVID L. HENNING.

I, David L. Henning, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 63 years old and live in Mountain View, CA.  I am currently self-employed as a marketing consultant.  Before that, I worked in radio broadcasting for thirty years.  I left my job in broadcasting because I wanted to I spend more time volunteering for The Kilgoris Project.  The Kilgoris Project is a 501(c)(3) non-profit that provides education to children in Kenya.  My wife is the director of operations, and in a dozen years we have grown from 40 children to over 1000 children in seven schools.  We have 54 Kenyan staff and teachers.  I care deeply about the organization and wanted a job schedule that provided the flexibility for me to devote more time to it.

3.      I am currently a driver for UberX and have never driven for any other Uber platform. I started driving for UberX in Decmeber 2014.  I learned about UberX through an ad in my email.  I thought it was intriguing so I did some research.  I loved the fact that I could be an independent contractor with flexibility to make my own schedule.  I wanted to be my own boss.  I was also attracted by the fact that I could take advantage of the tax advantages of being your own business owner.

4.      I typically drive during "drive time"—morning from 7 to 10 a.m. and early afternoon from 5 to 8 p.m. on weekdays.  That gives me the flexibility and freedom to work on my business consulting during the day.  I am also writing a business leadership book and need time in my office during the middle of the day.

5.      I currently lease a 2015 Honda Accord Hybrid.  I started leasing it in December 2014. I leased it specifically because I wanted to drive for UberX.  Before that, I owned a 2001 BMW. When I researched Uber, I realized that the 2001 BMW did not qualify for UberX, so I independently decided to lease a new car.

6.      Before I signed up for UberX, I read every document and watched every video I could find.  It was made very clear to me that I would be considered an independent contractor.  In

1
DECLARATION OF DAVID L. HENNING

1   2008, in fact, I was an independent contractor as an insurance salesman, so I have some experience

2   in that area.  The fact that I would be an independent contractor with Uber is actually what attracted

3   me to the job.  If I would have been classified as an employee, I would not have signed up for

4   UberX.

5         7.     Before signing up for Uber, I watched training videos on the Uber website.  These

6   videos gave detailed suggestions regarding driver etiquette.  Examples involved keeping your car

7   clean, being courteous, and helping elderly passengers.  These were suggestions, not requirements.

8   It was all very common sense that would help you make more money with Uber.  It's common sense

9   stuff that I learned from sales classes during broadcasting—don't smoke because clients don't like it.

10   I follow all the suggestions because they all make sense to me.

11         8.     Because of my background with broadcasting, I am thinking about creating YouTube

12   video that would walk first-time drivers through getting started with the app and would answer

13   questions to overcome any uncertainty about how the opportunity works.

14         9.     I generally start my day down in Mountain View or Palo Alto.  Even though I live on

15   the Peninsula, I will move up to San Francisco if a ride takes me up to SFO or into the city.  I don't

16   "chase" surge pricing because it can come and go.  Instead, I'll try to see where surge pricing is

17   likely to occur and make that my general territory.  I try not to turn down any rider requests because

18   that's good business.  Some drivers will turn down a ride because they don't know where the

19   passenger plans on going.  I don't do that. I'm not picky or choosy.  I generally don't drive during

20   large events on the weekends because I have grandkids and would prefer to spend my time with

21   them.

22         10.    I don't use any other driver apps.  I researched driving for Lyft, but I like to focus.

23   And there's no way I'm putting a big silly mustache on the front of my car.  I also like Uber's

24   organization.  I like the fact that Uber sends me a weekly email which breaks down my ratings and

25   an overview of my stats for the previous week.  It helps me navigate my business and fine-tune my

26   driving.

27         11.    My understanding of Uber's tipping policy is that riders are not required to provide

28   tips, but can if they want to.  I can accept a tip if the passenger wants to give me one, however.  I do

CLASS MEMBER DECLARATIONS 552

1   not ask for tips and I make it clear every time it is brought up. I've gotten tips about two times in all
2   of my driving. One tip was around $3, and the other may have been a $20 bill.

3       12.    I consider driving for Uber one of my businesses. Every business I've ever run or
4   been a part of rests on creating goodwill with your customer. I do everything I can to create that
5   goodwill with my passengers.

6       13.    I receive a 1099 IRS form from Uber for my taxes. I also receive 1099 forms from
7   residual insurance sales income. I report as self-employed. I have an accountant who handles my
8   taxes. They advise me on tax deductions regarding mileage, maintenance, office expenses, internet
9   and other expenses. I value these writeoffs. These writeoffs help me maximize my bottom line
10   profit with Uber. In my opinion, a lot of Uber drivers who take these writeoffs would end up losing
11   money—along with freedom—should they be classified as employees.

12       14.    If I was considered an "employee" I would lose the ability to have business tax write-
13   offs, which is very important to me. I would also be eligible to be "fired." I would be under the
14   mandate of where and when I could work, which is an unpleasant thought. It would also limit the
15   amount of charitable travel I could do.

16       15.    I have given this testimony completely voluntarily and without any coercion
17   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
18   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
19   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
20   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
21   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
22   not have to provide any written statement. I also was specifically told that I could participate in the
23   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
24   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25   ///
26   ///
27   ///

28       I declare under penalty of perjury under the laws of the United States of America and the

---

3

DECLARATION OF DAVID L. HENNING

CLASS MEMBER DECLARATIONS 553

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at San Francisco, California this 18th day of May, 2015.

4

5                                        David L. Henning

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF DAVID L. HENNING

### <u>DECLARATION OF ANGEL HERROZ</u>

I, Angel Herroz, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 42 and currently live in Spring Valley, San Diego County, CA. I do not have a commercial or other specialized driving license. I have lived in Spring Valley since 2000. I have been an Uber driver since the Super Bowl earlier this year. I am a direct partner with Uber. I own a 2012 Jeep Patriot that I use to drive with the Uber App.

3.      On a typical week I will use Uber five or six days. I like to start driving after 4pm or so and not stop until bars close, so I'll often drive until 2:30am. Some days I work for only two hours.

4.      When I drive I will have both Uber and Lyft open. I only started using Lyft a couple of weeks ago. On the first request I get from either app, I will turn off the other one. Then, once I drop off the first passenger, I will open up the other app again. I would say 80% of my rides come from Uber and 20% from Lyft. I like being able to have multiple ride sharing apps open at the same time. It cuts my window between rides and reduces my idle time. I agree that Uber never restricts me from using Uber and Lyft simultaneously. I agree that I'm free to accept or decline leads generated through the Uber App, and Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

5.      Sometimes, for active duty personnel, I'll indicate on the Uber App that the ride has been completed and drive the passenger the rest of the way for free. Uber didn't ask me to do this; this is something I decided to do on my own.

6.      I consider myself as self-employed, driving for myself and not for Uber. I used to be a truck driver. During that time I leased the truck, as I could not afford to buy. The difference between being a truck driver and being an Uber driver is that the initial investment is smaller. I see Uber in much the same way as I saw being an independent contractor for the trucking company. I'm not an

---

1

DECLARATION OF ANGEL HERROZ

CLASS MEMBER DECLARATIONS 555

1  employee of Uber just like how I wasn't employed as a truck driver. I value the flexibility that Uber

2  provides because it makes me free to do anything I want, whenever I want.

3      7.    Uber has never tried to assign me a territory. Surge pricing will affect my decision to

4  log onto the App. If there surge pricing in an area, I'll plan ahead and try to be here. The promotion

5  notifications will affect my decision to log onto the App in much the same way.

6      8.    I watched the videos Uber had when I started using the App. I remember there were

7  suggestions on how to interact with passengers, but I don't recall any specific examples. I have good

8  people skills, and I worked for a long time in customer service. I've never been told that I would have

9  my account deactivated for failing to follow Uber's suggestions.

10      9.    My current star rating is 4.83, which I consider to be a high rating. To maintain that

11  rating, I mentally read my riders, ask them questions, answer their questions, talk about the weather,

12  sports, anything they want to talk about. All of these are my own ideas.

13      10.   Uber recommends us not to accept tips. We let customers know that tipping is not

14  required. I have accepted cash tips from passengers. I would say that happens once every two or three

15  days. Uber has never suspended or threatened to suspend my account for accepting tips.

16      11.   I was presented with a Licensing Agreement online before I began using the Uber

17  App. When I agreed to the terms of the Licensing Agreement, I intended to be an independent

18  contractor. I wish to continue being an independent contractor because I value the flexibility.

19      12.   I typically drive for four to five hours before stopping for a rest. I will rest for

20  typically 40 minutes. I decide when to stop for a break or a meal. I typically shut off the Uber App

21  during these times. Uber has never told me to drive for a certain amount of time before stopping for a

22  rest or a meal. Uber has never told me not to take a break. Uber has never interrupted my breaks. I'm

23  free to go anywhere I want during breaks. I will go to wherever I'm in the mood for, especially if it's

24  for food.

25      13.   I have given this testimony completely voluntarily and without any coercion

26  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

27  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

28

2

DECLARATION OF ANGEL HERROZ

1  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

3  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

4  have to provide any written statement.  I also was specifically told that I could participate in the

5  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7      I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct.

9

10      Executed at San Diego, California this 28th day of May, 2015.

11

12                                                    ANGEL HERROZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ANGEL HERROZ

## <u>DECLARATION OF MAJIC HINDI</u>

I, Majic Hindi, do hereby swear, affirm and attest as follows:

1.       I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.       I am age 52 and currently live in Spring Valley, San Diego County, CA. I have lived in Spring Valley for fifteen years. I do not have a commercial driving license. I am an UberX driver and have been since October 2014. I am a direct partner with Uber.

3.       When using the App, I drive a 2015 Toyota Prius that I own. I use the App six or seven days a week, twelve hours a day if it's a weekday, seventeen hours if it's a weekend. I usually start at 4am and go until noon, then stop for four hours, then use the App again from 4pm to 8pm. On weekends it's the same except I'll go until 11pm. Surge pricing doesn't affect my decision to log onto the App.

4.       I used to have a Lyft account. I would have both the Lyft and Uber Apps open at the same time. I would accept whichever fares came first. I stopped using Lyft because I realized I could make the same amount of money by just using Uber. Uber never restricted me from using Lyft at the same time.

