# DECLARATION OF ARTHUR JIMENEZ

I, Arthur Jimenez, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I drive UberX.

3. I am a 39 year old male living in San Francisco, California in San Francisco County. I have been living in San Francisco for about 20 years. I have a normal driver's license. I use the Uber application full-time. I am the only driver.

4. I am a direct partner with Uber. I own my vehicle. It is a 2015 Prius.

5. My strategy is that I live in Glen Park and I just turn on the app. I live in a great location. Sometimes I use the Lyft app and Uber app at the same time. I work 6 a.m. to 6 p.m. five days a week (Mondays through Fridays). I do not work weekends or special events. I would be logged onto the Uber app approximately 50 hours a week. I take breaks for lunch and errands and other personal things. I do not want to work weekends. That is the thing about being an independent contractor. I have the flexibility to not work weekends. Uber does not set my work schedule. Uber has never suspended or threatened to suspend my account for not being logged onto the app for enough time. Uber provides drivers flexibility and I value this flexibility because it gives me the opportunity to set my own schedule. Uber does not assign me a territory. I have the freedom to use other applications including Lyft at the same time.

6. I have requested a fare adjustment for technical errors. I have also sent emails to Uber when I thought I was in a surge area but did not receive a surge price fare.

7. Uber has never suggested me how to treat passengers. I know customers give me feedback. I try to get a higher rating by keeping my car clean, dressing well, keeping my phone silent when I drive, making sure not to text and drive, making sure not to accept personal calls when I am driving, making sure to follow traffic laws, engaging in a pleasant conversation if the passenger would like to talk. I have worked in customer service so I know how to treat passengers. Most of these things, you should know. These are my personal methods and skills; my own people skills.

CLASS MEMBER DECLARATIONS 610

1   Uber has not suggested these things to me.  I think Uber sends me emails with suggestions but I do
2   not really read them.  I do not need reminders to be nice to people.

3       8.      I do not contact Uber very often.  I have emailed them a few times for technical
4   issues, fare questions, and any incidents that needed reporting.  Uber does not send me personal
5   emails, ever.  Uber sends me general emails about high activity events about once a week.  I read
6   their emails to learn about events.  Uber has never contacted me to threaten that my account will be
7   suspended or terminated.

8       9.      My expenses include gas, car maintenance, phone costs, insurance, car washing.
9   Uber does not tell me what insurance to buy.  They do not tell me when or where to buy gas.  I keep
10  a record of my expenses including mileage and gas and food consumed during working hours.  I
11  keep my receipts for business expenses.  I have two cars.  I use my Prius only for using the Uber
12  app.  I will report my business expenses when I file my taxes.  I will identify myself as self-
13  employed when filing my taxes.

14      10.     I am allowed to accept tips from passengers.  I have received tips from passengers.
15  When they try to tip, I tell them it is not required but I will accept them.  Some passengers have a
16  misconception that the tip is included in the fare.  Uber has never suspended or threatened to suspend
17  my account for accepting tips.

18      11.     I intended to be an independent contractor when I started using the Uber app.  I do not
19  mind continuing to be an independent contractor.  Being an independent contractor has its pros and
20  cons.  But overall, the main perk of being an independent contractor is the flexibility.  Last week, I
21  was sick, and I did not have to report to anybody or tell anyone.  The cons are that if you do not
22  work, you do not make money.  Of course, I do not get certain benefits but the flexibility outweighs
23  the benefits at this point in my life.

24      12.     I will receive a 1099 from Uber.  I have never received a W-2 from Uber.  I will
25  identify myself as self-employed on my taxes.  I will report my business expenses when I file my
26  taxes.

27      13.     I have given this testimony completely voluntarily and without any coercion
28  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2
DECLARATION OF ARTHUR JIMENEZ

CLASS MEMBER DECLARATIONS 611

1   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

3   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

4   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

5   not have to provide any written statement. I also was specifically told that I could participate in the

6   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

7   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8        I declare under penalty of perjury under the laws of the United States of America and the

9   State of California that the foregoing is true and correct.

10        Executed at San Francisco, California this 19th day of May, 2015.

11

12                         ARTHUR JIMENEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF ARTHUR JIMENEZ

### DECLARATION OF JULIA JIMENEZ

I, Julia Jimenez, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently a full time computer pattern maker in a fashion design business.  I make patterns for clothing using the computer.  In my work as a computer pattern maker, I work as an employee for a fashion design agency, which contracts me out to other companies for specific jobs that may last a couple months to a year.  When I do not have a full time job through the fashion design agency, I freelance as an independent contractor, doing any type of freelance design job I can find.  Additionally, in my time off, I drive part time, using the Uber App.  I currently use the UberX and UberXL platforms, which I began using in August 2014.  I own a 2013 Nissan Pathfinder, which I use for both business use and personal use.  My last job through the fashion design agency just ended last week, and I am waiting to be placed in another full time position.  While I wait to be placed, I am driving, using the Uber App to find customers full time.  Once I receive another placement from the fashion design agency, I will go back to driving part time.

3.     When I am working part time as a driver using the Uber App, I would log into Uber three, four, or five days a week.  Normally, I would log in on Monday, Wednesday, Friday, Saturday, or Sunday, though my driving schedule would vary every week based on my personal activities and whether I need to take care of my three year old granddaughter that day.  When I log into the App on the weekdays, I usually log in at about 5:00 or 6:00 p.m., after I am done with my full time job.  On Mondays and Wednesdays, I usually drive until about 9:00 or 9:30 p.m.  On Fridays, I usually drive until about 2:00 a.m.  When I drive on Saturday, I log into the App after lunch, at around 2:00 or 3:00 p.m., and I sometimes will drive as late as midnight.  On Sundays I will log in as early as 8:00 a.m. I usually turn off the App around 11:00 a.m. to take a break.  Some weeks, I stop at a mall or shopping center nearby, and take a break, walk around, and eat my lunch for an hour or two.  After I have finished taking my break, I will log back into the App and begin driving again.  Other weeks, I will go to the grocery store and do some shopping for my family, go

CLASS MEMBER DECLARATIONS 613

1   home, cook for my family, and then start to work again. On Sundays, after I log back into the App

2   in the afternoon, I usually drive until 8:00 or 9:00 p.m., when I head back home.

3         4.     I always take breaks while I am driving. If I am working for 3 or 4 hours on the

4   weeknights, I will always take at least one half hour to 45 minute break to eat dinner and have coffee

5   and a drink. When I am driving longer on Friday nights, I will take two to three half hour breaks

6   depending on how long I think I might be driving. Sometimes I bring my own food and find a nice

7   spot to eat; other times, I will buy food nearby. Once I feel satisfied and ready to begin driving

8   again, I will turn on the App and begin to drive again. I always turn off the Uber App when I am

9   taking my breaks. Uber has never told me not to take a break while driving, and has never told me

10   when to take my breaks. I choose when to take my breaks based on my own personal preference.

11         5.     Now that I am working full time as a driver until I find other work, I usually start my

12   day and log into the Uber App at about 7:00 or 8:00 a.m. I log out of the App and take a break at

13   around 10:00 a.m. to have breakfast and walk around. I usually bring my breakfast with me from

14   home and find somewhere near where I dropped off my last customer to eat. After breakfast, which

15   usually lasts about half an hour, I log back into the App and drive until 1:00 p.m., when I log out of

16   the App and stop for lunch. I usually bring my lunch with me; I will find a parking space, eat my

17   lunch in the car, and then walk around the area. I usually take about a two hour break for lunch.

18   Once I feel ready to begin driving again, I turn on the Uber App again, get back in the car, and look

19   for my next customer. After lunch, I usually drive for about three or four more hours, until about

20   6:00 or 7:00 p.m., when I head back home for the night. Also, at least three days a week, I will take

21   a break during the day to go to the gym. Uber has never told me when to work, has never set my

22   work schedule, and has never required me to log into the Uber App for any specific or minimum

23   amount of time. I always choose for myself when I want to work and I set my own schedule.

24         6.     When I drive using the Uber App, I usually start either near my home in Echo Park or

25   in Downtown Los Angeles. There are always a lot of people requesting rides near my home in Echo

26   Park, so it is a good place to start my day. When I was working at my last job through the fashion

27   design company, I would often log on in either Downtown Los Angeles or near USC, because I

28   worked in Commerce and both those areas are on my way back home to Echo Park. Now that I am

2

DECLARATION OF JULIA JIMENEZ

working full time as a driver, I still start in Downtown Los Angeles or near USC sometimes. I like to start at USC because I use the UberXL platform because I have an SUV, and there are usually more UberXL requests near USC. I always choose the location that I begin my drive, and Uber has never told me where I need to drive or assigned me a territory. Sometimes, Uber will send me notification that certain areas are busy or have events going on. I never listen to Uber's suggestions about areas that might be busy because I don't like big crowds. If I happen to already be in a busy area, I will take a customer out of the area, but I will not go out of my way to go into that area or go back to that busy area once I have left.

7.     Once I get my first customer, I will go wherever the customer wants me to take them. I'll usually look for my next customer in whatever area I dropped off my last customer. I have gotten to know the city very well by driving my customers around. Sometimes, I can get pretty far away from home; if I am far from home towards the end of my normal day, I choose to turn off the Uber App rather than pick up another ride, because I would rather get home earlier rather than later.

8.     Uber sometimes increases the rates it charges customers in high traffic areas or times. This is called "Surge" pricing. If I am already in an area that is in a surge, I will stay in that area while the surge is still on. However, if I am not already in a surge area, I will not go to a different area just because I see that it is in a surge.

9.     I am free to accept or decline any customer provided to me by the Uber App. I have declined people in the past when the customer was too far away from my location and I didn't think it made sense for me to pick them up. Uber has never threatened to suspend my account because I did not accept enough customers. Also, sometimes I get stuck in traffic and cannot reach the customer in the timeframe that they believe I will arrive within. In these situations, I will call the customer and ask them whether they want to wait for me to arrive or if they would rather try calling another driver. Uber never told me that I have to call customers when I am stuck in traffic. This is something I decided to do on my own because I think it is good customer service to let the customer know that I might be late and allow them the chance to tell me whether to cancel their trip rather than just cancelling the trip on my own.

10.    Uber provides those that use the Uber App with flexibility to drive whenever they

3

DECLARATION OF JULIA JIMENEZ

1    want or need to drive. This flexibility is important to me because I can work whenever I want or

2    need, and I can go online and drive whenever I think I need a bit of extra money, and I still have the

3    ability to take care of my family and work around my personal schedule. The earnings I make

4    through using the Uber App have helped me pay off debt and have helped me and my family become

5    more economically stable.

6         11.    When I first started using the Uber App, I went online and watched the training

7    videos on the Uber website, which had information on how to use the App. I also remember

8    noticing the people on the videos were dressed professionally, and I thought that would be a good

9    way to dress when I worked as a driver as well. Uber has never told me how to dress when I drive; I

10   choose to dress nicely and professionally because I think this is a good thing to do. I do not

11   remember any training from Uber on how to provide good customer service, and I didn't need any

12   training on this, because I know from my own personal experiences and past how to treat customers.

13        12.    I receive an email from Uber about once a week, which contains my earnings

14   summary and also provide reminders about the Uber service. For example, one of the reminders I

15   received recently reminded me that drivers using the Uber platform are not allowed to do pickups at

16   the LAX airport because the airport does not allow drivers without an airport license to pick up

17   passengers. Sometimes I contact Uber myself when I have issues with customers. For example, I

18   once had a customer who wanted me to stop multiple times and was acting strangely throughout my

19   trip, and informed Uber that I believed he was doing illicit activities. I have also contacted Uber

20   when the system does not work and I need to update the system with the addresses to which I have

21   driven. I usually contact Uber twice a month, but if I don't have a problem, I don't contact Uber.

22        13.    I am familiar with the Uber star rating system. As a driver, I am able to rate

23   passengers that I pick up using the App, and my passengers are able to rate me. My star rating is

24   around a 4.87. My star rating is completely determined by my passengers, and Uber has no control

25   over my ratings.

26        14.    When I began working for Uber, I did not think that I was becoming an employee of

27   Uber. I intended to work for myself when I began driving, not for Uber. I do not see Uber as my

28   boss. Instead, I see Uber as a technology that helps me find customers while I am driving.

CLASS MEMBER DECLARATIONS 616

15.     My husband also drives and uses the UberX platform.  Additionally, my husband also uses the Lyft application.  While I signed up for Lyft, I have never used the Lyft application myself, but I know that Uber does not prohibit those using its App from using other applications to find customers because my husband uses both Uber and Lyft.

16.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27 day of May, 2015.

_Julia Jimenez_
Julia Jimenez

CLASS MEMBER DECLARATIONS 617

**DECLARATION OF Robert Jones**

I, Robert Jones, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 66 years old and have been living in Culver City for the last 8 years.  I started using the UberX app about 6 months ago and  I have only used the UberX function on the Uber app.  I am retired from my former business, which was construction.  I am a direct partner with Uber.  I lease and drive my Prius when using the Uber app.  I lease it from Culver City Toyota.

3.     There are a couple of blogs about how to use different strategies to use the Uber app, like if you want to get the bonus fees, but I don't use them.  I usually start at about 11AM, until I get tired, about 7PM.  It varies a little bit.  Sometimes I want to sleep a little longer, or sleep a little less.  It's more or less about how I feel.  I started in Lyft about 5-6 months ago.  Sometimes I look at it, although I never use it.

4.     I set a goal of about $700 dollars to make a week, so sometimes I make that happen faster than other times.  I work maybe 40-45 hours a week.  I was just up north for ten days, but I kind of do my thing.  I like being able to sleep late, the schedule works for me.  I don't think Uber pushes me to log in for any minimum amount of time, and never sets my work schedule.  I feel that Uber provides drivers with flexibility.  And Of course, I like the flexibility.

5.     I attended the UberPool onboarding session.  They just showed us a film about the Pool.  I used to drive limos for friends, so I already know how to deal with people.  It's a service industry, and you are nice to people and offer them water.  I have a 4.9 rating, so I think I know how to treat people.  The people that you drive give you some kind of rating, and I don't know if they can elaborate.  I have had a couple of complaints, but people are sometimes in a bad mood.  I have a friend at the Century Plaza who gives me newspapers to provide, and I provide water and individually packaged mints.  I also keep my car pretty clean.  I know Uber said we should provide water and gum, but I don't like the idea of giving gum, because it gets in the seats.

1
DECLARATION OF Robert Jones

CLASS MEMBER DECLARATIONS 618

6.     I communicate with Uber through the app a couple of times a week, usually about fare adjustments or problems with the nav app.  Uber rarely contacts me, and they ask me to do these training things, but I don't want to go and they say it's optional.  Usually they just tell me when there are busy times, but I can figure that out by myself.

7.     My expenses are for gas, the mints and the water, as well as wear and tear on the vehicle.  I keep a record of these and they are just on my Wells Fargo account.  I can get the records anytime.

8.     I have received cash tips, but maybe one every couple of weeks.  I have been told in emails that if someone offers a tip, just thank them and accept them.  Uber has never told me that tipping is a problem.  I don't believe any part of the fare could be the tip.  It's just split between two parties.  It would be nice to get more money, but I don't understand how that thought might come up.

9.     I have used the fare adjustment once every 2-3 days, especially in a locations where I can't end the trip easily through the app.  One time I ended a trip early, when I got the wrong person.

10.     I take a break if I need it, and I don't really eat like a regular person.  I might take a 15-20 minute break and eat a sandwich.  I don't really plan when I might take a break.  I might take a break for 20 minutes, and a couple of times a day.  I might stop and read a book.  I usually just go offline when I take my break.  I have never been interrupted while taking a break and Uber has never told me not to take a break.  I don't think they even know where I am when I take my break, so I can go anywhere.  I generally just stop at some food joints.

