**DECLARATION OF MELTON LOCKHART**

I, Melton Lockhart, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 59 and currently live in San Diego. I have lived in San Diego since September 2014. I do not have a commercial or other specialized driving license. I have been an UberX driver since March 2015.

3.      I am currently a music support specialist at a high school. The school district does not prohibit me from serving as an employee of another company as far as I am aware. I am currently a direct partner with Uber. I own a black 2011 Ford Escape that I use as an Uber driver.

4.      In an average week I will use the App four or five days. I usually drive weekends and the first few weekdays. Right now the high school is still in session; once the summer break begins I plan to drive more with Uber. Right now, the bulk of my driving time is on weekends. On the weekends, when it's busy, I'll drive between four to eight hours. On the weekdays, I'll drive more between three to four hours. Surge pricing will not affect my decision to log onto the App that much, but the promotions I hear about from Uber will affect my decision more. Uber never assigns me a territory.

5.      I currently use Uber, Lyft, and Sidecar. Very rarely will I have all three applications open at the same time. Maybe five or ten percent of the time, however, I will have Uber open alongside either Lyft or Sidecar. When I have multiple apps open, the first fare to come in will be the fare I accept. Sometimes I'll accept both at the same time, call passenger I'm not on my way to pick up, ask if they can wait a bit, and if they agree I will eventually take that passenger after I've dropped off the first one. I like being able to have multiple apps open at the same time because then I'll be able to have more rides. When I have multiple apps open at the same time, I will have roughly take five Uber rides for every one Lyft ride, and I will roughly take ten Uber rides for every one Sidecar ride. Uber has never restricted me from using other apps like Lyft and Sidecar simultaneously. I agree

CLASS MEMBER DECLARATIONS 703

that I am free to accept or decline leads generated through the Uber App. Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

6.      On a couple of occasions I've hit the "arrive" button accidentally or realized that the pin on the destination wasn't the correct place. In those situations I've asked Uber to make a fare adjustment. In every instance they've made the adjustment.

7.      I don't consider myself as driving for Uber when I log onto the App. I'm driving for myself. Uber never requires me to log into the App for any minimum amount of time. They've never forced me to do anything. Uber has never suspended or threatened to suspend my account for spending enough time logged onto the App. Uber never sets my work schedule, and Uber never restricts me from engaging in another occupation or business.

8.      I value the flexibility that Uber provides its drivers. Flexibility allows me to do other things I would not be able to do otherwise. For instance, it allows me to meet appointments and take care of family matters.

9.      When I started using the Uber App I watched online videos. Those videos had suggestions (mere suggestions not requirements) saying things like if your client is quiet, it's best to be quiet as well. They were only suggestions—there weren't any requirements. I don't think I've seen any suggestions from Uber on how to interact with passengers. I don't follow all of those suggestions, but I wouldn't say I disagree with them either. I've never been told that I would have my account deactivated for failing to follow Uber's suggestions.

10.      My current star rating is 4.82, which I consider to be a high rating. Yesterday my daily average was 5.0. I maintain that rating by providing a comfortable, clean, timely, and courteous ride, all of which is common sense. Uber has never notified me that I may be terminated from using the App due to my star rating.

11.      I contact Uber approximately once or twice a week. Those communications will usually be about fare adjustments. I get weekly emails from Uber about my account and a weekly newsletter with updates and the like. I read all the emails from Uber when I get them.

12.      I pay gas, oil, tire, breaks, maintenance, batteries, car washes and the like. I keep a

---

2
DECLARATION OF MELTON LOCKHART

1  record of those expenses in the form of receipts, bank account statements, folders, and spreadsheets. I

2  determine how much of my expenses are related to being an Uber driver by keeping a log and

3  checking my odometer.

4      13.    If a customer offers a cash tip, that's when we get tips. Neither the customer nor the

5  driver is obligated to give or receive tips. Tips are strictly voluntary on the part of the customer to my

6  knowledge. Maybe one out of every ten rides a passenger will give me cash tips. The tips range

7  anywhere from a couple of dollars to $20. Uber has never suspended or threatened to suspend my

8  account for accepting tips.

9      14.    When I started using the Uber App, I was presented with the Licensing Agreement

10  online. I read and understood the terms of the Licensing Agreement at that time. I intended to be an

11  independent contractor when I agreed to the terms of the Licensing Agreement, and I wish to

12  continue being an independent contractor because of the flexibility.

13      15.    I determine when I stop for a break, which will be usually after a busy barrage of

14  rides. I have yet to drive say four hours straight without a break or a meal. I shut off the Uber App

15  during those times. I have a reasonable opportunity to take a 30-minute break each day during which

16  I drive using the Uber App. Uber has never told me to drive for a certain amount of time before

17  stopping for a rest or a meal. Uber has never told me not to take a break. Uber has never interrupted

18  my breaks. I am free to go anywhere I want during breaks. During breaks I'll usually head to the

19  nearest convenience store or something along those lines.

20      16.    I have given this testimony completely voluntarily and without any coercion

21  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

22  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

24  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

25  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

26  have to provide any written statement. I also was specifically told that I could participate in the

27  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

28

3
DECLARATION OF MELTON LOCKHART

1  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2      I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4

5      Executed at San Diego, California this 28th day of May, 2015.

6

7                                    MELTON LOCKHART

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF MELTON LOCKHART

CLASS MEMBER DECLARATIONS 706

**DECLARATION OF MUHAMMAD LODHI**

I, Muhammad Lodhi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 24-year old male and I live in Napa, California. I have lived in Napa my whole life.

3.      I am an Uber partner and I am self-employed.  I drive using the UberX app and I drive a 2007 Honda Civic.  I also use this car to get to my full-time job and to run personal errands. I have been driving using the UberX app for approximately one year.

4.      I have a full-time job running a car repair shop in Oakland, California.  I commute between Napa and Oakland every day.  I work at the repair shop between six and seven days a week from 8:00 am until 5:00 pm.  On Fridays and Saturdays, I will drive with Uber after I get off work at the shop.  Sometimes I will also drive on Sundays if I want to or if there is a high demand for Uber, but occasionally I will take the day off.  Uber did not tell me that I should work on these days or at certain times; I decided on my own.

5.      I never have to drive with Uber if I do not want to.  It is always up to me whether I want to drive on a given day or not.  I also do not have to be logged into the app for any minimum period of time.  I can log in and out whenever I want to.

6.      Even though I had a full-time job at the car repair shop, I decided to start driving using the Uber app in order to make some extra money.  A friend of mine was driving with Uber and recommended that I try it out, so I did.  Because I enjoy it, I have continued to drive since that time.

7.      I usually drive only in the Napa area.  On days that I work at the repair shop, I will drive home to Napa, take a break or eat dinner, and then log on to the app around 7:30 or 8:00 p.m. On those nights, I will usually drive until about 2:00 a.m.  Starting at around 9:00 p.m., the demand picks up and stays pretty steady until the bars close, especially because of all the tourists.  If I do not work at the repair shop, I still log in to the app in the evening because that is when there is a higher demand and I can make more money.

CLASS MEMBER DECLARATIONS 707

8.      When there is surge pricing, I will make more money on individual fares, but sometimes it results in me being slower because the customers do not want to pay the higher fare so they will wait until the surge pricing period ends.  Overall, however, the surge pricing incentivizes me to stay out and keep driving for longer than I otherwise would because I can make more money.

9.      Last week, I received an email and a text from Uber telling me about the Bay to Breakers event in San Francisco.  They said that it would be a high demand day to give me a heads up in case I wanted to drive that day.  I was not required to drive that day and in fact decided not to drive then because I do not like to drive in San Francisco.

10.     Although I usually limit my driving to Napa, I am not required to do so.  I have driven in San Francisco before and know that I can drive anywhere in California that I want to.  I choose to stay in Napa because I am familiar with the city, so it is easier for me and less stressful.

11.     I have an active account with Lyft, although I have not driven with them since last year.  I signed up to drive using the Lyft app after I was already using the Uber app, but I decided to stop using Lyft because there is more demand for Uber.

12.     Occasionally I will decline a ride that comes through the app, such as when I am far away from where the rider is.  For example, once I was in Napa and received a request to pick up a passenger in Santa Rosa, which was about a 45-minute drive away.  I declined that ride because I knew it would take me too long to get there and I knew the customer would be upset and I would not make much money on the ride.

13.     When I receive a request to pick someone up from a place that will take me a long time to get to, sometimes I will call the passenger and let him or her know when I will be there so that the customer can decide whether they want to wait for me or cancel the ride.  Uber did not tell me to do this; I just do it to keep the customer happy.  I also will call a customer who is far away from me to see if he or she is coming back into Napa or whether it will only be a short trip out where they are, because it does not make sense financially for me to drive all the way out to where they are and only take them on a short ride.

14.     When I first started driving using the Uber app, I knew that I would be an independent contractor and not an Uber employee.  I have been an independent contractor before.

2

DECLARATION OF MUHAMMAD LODHI

CLASS MEMBER DECLARATIONS 708

1   Because Uber lets me drive whenever I want to and does not place any restrictions on me, I think
2   that it is only common sense that I am an independent contractor.  In contrast, when you are an
3   employee, you are expected to work certain hours.

4        15.     Uber has never told me that I have to wear anything specific while I am driving.  In
5   fact, they never even told me that I had to wear clothes at all while driving.  Usually I will wear
6   dress pants or jeans and dress shoes while I drive because I am comfortable in those clothes and I
7   think I look professional.  I want to portray myself as a professional to my customers, so I make sure
8   to dress that way.

9        16.     When I am driving using the Uber app, sometimes I will stop and take a break if I
10  have been driving for a long time.  I wait until the demand slows down so that I don't miss fares, but
11  this is my choice.  I know that I could stop and take a break whenever I want to do so.  Uber never
12  told me that I could not take a break, or anything at all about breaks.

13       17.     Uber told me that tipping is not built into their platform.  I recall watching a video
14  that told me that the entire Uber experience is intended to be entirely cashless and that a tip is not
15  included in the passenger's fare.  Sometimes customers will give me cash tips between about $5 and
16  $20.

17       18.     I always try to make every drive the best drive for my customers.  In order to do that,
18  I will offer the passengers water, especially the ones who have been out wine tasting.  I will also
19  offer them gum.  Uber did not tell me to do this; I did it on my own because I thought that it would
20  give the customer a better experience.

21       19.     I have given this testimony completely voluntarily and without any coercion
22  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
23  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
24  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
25  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
26  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
27  not have to provide any written statement.  I also was specifically told that I could participate in the
28  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

CLASS MEMBER DECLARATIONS 709

1    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2          I declare under penalty of perjury under the laws of the United States of America and the

3    State of California that the foregoing is true and correct.

4          Executed at San Francisco, California this 20th day of May, 2015.

5

6                                                          MUHAMMAD LODHI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF MUHAMMAD LODHI

CLASS MEMBER DECLARATIONS 710

**DECLARATION OF CLIFF LYONS**

I, Cliff Lyons, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am currently a full-time real estate broker/realtor and driver.  In my position as a realtor, I am an independent contractor with Exit Realty Blaine Associates.  I also drive using the Uber App, on the UberX platform, part time, mainly on the weekends and holidays.  I started using the UberX platform in June 2014 and I currently use the UberX platform.  I have my own LLC, which I use for my business driving using the Uber App.  I named my LLC "Desert Sky Oasis, LLC" and run all my business profits and expenses through my LLC.

3.      When I first started using the Uber App, I was driving a 2009 Honda Fit.  I have since sold this car.  In September 2014, I got a 2015 Volkswagon GTI, which I currently lease.  I use and have used both these cars for both business and personal use.

4.      In addition to using the Uber App, I also use the Lyft application.  I started as a Lyft driver, but quickly started using Uber as well.  I started driving using the Uber and Lyft applications because I thought it would be a good way to meet new people and also make more money on the side of my realty job.  Because I am not an employee of Uber, I am able to use other applications or to find customers, and I am able to work for as many companies as I would like.  In the past I have used both Uber and Lyft simulatenously.  I would start off my day logged into both applications, and accept the first customer I received from either application.  I would then log out of the application while I finished the job.  For example, if I received a customer on Uber first, I would log out of the Lyft application.  After I finished the job, I would again log back into both applications until I got another customer.  I did this for a couple of months, but I found that Uber was busy enough on the weekends to satisfy my needs, so I have chosen to use Uber more exclusively lately.

5.      I usually drive using the Uber App exclusively on the weekends.   I usually start heading down from my home in Victorville to the San Fernando Valley on Friday afternoons at around 2:00 p.m. I leave the Uber App on along my drive to see if I can get any rides on my way

1
DECLARATION OF CLIFF LYONS

from Victorville to the Valley.  My route usually puts me into the Los Angeles coverage area by around 5:00 p.m.  I stop at Philippe's near Union Station, pick up a sandwich, and wait someone to call for a ride.  There are always people trying to get rides around Union Station.  From there, I take customers wherever they need to go in the Los Angeles Area.  I try to make my way back towards the Valley and stay at my mother's house on Friday night.  I try to continue driving until around 3:00 a.m. on Friday night.

6.  On Saturday, I usually wake up and start driving as early as 6:00 a.m. or as late as 11:00 a.m.  I make my own schedule, so I can wake up whenever I want and start driving whenever I want.  On Saturdays, I try to stay in the Valley rather than go to other areas of Los Angeles.  There is usually always business in the Valley, so I do not need to go anywhere else to get business.  Again, I try to continue driving until 3:00 a.m.

7.  On Sundays, I go to church and lunch with my mother at around 11:30 a.m.  If I am up early, I might drive before church.  I will log onto the Uber App and begin driving at around 3:00 p.m. or 4:00 p.m.  I try to migrate back towards where I live in Victorville, and at around 8:00 p.m., I will turn off the Uber App and stop accepting rides, and head back towards home.

8.  Uber has never required me to drive in a certain area.  I choose to work around the San Fernando Valley because my mother lives in the area and I can stay at her house over the weekend. Sometimes Uber provides suggestions as to areas it thinks might be busy, but I usually ignore these suggestions and stay in the areas in which I want to work.

9.  I have some downtime in between requests for rides from customers, and I take breaks during this time.  Sometimes I go to Starbucks and get something to drink; other times I might nap in my car.  I also will bring snacks sometimes, but often I go to a drive-thru restaurant to pick up food while I'm driving.  I take breaks when I start to get hungry or tired and need a rest.  My breaks usually last between half an hour to an hour.  I usually take a break every two to four hours while I am driving.  Uber has never told me not to take a break while I am driving.  Uber has never interrupted any of my breaks.

10.  Uber first became available in the area in which I live in Victorville a few months ago.  I started using Uber in Victorville after it became available a few months ago, and I started

CLASS MEMBER DECLARATIONS 712

1    using Uber more during the week. Before that, I only used Uber on the weekends because I could

2    only do so in the Los Angeles area where Uber was available.

3        11.    I know that when the demand from passengers in a particular area of the city is high,

4    Uber increases its rates to entice more drivers to log on. This is called a "surge." I do not go out of

5    my way to work in a "surge" pricing area when I am working, but sometimes end up in a "surge"

6    area where I can make more money per ride.

7        12.    I believe I am free to accept or decline any customers that the Uber App provides to

8    me. However, I generally try to accept all customers that I receive because it is good for business.

9    However, Uber has never told me that I must accept a certain amount of customers through the App,

10   and Uber has never suspended or threatened to suspend my account because I didn't accept enough

11   leads.

12       13.    The thing I like most about working with Uber is that I can work whenever I want. I

13   have other interests and other personal things to do, and driving using the Uber App gives me the

14   flexibility to do more that personally interests me. It also allows me to spend more time with my

15   family or deal with family emergencies that come up. I am able to set my own work schedule, and

16   Uber never sets my work schedule for me. I never have to ask someone before I decide to work or

17   before I decide to take time off; all I have to do is push a button on my phone to go "online" or

18   "offline."

19       14.    I learned most of what I know about driving "on the job." When I first started driving

20   using the Uber App, Uber had some videos online that I watched showing me how to use the App,

21   and providing suggestions on how to dress professionally, keeping my car clean, and providing

22   water for my clients. I am not required to follow the suggestions that Uber provided me, but I think

23   the suggestions that are provided are helpful and will help me be successful in the business, so I

24   choose to follow the suggestions provided. For example, Uber suggests that drivers dress

25   professionally, so I choose to wear a dress shirt and tie when I drive.

26       15.    I do not communicate with Uber very often. If I have an issue or a question, I will

27   email Uber, and someone will usually get back to me within 24 hours or so. This happens maybe

28   every other week. For example, the last time I contacted Uber, I emailed to ask whether a certain

---

3

DECLARATION OF CLIFF LYONS

promotion was in effect.  Uber emails me a newsletter probably about once a week with information about areas that might be busy that week or other tips.  Once a week I will also get a text with "hot spots" that will be busy.  Uber has never required me to come to its offices or be at a certain location at any time.

16.     To my understanding, customers are not obligated to provide a tip to their drivers.  I tell my customers that they are not obligated to provide me a tip.  I have been offered tips and I have accepted tips from customers before.  Uber has never told me that I cannot accept a tip from passengers.