5.       Being an independent driver means you work anytime you want, you have freedom, you go home anytime you want. There's no having to work certain hours or accepting all the calls that come in. With Uber, it's up to you. You accept the call, you make money. Don't accept the call, don't make money.

6.       I was a cab driver for 20 years in San Diego. I switched from driving to taxi cabs to Uber for a few reasons. One reason was money. I make the same money with Uber that I did as a taxi driver. I also don't need to have special permits. Then there's the freedom. You work anytime you want: days, nights, weekdays, weekends. But I would say by far the most important reason was vacationing. With driving taxis, you had to drive seven days a week. You had to pay a lease whether or not you drove every day. If you went on vacation there was no taxi cabs for you when you came

---

1
DECLARATION OF MAJIC HINDI

CLASS MEMBER DECLARATIONS 558

1    back. With Uber, Uber does not want to be notified when you go on vacation. I'm not an employee,

2    so I don't need to give them any notice.

3          7.      I have my App map and knowledge of the city. A lot of the time the map will take me

4    a longer way than I know. Customers will sometimes request me to go with the map, but sometimes I

5    will take the shortcuts I know. If the customer gets unhappy about that, I will agree to stop the fare a

6    couple of blocks short. For me, customer satisfaction is more important than money. Customers

7    support Uber, and Uber supports me, so I'm returning the circle back to keep customers happy.

8          8.      Uber never requires me to log into the App for any minimum amount of time. That's

9    what I like about Uber. I drive a lot of hours, and sometimes at night, if I'm tired, I will be safe and

10   end early and go home. I follow a very set schedule every day, but it is all my decision. Uber never

11   told me to set up this schedule. It is all up to me when I want to work.

12         9.      I have given this testimony completely voluntarily and without any coercion

13   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

14   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

16   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

17   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

18   have to provide any written statement. I also was specifically told that I could participate in the

19   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

20   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21         I declare under penalty of perjury under the laws of the United States of America and the

22   State of California that the foregoing is true and correct.

23

24         Executed at Los Angeles, California this 28th day of May, 2015.

25

26                                              MAJIC HINDI

27

28

---

2

DECLARATION OF MAJIC HINDI

**DECLARATION OF ZAW HLA**

I, ZAW HLA, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 41 years old and I live in Alhambra, CA in Los Angeles County.  I have lived in Alhambra for a little over 5 years.

3.     I am a driver for Uber X.  Although I registered for the app around 2012 or 2013, I didn't start driving for Uber X in December 2014.

4.     I consider this my part-time job.  My day-time job is as a network engineer – I am Cisco certified, and work that job on a full-time basis.  I like driving in my free time, and in my free weeks, I can drive up to thirty hours.  However, last week I only drove for 8 hours.

5.     Mostly I drive in the evening, from around 6:00pm until midnight.  On Fridays and Saturdays, I will start around 6:00pm and until 2:00am or around there.  My driving time really depends on how busy my day-time network engineering job is.  If something with work comes up, I will finish that ride and turn off the app so that I can focus on my network engineering work.  I have worked as network engineering since August 2014 and have worked for the same company that same time.

6.     Uber has never told me that I cannot work for another company or in another job.

7.     I only use one vehicle when I drive using the Uber App, and I own that car.

8.     I usually drive only during the weekdays at night.  The weekends tend to be busier for me because I often have to travel for my piano-playing gigs, which are located elsewhere.  In particular, I know I will be out of town on most weekends in July, August, and September, so I know I will not drive on the weekends during those months.  Uber has never set a schedule for me or told you that you can't take weekends off.  In fact, Uber has never told me that I can't take time off ever – if I don't want to drive, I simply turn off the app.  Uber has never required that I work a minimum number of minutes or hours.

9.     Uber has never instructed me to work in any geographical territory or neighborhood.

1
DECLARATION OF ZAW HLA

CLASS MEMBER DECLARATIONS 560

1    It is my understanding that I am the boss.

2          10.    I have turned down rider requests before. Oftentimes this is because the rider is 15-
3    20 minutes or more away from where I currently happen. One time, a rider requested a ride from a
4    certain location, but then moved from that location to somewhere several minutes away and
5    threatened to sue Uber if I did not pick him up from the new location. That rider also sounded
6    drunk. During that instance, I contacted Uber to let them know and did not pick up that rider.

7          11.    I have used the Lyft application before, but only approximately 8 to 10 times. This
8    was during March and early April 2015, after I had already been driving for Uber. Uber has never
9    told me that I can't use another application, and in fact I know several drivers who use both
10   applications.

11         12.    I did not go through any onboarding experience. I did not go through any training or
12   anything of the sort.

13         13.    My star rating is currently around 4.81. I try to maintain or increase my rating by
14   doing my best and providing waters, always keep clean my car and keep away from odor to my
15   passengers. Uber did provide some tips on how to increase my rating, but my ideas to keep a high
16   rating are my own.

17         14.    I pay for all of my vehicle expenses, like gas and oil changes.

18         15.    I do not take breaks during my driving time unless I am contacted by my day-time
19   employer, or to take a restroom or meal break. I usually drive about 2-3 hours and then take a 15-30
20   minute break. I can take a break at any time and at any place – Uber does not dictate when I should
21   take a break.

22         16.    I have given this testimony completely voluntarily and without any coercion
23   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
24   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
25   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
26   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
27   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
28   not have to provide any written statement. I also was specifically told that I could participate in the

CLASS MEMBER DECLARATIONS 561

1  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3      I declare under penalty of perjury under the laws of the United States of America and the

4  State of California that the foregoing is true and correct.

5      Executed at Los Angeles, California this 26 day of May, 2015.

6
7                                                          ZAW HLA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF ZAW HLA

1        **DECLARATION OF JOHN HOFFMAN**

2        I, John Hoffman, do hereby swear, affirm and attest as follows:

3        1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.      I am 70 years old.  I have been living in Santa Clarita for the past 15 years.  I am a

7    driver using UberX and UberPlus.  I have been using UberX for 9 months and have been using

8    UberPlus for 6 months.  I drive part-time, and work as a product placement consultant part-time.

9        3.      When I signed up to drive using the Uber App, I intended to be an independent

10   contractor.  I looked at the deal as me paying Uber approximately 20% of my fares in exchange for

11   using the Uber App.  I began driving using the Uber App because I wanted to set my own time, work

12   whenever I wanted to work, and have the opportunity to drive whenever I wanted to drive, without

13   feeling pressure to do so.  I wish to continue my status as an independent contractor because I

14   especially enjoy the flexibility that I have while driving with the Uber App.

15       4.      I enjoy the flexibility I have while driving using the Uber App.  Uber allows me to use

16   multiple driving apps, and I often do choose to use Uber and Lyft at the same time.  Being able to use

17   both apps at the same times provides me with the opportunity to have twice the potential of finding

18   riders.  Uber has never restricted me from using other apps for the same purposes.

19       5.      I believe that, overall, Uber is the best of all the ride sharing apps.  I feel that I have

20   the opportunity to take breaks.  In fact, I sign off and sign on to the Uber App as I wish.  Lyft is

21   different from Uber in the sense that Lyft would not like when I would sign off quickly.  For

22   example, if I would sign off of the Lyft App within 5 minutes of signing on,  Lyft would send me a

23   text message encouraging me to attend training sessions for how to stay online longer.  In contrast,

24   Uber leaves me alone and allows me to sign on and off as I please.  Also, contrary to Uber, Lyft used

25   to require me to sign up for specific driving hours and would send me text messages to remind me of

26   when I needed to be on the road.  Uber does no such thing and does not penalize for me driving as

27   much or as little as I want to.

28

---

1
DECLARATION OF JOHN HOFFMAN

CLASS MEMBER DECLARATIONS 563

6.      In driving using the Uber App, I also enjoy the flexibility I have in determining my own schedule and the amount of time that I drive.  I drive approximately 15-20 hours per week, usually in the mid-mornings or in the mid-afternoon, as I have found these timeframes to be optimal in the amount of riders available.  I like to drive where I see pricing surges.  I enjoy using the Uber App when I am returning home from personal engagements or appointments.

7.      Driving using the Uber App allows me to supplement my income during the otherwise free time that I have.  Uber has never suspended or threatened to suspend me for not logging into the Uber App enough.  I am completely in control of my own schedule and the times during which I work—Uber has never set my schedule for me.

8.      I have attended Uber's onboarding training sessions, and I interpreted the recommendations Uber made during such sessions as suggestions rather than requirements.  During the Memorial Day weekend, for example, I received text messages from Uber with suggestions as to which geographic regions will likely have high ridership rates.  Instead of deciding to follow the suggestions, I chose not to work during the weekend.

9.      I feel free to accept or decline requests from riders as they come in, and I would decline a request if it comes from too far away and if it does not make financial sense for me to pick up a particular rider.  Uber has never threatened to suspend my account for not accepting enough requests.

10.     I pay for all of my own expenses that I have while driving, such as mileage, gas, oil changes, and other charges.  I keep records of all of my expenses through a specialized app and on an excel spreadsheet.  I file my taxes as an independent contractor and deduct the expenses I have associated with driving.  Uber has never sent me a W-2; instead, I have received a 1099.

11.     My understanding from my communications with Uber is that tip is not included in the fare collected by Uber.  Riders sometimes give me tips (approximately 1-2 times per week) in cash.  Uber has never told me that I may not accept tips offered to me by riders.

12.     Uber affords me the flexibility to choose which of my two cards to use—either the luxury car, a 750 BMW, or a more economical car, my Chevy Volt.  At night and on the weekends, I

CLASS MEMBER DECLARATIONS 564

use my more luxurious car in order to maximize my revenue earned from riders around airports. Other driving apps do not grant me the opportunity to decide which car to use.

13.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27th day of May, 2015.

John Hoffman

---

3

DECLARATION OF JOHN HOFFMAN

**DECLARATION OF BIJAN HOOSHNAM**

I, Bijan Hooshnam, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have lived in San Jose for 17 years.