11.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

CLASS MEMBER DECLARATIONS 619

1    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2         I declare under penalty of perjury under the laws of the United States of America and the

3    State of California that the foregoing is true and correct.

4

5         Executed at Los Angeles, California this 26th day of May, 2015.

6

7                                                        Robert Jones

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF Robert Jones

## DECLARATION OF KHAIRULLAH KARIMI

I, KHAIRULLAH KARIMI, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I own a small handmade oriental rug business as a sole-proprietor, dba as Kehkashan Rugs, that I started at the end of 2013. At that time I was working on the side in a restaurant, but that was very inflexible which made it hard to work around my business, so I decided to start driving and using the Uber app to get fares instead, and I also use Lyft on occasion.

3.    Of the Uber platforms, I use only UberX to get fares. I drive a 2014 Toyota Camry.

4.    What I really like about Uber is the flexibility of the hours. It's great to sign on whenever I want, or to sign off. Which is great for my business.

5.    Kehkashan Rugs is a wholesale business that delivers to locations through the Bay Area. Sometimes the shipments I get in are very large and so to deliver them I rent a van and make my deliveries. But sometimes I only need to deliver one or two rugs. Those fit in the trunk so sometimes I take them to the store that wants them, deliver them, and then turn on the app and drive in that location to make the most out of my trip.

6.    I use both Lyft and Uber apps to get fares so I can have the best chance of a getting a fare. In the City, it's easy to get a fare using just Uber so I'll turn just the Uber app on. When I'm outside of San Francisco, there are less fares so I'll turn on both the apps to increase my chances. This morning, for example, I had a fare take me to South City, so I turned on both apps after dropping off that passenger.

7.    Uber and I split a fare 75%-25%, with Uber receiving 25%. I understood this would be the arrangement when I onboarded.

8.    I also prefer Uber because the support is better. They respond to emails more quickly, whereas Lyft is very slow. Lyft actually has a better compensation scheme, promising to charge only a 10% fee if you drive for them for more than thirty hours in a week, with ten of those hours being peak hours. After fifty hours, Lyft takes no commission at all. But even with an offer

1
DECLARATION OF KHAIRULLAH KARIMI

1    like that, I prefer to drive with Uber, as it has more customers using it.

2        9.    When I drive I try to be in areas that are peak hours and are more likely to surge.  For

3    example, in the morning, in the Sunset District there are often surges so I try to be there.  In the

4    evenings, I'll stick around Downtown for the same reason.  Besides that, though, I don't really care

5    about surge pricing because it changes quickly.  You might see on the map that an area is surging but

6    by the time that you get there, the surge is gone.  For that reason I don't chase surges.

7        10.    My rating always stays around 4.84. I know that the ratings are 100% customer

8    driven.  To get good ratings, I be nice to customers and most importantly,  I drive nicely.  Ratings

9    are mostly about your driving.  I give my customers water because I buy cases of water for myself,

10    since it's much cheaper to buy them in cases instead of individually.  Since it's rude to drink water in

11    front of the customers, I put some in the back as well.  It's the same for gum.  I have that for myself

12    and share with my passengers as well.  I have never heard anything from Uber about having water or

13    gum in the car, though I do remember they suggested having chargers.

14        11.    Sometimes I get cash tips from my Uber passengers, though that doesn't happen

15    often. I know that Lyft has an online tipping option but I'm not even sure if Uber does. When Uber

16    passengers offer me cash tips, I take them. I don't want to offend the customers.  The amount varies

17    a lot, some people just give one or two dollars, and some people give more than five dollars.  If

18    customers ask, I tell them that it's not a taxi, it's a tip-free ride, but that if they want to give me a tip

19    it's appreciated.

20        12.    I do not communicate with Uber very often.  It's only if I have phone issues.  One

21    time, I had a parking ticket and I called them to see if I had any options, but they explained to me

22    that as an independent contractor that was my responsibility.

23        13.    Driving and using the Uber app, I feel like and independent contractor.  I know what

24    it's like to be an employee and I have much more freedom and flexibility as a driver.

25        14.    I have given this testimony completely voluntarily and without any coercion

26    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

27    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

28    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

DECLARATION OF KHAIRULLAH KARIMI

CLASS MEMBER DECLARATIONS 622

1  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

2  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

3  not have to provide any written statement. I also was specifically told that I could participate in the

4  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

5  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6      I declare under penalty of perjury under the laws of the United States of America and the

7  State of California that the foregoing is true and correct.

8      Executed at San Francisco, California this **2o** day of May, 2015.

9

10                      KHAIRULLAH KARIMI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF KHAIRULLAH KARIMI

1    **DECLARATION OF ELIE KARKAR**

2    I, Elie Karkar, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    I am a 50-year-old man.

7    3.    I currently live in Valley Village, which is in Los Angeles County in California. I've

8    lived in Valley Village for sixteen years.

9    4.    I have a regular Class C California Driver's License.

10    5.    I decided to partner with Uber around September 2014.  I currently drive using the

11    UberX app.  I will also take UberXL calls if I get them because I drive a van.

12    6.    I own the car that I use when I'm driving using the UberX app.

13    7.    I have an eBay store, which is basically like Uber to me.  I'm not employed by eBay,

14    they just send me leads and I sell things.  Uber is the same way.  I'm not employed by Uber, they just

15    send me leads on my app for riders.

16    8.    I usually decide to drive at night because that's when I'm really free and the roads are

17    empty.  I have to put the kids to bed first.  My kids are 9, 13, and 16 years old.  My wife and I are

18    very busy.

19    9.    There's a triangle made up of Santa Monica, Hollywood, and Downtown.  I try to

20    work in that triangle because that's the busiest area.  I don't chase surge pricing, and I tell new Uber

21    drivers not to chase surge pricing.   A lot of times, when there's a surge, riders will wait until the

22    surge ends. So, if you chase the surge, it'll be gone when you show up.  The only time I follow surge

23    pricing is at 2:00am when the nightclubs get out in Hollywood.  The people leaving the clubs in

24    Hollywood usually are going further to get home than people leaving the clubs in Santa Monica.  So

25    it makes more economic sense for me to pick up riders from the clubs in Hollywood than Santa

26    Monica.

27    10.    Sometimes I cancel a ride.  I will cancel when the ride is fifteen minutes away.  From

28

CLASS MEMBER DECLARATIONS 624

experience, I know that a rider who is far away will usually cancel on me anyway.  Similarly, if I get a call at 2:00am from someone near a bar, I will call them to find out exactly where they are.  If the person who answers is drunk and says, "Oh, I don't know where I am," then I will cancel on them.  I do this based on my own experience.  I will also cancel if someone is drunk and using foul language on the phone.  I'm basing this on experience because I've had some bad drives where people have passed out in my car or I've been holding a bag for them to throw up in.

11.     One time I had an experience with a rider that was very bad.  It was so negative that I couldn't drive for a week afterwards.  I have a van with a white interior.  I picked up a drunk guy and his girlfriend.  The girlfriend put her feet up on the top of the seat and then she put the bottom of her shoes against the ceiling of my car.  I told her to please take her shoes off the ceiling.  She mumbled to her boyfriend, "My shoes are clean."  I said, "This is a family car and I'd like to keep my car clean."  The boyfriend became angry and said, "You shouldn't be driving a family car."  I said to the couple, "I think the car is overheating, so this ride is ending."  The guy started yelling at me and threatening me.  I flagged down a police car that was going by and the police got out to help me.  I was very nervous to drive after that experience.  I couldn't bring myself to drive for a week.  After that experience, especially late at night, I'll take a second look at my riders to make sure that I'm safe.

12.     I provide great customer service.  I have water, chargers, and chocolate mints (which I hide from my kids) for my riders.

13.     Every once in a while, I'll turn on both the Lyft app and UberX app at the same time.  Lyft is usually much slower than Uber.  Last week, I made about $850 on Uber and only $30 on Lyft.

14.     Sometimes I get tips.  Usually, I get tips from foreigners who are visiting the United States.

15.     When I need to take a break during my driving, I will just pull over and turn off the app.  I try to plan my bathroom break based on when it's slow.  It's like a poker game to time it right.  Uber doesn't tell me anything about taking breaks or anything else.

16.     I have given this testimony completely voluntarily and without any coercion

CLASS MEMBER DECLARATIONS 625

1   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6   have to provide any written statement.  I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9          I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11

12          Executed at Los Angeles, California this 27th day of May, 2015.

13          _____

14                              Elie Karkar

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF  ELIE KARKAR

CLASS MEMBER DECLARATIONS 626

1

## DECLARATION OF CHRIS KELLER

2     I, Chris Keller, do hereby swear, affirm and attest as follows:

3     1.     I am over the age of 18 and am not a party to the above-captioned matter. Except
4 where otherwise indicated, all of the information contained herein is based on my personal
5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6     2.     I am currently 40 years old. I live in Los Altos, California, in Santa Clara County.

7     3.     I am not currently employed, but I work as a driver using the Uber app. I previously
8 worked in business development for Genesys, a software company in Daly City. When I was getting
9 ready to leave that job, I started working as a driver using the Uber app as a way to earn additional
10 income while searching for my next job. I am currently considering entering the real estate field. I
11 estimate that roughly 10 percent of my income comes from my work as an Uber driver.

12     4.     I started using the Uber app as a driver in the fall of 2014. I have used UberX,
13 UberXL, and UberPool as a driver. I have also used UberX as a passenger.

14     5.     I own a 2006 Honda Pilot, which use when I drive using the Uber app. I also use this
15 car for personal transportation.

16     6.     I have always understood that I work as an independent contractor for Uber. I think
17 of myself as an independent contractor who uses Uber technology to connect with riders. I
18 knowingly signed on to use Uber as an independent contractor. I know what it is to be a contractor
19 because I started as an independent contractor at Genesys and later became an employee of Genesys.
20 I appreciate the flexibility of being an independent contractor, rather than an employee.

21     7.     I currently use Uber sparingly. I used Uber more frequently in the fall of 2014, when
22 I first signed up to use the app. At the moment, I use Uber only a couple of time per month. When I
23 use the app, I will typically drive for a long shift—a period of eight hours or so—on Thursday,
24 Friday, and/or Saturday nights, primarily in San Francisco. I sometimes drive in the evenings as
25 well. I think of my work hours as "shifts," but my hours are completely self-imposed. Uber never
26 tells me when to drive or where to drive.

27     8.     Surge pricing impacts my decision to drive at certain times. I follow the surge pricing
28 and often focus on driving in downtown San Francisco on Fridays and Saturdays, between 8:00 p.m.

CLASS MEMBER DECLARATIONS 627

1  and 3:00 a.m., when surge pricing is often in effect. Uber has never required me to work at any
2  particular time or to focus on any particular location.

3     9.     I now use UberXL exclusively. Fewer ride requests are generated on UberXL than
4  on UberX, but the rides are more profitable. I decided to make this change for personal reasons.

5     10.    I display an Uber placard when I drive for Uber. It makes the car easier for
6  passengers to identify.

7     11.    I went through onboarding at Uber's office at 310 Vermont Street in San Francisco.
8  It felt like a startup. I got my car inspected at Uber and was told to change my front two tires and
9  front headlights before I could start driving passengers. I made the required changes and started
10 driving passengers.

11    12.    I rarely communicate with Uber, but I receive email blasts from Uber. Uber rarely
12 contacts me directly. I contact Uber whenever I need to—maybe once a month.

13    13.    Uber's emails to drivers can be very useful. Uber has access to a tremendous amount
14 of information that is helpful to drivers. For example, Uber lets drivers know when certain events
15 are happening and when peak hours can be expected. I appreciate that Uber provides technology to
16 help drivers better understand supply and demand. The information is actually really useful.

17    14.    I follow some, but not all, of Uber's suggestions regarding drivers. I have never been
18 contacted by Uber for failing to follow any of Uber's suggestions.

19    15.    My current star rating is 4.86. Using UberXL helps keep the ratings high. Passengers
20 tend to be in good moods and tend to give high ratings when they ride in groups.

21    16.    Both customers and drivers can give star ratings. I have only given passengers 5-star
22 ratings.

23    17.    Star ratings rarely impact my decision to accept or decline a ride. If it's 1:00 in the
24 morning, and if the surge is not in my favor, and if the person who requests a ride has a low rating,
25 then I may not accept the ride. My decision to accept or decline a ride request is never solely
26 because of the customer's rating.

27    18.    I have received a Form 1099 from Uber. I have never received a W2 from Uber. I
28 account for my Uber mileage on my taxes.

CLASS MEMBER DECLARATIONS 628

1    19.    Uber has never prevented me from using other ride-sharing apps, like Lyft or Sidecar.
2    I have never used these other apps, but I know that am free to do so.

3           20.    I have never negotiated fares or requested fare adjustments.

4           21.    I have never asked for tips, but I have been tipped a few times. Tipping is not part of
5    the model. It's not to be expected. Part of the appeal of Uber is that it is a cashless experience.
6    Many Uber customers choose Uber because they do not want to deal with cash or tips. It's one of
7    the benefits of the technology.

8           22.    I have had a very positive experience using Uber. In addition to being a source of
9    income, Uber has given me an opportunity to engage with people in a service capacity in new and
10   interesting ways. I meet a lot of interesting people. Some riders can be very funny. Some can be
11   heartfelt and serious. I have seen a lot of the city as an Uber driver. In many ways, Uber has helped
12   restore my faith in humanity.

13          23.    I have given this testimony completely voluntarily and without any coercion
14   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
16   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
17   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
18   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
19   not have to provide any written statement. I also was specifically told that I could participate in the
20   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22          I declare under penalty of perjury under the laws of the United States of America and the
23   State of California that the foregoing is true and correct.

24          Executed at San Francisco, California this 19 th day of May, 2015.

25
                                                         Chris Keller
26                                                       Chris Keller

27

28

                                              3
                              DECLARATION OF CHRIS KELLER

## DECLARATION OF SHERI KELLOGG

I, Sheri Kellogg, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    Before I started driving, I owned a caregiving company that I knew I was going to sell. I also knew I'd be starting a new business afterwards, but I needed a "safety blanket" in between. Providing driving services has become that safety blanket.

3.    My caregiving business was run as an S Corp, and I am still deciding what is the best way to structure my next business, which will be providing writing workshops.

4.    I drive a Toyota Highlander, which is an SUV. I primarily provide rides through the uberXL platform, although I also provide rides through uberX sometimes.

5.    Although no one at Uber has ever stopped me from working with other apps, I only provide services through the Uber app. As I understand it, the other platforms, like Lyft and Sidecar, don't cover the commercial insurance the way that Uber does. As I didn't want to add a commercial passenger to my insurance, I decided to stick with just using the Uber app to get fares.

6.    I use the app because the Uber concept is genius, and I love the flexibility. I also meet a lot of interesting people and the money that I earn providing fares is decent.

7.    As a former business owner I have some experience with independent contractors, and a lot of experience with employees, and it's clear to me that I am an independent contractor and not an employee of Uber. Uber can't look over my shoulder, tell me what time to show up where, they don't require me to accept jobs, I can take them if I want, or not. It's like somebody remodeling my bathroom and thinking he should be an employee just because I asked him to do a job. Every Uber fare is a job that I agree to do. Also, a huge amount of authority is mine and not Uber's in our relationship. An employee doesn't have that kind of authority. The way I see it, the client is almost more of an employer than Uber because they decide where I go and when.

8.    I provide driving services primarily in Napa, as that's where I live. I usually do not accept fares that start south of me, such as Vallejo and Fairfield, because those are far and usually do

1
DECLARATION OF SHERI KELLOGG

CLASS MEMBER DECLARATIONS 630

1  not end up being high-value fairs.  That's not profitable for me so I won't take those fares.  I do take

2  fares that are far but north of me, as those fares tend to be tourists that want to go from one winery to

3  another, which are usually high-value fares.  I'm very deliberate about what fares I take and what

4  fares I won't, as it's all about maximizing my profits.

5       9.     Sometimes, when I take a fare north – or "up valley" – I know that they may not be

6  able to get an Uber back because it's more remote so I'll give them my number and tell them to call

7  me and not to log on to the app until they're in my car.  In this situation, passengers have offered to

8  pay me directly but I prefer to go through the app because it provides the insurance protections I

9  need to take commercial passengers.