17.     I remember reading the terms of the Licensing Agreement when I first began working with the Uber App.  I remember reading in the Licensing Agreement that I was an independent contractor.  I understood this to mean that I am not an employee of Uber and that I am free to work for any other company, and in fact, I use Lyft as well.  I understood what it meant to be an independent contractor because I was an independent contractor as a realtor before I began working with Uber.  Because I am an independent contractor instead of an employee, I can choose when and where I want to work, and no one sets my work schedule for me.  I like being an independent contractor because of the flexibility it provides me and because I have the luxury of choosing for myself when and where I want to work.  I want to continue to be an independent contractor rather than an employee because I like being my own boss.

18.     Last year, I received a 1099 form from Uber for my earnings through Uber.  I have never receieved a W-2 from Uber.  When I filed my taxes for 2014, I reported that I am self-employed, and I reported my miles driven as a business expense.

19.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the

DECLARATION OF CLIFF LYONS

CLASS MEMBER DECLARATIONS 714

1    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3          I declare under penalty of perjury under the laws of the United States of America and the

4    State of California that the foregoing is true and correct.

5          Executed at Los Angeles, California this 26 day of May, 2015.

6

7                                                    CLIFF LYONS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 715

**DECLARATION OF GONZALO A. MACIAS**

I, GONZALO A. MACIAS, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am fifty-five years old and currently reside in Los Angeles.

3.      I am employed as a full-time outside sales person for a heating and air conditioning company.  In addition, I offer transportation services as an UberX driver. I have worked as an Uber driver for the past 2 months.   I do not offer transportation services as any other ride-sharing application, but I know I could if I wanted to.

4.      For my UberX rides, I use my personal car that I also use to transport me to my full-time job as an outside sales person.

5.      I typically offer transportation services through Uber after work Monday through Thursday, and I generally stop between the hours of 9 p.m. to 11 p.m. On Fridays, I will start driving passengers after work and generally will not stop until 11 p.m. or 12 p.m. at night. On Saturdays, I will generally drive until 2 a.m. or 3 a.m. in the morning and will wake up on Sunday and start driving for passengers around 12 p.m. I make the decision of when I will start to drive.  Uber does not tell me if or when I have to drive.

6.      I situate myself in a location where it is convenient for me to pick up rides. Uber does not assign me to a territory. I generally turn on the Uber application and start picking up passengers around the location where I end my full-time job.

7.      I have declined Uber application requests in the past. I have declined certain passengers because I was about to take a break and was not available to drive at that point.

8.      Uber does not restrict me from simultaneous use of other ride-sharing applications like Lyft or Sidecare.

9.      I have never negotiated with a passenger for a fare and I have never charged less than the Uber maximum fare.  I have requested fare adjustments from Uber in situations where the Uber application was not functioning due to poor cell phone reception. For instance, when I work in the

1
DECLARATION OF GONZALO A. MACIAS

1  Canyons, I sometimes do not get cell reception until one or two miles into the ride. I have had to

2  contact Uber and ask for a fare adjustment due to this situation about 2 or 3 times over the course of

3  my 2 month employment with Uber.

4       10.    I consider myself an independent contractor, and not an employee of Uber. I

5  understood when I started offering transportation through Uber that they allowed for certain

6  flexibilities with business expenses because I am considered an independent contractor.

7       11.    Uber never sets my work schedule, nor does Uber restrict me from my other job as an

8  outside sales person.

9       12.    As part of my onboarding process with Uber, I watched a short 30 minute video that

10  was available online. This video discussed certain topics such as interacting with passengers and

11  how to submit requests if any issues arise. It is my understanding that watching this onboarding

12  video was not a requirement, instead, it was more of an expectation.

13       13.    Uber does not have any control over the ratings that passengers give me. I currently

14  have a 4.9 rating, which I consider to be very high. I have never been notified that Uber could end

15  my relationship with them because of my rating.

16       14.    I communicate with Uber through the Uber application about 3 times a week. I only

17  communicate with them because of some issues I have had with my onboarding paperwork,

18  including the insurance policy on my car. Other than that, I have never contacted Uber through email

19  or phone.

20       15.    I understand that I am to pay for business expenses that I incur while I provide

21  transportation services through Uber. I understand this to be regular wear and tear of the vehicle,

22  brakes, tires, and fuel. I mostly drive my vehicle for Uber, and use it very little for personal use. I

23  estimate that I use my vehicle for personal use about 2% in relation to the usage for Uber.

24       16.    I have given this testimony completely voluntarily and without any coercion

25  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

26  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

28  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

2

DECLARATION OF GONZALO A. MACIAS

1    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

2    not have to provide any written statement.  I also was specifically told that I could participate in the

3    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5         I declare under penalty of perjury under the laws of the United States of America and the

6    State of California that the foregoing is true and correct.

7         Executed at Los Angeles, California this 26 day of May, 2015.

8    _____

9                                Gonzalo A. Macias

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF GONZALO A. MACIAS

**DECLARATION OF KEITH DANIEL MADDOCK**

I, Keith Daniel Maddock, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a sole proprietor in the transportation services industry doing business as MS Elite SF Transport ("MS Elite").  I opened MS Elite just one month ago and am still working on getting it off the ground.  I got my start in the transportation industry a few years ago when I started driving a few hours a week with Lyft.  After a few months I heard that Uber was opening their uberX program to drivers who did not have TCP licenses so I also signed up to use the uberX platform as well.  After a year and a half of driving on both the Lyft and Uber apps, I decided to also start subcontracting with a limo company called Hazal, Inc., driving their car half the week. As a subcontractor, I leased my vehicle from Hazal, so I decided to work with half a week first and see how I liked it.  Once I got to know Hazal and how the business worked, I decided to open up my own business.  That's when I began the process of building MS Elite.

3.      The flexibility of the Uber system is what allowed me to start up my business while I was also providing services on my own through the Uber and Lyft apps as well as through Hazal.

4.      To start MS Elite, I first had to retain a TCP consultant to help me with the application and switch my vehicle registration to commercial. Then I submitted the application and that allowed me to obtain commercial insurance, and then sign up for a DMV account, and sign up for a drug testing program. After that, I received my TCP License #34631, then I got my airport license.  Once I had all of that, I went to Uber to OnBoard as a Direct Partner. The entire process cost me around $3000 (not including the vehicles), with $1200 being a deposit I had to place to get my airport license.  Around the same time, I also registered my dba and that was another $200.

5.      MS Elite owns a 2014 Audi A6, a sedan, a 2011 Ford Explorer, an SUV. Both are black.  Drivers using the A6 use the UberBlack platform, and those using the Explorer use the UberSUV platform.

6.      MS Elite currently leases the Explorer to a driver who uses it to provide driving

---

1
DECLARATION OF KEITH DANIEL MADDOCK

1   services through both the Lyft and UberX apps. The driver and MS Elite participate in a Vehicle

2   Sharing Agreement in which the driver pays MS Elite $100 plus 20 cents a mile for the use of the

3   car. In exchange, MS Elite covers everything but gas and cleaning.

4          7.      In addition to the A6 and the Explorer, MS Elite also has an interest in a Toyota

5   Corolla which is currently part of another Vehicle Sharing Agreement in which a driver pays MS

6   Elite $87 per week and $.18 per mile for the use of the car, and in exchange MS Elite provides the

7   vehicle, and covers all other expenses but gas and cleaning costs.

8          8.      MS Elite is also evaluating its options to lease its vehicles out to other drivers to use

9   on the Uber platform and provide services to private clients.

10          9.      Uber has been key in growing my own business because it has allowed me to

11   continually adjust my hours and income so that I can make time to work on my business. If I were

12   employed, it's unlikely I would have been able to grow MS Elite at all. By providing driving

13   services through the app myself, and leasing out MS Elite's vehicles to drivers so that they can get

14   fares through the app, I have a lot of flexibility in how I spend my time, which is perfect building a

15   small business.

16          10.     The skills that I developed driving on my own through the UberX and Lyft platforms,

17   and then later providing services to Hazal, helped me learn the ropes of the transportation business.

18          11.     When I provided driving services as a subcontractor through Hazal, I had a Vehicle

19   Leasing Agreement with Hazal, Inc., in which I committed to only using the vehicle for uberBlack

20   and uberSUV.

21          12.     I live in the San Francisco Downtown area. As an uberX driver on weekdays, to

22   maximize profits, I would head towards the Marina or the Mission districts in the mornings as those

23   are common origin points (and downtown is not an origin in the mornings). As midday is often

24   quiet, I would take that time off. In the evenings downtown is so busy that I often would get a ping

25   before I even left my garage.

26          13.     I like to think about what are people doing, where are they going, where are they

27   coming from and going to. I often think about whether I want to be in a residential area, or whether

28   I want to be in a restaurant area. For example, the investment bankers at 555 California St. often

CLASS MEMBER DECLARATIONS 720

1   leave after 9pm so I try to be close to there when I'm near that area at that hour.

2       14.    Strategy is especially important in UberBlack, because there are much more

3   UberBlack drivers on the road, and the clientele is much more particular. I really had to think about

4   where the people are who are willing to pay three times as much. For example, I learned which

5   Michelin star restaurants were open when, and when they closed. Putting this kind of thought into

6   meant that when I got it right, I could make much more money than I could with a steady night on

7   uberX.

8       15.    As for tipping, I would rarely get tips from Uber passengers. When I was offered

9   them, I would explain it wasn't necessary, and gently decline. If they insisted after that I would

10   accept the tip.

11       16.    I have given this testimony completely voluntarily and without any coercion

12   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

13   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

15   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

16   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

17   not have to provide any written statement. I also was specifically told that I could participate in the

18   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

19   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20       I declare under penalty of perjury under the laws of the United States of America and the

21   State of California that the foregoing is true and correct.

22       Executed at San Francisco, California this 1̶8̶ day of May, 2015.

23

24                                   KEITH DANIEL MADDOCK

25

26

27

28

---

3

DECLARATION OF KEITH DANIEL MADDOCK

CLASS MEMBER DECLARATIONS 721

**DECLARATION OF EVAN MAHONEY**

I, Evan Mahoney, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 51 year old male, and am a resident of Downey, CA in Los Angeles County.  I have lived in Downey for approximately 30 years.  I have a Class B driver's license, which enables me to operate a truck with a heavier weight limit.  This Class B driver's license is helpful in my other current employment with Sparkletts, just in case I ever need to deliver water for Sparkletts.  I currently work as a manager of a call center for Sparkletts, and have worked in that capacity for 12 years.  My job with Sparkletts is full-time and has been full-time the entire time I have been employed by Sparkletts.

3.      I began working as an independent contractor for Uber in January 2015 as an UberX driver and continue to do so.  When I first began, I worked about five or six days a week, but now I work on average of four days a week.

4.      I believe that I am a direct partner with Uber.  I own the 2013 Toyota Camry that I use to operate with the UberX app and I consider myself an entrepreneur.  I consider the income I generate from UberX to be supplemental income.

5.      I don't have any particular strategy for when I decide I want to turn on my Uber app.  I simply turn on the app whenever I feel like it and for as long as I feel like it.  I've used the Uber app for 13 hours in a day and for 3 hours in a day – it just depends on how I feel.  If I am tired, I drive less, but otherwise I average 4-6 hours.  However, I do opt to drive for longer on Friday, Saturday, and Sunday because I have more time.  In my experience, the surge pricing isn't particularly helpful, so I don't determine my schedule or geographical territory based on any surge pricing.

6.      Uber has never told me when and where I should drive.  I've never intentionally declined a ride, since I feel that my driving time is driving time no matter where I go.  Even if a rider wants to go to a location far away, I have no problem with that because I try to find riders to Uber

1
DECLARATION OF EVAN MAHONEY

CLASS MEMBER DECLARATIONS 722

1  my way back towards Los Angeles.  The only times when I possibly declined a rider's request was

2  on accident, perhaps if the request comes up as I'm trying to log off or if there's a glitch in the app.

3        7.     I do not use any other apps like Lyft and Sidecar, but that is purely my choice.  Uber

4  has never restricted me from using other apps, although I have a couple other co-workers at

5  Sparkletts who drive for both Uber and Lyft.  I personally choose to drive for Uber only because I

6  have heard the best things about Uber.

7        8.     I get out of my job at Sparkletts around 2:45 in the afternoon.  I usually turn on my

8  Uber app around 4:00pm or 5:00pm and drive until I feel the urge to turn the app off and go home.

9  Uber has never told me that I need to log into the Uber app for any minimum amount of time.  Uber

10  absolutely never sets my work schedule, nor does Uber restrict me in any way from engaging in

11  other work for another business.

12        9.     Other than a vehicle inspection, I did not go through any type of onboarding

13  experience with Uber.  I did not receive any type of training – rather, it was up to me to log on to the

14  app and learn how to use the app.  I understand there was a video that I could watch, but I chose not

15  to do so because the app was very intuitive.

16        10.    Uber has sent me notifications about anticipated busy times and/or events, but I've

17  never felt there was an expectation for me to drive during those times at those locations.  It was my

18  understanding that Uber was just letting me know when there is likely to be a higher demand.

19        11.    My understanding is that the Uber star rating system for drivers is passenger-

20  generated.  My driver rating is above 4.9 at any given point in time, and was actually 5.0 for the last

21  two weeks according to my update.  In order to maintain my rating, I just try to be friendly and

22  talkative.  I also offer water and mints to my riders – this was my own idea, as I think it is a nice

23  service for the riders.

24        12.    I don't initiate communication with Uber at all, unless I have an app issue.  This

25  happens approximately once or twice a month, and once the issue is resolved, I cease

26  communications again until another app issue arises.  I receive informational updates from Uber a

27  couple times a week (e.g., for busy areas, Uber Pool, etc.).  I usually read these updates to see if

28  there is anything helpful for me, and I delete the communication after.

2
DECLARATION OF EVAN MAHONEY

13.     My biggest expense in using the app is fuel, followed by more frequent oil changes and tire rotations than before.  I pay for all of these expenses and I keep the receipts so that I can use them as records for my tax deductions.  I just began using the app in January and so have not yet received a Form 1099, but it is my expectation that I will receive a Form 1099 at the end of the year and not a W-2.  I plan to contact a tax consultant at the end of the year to determine what is the most appropriate breakdown of these expenses as attributable to Uber.  When I file my taxes at the end of the year, I plan to designate my Uber earnings as from self-employment, as opposed to my Sparkletts earnings, which are from employment and thus are net of applicable employment taxes.

14.     One of the greatest advantages of using the Uber app is the flexibility and lack of commitment.  I enjoy that I can stop working whenever I want and that I don't have to work at any given point in time.  It's not stressful, and in fact I find it very relaxing.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this **26** day of May, 2015.

_Evan Mahoney_
EVAN MAHONEY

3
DECLARATION OF EVAN MAHONEY

## DECLARATION OF MOSTAPHA MAKKI

I, Mostapha Makki, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Mostapha Makki.  I am 44 years old and live in Santa Ana, California.  I currently drive for the UberBlack and UberSUV services on the Uber App.

3.      I own my own transportation business, J.J. VIP Limo Inc.  The company has two cars; both are 2015 Chevy Suburban SUVs.  The cars can be used with both UberBlack and UberSUV.  There is one additional driver with J.J. VIP Limo Inc. and he drives under my Uber partner account.  The vehicle he drives is his own vehicle and he is responsible for paying for his own gas, maintenance, etc.  J.J. VIP Limo Inc. does not reimburse him for any expenses.

4.      I log into the Uber App almost every day.  During the week, I generally work during the day and on the weekend I work at nights.  Sometimes this changes, however, if I feel like working at different times or if I choose to take the day off.  I absolutely value the flexibility that Uber provides.  Uber never sets my work schedule and does not require that I work a minimum number of hours.  This is why I choose to drive for Uber – I am an independent contractor, not an employee.  If I want to work, I go online.  If I do not want to work, I stay offline.

5.      I make sure to drive a nice, new car and provide cold water, air conditioning, and gum to maintain my high star rating.  These are my ideas, not Uber's.

6.      I am free all of the time to drive or take a break anywhere I want to.  Uber has never monitored the hours I work or the breaks I take.  Uber has never interrupted a break because they have nothing to do with it.

7.      I do not recall what Uber has communicated to me about tips.  I know that passengers cannot tip with the App because some have asked.  Sometimes passengers will give me tips in cash but the frequency and amount vary.  Uber has never threatened to suspend my account for accepting tips directly from passengers.

---

1
DECLARATION OF  MOSTAPHA MAKKI

CLASS MEMBER DECLARATIONS 725

8.     I always receive a 1099 form from Uber. I have never received a W-2 form from Uber because I am not an employee. When I file taxes, I do not report any of the income as tip income.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

MOSTAPHA MAKKI

2
DECLARATION OF  MOSTAPHA MAKKI

**DECLARATION OF DOSS ABDEL MALAK AYAD**

I, Doss Abdel Malak Ayad, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 66 years old and live in Rancho Cucamonga, CA. I've lived there for 24 years. I don't have any commercial or specialized driver's license. I used to use UberPlus but currently only use UberX. I started using Uber in April 2014, the first day of the Coachella music festival.