3.     I am a full-time operations manager for a small business.

4.     I drive using the UberX service. I first started using the Uber app during the first week of December 2014.

5.     I currently use the Lyft app as well. I have also used the Sidecar app in the past. I use these apps simultaneously. When I get simultaneous requests, I accept the first one and cancel the other one.  I like the flexibility of being able to use multiple ride sharing apps.

6.     I chose to drive using the Uber app for extra earnings and for its flexibility. I liked that it did not require any commitment on my part. I also liked that I could work around my existing job. Uber does not require me to log onto the app for a minimum amount of time, nor has it restricted me from engaging in any other occupation or business.

7.     I already had my own car and auto insurance prior to deciding to use the Uber app. I drive a 2015 Toyota Prius. I have satellite radio, which came standard with the car. I also use my own iPhone. I have an airport permit.

8.     About 83% of my income generated from ride-sharing apps comes from Uber. My business would suffer if I could only use the Uber app.

9.     I mostly drive in San Francisco. I prefer to be logged in before and after my regular job. I usually drive between 12-2pm and 8-11pm on weekdays and Saturdays from 3-10pm. I take Sunday off. Uber never assigns me a territory.

10.     Surge pricing absolutely affects my decision regarding where to drive. I go to the neighborhood with the higher surge price.

11.     I receive promotions from Uber, but they do not affect my decision to log on. All that matters is what is convenient to me when I choose to log onto the app.

1
DECLARATION OF BIJAN HOOSHNAM

1        12.    The website described suggestions for how to interact with passengers, but I would

2    not be penalized for not following them. I adhere to the suggestions because they make sense.

3        13.    Passengers rate me and I rate passengers. I have about a 4.8 rating, which is

4    completely determined by passengers. Uber does not control my ratings. In order to maintain my

5    rating, I do all the common sense things. I try to be polite, drive within the speed limit, and keep the

6    vehicle clean. I have a deal with the car wash near me where I pay $50 a month, and I can go as

7    often as I want. These are my own ideas to maintain my rating.

8        14.    I communicate with Uber about two or three times a month, mostly for fare

9    adjustments. I mostly request fare adjustments when I miss a turn off and it has a significant impact

10    on the fare; I make a commitment to the passenger that I will email Uber and get it adjusted to reflect

11    the more direct route.

12        15.    The website communicates that Uber is a cashless system so drivers do not accept tips

13    unless the customer insists on it. I have received about 8 tips.

14        16.    I pay for all expenses associated with the car, including insurance, gas, and detailing.

15    I also pay for bottled water, but that is optional and it is my choice to provide it.

16        17.    I received a 1099 form. I did not deduct my expenses for 2014 because I started in

17    December. I probably will deduct my expenses for 2015.

18        18.    I know I am not an employee of Uber. I want to continue to not be an employee

19    because I have more flexibility in my current position.

20        19.    I have given this testimony completely voluntarily and without any coercion

21    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

22    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

24    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

25    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

26    not have to provide any written statement. I also was specifically told that I could participate in the

27    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

28    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

CLASS MEMBER DECLARATIONS 567

1    I declare under penalty of perjury under the laws of the United States of America and the
2    State of California that the foregoing is true and correct.
3    Executed at San Francisco, California this 18th day of May, 2015.

4
5                                                    *Bijan Hooshnam*
6                                                    Bijan Hooshnam
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
                                    3
                    DECLARATION OF BIJAN HOOSHNAM

**DECLARATION OF HOWARD HSU**

I, HOWARD HSU, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a real estate investor, I have three kids, and I'm currently in law school. I have operated my own start-ups in the past and I have engaged independent contractors in the course of operating my own businesses.

3.     I signed up to use the Uber app about two and half years ago. I had heard from my friend about Uber and driving on the Uber platform sounded like something interesting I could do in my downtime. The flexibility of driving whenever I felt like it appealed to me.

4.     As part of the sign up process, I submitted some basic personal information, and information about my driver's license and insurance. There was a 10-minute video I had to watch, but I cannot even remember what was said in that video.

5.     After I signed up, I did not drive for another year and a half because I had too much going on with my other business ventures and family responsibilities. When things slowed down a bit for me about a year ago, I decided to start driving. My account was still active; all I needed to do was submit a proof of vehicle inspection form and I could use the app.

6.     I drive on the uberX and uberXL platforms. I use a 2014 Toyota Highlander that I lease. I make the lease payments myself.

7.     For me, driving is something to do in between all the other things I have going on. I typically drive Mondays and Thursdays, when my daughter is in school. I don't have any set times I drive, and I don't ever feel obligated to drive.

8.     I usually drive 10 hours or less when I drive, but I've gone entire months without using the app. For example, last month I didn't drive at all. Even when I don't drive for a long time, all I need to do is log back on when I'm ready to drive. Uber does not control when I drive.

9.     When I do decide to drive, I typically go to the airport. I don't like driving in the city because it is too hectic, so I choose to go to the airport. Uber does not require that I drive in any

CLASS MEMBER DECLARATIONS 569

1    particular location.

2        10.    When I drive to the airport, I like to sit in the waiting line and wait for riders. I like

3    doing this because it gives me some downtime to read while I wait. Then when I get a request, I

4    accept it, pick up the rider and take them where they want to go. I like driving people around and

5    talking to them too. It's a nice break for me.

6        11.    I am not an employee of Uber. Uber is a software platform that takes advantage of

7    market inefficiencies. I am paying Uber for a license to use the software. All Uber does is provide

8    the software that allows riders looking for rides to connect with drivers available to drive. I view the

9    relationship as leasing software from Uber. I am using the software and the rider clients are using

10   the software and it's matching people up.

11       12.    I have never received any sort of "warning" threatening deactivation from the Uber

12   platform.

13       13.    Uber occasionally gives suggestions on how to improve ratings, but I can choose to

14   follow them or not. How I drive is up to me, and I know that other drivers don't follow the

15   suggestions either. I'm a rider and a driver, and, when I'm a rider, I have seen drivers follow some

16   suggestions or none of them. I do not think Uber even has the ability to ensure these suggestions are

17   being followed (even if it wanted to).

18       14.    I understand I need to maintain a minimum star rating in order to continue receiving

19   access to the app. Having a minimum star rating makes sense to me because it allows the system

20   run smoothly. I have a very high rating from my passengers, but my rating is completely on me;

21   Uber has no impact on it. When I am driving, I do not feel like I represent Uber. I represent myself.

22   Whatever input riders provide about the experience reflects on me and my vehicle, not Uber.

23       15.    I would not want to be an employee of Uber because that would mean less flexibility.

24   Uber could tell me where to drive, when to drive, and how to drive. I might have to wear a uniform.

25   It would definitely make driving far less desirable if I had to be an employee.

26       16.    I can wear what I want when I drive. I usually wear a collared shirt and jeans, but

27   this is my decision. What I wear reflects on me, but it's not something Uber requires.

28       17.    When I am logged on, I put a small Uber logo in my windshield. This trade dress is

---

2

DECLARATION OF HOWARD HSU

required by the California Public Utilities Commission, not Uber.

18.     I receive a Form 1099-K from Uber showing the payments they processed for me. This reporting is consistent with my understanding that Uber is basically just collecting monies for me.

19.     I know Uber uses the slogan "Everyone's Private Driver." As I understand that slogan, it means that everyone can have a private driver or can be a private driver, not that Uber is the driver. In other words, Uber provides the software to allow this, not the actual driving service.

20.     My understanding is that the fare is all-inclusive. I do not believe Uber is taking any tips. Uber also doesn't care if a rider gives a driver a cash tip when they have a good experience. I have accepted tips from riders, and I haven't felt that was improper or something Uber would not want me to do.

21.     I have the app downloaded directly on my personal phone.

22.     I pay for all my expenses related to driving.

23.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____
HOWARD HSU

3
DECLARATION OF HOWARD HSU

## DECLARATION OF RICARDO HUIZA

I, Ricardo Huiza, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I'm an Uber X driver.  I own a 2011 Nissan Versa, and I lease a 2015 Toyota Prius.  I have used the Uber App since December 2014, and I have driven both cars while using the App to get leads.

3.      I am a Human Resources consultant.  I consult for manufacturing companies such as Johnson & Johnson; Hitco, an aerospace company that does business with Boeing; and a medical devices company in Culver City.   Typically, for the length of my consulting gigs, I ask for a minimum of three months, am happy to get six months, and believe the best is one year.  I would like to have a permanent position at and be an employee of one of the aerospace company for whom I currently consult.

4.      I use the Uber App when I know I want to accept Uber-generated leads.  I keep the App off until I want to use it.  So normally I drive on Thursday nights and weekends.  If my kids do not need help with homework or my wife does not need help with laundry, I may drive on a Wednesday.  If my son or daughter needs help with school work on certain Thursday nights, I do not drive on those Thursday nights.  I really like the flexibility.

5.      I like to drive on the weekends because I make money through the surge pricing on weekends.  I experimented with what happens on Monday through Thursday evenings, and it's slow except during very busy hours.  I have enough data points through my experience that using the Uber Apps on Fridays and weekend days pays off.

6.      I usually drive for blocks of four hours.  After driving for four hours I crave cheese pizza.  I know it may sound odd, but it is always cheese pizza that I crave.  So I go to a pizza parlor and grab a piece of pizza.  I think it is because I am concentrating so hard when I drive that I need a break.

---

1
DECLARATION OF  RICARDO HUIZA

CLASS MEMBER DECLARATIONS 572

7.       There was a period in 2014 when I had a consulting gig for 7 months.  It ended in early November 2014, and I did not want to get on unemployment, so I decided to try driving using the Uber App.  I'm glad that I did.  On December 4, I started using the Uber App, and shortly thereafter I landed a three-month gig.  The three-month gig was to start during the third week in December. I used the Uber App to get leads during the few weeks between gigs.  Then once I started the three-month consulting gig, I used the Uber App less.  There's a correlation between how hard I work in my consultant role for the manufacturing companies and how much I use the Uber App.  For example, when I put in a lot of hours with the aerospace company I now consult for, I put in fewer hours using the Uber App.