10      10.     As for which route take, I will sometimes use the navigation option in the Uber app,

11  but often I know the area better so I will just take the way I want to.  Once, the Uber app sent me

12  significantly out of the way to a dead end road.  After getting the passengers back to their original

13  destination, I emailed Uber and had them cut their fare, as that was only fair to the passengers.  Uber

14  and I both took a cut on the extra mileage that day, but that was the best decision for customer

15  service reasons.

16      11.     To give my passengers the best service I can, I supply water bottles and mints.  I also

17  have an auxiliary chord they can plug their phones into so they can play their own music.  Since I

18  provide services in Napa and there are so many wineries, I keep barf bags in my car just case.

19  Luckily I haven't had to use them yet.  All of these choices I make to provide the best customer

20  service possible.  Uber has made recommendations regarding customer service, but it's all common

21  sense and none of it is a requirement.  These recommendations are geared at increasing my ratings,

22  but again, none of it is required.

23      12.     Most of the contact I have directly with Uber is regarding incentives and special

24  events, such as Bay to Breakers (a major race in San Francisco).  This is mostly in emails, and  I read

25  these emails because I like to see what events are coming up.  I also get email summaries of my last

26  week, which I like to review to monitor my own performance.  I like the clarity and it also helps me

27  increase my earnings sometimes.

28      13.     Besides the emails above and when I OnBoarded, the only other contact I have with

---

2

DECLARATION OF SHERI KELLOGG

1   Uber is to resolve issues with the app or fares that were under charged, such as when I drive through

2   a dead zone and it cuts my ride off, or if someone requests uberX when they should have requested

3   uberXL because they have five people. These issues come up about once every two weeks or so.

4         14.    Since I started getting fares through Uber, I would log on mostly on Thursday and

5   Friday nights, and the weekends, since I was running my business at the same time and needed to

6   keep weekdays free for that, and those times are often the most profitable. The number of hours I

7   work varies pretty greatly, but generally between 10-20 hours a week.  However, the other day I

8   drove on Tuesday and got a considerable number of fares, so I am considering working more on

9   other days, especially now that I've sold my business and have more time.  I don't want to leave that

10   money on the table.

11         15.    I have given this testimony completely voluntarily and without any coercion

12   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

16   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

17   not have to provide any written statement.  I also was specifically told that I could participate in the

18   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20         I declare under penalty of perjury under the laws of the United States of America and the

21   State of California that the foregoing is true and correct.

22         Executed at San Francisco, California this 18 day of May, 2015.

23

24                                SHERI KELLOGG

25

26

27

28

---

3
DECLARATION OF SHERI KELLOGG

CLASS MEMBER DECLARATIONS 632

**DECLARATION OF JOHN MARK KEMPTON**

I, John Mark Kempton, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in West Hills, Los Angeles County and have lived there for a couple of years.

3.      I use UberX and have formerly used Lyft and Sidecar. I have been driving for Uber for about one year.  I currently use Sidecar, but I wanted to focus getting fares through UberX.  I use Sidecar if I want to go home and drive a fare to the Valley, because you can define your drop-off destination.  Occasionally I have both Sidecar and Uber apps open, but I do not do that commonly. In 2015 I have driven approximately 1400 rides using Uber, but only 25 using Sidecar.

4.      I am retired, I also have an accounting practice, which I am rebuilding.  I probably spend 90% of my working time driving, and 10% with the accounting practice.  My accounting practice does not generate income, but I expect that it will in the future.  I expect to spend more time with my accounting practice, and less time driving, going forward.

5.      I've been averaging about 9.8 rides per day over the 365 days, which is pretty incredible if you think about the fact that I'm driving part-time.

6.      I lease the vehicle that I drive, and it is registered to me.

7.      I set a weekly goal for the amount of money I want to make, look at my schedule, for example my daughter's dance classes and my other personal things, and figure out when I'm going to drive.  Monday morning is a high time, Thursday, Friday, and Saturday night are both high times. Monday I may drive 5 to 10 in the morning.  It all depends on what's going on, as I have to pick my daughter up from school between 1 and 2, and then take her to Orange County for ballet lessons. Fridays I drive from 5 until as late as I can go, typically around midnight.  Same thing on Saturday. If I'm short of my goal, I might drive Sunday from 10 until 2, maybe later, depending on what's going on.

8.      Uber sets its rate by county line, and the rates in Ventura are substantially greater than

CLASS MEMBER DECLARATIONS 633

in LA County. So sometimes it's more profitable to drive there, but not all the time. I will travel to the Ventura County line, and may or may not have the app on during that time, to get the more profitable fares. I will also drive in Orange County after I drop my daughter off for dance.

9. I take the standard mileage deduction on my tax return. I keep a mileage log, and start it when I turn my app on, end it when I turn the app off, regardless of where I am. If I'm in Hollywood and decide to go home, I'll turn my app off, log my mileage and go home.

10. I do not typically negotiate for a fare. I sometimes will end the ride in the app if I've missed a turn or gone out of the way. I probably shouldn't, for insurance reasons, but I may make a business decision to turn the app off early for the rider's benefit.

11. The official policy for items left in the car, and riders leave all kinds of stuff in our cars, is to return the items to the Uber office. I will return it to people if they call me, if I'm going to be in their area. I've heard from riders that some drivers will charge folks for this service, but I don't do that. If it's inconvenient for me to return an item to them, I will turn it over to Uber.

12. I keep gum in my car for my daughter, and will occasionally keep water in my car, especially for the 12 to 3 in the morning run. But I stopped keeping water and gum for general consumption after Uber lowered their fares, and it has not hurt my rating at all. Other drivers will blame Uber for being too cheap and causing them to not carry water, etc. I won't do that.

13. I have a 4.91 star rating, and that hasn't dropped after I stopped giving water out. To maintain my rating, I will talk to them if they want to have a conversation, or I will leave them alone if they're on their phone. I will mirror a passenger's energy.

14. I infrequently get cash tips. I guess you could call them tips, I find cash in the back seat or thrown up to the front. It's usually five dollars of less. I don't ask for tips, it's against the policy, so I usually say it is not necessary. Customers will either say ok and put it away, but sometimes they insist. I tell them they are too kind, but I will go with the flow after that. Many riders use multiple systems, and are used to the tip on the Sidecar or Lyft systems.

15. I only communicate with Uber when I need them to make a ride adjustment. For example, in the mountainous areas, there is poor cell connection and the ride won't start at the

---

2

DECLARATION OF JOHN MARK KEMPTON

appropriate time. The ride will start when you regain cell connection, and to charge the appropriate amount I will contact Uber. Otherwise, I contacted them once when I was assaulted by a passenger. They do not contact me, other than by email, except to set up this meeting. They do send me at least two emails a week, and texts about what's going on in the marketplace. I read them, and make a decision about whether to participate. If I've already made such a decision, I ignore subsequent emails about the same subject.

16.     I understood that I was going to be an independent contractor and not an employee. I understand the relationship and the IRS form 1099 reporting process. If given the option, I would not prefer to be an employee rather than an independent contract. I'm too old to have anyone tell me what to do.

17.     During a typical drive time, I may take 2 or 3 breaks. I'll park the car and take a short walk up and down the street. Then, I will leave the app on. If I take a break for a meal, I'll turn the app off. I will take a meal break when convenient. But I've driven seven hours when hungry before because the fares were banging.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a suit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

\\\

\\\

3

DECLARATION OF JOHN MARK KEMPTON

1    I declare under penalty of perjury under the laws of the United States of America and the State of

2    California that the foregoing is true and correct.

3

4         Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                                      JOHN MARK KEMPTON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
4
DECLARATION OF JOHN MARK KEMPTON

## DECLARATION OF ABRAHAM KERYAN

I, Abraham Keryan, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 53 years old and live in Glendale, California.  I have been driving for Uber since October 2014.  I drive for both UberX and UberPlus.

3.      I work full-time as an insurances salesman.  I have been in this career for thirteen years.  After work and on weekends I drive for Uber.  I drive approximately 4 to 6 hours a day for Uber.  I chose to drive for Uber as a way to supplement my income.

4.      The flexibility that Uber provides is what attracts me to partner with Uber.  I consider myself very independent and value that with Uber I am my own boss. I set my own schedule and I decide where I want to drive.  I love choosing when and where I am going to work on a given day.

5.      Further, I enjoy that Uber allows me to use multiple apps when trying to get fares.  On most days, I have both the Uber app and the Lyft app open to get fares.  Uber does not discourage this practice and allows me to maximize my income by using both apps.

6.      When I joined Uber, they showed me a video about how to be a good driver.  The video simply provided suggestions on how to provide good customer service.  It did not command me to do any particular thing.

7.      The video also advised that there were no tips in the fees Uber collected.  In fact, I have received cash tips on multiple occasions as an Uber driver, which are separate and apart from the fees collected by Uber.  I understand and appreciate that Uber's fees do not include tips.

8.      I enjoy driving for Uber and have secured a 4.80 rating, which is well above average. I try to provide good customer service and safe driving.  I learned how to be a good Uber driver on the job—learning as I went through my own personal experiences with customers.

9.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

---

1

DECLARATION OF  ABRAHAM KERYAN

that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
ABRAHAM KERYAN

2
DECLARATION OF  ABRAHAM KERYAN

# DECLARATION OF MARIA KHAIRA

I, Maria Khaira, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in Mountain View.  I am a 51 year old female.  I have lived in Mountain View for 13 years.

3.      I am an Uber partner and I use UberXL, UberX and Uberpool services.  I have been using the Uber application since March 2014. My current occupation is a restaurant owner.  The restaurant is called Ashoka Indian Cuisine.  I spend about 30 hours a week operating my restaurant business.  I am also a partner in a nightclub in Sunnyvale called Bold Knight.  On average, I use the Uber application about 22 hours a week.  My husband leases the vehicle I drive when I use the Uber application.  It is a Lincoln Navigator 2007.  About 70% of my income comes from the nightclub business and 30% comes from using the Uber application.  My restaurant business breaks even.  My nightclub income pays main bills like health insurance and rent.  The income I make using the Uber application pays for my cable, car payments, car insurance, personal gas use, personal phone, credit cards I use for the household like groceries, and fun amenities like taking my kids to the restaurant, which I would not be able to do otherwise.  Uber gives me confidence because I meet so many people.  It increases my self-esteem.  It makes you feel good.  You are not cooped up in a place.  It makes you feel free.  You have freedom.  I have the freedom to make money.

4.      I do not use a particular strategy using the Uber application.  I go where the passengers need me.  I have no specific schedule.  I always work Friday nights, Saturdays from 2 p.m. or 3 p.m. to 1 a.m. or 2 a.m.  Sundays, I drive after church for 8-10 hours.  But it varies and depends. I drive when I want.  It is totally flexible.  I love the flexibility.

5.      Uber has never told me that I cannot take tips.  But I do not take tips because I want to feel dignified.  It is a matter of pride.  It is very personal for me.  It is about having class.

6.      When I started with Uber, I agreed to a licensing agreement.  I understood the terms and conditions of the agreement.  I understood that I was signing on as an independent contractor.  I

1
DECLARATION OF MARIA KHAIRA

1    want to continue being an independent contractor.  I do not want to come and report to somebody.  I

2    get to pick my kids up from school.  I can drop them off.  That is why I do not have a normal job.

3    Somebody is always checking on you.

4           7.     My expenses using the Uber app include wear and tear on the car, tire changes, clean

5    up charges, gas, and depreciation of the car.  I use one card for all of my business expenses and that

6    way I keep a record of it.  I report my business expenses when I file my taxes.  Uber gives me a

7    1099. Uber has never given me a W-2.

8           8.     I am in complete control of when I take breaks for rest or food.  It is all up to me.  I

9    just turn off the application and do whatever I want.

10          9.     I have given this testimony completely voluntarily and without any coercion

11   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

15   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

16   not have to provide any written statement.  I also was specifically told that I could participate in the

17   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19        I declare under penalty of perjury under the laws of the United States of America and the

20   State of California that the foregoing is true and correct.

21        Executed at San Francisco, California this 20th day of May, 2015.

22

23                                        MARIA KHAIRA

24

25

26

27

28

---

2
DECLARATION OF MARIA KHAIRA

CLASS MEMBER DECLARATIONS 640

**DECLARATION OF GEBRIEL KIDANY**

I, Gebriel Kidany, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am a 30 year old male living in Los Angeles, California since 2007.  I started driving for UberX in 2012, and I currently still drive for UberX.

3.    Aside from Uber, I also valet park cars for a valet parking company, part-time.

4.    I own a 2011 Toyota Camry that I use to drive for UberX.  I do not use any other car-sharing services such as Lyft or Sidecar.  I once applied to drive for Lyft, but I had some technical difficulties with the app and decided not to proceed.  I also learned that to drive for Lyft, you have to sign up to drive during a specific time period, and I do not want to do that.  Now that I have figured out how to use Uber, I have not tried any other services.

5.    Most of the time I work during the night because it is busier and there is surge pricing. I do valet parking on Friday, Saturday and Sunday morning from 7am to 3pm.  Then, I will start driving for Uber afterwards from around 5pm to midnight.  Mondays and Thursdays I also drive for Uber.  I have this work schedule because I am not a morning person, so I like working in the afternoons.  I love having a flexible driving schedule, which is why I have been driving Uber for a long time.  I also like the freedom and the flexibility because I have a newborn baby who is five months old, so anytime I want to go see her I can just drive home. I also like that Uber does not require me to drive on a set schedule.

6.    When I first started driving for Uber, I watched a video at Uber's Santa Monica office. I don't usually receive any suggestions from Uber regarding customer service.  I have a lot of driving experience, and I used to drive a cab so I think Uber trusts that I don't need this advice.

7.    If I provide good customer service, then usually the passenger will give me good rating.  Sometimes passengers give a low rating if they have a bad experience.  For example, if the passenger is a tourist and wants to go a long distance, but we get stuck in traffic, the customer may

1
DECLARATION OF GEBRIEL KIDANY

1   become angry and leave a bad rating.  This does not happen often.

2        8.    Only the riders can rate drivers, and Uber does not have any control over it.  Right

3   now, my rating is around a 4.8, which is considered a good rating.  I don't do anything specific to try

4   to improve my rating, I just focus on driving to the right place and let the customer give me the rating

5   he wants.

6        9.    I don't usually communicate with Uber, except if I have an issue such as a rider left

7   items in my car or the app is not working.  I receive some communications from Uber such as a

8   weekly report, my ratings, and information on busy areas.  For example, Uber will notify me about

9   big events such as the Rose Bowl, or Coachella.  Sometimes I follow their suggestions and drive

10  during the busy times, but sometimes I choose not to.

11       10.    I incur expenses such as gas, car maintenance and car washes.  I pay for all of these

12  expenses myself.  I do not really keep records of these expenses, although some of them are on my

13  debit card so I can always look them up.

14       11.    I consider myself to be an independent contractor of Uber, and would like to remain

15  an independent contractor.  I like being an independent contractor because I like deciding when I

16  work and how much money I make.  I would not like anyone to tell me when to start and stop

17  driving, and would prefer to decide for myself.

18       12.    When I file taxes, I indicate that I am self-employed and receive a 1099 from Uber.

19  When I file taxes, I do not include any part of my income as tip income, and receive deductions for

20  my business expenses.

21       13.    When I am driving for Uber, I am free to accept or decline any leads generated

22  through the Uber app, but I have never declined any rides.

23       14.    I take my break anytime I want.  When I am on a break, I turn off the Uber app.  I

24  have a lot of friends that also drive for Uber, so sometimes I will gather together with them to take a

25  break.  If I work for eight hours, I will usually take three, 30-minute breaks, but if I end up working

26  longer hours, I will take a longer break.  If I meet up with friends for my break, then I might take an

27  hour long break.  Usually on my breaks, I go to restaurants or taco trucks.