3. I just retired as a realtor, although I am still involved in some transactions. I started using Uber before I retired. I am a direct partner with Uber.

4. I currently drive one car for Uber, a 2014 Honda Accord, which I am leasing from Honda.

5. Uber doesn't obligate me to work every or any day, but over Memorial Day weekend I worked 29 hours continuously with breaks. My real estate business is completely different from the money I make from Uber. I don't use other services like Lyft or Sidecar.

6. Let's say I'm going to show a property in Riverside. After I showcase a property I'll turn on Uber and drive wherever the passenger needs to go, like the airport. I take all rides; I never say no to anybody. Uber never assigns me a territory. As far as surge pricing, I don't even know how it works or care about it. I don't drive Uber for the money. I drive for Uber because it's fun. I used to be a tour guide in Egypt and I like showing people around. Uber helps me do that. I speak Italian and Portuguese, and I get to practice those languages with my passengers sometimes.

7. I wish Uber would improve its ratings system. I'll get 55 ratings, 53 of them are five stars, but my rating is only 4.82. It doesn't seem to change no matter what I do. Some passengers will look at the rating and not want to ride with me. Uber doesn't tell me anything about how to raise my star rating, and I wish they did. Passengers sometimes will complain and Uber doesn't always hear my side of the story. Sometimes I will drive twenty minutes to get to a passenger who asks to go half a mile away.

CLASS MEMBER DECLARATIONS 727

8.      My work schedule is varied. I play tennis three times a week and will usually sign onto Uber after I play. I'll start around Claremont and go wherever the passenger needs. I love how flexible my schedule is with Uber, which I value because I get to work whenever I feel like it. I schedule Uber trips around my real estate appointments. Uber has never tried to set my work schedule or restrict me from engaging in other work.

9.      I started my account with Uber online. I watched their videos where they suggested things like how to dress. I follow their tips because there is nothing wrong with anything they suggest. What is wrong with telling someone to treat someone with respect and dress nice? It's nice to follow their tips. Some of what Uber says is not right, but I'm not complaining.

10.     I communicate with Uber with things I think they should know. Maybe 1% of the time I'll tell Uber about an inappropriate passenger, someone I think should not be an Uber customer. I usually communicate them with email, and Uber will respond to me within, say, five minutes.

11.     Running an Uber car is expensive. I pay for everything. Sometimes it will be a lot, especially with some experiences I had where I would waste an entire day because there would be problems with the App. I don't keep records of the expenses, though. I wouldn't turn it down if Uber offered to pay my expenses, but I know I'm supposed to pay my own expenses.

12.     Uber has never contacted me with anything regarding tips. Uber takes care of me so I'll usually decline the tips that passengers give. Sometimes they'll force it and leave money on the seat and leave. I'll get tips maybe 10% of the time.

13.     I read and understood the terms of the Licensing Agreement, which I received through email. This is the first time I've ever had in-person contact with Uber. I would like to continue working with Uber until they tell me it's enough.

14.     When I file my taxes, I indicate that I'm self-employed. Uber has sent me 1099s, but not W-2s. I take deductions on my taxes for things like the miles I've driven.

15.     On some days I'll sign onto to the App for only a few hours. On two occasions I've driven 24 to 48 hours continuously, but obviously with breaks. Safety is very important, so I will take breaks whenever I want. I'll turn off the App during those breaks, and Uber will never interrupt me.

CLASS MEMBER DECLARATIONS 728

How could they? I feel like I can easily take a break every day when I drive. The breaks will depend on the day, where I am, my physical condition, etc., and they will last from thirty minutes to an hour. The same thing applies with meals. I decide when I take breaks or meals. People are complaining about this stuff? This is sad. For breaks, I'll go wherever I want—Starbucks, restaurants, wherever.

16.  I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
DOSS ABDEL MALAK AYAD

---

3
DECLARATION OF DOSS ABDEL MALAK AYAD

CLASS MEMBER DECLARATIONS 729

### DECLARATION OF DAVID MALAMUD

I, David Malamud, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have owned and operated Premiere Limousine since 1994 along with my brother. My son became a partner in the business about 2 years ago.  I have been in the limo business since 1990.

3.     Premiere's customers are through corporate word of mouth referrals and through the Uber app.  I would say that Uber is about 60% and the rest are corporate accounts.  For example, if a corporate client is having a meeting or convention in San Francisco, my company provides transportation for them.

4.     Because of the money I make through Uber, I don't really look for new customers or advertise.  My business makes enough money between the corporate clients and the fares generated with the Uber app to sustain itself.

5.     My company first started using the Uber app in August 2010.  Some friends of my sons were using Uber as passengers, so I decided to see what was in it for me and my company.  I called Uber and I talked to someone, and then Ryan Graves called me and we set up a meeting.  He showed me some information about the app, and I liked what I saw, so I signed Premiere to be an Uber Partner.

6.     I saw in the Uber app a way to make additional income.  I'm a businessman, and I like to look for ways to make more money for my business.  I liked that Uber would have nothing to do with my business, my fleet, and my drivers.  To me, I just saw Uber as a software company that would connect me to passengers and help me make more money.

7.     Premiere's fleet is 8 SUVs, 2 Sprinter van, and 6 Town Cars.  Some of these are paid off, some are financed.  Premiere makes all the payments on them.  We use all of these cars for the corporate accounts.  The Town Cars all operate on the UberX platform.  The SUVs operate on the UberSUV and UberBLACK platform.

CLASS MEMBER DECLARATIONS 730

8.      I have never had to attend any sort of training from Uber.

9.      Premiere has about 12 individuals that we contract with to drive our fleet.   Their compensation varies.   We've had this amount for about 5 years, but it has varied throughout the years.

10.     Premiere does not have a website.   And we do not advertise.   We do have company business cards, and Premiere pays for those.   The business cards don't make any mention of Uber on them.

11.     All of Premiere's cars have TCP permits, commercial insurance for $1.5 million, registered with all the local airports.

12.     Premiere is an S-corporation.   I chose the name because it means first and is a well-known name.

13.     The work we do for our corporate clients varies.   It goes from transporting them to meetings and conventions, Napa and wine country, and airport transfers.   We don't do bachelor or bachelorette parties or anything like that—just corporate accounts.

14.     When I started Premiere in 1994, we had 1 stretch limousine and 1 Town Car.   We have been growing and expanding our fleet throughout the past 20 years.   The biggest our fleet has ever been was 22 cars in 1999 and 2000.   After September 11, we downsized.   Since then, we have had an average of 10-15 cars.

15.     I used to drive myself, but for the past few years, I haven't really driven.   Now I just focus on running on the business and managing.   Once in a while, I will drive, but only for corporate clients, not using the Uber app.

16.     Uber doesn't require that Premiere's drivers work a set schedule or that they log onto the app for a specified number of hours.   That's why I love Uber.

17.     Since signing up for Uber in August 2010, Uber has not required that I run my business in any way differently than I did before.   How I run my business is no business of Uber's.

18.     Uber sometimes sends email with suggestions.   They're all suggestions, not demands. It's up to me.   To be honest, I don't always read them.   I've been in the transportation business for 25 years, I don't need Uber's advice.   I have my own opinion on how to run my business.   It's my

2
DECLARATION OF DAVID MALAMUD

1  business how to run my business.

2      19.    Most of my communication with Uber is for technical problems.  It's not because I

3  need Uber's advice of anything like that, no.  I really only communicate with them if there is a

4  phone problem, or activiation problem.

5      20.    Uber does not require that my drivers wear any sort of uniform.  For my corporate

6  clients, I ask that my drivers wear business formal that is standard in the limousine driver.  If they

7  are driving for Uber, then they can wear what they want, but I ask that they look presentable.

8      21.    The cars in the fleet that work on the Uber platform do not always display the logo.  I

9  don't force it, and Uber doesn't really enforce it either.

10     22.    Once a 1099 form from Uber.

11     23.    Passengers who book through Uber are not required to Uber.  All the drivers I

12  contract with know that there is no tip involved.

13     24.    The expenses of running Premiere as gasoline, car washes, cleaning, car payments,

14  insurance, and other maintenance.  Premiere pays for all of these, and they're all tax deductions.

15     25.    My expenses are gas, car washes and cleaning, oil changes and other routine

16  maintenances, car payments, and car insurance.  I pay for all of these myself, and Uber does not tell

17  me what decisions to take with respect to these items.

18     26.    Since using the Uber app, Premiere's business has grown—that has actually been the

19  main impact.  I like the concept of working with Uber—I do not work for Uber.  My drivers do not

20  work for Uber.

21     27.    I have given this testimony completely voluntarily and without any coercion

22  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

23  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

24  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

25  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

26  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

27  not have to provide any written statement.  I also was specifically told that I could participate in the

28  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

DECLARATION OF DAVID MALAMUD

CLASS MEMBER DECLARATIONS 732

1    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

2         I declare under penalty of perjury under the laws of the United States of America and the

3    State of California that the foregoing is true and correct.

4         Executed at San Francisco, California this 15 day of May, 2015.

5                                                    _____

6                                                              David Malamud

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
                                        4
                     DECLARATION OF DAVID MALAMUD

## DECLARATION OF JATINDER MALHOTRA

I, Jatinder Malhotra, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am currently 45 years old. I live in Berkeley, California, in Alameda County.

3.    About 11 years ago, I became sick. As a result, I wasn't able to work for a period of 10 years. When I was able to start working again, a friend told me about UberX and I signed up to start driving with UberX.

4.    I currently work exclusively as a driver using UberX, but I am not employed by anyone. I started using UberX roughly two years ago. I have never driven for any other Uber platform. I use a 2012 Toyota Camry to transport passengers using UberX. Before I started using UberX, I had previously worked as a driver making deliveries, but I never worked as a taxi driver.

5.    As an UberX driver, I set my own schedule. Uber never tells me when to drive or where to drive. I have never been forced to drive in a particular city or neighborhood or at a particular time of day. I often like to drive around the U.C. Berkeley campus because it is close to my home, there is a lot of business there, and because students often take short rides.

6.    My favorite part of UberX is the flexibility. I have no set schedule. Sometimes I will drive 40 to 50 hours in a week. Sometimes I will not drive at all during a week. It varies week to week. I work whenever I want to. It is completely up to me.

7.    I work as an UberX driver, but I am not an employee of Uber. I have always thought that I am independent contractor.

8.    I can choose when to accept rides and when to decline them. I no longer accept rides from passengers with ratings below 4.0. This is my personal choice. Uber has never required me to pick up passengers.

9.    My current star rating is 4.86. I try to keep a high star rating by keeping customers happy. I keep snacks in my car because customers like it. Uber sometimes gives us suggestions, like keeping the car clean and listening to the customers. I have never been told that I need to follow

CLASS MEMBER DECLARATIONS 734

any or all of these suggestions.

10.   I have received a Form 1099 from Uber.  I have never received a W2 from Uber.

11.   Uber has never prevent me from using other ride-sharing apps, like Lyft or Sidecar.  I have never used these other apps.

12.   I signed up to use the Uber app online.   I attended an in-person training or "onboarding" session at Uber's Howard street location.

13.   I occasionally receive tips from passengers.   I never ask for tips, but sometimes passengers leave tips anyway.  I tell them that tip is not required.  I receive tips may once or twice a week..

14.   I do not negotiate for fares or request fare adjustments.

15.   Uber rarely contacts me.  I contact Uber whenever I need to—maybe once a month.

16.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____   5-18-15
Jatinder Malhotra

---

2
DECLARATION OF JATINDER MALHOTRA

**DECLARATION OF SHAFQAT MALIK**

I, SHAFQAT MALIK do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     My name is Shafqat Malik.  I am 51 years old.  I drive UberBlack, UberSUV, UberPlus. I live in mid-city.  I have class A driver's license, not commercial.  I started using Uber… I think it's been over a year, I think.  I use Black, SUV and plus the most.  No UberX.  Besides Uber, I own my own business in DTLA that sells women's shoes, women's fashion.  I also own my own transportation business, Fahn limo, which owns two vehicles.  I am the only driver.  Roughly 30 or 40% of income comes from Uber.

3.     I also use Opoli and Samsride.  Mostly Uber for the general public.  For people who used to use the airport shuttles, those they went over to Opoli,  because you can reserve it.  But right now, you can just use Uber, unless you live somewhere far with no Ubers.  But right now, you should just call your driver and drop a pin so you can write off business expense, they pick you up, turn the app on, and you're good to go.  In a major city here there's usually an Uber.  You can use the last driver, you always have their information in the app.  Keeps the customer happy, because you can count on Uber service.  In that case, it's up to the customer if they want to tip you for your way to drive all the way up, but we never ask.  That's part of the business.  We don't ask and we don't deny.  Uber's pro tip is do not ask for a tip, and that's generally common sense, you don't ask for a tip.  If they're pleased they'll tip, and if they're not pleased, they won't.  You get tipped in cash.  All the other apps allow tip.  Uber concept is a cashless concept.  So when the customer requests, it's cashless, that's one of the reasons Uber is successful.  If you go out of your way, of course they do tip you, mostly the older generation.  The younger generation, they don't tip you, the only tip for them is to check your belongings otherwise you have to drive back!  They'd usually tip you for driving back their belongings, I felt free to accept it.  If they don't, hey it's the nature of the business.

4.     My typical day is I get breakfast, and as I get in the car, I turn on not just only Uber,

1

DECLARATION OF  SHAFQAT MALIK

CLASS MEMBER DECLARATIONS 736

1   but every other app.  If I have all three apps on, if I get a call on one, I turn off the others.  If they all

2   go off at once, which never happens, it's like get hit by lighting.  Uber doesn't run in the background.

3   Now I want to take a day off, I can turn this one off too.  Now I'm home.  When it comes to picking

4   and choosing calls, I want the one that is most convenient for me.  But, I haven't ever had to pick and

5   choose.  Normally, you're waiting for hours anyway.  Uber does not tell you when to work.  they give

6   you busy hours, saying if you want to make money, these are the busy hours.   That's why I picked

7   this hour to talk to you.  I turned everything off and said, let's go talk to them.

8       5.     I'm an independent contractor.  Uber, if you go with the old service, Uber is the

9   operator.  Just giving you calls. They don't own the business.  Business is out in the air.  My hours

10  during the day really depends.  Could be 6 hours, could be 10 hours, could be 12 hours.  I think 10

11  hours would be max for me.  I don't drive that long.  I probably have my apps on.  I would be sitting

12  in my car, watching my cameras for my store on a security app.

13      6.     I have good ratings.  The reason I have good ratings is not because of Uber, and not

14  because of anybody else, it's simply because I treat people the way I like to be treated.  When

15  somebody's in your car, they're your guest.  You have to treat them well and make sure the business

16  keeps coming, you don't want to be not professional.  I do follow Uber's tips, of course they do help,

17  but those are the very basics, common sense.  I ask them, "Do you have a preference of map?"  If

18  they're in a rush I use Waze.  If not in a rush, I just use the Uber app which is right in front of me

19  already.

20      7.     I don't see how drivers are employees.  You come in as, "I have the resources, they

21  have the customers."  You're asking for customers, not employment.  We don't go through human

22  resources to get the job, unlike Uber's actual employees.

23      8.     I have given this testimony completely voluntarily and without any coercion

24  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

25  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

26  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

27  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

28

2

DECLARATION OF  SHAFQAT MALIK

provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

SHAFQAT MALIK

3
DECLARATION OF  SHAFQAT MALIK

CLASS MEMBER DECLARATIONS 738

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
    DOUGLAS O'CONNOR, THOMAS            Case No.  CV 13-3826-EMC
12  COLOPY, DAVID KHAN, MATTHEW
    MANAHAN, WILSON ROLLE, JR, and
13  WILLIAM ANDERSON, individually and  **DECLARATION OF MOHAMED**
    on behalf of all others similarly situated,  **MANDOUR**
14
                Plaintiffs,
15
            v.                          Complaint Filed: August 16, 2013
16                                      FAC Filed: May 30, 2014
    UBER TECHNOLOGIES, INC.,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1

2     I, Mohamed Mandour, hereby declare as follows:

3        1.    I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.    I first began providing transportation services to clients in 2005, when I entered into a

7 contract with a transportation service called Luxor Cab. I drove a cab with them for six years. Then

8 I began contracting as a limo driver under their executive car service. During this time I was

9 providing services as an independent operator and decided I wanted to focus completely on my own

10 business, rather than providing transportation services for other business's customers. In 2011, my

11 wife and I started a partnership, Nada Limo. Nada Limo has grown over the years. In June 2013,

12 my wife and I incorporated Nada Limo as a limited liability company, so it is now Nada Limo, LLC.

13        3.    When we first started Nada Limo in 2011, I submitted an application to the Public

14 Utilities Commission to obtain a for-hire charter party carrier certificate or "TCP number." As part

15 of the process for getting authorization from the PUC to operate as a car service, I acquired the state-

16 mandated, commercial grade auto insurance with $750,000 limits, and the required permits for

17 airport pick-ups and drop offs. Once Nada Limo had taken these steps, the PUC approved us to

18 operate, and we could then start growing the business.