8.       I really like the aerospace company and I'm hoping that at the end of August I get a permanent position with it.  I want to be an employee of the aerospace company.  I absolutely understand that I am an independent contractor with Uber.  I get a 1099 tax form from Uber, which is the same thing I get as a consultant for the manufacturing companies.  An employee gets a W2 form. For my 2014 taxes, I claimed expenses on my tax returns as an independent contractor for Uber.  For example, I claimed deductions for mileage.

9.       Uber's recommendation regarding interacting with passengers is essentially to treat the passenger with respect.  Uber does not recommend anything else specifically.  I do many other things as part of great customer service, but these things are not based on Uber recommendations.  I do not allow smoking in the car.  I keep my car very clean.  I do not allow open alcohol in my car.  I do all of these things because it is common courtesy to maintain a clean car.  The image I want to give to my customers is that my car is clean, that I'm a professional, and that they will have a positive experience.

10.      I do not accept tips.  There have been a couple of times, maybe three times in the seven months that I have used the Uber App, when passengers insisted on leaving a tip.  One guy left a $10 bill on the backseat.  The second time an old lady put cash in my pocket, and when I refused, she insisted, so I accepted.  The third time, I picked up a teenage girl from prom, and she was so grateful that when I dropped her off at home she ran in, came out with $20, quickly handed it to me,

2
DECLARATION OF RICARDO HUIZA

CLASS MEMBER DECLARATIONS 573

1  and ran back into her house. I always explain to passengers that being an Uber rider is a cashless

2  experience. A businessman offered me $30 when I took him to the airport, and I said no, and did not

3  accept the tip even though the businessman felt a bit awkward. I'm approaching 800 rides, and only

4  three times the tip has landed on me, but only after the passenger insisted as I just described. I have

5  never been told that tip is part of the fare. I've understood that tip is not allowed. The fare basically

6  is the mileage plus time, and I can see that on the way bill, so there's no confusion. Uber is

7  transparent, and there's no doubt that tip is not part of the fare.

8      11.    I have given this testimony completely voluntarily and without any coercion

9  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

10  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

12  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

13  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

14  have to provide any written statement. I also was specifically told that I could participate in the

15  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

16  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17      I declare under penalty of perjury under the laws of the United States of America and the

18  State of California that the foregoing is true and correct.

19

20      Executed at Los Angeles, California this 27th day of May, 2015.

21

22                                                        _____
                                                              Ricardo Huiza
23

24

25

26

27

28

---

CLASS MEMBER DECLARATIONS 574

**DECLARATION OF Aliaksandr Hulestski**

I, Aliaksandr Hulestski, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I use UberX and UberXL.  I am 36 years old and have been living in Hollywood for one year.  I have a commercial driver's license.  I have been using the Uber App since this March.  I currently work the night shift for Parkview Manor, an adult residential facility, which is a full-time job.  I also do woodworking in Orange County, which is part-time.  I am a direct partner with Uber.  I currently own and drive one car, Dodge Grand Caravan, when using the Uber app, but I would like to own my own transportation business using Uber.

3.      I only use the Uber app at night because I like to drive at night.  There is no traffic and I like the city at night.  Sometimes I get messages that there are certain areas which have more passengers, so I go there.  Generally I accept all my passengers but I feel like I can accept or decline them.  I have gotten fare adjustments when I get more than 4 passengers in my car, and Uber adjusts them.  I feel like I start my work when I get my first passenger.  Sometimes you are just looking at the app and checking your trips, but you are not working at that time.

4.      Normally, I drive with the Uber app from maybe 4-6PM at night to 2-3AM at night.  I keep these hours because I like to work at those hours.  I don't like to drive during rush hour.  Of course I like having the flexible driving schedule.  I don't feel that Uber makes me drive a minimum amount of time.  You can start late or early, and you can stop and get coffee.  I feel like I can have my other occupations, and as I said, I have two others.

5.      When I signed up, I watched the Uber video.  On it, they gave advice.  It wasn't an order it was advice.  Generally all their advice is common sense anyways so I follow it.

6.      I have email Uber maybe 1-2 times a month, and Uber contacts me several times a week, although mostly with statistics about certain areas.

7.      From what I understand, and independent contractor, it's where I get to choose which

---

1

DECLARATION OF Aliaksandr Hulestski

1  passenger I pick up.  When I get a request from Uber, I can accept or decline it.  That means I am

2  independent.  I want to remain an independent contractor.

3     8.   While I work, I take a break every 2-3 hours, for 20-30 minutes.  I just take them

4  whenever I want, and it changes by the day.  I don't go any particular place, just whenever I want.

5     9.   I have given this testimony completely voluntarily and without any coercion

6  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

10 provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

11 have to provide any written statement.  I also was specifically told that I could participate in the

12 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14    I declare under penalty of perjury under the laws of the United States of America and the

15 State of California that the foregoing is true and correct.

16

17    Executed at Los Angeles, California this 26th day of May, 2015.

18    _____

19    Aliaksandr Hulestski

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF  Aliaksandr Hulestski

1      ## DECLARATION OF SHARON HURT

2      I, SHARON HURT, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4      where otherwise indicated, all of the information contained herein is based on my personal

5      knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I am currently retired, and I use the Uber app in my free time to make some extra

7      money from time to time.  I like the flexibility it provides.  I currently use the UberX and UberPool

8      platforms.

9      3.      I started using the Uber app about a month ago because a friend of mine was driving

10     for Uber and asked if I would try it.  He sent me a referral link, and I followed that link to start the

11     onboarding process.  It was easy.  I filled out the background check and other information, and then I

12     underwent a vehicle inspection and had a quick meeting where my picture was taken and I was given

13     a decal for my car.  The meeting took about 10 minutes.

14     4.      During the vehicle inspection process and in an email the following day, I received

15     some links with educational videos.  The videos explain surge pricing, Uberpool, how to process

16     fares and use the app.  I am not required to watch the videos.  They are completely optional.  For

17     example, one of the videos says that you can improve your ratings if you dress professionally, and

18     the video gives an example of what a person who dresses professional might look like.  The person

19     in the video is wearing a white button down shirt.  However, I am not required to wear anything in

20     particular when I drive, and in fact, I wear whatever I want.  I have never been told my account

21     might be deactivated if I don't follow the suggestions in the videos, and I don't think I would have

22     my account deactivated just for not following a suggestion.

23     5.      I am not required to drive any particular hours per day or a minimum number of hours

24     per week.  I only log on to the app when it fits into my schedule and when I feel like driving.  I try to

25     log on between 5 p.m. and 7 p.m. every day to take advantage of surge pricing, but my hours vary

26     every day depending on how I feel and what is going on in the rest of my day.  In addition, I know I

27     can log off whenever I want, and I can cancel rides if I need to.  I like the flexibility, and in fact, I

28     probably wouldn't use the app if I was required to drive a certain number of hours every week.

CLASS MEMBER DECLARATIONS 577

6.     I use my personal vehicle, a Jeep Grand Cherokee for transporting Uber passengers, and I am a direct partner, meaning I get my leads directly from Uber.

7.     I probably communicate with Uber about two to three times a week when I have questions about something on the app. Other than that, I also sometimes get communications from Uber from time to time when a big event is going on around the city. For example, they informed me when Bay to Breakers was going on so that I would know where the event was happening and so I could anticipate when and where to log on to take advantage of surge pricing.

8.     I make it a point to log on when there is surge pricing, but I can log off just as easy too or decline to accept the lead. I may decline to accept a lead because I forgot something or I need to make a pit stop.

9.     Passengers are encouraged to rate me after I finish a trip. They are given the option of giving me up to 5 stars. I also rate the passengers after each trip up to 5 stars. I think the rating system is completely subjective, and I think each person has their own idea of what a high rating is. One passenger I picked up was on crutches carrying a bag, so I parked the car, went across the street and helped him. I did that because it was obvious he needed help and I wanted to be helpful, not because I had to. These are all things I think make for a high rating, but I do them because that's what I think should equal a high rating, not because of anything that Uber has told me to do. I follow my own common sense and expertise with to passenger service. The ratings are completely customer-driven. I have never received a communication from Uber saying that I need to increase my rating.

10.    Uber does not require me to wear any specific type of clothing when I'm providing transportation services. I usually wear whatever I want when I drive. I know they say that you should dress professionally, but most people in the city don't anyway and it depends on what your definition of professional is. They say that in the context of improving your rating, but that's not a big deal for me.

11.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

CLASS MEMBER DECLARATIONS 578

1    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4    not have to provide any written statement.  I also was specifically told that I could participate in the

5    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7        I declare under penalty of perjury under the laws of the United States of America and the

8    State of California that the foregoing is true and correct.

9        Executed at San Francisco, California this 19th day of May, 2015.

10

11                                        SHARON HURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF SHARON HURT

## DECLARATION OF JUAN HURTADO

I, Juan Hurtado, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 43-year old male and I live in Pleasant Hill, California, in Contra Costa County.  I have been in Pleasant Hill for about two years; before that I lived in Martinez, California, for five years.

3.      I drive using both the UberX and UberPool apps.  I have used the UberX app for a little over a year and the UberPool for a little less than a year.  I drive a 2011 Toyota Camry hybrid and use it for both UberX and UberPool.  I use this for my full-time job and for personal errands and on trips as well as when I drive using the Uber apps.

4.      I am currently employed full-time as a military contractor for Kwajalein Range Services ("KRS"), which is located in San Leandro.  At that job, I work Monday through Friday for eight hours a day.  I started this job in September 2014, but prior to that I worked full-time at Travis Air Force Base in Fairfield, California.

5.      For the past few months, I have driven using the Uber apps Tuesday through Saturday, although sometimes I will also drive on Mondays depending on how I feel.  I typically drive three hours or so Tuesday through Friday, and then eight hours on Saturday, but this sometimes changes.  However, I might decide to drive fewer or more hours on any of these days if I am tired, have had a long week, or have something else going on in my personal life, like if I have a party that day.  Uber has never told me that I have to be logged in to the app for any minimum amount of time.

6.      My job at KRS is from 7:30 am until 4:00 pm, Monday through Friday, and then when I get off work I will decide whether I want to log on to the Uber app or not.  If I decide to drive, I will drive directly from work into San Francisco before I log in to the Uber app because there are more customers in the city.  I set this schedule for myself; Uber never told me that I have to drive on any day or at any certain time.