28

---

2

DECLARATION OF GEBRIEL KIDANY

CLASS MEMBER DECLARATIONS 642

15.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Gebriel Kidany

---

3
DECLARATION OF GEBRIEL KIDANY

**DECLARATION OF PAUL KIRZ**

I, PAUL KIRZ, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 24 years old and I live in Roland Heights. I strictly use Uber X and Uber Pool; I started driving for Uber at the end of February. I am also a freelance keyboard player, which I do full time. I turn on the app when I leave my house and head downtown. I try and pick someone up on the way if I can. Sometimes I end up in Orange County, but I try and stay in LA. I drive until I'm tired, and then I drive home. On days that I have gigs and rehearsals, I'll drive before or after those. Since I live so far from the center of LA, it's helpful that I can drive before or after gigs. It makes my time more valuable and gives me a reason not to sit at home and do nothing. Sometimes I'll meet other musicians and filmmakers and I pass out my business card to them. I prefer daytime driving and I try not to drive past midnight. I don't have a consistent schedule which is why Uber is perfect for me. Uber does not assign me a territory and surge pricing does not affect my decision to log on. I agree that Uber does not set my work schedule or require me to log into the Uber App for any minimum amount of time.

3.      I average about 8 hours of driving a day, for 3-4 days a week. I drive for maybe an hour and a half or two hours before I stop to take a break. For food breaks I'll stop for about half an hour to an hour. I decide when I stop for a break, and I shut off the App when I do so. Uber doesn't try and control my breaks.

4.      I didn't attend any in person onboarding sessions, but I watched some online videos. I did attend a pop-up inspection; I drove my truck to their mechanics and they just did a vehicle inspection which was a necessary step before I became a driver. Passengers and drivers rate each other based on conduct; I'll rate passengers lower if they are rowdy or rude.  I try to be super nice, I keep candy, gum and mints in my truck. I'll try and gauge if they want to have a conversation and if it seems like they don't I'm happy to drive in silence. I have a 4.92 star rating; Uber had some

1
DECLARATION OF PAUL KIRZ

CLASS MEMBER DECLARATIONS 644

suggestions for higher ratings in their pamphlet; they were generally common sense things like "keep your car clean" and "make sure it smells nice."

5.      Uber contacts me pretty often; there is a weekly newsletter-type email. I got an email that baseball season was starting, and telling me the best way to get people to and from Dodgers stadium. This past Memorial Day weekend, they sent an email predicting high traffic areas. I get a daily summary email about my trips the day before, and also a weekly summary email.

6.      Uber has never contacted me regarding tips, but I have received cash tips before. It's always kind've random; I never really expect it. One passenger gave me a tip because she felt bad because her ride was so short.

7.      I enjoy being an independent contractor and wish to continue as one. I'd like to never have a regular job or "employee" status because I'm still in my twenties and I have lots of music goals; I'd like to travel and tour so I want to keep things flexible.

8.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015

_____
PAUL KIRZ

2
DECLARATION OF PAUL KIRZ

## DECLARATION OF ELLIOT KLARNET

I, Elliot Klarnet, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 59 years old. I currently live in the City and County of Los Angeles. I have lived here since 2007. I use UberX, Uber Pool, and Uber Plus. I just started using Uber Plus today, but I started using UberX in May 2014 and I still use UberX. My current occupation is as a full time UberX driver; however, I recognize that Uber would not prohibit me from having another occupation. I have received a 1099 form from Uber and I have filed taxes as self-employed. I have never received a W-2 form from Uber. I also incur business expenses as an UberX driver, such as gas, maintenance, tires, and lease payments, that I keep track of through Excel using my monthly statement. I reported these as business expenses when I filed taxes.

3. I am a direct partner with Uber. I own one vehicle and I lease one vehicle that I use as an UberX driver. I own a 2014 Jetta wagon and I lease a 2015 Lexus hybrid. I lease the Lexus through a leasing company. 100% of my revenues comes from driving using the Uber app.

4. I have used Lyft before, but when the Uber app gets busy, Lyft won't generate enough leads so it is a waste of time. I have tried using both Uber and Lyft at the same time before, but now I only use Uber. However, I recognize that Uber does not prohibit me from using multiple ride sharing apps at the same time, and Uber has never suspended or threatened my account for using the Uber and Lyft apps at the same time.

5. Generally, I start using the Uber app by driving down to Santa Monica and turning the app on. I don't like turning the app on before I get to Santa Monica because I don't like driving in other areas, such as Sherman Oaks, because it's too dangerous. People drive too fast and I am just not comfortable. I like driving in Santa Monica and would drive there all day if I could. I do not chase the surge. I like that Uber gives me the flexibility to drive where I want and when I want. Uber does not have territorial restrictions.

1
DECLARATION OF  ELLIOT KLARNET

CLASS MEMBER DECLARATIONS 646

6.      I typically drive 12-13 hours a day, sometimes 14, 6 days a week.  During that time, I will take 15-30 minutes breaks to use the restroom, get coffee, grab a meal, spend time with friends, check my email, read a book, get gas, etc.  I turn the app off when I decide to take a break for whatever reason.  When I take a day off, I do not look at the app.  When it is off, it is off.  Uber has never said anything to me about when I can take breaks, how long those breaks can be, how many hours you have to drive, etc.  The app states that you have to work a minimum amount of one ride a month or your account will be deactivated, but there is no hourly requirement.

7.      I usually accept between 90-95% of requests that I receive through the Uber app, but I am being selective.  It is my understanding that your account can be deactivated if you accept less than 80-90%.  I got a message once saying that my acceptance rate had fallen below 90% that seemed like a warning.  I have noticed that if I accept a lower rated passenger, they are more likely to give me a lower rating.

8.      Occasionally, I have turned the Uber app off before I reached a destination if I felt that the fare would be too high.  On one occasion, I drove someone down to Costa Mesa when the surge pricing was 3.3.  The fare was already $190, so I turned the app off before I reached the passenger's destination.  The fare was already so high, and in those situations you need to use your judgment.

9.      I receive a weekly report from Uber that I read, but it does not influence how I use the UberX app.  It is just there for my information.  I will also use "heat maps" to see what is going on.  I watched the Onboarding video when I began driving with Uber.  It stated that we are not allowed to accept tips.  I have been offered tips in cash; sometimes, I have accepted and sometimes, I have declined.  In both scenarios, I have noticed that the person offering the tip has given me a bad reading.  If someone offers me a tip, I ask, "Are you sure?"  I do not say that I cannot accept tips because I do not want to make someone feel bad for wanting to give a tip.  Some people think that they are leaving a tip when they are actually giving me a rating, likely from their familiarity with the Lyft platform.  This results in passengers inadvertently giving me a lower rating.

10.      Uber has no control over the ratings.  Passengers are in control of rating drivers, and drivers are in control of rating passengers.  To improve or maintain my star rating, I am friendly,

2
DECLARATION OF ELLIOT KLARNET

1   offer water to the passenger, and ask if the passenger has a route preference.  Uber has suggested

2   these things, but they are common sense questions that I would ask anyway.  Uber can deactivate

3   your account for falling below a certain rating, and this happened to me when I started because I

4   didn't understand the rating system and I wasn't familiar with driving around Los Angeles.

5       11.     When you open the Uber app, there are disclaimers that state we are third party

6   users—it is a standard licensing agreement.  I read and understood the Licensing Agreement, and I

7   understand that when I turn on the app, I am an independent contractor using the app to generate fares

8   on a third party app.  It is very clear and black and white.  It is very straightforward.  If, on the other

9   hand, Uber began instructing me to drive at certain times or in certain areas, then I would feel more

10  like an employee.  But that is not the current situation—currently, I am an independent contractor.

11      12.     I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

16  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

17  have to provide any written statement.  I also was specifically told that I could participate in the

18  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20      I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22

23      Executed at Los Angeles, California this 27th day of May, 2015.

24

25                          Elliot Klarnet

26

27

28

---

3

DECLARATION OF ELLIOT KLARNET

## **DECLARATION OF ROBERT KLONEL**

I, Robert Klonel, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 50 years old.  I lived in Los Angeles, California for the last 30 years.

3.      I have been driving for Uber since January of 2015.

4.      I am musician by trade and work on contract for a non-profit organization.  I am also a father.  I enjoy the flexibility that Uber gives me to balance my other occupations and make extra money at my convenience.

5.      I drive 2014 Chevy Captiva which I use for both personal use and to drive for Uber.

6.      I drive about 20 hours to week in my spare extra time.  I choose to drive when I have free time and have no set schedule.

7.      I drive under my own philosophy of service.  Based on that philosophy I no longer chase surge pricing and instead go wherever the rides take me.  For me Uber is about helping people so I try to provide the rides that people need.

8.      In the 6 months I've been driving, I've only canceled a handful of rides but feel at liberty to so.  For example, I once had to cancel a ride to go pick-up my daughter.  Although I don't take advantage of the flexibility to do so, I enjoy that I have the option to attend to personal commitments if need be.  I appreciate being able to work without having someone breathing down my neck.

9.      Sometimes I have taken people for a free ride when I've felt they need help.  For example, I once took a woman from Hollywood to Downtown during surge pricing, but when she arrived Downtown, she realized she forgot her keys.  I then turned off the app and drove her back to Hollywood for free.

10.     When I began working at Uber, I did not receive an orientation, only a pamphlet.  I learned how to be an Uber driver mainly through trial and error and advice from friends who were

CLASS MEMBER DECLARATIONS 649

1    drivers.

2    11.    I don't feel obligated to follow the suggestions provided by Uber in their pamphlet.

3    For example, I found people rarely wanted water so I no longer provide it to passengers. Instead I

4    found people most enjoy their rides when I am friendly and engaged.

5    12.    I have a high rating of about 4.98. I attribute my high rating to being kind and helpful

6    to passengers. I understand these ratings are customer driven and not generated by Uber. However,

7    one time I accidently turned off the app during a ride and informed the customer. The customer

8    proceeded to get angry. I contacted Uber to let them know I would possibly receive a low-rating but

9    that it was accident. Uber was very understanding and ensured my rating would not be impacted.

10    13.    I look at Uber as an opportunity to help people and making money doing it. I enjoy

11    driving Uber mostly because it's less taxing and more fun than other jobs.

12    14.    My understanding from Uber is that that tipping is not required. I have received some

13    cash tips but only very few.

14    15.    If I want to take a break while driving, I simply turn off the app. It is completely

15    within my control to when I choose to turn off the app and for how long.

16    16.    I have given this testimony completely voluntarily and without any coercion

17    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

18    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

20    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

21    provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

22    have to provide any written statement. I also was specifically told that I could participate in the

23    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

24    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25    I declare under penalty of perjury under the laws of the United States of America and the

26    State of California that the foregoing is true and correct.

27

28

2
DECLARATION OF ROBERT KLONEL

CLASS MEMBER DECLARATIONS 650

1    Executed at Los Angeles, California this 26th day of May, 2015.

                                                       Robert Klonel

3
DECLARATION OF ROBERT KLONEL

CLASS MEMBER DECLARATIONS 651

## DECLARATION OF SARAH KNAPP

I, Sarah Knapp, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I have been legally disabled on and off since 1991 with post-traumatic stress disorder and wasn't earning an income, just disability insurance plus a small trust fund that I get $33 a month from. From 1980 to 1991, I was a registered representative at several institutional brokerage firms. In 1996, I went back to school and graduated in 2000 with two Associate degrees. Then I went to work for two television stations and was laid off in 2001. I found other employment in 2002, but was laid off 6 months later. And since then, I have just worked part-time jobs here and there.

3.  From time to time, I would check the part-time jobs on Craigslist and I would see Uber ads looking for drivers. I've always loved driving and I've always loved meeting new people, so it seemed like a good fit.

4.  It was so easy to sign up for the Uber app. I just did it on the website—I didn't have to submit any sort of resume, I didn't have to submit any sort of "application," and I didn't have to do any sort of interview. I submitted a background check authorization form, banking information for direct deposit, information about my car and insurance, and sent in some pictures, and within a week, I was authorized to use the Uber app. I knew going in that I would be an independent contractor – not an employee of Uber – and that's exactly what I wanted.

5.  My first time driving on the Uber app was on New Years' Eve 2014. A couple weeks later, I attended a training at Uber's offices in San Francisco. I don't recall if it was mandatory or optional, but I wanted to come anyway, so I came. The training was strictly about how to use the app, and was about 2 hours long. There was no test at the end.

6.  I drive a 2011 Ford Escape, which I use on the UberX platform. Every month I make payments on it with the goal of owning it.

7.  It's my understanding that Uber takes 25% of the fare as its fee for operating expenses, to maintain the software and grow their business.

---

CLASS MEMBER DECLARATIONS 652

8.      My intent with the app is to drive 4 nights a week, but I haven't hit that yet.  I came down with pneumonia in March, so was down for a couple months.  I didn't drive at all during March—and there were no consequences for not doing so.  That's the number one thing that draws me to this app:  the freedom of scheduling.  There is no minimum requirement of hours that I have to be logged into the app.  I can log on and off as I see fit, and Uber has no say in that.

9.      Currently, when I drive is very haphazard.  My plan is to make it more of a regular schedule.  When I drive, I try to drive 6 or 7 hours at a time.  I don't drive straight the entire time, when it's time for a break, I log off.  I'll make myself a lunch and I put it in the car, and when I'm hungry, I find a place where I can sit and eat and relax.  I prefer driving at night because there is less traffic, which means less stress.

10.     Although I live in Sonoma, I mostly drive in San Francisco.  The two times I've tried to drive in Sonoma, I got less than a handful of rides.  Uber does not require me to drive in San Francisco; I can drive wherever I want.

11.     I'm so excited about Uber that I'm trying to spread the word about the app in Sonoma.  And I have made a lot of investments in my driving business.  I took the Uber logo and made 500 copies of it—on the back, I put my rider and driver referral code (I don't put my name)—and I've been putting them all over Sonoma County.  I consider these as "business cards" and I made them on my own, with my own money.  Uber doesn't offer business cards because we are independent contractors, but I wanted to raise awareness about Uber in the North Bay, so I can generate more ridership and not have to commute to San Francisco all the time to get leads.  I plan on deducting the cost of these as a business expense on my taxes next year.

12.     I also just ordered a personalized license plate, UBERGAL.  I tried for UBERMOM but it was already taken.  Uber did not require that I get a new license plate; it was entirely my choice.  I plan on deducting the cost of this as a business expense as well.

13.     I also spend money on car washes, gas, and tolls.  I get a car wash every time that I drive, and I put gas in my car about every 2 or 3 days.  I also put some nice touches in my car – like I added hooks so that passengers could hang up their purses and coats.  I also provide motion sickness bags, hand sanitizer, paper towels, bottled water, and phone chargers for both iPhone and Android.

CLASS MEMBER DECLARATIONS 653

1   Uber does not require that I provide these things; that's entirely my choice.  I plan on deducting the

2   cost of these on my taxes as a business expense as well.  I keep an envelope with all my receipts of

3   my business expenses.

4          14.    I don't use an Uber iPhone—I use my own Samsung phone and I loaded the Uber app

5   onto it.  If I can, then I will also look into deducting my phone and data usage as a business expense

6   as well.

7          15.    When I drive, I try to dress nicely.  I will typically wear black pants, a black blazer,

8   and black shoes, and then I will vary the shirt.  Uber does not require that I dress this way—again,

9   it's entirely my choice.  I want to look professional when I am driving, so I try to dress nicely.

10         16.    I display the Uber logo on my car, along with the orange airport decal.  I display these

11  24/7, even when I'm not driving on the Uber platform.  It's more trouble than it's worth to take it on

12  and off, so I just leave it on.  Uber does not require that I display it 24/7.

13         17.    I don't use any other ride-sharing apps.  Uber has told me that I could use any other

14  ride-sharing app, but I don't want to.  I just don't think I could handle that; it would be too stressful

15  for me and too much stimulation.

16         18.    In addition to the things I've already mentioned, something I love about Uber is the

17  income equality.  You can be male, female, any national origin, or any age—and there is no

18  discrimination in the fare or the pay received.  There are not a lot of industries like that, and in my

19  experience, Uber is really at the forefront of that.  At my age (58), I feel like there are barriers to

20  finding a job and making an income, but with Uber, there weren't any.