19        4.    I first heard of Uber from a friend, who had signed up to use the Uber app to generate

20 leads. I looked into it and liked the flexibility and freedom Uber's app offers, so I decided to

21 approach Uber about signing up Nada Limo to use the app.

22        5.    Nada Limo signed up to use the Uber app in March of 2012. Before getting access to

23 the app, Uber required that the business show it had met all its obligations to operate as a

24 transportation business in the Bay Area, so I had to provide proof of Nada Limo's commercial

25 insurance, PUC authorization, airport permits and driver's license. I uploaded this documentation to

26 Uber's website and also uploaded pictures of my Lincoln Town Car. Once Uber reviewed these

27 materials, they asked me to come in and take a city knowledge test to make sure I was familiar with

28 San Francisco. They looked over my Town Car to make sure it was in good condition and, and then

informed me I was welcome to use the Uber app to generate leads.

1.

6.     Before using the app, I also attended a meeting at the Uber office, and an Uber employee generally described Uber's business model and how to use the app. This meeting lasted approximately one hour.

7.     I have no interest in being an Uber employee. I am a businessman. Each of my drivers also accepted the licensing agreement before using the app.

8.     My business uses the UberSUV, UberBLACK, and UberX platforms of the Uber app to generate leads. Uber's licensing fee for UberBlack is 25% of the overall fare. Under UberSUV that fee is 28%, and with UberX the licensing fee is only 20%. The passenger's credit card is charged after each trip and the fares are then forwarded to me every week, less the licensing fee Nada pays to Uber in exchange for use of the app.

9.     My business currently uses nine Uber phones. For each of these phones, my business paid a $300 security deposit, and pays $10/week per phone for the data. These phones only work to accept fares, the drivers cannot use them for navigation purposes. Each driver is responsible for his or her own navigation choices when they provide fairs.

10.     I have never been required to go to the Uber office for any mandatory meetings or training. The only times I have visited their offices other than the times mentioned above is if I have an issue that needs to be dealt with in person, like a problem with a phone or a problem with a driver.

11.     I rarely communicate with Uber about any topic. I receive emails from Uber that go out to all drivers who use the app regarding upcoming events or industry updates. Apart from these updates, I will not communicate with Uber for months at a time. Uber also does not communicate directly with my drivers apart from these general emails. I am in charge of running my business and communicating with my drivers about the transportation services they provide. Uber has no involvement and no right to be involved in running Nada Limo.

12.     The best thing about the Uber app is that you can use it whenever and wherever you want. For someone with a relatively small business (at the time), the Uber app was a great tool to help me grow my business when I wasn't transporting private customers.

2.

13.     When Nada Limo first started in 2011, the business only had a single car, a black Lincoln Town Car, which we bought and paid for on our own.  After three months, Nada Limo had grown enough that we could purchase a second car.  The business grew consistently after that because a lot of my friends wanted to get into the transportation services business, which made finding drivers easy.  After acquiring five or six cars, Nada Limo incorporated as an LLC.  Nada Limo now has about ten cars.  My wife and I make the decisions of when to buy cars, which ones to buy and how many to buy.  Uber has no involvement whatsoever in these decisions.

14.     I was the first driver for Nada Limo.  My wife has always handled the administrative duties.  When Nada Limo added a seconded car, I hired a friend to drive that car.  As Nada Limo has added cars, we also hired additional drivers.  I found all of these drivers through friends and networking with people in the industry.  My wife and I make the decisions about who to hire, how much to pay them, how many drivers to hire, and which vehicles they should drive.  Uber has no involvement in these decisions either.

15.     Nada uses both employees and "member drivers" to provide transportation services on behalf of the business.  When the business needs a new employee driver, we hire someone to drive for the company during those times when there is an available vehicle for a short time so that we can get a sense of his ability and business style.  If he is a good fit for Nada Limo, we hire him permanently, he becomes a shareholder – or member driver – and is assigned a car.  Right now, I own 40% of Nada Limo, my wife owns 10%, and the other 50% is divided evenly among the other drivers.

16.     Nada Limo currently has about three employee drivers, and six member drivers.  Once a driver is a member, I have no control over his or hours, or how she chooses to earn money.  The employee drivers, on the other hand, drive vehicles bought under my share of the corporation, so I have the right to control their hours and rates.  Often the employee drivers are friends of mine who know the business, so I do not have to tell them how to make money for the business, but I know I could. For the member drivers, on the other hand, I have no say over how they operate.

17.     As the owner of Nada Limo, I am responsible for paying the employee drivers who use my vehicles, including for trips completed using the Uber app.  Uber does not pay the drivers or

3.

1

2    have any involvement in what Nada decides to pay them. The drivers split each fare with Nada 50-

3    50, regardless of whether the trip is a private customer or booked using Uber. With trips booked

4    using the Uber app, I take 50% of what is left after Nada pays Uber the licensing fee. The member

5    drivers keep 100% of the fare after Uber takes its licensing fee. I know that each of them distributes

6    that income differently but I do not know exactly how they divide up that income.

7         18.    My drivers all use the Uber app to generate leads. They can use the app as much or

8    as little as they like to get fares. This allows them to control how and when they make money. Uber

9    has no requirements for when or where my drivers or I must use the app. This decision is entirely up

10   to me and my drivers.

11        19.    As a driver, I get about half my fares from the Uber app, and the other half from

12   clients the business has developed from networking with various limo companies, as well as some

13   online advertising, including an online advertising service that offers search engine optimization,

14   which bring potential clients to the company website: www.bayarealimotrans.com.

15        20.    Uber does not require me to use any sort of logo or advertising on my cars

16   UberBLACK and UberSUV cars, nor does Uber require me or any of my drivers to dress a certain

17   way or wear a uniform. Uber does suggest we keep certain amenities in the car, such as gum and

18   water, as a way to keep our "star ratings" from customers high. These are just suggestions, not

19   requirements, and some of them make good business sense. Others I ignore. Ultimately, the

20   customer service my business provides is determined by me and my drivers, not Uber.

21        21.    Nada Limo files its own taxes every year, and I file mine individually with a Schedule

22   C. Nada Limo hires an accountant to manage its taxes, and I hire this same accountant to also do my

23   taxes, as it's more efficient to use one person.

24        22.    The Uber app allows me to run my business the way I want to. I can still offer

25   transportation services to my private customers whenever they request a trip and I can use the app or

26   have my drivers completing trips using the app during the down time.

27        23.    I have given this testimony completely voluntarily and without any coercion

28   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

     that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

4.

does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 27 day of October, 2014.

_____
MOHAMED MANDOUR

**DECLARATION OF ALAIN NTERE MANI**

I, Alain Ntere Mani, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in the city of Van Nuys in Los Angeles County, California.  I currently use the Uber X app and have been using the app since April 2015.

3.      I work full-time as a security guard Securitech Security Services.  I typically work 40 hours per week for Securitech.  I choose to use the Uber X app to supplement my income when I have free time outside my full-time job.  I often drive on Thursdays and Fridays, which are my normal days off from Securitech.

4.      I drive a 2011 Toyota Prius when I accept ride requests through the Uber X app. I bought this vehicle in April 2015 because it is more efficient than my prior vehicle, which was a Ford Focus.  I made this decision myself, and not based on any recommendation or requirement from Uber.

5.      I use the Uber app at different times of the day depending on my availability and the volume of ride requests.  I often drive between 2:00 and 5:00 p.m. when it is easier to find passengers.  I generally avoid using the app between 10:00 a.m. and 2:00 p.m., because there are very few ride requests at that time of day.  Uber has never asked me to use the app at a specific time, nor has it penalized me for not working at a particular time.  I value the flexibility to control my own schedule and accept ride requests when I have free time, when I am rested and in good health to drive, and when I feel like earning extra income.  At my regular job, I must report at a specific time and do what my employer tells me to do.  When I use the Uber app, I can sleep in, log into the Uber app when I feel like it, and stop accepting ride requests whenever I want to go home.  I also value the freedom to take breaks to relax or eat meals whenever I want.  I often take breaks to return home for a nap, have a meal, meet with friends, or grab a quick coffee.

6.      I like to drive in Santa Monica, Downtown Los Angeles, and West Hollywood

---

1

DECLARATION OF  ALAIN NTERE MANI



1   because there are generally more ride requests in those areas.  Uber does not assign me to a specific

2   geographic area, but it does provide suggestions for areas that will likely be busy.  I am not required

3   to follow these suggestions, but I sometimes use the Uber app in these areas to generate more rides.

4   Sometimes I turn down ride requests when I do not want to drive a passenger to a requested area of

5   town or when I would have to wait too long for the passenger.  Uber has never disciplined or

6   threatened to discipline me for turning down ride requests.  I value the freedom to choose where to

7   work based on my preferences and availability.

8         7.      When I started using the Uber app, I completed the onboarding process online.  One of

9   my cousins, who also uses the Uber app, helped orient me and train me to use the Uber app.  Uber

10  made suggestions regarding customer service, presentation of the vehicle, personal appearance, and

11  so forth.  For instance, Uber recommended maintaining good hygiene, avoiding potent fragrances that

12  could irritate customers, and keeping your vehicle in clean condition.  I follow some of these

13  recommendations to keep customers satisfied, but I also like to follow my own strategy to provide the

14  best customer service.  I always try to greet customers at the curb and help them with luggage, even if

15  this is not recommended or required by Uber.

16        8.      Passengers can rate their ride experience on the Uber app.  The rating is determined

17  entirely by the passenger.  My understanding is that Uber cannot change ratings, and it reflects only

18  reviews provided by passengers.  I work every day to make my passengers happy and receive positive

19  ratings, and often tis means going above and beyond what is recommended or required by Uber.

20        9.      My expenses associated with accepting ride requests include gasoline, water and

21  candy for customers, and maintenance for my vehicle.  I pay for all of these expenses, but rarely keep

22  my receipts.  When I started using the Uber app, I never expected Uber to pay for my expenses,

23  because I am running my own transportation business and I work for myself.  I only use the app to

24  find ride requests.  I always understood, based on my agreement with Uber, that I would be an

25  independent contractor using Uber's app and not an employee of Uber.

26        10.     The fare that passengers pay using the Uber app is cashless, and the fare is divided

27  between Uber and the driver accepting a ride request.  Uber tells passengers that cash tips are not

28

---

2
DECLARATION OF  ALAIN NTERE MANI



1   required.  Uber also discourages drivers from accepting cash tips.  However, if customers offer a tip, I

2   accept them after explaining that it is not required.  Uber has never penalized or threatened to

3   penalize me for accepting tips.

4        11.   I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

9   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

10  have to provide any written statement.  I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13       I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15

16       Executed at Los Angeles, California this 27th day of May, 2015.

17

18                         Alain Ntere Mani

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF  ALAIN NTERE MANI

1

## **DECLARATION OF John Nicholas Marantos**

2      I, John Nicholas Marantos, do hereby swear, affirm and attest as follows:

3      1.     I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.     I am an UberX driver. I am 45 years old and have been living in San Diego, CA for

7 pretty much my whole life, although I'm out of the country sometimes. I started using UberX in

8 February of 2015, and am currently using it. I do have a part-time alternative occupation that

9 requires me to leave the country on occasion. I am a direct partner with Uber. I own one vehicle, a

10 Toyota Prius 2015, that I use when logging into the Uber app.

11      3.     I turn my app on at college campuses, when school is in session. I park by the schools

12 or hotels or areas that I think are busy. Usually I login about 3-4PM, until about 2AM. It depends on

13 how busy it is. Uber doesn't assign me a territory. I prefer to just go wherever I want. I feel that I am

14 free to accept or decline leads generated by the app. I think those hours work best for me. I like

15 those hours, they seem to be busier. I generally drive 6-7 days a week, but if I am tired and don't feel

16 like working, I just take the day off. I like having this flexible schedule because I can go as I please.

17 If I need to leave the country, I just go and I leave. Uber allows me to have my other occupation.

18      4.     One time I requested a fare adjustment when the app wouldn't close. I didn't want to

19 overcharge the customer so I went to Uber to fix it.

20      5.     When I started for Uber, I was kind of nervous at the beginning. It was a challenge.

21 There wasn't any training. You just get the app and turn it on. They do have videos that you can

22 watch online. The videos say things like to be nice to passengers. Typically, I am a courteous

23 person, so that's in my nature. Uber doesn't tell you that you have to be courteous, but you can't be

24 rude to people.

25      6.     For the star ratings, basically the customers rate you based on whatever they are

26 feeling about you. Sometimes you have people who are drunk, and they want to give you a bad

27 rating. I believe the ratings are rated entirely by the passengers. We can rate them, they can rate us.

28

1<br>
DECLARATION OF John Nicholas Marantos

1   Some people give you a bad rating because they have the power to do it. Uber doesn't have any

2   control, it's completely done by the customers. To maintain my rating, I always do the same thing, I

3   try to be courteous, and nice. These are my own ideas. I mean, it's me treating people courteously,

4   although some people will always rate you low, no matter what you do. I even let them eat in the car,

5   because if I don't, they might leave you a bad rating. Uber's suggestions might be like my own, I just

6   know what is common sense. Uber might say the same thing.

7        7.    If there is an issue, like a fare adjustment, I might come in directly to talk to Uber. Or

8   if there needs to be a cleaning fee. Like someone had a cut foot in my car, and Uber got the cleaning

9   deposit fee for me the next day. In a month, I rarely contact Uber. Uber almost never contacts me.

10  The last time was when they needed a copy of my insurance, but it's very seldom.

11       8.    My expenses are my gas, car wash, maintenance, changing tires, oil changes, car

12  payments, although I don't know if that's an expense. General expenses. I keep copies of all the gas

13  receipts, and have credit card statements. Since I'm an independent contractor, I have that for tax

14  purposes. When I do my taxes at the end of the year, I will show them to my accountant. As an

15  independent contractor you need receipts to show expenses.

16       9.    When I signed up, I intended to be an independent contractor, not an employee. When

17  you're an employee, you clock in and you clock out, there is a schedule. I wish to continue as an

18  independent contractor because I have the freedom to do other things. It's like freelance. I work

19  when I want to work. If I need to go to Greece, I just pack up and leave. I don't have to tell a boss, I

20  just leave. I just reactivate my account when I come back. I can just make my own schedule.

21       10.   I might take 20 different breaks while using the app. You just take off when you want

22  or you think it is necessary. I take breaks for an hour, two hours, 15 minutes, however long I want to.

23  I take breaks for meals. If I'm hungry, I go somewhere to eat. It's not like clocking out, I just go

24  somewhere to eat and take my time. I can of course take at least a 30 minute break every day, I can

25  take the whole day off if I want, since I am an independent contractor. I absolutely turn the app off

26  when taking a break and Uber never interrupts my breaks. I get to decide when I take my breaks. I

27  can go anywhere. I often go home, relax for a little bit, eat something, relax for an hour.

28

2
DECLARATION OF John Nicholas Marantos

11.     All these things I'm describing, that's an independent contractor, not an employee. These people are just trying to make a quick buck.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at San Diego, California this 28th day of May, 2015.

John Nicholas Marantos

---

3

DECLARATION OF John Nicholas Marantos

**DECLARATION OF PETER MARINAKIS**

I, Peter Marinakis, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 58 years old and I live in the City of Hercules in Contra Costa Country. I have lived in Hercules for 30 years.

3.     I started using UberX as a driver in November 2013 and I continue to use UberX to generate leads. I do not currently use any other Uber platforms such as UberBlack or UberSUV.

4.     I first learned about Uber through my cousin. He thought that I might enjoy working as a driver because he knows that I enjoy driving and interacting with people. He described how Uber worked and suggested that I could use the App to locate passengers to drive. Based on what he told me, Uber seemed like it was something that was right up my alley. So, I signed up for an account, was approved, and started driving passengers. I have really enjoyed driving passengers so far. I love the fact that I am constantly meeting new people and discovering new locations.

5.     I am currently self-employed. I estimate that 90% of my income comes from fares generated through the Uber App. In addition to transporting passengers that I receive through the Uber App, I am also the sole proprietor and operator of my own courier service, Peter's Courier Service. As a courier, I am contracted by Quest Diagnostics to deliver perishable items to medical labs within a two hour time frame. I have operated my courier business for about one and one half years. I drive passengers in a 2010 Honda Accord, which I own. I also use this vehicle for my courier service, but I generally do not use this vehicle for personal errands.

6.     With respect to transporting passengers, I currently only use the Uber App to generate leads, but I understand that Uber does not restrict my right to use other methods, such as competing ride-sharing apps, to generate leads. I could use these other methods to find passengers, but I choose not to.

7.     I decide when I log on and log off of the Uber App and I get to determine my own work schedule. Uber does not dictate my schedule or hours in any way. I really value this

CLASS MEMBER DECLARATIONS 751

1    flexibility.  I am pretty much a day driver.  I would rather not sit in the commute, so I try to avoid

2    early morning traffic and other times of the day when traffic is bad.  In a typical day, I log onto the

3    App for about 3 to 4 hours per day.  I drive seven days a week, so my total time logged onto the app

4    is between 20 and 30 hours per week.