---

1
DECLARATION OF JUAN HURTADO

CLASS MEMBER DECLARATIONS 580

7.      I usually pick up rides only in San Francisco because there are more customers there. If a rider wants to go from San Francisco to the South Bay or the Peninsula, I will take the rider there, but then I will usually come straight back to the city rather than staying in the South Bay or on the Peninsula to pick up fares.  Part of the reason I do this is because I am not very familiar with those parts of the Bay Area.  I made the decision to do this on my own; Uber did not tell me to do this.

8.      I set a quota for myself of 12 trips per day during the week.  Once I have hit that number, I go home, even if I have only driven for a few hours.  I like this aspect of being an independent contractor with Uber because it gives me flexibility.  On Saturdays, my quota is 20 trips or 8 hours, whichever comes first.  Uber did not set these quotas for me, I set them myself.  Uber has never told me that I have to pick up a certain number of fares in a day or week.  In fact, they specifically told me that I can pick up as many people as I want to; it is up to me.

9.      I decided to sign up to drive with Uber because I was trying to make extra money for vacation and for my savings account.  I continued to drive with Uber after I started working at KRS because I like the flexibility it gives me as well as the extra money.

10.     I am a direct partner with Uber and am self-employed.  I do not use any driving apps other than Uber, such as Lyft or Sidecar, because I think I am doing well with Uber and see no reason to use the other apps.  I know that I could do this if I want to, I just choose not to.

11.     During the week when I am driving, I will sometimes take brief breaks to use the restroom or to stretch.  I log out of the app during this time so that I do not miss ride requests.  I usually do not take a break to eat a meal during this time because I snack before I start driving, so I am not hungry when I am driving.  However, I know that I could stop to eat if I wanted to.  Uber has never told me that I am not supposed to take breaks while I am driving.

12.     Surge pricing does not affect my decision to log into the app and drive.  If when I log in it is surge pricing, that is good, but it does not change my mind about whether to drive or not.  I also do not choose the surge price rides above other rides; I just pick up whoever books me first.

13.     I get texts from Uber four or five times a week informing me about special events going on in the Bay Area.  I always read them because I like to know where there will be more fares.

2
DECLARATION OF JUAN HURTADO

CLASS MEMBER DECLARATIONS 581

1   For example, since the Warriors are in the playoffs, sometimes I will get a text telling me about a

2   game going on at the Coliseum and I will decide to stay in Oakland to pick up fares because it is

3   much closer to my work, rather than going into San Francisco.  However, I do not usually change

4   my plans to drive or not drive based on these events.  Instead, I decide ahead of time whether I will

5   be driving and just check the updates to get more information.

6         14.    I usually pick up all the ride requests that come through the Uber app, but I know that

7   I am free to decline one of these rides if I want to do so.  The reason I usually accept all of the rides

8   is because I want to get the fares, not because Uber has told me I have to accept them.  Sometimes I

9   decline a request if there is too much traffic where the passenger is and it will take me a long time to

10   reach them.  Once, I received a ride request but the passenger who was supposed to be picked up

11   was very drunk.  I told her and her friends that I would not pick her up alone and that I would only

12   drive her if one of her friends came with her, and they decided to cancel the ride.  I made the

13   decision to tell them this on my own; Uber has not told me that I cannot drive a drunk passenger on

14   their own.

15         15.    Sometimes there are problems with the Uber app and I will end the trip before I have

16   arrived at the passenger's destination, even though it means that I am paid less.  I am never suffered

17   any repercussions from Uber for doing this or received any emails from Uber about it.

18         16.    I first learned about the possibility of driving using the Uber app because a friend of

19   mine recommended that I look into driving with Sidecar.  When I looked it up, I also found

20   information about both Lyft and Uber.  I ultimately decided to contract with Uber because when I

21   used to be a limousine driver I heard about Uber from my former boss.  I filled out some paperwork

22   online and picked up my phone from the Uber office.  I recall signing a Licensing Agreement with

23   Uber.  I knew at that time that I would be an independent contractor rather than an Uber employee

24   and wanted to be a contractor because of the flexibility.

25         17.    Uber sometimes will send me suggestions about how to improve my ratings with

26   customers or to increase my fares.  Some examples include keeping my car clean, having a neat

27   appearance, and getting my passengers to their destinations as quickly as I can.  I know that I do not

28   have to follow these suggestions if I do not want to do so, but I usually do because I think the

3
DECLARATION OF JUAN HURTADO

1    customers like it when I do those things.

2        18.    The passengers that I drive rate me from one to five stars depending on the ride, and I
3    rate the riders the same way.  Every week, I receive an email from Uber with my rating from the
4    previous week, which is also out of 5.  My current rating is 4.97, which is above average.  I have
5    been maintaining this rating for the last few weeks.  In order to keep my rating high, I make sure that
6    I am courteous to my passengers and I keep my car clean.  I also tell them to let me know if the car
7    is too hot or too cold.  I can tell when a passenger does or does not want to talk to me during the ride,
8    and I will follow their lead.  It does not bother me if a passenger does not want to talk to me.

9        19.    I incur expenses as part of my driving, including gas, oil changes, new tires and other
10   parts, carwashes, and general car maintenance.  I keep receipts for these expenses, but I do not
11   submit them when I file my taxes because I also use my car for personal reasons and I can't separate
12   the expenses between my personal and my business expenses.  However, I do deduct my mileage as
13   a business expense.  Uber sends me a 1099 form, which I gave to an accountant to file with my
14   taxes.

15       20.    I knew when I signed up with Uber that I would get 80% of every trip and they would
16   get 20%. This has been the case the whole time I have been driving using the Uber app.

17       21.    I know that the Uber fare is intended to be all-inclusive.  However, this does not
18   include a tip.  If the passenger wants to give me a tip, I know that I can accept it, but I always tell the
19   customer first that they do not have to tip me.  Occasionally, I will receive a cash tip from a
20   customer, most frequently around the holidays.  These tips range from $2 to $5.

21       22.    I have given this testimony completely voluntarily and without any coercion
22   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
23   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
24   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
25   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
26   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
27   not have to provide any written statement.  I also was specifically told that I could participate in the
28   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4
DECLARATION OF JUAN HURTADO

1 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2

3     I declare under penalty of perjury under the laws of the United States of America and the

4 State of California that the foregoing is true and correct.

5     Executed at San Francisco, California this 20th day of May, 2015.

6

7                           JUAN HURTADO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
DECLARATION OF JUAN HURTADO

CLASS MEMBER DECLARATIONS 584

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
13   MANAHAN, WILSON ROLLE, JR, and
     WILLIAM ANDERSON, individually and   **DECLARATION OF HIIS ILMI**
14   on behalf of all others similarly situated,

15                  Plaintiffs,            Complaint Filed: August 16, 2013
                                           FAC Filed: May 30, 2014
16            v.

17   UBER TECHNOLOGIES, INC.,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

I, Hiis Ilmi, hereby declare as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am originally from Somalia. I moved to San Diego about 10 years ago to pursue the "American Dream." I wanted to make a better life for myself and my family. I began driving a taxi cab for USA Cab, then Yellow Cab, and finally West Coast Cab. I would lease my yellow cab from the owner for a weekly fee of $480 and would be required to pay the lease even if I was not working. It was impossible for me to take a vacation or to spend time with my family because I could not afford to take time off of work and still pay my bills or the lease on the taxi cab. I was working as many hours as I physically could work and I was still struggling to pay my bills.

3.      At the beginning of 2013, some of my friends and other taxi cab drivers started using the Uber app. They told me that, with the ability to locate customers using the Uber app, they could now drive their own cars and make more money than they had ever made. I decided to see for myself.

4.      I went to Uber's office and asked an Uber employee questions about the Uber app. This employee explained to me that drivers who were authorized to use the Uber app could freely operate their own transportation businesses and use the app whenever they wanted to for lead generation purposes.

5.      When I expressed that I was interested in using the app to book passengers, Uber asked that I take a written test just to confirm that I was familiar with the San Diego area. It included basic questions concerning my knowledge of locations downtown, identification of one-way streets and popular destination spots. I also received a brief, basic tutorial on how to use the Uber app, but I received no training or orientation from Uber at or since that time. An Uber employee then showed me how to use the app and confirmed for me that it would be entirely my decision when to log on and off and what routes to take.

1.

6.      I was also informed that a driver should not ask passengers booked through Uber for tips or gratuity because rides requested through Uber's app are supposed to be "cashless" and the amount charged to the passenger's card is intended to compensate me fully for my services and cover the full cost of the ride.  As a result, I take tips when passengers offer them, but I have never asked a passenger who books my services through the Uber app for a tip.  The size of the tips I receive, when I do receive them, varies and doesn't necessarily relate to the amount of the fare— whether to tip and how much to tip is up to the passengers.

7.      Shortly after I met with Uber, I purchased a Toyota Prius and electronically accepted the licensing agreement to use Uber's smartphone application.  This was the start of my own business.  I understood that I would now be able to use the Uber app to accept trip requests for my own independent business.  I do not believe, nor have I ever believed, that I was an employee of Uber.

8.      At the time I accepted the licensing agreement, I noticed that it contained an arbitration provision and that I had the option to opt out of arbitrating my disputes with Uber.  I understood the provision and my right to opt out, but I chose not to do so.

9.      I was able to start using the Uber app once I accepted the agreement governing my use of the app.  Uber provided me with an iPhone in exchange for a security deposit.  The iPhone was equipped with the Uber app and nothing else.  I can't use Uber's iPhone to text or make calls or any purpose other than using the app.  I pay approximately $10 per week as a data fee to use the iPhone.  If I ever choose to stop using the Uber app and return the iPhone, I will get my full security deposit returned.

10.     Right now, when I use the Uber app, I book passengers on the uberX platform only.  For each trip I complete on the uberX platform, I receive 80% of the fare, while Uber takes 20% as its licensing fee for allowing me access to the Uber app.  Uber charges the passenger's credit card, deducts its fee, and then pays me the rest.  I was aware of this arrangement at the time I accepted the licensing agreement, and I have received all the money that I understand I am entitled to from trips completed using the Uber app.