21         19.    It's always been my understanding that tipping is not required or expected.  My

22  personal policy is that any tips that I get, I give to homeless people.  I believe that direct action is the

23  best way I can help, and when I get a cash tip, I give the cash to them.  This is just a policy that I

24  made for myself; Uber has nothing to do with it.  I don't expect to receive tips, so when I receive

25  them, I pay it forward.  I would say that I typically receive a tip about once a week, and it's never

26  been more than $5.  In my experience, the tips could be for any variety of reasons: out of their own

27  habit, because I helped them with something, because I provided a ear to listen to their problems,

28  things like that.  My understanding is that the fare is a cashless transaction, but if a customer wants

3
DECLARATION OF SARAH KNAPP

CLASS MEMBER DECLARATIONS 654

1  to offer a cash tip, then I can and will accept it.  And I always thank every rider for their business.

2      20.  When I signed up for Uber, I recall accepting a licensing agreement.  I skimmed

3  through it and I recall reading that I could bow out of arbitration.  I don't recall opting out and didn't

4  take any issues with the agreement.

5      21.  I have given this testimony completely voluntarily and without any coercion

6  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

10  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

11  not have to provide any written statement.  I also was specifically told that I could participate in the

12  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14      I declare under penalty of perjury under the laws of the United States of America and the

15  State of California that the foregoing is true and correct.

16      Executed at San Francisco, California this 19th day of May, 2015.

17

18                                            SARAH KNAPP

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF SARAH KNAPP

CLASS MEMBER DECLARATIONS 655

1
## DECLARATION OF VICTOR KOBATA

2      I, Victor Kobata, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4  where  otherwise  indicated,  all  of  the  information  contained  herein  is  based  on  my  personal

5  knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I am 50 years old. I live in Fremont and have lived there for 20 years.  I use Uber X.

7  I have never use any other Uber app.    I started using the Uber X app around January of this year.

8      3.      I do not use other driving apps, but Uber has never restricted me from using other

9  driver apps. I stay pretty busy with Uber so I do not need to use other driver apps.

10     4.      Uber does not restrict me from engaging in other businesses or occupations.   I work

11 at Restoration Company.  I am a full-time employee for this company.  I perform water and mold

12 restorative services.  I structurally dry water damage for commercial and residential businesses.  I

13 work for Restoration Company five days a week, but my hours vary from 4 to 12 hours per day.  I

14 started driving using the Uber app so that I could earn some extra money when I didn't get enough

15 hours at Restoration Company.

16     5.      I set my own schedule.  My hours vary week to week.  I usually drive two hours in

17 the morning and two hours in the evening during the week and up to 4 hours on each weekend day.  I

18 usually total 18 to 22 driving hours per week using the app.    Uber does not instruct me when to

19 drive. Uber does not set my schedule.   I can work whenever I want.

20     6.      I use my own 2006 Nissan Altima for transportation of passengers.  I own the vehicle.

21 I bought the vehicle in 2006.  I bought it because I liked the style and roominess.

22     7.      I use an Uber-provided iphone.  I pay a $10 per month data charge.  I only use the

23 Uber-provided phone for the Uber app.  I cannot use the phone to make or receive phone calls.  I

24 have my own separate cell phone.  I sometimes use my own cell phone to use the Uber app.   I have

25 the choice whether to use my own phone or the Uber phone.  I chose to get the Uber phone so that

26 customers could contact me on my personal phone and at the same time I could continue using the

27 app on the Uber phone and because my personal phone is a 4G and is a bit slower than the Uber

28 phone.

---

1
DECLARATION OF VICTOR KOBATA

CLASS MEMBER DECLARATIONS 656

8.      I do not always display the Uber sign on my windshield.

9.      Approximately 40% of my income comes from Uber.  The more I work at my job for Restoration Company, the less I use the Uber app.  If I was not allowed to work at other businesses while using the Uber app, I would probably not use Uber.

10.     Uber does not assign me a territory.  I choose to work in the East Bay – Union City, Fremont, Milpitas, and San Jose.   I choose this area because I live in Fremont so this area is convenient for me.

11.     Sometimes, I choose to keep driving or start driving during times when there is surge pricing so I can make more money.  Sometimes I choose to go to Kirby's or the Saddlerack in Fremont around 1 a.m. because they get busy around that time.  I also wait at the Bart Station in the evenings because I am likely to pick up rides from there.  It is my decision where to go to pick up the most rides.

12.     I am free to log on to the Uber app when I want.  I can use the Uber app as often or as little as I want.  Uber does not threaten to suspend my account for not logging in enough.

13.     I am free to decline any leads or passengers generated through the Uber app.

14.     Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.   I am never required to attend any meetings at Uber.

15.     I learned how to use the Uber app on my own by using it.  I applied to use the Uber app on line and started driving.

16.     Passengers I book using the Uber app can rate my services from one to five stars.  I am in the top five percent of customer star ratings.  Uber has never threatened to suspend or suspended my account for low customer ratings.  I do treat passengers well, but that is because that is the way I choose to work, not because I am following Uber's suggestions.  I have never been told that my account would be deactivated if I didn't treat my customers well.

17.     Uber makes suggestions on how to increase my "star rating" from passengers, such as having water in the car.  However, I do not follow these suggestions at this time.  I make my own decisions on how to provide customer service to my passengers.  I do not provide water in the car.  I

2
DECLARATION OF VICTOR KOBATA

1    do choose to have paper bags in case customers have to throw up at night. Uber has never required
2    me to provide any of these things. I could do these things or not. I choose to do it on my own.

3        18.    Uber does not require me to wear any specific type of clothing when I'm providing
4    transportation services. Most of the time, I wear slacks and a shirt with nice tennis shoes. I just wear
5    what I feel comfortable wearing.

6        19.    I do not come to Uber offices often. I have only visited Uber's office three times.

7        20.    I pay insurance, gas and maintenance for my car, but I would normally pay for that
8    because it is my own personal car. I can choose whatever insurance carrier I want.

9        21.    Uber does not instruct me where to get gas. I keep my gas receipts so I can get a
10   deduction on my taxes.

11       22.    Uber does not require me to report tips. Uber does not prohibit me from accepting
12   tips. I have accepted tips from customers on multiple occasions.

13       23.    I have given this testimony completely voluntarily and without any coercion
14   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
16   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
17   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way
18   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did
19   not have to provide any written statement. I also was specifically told that I could participate in the
20   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22       I declare under penalty of perjury under the laws of the United States of America and the
23   State of California that the foregoing is true and correct.

24       Executed at San Francisco, California this 18th day of May, 2015.

25

26                                              VICTOR KOBATA

27

28

---

3
DECLARATION OF VICTOR KOBATA

### DECLARATION OF STEPHEN CHARLES KOTWICKI

I, Stephen Charles Kotwicki, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 54 years old and am currently living in my car in the Bay Area.  I am going through a divorce and some tough financial times.

3.     I currently drive for Uberx.  I joined UberX on or around October 10, 2014.  I also participate in themindmatters.info and masteryourcashflow.info, which is a matrix system for financial products.  I'm not making money from it now, but will be in the future.

4.     I own a 2006 Chevy Malibu and am paying it off through a credit union.  I pay for all vehicle maintenance, gas, and insurance.

5.     In the beginning, I generally drove from 4 p.m. to 2 a.m. on Tuesday, then every other day of the week I would start earlier.  That's when I was still together with my ex-wife.  Now I just do Uber as much as I can.  Uber can't control when I turn it on or off.  They give me an idea of where you can make more money through the "heat map," but that's about it.

6.     Usually I drive during the day and night, and then when I'm tired or done with driving I can pull over and sleep.  Before I start driving or during the day in between rides I can find a shower or grab a bite to eat.  I love the flexibility.  It's given me something to make money on my own terms.

7.     When I signed up for Uber, I knew that I was going to be an independent contractor.  I worked in toll commission sales for about fifteen years, so I knew the deal.

8.     I report my taxes as self-employed and take every deduction I can, even dry cleaning.  You'll never get ahead if you're working for someone else.  My dad used to tell me that you'll never make it working for the other guy.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

CLASS MEMBER DECLARATIONS 659

1  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4  not have to provide any written statement.  I also was specifically told that I could participate in the

5  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7       I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct.

9       Executed at San Francisco, California this 20th day of May, 2015.

10

11                           Stephen Charles Kotwicki

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

DECLARATION OF CHARLES STEPHEN KOTWICKI

CLASS MEMBER DECLARATIONS 660

**DECLARATION OF OLEG KUHSNIROVICH**

I, Oleg Kuhsnirovich, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Oleg Kuhsnirovich. I am a 49 year old male. I currently live in Studio City, Ca. I use the UberX service. I started using Uber about two and a half months ago. I currently use UberX full time. Previously I drove taxis. I tried using UberX and liked the service and the people so decided to sell my taxi vehicles and only use Uber. I work directly with Uber. I have also tried other driving services, but like Uber the best. For example, I applied for Lyft and tried it for a couple of days, but it is not as good as Uber. They are not as busy as Uber.

3.      The Uber fare does not include a tip from the customer. This is different than Lyft. For Lyft, you get a statement that shows you whether a passenger gives you a tip on top of the fare. The customer has the choice to add a tip, but they do not have to. Sometimes with Uber, I get cash tips from passengers. I usually get the most tips around the holidays.

4.      I usually drive between 4:00 a.m. and 1 p.m. I work this schedule so that I can pick up my children from school. I usually do not take a break during this time. Instead, I turn my Uber App off at 1 p.m. Sometimes when I'm not busy, I will check the App during other times of the day. It just depends on how busy I am. I change my schedule depending on certain obligations that come up, such as taking my daughter to the dentist. I enjoy the flexibility that Uber. I have more freedom with Uber. I feel more relaxed. With the taxi business there was always something that came up, some small problem, but I don't have this with Uber. With the taxi company, you get more pressure from other sources as well. For example, you had to get a specific license for each city and it costs a lot of money. I like that with Uber I can drive in different territories. I also like the way the App works. You don't have to worry about someone not paying.

5.      I get emails from Uber with suggestions. I keep the suggestion in my mind and if it works for my schedule I will follow it, but if not I won't. I follow what I think is best when I see the

---

1

DECLARATION OF  OLEG KUHSNIROVICH

1   actual passenger.  For example, if they have luggage, I will help them put it in the car.  This is what I

2   did when I drove a taxi, so I do the same.  If it is a young man who doesn't have anything, I don't feel

3   the need to open the door for him.

4       6.      I only contact Uber when I have a specific question.  For example, I got in a car

5   accident and I contacted Uber.

6       7.      Everyone uses the rating system differently.  The passenger can put whatever rating

7   they want because they have complete control.  You can do all of the things that Uber suggests, such

8   as opening doors and having water, but passengers can still give you a low rating.  Uber does not

9   contact me about my rating or tell me that I need to improve it.

10      8.      When I file my taxes, I indicate that I'm self-employed.  I include as expenses

11  gasoline, car payments, insurance, phone plan, and car wash.

12      9.      I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

17  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

18  have to provide any written statement.  I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23

24  Executed at Los Angeles, California this 26th day of May, 2015.

25  _____

26                  Oleg Kuhsnirovich

27

28

---

2

DECLARATION OF OLEG KUHSNIROVICH

CLASS MEMBER DECLARATIONS 662

**DECLARATION OF MARK LACHAR**

I, MARK LACHAR, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 35 year old male and I live in Downey, CA in Los Angeles County.  I've lived in Downey for about three months, in Highland Park for about six months before that, and in Berlin, Germany for the two years before that.

3.      As a driver, I use UberX and UberPool.  I started using the UberX service in January 2015 and began using UberPool when it was instituted 3-4 weeks ago.  I am currently driving using both UberX and UberPool.

4.      I drive using the Uber App part-time.  I work full-time in the music industry for a management agency.  I work about four to five days a week for the management agency, from around 10:00am to 6:00pm.

5.      On average, I drive about 18 hours a week for Uber.  I do not have any particular set schedule or hours that I drive using Uber.  My schedule really depends on my free time.  I sometimes work at 6:00am and drive from 6:00 to 9:00am and then go to my day job – it's feels nice to start off the day making money.  Whether or not I work after work depends on how I feel and how tired I am.  I rarely work right after work, but sometimes I work at night (starting at 10:00pm or 11:00pm), which I like because there tends to be less traffic and I can drive more.  I also enjoy working Friday and Saturday nights because I enjoy taking the place of a designated driver and making money doing it, so that riders can drink freely.  I don't mind passengers who drink – if I did, I would choose just to work in the mornings.  These nighttime shifts are more on the weekends when there is surge pricing.  I like that I have the flexibility to choose my hours, when I work, and when I don't work.

6.      Whether or not surge pricing is available factors into my decision to drive to a particular area or to drive at all.  Surge pricing affects my decision-making because I try to drive in hours and areas that surging, but it doesn't fully determine whether or not I will drive at any given

1
DECLARATION OF MARK LACHAR

CLASS MEMBER DECLARATIONS 663

1  time.

2          7.      I only drive one vehicle when I drive for Uber – a Hyundai Elantra, which I own.

3          8.      Uber has never assigned me to a specific territory.  Uber has never told me how and

4  when to work, how long to work, where to work, or how to interact with passengers.  Similarly,

5  Uber has never suspended or threatened to suspend my account for failing to work a minimum

6  amount of time.  It is my understanding that Uber is okay with me working my daytime job with the

7  management company in the music industry.

8          9.      I often receive notifications of promotions from Uber, which usually have to do with

9  referring new drivers to Uber or referring new riders to Uber.   Generally, I ignore Uber's

10  notifications, but I would pay more attention if the notification had to do with incentives.

11          10.     I have used multiple ride sharing apps, including Lyft and Sidecar.  I stopped using

12  Sidecar, but Uber keeps me very busy – my rides are roughly 80% from Uber, 20% from Lyft.  I

13  always run Lyft at the same time as Uber.  I have never had an instance in which a Lyft request has

14  come in at the same time as an Uber, so I just go with whatever ride request I receive first.  I like

15  being able to run Uber and Lyft at the same time – it's a numbers game, and if I have both apps

16  running at the same time, I get more rides, which in turn means more money.  Uber has never told

17  me that I can't drive using the Lyft app at the same time.  Running both apps at the same time

18  doesn't necessarily offer me more flexibility, but I like being able to choose – and being an

19  independent contractor allows me that choice.

20          11.     My star rating is around 4.85, which I consider to be a high rating.  I care about my

21  rating and like to go out of my way for passengers to try to maintain and improve my rating.  I talk

22  to passengers to engage with them, help them with their luggage, and try to ensure a positive ride.

23  Uber doesn't ask me to go above and beyond, but I go through these motions because I take pride in

24  my work.

25          12.     I contact Uber infrequently – about once every few months.   From my best

26  recollection, I initiate contact with Uber for administrative matters.  The only time I can recall that

27  Uber contacted me specifically was to update my insurance card, which I did.

28          13.     I incur various expenses related to my driving for Uber and Lyft, including gas, oil

2

DECLARATION OF MARK LACHAR

1   changes, car washes, brake check-ups, and general car maintenance, and I pay for them all myself.

2   Gas is my biggest expense.  I keep records of these expenses as part of my regular financial record-

3   keeping, and plan to deduct them my taxes at the end of the year as business expenses.  I plan to

4   designate myself as self-employed as related to my income from Uber and Lyft.

5       14.   I don't recall any communications from Uber regarding tips, but I have received cash

6   tips from riders.  I receive cash tips from passengers all the time – every day.  Uber has never

7   suspended or threatened to suspend me for receiving tips.  People will tip me anything from a couple

8   dollars to five dollars, but I have even received a $20 cash tip from a single passenger.

9       15.   I recall reading the licensing agreement when I registered with UberX, which I

10   reviewed on my phone.  I understood the terms of the licensing agreement and when I agreed to its

11   terms, I intended to be an independent contractor.

12       16.   I wish to continue to be an independent contractor.  I consider myself an independent

13   contractor because I have the freedom to pursue revenue in a multitude of ways in my own time.

14   Additionally, I consider myself an independent contractor because I pay for my own supplies

15   (mainly gas), which I think I would have paid for me if I was an employee.  Further, I am free to

16   choose when and where I drive – Uber provides no instruction on that.  The biggest advantage to me

17   in being an independent contractor and using the Uber app is that I have complete flexibility to work

18   when I want, especially given my full-time job.  It also allows me to gain some supplemental income

19   in addition to my day-time job, which is helping me save up for a house.