5          8.     I have a certain pattern that I drive every day to try and get passengers through the

6    App.  This pattern has served me very well so far.  I came up with this pattern on my own.

7          9.     Uber does not require me to drive to certain geographic areas or restrict where I can

8    drive to find leads.  The App shows drivers the location of certain high volume areas denoted by

9    "red zones."  But it is completely up to the driver whether he or she wants to drive into those zones

10    and collect fares.

11         10.    Uber also occasionally sends out promotional messages to drivers to inform them of

12    special events where rider demand is high.  These are opportunities to earn more money.  I view

13    these messages as just information.  It is up to us drivers to decide whether or not we want to use it.

14         11.    My practice is to accept leads that I receive through the app, whenever I can.  But I

15    understand that I am free to accept to decline leads generated through the App.  I like that Uber gives

16    me the option to accept or decline leads.

17         12.    I have requested fare adjustments on very rare occasions.  For instance, I have

18    requested a fare adjustment when one of my riders was accidentally overcharged due to a glitch with

19    the App.

20         13.    Before I was permitted to use the App, I attended an online orientation session and

21    went to an Uber office to pick up the phone and register my account.  During my orientation process,

22    I recall that Uber provided certain suggestions regarding how drivers could improve their ratings,

23    such as having bottled water available for riders.  I understood that these were suggestions and not

24    commands—drivers are free to follow or ignore these suggestions.

25         14.    I understand that a driver's star rating is determined entirely by his or her passengers

26    and that Uber does not give passengers instructions or guidance on how to rate their drivers.

27         15.    My current star rating is 5.0, which is the highest possible star rating.  I think my

28    success is related to how I interact with passengers.  I endeavor to make each passenger's ride as

2
DECLARATION OF  PETER MARINAKIS

1    enjoyable as possible by telling them stories (mostly comedic stories). I truly enjoy talking to

2    passengers and my goal is always to get them laughing—laughter is a great stress reliever and it

3    helps out so many people. Of course, not all passengers are looking to talk to their driver during a

4    ride, and in those instances, I will give them their space. But I have found that most of my

5    passengers really enjoy talking to me and that I do improve their moods during the ride. My

6    approach, which has made me a successful driver, is something that I came up with entirely on my

7    own.

8        16.    I incur expenses as part of transporting passengers, such as bottled water, gas, vehicle

9    maintenance. I track all of these expenses and I deduct my accrued mileage when I file my taxes. I

10   receive a 1099 form from Uber and use this form to file my taxes. I report on my taxes that I am

11   self-employed.

12       17.    Uber has communicated to me that passengers are free to offer drivers a tip if they

13   wanted to, but that tipping was not required. I understand that the Licensing Agreement that I signed

14   does not prevent me from accepting tips. I understand that tips are not required because the fare is

15   meant to be all-inclusive.

16       18.    I do not solicit tips, but I offered tips about once every twenty rides. When offered a

17   tip, I generally politely decline the tip because I do not see it as necessary—although I do always

18   thank the passenger for the kind gesture. In very rare instances, I have accepted a tip if the

19   passenger has insisted that I take it. Uber has never suspended or threatened to suspend my account for

20   accepting tips.

21       19.    I have always understood that I am an independent contactor in relation to Uber. I

22   like being an independent contractor because of the freedom that it affords me and I wish to continue

23   to be an independent contractor going forward.

24       20.    I have given this testimony completely voluntarily and without any coercion

25   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

26   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

28   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

---

3

DECLARATION OF PETER MARINAKIS

1   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

2   not have to provide any written statement.  I also was specifically told that I could participate in the

3   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5        I declare under penalty of perjury under the laws of the United States of America and the

6   State of California that the foregoing is true and correct.

7

8        Executed at San Francisco, California this 20th day of May, 2015.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF  PETER MARINAKIS

## DECLARATION OF CHRISTOPHER JOSE MARTINEZ

I, Christopher Jose Martinez, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  My name is Christopher Jose Martinez, and I am 43 years of age. I am currently a resident of Newport Beach, Orange County, California, where I have resided there for the past fifteen years.

3.  I drive using both the UberX and UberPlus Apps.  Before I started working for Uber, I had previously worked full time for Coca-Cola for twelve years. I was often depressed when I was doing that job; I felt that my life lacked a purpose.  When I first started driving for Uber in early December 2014, I spent a month only driving on the weekends while maintaining my job at Coca-Cola during the week. (Although I want to note that from the very beginning, I enjoyed driving with Uber so much that I would regularly drive 40+ hours between Friday night and Monday morning!) By the end of December 2014, however, I decided to take the biggest risk of my life--I quit my job at Coca-Cola, and dedicated my time to driving using Uber full-time. I choose not to drive using any other Apps, because I feel extremely loyal to Uber.  I love this job.

4.  I strongly believe that the customer always comes first, and driving using Uber allows me to really showcase those skills and help people.  At first I did struggle with some aspects of the job--for example, I am a devout Mormon, and I didn't always enjoy driving intoxicated passengers-- but as a result of my religious beliefs I also believe that every person who comes into my life is a gift and someone that I can potentially connect with and learn from (even folks who might be intoxicated), and I have come to see the client-facing aspect of this job as one of the most wonderful parts.  I also love driving, particularly in leisure cars, and I enjoy the chance to explore the city.  The territory that I typically cover is West Hollywood to Malibu, because I think it's a safe, nice location to work in. I often work 12 to 15 hours a day, seven days a week.  I would have been furious if Coca-

---

CLASS MEMBER DECLARATIONS 755

1  Cola had tried to make me work that much, but I absolutely love driving with Uber that much.  My

2  goal is to bring home $350 dollars a day.  I majored in business in college, so I particularly love the

3  flexibility and entrepreneurial nature of driving with Uber; for example, I make a point of

4  strategically focusing on areas where "surge pricing" is occurring, and that really allows me to

5  maximize my earnings.

6      5.     I proactively reach out to Uber for the purpose of evaluating customers that I drive.

7  For example, I always make a point of giving a low rating to any customer who slams my door; I find

8  that very disrespectful.   Every Monday, Uber also sends me a weekly summary report that

9  summarizes how many hours I drived, and offers suggestions on how I might even increase my

10  earnings.  Otherwise, I don't receive any sort of communications with Uber.  They don't attempt to

11  micromanage my driving activities.

12      6.     I receive 80% of the fare and Uber takes 20% of the fare, this fee arrangement with

13  Uber is that the fare is all-inclusive and does not include any tip, and I am responsible for taking care

14  of gas and maintenance.  I'm totally fine with it--I find it very ridiculous that there are drivers that

15  complain about any of that, because everyone has the freedom to leave any time that they want, this

16  system allows me to make a tremendous amount of money, and I would be servicing my car anyway

17  even if I wasn't driving for Uber.  Because I provide a very high level of service, however, customers

18  often voluntarily offer me a cash tip at the end of rides, and I keep 100% of those cash tips for

19  myself.  On average, I would estimate that at least 25% of my rides end with the customer offering

20  me a cash tip.  I always make a point of accepting graciously.  I have received tips from $1 all the

21  way up to $100.  I also appreciate that my rating as a driver is entirely determined by the customers,

22  and Uber has no say in it.  I make it a point to come up with creative ways on my own to make my

23  customers happy.  For example, around the Holidays I often make up my own cards and hand them

24  out to the customers; I distinctly remember giving a card to one female passenger in particular, who

25  was so touched she started to cry. On New Years' Eve 2015, I went to the bank and took out $80 in

26  gold coins, and then went to T.J. Maxx and purchased a package of blank cards and filled out each

27  card with a personal handwritten message. Then I placed a coin into card as a token of good luck for

28

2

DECLARATION OF CHRISTOPHER JOSE MARTINEZ

1   the year.  The customers really appreciated it, and I think those kind of gestures can really make a

2   difference in someone's life, even if only in a small way.  I don't feel any pressure from Uber to do

3   any of this--I choose to do it, because that's the kind of service I want to provide to my customers.

4   My have taken approximately 1,800 trips since I started back in December 2014, and I currently have

5   a star rating is 4.93.

6       7.    I also make a point of dressing professionally--wearing a long-sleeve dress shirt,

7   loafers, etc.  Uber doesn't tell me how to dress, of course.  I just made that decision because I think

8   it's a good image to project to my customers.

9       8.    I wouldn't even *want* to be an Uber employee.  I would quit if they tried to make me

10  an employee, because  I value my freedom as an independent contractor too much, I don't want Uber

11  to tell me when or where I have to drive, and I think I would probably make less money as an

12  employee than I can make as an independent contractor.  I am familiar with all of the work

13  regulations applicable to employer-employee relationships in California through my previous job at

14  Coca-Cola, and I have no interest in going back to that situation.  I also appreciate that I was able to

15  try out driving with Uber on the side before I decided to go full time--which is something that I

16  couldn't have done if I had had to become an Uber employee first before I could drive with Uber.

17      9.    I have given this testimony completely voluntarily and without any coercion

18  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

19  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

20  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

21  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

22  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

23  have to provide any written statement.  I also was specifically told that I could participate in the

24  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

25  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

26      I declare under penalty of perjury under the laws of the United States of America and the

27  State of California that the foregoing is true and correct.

28

---

3

DECLARATION OF CHRISTOPHER JOSE MARTINEZ

1

2      Executed at Los Angeles, California this 27th day of May, 2015.

3

4                                                    Christopher Jose Martinez



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF CHRISTOPHER JOSE MARTINEZ

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California 94105
4   Tel:   415.442.1000
    Fax:   415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS              Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and        **DECLARATION OF AZAT TER
    WILLIAM ANDERSON, individually and    MATEVOSYAN**
14  on behalf of all others similarly situated,

15                 Plaintiffs,

16          v.                            Complaint Filed: August 16, 2013
                                          FAC Filed: May 30, 2014
17  UBER TECHNOLOGIES, INC.,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

I, Azat Ter Matevosyan, declare as follows:

1.      I am over the age of 18 and competent to testify of the matters stated in this declaration.  I have personal knowledge of the facts stated herein and could competently testify about those facts if called as a witness.

2.      My cousin told me about the Uber smartphone application.  He is in the transportation business and uses the Uber app to help generate customer leads for his transportation business.  He knew I was interested in new opportunities after I quit my job as a Customer Advisor in the automobile business.  Based on what my cousin told me, it sounded like starting a transportation business and using the Uber app to help grow the business was a great opportunity.  After discussing it further with my cousin, I decided it was something I wanted to do.

3.      My cousin told me that, if I wanted to start a transportation business, I should invest in a car that was in good working condition, preferably a newer vehicle.  I purchased a 2014 Toyota Prius to use for my business.  I use the Prius exclusively to provide transportation services.  I have a second car, a Honda CRV, for personal use.

4.      In late December 2013, I went online and completed Uber's online onboarding process.  I took a multiple choice test about my knowledge of Los Angeles streets.  During the onboarding process, I received basic instructions on how to use the Uber app, including how to accept ride requests and how to end a trip using the app.

5.      During the onboarding process, I also received common sense suggestions about greeting passengers, keeping my car clean, and dressing professionally.   These were not requirements, just advice on how to get good customer ratings.   I can dress how I want, greet passengers how I want, and keep my car as clean as I want.  Uber has never done anything to monitor whether I was complying with any of these suggestions and I am free to follow them or not follow them.

6.      The only time that I needed to submit any information to Uber was during the onboarding process.  I provided Uber with a picture of my vehicle, proof of insurance, a copy of my driver's license, and a picture of myself so that passengers can identify me when I arrive to pick them up after they've booked my services through the app.

1.

7. After I completed the onboarding process, Uber provided me an iPhone with the Uber app on it. There were no other apps on this iPhone and it cannot be used to make calls or send text messages or any purpose other than using the Uber app. I did not have to give Uber a deposit in order to get the iPhone and I don't pay any regular fee for using it. Uber has not provided me with any other tools or equipment.

8. When I first turned on the Uber app on the iPhone, I was asked to read and consider Uber's licensing agreement and, if I agreed to it, to electronically it. I have accepted subsequent versions of the licensing agreement, including most recently just a few days ago.

9. Right now I book passengers through Uber's app only using the uberX platform. As my business grows, I may seek to use Uber BLACK or another platform in addition to uberX, but uberX suits the scope of my business at this time.

10. Uber has no control over where I go to find passengers on any given day. Uber does not assign me to any particular area or direct or even suggest where I should go. Personally, I choose to begin my day providing transportation services in the city of Glendale where I live. A lot of passengers I book in Glendale are heading to Hollywood or the Los Angeles International Airport, which are good fares, so starting in Glendale is both convenient and good for business.

11. The ability to receive trip requests through the Uber app has been great for my business. I log on to the Uber app any time I want to receive trip requests. If I don't want to receive trip requests, I don't log on. I have two kids and the freedom the Uber app gives me to set my own schedule has enabled me to attend their school events as well as other family events. Uber doesn't require me to let them know when I'm going to be available or let them know that I plan to log off at a certain time. That is entirely up to me. I enjoy having the autonomy to run my own transportation business free from anyone else's control. Now that I do, I would not want to be anyone's employee again. Uber is not my boss—I am my own boss.

12. I am also in complete control of what Uber app ride requests I accept or decline. For example, I once received a ride request from a passenger in Los Angeles who wanted me to take him to Santa Barbara. I was free to say no, without any repercussions from Uber, but I thought the potentially huge fare, especially if I later booked a trip back to Los Angeles, was worth the risk. It

2.

1

2 turned out to be a great business decision. I took the first passenger to Santa Barbara, provided rides

3 to a couple more passengers in Santa Barbara, and then accepted a request from one of those

4 passengers to take him to Los Angeles. My decision to accept that first ride request ended up

5 making me a lot of money.

6       13.    The Uber app allows passengers to rate, on a scale of one to five stars, their

7 experience with drivers who provide them with transportation services booked using the app. The

8 quality of service I provide impacts my star rating, but Uber doesn't have any input into this rating.

9 My star rating is entirely based on my level of service and the passenger's opinion about the service

10 I provide. Uber sends me updates to inform me of my overall star rating, but does not and cannot

11 control how I conduct myself with respect to the trips that I provide or what I do to provide quality

12 service to passengers.

13       14.    I set the rules for passengers that I transport on behalf of my business. For example, I

14 do not allow people to eat food in my car because the food could end up on the floor of my car. I

15 also do not allow people to smoke in my car because the smell of cigarettes might make the next

16 passenger uncomfortable. If a passenger insists on smoking, I will pull over and wait for them while

17 they smoke outside of the car. These are not rules that Uber imposes on me—they are rules that I set

18 for my business to keep my car in good condition and my passengers happy.

19       15.    I choose to personalize the service that my business provides for passengers by asking

20 them for their preferred route to their destination. If they have no preference, I usually input the

21 destination on my Garmin navigation system, which I purchased for my business. I also check the

22 traffic for the proposed Garmin route on the Waze app I have installed on my personal business

23 phone. If there is a lot of traffic on this route, I may use Waze to suggest an alternative route for the

24 customer. Uber does not provide any input into the routes I take or my process for determining the

25 best route to take for the customer.

26       16.    I also offer passengers the opportunity to connect their iPod or iPhone to the car's

27 audio so that the passengers can listen to music on their iPod or iPhone. I could listen to music of

28 my own choice if I wanted to, but I think doing this is good customer service and reflects well on my

business. I also carry assorted Android and iPhone chargers that my customers can use to recharge

3.

1

2   their phones during the trip.  These are not things that Uber requires me to do.  Providing these

3   amenities sets my business apart and ensures the passengers are happy with the services my business

4   provides.

5         17.    Uber does not have a dress code and has never suggested that I wear any specific

6   clothes.  I personally choose to wear a dress shirt, tie and slacks while I am driving.  I always dress

7   up like I am going to a business meeting, because I consider each ride I give to a passenger to be a

8   kind of business meeting.  By making a good impression on my customers, I can turn them into

9   regular customers and maximize my profit.  It's entirely up to me to decide what to wear when

10   providing transportation services.

11         18.    Uber does not require me to put any logos or other identifying marks on my car.

12   However, I did ask Uber to give me a logo to put on my windshield because I thought it would make

13   it easier for passengers to identify my car if they booked my services through Uber.  Uber did not

14   require that I put an Uber logo on my windshield and I can remove it if I want to.

15         19.    Although I am aware of other lead generating software applications, like Uber's

16   competitors Lyft and Sidecar, I do not currently use those applications.  Uber doesn't restrict me

17   from using those services.  I am free to use those services and any other referral services.  For now,

18   anyway, I obtain more than enough business through the Uber app, and I could not take on any more

19   work even if I wanted to.  I know that I could use other sources to generate customers, or develop

20   my own business through my own marketing, but I have not yet felt the need or desire to do so.

21         20.    My business is doing so well that I am considering purchasing a second vehicle and

22   hiring someone to drive it.  It is entirely up to me to decide whether to buy a second vehicle or to

23   hire someone.  I do not need to get approval from Uber for any business decision I make.

24         21.    Under my agreement with Uber, Uber retains 20% of each fare passengers pay me

25   through the app as its licensing fee for my use of the app and then conveys the remaining 80% to me.

26   Uber has always paid me what we agreed for the transportation services I have provided that were

27   booked using the Uber app.

28         22.    During the onboarding process, I learned that the fare a passenger pays is intended to

represent the total cost of the service to the passenger and that the money I receive (i.e., the fare

4.