2.

11.     I can use Uber's app whenever I want.  I am able to pick and choose the hours and locations I offer my services.  The difference between driving a taxi and running my own business is night and day.  If I want to work 24 hours in a day, I can.  I can wake up one morning and decide that I do not want to work that day.  If I want to travel, then for the first time, I can travel. If I want to stay home with my kids, then I can stay home with my kids.

12.     I decide when and where to work based on how much money I think I'll earn at a particular time and in a particular location.  Personally, I decide to start work in the Lemon Grove area because it is close to my home and this saves on my gas expenses.  When downtown gets busy (rush hour or for certain events located downtown), then I may head downtown for more business.

13.     The flexibility of using the Uber app has allowed me to enroll in online courses through Arizona State University.  In addition to going to school, I also started a second business called Halabuur Enterprise (halabuur.com).  My business provides consulting services to individuals in the San Diego area on how to start a small business, with a focus on using the Uber app to start a transportation business.  Because I can speak six different languages, I am able communicate with other immigrants and motivate and encourage them not to settle for a job that is not consistent with their talents.  Uber has provided me with a chance at my American Dream and I want to help others use the app to find their American Dream.

14.     Even when I am logged into the app, I can decide when and who I am going to pick up.  If I do not want to accept a ride offered to me through the app, whether it is because I don't feel like driving to a certain passenger's location or whatever reason, I just do not accept it. I don't suffer any consequences from Uber as a result of rejecting trip requests offered to me through the app.

15.     I choose the route I will drive to a destination for a customer. The route I choose is either guided by customer input, a GPS device (which I bought for my business), or my own knowledge of the quickest and shortest route possible.  Ultimately, I take either the route requested by the customer or the route that I determine through my GPS or my own expertise.  Uber has never instructed me or given me any suggestions to take a specific route.

3.

16.     Passengers I book through Uber can evaluate my business by using the passenger version of the Uber app to give me a "star rating" of 1 to 5.  I can also use the app to rate the passengers I book through the app.  I understand that if my average star rating from passengers gets too low, I might lose access to the app, but passengers with bad ratings can lose access to the app as well.  My star rating is based entirely on my passengers' feedback of the quality of the services my business provides.

17.     I receive weekly information from Uber regarding the number of fares I completed and my average star rating, but Uber doesn't evaluate at all the services I provide.  From time to time, Uber has provided suggestions about how I might be able to increase my star rating, including opening doors for customers and greeting them with a smile. These suggestions are not requirements and I can choose which suggestions to follow or not follow.  Uber does not and cannot control how I conduct myself with respect to the trips that I provide or what I do to provide quality service to passengers.  I am never required to attend meetings with Uber personnel or contact Uber about any topic.

18.     I have never been required by Uber to wear a uniform or conform to a specific dress code.  I know through my own experience that if I have a good appearance, then my passenger is likely to have a better opinion of my business.

19.     Uber offers drivers the opportunity to put a small Uber logo on their windshields, in exchange for a fee paid by Uber, so that customers can more easily identify the car they have booked.  I choose to display an Uber logo on my front windshield so customers can easily identify my car.  The logo is easy to remove if I ever chose not to display it.

20.     At this time, I do not try to generate passenger leads other than through the Uber app because the Uber app provides me more than enough leads for my business.  I am aware of other lead generating software applications like Lyft and Sidecar.  Uber doesn't restrict me from using these services and I am free to use them if I want to.  Right now, I have no interest in using them because I obtain more than enough business through the Uber app and I could not take on any more work even if I wanted to.

4.

21.    I bear all the expenses for my business, including gas, oil and brake changes, tire rotations, car cleaning, and recently, my TCP license.

22.    I receive a Form 1099 from Uber. I file all of my tax returns as self-employed and I deduct my business expenses from my tax returns.

23.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at _San-Diego_ California this _9_ day of _July_ 2014.

Hiis Ilmi

**DECLARATION OF SARGIS ISAYAN**

I, SARGIS ISAYAN do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am thirty years old and I have resided in Glendale, California for the past 21 years.

3.      I am a self-employed businessman with my own limousine transportation service business.  As an independent driver, I use the Uber App to generate leads for my business.  I only use the UberBlack and UberSuv platforms.  I am aware that Uber does not restrict my use of other ride-sharing applications like Lyft and Sidecare, but I only use Uber to obtain clients.

4.      I currently lease a Chevy Suburban that I use for my business as well as for personal use.

5.      Uber does not set my schedule, nor do they have any control over the hours that I work. I do not have a set schedule, nor do I have certain times of day that I prefer to drive. My schedule varies greatly, and this is the main thing that I really like about the Uber App because I drive when I want to drive. Uber does not require me to log into the App for any minimum amount of time.

6.      I am always free to accept or decline the leads that are generated through the Uber App. On rare occasions, I decline the request if a request is outside of my driving radius. However, for the most part, I accept all of the requests I receive when I am signed on to the Uber App.

7.      When I have the Uber App open, I do not consider myself as driving for Uber. I consider it as me driving for myself and for my business.

8.      When I was onboarding and throughout my relationship with Uber, they have provided me with common-sense suggestions on providing customer service. I never felt as though I was required to take these suggestions. A lot of my customer service expertise is based off of the years of experience in the transportation services industry, and not off of any suggestions or ideas that Uber has provided. Specifically, I have independently learned how to present myself, how to communicate with the passengers, and how to accommodate the passengers in the best way to make

1

CLASS MEMBER DECLARATIONS 591

1   sure that the trip is comfortable.

2       9.      As part of my transportation services business, I incur a number of business expenses

3   such as gas, mileage, car lease payments, and maintenance. I keep track of these expenses and pay

4   them out-of-pocket.

5       10.     From Uber's licensing agreement, I clearly read and understood that I am an

6   independent contractor. I have every intention to continue using the Uber App as an independent

7   contractor.

8       11.     I do not receive a W-2 from Uber. When I file my taxes, I indicate that I am self-

9   employed. I definitely report my business expenses and I receive deductions for these.

10      12.     I have given this testimony completely voluntarily and without any coercion

11  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

12  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

14  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

15  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

16  not have to provide any written statement. I also was specifically told that I could participate in the

17  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

18  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19      I declare under penalty of perjury under the laws of the United States of America and the

20  State of California that the foregoing is true and correct.

21      Executed at Los Angeles, California this 26th day of May, 2015.

22

23                                                      SARGIS ISAYAN

24

25

26

27

28

2

DECLARATION OF SARGIS ISAYAN

**DECLARATION OF MARY ISHIDA**

I, Mary Ishida, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a 35 year old female living in San Francisco, California in San Francisco County for a total of 15 years.

3.     I am an UberX driver.  I work for city of South San Francisco as an event manager on a full-time basis.  I use the Uber application to provide transportation services on a part-time basis.  I log onto the Uber application approximately 8 hours a week.  I am a direct partner with Uber.  I own the car that I use to provide transportation services.  It is a Toyota Rav4.  I started using the Uber application in August 2014.

4.     My strategy is to focus on surge areas.  I only use the Uber application on the weekends.  I generally log onto the application and drive to the highest surge pricing area.  I am free to accept or reject ride requests. Uber does not restrict my use of transportation service applications like Lyft or Sidecar.  When I log onto the Uber application, I consider myself working for me.  I do not work for Uber.

5.     My work schedule is focused on Saturdays from 10 a.m. to 2 p.m. and Sundays from 10 a.m. to 4 p.m.  I work on weekends because I work full-time during the week.  I also work these hours because I do not like working at nights.  I like the flexibility I have using the Uber application. I even use it on holidays and days I do not have to work.  Uber does not require me to log onto the app for a minimum amount of time.  Uber does not set my work schedule. I have flexibility with Uber and I value that flexibility.   The flexibility I have with Uber is the primary reason I use the application.

6.     Uber gives me suggestions on how to treat passengers through emails.  I do not use all of the suggestions Uber gives me.  Passengers give me a rating.  I do not think the suggestions Uber gives me necessarily help me with the ratings.  I help my own ratings by driving safely but efficiently.  I am friendly with my passengers.  I make the experience pleasant for the passenger.  I

CLASS MEMBER DECLARATIONS 593

1   use my basic customer service skills and being an extrovert to help my ratings. I know when to talk
2   to people and when they would rather be left alone.  Uber has never suspended or threatened to
3   suspend my use of the application if I did not utilize their suggestions.
4          7.      I do not communicate with Uber often, maybe once a month.  Uber communicates
5   with me personally maybe once every three months.  I receive mass emails maybe twice a week.
6   One email is my weekly report on how many hours I have driven and the other email is upcoming
7   events and things to look out for.
8          8.      The expenses I incur providing my transportation service includes gas, candy, water,
9   and car washes.  I keep receipts for my business expenses.  I report my business expenses when I file
10  my taxes.  Uber gives me a 1099.  Uber has never given me a W-2.
11         9.      When I started with Uber I read and understood the terms of the Licensing Agreement
12  that I agreed to.  I intended to be an independent contractor when I assented to the agreement.  I want
13  to continue being an independent contractor because of the flexibility.
14         10.     I have given this testimony completely voluntarily and without any coercion
15  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
16  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
17  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
18  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
19  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
20  not have to provide any written statement.  I also was specifically told that I could participate in the
21  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
22  become a participant in the lawsuit, my interests will be opposed to Uber's interests.
23         I declare under penalty of perjury under the laws of the United States of America and the
24  State of California that the foregoing is true and correct.
25  Executed at San Francisco, California this 19th day of May, 2015.
26
27                                                            MARY ISHIDA
28

---

2
DECLARATION OF MARY ISHIDA

1

## DECLARATION OF JOHN JACKSON

2       I, John Jackson, do hereby swear, affirm and attest as follows:

3       1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6       2.      My name is John Jackson.  I am a 65 year old male.  I currently live in Monrovia, Ca.

7   I use the UberX service.  I started driving for UberX seven weeks ago.  I drive fulltime.  I drive my

8   personal car that I own and work directly with Uber.