20

21

22

23

24

25

26   / / /

27   / / /

28   / / /

---

3

DECLARATION OF MARK LACHAR

17.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
MARK LACHAR

4
DECLARATION OF MARK LACHAR

## DECLARATION OF KEVIN LAGUAN

I, Kevin Laguan, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I live in South Los Angeles, California, and have lived there most of my life. I use only the UberX service, and drive my 2005 Honda Civic. I do not use any other ride-sharing services, mostly because I do not see the benefit it in. I do not know whether Uber restricts me from using other services, but if anything a driver could just not report this and Uber would not care one way or the other.

3.     I have been using UberX for the past four or five months as a source of extra income. I am a full-time student at ITT Technical Institute studying network systems administration on the GI Bill, as I served with the Navy for four years.

4.     I usually drive at night and try to follow the surge pricing, starting near downtown Los Angeles and heading to the west side. I do it whenever I want to, and not when someone tells me to do it. Every once in a while I will be en route to getting a passenger, but something will come up and I will have to cancel the ride. Even before I signed up for Uber, I understood that I was going to be an independent contractor because of the flexibility. I like making my own hours, and certainly wish to continue to be an independent contractor. It is night and day compared to the Navy, where you were in until the day you got out. With Uber, I can use it as I please when I please. Indeed, when I am out on a shift, I take my time to eat and enjoy the meal.

5.     I have gotten cash tips a couple of times. When people ask me if they can tip me, I let them know that they do not have to, but that they can. I have not been retaliated against for taking these tips, nor do I think Uber would care if someone does tip.

6.     I have never reached out to anyone at Uber, and only receive text alerts saying a certain place will be busy. I take note of these alerts, and if it makes sense for me to drive out there, I will. Otherwise I won't.

---

1
DECLARATION OF KEVIN LAGUAN

7.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Kevin Laguan

2
DECLARATION OF KEVIN LAGUAN

# DECLARATION OF DANIEL LAGUNA

I, Daniel Laguna, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I work as a contract IT professional, an independent musician, and I offer transportation services as an independent driver through Uber (on the uberX platform).

3.     I have worked as an independent contractor with Uber for approximately 3 months.

4.     The Uber app allows independent drivers, like me, to book passengers. There are other apps available to independent drivers like me, which I can use to book passengers, and I can use each of them as much or as little as I want. Presently, I only use the Uber app.

5.     I use a Chevy Cruz for transportation of passengers. I drive the vehicle for my personal use, and as an independent driver for Uber.

6.     I signed up to use the Uber app online. I submitted my driver's license information, proof of insurance, and pictures of my car. I also took my vehicle to be inspected at an auto repair location. The process was very easy, and didn't take much time to complete. Uber informed me I was approved to use the Uber app. Additionally, I accepted the licensing agreement and was able to start using the app to book passengers.

7.     Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

8.     One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on. This is called a "surge." "Surge" pricing usually occurs during rush hour and on weekend nights in particular areas of the city.

9.     Uber has not and cannot prohibit me or limit me from using other apps to find fares. I have only booked riders through the Uber app because I can make more money due to the passenger demand. I could use the Lyft and Sidecar apps if I wanted to. It's entirely up to me.

10.     Even though I am able to use as many apps as I would like to find fares, I only use the

1

DECLARATION OF DANIEL LAGUNA

CLASS MEMBER DECLARATIONS 669

1   Uber app. On average, I drive as an independent driver for Uber almost every day. Thus, it makes

2   the most sense to me to use the Uber app. Uber has never limited my ability to use any other app.

3        11.    I have found that Uber is the most popular app, so I have decided to only use it, but

4   the decision of which app to use to book passengers is entirely up to me.

5        12.    Besides the high volume of potential fares, my favorite thing about Uber is the

6   flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very

7   valuable to me because it allows me to do whatever I want to do as a retired person.

8        13.    Further to the incredible flexibility the Uber app provides me, I log on and log off

9   completely voluntarily. When I want to take a break, or stop for a meal, I do that on my own

10   volition. Uber has never prohibited me from taking a meal or rest break. Additionally, Uber has

11   never interrupted a break. Anytime I want to go home, I can do it when I want.

12        14.    Passengers I book using the Uber app can rate my services from one to five stars.

13   Uber makes suggestions on how to increase my "star rating" from passengers. However, I do not

14   need to follow these suggestions; I make my own decisions on how to provide customer service to

15   my passengers. Good business means over-delivering on the expectations of the client. As one

16   example, I over-deliver by keeping the interior of my car very clean, and I provide an auxiliary audio

17   cable to my riders to allow them to play music through their mobile device. Uber has never required

18   me to provide any of these things. I could do these things or not.

19        15.    Uber does not require me to wear any specific type of clothing when I'm providing

20   transportation services. I usually try to dress professionally, but—to me—that just means normal,

21   clean clothes.

22        16.    I operate as a self-employed individual and do not employ any other drivers. Because

23   I operate my own transportation business, I know I am not personally obligated to provide

24   transportation services and it is my right to hire someone to work for me if I want. To this point, I

25   have made the decision not to hire anyone.

26        17.    Because I operate as a self-employed individual, I keep track of all my expenses

27   associated with being an independent Uber driver. I plan on claiming these expenses when I file my

28   taxes.

2
DECLARATION OF DANIEL LAGUNA

CLASS MEMBER DECLARATIONS 670

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 29 day of May, 2015.

_____
DANIEL LAGUNA

---

3
DECLARATION OF DANIEL LAGUNA

## DECLARATION OF OLEG LANTSMAN

I, Oleg Lantsman, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have lived in San Francisco in San Francisco County for about 22 years.

3.     I began using the UberBlack platform in November 2013. I began using the UberSuv platform in January 2015.

4.     I previously owned limousine company and had drivers working for me.

5.     I am currently a subcontractor of Alex Limos & Service. I am an independent contractor. I receive most of the fare from my trips, with insurance and maintenance deducted.

6.     I drive a 2010 Chevy Suburban. The registered owner of the car is Alex Limos & Service, but I am the lien holder. I can use this car for my personal use.

7.     I drive 38-45 hours a week. I usually drive Monday to Friday from 10-6/7. These are the times that are easy for me because I drop my kids off first.

8.     Once in a while, I request fare adjustments if the passengers require something extra, such as an extra stop.

9.     I was only given explanations in orientation, not requirements. I do not remember anything specific because it was a long time ago.

10.     4.91 is my current rating. One of my rules is that I am professional and only speak to the passenger if they speak to me. This was my idea because I have been in the transportation industry for a long time. When I owned my own limousine company,  I told my drivers this rule all the time.

11.     Uber occasionally sends me emails, just to inform me of my week and of promotions.

12.     I received a 1099 form from Alex Limos & Service. I filed taxes as self-employed. I deduct my out-of-pocket expenses.

13.     I did not read the whole licensing agreement, but I intended to be an independent contractor when I agreed to it. I like that I do not have any restrictions for how many hours I have  to

CLASS MEMBER DECLARATIONS 672

1   work or when I have to work.

2        14.    I accept a tip about once a month. I tell the passenger that they do not have to tip, but

3   I accept it if they insist because that is the professional thing to do.

4        15.    I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

8   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

9   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

10  not have to provide any written statement. I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13        I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15        Executed at San Francisco, California this 19th day of May, 2015.

16

17

18                                          _____
                                                    Oleg Lantsman
19

20

21

22

23

24

25

26

27

28

---
                                    2
                    DECLARATION OF OLEG LANTSMAN

CLASS MEMBER DECLARATIONS 673

1                     **DECLARATION OF ROYCE FREDERICK LATHAM**

2        I, Royce Frederick Latham, do hereby swear, affirm and attest as follows:

3        1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.     I own a printing and print brokering business incorporated as Royce Color, Inc.,

7 which is the industry I have worked in for over 40 years.  I also provide services as a Life Agent for

8 American Income Life, which sells insurance to union members.  Lastly, I provide driving services

9 using the uberX app.

10        3.     Royce Color has employed up to seven people at a time, though it has no employees

11 now.  As a print broker, Royce Color often contracts with vendors. My experience with employees

12 and contracting with other companies makes me very confident that I am an independent contractor

13 with Uber.  Uber doesn't control the tools I work with, or the times or hours or places that I work, or

14 whether I work with its competitors or not.  In addition, Uber has no restrictions as to how much or

15 how little I work.

16        4.     I choose to only contract with Uber because I feel loyal to the company for providing

17 me with a way to generate revenue through driving.  I am very satisfied with the fares I get through

18 Uber.  Driving using the Uber app allows me to focus on my other companies, which I appreciate. I

19 know I could contract with Lyft or Sidecar, for example, if I wanted to.

20        5.     I used to put in about 40-50 hours a week with Royce Color, and now I am spending

21 about that much time selling insurance with American Income, which has become the focus of my

22 career. Throughout this, Uber has been a supplemental income for me.  Right now, I spend a lot of

23 time behind the wheel because even though I spend a lot of time selling insurance, I am still learning

24 the business and not making as much as I would like.  For that reason, I shoot for 35-40 hours a

25 week driving.

26        6.     I enjoy the flexibility I have, but what I really enjoy about driving with Uber is the

27 people that I meet. I get to meet people from all walks of life.  I even gave a ride to Travis Kalanick

28 once.  For that reason, I would continue driving with Uber even if my insurance sales picked up. I

CLASS MEMBER DECLARATIONS 674

1    enjoy it for more reasons than its monetary value.

2        7.    My favorite time to drive is in the evenings, in the Financial District in San Francisco,

3    until around 11pm or 12 am.  Of course, I start in the Financial District but I end up in all sorts of

4    places.  Once a ride takes me out of San Francisco, I try to come back in to the surge areas.  I try to

5    drive around that time every day, except on the weekends when I start earlier, and end around 1 am.

6    I choose to drive these hours because I'm more of a night owl, and there's usually a good surge from

7    the end of work time into the evening, and this surge is particularly longer on Fridays and Saturdays.

8        8.    I choose to start driving in the Financial District because it is close to where my

9    printing business is, but it's also the heart of the working part of San Francisco, so it is easy to get

10   fares from there.

11       9.    When I drive, I like to look professional.  I actually dress better for driving than I did

12   when I was a business owner.  It's also convenient because I dress professionally as well for selling

13   insurance so I don't need to change when I switch between the two.

14       10.    I rarely choose not accept a ride that I have been pinged with.  Sometimes, I decide

15   not to accept a ride because I have just gotten on the freeway going the opposite direction, but

16   sometimes I even take those rides.  I usually accept because I'm in business to provide a service.  I

17   know some other drivers will look up the riders' ratings before accepting, but I don't have time for

18   that.  And I'm always happy to meet someone new.

19       11.    I generally keep water available for my passengers in case they need it.  Uber

20   suggests that we keep water in our cars and since I think that's a good idea, I do so.

21       12.    Although the passengers rarely offer me tips, when they do I accept them.  I generally

22   tell the passengers that tipping is not required but if they feel that my driving was a service to them

23   then I am going to accept the tip.

24       13.    I have given this testimony completely voluntarily and without any coercion or

25   benefit whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I

26   understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's

27   attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did

28   not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened

---

2
DECLARATION OF ROYCE FREDERICK LATHAM

1  in any way to provide this declaration.  I was specifically told that I did not have to be interviewed

2  and that I did not have to provide any written statement.  I also was specifically told that I could

3  participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I

4  know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's

5  interests.

6       I declare under penalty of perjury under the laws of the United States of America and the

7  State of California that the foregoing is true and correct.

8       Executed at San Francisco, California this 18 day of May, 2015.

9

10                                ROYCE FREDERICK LATHAM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF ROYCE FREDERICK LATHAM

CLASS MEMBER DECLARATIONS 676

1       **DECLARATION OF RAY LEBRON**

2       I, Ray Lebron, do hereby swear, affirm and attest as follows:

3       1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6       2.      I am retired, and I offer transportation services as a driver through Uber (on the uberX

7   platform).

8       3.      I have worked as an independent contractor with Uber for approximately 8 months.

9       4.      The Uber app allows independent drivers, like me, to book passengers.  There are

10  other apps available to independent drivers like me, which I can use to book passengers, and I can

11  use each of them as much or as little as I want.  Presently, I only use the Uber app.

12      5.      I use a Honda Pilot for transportation of passengers. I drive the vehicle primarly for

13  my personal use, as I do volunteer at various charities, and occasionally as an independent driver for

14  Uber.

15      6.      I signed up to use the Uber app online.  I submitted my driver's license information,

16  proof of insurance, and pictures of my car.  I also took my vehicle to be inspected at an auto repair

17  location.  The process was very easy, and didn't take much time to complete.  Uber informed me I

18  was approved to use the Uber app.  Additionally, I accepted the licensing agreement and was able to

19  start using the app to book passengers.

20      7.      Uber has never required me to "report" to its office, or be in any particular location at

21  any particular time or communicate with them about any subject.

22      8.      One of the great things about the Uber app is that when the demand from passengers

23  in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This

24  is called a "surge."  "Surge" pricing usually occurs during rush hour and on weekend nights in

25  particular areas of the city.  Anticipating where and when to be logged on to take advantage of a

26  surge requires experience and skill.  I can make a lot more money if I am logged on in places and

27  during times that demand is high, so I try to make sure I'm logged in at those times and in those busy

28  places.

---

1
DECLARATION OF RAY LEBRON

CLASS MEMBER DECLARATIONS 677

9.      Uber has not and cannot prohibit me or limit me from using other apps to find fares. I have only booked riders through the Uber app because I can make more money due to the passenger demand. I could use the Lyft and Sidecar apps if I wanted to. It's entirely up to me.

10.     Even though I am able to use as many apps as I would like to find fares, I only use the Uber app. On average, I drive as an independent driver for Uber only 4 hours a week. Thus, it makes the most sense to me to use the Uber app. Uber has never limited my ability to use any other app.

11.     I have found that Uber is the most popular app, so I have decided to only use it, but the decision of which app to use to book passengers is entirely up to me.

12.     Besides the high volume of potential fares, my favorite thing about Uber is the flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable to me because it allows me to do whatever I want to do as a retired person.

13.     Further to the incredible flexibility the Uber app provides me, I log on and log off completely voluntarily. When I want to take a break, or stop for a meal, I do that on my own volition. Uber has never prohibited me from taking a meal or rest break. Additionally, Uber has never interrupted a break.

14.     Passengers I book using the Uber app can rate my services from one to five stars. Uber makes suggestions on how to increase my "star rating" from passengers, such as having water in the car. However, I do not need to follow these suggestions; I make my own decisions on how to provide customer service to my passengers. Good business means over-delivering on the expectations of the client. As one example, I over-deliver by keeping the interior of my car very clean. Additionally, I ask my riders which route they want to take to reach their destination. Uber has never required me to provide any of these things. I could do these things or not. While Uber suggested these things to me, I choose to do them on my own.

15.     Uber does not require me to wear any specific type of clothing when I'm providing transportation services. I usually try to dress professionally, but—to me—that just means normal, clean clothes.

16.     I operate as a self-employed individual and do not employ any other drivers. Because

CLASS MEMBER DECLARATIONS 678

1   I operate my own transportation business, I know I am not personally obligated to provide

2   transportation services and it is my right to hire someone to work for me if I want. To this point, I

3   have made the decision not to hire anyone.

4       17.   I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

8   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

9   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

10  not have to provide any written statement. I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13      I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15      Executed at San Diego, California this 29 day of May, 2015.

16

17                     _____

18                     RAY LEBRON

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF RAY LEBRON

CLASS MEMBER DECLARATIONS 679

**DECLARATION OF BO LEE**

I, Bo Lee, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 40 years old and I started using the UberX service in September of 2013.  When I started using the Uber App, I also sold items on eBay.   Uber has never prevented me from having another occupation while using its platform.  However, for personal reasons, I'm currently taking a break from doing anything besides using the Uber App to find transportation leads.

3.      I do not have a specialized or commercial drivers' license, but I own a turbocharged Volkswagen Jetta that I use to drive while using UberX.