1

2  minus Uber's licensing fee) is intended to compensate me fully for the services my business

3  provides. I have always understood that I generally would not receive additional cash tips from

4  passengers who booked my services through the Uber app. As a result, when passengers who

5  booked through Uber offer me an additional cash tip, I tell them I don't expect them to give me a tip.

6  Occasionally, passengers will insist on giving me a tip even after I tell them that they are not

7  expected to tip. When passengers insist on tipping, I do accept the tips, which vary from a few

8  dollars to up to 20% of the fare.

9      23.    I plan to file my taxes as a self-employed individual and deduct my business

10  expenses. My business expenses include gas, clothing, and my personal auto insurance. I also pay

11  for car maintenance, bottled water, gum, and candy. My understanding is that, after the end of the

12  year, I will get an IRS Form 1099 from Uber with the total of the money I received in connection

13  with transportation I provided that was booked via the Uber app.

14      24.    Besides a recent contact from Uber informing me that one of their outside attorneys

15  would be contacting me to ask if I would be willing to be interviewed in connection with a lawsuit, I

16  had never previously spoken on the phone or met with anyone working for Uber. I do not even

17  know where Uber's offices are located, or even if they have offices. All of Uber's communications

18  to me are handled over email and online. These communications primarily involve sending me the

19  statistics about the fares that I earn and a weekly summary of customer ratings of my services. I am

20  never required to contact Uber about any topic.

21      25.    I have given this testimony completely voluntarily and without any coercion

22  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

23  that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney

24  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

25  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

26  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

27  not have to provide any written statement. I also was specifically told that I could participate in the

28  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5.

1

2      I declare under penalty of perjury under the laws of the United States and the State of

3   California that the foregoing is true and correct.

4      Executed in Glenda, California on July 8, 2014

5

6

7                                                          _____
                                                                  Azat Ter Matevosyan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6.

**DECLARATION OF JOHN-CLAUDE YVES MATOCQ**

I, John-Claude Yves Matocq, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have lived in San Rafael in Marin County for about 44 years.

3.      I began using the UberX platform in March 2014.

4.      I have an ambulance driver's license because I used to be an EMT. I stopped because I did not like the long hours. I wanted flexibility and freedom.

5.      I manage property part-time.

6.      I own my own plug-in Toyota Prius. I use my own Android phone to log into the Uber app.

7.      My schedule and geographic location varies. I occasionally drive in Napa on weekends. I usually drive in the areas that I want to go to or where I currently am. I enjoy the flexibility of working whenever I want; on some days I work a couple hours and on others I work 7 hours.  Sometimes, I see surge pricing at the end of the day and decide to do a few more trips, even if I was planning on going home. I receive notifications of promotions, and I will sometimes go to those areas or drive at those times if I want. I like driving in the early morning and stop midday, as I do not like working late at night. I usually drive 2-4 days a week, but it varies.

8.      I did not work for most of January because I was sick, and I never received a notification from Uber regarding my account.

9.      I have asked for fare adjustments.  I ask for these when I forget to hit start or if I make a mistake on the route. Sometimes, I lose cell coverage and cannot hit stop, and I ask for an adjustment.

10.     I have charged a lower fare on one occasion. I made a mistake, so I stopped the app early and took the person the rest of the way free of charge.

11.     I watched training seminars online before I began driving using the Uber app, which lasted around 30 minutes. The videos gave us guidelines that I am not required to follow. These

1
DECLARATION OF JOHN-CLAUDE YVES MATOCQ

CLASS MEMBER DECLARATIONS 766

1   suggestions were common sense, so I would have to go against common sense if I do not do some of

2   those things.

3        12.    My current rating is 4.84. I keep my car clean, am polite, do not argue, and give good

4   customer service. I am also a naturally friendly guy.

5        13.    I received a tax form from Uber, and I filed taxes as self-employed. I deducted

6   mileage and bridge tolls expenses.

7        14.    I inform riders that tipping is not necessary because it is a paperless transaction. I

8   have accepted tips about 5% of the time, if the passengers insist.

9        15.    I glanced at the Licensing Agreement before agreeing to it, and I intended to be an

10   independent contractor.

11        16.    I want to continue being an independent contractor because the best part of driving

12   using the Uber app is the complete flexibility of my hours.

13        17.    I have given this testimony completely voluntarily and without any coercion

14   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

17   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

18   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

19   not have to provide any written statement. I also was specifically told that I could participate in the

20   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22        I declare under penalty of perjury under the laws of the United States of America and the

23   State of California that the foregoing is true and correct.

24        Executed at San Francisco, California this 19th day of May, 2015.

25

26

27                                     John-Claude Yves Matocq

28

CLASS MEMBER DECLARATIONS 767

### DECLARATION OF PATRICK WAYNE MAXWELL

I, Patrick Wayne Maxwell, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently a part time student at Santa Monica College.  I am hoping to become a construction manager once I obtain my college degree.  I also drive using the Uber App, on the UberX platform, as my full time occupation while I am in school.  I have a business license, as I am a locksmith by trade, but I do not use my business license as a driver.  I am hoping to use the money I make driving to start my own locksmith business down the road.

3.     I use a 2014 Jetta to drive.  I bought the car to use when driving using the Uber App to find customers.  I only use this car for business use.  I do not use it for personal use.  I was originally using my personal car to drive, but I decided to purchase a car for business use.  I currently only use Uber to find customers because Uber provides me with enough business and I do not need to use any other method to find customers.  However, to my understanding, Uber does not restrict my ability to use other applications or find customers using any other method.  I choose not to use Lyft or Sidecar because I feel that those Apps are less professional and Uber has higher standards for the drivers they allow to use their service.

4.     Right now, I try to log onto the Uber App 5 to 6 days a week.  When I drive, I like to get on the road by about 4:00 a.m. or so.  I stay in Santa Monica in the early mornings.  There are usually a lot of airport rides at this time in the morning.  Depending on where I end up driving, I may go back to Santa Monica or I may end up staying in the area I drive the customer to and pick up someone else in that area.

5.     I usually take a shorter half hour break before 9:00 a.m. to go to the bathroom and get some food.  I always take a second half hour to hour and a half break by 12:00 p.m., if not sooner.  During this break, I will meditate or take a short nap and eat lunch.  I don't eat in the car, so I use this break to get out of the car, stretch out, and have some time to myself.  I always log out of the Uber App when I take my breaks.  Uber has never told me I must drive a certain amount of time

1
DECLARATION OF PATRICK WAYNE MAXWELL

1  before taking a break, has never told me when to stop for a break or a meal, and has never

2  interrupted my breaks.  I choose when to take my breaks for myself.

3        6.     When I am mentally and physically ready to get back on the road, I get back in my

4  car and log back into the Uber App.  I'll usually take another break when I start to feel fatigued, or

5  by 5:00 p.m. at the latest; I'll usually take about an hour to hour and a half break to rest, mediate,

6  and perhaps take a nap when I feel I need it.  Again, when I feel ready, I log back into the App and

7  start picking up customers again.  I try to stop working every night by 7:00 p.m.  I sometimes stop

8  earlier, and sometimes I stop later.  If I need extra money, I may work at night.

9        7.     There are certain areas of the city I try to avoid while driving.  For example, I try to

10  avoid bad neighborhoods because I don't want to take the chance of picking up people in that area

11  who may do harm to me or my car.  I find that there are better clientele and better jobs in certain

12  areas and I try to stay in those areas.  Sometimes I will pick up customers in areas I consider to be

13  "bad" areas when there is "Surge" pricing, meaning that Uber sets a higher rate for rides, because

14  this creates a reliable or dependable service for customers, and I get some extra money for the driver.

15  Uber has never assigned me a territory to drive and has never told me I have to go to a certain area.  I

16  choose for myself the area in which I want to drive.

17        8.     I also try not to work at night because I do not like the clientele that requests ride at

18  night.  People requesting rides later at night tend to have been drinking and be rowdier and are

19  sometimes disrespectful to the car and driver.  I do not like driving with people who are intoxicated

20  or disrespectful and I try to avoid working later at night because of this.  Uber has never told me the

21  time of day I need to drive, and I always choose my schedule for myself.

22        9.     I am not an employee of Uber; I never thought I was an employee, and I don't wish to

23  be an employee.  When I drive I consider myself as driving for myself, and not for Uber.  I partner

24  with Uber, and Uber finds me my customers.  When I began working with Uber, I understood that I

25  was an independent contractor, not an employee, and I wish to continue being an independent

26  contractor.

27        10.    The best part of using Uber is that I have flexibility at work.  I do not have to ask

28  anyone if I want to take off time; I can make a doctor's appointment without needing to get prior

2

DECLARATION OF PATRICK WAYNE MAXWELL

1   approval from someone.  I enjoy having this flexibility to work when I need to and take time off

2   when I need to

3      11.   When I first began using Uber, I did training regarding how to use the App on my

4   computer.  Uber provided some common sense suggestions on how to interact with customers; for

5   example, Uber suggested to me to keep my car clean, provide water to customers, and open or close

6   the door for customers.  I am not required to follow these suggestions, but I follow the suggestions

7   because I think they are good suggestions and I am trying to get a higher rating.  Uber also sends

8   emails with suggestions and offers classes on how to become a better driver, but I am not required to

9   take the classes or follow the suggestions.  I have never been told that my account would be

10  deactivated for failing to follow Uber's suggestions.

11     12.   To my understanding, the fare charged to the customer is meant to be the full price of

12  a customer's ride.  I do not expect to be tipped, but I have been offered cash tips in the past.  I

13  always tell the customer that a tip is not required, but I accept the tip once I have told the customer

14  that the tip is not required.  Uber has never threatened to suspend my account for accepting tips.

15     13.   I received a 1099 form from Uber for my 2014 earnings.  I have never received a W-

16  2 form from Uber.  When I filed my 2014 taxes, I indicated that I am self-employed.  I reported my

17  business expenses, such as mileage, car depreciation and gas, on my tax.  I plan to do the same for

18  my 2015 earnings as well.

19     14.   I have given this testimony completely voluntarily and without any coercion

20  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

21  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

23  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

24  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

25  not have to provide any written statement.  I also was specifically told that I could participate in the

26  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

27  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28

---

3

DECLARATION OF PATRICK WAYNE MAXWELL

1

2          I declare under penalty of perjury under the laws of the United States of America and the

3     State of California that the foregoing is true and correct.

4          Executed at Los Angeles, California this 26 day of May, 2015.

5

6                                                         PATRICK WAYNE MAXWELL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                            4
                        DECLARATION OF PATRICK WAYNE MAXWELL

**DECLARATION OF MEGAN MCGOURTY**

I, Megan McGourty, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 41 years old, female, and I live in San Francisco, California, in San Francisco County. I lived in San Francisco for almost 18 years. I have a regular Class C driver's license that was issued by California.

3.      I signed up for Uber on December 1, 2013, and I have been using the UberX service since then. To sign up, I went to Uber's San Francisco office, and I gave Uber my personal, insurance, and other car information.

4.      Before I signed up for Uber, I signed up to drive for Lyft in March 21, 2013. I usually turn Uber and Lyft on at the same time when I am driving. I choose to drive on whichever App I get a ride request from first, and I will start my day by keeping both the Lyft App and Uber App on. Uber does not restrict me from using other driving applications, like Lyft. In fact, Uber gave me a bonus because I used to drive for Lyft! I now access the Uber App on my personal cell phone, but I used to rent an iPhone from Uber.

5.      Aside from driving with the Uber and Lyft Apps, I also care for a friend's child with Attention Deficit Disorder, and I drive my friends around, both for pay. However, 80 percent of my income is from Uber and Lyft.

6.      I drive a 2008 Volkswagen Jetta, which I own, for both Uber and Lyft.

7.      I usually drive with Uber on Thursday, Friday, Saturday, and Sunday for a maximum of six hours per day. I usually try to drive from 7 p.m. to midnight or 1 a.m. on the weekends. I choose to work at that time because there is less time and people are happier because they are going home or out for fun. I also do not like to work in the morning. That's why I like this job; because I can work whenever I want. Uber does not set my own schedule, and it does not require me to be logged onto the Uber App for any minimum or maximum amount of time. For example, I went to Mexico for a week and I did not have to get approval for it. I just went. Uber never suspended me

CLASS MEMBER DECLARATIONS 772

1   or threatened to suspend me for spending too much or too little time on the Uber App.

2         8.    I also choose what days and when I want to work.  If I am not feeling well, I will not

3   work if I am not in the right mindset.  I do not want to risk my star rating from going down.  Only

4   the passengers rate the drivers.

5         9.    When I drive, I always start where I live because it is convenient for me.  Sometimes,

6   when Uber e-mails me about hourly guarantees, I will make sure I drive then, but I generally try to

7   avoid traffic and keep everything low stress, so I do not try to go into the surge areas.  I know that I

8   am free to drive wherever I want, and Uber does not prevent me from driving anywhere.  For

9   example, I drove a passenger from San Francisco to Redwood City, California.

10         10.    When I see a rider request, I do not accept every single request I get.  If the passenger

11   has a one star rating, I will not accept their ride request because other drivers did not like to drive

12   with them.  I will also not pick up a rider request if the request is from Market Street because it is

13   illegal to stop on Market Street.

14         11.    When I drive with Uber, although I am representing them, I feel like Uber is just a

15   conduit to bring passengers to me, so I do not believe I am driving *for* Uber.  I am driving for

16   myself.  I am an independent contractor.

17         12.    I will contact Uber maybe once a month as a driver.  When I do contact Uber, it is

18   only to report and fix technical issues with the Uber App.  Uber representatives never contact me,

19   unless I contact Uber first, except for on one occasion when they contacted me because of my high

20   rating to help assist with Uber's strategy of trying to lure new drivers.

21         13.    My rating is a 4.93, which I consider to be a high rating.  To maintain my high rating,

22   I provide the best customer service.  I always greet the passenger by name, I ask everyone's name, I

23   make them feel comfortable, I ask them where they're going, and I speak with passengers when they

24   want to speak with me.  I know that only the riders rate the drivers; Uber does not rate any drivers.

25         14.    This job has really brought back my faith in humanity. I never once felt unsafe as a

26   woman driver, and I really enjoy meeting all of Uber's customers.  I can write a blog on what people

27   say to me.  You wouldn't believe it!  I sometimes feel like I'm a therapist.

28         15.    To drive, I pay for gas, car washes, and maintenance.  I keep a record of my expenses

CLASS MEMBER DECLARATIONS 773

1   and my mileage so I can deduct those expenses from my taxes. Uber provided me with a Form

2   1099, and I use that to report my income from Uber to the IRS. I report myself as self-employed for

3   tax purposes.

4        16.    Tips are not included in the fares we receive. Uber told us we are allowed to take

5   cash tips. Fares are only calculated based on mileage and time. I think Uber should add a tip button,

6   so drivers can actually receive tips. Nobody seems to tip Uber drivers except middle-aged men from

7   the middle of America. Uber does not prevent drivers from accepting tips, and I have accepted tips.

8   Whenever a passenger offers to tip, I initially say it is not necessary, but if they insist, I will give

9   them a tip.

10       17.    I consider myself to be an independent contractor for Uber because I have a flexible

11   schedule, I do not have a boss, I have my own boss, the only people I have to report to are my

12   passengers, I am free to go on vacation, I can do whatever I want, and it is up to me to make my own

13   money. I would hate to have a schedule. I wish to continue to be an independent contractor for the

14   same reasons.

15       18.    I take breaks about every time I drive for meals and to take rest breaks. I take breaks

16   on my volition, and I decide how long to take breaks and when I take breaks. I feel like I have the

17   opportunity to take breaks whenever I want. That is why this job is the best!

18       19.    I have given this testimony completely voluntarily and without any coercion

19   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

20   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

22   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

23   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

24   not have to provide any written statement. I also was specifically told that I could participate in the

25   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

26   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27

28

CLASS MEMBER DECLARATIONS 774

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this 20th day of May, 2015.

4

5                                                  Megan McGourty

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF MEGAN MCGOURTY

1                     **DECLARATION OF ROBERT MCKENZIE**

2       I, ROBERT MCKENZIE, do hereby swear, affirm and attest as follows:

3           1.     I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6           2.     I am 52 years of age and currently reside in Rancho Bernardo, San Diego County and

7 have lived there for approximately 30 years.

8           3.     As a driver I use UberX, UberBlack, and UberSUV services. I started using these

9 services in approximately May 2012 and am currently still using these services. I am currently

10 owner and operator of a transportation company, Luxurious Star Transportation Inc. d/b/a La Jolla

11 Star Transportation ("Star"), as well as owner and operator of L.J. Star Transportation LLC ("L.J.").

12 I have owned and operated Star for approximately 6 years and L.J. for approximately 2.5 years.

13 Both companies use the Uber App.

14           4.     Star currently owns 8 cars, all of which use the Uber App. Approximately 20% of

15 Star's business revenue is derived from use of the Uber App. L.J. currently owns 4 cars, all of which

16 use the Uber App. The fleets owned by Star and L.J. is a mix of Mercedes Benz, Lincoln Town cars,

17 and Lincoln Navigators. Approximately 20% of L.J.'s business revenue is derived from use of the

18 Uber App. Both Star and L.J. have a separate book of business and affiliate work and if I were

19 required or limited to using only Uber these companies would not survive.