9       3.      I turn the App on in the morning and wherever it leads me I will go.  The only place I

10  don't like to go is Mullholland Drive because the roads are terrible.  I usually start around 9:30 or

11  10:00 a.m. and will drive for as long as I feel like it.  I take breaks to sleep, eat, and to use the

12  restroom whenever I feel like it.  Uber emails me about where the heavier traffic areas are, but I don't

13  usually follow the suggestions.  For example, Uber often sends out information about Manhattan

14  Beach being busy, but I don't go down there because people are only going a few miles.

15      4.      I like Uber for the flexibility and I like the customer support.  I don't recall if Uber has

16  ever told me what to do to get good ratings from passengers.  In order to get good ratings and tips I

17  have phone chargers for any type of phone and I try to engage the passengers in conversation.  I

18  started doing this because a few passengers asked for it.  I'm also thinking of putting screens in the

19  headrests so that passengers can watch something while they're riding.

20      5.      I get cash tips from the passengers.  But it doesn't happen very often.  In my seven

21  weeks I got less than $150 in tips.  I don't ask for tips, but I take it if the passenger offers it.

22      6.      The only emails I get from Uber are in response to emails I send them regarding issues

23  with customers.  Otherwise, I just get texts about UberEats and where the hot spots are.

24      7.      The expenses I have from driving with Uber include gas, phone chargers, and car

25  maintenance.  My car is new right now, but my expenses will go up due to mileage.  Gas is by far the

26  biggest expense.

27      8.      I have given this testimony completely voluntarily and without any coercion

28

---

1

DECLARATION OF JOHN JACKSON

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6   have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11

12          Executed at Los Angeles, California this 26th day of May, 2015.

13

14                                                                 John Jackson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF JOHN JACKSON

CLASS MEMBER DECLARATIONS 596

### DECLARATION OF HAZIM JAJO

I, Hazim Jajo, do hereby swear, affirm and attest as follows:

1.       I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.       I am 55 years old.  I have been using the Uber App as an UberX driver since November 2014.  I currently drive a 2015 Toyota Corolla that I bought in April 2015.  Previously, I drove a 2014 Toyota Corolla.  I bought a new car because my wife and I were previously sharing one car; now we have two.  I am purchasing the 2015 vehicle under my name.  Toyota will pay for all oil changes until April 2016.  My wife leases the 2014 vehicle from Toyota.  Toyota paid for all oil changes from April 2014 through April 2015.  My wife does not have an Uber account.

3.       Sometimes I use the Uber App every day of the week.  Other times I use the Uber App on only a few days a week because I am not in the mood to deal with riders.  For example, on the 19th night through the morning of the 20th of this month, I recall that my riders were all very satisfied.  But I found later that my rate is down.  I was so upset that I did not work from the 21st through today.

4.       I think that one or more passengers gave me one star.  It must be.  It's the rider who gives me star ratings, and not Uber.  Uber does not in any way control the star rating that the rider gives; they can't do it.

5.       I was very upset.  Every time I drive I do my very best.  I keep sweets, chocolates, and cold water in the car.  I keep the car clean all the time.  I open the door for the clients when they get in the car, and when we arrive at the destination.  I always smile, and talk to them with a high level of respect.  I even had a client who said I'll slap you and in response I respectfully said thank you.  I do all of this to keep driving using the Uber App and to maintain my star rating.  Also, it's my own principles that I have to respect customers, ensure safety, and keep customers satisfied.  Uber makes certain recommendations, but Uber does not make me do anything.  I do these things because for every passenger, when he arrives at the destination, I just want to hear thank you and you did a good

---

1
DECLARATION OF HAZIM JAJO

CLASS MEMBER DECLARATIONS 597

1    job, that's it.

2        6.      So like I said I don't use the Uber App every day of the week sometimes.  If I'm ever

3    feeling unwell I do not drive that day.  Or if I have guests, I do not drive that day.  Or if there is

4    something to be done at home, I do not drive that day.  So I decide based on many things whether or

5    not I will drive on a given day.  For example, tonight I am planning to go online with the Uber App

6    and accept leads, so that I can make some money and pay for things like my car payment.

7        7.      When I do drive on a given day, I usually drive at nighttime, because during the day

8    time I cannot leave my mother-in-law alone at home, and my wife leaves for her work at 8 a.m. and

9    does not come home until 6 p.m.  I drive different amounts of time on a given night, but never more

10   than eight hours.  But I always take at least one break that lasts at least an hour.  And I take a 10

11   minute smoke break almost every hour.  When I take a break, I sometimes keep the Uber App on.  I

12   usually keep the App on if I'm taking a break during a time when there are not any requests.  If

13   requests start coming in I turn the App off.

14       8.      I keep my gas receipts.  For last year's tax returns, I asked my accountant to deduct

15   gas expenses.

16       9.      From December 2014 through March 2015, I used the Lyft App as well as the Uber

17   App.  On a given day I chose whether to go online using the Lyft App or using the Uber App.  But, if

18   on a day that I chose to go online using the Uber App, things were slow, I would turn off the Uber

19   App and go online using the Lyft App.  And if it was then slow using the Lyft App, I would turn off

20   the Lyft App and go online again using the Uber App.  I would keep switching until I got a customer.

21   And if it was slow all around, I would turn off both the apps and go home.  My goal is not to make

22   money.  It's just that I like driving using the Uber App because every day I see a new face, meet new

23   people, and share stories; it's not a routine.  Also I have been told by policemen at DUI checkpoints

24   that I'm doing a service by preventing people who are drunk from driving.  I also had one lady ask to

25   give me a hug at the end of a ride because I made her feel safe, and like she was a daughter or sister

26   to me.

27       10.     Previously, I worked for the United Nations from 1996 through 2006, before I arrived

28

---

2
DECLARATION OF HAZIM JAJO

1   in the United States in December 2006.  Prior to 2006, I was in Iraq.  I held a very high position in

2   the Baghdad branch of the United Nations.  I was the central area coordinator.  I supervised

3   distributing food to almost 15 million people, including distributing milk for infants to hospitals and

4   distributing free medication and to each HIV patient.  I was an employee of the United Nations.  I had

5   regular hours, from 8 a.m. to 3 p.m.  And I made a good amount of money.  The point being it is not

6   my only goal to make more money.  After arriving in the United States, I worked for the Catholic

7   Charities of San Diego.  I was an employee of Catholic Charities, and was the Health Navigator.  I

8   have a Bachelors' degree in chemistry, and used that knowledge for Catholic Charities.  I worked

9   from 8 a.m. through 5 p.m. at Catholic Charities.

10        11.     I like my schedule now that I drive using the Uber App much more than I liked my

11   schedule when I was an employee of Catholic Charities.  Because now I control my schedule.

12        12.     Sometimes I receive cash tips, which I only accept if the rider insists that I take it.

13   Tips are roughly in the amount of $1 or $2, per ride.  The rider tells me that he or she insists because I

14   provided cold water and chocolate, and they had a good experience.  I have never been told that for

15   Uber tip is included in the fare.  Lyft has that system where tip is included in the fare.  Not Uber.

16   Lyft passengers never give a cash tip.  Lyft passengers add tip to the fare.  Uber passengers give me

17   cash tips sometimes because tip is not in the fare.

18        13.     I have given this testimony completely voluntarily and without any coercion

19   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

20   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

22   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

23   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

24   have to provide any written statement.  I also was specifically told that I could participate in the

25   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

26   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27        I declare under penalty of perjury under the laws of the United States of America and the

28

CLASS MEMBER DECLARATIONS 599

1    State of California that the foregoing is true and correct.

2

3       Executed at San Diego, California this 28th day of May, 2015.

4                                                              _____
5                                                                    Hazim Jajo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF HAZIM JAJO

## DECLARATION OF HASSAN JANABY

I, Hassan Janaby, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 48 years old, male, and I currently live in San Francisco, California, in San Francisco County.  I lived in this city for 20 years.  I am originally from Baghdad and moved to the U.S. in 1994.

3.      To drive in California, I have a Class C drivers license, and I drive using the Uber App in California and use UberBlack and UberSUV.  I think I was the tenth person to sign up to drive with Uber.  I believe it was in 2008 or 2009, and I have been driving with Uber since that time.  When I first signed up, I provided Uber with my drivers license and other information, and I also signed an agreement to work with Uber.  I also took a test to test my knowledge of San Francisco, and I passed with 100 percent.  I never went to Uber for any Onboarding sessions because I already knew about the roads in San Francisco and I have been a driver for a while.

4.      I also work outside of Uber with my own company, which is called Navigator Limousine San Francisco.  I founded Navigator Limousine San Francisco in May 2006.  I am the only driver with Navigator Limousine San Francisco.  30 percent of my income is from Uber and 70 percent is from my own company.  I have my own TCP as well.  My clients for my company call me on e-mail or in text.  I use two separate phones for my own business and for Uber.  When I do not have my own clients to drive, I use the Uber App.  I rent the iPhone I use to drive with the Uber App from Uber, and I own the second phone I use for my own business.

5.      I drive with the Uber App between five and seven days a week, depending on when my clients contact me and need to be driven.  I work between 30 to 40 hours a week with Uber, and I work on average 30 hours a week for my own company.

6.      I use my own car to drive for both Uber and my company.  I drive a 2013 Mercedes GL450, which I own.  My car has full options, like heated seats, a moonroof, stereos, and everything.

---

1
DECLARATION OF HASSAN JANABY

7.     I see when the Uber App shows which areas are busy with surge pricing.  I know that all of the drivers are going there, so to maximize my income I make sure not to go to those areas.  I know which areas will be busy.  I try to make sure I am logged onto the Uber App during rush hours, between 7 a.m. to 10 a.m. and from 3 p.m. to 7 p.m., because that is when more people use the Uber App and so I can make more money.  I know that Uber does not require me to be logged onto the Uber App for any minimum amount of time, and it does not require me to log off after any particular amount of time.  I can also log on and log off at any time I like, so I never felt like Uber sets my schedule.  Uber has never suspended or threatened to suspend me for not spending enough time on the Uber App.

8.     Uber does not require me to stay in any particular geographic location when I drive with the Uber App.  I once drove someone two and a half hours away from San Francisco.  The fare ended up being $450, but she gave me $600 with an additional cash tip.  Uber does not prohibit me from accepting tips from customers.