4.      I used to drive for multiple platforms, including Lyft and Sidecar in addition to Uber, but recently I have just been using the Uber App.  Sometimes, in the past, when it was slow, I operated the Apps simultaneously and Uber has never restricted me from doing so.

5.      Uber allows for me to decline leads generated from the App. Sometimes I do skip leads when the passenger is not very close to me, or if I would rather just go home instead of accepting another lead. Uber has never threatened to suspend my account because I skipped a lead.

6.      Uber does not set my schedule, or tell me where geographically to drive.  Instead I decide when I want to log into the App and where I want to drive.  I usually log into the Uber App in the mornings from 7:00 a.m.- 10:00 a.m. Then I go home, go to the gym, and get lunch.  Later, if I feel like it, I'll log back in to the App in the evening.  I used to raise my kids full-time while I was using the Uber App, and I was able to drive whenever I didn't need to be with my kids, and I could pick up my kids in between taking passengers.

7.      Uber does not mandate that I log onto the App for any minimum amount of time. Uber has never threatened to suspend my account if I've not logged on for any period of time. I have taken vacations, and I have been hospitalized for a week in which I didn't drive for Uber.  I didn't tell anyone at Uber that I was not going to be driving for that time and nobody at Uber mentioned my not driving.

---

CLASS MEMBER DECLARATIONS 680

8.      I choose to log in to the Uber App almost every day, but it may just be for a few hours a day. Yesterday, for example, I only logged in for an hour and a half.  Surge pricing or promotions sometime affect when I log into the App because I want to make more money and driving during surges or promotions is more efficient for me.

9.      It used to be that I would choose what neighborhood in San Francisco to drive in, for example, the marina district or the mission district, because those areas were the most concentrated with passengers. Now, most areas of San Francisco have plenty of leads, so I don't have to strategize as much on where to turn on the App.

10.      I have had very little human interaction with Uber and they haven't given me any instructions.  I receive very minimal email communications from Uber, like maybe once every three months. I sometimes ignore promotional emails from Uber.  I've never talked to anyone at Uber over the phone, but on occasion I have emailed Uber with questions.

11.      When I began using the Uber App, I attended an onboarding session at Uber's old office. During that session, Uber gave me a phone that I could only use for the Uber App and a Licensing Agreement.  I read and understood the Agreement and when I agreed to it, I intended to be, and understood that I would be, an independent contractor.   I want to continue being an independent contractor because Uber grants me a lot of flexibility and I value that a lot.

12.      My Uber star rating comes directly from the passengers, not from Uber. Uber has no input on the rating, as far as I know.  I have an average star rating.  To improve my star rating, I try to study passengers to understand what they want, try to look professionally, try not to talk to them when they don't want it, etc.   Uber did not tell me to do these things, but instead, I came up with these ideas on my own, based on my experience as a driver.  Occasionally, I offer passengers water, but most of the time I don't. In San Francisco, people will leave the trash in my car if I offer them water, so I don't like to do it.  I think in the beginning, Uber made suggestions like providing water to customers, but Uber has never cared that I have not followed these suggestions.  Drivers can have a high star rating without following all of Uber's suggestions, like giving people free items. Uber has never threatened to terminate my account because of my star rating.

13.      I incur expenses such as gas, insurance, maintenance for my car etc. operating my

---

CLASS MEMBER DECLARATIONS 681

1   business, but I generally don't keep track on paper of those expenses.  I don't keep receipts for my

2   gas because I use the IRS mileage deductions on my tax return.  I am reimbursed for my mileage at

3   tax time through my tax return.  I receive a 1099 from Uber and I indicate on my taxes that I am self-

4   employed.  I do not report on my tax returns that part of my income is tip income, because I do not

5   consider any of my fare income as tip income.

6         14.    Occasionally, like once every two weeks, passengers will offer me cash tips, and

7   Uber has informed me that if a customer offers a tip, that I am permitted to take it.  I learned this on

8   a "Q&A" section of Uber's website.  Uber has never threatened to suspend my account because I

9   have accepted a tip.  I don't expect tips, and customers don't expect to tip me, because Uber has

10  informed them that there is no need to tip.

11        15.    I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

16  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

17  not have to provide any written statement.  I also was specifically told that I could participate in the

18  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20        I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22        Executed at San Francisco, California this ___ day of May, 2015.

23

24                                            BO LEE

25  C:\Users\awoerner\datanow\datanow home\Documents\UBER BLITZ- BO LEE.docx

26

27

28

---

3
DECLARATION OF BO LEE

CLASS MEMBER DECLARATIONS 682

## DECLARATION OF JOHN ROBERT LEHMAN, JR.

I, John R. Lehman, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am self-employed as a driver who provides services through the Uber app. Before driving, I worked as a security guard. I began driving around Thanksgiving of 2014. At the time, my work as a security guard wasn't covering my expenses and my brother had heard about Uber and told me about it. I looked into it and decided to onboard on the uberX platform. Eventually, I made more money driving than I did as a security guard and I quit that job.

3. What drew me to Uber was the freedom I would have on my time, to be able set my own hours. I have children and driving allows me to be with them as much as I can. I can build my hours around my kids. For example, they get out of school at 3pm, and driving means I can pick them up from school, spend time with them, and then drop them off with their mother.

4. The flexibility also allows me to take advantage of free time. The other day I couldn't sleep, and so I got up at 2am and decided to drive until around 8am. It was a good way to make the most out of a night that otherwise would have been spent tossing and turning all night long.

5. When I started, I built my hours around my job and kids; now I focus mostly on kids but I have other time commitments, too. For example, I play on a softball team on Tuesdays, and I play tennis on Wednesday nights so I never drive during those hours. Also, I'm an early morning person, so I get up at 4am and start driving by 4:30am, then I'm done by 2pm so I can pick up my kids. Using the Uber app gives me great flexibility as to when I drive.

6. Another reason I start at 4:30am is because I can pick up one or two airport runs at that time. I live in Oakland, CA, which is in the East Bay, and so I try to pay attention to when the Bay Bridge gets busy, which is usually around 5:40am. If a ride takes me across the Bay into San Francisco, I'll stay on that side of the Bay as the rides are more frequent coming from there.

7. Although I know I could use other apps to find fares, I get enough fares through the Uber app that I don't see a need to use any other apps. Using more than one app seems frantic to me

1
DECLARATION OF JOHN ROBERT LEHMAN

CLASS MEMBER DECLARATIONS 683

1   and that's not how I like to drive.

2        8.    Uber sends out blast emails that I find pretty useless, such as alerting us to events in

3   the Bay Area or upcoming holiday that impact driving.  I think they're self-negating because by

4   alerting us to the events they put more drivers on the road, and that means there's never a surge, so

5   those days don't actually make more money.  Having used the system for a year and a half, I know

6   these things from experience, and a newbie would think it makes sense to go to these events.  I know

7   that they are not worth the money.

8        9.    Outside the emails, I talk to someone from Uber about once a month, usually about an

9   issue with the app, such as when it's undercharged for a particular client and I need to have it fixed.

10  Sometimes it's also because the server is down, or because I have a suggestion as to how they can

11  improve the app.

12       10.    I have a philosophy on surges.  Surges are meant to capture people with no other

13  options, and work best up to about 2x the normal rate.  If it's 1.5x or 1.8x, people are unhappy but

14  they'll do it.  Once it gets higher than that, people go to other apps or wait it out.  Once I ended up in

15  the Marina District during a 3.8x surge; I waited for half an hour but I didn't get a call until it had

16  dropped to 1.8x.  Also, the surge algorithm is based a lot on how many drivers in the area, even if

17  there is not a lot of demand, and it skips around San Francisco a lot.  If you are new to the business

18  you try to chase the surges like a kitten chasing a laser pointer, but I know there's no point in doing

19  that.  Because of my experience in the business, I don't chase surges.

20       11.    Currently, I split fares with Uber 80%-20%, after the $1safety fee is deducted from

21  the fare.  I understood that the 80%-20% split was going to our arrangement from the start.  I believe

22  the $1 safety deduction started about four months after I started.

23       12.    Passengers rarely offer me a tip, maybe once every two or three weeks.   When they

24  do, I tell them no, thank you and explain that tips are not a part of uberX.  If they insist, I accept the

25  tip as per Uber's instructions.  The tip they offer is always cash.  Once I got a $20 tip from a family

26  visiting from Atlanta.  It was their last  night in the City so I took them to see the Bay Bridge when it

27  was lit up, and the view of the City from the base of Coit Tower.  I also made a few restaurant

28  suggestions so at the end of the night they gave me a good tip because they felt they had gotten good

---

2

DECLARATION OF JOHN ROBERT LEHMAN

1    service. Getting a tip that large only happened that once and hasn't happened since.

2        13.    I don't worry about star ratings. I think they say more about the passenger than the

3    driver, so I just drive as well as I can and don't pay attentions to the ratings. Clearly, that's working

4    for me as I have a 4.85 star rating right now. Once I got an email advising that my rating had gone

5    to 4.74, but didn't give any advice or suggestions as to how to improve it. The next week, my rating

6    went back up on its own. The ratings fluctuate but I've never had a problem with my rating.

7        14.    I have given this testimony completely voluntarily and without any coercion

8    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

9    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

10   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

11   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

12   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

13   not have to provide any written statement. I also was specifically told that I could participate in the

14   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

15   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16       I declare under penalty of perjury under the laws of the United States of America and the

17   State of California that the foregoing is true and correct.

18       Executed at San Francisco, California this _19_ day of May, 2015.

19

20                                                    JOHN ROBERT LEHMAN

21

22

23

24

25

26

27

28

---

3

DECLARATION OF JOHN ROBERT LEHMAN

**DECLARATION OF PHILIPPE LESTIENNE**

I, Philippe Lestienne, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 69 years old. I have lived in San Francisco for 25 years. I use Uber X. I have never use any other Uber app. I work for Associated Limosine and I also work for myself using the Uber X app. I am a part-time employee of Associated Limosine.

3.      I am from France. I chose to use the Uber app because it is international. I started using it last November. I do not use other apps, but Uber has never restricted me from using other apps.

4.      I am a part-time driver. I am partially retired and spend the rest of my time on personal interests like sports and arts. I bike and I run. I like to go to galleries and museums.

5.      I set my own schedule. My hours vary week to week. Last week, I did not work at all. The week before, I worked as a driver for five hours.

6.      Uber does not restrict me from engaging in other businesses or occupations. Some weeks, I work both for myself and for Associated Limosine. Usually, I work three days a week for Associated Limosine. I have only one life and I want to enjoy it. When I work for Associated Limo, I drive a town car and sometimes a big limo for them. I do not drive my own car for Associated Limo.

7.      As a direct partner with Uber, I am free to do whatever I want. I can quit whenever I want. I can work whenever I want.

8.      I use my own 2012 Ford Focus for transportation of passengers through the Ube rap and I own the vehicle. I bought the vehicle last year in April 2014 on credit. My wife wanted me to buy a Ford Focus because it gets good gas mileage and is easy to park.

9.      I lease an iphone through Uber. I pay $10 per week to use the Uber iphone. I only use it for the app. I have my own separate cell phone that I do not use for the Uber app. I had the choice whether to use my own phone or lease a phone from Uber. I chose to lease a phone because I

1
DECLARATION OF PHILIPPE LESTIENNE

1    prefer to keep things separate.

2        10.    I display the Uber sign on my windshield. I don't like Lyft because I don't like the

3    mustache.

4        11.    10% of my revenue comes from Uber. I am really a part-time driver because I am

5    partially retired. If I was not allowed to work at other businesses while using the Uber app, I would

6    not use Uber.

7        12.    Uber does not assign me a territory. I choose to use the Uber app in an area with not

8    too many drivers and taxis – the Outer Richmond district. I also chose that district because it is

9    where I live.

10       13.    Uber does not set my schedule. I prefer to drive in the mornings. I usually start at 6

11   or 7 and work until 10 o'clock a.m. I usually drive 2 days per week.

12       14.    I choose not to drive during times when there is surge pricing because there is too

13   much traffic.

14       15.    Sometimes I drive people to and from events, such as Fort Mason and Oakland

15   Royals Homecoming. But, usually, I drive in the morning so I don't cover events.

16       16.    I receive emails about promotions like cheaper gas or discount food, but I do not use

17   them because Costco is less expensive.

18       17.    I am free to decline any leads or passengers generated through the Uber app.

19       18.    Uber has never threatened to suspend my account.

20       19.    Uber has never required me to "report" to its office, or be in any particular location at

21   any particular time or communicate with them about any subject. I am never required to attend any

22   meetings at Uber.

23       20.    Two or three times a day, I log on to the Uber app. Sometimes I take a break, and

24   then go back on line and wait for the signal. In a typical week, I spend anywhere from 2 to 20 hours

25   per week on the app. This is the beauty of Uber. I can use the app as often or as little as I want.

26   Uber does not threaten to suspend my account for not logging in enough. I can log in as much or as

27   little as I want.

28       21.    I looked online to find instructions on how to use the app. I watched a video on how

---

2
DECLARATION OF PHILIPPE LESTIENNE

1   to utilize the app and then began to use it.  The video was only 10 to 15 minutes long.  I also

2   watched the video at the Uber office.

3       22.   On the website, Uber generally suggests that you be nice to passengers.  I am not

4   required to follow these suggestions. I do treat passengers well, but that is because that is the way I

5   choose to work, not because I am following Uber's suggestions.  I have never been told that my

6   account would be deactivated if I didn't follow Uber's suggestions.

7       23.   Passengers I book using the Uber app can rate my services from one to five stars.  My

8   rating is between 4 and 5 stars so I do not know what happens if you get only 1 star.   Uber makes

9   suggestions on how to increase my "star rating" from passengers, such as having water in the car.

10  However, I do not need to follow these suggestions. I make my own decisions on how to provide

11  customer service to my passengers.  I do provide water in the car.  I have two chargers in the car, but

12  no customers ever use them.   Uber has never required me to provide any of these things.  I could do

13  these things or not.  I choose to do it on my own.

14      24.   Uber does not require me to wear any specific type of clothing when I'm providing

15  transportation services. Most of the time I wear casual, relaxed clean clothes.  Sometimes I wear my

16  suit because I have one for when I drive the limo for Associated Limo.

17      25.   Uber sends me emails, but I do not communicate with Uber very often.  I do not come

18  to their offices often.  I have only been to the office 4 times.  Once, I came to register for Uber X,

19  once to register for black Uber, and once to change my phone.

20      26.   I pay insurance, gas and maintenance for the car, but I would normally pay for that

21  because it is my own car.  I can choose whatever insurance carrier I want.  My insurance went up by

22  approximately $30 to $40 because I was doing over 10,000 miles per year.

23      27.   Uber does not instruct me where to get gas.  I throw away my gas receipts after two

24  months, but my CPA told me that I should keep them so I can get a deduction.  I would not be able

25  to determine how much of my gas and insurance is attributed to using Uber.

26      28.   On the website, it says that tipping is not part of Uber, but I am allowed to accept tips

27  from the customer.  I have never received a tip from a customer.  Uber does not require me to report

28  tips.  Uber does not prohibit me from accepting tips.

---

3

DECLARATION OF PHILIPPE LESTIENNE

1       29.    I received a 1099 from Uber.  I never received a W-2 from Uber.  When I file taxes, I

2    report that I am self-employed.  I do report my expenses to the IRS when I file my taxes.  I will file a

3    deduction for my expenses.

4       30.    I have given this testimony completely voluntarily and without any coercion

5    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

9    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

10    not have to provide any written statement.  I also was specifically told that I could participate in the

11    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13       I declare under penalty of perjury under the laws of the United States of America and the

14    State of California that the foregoing is true and correct.

15       Executed at San Francisco, California this 18th day of May, 2015.

16

17                                PHILLIPE LESTIENNE

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHILLIPE LESTIENNE

CLASS MEMBER DECLARATIONS 689

## DECLARATION OF WILLIAM LIM

I, William Lim, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 57 years old and have lived in San Gabriel, California in LA County for 20 years.  I have been driving for Uber for 7 months, since November of 2014, and use the UberX service.  I consider myself self-employed, and I am a full-time Uber driver.  I do not use other apps, and 100% of my business is through Uber.  But I do not think that Uber restricts me from doing another job.