20           5.     Star currently employs 15 drivers and they all use the Uber App. L.J. does not

21 currently employ any drivers. L.J. leases the vehicles to Star and then Star drivers use the vehicles.

22 All expenses related to these cars such as gas and maintenance are paid for by the companies.

23           6.     The strategy Star and L.J. use is that the Uber App is used in between scheduled

24 rides. Uber App is then used to fill gap-time and logging into Uber is purely based on the day-to-day

25 schedule of the companies and where there is downtime. However, the drivers for Star do log onto

26 Uber daily, but Uber does not require a driver to have a set minimum amount of time that they have

27 to stay logged in to the Uber App.

28           7.     I am free to accept or decline trip requests generated through the Uber App and my

CLASS MEMBER DECLARATIONS 776

1   drivers are fully aware of this as well.  In the event that I receive a call to the companies for a job

2   and receive a trip request through use of the Uber App I will choose the call over the Uber App.  The

3   reason being is that I am ultimately trying to grow my businesses and clientele.  By accepting the

4   passenger that calls my business I am potentially developing the opportunity for continuous

5   business.  Uber never sets Star's drivers schedules.  Instead Star sets its drivers schedules.

6       8.      When I first signed up for Uber on behalf of the companies the drivers were given an

7   in-person orientation and were required to pass a city knowledge test.  Uber did initially provide

8   suggestions for UberBlack service; however, Star and L.J. were already providing most of these

9   suggestions as a result of their own internal policies.  Also, Uber does not have a dress code, but

10  again Star and L.J. do have a dress code requirement that is employees are required to follow.

11      9.      Uber sends me weekly emails and occasionally text messages.  I read the emails

12  approximately half the time.  These emails sometimes contain pro-tips such as using a Bluetooth

13  head device.  I find these tips helpful, but I understand that my companies and drivers are not

14  required to follow these tips and most of the time we are already provided certain services.

15      10.     My understanding of the rating system is that the client gives concerning their overall

16  satisfaction of the ride, which Uber then uses to determine who they will continue to do business

17  with.  I understand that ratings are determined entirely by the passengers and that Uber has not

18  control over how the passenger decides to rate the service.  I tell my drivers or when driving for

19  myself I try to do certain things to improve my or their rating such as: greet with a smile, keep car

20  clean, open doors, provide fresh water bottles, wipe the seats and fingerprints off doors, remove

21  sunglasses, and other common sense things that I believe are beneficial to my companies as a whole,

22  not just for purposes of the Uber App.

23      11.     I communicate with Uber on an as-needed basis, which is not that often.  When I do

24  contact them it is through email and the emails generally concern getting drivers' onboarded so that

25  they can use the Uber App.  Uber however does not contact me individually and if they have it has at

26  most a handful of times.

27      12.     Generally the expenses I incur in maintaining my business and the cars are oil, tires,

28  shocks/springs, engine repairs, insurance, car washes, garage expenses, workers compensation,

CLASS MEMBER DECLARATIONS 777

1  general liability business insurance, and commercial insurance. When filing taxes I itemize these

2  expenses for purposes of business deductions. I receive a 1099 form from Uber, which I use when

3  filing taxes for the companies.

4       13.    There are times that passengers will offer tips to the drivers and I have told my

5  drivers to accept the tips.

6       14.    My understanding of my relationship, my drivers' relationship with Uber, and my

7  company's relationship with Uber is that we are independent contractors. If anything I look at Uber

8  as a business affiliate, but not as my employer. When I signed up my companies for Uber I intended

9  on them and my drivers to be independent contractors.

10      15.    Uber has no control over when Star drivers take meal and/or rest breaks. Instead

11  when the driver's take their meal and/or rest breaks is entirely decided by Star.

12      16.    I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

16  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

17  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

18  not have to provide any written statement. I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23      Executed at San Francisco, California this 28th day of May, 2015.

24

25

26                                      ROBERT MCKENZIE

27

28

---

3

DECLARATION OF ROBERT MCKENZIE

## DECLARATION OF VLADIMIR V. MEISNER

I, Vladimir V. Meisner, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 57 years old and live in Ventura County.  I generally use the Uber X and Lyft apps simultaneously and have been using both since January 2015.  I will take the first request that comes in, whether it comes through the Uber or Lyft app.  Based on popularity, about 90 percent of the leads I accept come through the Uber app, however.  I feel free to use the Uber and Lyft apps simultaneously.

3.      The primary reason I use the Uber app is because it provides me flexibility.  I generally turn the Uber app on around 6:00am and then drive until 9:00am when I check to see how the surf is that day.  If the surf looks good, I will take a break for a couple of hours and then hop back on the app when I am finished.  I appreciate that Uber never requires me to log on for any minimum amount of time and does not set my work schedule.  I understand that I am self-employed and appreciate that aspect of the job.

4.      Uber does not restrict me from engaging in a second occupation and in fact I did have a second job when I first started using the Uber app.

5.      I have a 4.83 star rating but I want 5 stars.  I try to maintain my car and keep the inside and outside clean.  Sometimes Uber will email suggestions on how to improve a star rating but I have never considered these emails requirements or instructions.

6.      I rarely contact Uber and I if I do, it is only because the app stops working or something like that.  I read the emails Uber sends but they rarely reach out to me directly.

7.      I pay for all of my own expenses.  These include gasoline, maintenance, monthly car payments.  I record all of my business expenses by putting them on my business credit card.  I bought a Prius because I knew I would pay for gasoline while using the Uber app and wanted to cut down on that expense.

CLASS MEMBER DECLARATIONS 779

8.      Uber never told me that any part of the fare was a tip and I have never seen anything about tipping.  Maybe ten percent of passengers tip me in cash; it is usually $2 or so but can be as high as $20 for one trip.

9.      It is up to me when and where I take breaks during the day.  Uber has never told me when or how frequently to take breaks.  I do not know if there is an upper limit for breaks but if there is I have not reached it.  I feel very comfortable turning off the Uber app during breaks.

10.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
VLADIMIR V. MEISNER

2
DECLARATION OF VLADIMIR V. MEISNER

### DECLARATION OF VICTOR MEJIA

I, **VICTOR MEJIA**, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 46. I live in Koreatown. I use Uber Plus. I drive a BMW for Uber Plus, which I only use when I'm driving for Uber. I started driving for Uber Plus 6 months ago, which is kind've like Uber Black. I do not drive for UberX because the fares are too low and my care is too expensive to run. I do not have another job right now as I resigned before I started driving for Uber. I have to pay for my own gas and food.

3.      Uber does not set a schedule for me and I just log in when I want to. I prefer to get started around 10 or 11 in the morning. Then I take a break around 1 in the afternoon until around 6 in the evening. I usually go home and sleep. I can take a break whenever I want, whenever I feel tired. Sometimes I just turn off the app and relax in my car on the street. I'm then busy from around 6 p.m. to about 1 a.m. I choose to drive in the West Hollywood area because I feel like I get the most calls there. Uber will sometimes text me that certain areas are busy, but I don't have to drive in those areas if I don't want to. Uber does not restrict me from having another job and I am looking for another job because I have not been making enough money with Uber.

4.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

---

CLASS MEMBER DECLARATIONS 781

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3

4    Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                                      VICTOR MEJIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF VICTOR MEJIA

1          **DECLARATION OF TESFAYE MEKONNEN**

2          I, Tesfaye Mekonnen, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

4     where otherwise indicated, all of the information contained herein is based on my personal

5     knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      My full time job is as a cashier at a parking lot, Laz Parking in San Francisco,

7     California. I work at Laz on Monday to Friday, from 10 p.m. to 6 a.m. during the graveyard shift. I

8     have worked in the parking industry for about 8 years. I came to San Francisco from Ethiopia about

9     10 years ago.

10         3.      Starting in 2010, I would drive a taxi for Luxor Cab part time, usually on Sundays

11    and Mondays. I was an independent contractor. I took a course and an exam and was given a badge

12    number to drive a taxi. I would work a 10 hour shift each time I drove for Luxor. I would have to

13    pay about $92.50 per shift to Luxor to use their taxi. If I decided not to drive or had to cancel for

14    some reason, I would still have to pay $92.50, even if I was not driving. I did not like this because

15    the choice was to pay or drive. There wasn't very much flexibility.

16         4.      I first started using the Uber app in about August 2014. My friend, who used to drive

17    a taxi for Yellow Cab, told me about Uber and recommended that I should drive. He told me that he

18    had the same problem that I had—he would have to pay Yellow Cab money if he wanted to take the

19    day off. He told me that he terminated his relationship with Yellow Cab, had bought a car, and

20    started driving using the Uber app. I liked what I heard from him, so I decided to do the same and

21    terminated my relationship with Luxor.

22         5.      Before signing up for the Uber app, my wife and I were thinking of getting a new car.

23    Around the same time, my friend recommended that I sign up for Uber. So it was good timing. I

24    bought a black 2011 Acura TSX. I put a down payment on it, and I make monthly payments on it.

25    If I drive two or three days using the Uber app, then the payments are made. The rest, I can save or

26    use for other things.

27         6.      After I bought the Acura, I signed up online for Uber. I sent in a picture of my car,

28    car registration, driver's license, and insurance information. I also got my car inspected and sent in

---
1
DECLARATION OF TESFAYE MEKONNEN

CLASS MEMBER DECLARATIONS 783

1 | the report. I uploaded all the paperwork to Uber's website. I also had to go through a background

2 | check. About a week later, I was authorized to use the app.

3 |     7.    After I had been driving about a week, Uber offered me to go to a training. The

4 | training wasn't required, but I thought it would be helpful to go to even though I already had

5 | experience in the taxi industry, so I went. The training was in Bayview, but it was through another

6 | company that partnered with Uber. The training was about 2 hour long, and at the end, I took a test,

7 | and I passed on the first try. I understood that many of the topics covered were suggestions, but I

8 | still found them to be very helpful.

9 |     8.    Before I started using the Uber app, Uber sent me an iPhone preloaded with the app.

10 | I did not have to pay a deposit. But every week, I pay Uber $10 as a data fee. Uber gave me the

11 | option to use my own iPhone and load the Uber app there, but I decided not to do it because I wasn't

12 | sure how the app would work on my phone and wanted to keep it separate. It was and has always

13 | been my choice to have a separate phone to use Uber.

14 |     9.    I don't use the Uber app every day. I use it a few days a week, usually Wednesday,

15 | Thursday, Friday, and Saturday. On Wednesday, Thursday, and Friday, I normally start using the

16 | app around 6 p.m. and log off around 9 p.m. or 9:30 p.m. I start work at Laz at 10 p.m., so I just

17 | make sure that I am logged off the Uber app with enough time so I can get to work at Laz by 10 p.m.

18 | Sometimes I drive using the Uber app on Sundays, but usually only if there is a special occasion, like

19 | Bay to Breakers, when I know I can make more money.

20 |     10.    Uber has never required that I log into the app any specific amount of time. There

21 | was a one week period where I did not use the app at all, and I didn't get in trouble or anything.

22 | Uber did not suspend my use of the app or anything like that.

23 |     11.    I use the Uber app to have extra income to support my family and save money for my

24 | children's education. I made the switch to Uber from Luxor because Uber is much more flexible.

25 | When I was driving for Luxor, if I had to cancel, I would still pay to pay them a fee. With Uber, if I

26 | don't want to drive, I pay absolutely nothing. I only pay when I drive, and that's why I like it.

27 |     12.    I also like driving Uber because I am my own boss. I can drive one hour, two hours,

28 | or however many hours I want. There is no limit whether I work day or night, or what days of the

---

2

DECLARATION OF TESFAYE MEKONNEN

1    week I work.  And I can drive anywhere in the Bay Area.  I can make my schedule whenever and

2    however I want.  There is no pressure from anyone at Uber to work a certain way.  I have freedom to

3    work when and how I want.

4          13.    Uber sends me emails.  I'm not required to read them, but I like reading them because

5    I think the emails provide a lot of useful information about how to run my business.  For example,

6    Uber sends emails about big events when we can make more money.  They also send emails about

7    road closings and what roads to avoid.

8          14.    Every two weeks, Uber sends a report about our ratings, what customers say about us,

9    how much we are making on average, and things like that.  I review that report because I'm curious

10   what my customers say about me and to see where I am in terms of other drivers who use the Uber

11   app.

12         15.    Every week, Uber sends me a payment statement that shows how much money I have

13   made, how much was deducted as Uber's licensing fees, etc.

14         16.    I keep records of my business expenses when I drive using the Uber app so that I can

15   itemize them for tax purposes.  I also did this when I was driving for Luxor.  I keep track in a

16   notebook for when prepare and submit my taxes.   At the end of the year, I get a 1099 from Uber.  I

17   think the income I generate using the Uber app is about 20% of my yearly income.

18         17.    My expenses are gas, car washes and cleaning, oil changes and other routine

19   maintenances, car payments, and car insurance.  I pay for all of these myself.

20         18.    I have full coverage car insurance on my car, which I selected and which I pay

21   myself.  I decided what insurance to buy for my car.  Uber did not tell me what insurance to buy.

22         19.    I make the payments on my car using what I make using the Uber app.  Because I am

23   making extra money using the Uber app, it's easier to make the payments.

24         20.    Uber does not tell me when to put gas or what gas station to use.  Uber sent a

25   notification about a gas station that provides a 10% discount.  I don't really go to that gas station

26   because it's not convenient from me.  I get gas from wherever whenever.

27         21.    Uber also sent a message about a place we could get discounts for oil changes and

28   maintenance.  But I don't get my oil changes there.  My car still has a warranty so I go to Acura to

---

3

DECLARATION OF TESFAYE MEKONNEN

1    get oil changes there and for maintenance.

2         22.     Uber also gave the option to get a discount with AT&T, but I get a better discount

3    through my wife's work, so I do not use that.

4         23.     When I drive, I display the Uber logo. I also display the orange logo for the airport. I

5    put the logo on my car because I want my customers to be able to identify me from far so they know

6    I am coming.

7         24.     I have had such a good experience using the Uber app, that I have recommended

8    friends to use the Uber app so that they can also make extra money. I told one of my friends who

9    lives in Atlanta, who has a full time job as a doorman for a company, to sign up. I think he just

10   started about 2 weeks using the Uber app.

11        25.     When I signed up to drive using the Uber app, I signed an agreement and understood

12   that I would be an Uber Partner. I understood that Uber would take a portion of the fare as a

13   licensing fee. Since I signed up, Uber has taken 20% of every fare that I have generated using the

14   Uber app.

15        26.     I have always understood that the fare would be all inclusive and that customers

16   would not be tipping. Sometimes, but not often, a customer will offer me a cash tip. I just tell them

17   that they don't have to and say "no, thank you."

18        27.     I have given this testimony completely voluntarily and without any coercion

19   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

20   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

21   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

22   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

23   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

24   not have to provide any written statement. I also was specifically told that I could participate in the

25   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

26   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27   //

28   //

---

4

DECLARATION OF TESFAYE MEKONNEN

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this _18_ day of May, 2015.

4                                               _____

5                                                    Tesfaye Mekonnen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
DECLARATION OF TESFAYE MEKONNEN

**DECLARATION OF WOSSENYELEH MEKONNEN**

I, Wossenyeleh Mekonnen, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been an UberBlack and UberPlus driver for about one year and two-three months.  I am a self-employed businessman and I am also a freelance accountant.  When I have my own freelance accounting assignments, I do not log into the Uber App.  I like to work for Uber because I am not an employee and I can continue to do my other work.  I continue to work for Uber only when I need to while having my own business and family priorities and I value having this flexibility.  The main reason I drive for Uber is the flexibility to work my own hours and be my own boss. There is no obligation by Uber for me to conduct my business in whatever fashion that I want.

3.      As an accountant, I have a good understanding of the IRS' requirements for an independent contractor or employee. From my point of view as an accountant, I understand that I am clearly an independent contractor for Uber and I have never been their employee.

4.      I am a subcontractor and I drive for a direct partner who operates several cars.  I am in independent contractor of the direct partner. I pay the lease for the car to the direct partner. The direct partner gets paid for my fares through Uber and then he pays me every Friday. The direct partner owns the vehicle and has named his company "Ambassador DSN Serv." I understand that the direct partner is a business owner as well and an independent contractor.

5.      I don't have any set schedule and can work any hours as I wish.  I try to work very efficiently for about 40 hours a week. My strategy is to work in peak hours in high demand locations so I try to start my day in particular locations at particular times depending on the day of the week. I also consider surge pricing in my strategy so that I can maximize my profit. I have achieved probably 80-85% efficiency in my hours by starting in particular places on each particular day and time that is able to give me some level of predictability as to the routes that I will be taking to maximize my efficiency. After gaining a lot of experience, I have developed the skills to be able to maximize my profit. I live in Inglewood so the airport is close to me and I have a good sense of

1
DECLARATION OF WOSSENYELEH MEKONNEN

1   when people will be arriving and there will be high demand so that is typically where I start my day.