9.     The money I make from each ride is based on the distance and the time to take to travel.  Uber never told me that tips are included in the fare.  When people tip me, I accept and say "thank you."

10.     I sometimes get e-mails from Uber telling me about events that take place in San Francisco, and I will make sure I turn on the Uber App and drive in that area in order to make more money because I know it will be busy.  For example, Uber tells me when there are conferences that are taking place in the city.   I get e-mails from Uber with a weekly report about my income, and I also get e-mails about how to be a better driver and maximize my rating, but I ignore those e-mails because I already know how to drive and I know what the customer wants.  I consider those e-mails to be advice only and not required, so I do not feel like I would ever be disciplined for not following that advice.

11.     My Uber rating is a 4.89, but I feel like it should be a 4.95.  Every week I see I always get five stars, but I may get one client who gives two or three starts because they may be moody or in a rush.  Based on what I know, only the passengers give ratings and Uber does not give me any ratings.  Uber has never contacted me to tell me that I may be terminated from using the

---

2

DECLARATION OF HASSAN JANABY

CLASS MEMBER DECLARATIONS 602

1   Uber App because I had too low of a star rating.

2       12.   When I get a lead on my Uber App that someone wants a ride, I accept 99% of the

3   time because I am free.  I would use my discretion if the passenger has a low rating to reject the lead.

4   The option is up to us as drivers, but I have not done that yet.

5       13.   I never felt like Uber prevented me from signing up for other driving applications.  It

6   was my choice to work only with my own business and with Uber.  I chose Uber because I feel like

7   they are a good business.  The technology is high tech, and people are getting lazy, so I think it's a

8   good business model.

9       14.   I have contacted Uber about adjusting the amount of the fare.  For example, this

10  morning, I picked up a client to go to SFO, and I waited for his friend for 23 minutes.  Uber made

11  the adjustment immediately to increase the fare for $20 because of the wait.  I have contacted Uber

12  about once a month to tell Uber that the customer should pay more for a particular reason.

13  Otherwise, I will only contact Uber to update my driving information, like my insurance.

14      15.   When I drive using the Uber App, I don't feel like I'm driving for Uber.  It is more

15  like Uber is helping me with my driving.  Nothing is free, so when Uber takes a portion of the

16  money, I consider a portion of that to be a fee for using the service and a portion of that is a

17  commission.

18      16.   When I drive using the Uber App, I have to keep up my business by paying for gas,

19  repairs, and fees, like tolls.  I keep a record of all of these expenses because when I do my taxes, I

20  can make deductions from my income.  Uber gives me a 1099 Form every year, and I use that to

21  report my taxes from Uber.  I always report myself as self-employed for tax purposes.

22      17.   I consider myself to be an independent contractor for Uber because I can log on and

23  log off any time I want.  I can work any time I want. I have my own freedom and nobody is telling

24  me I have to work.  I want to remain as an independent contractor because I like the flexibility.  This

25  is my own business.  This is my living, and I like my own freedom. When I signed the Licensing

26  Agreement, I intended to be an independent contractor as well.

27      18.   I have given this testimony completely voluntarily and without any coercion

28  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

DECLARATION OF HASSAN JANABY

CLASS MEMBER DECLARATIONS 603

1   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5   not have to provide any written statement.  I also was specifically told that I could participate in the

6   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8          I declare under penalty of perjury under the laws of the United States of America and the

9   State of California that the foregoing is true and correct.

10         Executed at San Francisco, California this 19th day of May, 2015.

12                                                          Hassan Janaby

---

4

DECLARATION OF HASSAN JANABY

**DECLARATION OF ELMER BRIGIDO A. JAVIER**

I, Elmer Brigido A. Javier, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I own my own network marketing business, doing business as Life Leadership. In addition, I am employed as a dental technician in Palo Alto, California. Lastly, I provide driving services in the Bay Area through both the Lyft app and the uberX platform.

3.      I work on my Life Leadership business around 6 to 8 hours a week, though that can vary depending on how it's doing. As a dental technician, I work about 32 hours a week. The amount of time I spend providing driving services varies considerably. It depends a lot on my motivation to drive, but if I had to guess I'd say around 15-20 hours a week.

4.      My niece first introduced me to the idea of making money off of driving. At first I was hesitant, but then I started asking around, and learned that lots of different types of people drive and use the Lyft, Uber, and Sidecar apps to get fares. Ultimately, I decided it would be a good compliment to my other business and my job because of the flexibility.

5.      In addition, I saw driving as a great networking opportunity to help build my Life Leadership business. It's been very effective for that as I have made several friends through my driving.

6.      I actually started driving only using the Lyft app to get fares. I did that for a couple of months, and then I realized that it just made sense to sign up with another app so I could have a second source of rides, so I onboarded with Uber. Using two apps means I'm never wasting my time. At one point I actually signed up with Sidecar too but I never ended up using it because it was too much hassle to have three apps open at once. I was busy enough with Uber and Lyft.

7.      I use both apps to get fares because I don't feel like there's a big difference between the two, especially as many riders use both to find fares so it makes good business sense to be on both.

8.      I keep the Lyft app on my personal phone, and then I use the uberX on a separate

1
DECLARATION OF ELMER BRIGIDO A. JAVIER

1   phone. I look at both phones together and then the first one that gives me a ride, I accept, and then I
2   sign off the other app. I have considered switching to one phone but having both is more efficient.

3       9.      Even though I don't have a strong preference, about 80% of the fares I get come from
4   Uber. They just have a larger rider base in the areas that I drive in, like the South Bay, and the
5   Peninsula.

6       10.     I work in Palo Alto but I live in Santa Clara and I log on to the apps in both locations.
7   I use the apps to fill my time a lot, such as when I'm free for a couple hours.

8       11.     I don't like to drive at night, and I prefer to drive in the mornings before work. I
9   don't like driving past midnight. I usually don't drive after 9pm or 10pm. Uber will sends us a
10  heads up about events coming up, but those are suggestions to help us make more money; we are not
11  required to go. No one calls us the next day to ask why we weren't there. In fact, Uber has never
12  called me to ask to be anywhere or work a certain time.

13      12.     I also don't drive every day, I just do it when I'm available. I don't drive a set
14  schedule since I participate in a lot of activities. For example I work Monday through Thursday as a
15  dental technician, I coach some sports teams, and I try to spend a lot of one-on-one time with my
16  kids. Driving is something that fills the extra time I have and I don't do it on any type of set
17  schedule.

18      13.     When I first started using the Uber app, they asked about my prior experience and I
19  told them I was using the Lyft app to get fares. Uber had no problem with this. In fact, it's standard
20  practice in the business to use both apps.

21      14.     I used to drive a KIA Sol but then this month I bought a Ford C-Max, which is a
22  hybrid. I decided that since I was driving to make money it would be a good investment to get a
23  more fuel-efficient car.

24      15.     Uber has never made any suggestions to me about what to keep in my car, or any
25  suggestions about how to treat the riders that weren't common sense. I don't keep anything in my car
26  for riders except phone chargers, which I have for myself anyway.

27      16.     When it comes to how I dress, I just want to be clean. Uber has never suggested what
28  I should wear; I always present myself professionally. I just want my riders to feel comfortable and

---

2

DECLARATION OF ELMER BRIGIDO A. JAVIER

1    safe.

2         17.    Driving and getting fares through the Lyft and uberX app has been great for me. I set

3    my own hours, I can turn it off and on any time I want, and no one is telling me when to work.

4         18.    I have given this testimony completely voluntarily and without any coercion

5    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

6    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

8    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

9    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

10   not have to provide any written statement. I also was specifically told that I could participate in the

11   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

12   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13        I declare under penalty of perjury under the laws of the United States of America and the

14   State of California that the foregoing is true and correct.

15        Executed at San Francisco, California this _18_ day of May, 2015.

16

17                                              ELMER BRIGIDO A. JAVIER

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF ELMER BRIGIDO A. JAVIER

CLASS MEMBER DECLARATIONS 607

**DECLARATION OF   DAVIT JEIRANIAN**

I, Davit Jeiranian, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 26 years old and have lived in Northridge in Los Angeles County for almost a year.

3.     I have been driving for Uber for almost 2 years

4.     I usually start driving in the morning and then turn off the app when I've reached my goal income for the day.  I usually end up driving for 10 hours a day, 6 days a week, but feel no obligation to keep to that schedule.  I set my own hours.

5.     I just went on vacation and do so without seeking permission from Uber.  I choose when I do and do not work.

6.     I take breaks during the day when I need to and do so at my own leisure.

7.     I have occasionally declined rides if the passenger is too far away.  Mostly, however, I accept rides but I feel I have the flexibility to cancel if need be.  I have never been contacted by Uber for cancelling a ride.

8.     Uber has never contacted me personally.  They send my promotional information and respond when I write to them.  Otherwise, we have no contact.

9.     I feel at liberty to drive in any area.  I have no strategy for choosing where to drive.  I simply go where the rides take me.

10.    When I first became a driver, I never met face-to-face with anyone at Uber.  I received no orientation, and do not feel obligated to conduct my rides in any particular manner.  I choose to be talkative and friendly with my passengers because it benefits both me and the customers.  I enjoy the freedom to interact with my customers in the way I see fit.

11.    It is my understanding that ratings are completely passenger driven and that Uber has no control over ratings.  I currently have a 4.9 rating but have weeks where I've had a 5 star average.

---

1

DECLARATION OF DAVIT JEIRANIAN

1   I attribute my high ratings to my positive attitude toward the customers.

2       12.     I receive a 1099 form from Uber, and have never received a W-2.  When I file my

3   taxes I report that I am self-employed.   It's my understanding that it is generally known by

4   accountants in Los Angeles that Uber drivers are considered self-employed for tax purposes.

5       13.     I have given this testimony completely voluntarily and without any coercion

6   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

10  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

11  have to provide any written statement.  I also was specifically told that I could participate in the

12  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14      I declare under penalty of perjury under the laws of the United States of America and the

15  State of California that the foregoing is true and correct.

16

17      Executed at Los Angeles, California this 26th day of May, 2015.

18

19                                              Davit Jeiranian

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF DAVIT JEIRANIAN