3.     I have two cars that I own and drive when I use Uber.  I try to drive to the areas that have surge prices, and I read the weekly updates from Uber to figure out what times and areas have more business.  I take some of these suggestions to improve my business.

4.     Currently, my hours are very irregular and are based on my kids' schedules.  I would say that I have the app open for about 10 hours a day.  I would like to set a schedule for myself in the future where I start working around 8 in the morning until 11-12 at night, with a few hours of breaks in between.  I don't think that I have an employee/employer relationship with Uber.  I believe that I am self-employed because I work when I like and I take breaks when I like.  The more I work, the more I make.

5.     I have not been required to attend and classes or sessions hosted by Uber, but I did attend a session about Uber Pool because I wanted to learn more about the service.  I usually get a couple emails from Uber each week, and I read all of the messages because I think they are helpful.  I want to stay up to date.

6.     I have a rating of 4.8.  When I first started driving, one customer gave me a bad rating for taking a longer route.  I received an email from Uber providing me with suggestions for how I could improve based on this rating.

7.     I consider myself self-employed and file my taxes as such.  I deduct expenses for gas,

1
DECLARATION OF  WILLIAM LIM

oil changes, maintenance, and vehicle depreciation.

8.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
WILLIAM LIM

2
DECLARATION OF  WILLIAM LIM

**DECLARATION OF Edward Thomas Lincoln Jr.**

I, Edward Thomas Lincoln Jr., do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver.  I am 25 years old and have been living in La Mesa for almost a year.  I started using the UberX service in January.  I am currently a full-time bartender, as I am at about 40 hours a week.  They don't prohibit me from other employment.  I am a direct partner with Uber.  I own one vehicle which I use when operating the Uber app, a Mazda 3, 2013.

3.      I go on from about 12AM to 3:30AM on Friday or Saturday.  It's really easy for me to get off work and use the app.  I know that it's going to be busy at those times, so that's why I login.  If I see that surge pricing goes down, I will probably log off and go home, sleep.  During the winter, I think there was an automatic amount per hour, and I was more likely to login because I was guaranteed to get that.  I feel that I can decline any request through the app.  I login about three times a week.  I bartend so it's based off that schedule.  I just do it three times a week to pay some extra bills.  I like having the flexible driving schedule, that's why I do it.

4.      I didn't go to any orientation.  I just got approved; it was pretty self-explanatory, which I really liked.  I didn't really want to sit through some orientation.  When I first got on board, they sent a video that said some things that might increase your rating, like water and plugging my phone into the auxiliary, so they can play music.  I'm not required to follow these suggestions.  I do plug my phone into the auxiliary jack.  I don't provide water and I sometimes hand out gum if they ask.  I feel like I provide a good enough service as it is, and I don't want to spend extra money on supplies like that.  Maybe if Uber provided an allowance, but I don't want to spend money on it.  Uber has never threatened to suspend my account for not following their suggestions.

5.      The passengers rate me after I end the trip, and that gets averaged out.  Uber doesn't control the ratings.  My rating is 4.93, and I think this is a good rating.  To improve it, I have conversations with passengers, drive safely, have fun with them.  These are my own ideas.  I think a driver can obtain a minimum rating without following the Uber suggestions.  As long as you can have a good conversation, if they want to talk, if they don't, it's sort of about reading the passenger, like if they want to have a good time.

6.      I never communicate with Uber.  I have never contacted them.  They email me about

1
DECLARATION OF Edward Thomas Lincoln Jr.

once a week to tell me what events are popular around San Diego.

7.     I pay for gas, wear and tear on the car, and that's about it. I keep track of the gas with receipts. I don't know if I will file as self-employed, I might create an LLC and see what the best way to go about it is. I hope to report and deduct my expenses.

8.     I receive cash tips about once every 20th ride. The licensing agreement doesn't prevent me from accepting tips. Uber has never suspended or threatened to suspend my account for accepting tips.

9.     When I signed up, I intended to become an independent contractor, and wish to remain one. I think it's more flexible scheduling, I work whenever I want, I don't have someone managing me.

10.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 28th day of May, 2015.

_____

Edward Thomas Lincoln Jr.

2
DECLARATION OF Edward Thomas Lincoln Jr.

1

2      I, William Lindley, hereby declare as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4  where otherwise indicated, all of the information contained herein is based on my personal

5  knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I used to work for Nabisco and retired approximately six years ago.  I first learned

7  about the Uber app. during the summer of 2014.  My children were over at my house and we

8  discussed Uber and my children told me about their experiences using Uber as riders.  Both my kids

9  and wife thought Uber would be a good part-time opportunity for me to fill my time and keep me

10  busy during my retirement.  I also talked to my neighbor who drives using the Uber app. He gave me

11  more information on the opportunities available using the Uber app. and insight on how the Uber

12  app. works.

13      3.      In April 2015, I submitted an application online which included by driver's license

14  and registration.  Uber then paid for me to have my car inspected at Xpress Tire.  I submitted the

15  result of the inspection to Uber.  On April 25, 2015, I started using the Uber app.

16      4.      Uber originally sent me two phones accidently so I returned one. When I was

17  provided with the phone from Uber, I paid $50 per week for the first four weeks for the phone and

18  then I will pay $10 per week for using the phone.  If I return the phone, I get the full $200 back.  I

19  never use anything, but the Uber app. on the phone that was provided by Uber.

20      5.      I have only been to Uber's office two times for phone issues.  The first time, my

21  phone stopped working and Uber gave me a replacement phone at no charge.  The second time, the

22  crashed and Uber had to upload the Uber app. back to the phone.

23      6.      I receive an email from Uber once a week and a text message from Uber twice a week

24  providing suggestions on locations and hotspots around San Diego that may be busy.  They also

25  include reminders that I can sign-up other drivers up for the Uber app. and receive a referral fee of

26  $100. The emails may also have suggestions on how to improve my star ratings.

27      7.      Customers can evaluate my services as a driver by using the passenger version of the

28  Uber app to give me a "star rating" of 1 to 5 with 5 being the best rating.  It is up to me and the

service I provide to passengers to maintain that rating.  In other words, if I want good feedback from

1.

my customers, then I need to provide good services.  Uber does not have input into my star rating and my star rating is completely driven by the customers.  I receive a weekly "report" from Uber indicating the number of fares I completed and my average "star rating," and I appreciate having this information.  I understand that if my star rating from customers gets too low, I might lose access to the app.

8.      Uber provides suggestions on how to improve my star ratings such as providing water to the riders, keeping the car clean, and opening doors to customers.    Uber provides these suggestions and I do not have to follow these suggestions. I think it helps to follow the suggestions, but I do not have to follow any of the suggestions.

9.      I am able to use the Uber app whenever I want.  I am able to pick and choose the hours and locations I offer my services.  I work approximately 12-15 hours per week with the Uber app. My schedule is typically 6:30 a.m. to 9:30 a.m. for six days per week.  The days of the week will vary and my schedule may change every week.  For example, if I take a fare to a location that is far away and cannot find a fare to bring me closer to home, then I may drive towards home and pick—up fares on the way, if I can.   Otherwise, I will just go home.    Uber has never set my schedule. Uber has never told me when or where to work.  I can take any day off that I choose and I do not have to let anyone at Uber know whether or not I will work that day.

10.      On occasion I receive tips from passengers, it is not consistent nor expected.  I have only been driving for about 5 weeks, but the average cash tip is $5.00 and I will get a tip about twice per week. I understand that tips are not included in the fare charged to the customer through Uber. I understand that I keep all tips that are given to me by a customer.  While I generally accept all tips that are given to me, I have turned down a tip that was offered to me before.  It was my decision to turn down the tip.

11.      When using the Uber app, I book passengers on the UberX platforms.  For each trip I complete on the UberX platform, I receive 80% of the fare, and Uber took 20% as its licensing fee.  I keep any cash tip that is given to me. Uber will charge the passenger's credit card, deduct its fee, and then pay me the rest.  I was aware of this arrangement at the time I accepted the licensing agreement,

2.

1

2   and I have received all the money that I understand I am entitled to from trips completed using the

3   Uber app.

4       12.     I am able to choose what area of San Diego I would drive in on any given day. I

5   always avoid the "surge times" because I do not like to drive in the crowds or in areas where surge

6   times are typically present.   Uber never directed me to drive in a certain neighborhood or avoid an

7   area or require me to drive during a "surge time."  I am also not required to pick-up a fare requested

8   through the app.  In fact, I have turned down a fare before.  I did not get in trouble and was not

9   reprimanded for turning down the fare.

10      13.     I have never been required by Uber to wear a uniform or conform to a specific dress

11  code.  I typically wear golf shirts and slacks.  It was suggested by Uber to look professional, but

12  there is not a dress code. I would not get in trouble for wearing something different. Uber does not

13  monitor what I wear.

14      14.     I will take breaks throughout the day. I will usually get out of the car and stretch or go

15  to the store.  I turn my app off when I am on break. Uber has never instructed me to not take a break

16  and has never interrupted a break I was taking. I have never used the Uber app. for 5 or more hours

17  during a day.

18

19

20

21

22

23

24

25

26

27

28

3.

1

2        15.    I have given this testimony completely voluntarily and without any coercion

3 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4 that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does

5 not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8 not have to provide any written statement.  I also was specifically told that I could participate in the

9 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11        I declare under penalty of perjury under the laws of the United States of America and the

12 State of California that the foregoing is true and correct.

13        Executed at **SAN DIEGO** California this **29** day of May 2015.

14

15                              WILLIAM LINDLEY

16

17

18

19

20

21

22

23

24

25

26

27

28

4.

**DECLARATION OF JIAWEN LING**

I, Jiawen Ling, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 27 years old, and I live in San Francisco, California, in San Francisco County.  I am originally from China, and I moved to the U.S. in November 2007.  I moved to San Francisco when I moved from China, so I've been here over seven years.

3.     I have a Class C drivers license from California to drive, and I have a TCP as well.  I drive using UberX, UberSUV, and UberBlack, but I mostly work with UberSUV and UberBlack.

4.     I also drive for another company that is owned by friend in San Francisco, California.  I work for my friend's company usually on Saturdays, but I may be called in to work on other days.  I consider myself an independent contractor for my friend's company.

5.     I do not drive using any other driving applications.  I do not feel like Uber prohibits us from using other driving applications, but I think Uber is the best one, so I just work using the Uber App.  About 80 percent of my income is from Uber and 20 percent of my income is from my friend's company.

6.     I drive a 2008 Ford Expedition, which I own, and I use that car when I use the Uber App and when I drive for my friend's company as well.

7.     I signed up for UberX first around 2013 by going online first, and then I went to the office in San Francisco, California, for the interview and to watch a video as well.  I signed up for UberSUV and UberBlack around September 2014 by going into the San Francisco, California, office, and they taught me how to use the Uber App and they tested me on the roads in the city and how to use the Uber App.

8.     On the days I work for Uber, I start work around 7:30 a.m. and 8:00 a.m.  I first check to see if there are leads with UberSUV and UberBlack because I can make more money using those.  I go Downtown because it is easier to find leads because it is a busier area and I can make more money that way.  I will work until 6 or 7 p.m., but I will take a break around noon to rest.  I know

CLASS MEMBER DECLARATIONS 698

1    that Uber does not set my own schedule, and I like that because I want the freedom to set my own

2    schedule.

3         9.      I know that Uber does not require me to log on for any specific amount of time, and I

4    also know that Uber does not prohibit me from being on the Uber App for as long as I want. Uber

5    has not suspended or threatened to suspend me for spending too little or too much time on the Uber

6    App.

7         10.     I will drive towards surge pricing areas because I can make more money there, and I

8    am more likely to accept leads that are in surge areas, but I generally accept the leads I receive on

9    my way to the surge areas as well.

10        11.     Aside from surge areas, I will also drive towards areas where there are big events in

11    order to get customers from that area because I know it will be busy and I will be more likely to find

12    a lead. Uber e-mails us about events going on in San Francisco, and with that information I will stay

13    on the Uber App longer and will drive towards those events I find out from Uber in order to make

14    more money.

15        12.     When I am using the Uber App, I don't feel like I'm driving for Uber. I feel like I am

16    driving for myself and the Uber App is just helping me find my customers. I feel like that because I

17    have my own company and I can work for Uber and I can work for my own customers with my own

18    company. When Uber takes a portion of the fares from my rides, I consider this to be a commission

19    for using the Uber App to find leads.

20        13.     I get e-mails from Uber infrequently with messages about how to increase

21    passengers' experience and improve my ratings. I see what they recommend drivers do, and I view

22    them as good advice, but I do not do all of things that Uber recommends we do in those e-mails. For

23    example, Uber recommends we go out of the car and open the door for the customers. I do not do

24    that for the customers every time because they always come up to the door and open it themselves.

25    Uber never indicated to me that it would discipline me for not following any of those suggestions,

26    and I do not believe they would do that.

27        14.     My rating with Uber is a 4.84, which I feel is a normal rating for Uber drivers. To

28    keep a high rating, I give them water, I speak with the customers, sometimes I may open the door for

2
DECLARATION OF JIAWEN LING

the customers, and I also have chargers and gum for the customers as well.

15. When I drive, I have to pay for gas, insurance, and for vehicle repairs. I refer to those expenses on my credit card statements at the end of the year, so I can deduct those amounts from my taxes. Uber provides me with a Form 1099, not a W-2, and I always file my taxes using a Form 1099. On my taxes, I write that I am self-employed and I report all of my income from Uber as 1099 income.

16. Uber told us that no tips are necessary, and I believe that no tips are necessary. I think they calculate the fare based on the mileage, the time, and any additional fares for using UberBlack.

17. I think I'm an independent contractor with Uber because I can create my own schedule, do my own work, and if I were an employee, I would need to follow a rule book. Uber doesn't have a rule book for its drivers to follow. I want to continue to be an independent contractor for the same reasons. I like the flexibility that comes with driving with the Uber App.

18. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.



_____
Jiawen Ling

---

3
DECLARATION OF JIAWEN LING

CLASS MEMBER DECLARATIONS 700

1    **<u>DECLARATION OF MARGALIT LIPSKI</u>**

2    I, Margalit Lipski, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.   Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    My name is Margalit Lipski and I am 60 years old.  I live in Tarzana in Los Angeles

7    County.  I use Uber X and have been using the Uber app for seven or eight months.  My friend

8    introduced me to Uber when I moved to the United States from Israel one year ago.

9    3.    When I started driving for Uber, I drove every day for six or seven hours a day.

10   Recently, I frequently only drive for 10 hours or less a week.  In the last three weeks, for example, I

11   have only logged onto the app once a week.  When I started cutting down on my hours, Uber did not

12   contact me about the change in driving hours and did not request that I drive more.

13   4.    Currently I only drive for Uber but am actively looking for a second job.  I do not

14   think Uber would have a problem if I had a job in addition to driving for Uber.

15   5.    I lease the car I drive for Uber from Toyota.  The lease is under my own name.

16   6.    I only drive during the daytime from 9am to 4pm because I do not want to deal with

17   people at night.  Uber does not assign me a geographic territory; I drive anywhere I want to.  I

18   understand that I can accept or decline leads generated through the Uber app.  When I log on to the

19   app, I feel like an "Uber driver" but understand that I am self-employed and not an Uber employee.

20   7.    I appreciate the flexibility that driving for Uber provides me.  It is the primary reason I

21   signed up for the app.  I pay for all of my own expenses, including daily car washes and gasoline.  I

22   feel like I can take breaks during the day as needed and when I do, I turn off the Uber app.  Uber has

23   never told me that I need to drive for a certain period of time before taking a break or that I cannot

24   take a break.  I contact Uber maybe once a week either by email or text.  I understand that I am an

25   independent contractor and wish to continue to be one.

26   8.    I believe Uber has told passengers that they do not need to tip but drivers are not told

27   that they cannot accept tips.  I have received a few cash tips over the past seven months.

28

1
DECLARATION OF MARGALIT LIPSKI

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.


_____
MARGALIT LIPSKI

2
DECLARATION OF MARGALIT LIPSKI