2   6.      I avoid working in the areas where people are leaving bars and clubs because I don't

3   have a very good experience with them as they are sometimes rude.  Uber suggests various areas

4   with more demand but I am never obligated to go there if I don't want to. These suggestions are just

5   tips to help me but it is my decision if I want to go.

6   7.      When the traffic builds up too much and I know that I might have trouble getting to

7   certain places, on a few occasions, I might decline a ping and/or turn off my App so that I am not

8   pinged. I have never gotten in trouble in any way from Uber for declining a ping and/or turning off

9   the App.  Uber has never threatened to discontinue my App for any reason.

10   8.      I know that I can sign up for other car sharing companies.  I used Toro for a while

11   simultaneously with Uber but I have decided to only use my Uber App now.  I found it very

12   distracting to use multiple programs at the same time and it is my philosophy and business strategy

13   that in order to increase my efficiency, I should be an expert in one company. Becoming an expert in

14   Uber has helped me maximize my profit so I avoid using multiple companies.

15   9.      Passengers rate me based on their own perception.  Uber does not control or influence

16   my rating. To maintain a high rating, I make sure that I pick passengers up on time, help with

17   luggage, serve water, and drive the most efficient route.  I sometimes to give them the choice as to

18   their preferred route and I drive safely and efficiently.

19   10.     I receive weekly emails from Uber and although I don't have to read them, I always

20   read them because it has good information and facts for the operation of my business. These emails

21   have a lot of tips that help me improve my profit and I appreciate the emails very much.

22   11.     My business expenses include payment of my lease, gas, car cleaning, my meals,

23   water and snacks/gum for the passengers. As an accountant, I keep detailed records of all of these

24   business expenses because I want to account for all of these costs as a tax write-off when I file my

25   1099.

26   12.     I file and handle my own taxes and I fill out a 1099 and account for all my business

27   expenses. I indicate on my 1099 that I am self-employed. I have never received a W-2 from Uber.

28   13.     Uber suggests that we dress in a manner that is presentable but these are just

2

DECLARATION OF WOSSENYELEH MEKONNEN

1   suggestions based on basic professionalism standards. Uber does not have a uniform or a mandatory

2   dress code.

3        14.   I take a lunch break whenever I want. I either go home for a meal or go purchase

4   food. I take my lunch breaks at different times every day depending on when I am hungry and what I

5   have scheduled for the day. I always turn my Uber App off when I start driving towards my home or

6   restaurant to eat.  My App is typically turned off for about 45 minutes when I decide to take a meal

7   break.

8        15.   Whenever I want to take a rest break, use the restroom, or get coffee, I turn my App

9   off as well. However, I typically work for three to four hours at a time. I will go home and pick up

10  my kids, do my own work, have a meal, or run my own errands. When I am done with my personal

11  matters, I will often work again for another couple of hours.

12       16.   I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

17  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

18  not have to provide any written statement.  I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21       I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23       Executed at Los Angeles, California this 2‾7th day of May, 2015.

24

25                                    _____
                                      WOSSENYELEH MEKONNEN

26

27

28

—————————————————————————————
3
DECLARATION OF WOSSENYELEH MEKONNEN

CLASS MEMBER DECLARATIONS 790

1      **DECLARATION OF BRYAN MICHAEL MELHUS**

2      I, Bryan Michael Melhus, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4      where otherwise indicated, all of the information contained herein is based on my personal

5      knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I am a 22 year old male living in Fremont, California in Alameda County.  I use the

7      Uber application to provide UberX services. I started using the Uber application approximately two

8      months ago.  I am a direct partner with Uber.  I have a 2014 Honda Accord.  My parents own the car

9      but it is registered under my name.

10     3.      I am a student and I use the Uber app part-time.  I also use the Lyft app part-time.

11     When I provide transportation services, I am using Uber 80% of the time and Lyft 20% of the time.

12     I am free to use both applications simultaneously.

13     4.      My strategy is to focus on certain areas for certain surge hours.  Specifically, I focus

14     on Downtown Berkeley, Downtown Oakland from 9 p.m. to 4 a.m. Thursday through Saturday.

15     Uber does not assign me to any specific areas. I am free to reject or accept any leads I receive using

16     the Uber app. I consider myself working for myself when I log onto the Uber app.  I do not work for

17     Uber.  I choose to work the hours that I do because I can work when I do not have class.  Also, I

18     choose to work in areas like Downtown Berkeley because the entire city can be in a surge zone at

19     certain times so I can make more money and I get a better rating because the passengers are

20     generally my same age range.  Also, I work on heavy college party nights, which also means more

21     money.  I like the flexibility.

22     5.      Uber gave me suggestions on how to treat passengers during an introduction video

23     when I signed up for Uber.  I follow all of their suggestions.  I am not required to follow their

24     suggestions.  I follow their suggestions because I think that as an Uber partner I want follow their

25     suggestions to get a higher rating and to give a positive experience to passengers.  I have a self-

26     serving interest because happy passengers will give me a higher rating which will help my bottom-

27     line.  My rating is a 4.96 currently.

28     6.      I have not communicated with Uber yet.  Uber communicates with me through

---

1

DECLARATION OF BRYAN MICHAEL MELHUS

CLASS MEMBER DECLARATIONS 791

1    automated email updates that tell me about events in the Bay Area that may cause surges.

2         7.    My expenses for the services I provide include gas, maintenance, financing the car,

3    and car insurance. Uber does not tell me what insurance to buy. I keep a record of my gas expenses.

4    I plan to report these business expenses when I file my taxes.

5         8.    I am allowed to take tips from passengers. I take tips from about 10% passengers per

6    night I work. The tips range from $1-$20.

7         9.    I read and understood the Licensing Agreement when I first signed up to use the Uber

8    application. I understood the terms of the agreement. I intended to be an independent contractor

9    when I agreed to the agreement. I want to stay as an independent contractor. I like the status quo. I

10   do not want the way I use Uber to change. I believe as independent contractors we have more

11   incentives to make more money. I also like the flexibility. Uber helps me go to school and to pay

12   for school.

13        10.   I have given this testimony completely voluntarily and without any coercion

14   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

17   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

18   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

19   not have to provide any written statement. I also was specifically told that I could participate in the

20   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22        I declare under penalty of perjury under the laws of the United States of America and the

23   State of California that the foregoing is true and correct.

24        Executed at San Francisco, California this 19th day of May, 2015.

25                                              _____
26                                              BRYAN MICHAEL MELHUS
27
28

---

2

DECLARATION OF BRYAN MICHAEL MELHUS

1

### DECLARATION OF JONATHAN TIPTON MEYERS

2

3      I, Jonathan Tipton Meyers, do hereby swear, affirm and attest as follows:

4      1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

5 where otherwise indicated, all of the information contained herein is based on my personal

6 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

7      2.      My name is Jonathan Tipton Meyers, and I am 50 years of age. I am currently a

8 resident of Los Angeles, Los Angeles County, California, where I have resided there for the past four

9 years.

10      3.      I'm a freelance writer, and to make side money, I have driven with Lyft since

11 approximately August 2014, with UberX since approximately September 2014, and with UberPlus

12 since October/November 2014. I have been increasing my hours driving with UberX and UberPlus in

13 the last few months, and since approximately April I have driven 40 or more hours with the Uber

14 App. I like using both the Lyft and the Uber Apps because I can generate customer leads using both

15 Apps--for example, if the Uber App is a little slow, I can use the Lyft App to generate leads, or vice

16 versa. I've never had any issue with using both Apps.

17      4.      I choose to drive in the morning during the week, and during the evenings in the

18 weekend. I think the job is metaphysical--I try to stay open to every driving experience, and allow

19 each ride to just organically lead to the next. I usually end up touring the whole city every day. I

20 also try to accept any request that I can, although I don't feel obligated to accept a ride (for example,

21 I usually don't accept rides that originate at the airport, because I've had bad experiences there

22 before). Uber has never threatened to suspend my account because I have declined a request. I take

23 surge and promotional pricing into account, but I don't feel obligated to change my driving schedule

24 just because pricing may be rising.

25      5.      I value the sincere connection between people, because I think that Los Angeles is a

26 city that desperately needs connection. As a result, I value my personal rating as a drive (which is

27 4.92) because it makes me feel more connected with the people of this city. That's why it matters to

28

---

1

DECLARATION OF JONATHAN TIPTON MEYERS

me.  I also go out of my way to try to personalize the experience by making an effort to dress professionally, and by reminding passengers to take their keys and their phones when they leave, and by trying to remind myself that riders (who are often used to taking traditional cabs) might not be used to some of the features of the Uber App, so I may (for example) send a text or call them to let them know when I'm arriving to pick them up.  I know that many riders like to sit in the front seat, so I let them do that.  With that said, I also stand my ground on issues that I personally think are important:  for example, even though I know that it can annoy some riders, I will often ask my passengers to put on their seatbelts.  My understanding is that my rating as a driver is generated solely by the passengers, and that in turn I get to rate the passengers that I have.

6.   I've never personally experienced a situation where I felt that it was appropriate for me to reduce a fair from the suggested Uber fair for a specific passenger, but I think I would be willing to do that if an appropriate situation arose.  With that said, the opposite is also true: I will take into account factors like the time of day, what kind of neighborhood I'm in, and the rating of the passenger when I'm deciding whether I'm going to accept a request (although I really make an effort to accept requests).

7.   I communicate with Uber pretty frequently.  I won't read emails if I think they look repetitious or superfluous, but I will read emails that look like they might be useful for me.

8.   My understanding of my fee arrangement with Uber is that the fare is all-inclusive, and there's no need for the customer to tip me.  I receive 80% of the fare, and Uber takes 20% of the fare.  I rarely get cash tips, although it does occasionally happen--maybe once in a hundred rides.  My understanding is that I get to keep 100% of those cash tips for myself.  I usually get about $1-5 on the rare occasions when I do get a tip.

9.   I think what makes me an independent contractor is the fact that I have so much flexibility in setting my hours and location, and the fact that my ratings as a driver are determined by my customer rather than by Uber directly.

10.   I really like being an independent contractor.  I intend to file taxes as an independent contractor next year, and I plan to do research into what I can write off as business expenses in

1   connection with making that filing.   If Uber *were* to inform me that they wanted to make me an

2   employee (rather than have my continue to work as an independent contractor like I am now), I'm not

3   certain that I would continue to drive with Uber.

4       11.   I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

9   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

10  have to provide any written statement.  I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13      I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15

16      Executed at Los Angeles, California this 26th day of May, 2015.

17

18      _____

        Jonathan Tipton Meyers

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF JONATHAN TIPTON MEYERS

CLASS MEMBER DECLARATIONS 795

1    **DECLARATION OF WILLIAM MOORE**

2    I, WILLIAM MOORE, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto. I have

6    resided in Belmont for about 7 years.

7    2.    I am a retired truck-driver with a commercial driver's liscence and am a direct partner

8    with Uber. My only other source of income is social security. I know that I can drive with other

9    companies such as Lyft, but I prefer to use the Uber App.  It's entirely up to me whether I choose to

10    drive with other companies.

11    3.    As a driver, I use UberX. I decided to start using the UberX App around September 4,

12    2014, several months after I retired. Last year after retiring I was looking for a way to occupy my

13    spare time. My sons were drivers for Uber and one of them referred me. I applied online and

14    submitted my driver's licenses, inspection report, proof of insurance and other paperwork over the

15    internet. I don't recall whether I signed a contract when I began my relationship with Uber, but it is

16    possible. Uber performed a background and sent me copies. I was able to start using the App within

17    a few days of finishing the application.

18    4.    As I was signing up, I viewed some videos on safety items that also provided

19    information about Uber and some recommendations. I don't recall being told I had to do anything in

20    order to use the Uber App.

21    5.    I understood at the time I signed up for the Uber App that the proceeds from each ride

22    would be split 80/20. Uber never represented to me that the Uber fare included an amount for a tip,

23    and do not believe this to be the case. Sometimes passengers offer tips and I accept them. This is

24    fairly uncommon – I think I have received about six tips since I started driving. The tips are usually

25    somewhere between $5 and $20. To my knowledge, Uber does not prohibit our accepting tips. Uber

26    has never threatened to suspend my account for accepting tips. They have no way of knowing if I

27    accept a tip, anyway.

28    6.    I have been an independent contractor in various vocations for about 20 years. I like

1
DECLARATION OF WILLIAM MOORE

CLASS MEMBER DECLARATIONS 796

1  being an independent contractor because I can make my own decisions. I can decide how to treat and

2  interact with others. The only considerations are keeping the customer happy. My impression when I

3  started using the Uber App was that I would be an independent contractor. I want to continue being

4  an independent contractor.

5          7.      When driving with Uber I use my Chevrolet Equinox, which I bought in June or July

6  of 2014, just after I retired. I rent my iphone from Uber for $10/week.

7          8.      Uber is a perfect fit for my lifestyle. It keeps me occupied for the time I want to be

8  occupied during the hours I want to work. I try to drive in the early morning to focus on the airport

9  rides because I like to drive before the traffic gets heavy. If I am around home at lunchtime, I stop

10  there and eat, and sometimes take a nap before deciding whether to go back out.

11          9.      Driving with Uber also allows me to enjoy travelling with my wife. In January we

12  took a month-long cruise to Antarctica. Our next trip is to Hawaii. I could not find any other kind of

13  work that would allow me to do these kinds of trips.

14          10.     The flexibility Uber provides has also been great for my health because it lets me take

15  time out about three days a week to go to the VA facility where I do swim therapy. This has allowed

16  me to stop walking with a cane. In short, driving with Uber is perfect for retirement. I have even

17  recruited some of my retired friends who are looking for something to do for part of the time.

18          11.     I have never used a ride-sharing app with another service. I know that I could do so,

19  but prefer to use Uber because it meets all of my need and provides me enough business.

20          12.     I treat my work driving with Uber as a business and consider myself to be self-

21  employed. I track my income per month on my phone and actually make more money driving with

22  Uber than I made driving a truck due to the lower fuel consumption per mile and cost of fuel. I

23  consider the cost of gasoline, maintenance, carwashes, waterbottles, mints, and miscellaneous

24  supplies to be business expenses. I pay for all of these expenses and I record them daily. I also

25  deduct these expenses from my taxes. This year we were able to take a substantial deduction for

26  depreciation on the car I drive when using the Uber App. I report the income I receive from driving

27  with Uber including the occasional tip.

28          13.     I receive a 1099 from Uber. I report myself as self-employed when I file my taxes.

2

DECLARATION OF WILLIAM MOORE

14.     I log onto the Uber app between 3 and 5 times per week. I don't keep any set schedule except for tending to drive in the mornings because I wake up early naturally. I just log on when I feel like taking a few rides. In a typical week, I spend between 10 to 15 hours logged onto the Uber App.

15.     Uber makes recommendations about the hours we should consider working if we want to make more money. Uber sends these via a weekly email. I don't pay attention to them, and I work on my own schedule. Uber has never contacted me about not following these suggestions or suggested that my account would be deactivated if they were not complied with.

16.     I accept leads pretty much all of the time when I am logged on to the Uber App because I only log on to the App when I want to receive leads. However, I am free to decline leads if I want to. Uber has never threatened to suspend my account if I did not accept enough leads.

17.     Uber and Lyft all offer apps that an independent driver like me can use to book passengers. I know that I can drive for Lyft in addition to Uber. These two companies compete with one another for market share.

18.     One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on. This is called a "surge." The surge pricing results in me making more money per ride. However I don't chase surge pricing because surges tend to be in congested cities where I prefer not to drive.

19.     When I log onto the App, I do not consider myself to be driving "for Uber" because I am driving for my own business. The only person I have to keep happy is the customer.

20.     Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

21.     Uber is extremely flexible. Uber never sets my schedule, requires me to accept a particular trip request, or assigns me territory. In fact, the Uber drivers I know, including my sons, range all across California, logging in whenever and wherever they feel like it. The flexibility Uber provides is a big part of what I like about the App.

22.     Passengers I book using the Uber app can rate my services from one to five stars. I have a rating of approximately 4.86. I consider this to be a good rating. I get concerned if I see a

DECLARATION OF WILLIAM MOORE

1   rating that is low. I don't do anything to improve or maintain my rating because this rating is fairly

2   high. I don't think that my decision not to follow Uber's suggestions has contributed to my rating,

3   one way or the other.

4       23.     Uber does not require me to wear any specific type of clothing when I'm providing

5   transportation services.

6       24.     May 18th is the first time I have ever been to one of Uber's offices. I have contacted

7   Uber on only a few occasion for miscellaneous reasons.

8       25.     I have given this testimony completely voluntarily and without any coercion

9   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

10  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

12  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

13  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

14  not have to provide any written statement. I also was specifically told that I could participate in the

15  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

16  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17      I declare under penalty of perjury under the laws of the United States of America and the

18  State of California that the foregoing is true and correct.

19      Executed at San Francisco, California this 18 day of May, 2015.

20

21                                              WILLIAM MOORE

22

23  Firmwide:133590310.1 999999.6092

24

25

26

27

28

---

4

DECLARATION OF WILLIAM MOORE

CLASS MEMBER DECLARATIONS 799