## DECLARATION OF ALAN MICHAEL MORAN

I, Alan Michael Moran, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently live in French Camp, CA and currently use the UberX platform to complete trip requests. I am retired. Before retirement I worked as a checker at Savemart.

3.      I signed up to drive for UberX in March 2014. I became interested in UberX after seeing it listed as a job opportunity on my smartphone. I was originally considering being a taxi driver, but was attracted to the flexibility of Uber. I do not have a commercial or other specialized license.

4.      Before signing up with UberX, I completed 64 trips as a driver through Lyft. While driving with Lyft, I did not drive through UberX. I drove through Lyft primarily in Stockton, CA. I was attracted to Uber because it was better operated than Lyft and had more customers. Uber never told me that I could not drive for other drive apps.

5.      I value the flexibility that Uber provides. I drive over 75 miles into San Francisco when I want to use UberX because I like spending time in San Francisco but do not want to pay the property values over here. When I want to drive for UberX, I first drive to Baker Beach in the late afternoon. I sit and enjoy the beach for awhile, then turn on the app around 6 p.m. and accept requests until 2 a.m. I do not like driving in traffic because my 2013 Ford Focus has a manual transmission, so I generally drive during the weekdays. There is too much traffic on the weekend and there are a lot of other drivers completing requests, so I don't get as many requests. Uber never tells me where or when to open the app. I could drive in Stockton—I just don't want to. Just the other day I worked in Berkeley because I wanted to see the city and the Bay Bridge was packed. My wife also drives for Uber, so sometimes we will turn off our Uber apps to take a break together in San Francisco. Other times she wants me to keep working, but I'll park the car near a hill and go take in the view. I enjoy taking these breaks and seeing new places when I feel like it.

6.      I turn on the app at Baker Beach regardless of whether there is surge pricing in the

CLASS MEMBER DECLARATIONS 800

1   area.  After the first ride, I try to follow the "heat map" of surge prices on the Uber app.  I don't

2   always drive within the heat map, but it's nice to take surge fares so I tend toward areas where there

3   is a lot of demand.  My main goals, however, are to help people and just enjoy the driving.  I will

4   turn my app off when I'm in areas where I feel unsafe or there are street fights.

5       7.    I own the 2013 Ford Focus that I use to complete trip requests, but I am still making

6   payments on it.  I bought it before I considered driving through Lyft or Uber.  I cover vehicle

7   maintenance costs, gas, my own insurance, and all other expenses associated with the vehicle.

8       8.    I have not done any training through Uber.  I have not watched any YouTube videos

9   or attended any in-person trainings.  When signing up with Uber app, I was not aware of any training

10  opportunities with Uber.  I think Uber could provide more training for its app users.  For example, I

11  do not like accepting ride requests to the airport because I do not know whether an Uber driver is

12  authorized to operate at the airport.  I subscribe to RideShare Dashboard, a regular email that gives

13  independent news and suggestions for drivers of Uber, Lyft, and Sidecar.  I picked up some training

14  suggestions through these emails.  Uber may have suggested that I wear a shirt with a collar—I

15  remember seeing that on television—but these were not requirements.   The suggestions were

16  primarily intended for UberBlack drivers.  I am not aware of any driver etiquette requirements for

17  UberX drivers.

18      9.    I use UberX on an iPhone provided by Uber.  I currently lease the phone for $10 a

19  week.  I also have the UberX app on my personal smartphone, but I do not want personal calls to

20  interfere with my driving.  I keep my personal phone down in the console, unless the passenger does

21  not input his or her destination, in which case I use my personal phone for navigation and voice

22  commands.

23      10.    My star rating is currently a 4.86.  I do small things for my passengers to maintain my

24  star rating.  I keep bottled water and cookies in the back seat because Lyft and my grandkids

25  encouraged me to.  Uber has never reprimanded or threatened me with termination for any aspect of

26  my driving performance.   Once Uber sent me an email congratulating me for being in a top

27  percentage of star ratings.  Uber also sends me event notifications by emails.  I often avoid the big

28  events because the traffic is terrible and it will take a long time to complete only one request.  Even

2
DECLARATION OF ALAN MICHAEL MORAN

CLASS MEMBER DECLARATIONS 801

1  if that request is three times the price of a normal request, I could complete four rides during the

2  same time driving elsewhere in the city.

3          11.     About eight months ago I visited the Uber Partner Services Center on Vermont Street

4  in San Francisco.  An Uber representative told me that there are no tips through the Uber app.  If a

5  passenger wants to tip me in cash, however, I am free to take it.  There's no way for Uber to take my

6  tips, since people can't tip through the app.  I do not request tips, but I have accepted cash tips about

7  four times while completing UberX requests.  There was no "average" tip—one was about $20,

8  another was $2, and another was $5.

9          12.     My wife did my taxes.  I do not know whether I reported my income as self-

10  employed.  I also do not know which tax form was applicable to my situation.

11          13.     I have given this testimony completely voluntarily and without any coercion

12  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

13  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

15  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

16  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

17  not have to provide any written statement.  I also was specifically told that I could participate in the

18  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

19  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20          I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22          Executed at San Francisco, California this 18th day of May, 2015.

23

24                                                  Alan Michael Moran

25

26

27

28

                                        3
                        DECLARATION OF ALAN MICHAEL MORAN

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
     MANAHAN, WILSON ROLLE, JR, and
13   WILLIAM ANDERSON, individually and    **DECLARATION OF JAMES MORGAN**
     on behalf of all others similarly situated,
14
                  Plaintiffs,
15                                         Complaint Filed: August 16, 2013
          v.                               FAC Filed: May 30, 2014
16
     UBER TECHNOLOGIES, INC.,
17
                  Defendants.
18

19

20

21

22

23

24

25

26

27

28

1

2      I, James Morgan, hereby declare as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      I own and operate a notary business called Mobile Notary 2U.  I advertise my

7   business on Facebook and Yelp, as well as on referral websites used to locate notaries.  I primarily

8   provide notary services to borrowers signing off on loans from banks.  What makes my business

9   different is that I will drive to the borrowers' homes or other convenient locations for them, notarize

10  the loan documents and then deliver the notarized documents to the banks on their behalf.

11         3.      In June 2013, I saw an ad for Uber on Craigslist that advertised Uber's app as a way

12  for someone to provide transportation services on his own time, on his own schedule, and using his

13  own car. This sounded perfect for me.  I was already driving around most of the time, but there was

14  enough down time between appointments that I wasn't really maximizing my ability to make money.

15  If I signed up to use Uber, I could turn on the Uber app in between notarizing and delivering bank

16  documents and earn money during my down time doing something that I was already doing: driving.

17  Uber sounded like a great opportunity and an easy way to make my business more efficient.

18         4.      Later that month, I entered into an agreement with Uber to gain access to their

19  smartphone application.  I electronically accepted a licensing agreement to the use the app.  I

20  understood that I had been granted a license to use the app to book passengers and that I would be

21  performing trip requests on behalf of my own independent business.  I do not believe I have ever

22  been an employee of Uber and it was well-explained to me when I began using the Uber app. that I

23  was an independent contractor.

24         5.      When I first approached Uber to discuss the possibility of becoming authorized to

25  use the Uber app, Uber asked that I take a written test to confirm that I was familiar with the San

26  Diego area. It included basic questions concerning my knowledge of locations downtown, routes to

27  get from one location to the next, popular destination spots, and the quickest routes in and around the

28  San Diego area.  Uber also did a background check.  I received a quick tutorial on how to use the

Uber app, but I received no training or orientation from Uber at or since that time.

1.

6.      I was able to start using the Uber app as soon as I accepted the licensing agreement.  I drive a white 2008 Eddie Bauer Ford Expedition.  With that vehicle, I am able to book passengers through the uberX platform and the uberXL platform.  For trips I book using uberX, I receive 80% of each fare, while Uber takes 20% as its licensing fee for allowing me access to the Uber app. For trips I book using uberXL, I receive 72% of each fare, while Uber takes 28% as its licensing fee for allowing me access to the Uber app. I understood this arrangement when I accepted the licensing agreement and Uber has given me all the money that I understood I was entitled to when I agreed to use the Uber app.

7.      I do not ask for tips from passengers booked using Uber because Uber offers its users a "cashless" ride: the fare is supposed to cover everything, the cost of the ride and the tip. Nevertheless, I do not refuse additional cash tips that are offered to me and I regularly receive $100-$150 per week in tips from passengers I book on Uber's app.  The amount each passenger gives me as a tip is always different—it can be a few dollars or more than 20% of the fare.  It all depends on the customer and the level of service I provide.

8.      In November 2013, in addition to my own notary and transportation business, I began working as an employee driver for South Bay Limousine ("South Bay").  South Bay employs three drivers including myself.  I drive South Bay's vehicles under South Bay's TCP number and I have assigned shifts.  I am paid hourly for my shifts.  South Bay pays all expenses related to the vehicle, including gas and car maintenance.  South Bay books passengers through its own website and also receives fares from La Costa Limousine and AvantGarde Global Transportation.  South Bay also has access to the Uber app.  During my shifts for South Bay, in between rides for South Bay's customers, I am able to book passengers using the Uber app on an Uber iPhone provided to me by South Bay.

9.      I have a different payment arrangement with South Bay for the passengers I book using Uber while I'm driving South Bay's vehicle than the arrangement my own business has with Uber.  For trips completed on the UberSUV and UberBlack platform, Uber takes 28% as its licensing fee, South Bay takes 43.2% of the fare, and I get the remaining 28.8% of the fare.

2.

10.    When I receive fares through reservations made directly through South Bay or that are farmed out from La Costa or Avant Garde, as opposed to fares that are booked through the Uber app., I receive 40% of South Bay's earnings from those fares.

11.    I work approximately 40 hours per week for South Bay. I typically drive approximately 10 hours per week for my own business using the Uber app, though the number of hours I drive is completely up to me.

12.    I still run my own notary business and use my own vehicle to book passengers on uberX and uberXL on behalf of my own business. Uber has no involvement in my arrangement with South Bay. Uber also does not control the way I run my own business. I am free to provide transportation services for my own business or an established limousine company, as I see fit. Uber is just a way to generate leads for passengers.

13.    I looked into companies like Lyft and Sidecar to determine whether I should also use those options to generate leads. Ultimately I decided that I did not want to work with either of those companies. I did not want to be required to put a pink mustache on the front of my car (Lyft) or put covers over my rearview mirrors (Sidecar).

14.    The greatest appeal of Uber is the ability to have complete freedom to use it whenever I want. I have taken a single fare downtown and then decided I didn't want to do any more trips that day. My workday ended at 10:00 a.m. That is the beauty of running my own business.

15.    I am fully in control of where I sign on and off the app as well. When I first started using the Uber app, I did not know where I should go to find fares. I generally just drove from notary job to notary job while logged into the app and waited for someone to request a trip. As I gained more expertise, I learned what areas and times offered the greatest opportunity for consistent fares. For example, if there is a football game then I will head towards the stadium. On Friday and Saturday nights I usually head downtown because I know that I will be able to get fares from people going to the bars.

16.    Even when I am logged into the app, I can decide when and who I am going to pick up. If I do not want to accept a ride offered to me through the app, I just do not accept it. For

3.

example, one day I received a trip request from an Uber user named "Bryan" requesting pick-up at a certain address. When I was minutes away, he canceled the request. I wasted gas and mileage. A couple of nights later, I got another request from "Bryan" requesting pick-up from the same address. Again, when I was just minutes away, he canceled the request. After the second time he cancelled, "Bryan" was charged $10.00 by Uber for cancelling my services. This cancellation fee went directly to me. The next night, I got a third request from "Bryan" requesting pick-up from the same address. This time I chose not to accept that ride request and did so without any repercussions from Uber.

17.     I have never been required by Uber to wear a uniform or conform to a specific dress code. I will typically wear slacks, a dress shirt, and a tie when I'm driving on behalf of my business. In my experience, passengers are more likely to enjoy doing business with someone who is dressed professionally. When I drive for South Bay, South Bay requires that I wear a uniform. But Uber has never once told me what I needed to wear while providing transportation services.

18.     The only time I communicate with Uber is to send emails or text messages to Uber employees if I have an issue with the Uber app or with a passenger. Recently, for example, when a World Cup game was on, the network would run slower and the app was not allowing me to properly end trips. I emailed Uber with the trip number affected and requested an adjustment to the customer's fare. Within two days, the problem was resolved and the adjustment was made. Uber does not ever require me to contact them about any trip I complete using the app.

19.     I also receive emails and texts from Uber periodically that are addressed to all drivers and that provide information on busy locations or give updates on events happening in San Diego so that drivers are aware of where there may be high demand. I like that Uber provides drivers with this information. San Diego is big. If business is slow one day where I happen to be, it helps me to know what area of San Diego I can go to get more business. It's mutually beneficial to know this information. Uber does not require me to be at a certain location or available for any events.

20.     Customers can evaluate my services as a driver by using the passenger version of the Uber app to give me a "star rating" of 1 to 5. It is up to me and the service I provide to passengers to maintain that rating. In other words, if I want good feedback from my customers, then I need to provide good services. Uber does not have input into my star rating. I receive a weekly "report"

4.

from Uber indicating the number of fares I completed and my average "star rating," and I appreciate having this information. First, I understand that if my star rating from customers gets too low, I might lose access to the app. Second, customer service is critical to the success of my business. If customers have negative feedback about the way I provide my services, I want to know that for the sake of my own business.

21.     From time to time, Uber has provided suggestions to drivers about how they might be able to increase their star rating, including opening doors for customers, providing water, and greeting them with a smile. In my opinion, these suggestions are common sense advice on how to increase your customer ratings, not requirements, and I can follow them or not.

22.     I receive a Form 1099 from Uber reflecting my share of the fares I have been paid by passengers who booked through the Uber app. I claim business expenses for my car payments, gas, and maintenance. I receive a Form W-2 from South Bay, which reflects all of the compensation I receive as South Bay's employee (which, as indicated above, includes compensation I earn resulting from trips booked through Uber and through other sources).

23.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 17th day of July 2014

James Morgan

5.

1

**DECLARATION OF RAHIM MOUKHLIS**

2    I, Rahim Moukhlis, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    I own a transportation business named Excel Sedans and Limo Services based in

7    Burlingame, CA.  I started my business over seventeen years ago.  Through my business I am a

8    direct partner for UberBlack and UberSUV. I have three drivers under Excel Sedan and Limo

9    Services who also drive for UberBLACK and Uber SUV.  One of those drivers is my wife.

10    3.    I signed up with Uber as a direct partner about a year and a half ago.  I learned about

11    Uber through my business contacts.  Coworkers started talking about it, so I decided to join.

12    4.    My business is not dependent on Uber.  I have a private clientele and supplement with

13    Uber.  Right now about fifty percent of my fares come through private clients.  I give my private

14    clients priority.  If my private clientele keeps me busy, I don't turn on the Uber app to drive.  If there

15    is extra time in between private clients, I turn on Uber to supplement.  Uber has never criticized or

16    prevented me from servicing private clientele.

17    5.    As a part of my business, I have a contract with a hotel to pick up their customers at

18    the door.  This contract is not as profitable as driving for Uber. It's a norm in the industry to pay a

19    kickback to door men at hotels in cash.  Sometimes a car will pay up to $800 a month to park in front

20    of a hotel.  Looking at the fare you might get through that process, you would actually make more by

21    just picking up an Uber customer, even when you take taxes into acount.  So there are times when I

22    go to a hotel to pick up a client, and when the client gets in the car I ask the client whether they have

23    Uber.  If they do, I ask them to request the ride through their Uber app.  By driving the customer

24    with the Uber standard rate, even considering the twenty percent commission to Uber, I make more

25    money than if I had simply picked the passenger up through my contract with the hotel.  This is a

26    huge incentive to use Uber.

27    6.    Uber also provides all documentation and specifics of the ride, which is very valuable

28    to my business.  I can look back at the dashboard to see what hours my drivers are driving, where

1
DECLARATION OF RAHIM MOUKHLIS

CLASS MEMBER DECLARATIONS 809

1   they are driving, and their fare. This documentation is also an incentive for me to use Uber.

2        7.    My business owns the cars that my drivers use when completing Uber requests and

3   providing services for my private clients. They do not lease the car from me. I like to keep control

4   of the vehicles, because once you lease the vehicle to the driver they are free to freelance using the

5   cars and could just show up at the end of the week with the lease payment. I would not be able to

6   maintain good service for my clients through that structure. I pay maintenance fees, licensing, and

7   insurance for the cars. My drivers pay for the gas.

8        8.    I work out different pay structures with my drivers depending on what kind of client

9   they are servicing. For a private client, for example, I take fifty percent of my drivers' fare. For an

10  Uber ride, I take thirty percent of the driver's gross fares before Uber takes a commission.

11  Generally, I give my drivers a schedule for the day which shows which private clients need to be

12  serviced at what times and where. What those drivers do in between the private clients is their

13  decision. I do not tell my drivers when to drive or where to drive for Uber.

14       9.    Uber sends me 1099 tax form at the end of the year for tax purposes. They do not

15  send my drivers individual 1099 forms. I provide 1099 forms for my drivers.

16       10.   Uber has never told when to drive or when not to drive. I can turn the driver app on

17  and off fifty times a day and Uber has never criticized this.

18       11.   I love the flexibility Uber provides. Not only does it let me take vacation when I

19  want, it helps me supplement my business' income in between private clients. For example, a

20  private client may request a ride up to Napa for wine tasting. While the client is at the winery doing

21  a tasting, I will log into the Uber app and complete a couple requests. That way I'm getting paid for

22  both the waiting time with my clients and the Uber fare. I also love the geographic flexibility it

23  provides. I can pick up business anywhere, even on vacation. I went on vacation in Monterey with

24  my family, and while they were at the aquarium I completed a couple requests.

25       12.   I attended an oboarding training with Uber in a classroom when I first signed up for

26  the app. I believe it was at their office on Mission Street. Uber provided suggestions, but I never

27  believed they were requirements. For me, these suggestions were nothing new. The suggestions

28  were just standard business practices in the industry that I would have followed anyway. It's basic

CLASS MEMBER DECLARATIONS 810

1   customer service.

2       13.    After seventeen years in the business, Uber has added an extra dimension to my

3   business. I believe that being considered an employee by Uber would destroy that extra dimension.

4       14.    I have given this testimony completely voluntarily and without any coercion

5   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

9   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

10  not have to provide any written statement.  I also was specifically told that I could participate in the

11  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13      I declare under penalty of perjury under the laws of the United States of America and the

14  State of California that the foregoing is true and correct.

15      Executed at San Francisco, California this 18th day of May, 2015.

16

17                                                    _____
                                                            Rahim Moukhlis

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF RAHIM MOUKHLIS

**DECLARATION OF SAMIR MOUSSA**

I, Samir Moussa, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I have lived in Fairfield in Solano County for about 6 months.

3. I began using the UberBlack and UberSUV platforms in January 2015.

4. I am not a direct partner of Uber. Another company receives my compensation from Uber and relays it to me. The other company is responsible for maintenance and insurance, which is deducted from my weekly compensation.

5. I drive a 2008 Ford Expedition. I lease this car. I use this car for personal use as well as for driving using the Uber app.

6. When I drive using the UberBlack platform, Uber takes a fee of 25% of the fare. When I drive using the UberSUV platform, Uber takes a fee of 28% of the fare.

7. I only drive using the Uber app, but I am not prohibited from using other ride-sharing apps.

8. My schedule and my weekly compensation vary significantly. If I am driving on a given day, I generally drive in the afternoon through night. I am taking care of a sick family member, so I appreciate the flexibility that being an independent contractor gives me. There have been weeks in which I have not driven at all if I was out of town or if I was sick.

9. I have declined leads when the distance is too far and it is not economically worth it for me to drive to the passenger. Uber has never penalized me for declining these leads.

10. I have requested fare adjustments if I took the wrong turn or if the passengers are in an SUV when they should be in a black car.

11. I believe that the information Uber gives me regarding interacting with passengers are suggestions. I do not follow every suggestion or pro tip, and Uber has never contacted or penalized me for declining leads.

12. My current rating is 4.8 stars. I do not do anything specific to maintain or improve

1
DECLARATION OF SAMIR MOUSSA

1   this rating. I just do the best I can. I do not play music unless the passenger asks for it.

2       13.    Uber sends me weekly report every week by email. I also occasionally receive tips on

3   areas that will be busy.

4       14.    I keep a record of my business expenses. I keep the receipts and enter the information

5   in the computer. I plan to deduct these expenses on my tax return.

6       15.    I believe that tipping is completely voluntary on the passengers' part. I have accepted

7   tips in the past. I have also declined tips and told the passengers that I am declining for personal

8   reasons.

9       16.    I have given this testimony completely voluntarily and without any coercion

10  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

11  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

12  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

13  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

14  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

15  not have to provide any written statement. I also was specifically told that I could participate in the

16  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

17  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18      I declare under penalty of perjury under the laws of the United States of America and the

19  State of California that the foregoing is true and correct.

20      Executed at San Francisco, California this 19th day of May, 2015.



                                                            Samir Moussa

---

2

DECLARATION OF SAMIR MOUSSA

## DECLARATION OF ROBERT MUCENIC

I, Robert Mucenic, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am age 30 and currently live in Los Angeles, CA. I have lived in Los Angeles for about two years. I have a Class A commercial driving license and started using Uber two years ago. My current occupation is property manager. I work full time as a property manager. I work for myself and am a direct partner with Uber.

3. I own a Lincoln Navigator and Honda Civic Hybrid. I use both for Uber. I do Uber just for fun and not so much for the compensation. I receive probably $1,000 a month or so from Uber.

4. I prefer to log onto Uber in the afternoons because that's when I have more time. Uber never assigns me a territory. I can go anywhere I want with it. I start around my home and sometimes I will end up as far away as Newport Beach. Surge pricing never affects whether or not I use Uber. Uber will sometimes send me emails describing events for the week or weekend. They don't say anything like "you have to go there." I treat it more like a "for your information" about what events are going on in town.

5. I currently have a Lyft account, but I don't drive for Lyft right now. I like Uber better than Lyft. With Lyft, you get a different type of people, party people every day.

6. I know that I can freely decline rides through the Uber App. However, I take pretty much all of them. I don't feel like I'm working for Uber when I'm using the App.

7. I usually sign onto the App for three to four days a week, usually for a few hours. Sometimes I'll use it for as little as an hour. They've never tried to set your work schedule. That's why I like Uber—for the flexibility. Lyft, for example, will try to set you on a schedule depending on when you are free. Uber doesn't do that. They've never tried restricting my hours or what else I can do.

---

1
DECLARATION OF ROBERT MUCENIC

8.      Before I started as an Uber driver, I watched the videos and answered their questionnaires. I thought the questionnaires were helpful because I thought they gave useful information. I thought the information Uber provided was just a courtesy to me. I don't think I'm required to follow them at all, but of course in order to have a nice service you do. You can do whatever you want.

9.      Uber will sometimes give me emails with tips, like how the car should look, whether or not you should have candy and car chargers, small things like that. I follow most of the suggestions because they are good tips, but nothing is required. Uber has never threatened to deactivate my account for not following those suggestions.

10.     My star rating is roughly 4.78. I don't request that clients give me a certain rating, but they will often ask questions about how the ratings system works. When they ask, I tell them that I can rate them and they can rate me. I've never heard of Uber threatening to terminate anyone because of any specific star rating.

11.     I pay for my own gas and expenses. My expenses are my problem. I don't feel like Uber needs to pay for those.

12.     Uber never really requires tips, but sometimes the client will try to offer tips. I won't say I decline the tips, but I know Uber doesn't require them. The passengers know they don't have to tip. If you open the client App and look at the terms and conditions it says that Uber doesn't require tips. Maybe three or four times clients will nevertheless leave money in the car as a tip. Uber has never threatened anything because I accept tips.

13.     I signed the Licensing Agreement (Software License and Online Services Agreement) online. I read and understood most of the Agreement.

14.     I don't consider myself an employee for Uber. I wouldn't even consider myself an independent contractor for Uber in my opinion. I'm really just in business for myself. I would like to continue in that role.

15.     I've received a Form 1099 from Uber. I list on my tax forms that I'm self-employed. I don't list any deductions from Uber on my tax forms.

2
DECLARATION OF ROBERT MUCENIC

16.     My Uber schedule is very varied. For example, if I drop someone off and I'm near a Starbucks, I'll go to that Starbucks and take a break. I don't have any schedule. I just stop and take a break whenever I feel like it. Sometimes the break will just be for coffee, sometimes it will be for a meal. The way I understand the Uber system is, let's go make some easy money, whenever you want. I'll monitor the App when I'm on breaks. Uber has never told me not to take a break, and they've never interrupted my breaks.

17.     Uber is the best thing to happen for a lot of people. Before, a lot of people didn't have jobs. Now, because of Uber, they do.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
ROBERT MUCENIC

---

3

DECLARATION OF ROBERT MUCENIC

## DECLARATION OF ALEXANDER MUGHANNAM

I, Alexander Mughannam, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 49 years old, male, and I live in San Francisco, California, in San Francisco County.  I have lived in San Francisco for 16 years.  I drive with a Class C driver's license issued by California.

3.      I signed up with the Uber App in June or July 2014, and I signed up to drive with the UberX service.  I signed up online and provided my driver's license, insurance information, and other background information.  I also had a car inspection, but everything else was done online.  I also watched videos when I began to learn how to use the Uber App.  I began driving with the Uber App when I signed up, and I continue to drive with the Uber App.  I chose the Uber App over other driving applications because I think Uber is more professional.

4.      I have also worked in the construction industry while I have been driving with the Uber App.  I worked in general residential construction in San Francisco.  Even when I worked in construction, I worked mainly with Uber.  I will also work with friends on weekends in construction. I know that Uber does not prevent me from working for others, including other driving applications.

5.      I drive a 2007 Honda Accord, which I own, when I user the Uber App.  My car comes with leather seats, a moon roof, and radio/CD capability.

6.      I drive using the Uber App five days a week, from Monday through Friday, beginning at 5:00 a.m. and ending around noon or 1:00 p.m.  Uber does not require me to work those hours.  I chose to work that schedule.  I chose to work those times because I am a morning person, and it's nice to wake up to the city and work before the traffic comes in.  Uber does not require me to work any minimum amount of time or any maximum amount of time.  Uber has not suspended me or threatened to suspend me for spending too much time or too little time on the Uber App.

7.      When I am driving around the city with the Uber App, I will look out for the areas with surge pricing, and I will try to drive towards those areas, because I can make more money from

CLASS MEMBER DECLARATIONS 817

1    the fares I pick up in those areas.  Picking up a ride request from a surge area is like a 20 percent

2    raise.

3          8.       When I see there are ride requests, I do not always accept the ride requests. My

4    biggest consideration is distance.  If the lead is too far away, I may not accept the ride request. I will

5    not accept a request that is too far away because it is lost money, and I want to pick up as many fares

6    as I can.  I have about an 87 percent acceptance rate.  Uber does not require me to accept every

7    single ride request, but I do know I need to have a minimum acceptance rate.

8          9.       Uber has never told me that I am restricted to using the Uber App in any particular

9    geographic location.  I even drove people to San Ramon, California.

10         10.      I receive e-mails from Uber regarding events going on in the Bay Area, my statistics,

11   and suggestions about how to improve my rating and how to better riders' experiences.  I do not

12   believe I would be disciplined if I did not follow all of the suggestions Uber provides us in their e-

13   mails.  I do not follow all of the suggestions that Uber sends us in the e-mails.  For example, I do not

14   carry water in my car for passengers.  Uber never told me I would be disciplined for not following

15   any or all of their suggestions.

16         11.      I have a 4.87 rating, which I consider to be above average.  I know that passengers are

17   the only people who give drivers their ratings.  To keep high ratings, I know the map, I open doors, I

18   pick up their baggage, and I speak with them if they want to speak with me, but ultimately, I know

19   that it comes down to knowing how to get around San Francisco.  I believe I can be deactivated for

20   not having a high enough star rating from passengers.

21         12.      I contact Uber maybe once a month in case a passenger left something in the car or if

22   there is a technical problem.  Uber's response rate has been good recently.

23         13.      To keep up driving, I spend money on gas, tires, suspension, mechanical repairs, and

24   car washes, as well as cleaning items.  I keep a record of my business expenses in order to write off

25   my business expenses from my taxes when I report my income to the IRS.  Uber gave me a Form

26   1099, not a W-2 Form, and when I report my taxes for Uber income, I report to the IRS that I am

27   self-employed and I file my taxes using a Form 1099.

28         14.      I think the video I watched when I began with Uber said that either no tip is required

2
DECLARATION OF ALEXANDER MUGHANNAM

1    from the passengers or the tip is included in the fare.  I am not sure which one because I saw the
2    video a year ago.  I have received tips from customers, and I accept them.  When passengers offer
3    me tips, I first say they do not have to provide me with a tip, but if they insist, I will accept them and
4    say thank you.  Uber never suspended or threatened to suspend me for accepting tips.

5        15.    I feel comfortable taking rest and meal breaks when I want throughout the day.  I take
6    breaks three or four times a day for food and rest.  Uber does not require me to take rest and meal
7    breaks at any particular time.  I choose when I wish to take breaks.

8        16.    I have given this testimony completely voluntarily and without any coercion
9    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
10   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
11   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
12   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way
13   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did
14   not have to provide any written statement.  I also was specifically told that I could participate in the
15   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
16   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17       I declare under penalty of perjury under the laws of the United States of America and the
18   State of California that the foregoing is true and correct.

19       Executed at San Francisco, California this 20th day of May, 2015.

20
21                                                   Alexander Mughannam
22
23
24
25
26
27
28

---

3

DECLARATION OF ALEXANDER MUGHANNAM

1

## DECLARATION OF Paul Mukasa

2          I, Paul Mukasa, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      My name is Paul Mukasa and I am a 46 year old male.  I currently live in Reseda, Ca.

7    I use the UberX service.  I began driving for UberX in 2014.  I currently drive for Uber fulltime.  I

8    previously worked security while using Uber.

9          3.      My strategy is to do airport drives in the morning.  I start at around 4:00 a.m. and take

10   a break midday, then start again around 3:00 p.m.  During my break I turn the Uber App off and turn

11   it back on when I want to start driving.  During my break I will eat lunch and clean my car so that it

12   looks nice when I start driving again.  I finish around 8:00 p.m.  This is not a fixed schedule.  My

13   schedule will change depending on how busy it is.  I also change my schedule when I have something

14   else to do, such as a doctor appointment.  I enjoy having the flexibility to change my schedule when

15   something comes up.  Uber does not control where I decide to pick passengers up.  I pick-up whoever

16   requests a ride unless they are requesting an Uber from too far and then I will decide to pick-up a

17   closer passenger.

18         4.      I usually charge passengers for their full ride unless there are special circumstances.

19   For example, one time I was driving a passenger to a destination, but when we got there she realized

20   she left something at home.  She called me when she realized she left something at home.  Her phone

21   had died, but I told her it was okay and I would give her a free ride to take her back to her home and

22   pick up what she forgot.  The distance was about to 7 to 8 miles.

23         5.      To get a higher rating I have gum and water to offer the passengers.  I also keep

24   napkins in the car for when passengers request them.  I figured out these methods on my own.  Uber

25   sends weekly summaries and they sometimes have suggestions on how to get a higher rating.  I do

26   read the suggestions, but I still do what I think is the best way to make the passengers happy.

27         6.      Other than the weekly summaries, I sometimes get updates from Uber that let me

28

---

1
DECLARATION OF  PAUL MUKASA

CLASS MEMBER DECLARATIONS 820

1    know what locations are busier.  I will usually go to the busy locations.  Those are the only

2    communications I have with Uber.  The only other time is when I come into the Uber office to ask a

3    question.  I have come into the office four times since I started using the Uber App.

4         7.    I like Uber because it meets my needs.  I used to work two jobs, but now I can just use

5    Uber.  I am currently looking to go back to school.  I am an engineer from Africa, but I need to pass

6    the exams here.  I am planning to save funds to pay for school.  Once I save the money I will

7    continue to drive for Uber while taking classes.

8         8.    I have given this testimony completely voluntarily and without any coercion

9    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

10   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

12   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

13   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

14   have to provide any written statement.  I also was specifically told that I could participate in the

15   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

16   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17        I declare under penalty of perjury under the laws of the United States of America and the

18   State of California that the foregoing is true and correct.

19

20        Executed at Los Angeles, California this 26th day of May, 2015.

21

22                                              Paul Mukasa

23

24

25

26

27

28

---

2
DECLARATION OF PAUL MUKASA

## DECLARATION OF DEMES "DENNIS" MULAT

I, Demes "Dennis" Mulat, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I own and operate Dennis Limo Service, which I established in 2010.  "Dennis" is my American name, so that's why I named the company after my American name.  My degree is in restaurant and hotel management, and I used to work as a food and beverage manager in a casino in Fresno.  When I moved to San Francisco, no hotels were hiring so I decided to make a living driving instead.  I bought a Lincoln Town car, registered it with the CPUC, got a TCP license, got commercial insurance, and got airport permits.  And I set up Dennis Limo as a d/b/a.

3.      When I first started my limo business, I had a contract with the Hilton hotels.  I would transport their guests and give them my card and get business through word of mouth referrals.

4.      I had heard about Uber in 2010 or 2011 through other limo drivers.  In the end of 2011 or beginning of 2012, I decided to sign up.  I went to Uber's office and took a city knowledge test.  I didn't have to do any sort of training – I already had experience as a limo driver.  Uber provided me with an iPhone preloaded with the Uber app (and I still use that phone as I prefer to keep my personal phone separate).  I filled out some forms, agreed to a background check, and once the results were completed, I was authorized to use the UberBLACK platform as an Uber Partner.  I was driving for my Hilton clientele and also using the UberBLACK platform.  At first, it was more for the Hilton clientele, but when it was slow, I would turn on the Uber app.

5.      In June of 2012, I went back to work in the food and beverage management industry for the Ritz-Carlton, and pretty much stopped working for the Hilton clientele.  I found that my schedule at the Ritz-Carlton worked really well for driving on the Uber platform.  Since then, I've been working at the Ritz and driving on the Uber platform when I have time.

6.      I am not required to exclusively use the Uber app—I'm just not interested in using any of the other apps and I don't really know much about them.

7.      I still have a few clients that I provide private services for outside of the Uber app.  If

1

DECLARATION OF DEMES "DENNIS" MULAT

1    they call me and I don't have a commitment, then I will schedule to pick them up. Unlike the Uber

2    app, these clients schedule my services ahead of time.

3        8.    In April of this year, I started driving on the UberX platform because of my car's age.

4    I'm going to have knee surgery within a few weeks, but once that is done, I plan on getting a new car

5    and returning to the UberBLACK platform. I've already discussed it with Josh at Uber and was told

6    that it would be not be a problem. My plan is to be able to do Uber full time once I am healed.

7        9.    I don't have a set schedule for when I drive using the Uber app. It depends on

8    whether my sons are in school or not, if my wife is available to care for them or if I have to care for

9    them, it just depends. Some weeks it would be 10 hours, sometimes it would be more. Because I'm

10   currently on a leave of absence from the Ritz due to my knee problems, I am driving Uber about 40

11   hours a week. Before then, it would vary. At the Ritz, I work Sunday to Thursday, normally 6:30

12   a.m. to 4:00 p.m.

13       10.   Even though I am driving my car on the UberX platform right now, I still pay for

14   commercial insurance on it. I chose the insurance carrier, not Uber, and I pay for the insurance, not

15   Uber. I also pay gas, oil changes and maintenance, car washes, and registration fees. I also have a

16   business card (that I sometimes use a receipt for my private clients). I deduct the cost of all these

17   things as business expenses for tax purposes.

18       11.   Once a week, I get a pay statement from Uber. The payment shows how much I

19   made the week before, tolls, airport fees, the fee charged by Uber for its service of connecting me

20   with my customers. When I drive UberBLACK, Uber's fee is 25%, but when I drive UberX, the fee

21   is 20%.

22       12.   I don't display the Uber logo because I have a TCP number displayed on my car.

23       13.   I receive emails from Uber and I read them because I think they're informative and

24   are helpful for running my business. The emails are about upcoming events, which is helpful for me

25   in deciding when I want to work. There are also emails about discounts at certain places, like at La

26   Boulange, which I like to take advantage of. There are also emails about discounts for health

27   insurance and things like that, but I don't pay too much attention to those types of emails because I

28   get health insurance through the Ritz.

CLASS MEMBER DECLARATIONS 823

14.     Ever since I signed up to use the Uber app, I have always understood that passengers are not required to tip when using the Uber app and that the fare is meant to be cashless.  Sometimes a passenger will offer a tip, and I will tell them that there is no need to tip.  It has happened mostly around the holidays, and if they insist, then I accept it.  The customers who have insisted are those who are really happy with my services.  All in all, I've probably received about $10 to $20 in tips since using the Uber app.  My private clients tip more often.  My private clients can pay through a credit card, and the machine gives me them the ability to choose how much to tip; most will tip 20%.  As a policy, I never request a tip—from the customers I get through the Uber app or from a private client.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this _18_ day of May, 2015.

_____    05/18/2015
/Demes "Dennis" Mulat

3
DECLARATION OF DEMES "DENNIS" MULAT

CLASS MEMBER DECLARATIONS 824

**DECLARATION OF ZAIN MUNIR**

I, Zain Munir, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in Reseda, California, in Los Angeles County.  I have lived there for over 5 years.

3.      I drive using the Uber App using UberX, and have for the past 14 months.

4.      I drive every day for about 5 hours a day when I feel like driving, mostly in the morning.  I like to drive in the morning because I was once hit by a drunk driver at night.  That's why I use Uber, because I have freedom with my schedule.  When I use the App, I go to Santa Monica because it is easy to remember the spots and it is not too crowded.

5.      Sometimes, usually once or twice a week, when I am stuck in traffic, I will stop the fare and drive the rider the rest of the way because I feel bad charging them too much.

6.      I received tips from Uber for keeping my star rating high like keeping water and gum in the car, which I follow.  I also like to show LA to people from out of town, like point out landmarks.

7.      I have only communicated with Uber about twice since I started because I forgot to send them my updated insurance and registration.  I emailed them.

8.      I keep track of my gas and maintenance expenses for the end of the year when I do my taxes.  When I do my taxes, I say that I'm an independent contractor.

9.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

1
DECLARATION OF ZAIN MUNIR

1   have to provide any written statement.  I also was specifically told that I could participate in the

2   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4        I declare under penalty of perjury under the laws of the United States of America and the

5   State of California that the foregoing is true and correct.

6

7   Executed at Los Angeles, California this 27th day of May, 2015.

8                                                    _____

9                                                              Zain Munir

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF ZAIN MUNIR

## DECLARATION OF BUD EUGENE MYERS

I, Bud Eugene Myers, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am age 50 and live in El Cajon, San Diego County, CA. I have lived in El Cajon for about four years. I do not have any commercial or specialized driving license. I have been an UberX driver since September 2014. I drive a 2014 Toyota Camry SE, which I own, that I bought right before I began being an UberX driver. I am currently a direct partner with Uber.

3.      I tried using the Uber App at night but did not like the experience, so I typically start around 6am and end around 3pm every day, Monday through Saturday. I will typically start the App around my apartment and will keep the App open all day. I will usually start the App in the area I drop my last passenger off at. I will end up at the beach, or downtown, or other areas, but I will typically stay in the general area at least for a few minutes. Surge pricing and the driver summary emails I get don't affect how much I use the App.

4.      I understand that I am free to use Lyft and Uber apps simultaneously. I use the Lyft and Uber apps at the same time.  Sometimes I accept leads from the Lyft app instead of the Uber app. I've spoken with other drivers who say they'll use Uber, Lyft, and Sidecar all at the same time. I don't know how you would be able to use just one anymore.

5.      I currently only use UberX, although I use Lyft as well. I started using Lyft a couple of weeks ago. I will typically have both the Uber app and the Lyft app open at the same time. I will accept whichever fare comes in first. Roughly 80% of my trips come through Uber; the rest come through Lyft. I like being able to have both apps open at the same time because it will give me an opportunity to be busier and make more money.

6.      I understand that I am free to accept or decline leads generated through the Uber App. In the time I've driven, I've probably only declined half of 1% of the leads generated through the App. The only reason I'll do so is because the customer will be too far away, and I wouldn't want the

CLASS MEMBER DECLARATIONS 827

1    customer to already be frustrated by the time I get to them.

2          7.    I see the emails that Uber sends and will often actually follow the opposite with

3    regards to where all the customers are. For instance, if an email tells me that there will be lots of

4    customers at the baseball game, I'll deliberately go somewhere in a different and far away

5    neighborhood to pick up customers that won't be served otherwise.

6          8.    On maybe two occasions, when I first started, I turned off the App en route to the

7    passenger's destination. It was because I made a wrong turn and made the trip longer than necessary.

8    Every time I've turned off the App and given the passenger a lower fare for this reason I did it

9    without asking the passenger, so it wasn't something they requested me to do.

10          9.    Flexibility is the whole reason I do this. I can do it on my own time. I've known from

11    the very beginning I would be an independent contractor, get a 1099, and have to pay my own

12    insurance. I definitely value the flexibility that being an Uber driver provides me. I know that if I

13    need more money I can always take more rides and drive for more hours. At one point I sent Uber an

14    email saying I wasn't going to take any rides for two weeks. Uber replied, saying it was unnecessary

15    for me to tell them I wasn't taking rides for a while.

16          10.    When I first signed up for the App, I was sent a kit that included a phone and various

17    instructions. I also watched the online videos through Uber. I didn't attend anything in person. I've

18    been in customer service all my life. A lot of the suggestions that Uber gives me are common sense.

19    Uber would give suggestions like always keeping your car clean, call the customer if I think their pin

20    may have been dropped in the wrong place, giving passengers waters and mints. They'll also give

21    tips every weeks, like where the hotspots or when the best hours are. But these are just tips. They

22    were never a required thing. I'm sure you can leave your car as dirty as you want, but that would be

23    disrespectful to the customer. I don't carry water for the most part because I don't have the space in

24    my car to do so.

25          11.    My current star rating is 4.91. Uber has never notified me that my account may be

26    terminated due to my star rating. I do get emails saying that my rating for the past week was in the

27    top one or five percent.

28

2
DECLARATION OF BUD EUGENE MYERS

12.    I don't really contact Uber that much unless there's an issue. On occasion I'll email them with questions if I really need to know something. I'll get emails from them saying that certain areas are hot, but they're all suggestions, never directions per se.

13.    I don't tell anybody that they have to tip. If they want to tip me, that's their priority. It's not very often, maybe once a day, maybe once every couple of weeks. I'll take it. But I'll never ask them. A lot of people do want to tip on the App, but they can't. That's something Uber might want to change in the future. But being cashless is awesome, it's one of the best things about Uber. Uber has never suspended or threatened to suspend my account for accepting tips.

14.    I was presented with the Licensing Agreement online. I read the main points when I started and agreed to it. I always knew I was going to be self-employed. They told me they would 1099 me, that there would be no insurance but that I could get insurance if I wanted. I knew I was going to be an independent contractor. I wouldn't even have agreed to it if I wouldn't have been an independent contractor. Do I wish to continue being an independent contractor? Strong yes there.

15.    I've received a Form 1099 from Uber, and I indicate that I'm self-employed when I file my taxes.

16.    I'll usually take two or three breaks a day. It all depends on how busy I am that day or if I'm hungry. I'll also take smoke breaks whenever I want, but I don't want to have a smoke smell in the car, so I'll turn off the App and go smoke somewhere when I need to. I decide when I stop for a break or a meal, and I typically have the App shut off during these times. Uber has never told me to stop for a break or a meal. Uber has never interrupted my breaks. I'm free to go anywhere I want during the breaks.

17.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

3
DECLARATION OF BUD EUGENE MYERS

1    have to provide any written statement.  I also was specifically told that I could participate in the

2    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3    become a participant in the lawsuit, my interests will be opposed to Uber's interests. Uber never tries

4    to set my work schedule or restrict me from engaging in another occupation or business.

5         I declare under penalty of perjury under the laws of the United States of America and the

6    State of California that the foregoing is true and correct.

7

8         Executed at Los Angeles, California this 28th day of May, 2015.

9

10                                                        BUD EUGENE MYERS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF BUD EUGENE MYERS

## DECLARATION OF ELIAS NEGASH

I, Elias Negash, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am 61 years old and live in Oakland, California, which is in Alameda County.  I have lived in Oakland since 1995.

3.    I used to have a Class B drivers' license when I drove a passenger shuttle, but I no longer have that license.  I now just have a regular drivers' license.  I currently drive for both UberX and UberXL and have two different cars for the different services.  Most of the time I drive for UberX with my hybrid vehicle (a 2014 Ford Fusion), but sometimes I will drive my 2013 Infiniti JX35 for UberXL.  I also use both of these cars for my own personal use as well as when driving with Uber.  I first started driving with Uber approximately three and a half years ago.

4.    I am currently employed as a professional musician.  I am a piano player and regularly play at the Top of the Mark at the Mark Hopkins Hotel on Sundays, but I also have other gigs throughout the week.  Driving for Uber is perfect with this job because of the flexibility.

5.    I am a direct partner with Uber.  I do not own my own business, but I own both of my cars that I use while driving with Uber.  I do not have any employees and do not have anyone drive my other car when I am not driving it.

6.    I have been in the transportation business in San Francisco for approximately twenty years, although I have always done my music business on the side as well.  I first started as a cab driver, but then I heard about Uber and decided to sign up because I was not getting very many rides in the cab.  I was simultaneously driving for the cab company and also with Uber for about two and a half years and would pick up Uber passengers in my cab.  I recently sold my cab and my medallion in June of 2014 and started driving only with Uber because Uber is much busier than the cab company I was working for and I make more money with Uber.  For approximately eight or nine months before I sold my cab, I was concentrating on selling it and was not really driving with Uber.

7.    I usually log in to the Uber app during the week because my music gigs are usually

1

DECLARATION OF ELIAS NEGASH

1    on the weekends.  I will start driving into San Francisco and then will log in early in the morning
2    because there are more fares in San Francisco than in the East Bay where I live.  I don't necessarily
3    go to the larger events, such as Giants games or other events, because often there is too much traffic
4    and sometimes the customers get upset.  I can make enough money picking up the regular fares
5    without having to target the big events.  If I know it is going to be crowded in a certain area, I will
6    avoid that area even if I could make more money by going there.  For example, I will usually avoid
7    the Financial District in San Francisco during rush hour because there is so much traffic.  I know that
8    Uber has promotions from time to time during which I can make more money, but most of the time I
9    have already decided whether I will drive on a certain day or on certain times, so the promotions do
10   not affect my decision to drive or not.

11         8.     I usually drive with Uber for about 8 or 9 hours a day, Monday through Friday.
12   Sometimes I will decide not to drive on a given day, like when a musical group I am a part of plays
13   at retirement homes.  I like this flexibility because it allows me to pursue my music career and lets
14   me be independent.  For example, now that wedding season is approaching, I will have more music
15   gigs and may not drive for Uber on a given day.  Some weeks I drive more and some less, depending
16   on my personal schedule.

17         9.     Uber does not assign me a territory in which I can drive.  I usually drive in San
18   Francisco but often will pick up fares in Palo Alto, San Jose, or the East Bay where I live.
19   Sometimes I will stop at Starbucks and buy some coffee or go make a bank deposit while I am
20   logged into the app.  When I am heading home at the end of the day, I will stay logged in to the app
21   and will sometimes pick up passengers in the East Bay, like in Berkeley or Emeryville, but not
22   always.

23        10.    I started using Lyft approximately one week ago because another Uber driver who
24   also drives for Lyft suggested that I use it.  I heard that I could make more money through Lyft so I
25   thought I would try it out.  I have driven a few times for Lyft, but I do not get as many fares as with
26   Uber, so I use Uber more.  Once I had both applications open, but the Lyft app stopped working so I
27   just used the Uber app.  I know that Uber allows me to drive for these other apps if I want to do so.  I
28   have also heard about Sidecar and know that I could use that app if I wanted to do so, but I am busy

CLASS MEMBER DECLARATIONS 832

1    enough with Uber and Lyft and do not need to also drive for Sidecar.

2       11.    I estimate that approximately 98% of my driving revenue comes through Uber and

3    only 2% is through Lyft, although I just started with Lyft so that may change.  Because Uber is

4    busier than Lyft and I get more fares, I will probably continue to drive with Uber more.

5       12.    I know that I am free to accept or decline a fare that comes through the Uber app, but

6    I usually decide to accept the fare because I want to stay busy.  I think I pick up approximately 90%

7    of all rides that I am able to pick up.  I have never heard that my account will be suspended if I do

8    not pick up enough fares.

9       13.    I have never negotiated a fare with a rider, but once when I first started I accidentally

10   "ended" the ride on the app before I meant to end it.  Because it was my mistake, I kept driving the

11   rider to their destination even though the rider was charged much less than they should have been.

12      14.    Uber does not require that I be logged in to the app for a minimum amount of time.  I

13   can be logged in for as long or as short an amount of time as I want to be; it is entirely up to me.

14   Uber has never told me that I can't have another job, like my music, or that I have to work a certain

15   schedule.

16      15.    When I first starting driving with Uber, I went to Uber's office on Mission Street in

17   San Francisco and told them about my experience as a cabdriver.  Uber presented me with some

18   information and I filled out some paperwork.  Altogether, the process took approximately 45

19   minutes.  I do not believe that Uber gave me any specific suggestions or tips to get more fares,

20   probably because they knew I had been a cabdriver for many years.

21      16.    I am familiar with the star rating system that Uber uses.  I know that the stars

22   represent the riders' satisfaction with the ride, and I like to see their feedback.  I frequently get five

23   stars from riders because I get along with a lot of people.  In order to improve my ratings, I make

24   sure that I keep my car clean on the outside and inside and bring extra water for the passengers.  I

25   heard this idea from another driver; Uber never told me that I should do this.  I know that if my star

26   rating drops my account with Uber may be suspended, but this has not been a problem for me since I

27   sold my cab.

28      17.    I only communicate with Uber via email.  They email me a few times a week with

---

3
DECLARATION OF ELIAS NEGASH

information like my star rating, the number of fares I have picked up, and suggestions for when I can drive to make more money, like by driving more hours.  I know that I am free to ignore their suggestions if I want to do so, and sometimes I do because I know San Francisco very well because I have been driving here for so long.

18.   I have occasionally had conversations with riders about tips.  Sometimes they ask me if they are allowed to tip me and I will tell them they can if they want to.  I have received cash tips before that range from about $2 to $5.  Uber has never told me that I am not allowed to accept tips, and I know I can accept them. I know that the fare does not include a tip.

19.   My understanding is that I am in a partnership with Uber, rather than being an employee.  I receive 75% of all the fares I pick up, and Uber receives 25% for connecting me with the riders.  I intended to be in this partnership with Uber and do not want to be an Uber employee.

20.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

ELIAS NEGASH

4
DECLARATION OF ELIAS NEGASH

CLASS MEMBER DECLARATIONS 834

**DECLARATION OF PAMELA NELSON**

I, Pamela Nelson, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am fifty-six years of age and I am a woman.

3.     I currently live in Chatsworth, California.  I've lived in Chatsworth for twenty-eight years.

4.     I have a regular Class C California Driver's License.

5.     I own the car that I drive when I use the UberX app.

6.     I partnered with Uber in early November 2014.  I use the UberX app exclusively and I currently use the UberX app.  I got started with Uber because my son was a rider and he recommended that I partner with Uber to drive using the UberX app.  He told me, "You should do it, Mom."

7.     I'm a substitute teacher in Los Angeles Unified School District ("LAUSD").  I work twenty to thirty hours a week as a substitute teacher.

8.     I decided to partner with Uber because I had to buy a new car, and I realized I could use my car to make money.  I drive using the UberX app to supplement my income as a substitute teacher.

9.     I consider myself an independent contractor in my use of UberX.  I don't have set hours; I work when I want.  To me that seems like an independent contractor.

10.     If Uber tried to make me an employee with set hours, I wouldn't do that.  At this point in my life that doesn't make sense.  My husband is retiring this upcoming Sunday, May 31, 2015, and we'd really like to travel.  My extended family all lives in Seattle.  I travel up there two or three times a year for extended periods of time.  That's why I liked Uber—I didn't have to ask for time off or negotiate schedules.  If I'm not feeling well, I don't have to work.  It's very convenient and I like it.  I can also control my income.

CLASS MEMBER DECLARATIONS 835

11. I usually drive after I finish substitute teaching for the day. If I happen to not get a call to come in as substitute teacher in the morning, I will drive using the UberX app in the morning. I never drive past 10:00pm because I've already worked a six hour day for LAUSD and then spent another six hours driving using UberX later. Also, after 10:00pm, you usually start getting the drunks—I'll let the gentlemen drivers take care of that.

12. In terms of where I drive, I start wherever I am. If I'm at a school, I'll just turn on my app. I drive wherever the rides take me. Inevitably, I end up on the Westside. I think people come to the Westside to party.

13. Occasionally, I get cash tips. It's usually the older people who tip. The under thirty crowd doesn't understand the concept. Usually, tips have been in the range of $2.00 to $5.00.

14. I'm able to stop when I need to stop for a break for dinner or a restroom. I go offline when I need to stop because if I don't turn off the app, I'll get a call.

15. The driver rating system works by allowing the passengers to give us feedback as to how we're doing. The UberX app averages out the passenger ratings to provide us our driver rating. This is similar to how the drivers can give feedback when they rate passengers. I once had to give someone one star. My GPS had taken me behind the alley down the street. The young man became irate because he thought I'd taken too long. He was talking on two phones at the same time. I think part of the reason he was so angry with me was because I was a woman. He was angry because I was "late" although I was only five minutes delayed. He told me to get to his destination fast. The whole ride he was talking on the phone about me. He wouldn't put his seatbelt on as required by state law.

16. When I'm picking up people from the San Fernando Valley and taking them to LAX, I will offer to take them to the LAX FlyAway Bus in Van Nuys instead of driving them all the way to LAX. So far, however, nobody has taken me up on that offer. I just do that out of courtesy. Uber certainly doesn't instruct me to do that. I tell my riders this because I have knowledge of these opportunities because I'm a local. Before I started driving using the UberX app, the only way I would go to LAX was on the FlyAway Bus.

17. I cancelled a call once when the address provided by the UberX app took me past the

2<br>DECLARATION OF PAMELA NELSON

CLASS MEMBER DECLARATIONS 836

1   city of Topanga, CA on Topanga Canyon Blvd.  I got to the street, but there was no corresponding

2   address to go along with the request.  I called the passenger, but was told I was picking his girlfriend

3   up at the Topanga Mall, instead of the middle of Topanga Canyon Blvd.  I ended up cancelling the

4   ride because I couldn't find them or get to them in a speedy manner.

5        18.     Uber recommends that you have gum or hard candies available for your passengers.  I

6   don't have either, but I do keep water for my riders.  Uber suggests that you get out of the vehicle to

7   greet the passenger, but I don't because I have a mini-van.  The mini-van has a button I can push to

8   open and close the doors.  I had one passenger I was taking from the Valley all the way to Redondo

9   Beach and I told him he could raise the shield on the back window, so that he could work on his

10   computer during the ride.  I ask passengers if they're comfortable.

11        19.     I keep track of all my expenses including: gas, cleaning, maintenance, phone, repair

12   fees, new tires, and insurance.  Last tax year, I sent all of the documentation regarding expenses to

13   my CPA, who took care of submitting that information to the IRS, that illustrious "institution".

14        20.     I have given this testimony completely voluntarily and without any coercion

15   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

19   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

20   have to provide any written statement.  I also was specifically told that I could participate in the

21   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23        I declare under penalty of perjury under the laws of the United States of America and the

24   State of California that the foregoing is true and correct.

25        Executed at Los Angeles, California this 27th day of May, 2015.

26

27                                    PAMELA NELSON

28

3
DECLARATION OF PAMELA NELSON

**DECLARATION OF RICHARD CLARK NELSON**

I, Richard Clark Nelson, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a self-employed businessman.  I offer transportation services as a driver through Uber, a service that helps me generate leads for my business.  I primarily operate my business in Chula Vista and San Diego.  I use this service to book passengers.  I have learned from an internet site that some drivers use other services, like Lyft, to help them with their business.  Though I understand that I could use other services as well, I have chosen only to use the Uber service.  I have found that using just one service works best for me.  Uber has never limited my ability to use any other app, I just choose to only sign in to the Uber app.

3.     I began using the UberX platform as part of my own business in or about late December 2014.  Before I began operating my own business, I had been employed as a commercial truck driver.  My work as an employee/commercial truck driver is not at all like my current business.  For example, when I was an employee/commercial truck driver, I reported to a dispatcher.  I also had scheduled hours.  I was told where to go by my former employers.  As a self-employed businessman, I no longer have any of those constraints.  Now, I do not have to deal with a dispatcher—which is far and away my preference.  Also, I don't have anyone telling me what days or times that I need to work.  I decide when to work and whether to work.  Nobody tells me what my schedule should be.  Nobody pressures me into following a schedule.  Simply put, I am my own boss.  This is how I like it.  I have been pleased with my decision to use the UberX platform to support my business.

4.     I use a Nissan Versa to transport passengers.  I bought the vehicle last year.  I have found it has been a helpful investment for my transportation business.  It is a practical size for city driving, gets good gas mileage, and is new enough that my customers seem to like the car.

5.     I signed up to use the Uber app online.  I received a licensing agreement.  I understood that the licensing agreement stated that I would be an independent contractor.  Since I wanted to be my own boss, and not be an employee, I was pleased that I would be working as an

1
DECLARATION OF RICHARD CLARK NELSON

independent contractor, with all of the freedom over my life that this entailed.  As I signed up for Uber, I viewed some videos on line.  The videos had some suggestions that I understood could help me with my business.  I also understood that I was not required to follow these suggestions.  For example, a video suggested that I provide passengers with snacks to get a higher rating.  I do not provide snacks to passengers because I do not believe I need to as part of my business.

6.    I do not have a fixed schedule when I operate my business.  When I am fully operating my business, I like to turn on my phone to look for leads between about 9 a.m. and 4 p.m. during the week.  On weekends that I decide to work, I usually try to stop before it gets dark.  I seldom drive when it is dark.  That is completely my choice.  Uber does not set my schedule or influence my business schedule in any way.

7.    Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.    I seldom communicate with Uber.  I would estimate that I may email with Uber on average about one time per month, if that.

8.    One of the great things about the Uber app is that it allows me to operate my business while contracting with Uber to provide me with administrative support.  In exchange for that support, Uber receives a percentage of my revenues.

9.    Besides the high volume of potential fares, my favorite thing about Uber is the flexibility. I log on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me because it allows me to be my own boss.  For example, when I have had personal matters to attend to, I can do so without any concern of having to bring those up to an employer.

10.    I operate as a self-employed individual and do not employ any other drivers.  Because I operate my own transportation business, I know I am not personally obligated to provide transportation services and it is my right to hire someone to work for me if I want.  To this point, I have made the decision not to hire anyone.

11.    In my business, I pay all of my own expenses, such as mileage, gas, and depreciation.  I maintain my own business records.  I identify myself as self-employed on my taxes.  I keep my business expenses separate from my personal expenses.  I do not receive a Form W-2 from Uber.

/ / /

2
DECLARATION OF RICHARD CLARK NELSON

1    12.    As I mentioned above, I do not have anyone setting my hours.  If and when I want to

2    take a break or lunch, I can do so for as long as I want.  The Uber app does not interfere with my

3    ability to take a break or lunch, or interrupt the break or lunch.

4    13.    I have given this testimony completely voluntarily and without any coercion

5    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

9    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

10   not have to provide any written statement.  I also was specifically told that I could participate in the

11   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13   I declare under penalty of perjury under the laws of the United States of America and the

14   State of California that the foregoing is true and correct.

15   Executed at San Diego, California this 28ᵗʰ day of May, 2015.

16
17                                                                Richard Clark Nelson
18
19
20
21
22
23
24
25
26
27
28

3

DECLARATION OF RICHARD CLARK NELSON

## DECLARATION OF NIMA NOROUZI

I, Nima Norouzi, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am 37 years old.  I have lived in Los Angeles County for approximately 6 years.  I have been driving with the Uber App, specifically with the UberX platform, since March of 2014.  In addition to driving with the Uber App, I work as a life coach.

3.    When I first signed my Software License and Online Services Agreement, I intended to be an independent contractor.  I believe that being an independent contractor is better than being an employee due to tax laws.  I would like to remain an independent contractor.  In fact, I would likely stop using the Uber App if I were treated as an employee by Uber.

4.    Whenever I have nothing better going on, or after I have completed my duties related to my position as a life coach, I turn on the Uber App.  Part of what I love about Uber is that I am not required to abide by a set schedule—I can begin driving whenever I want to.  If I am busy with my position as a life coach, I might drive approximately 20 hours.  If, however, I am not busy, I might drive for 45 hours per week.

5.    If a request from a rider seems unreasonable—for instance, if I need to drive for longer than 15 minutes to reach a passenger—I cancel the ride.  I always feel comfortable cancelling rides if I feel that I need to.  Uber has never threatened to cancel my account if I cancel rides.

6.    I did not attend the onboarding training sessions held by Uber, but I have watched the related videos online.  I did not interpret what I heard in the training videos as requirements.  Rather, what was presented in the videos seems to be suggestions.  I know that many other drivers have chosen not to implement Uber's suggestions because, for example, many riders have told me that other drivers do not have certain cords and chargers, which are things Uber suggests having.

7.    I receive text messages from Uber that inform me when a particular area is busy, but I often ignore them and choose not to drive in the specific area.  For example, during Memorial Day

CLASS MEMBER DECLARATIONS 841

1  Weekend of 2015, Uber sent me several text messages suggesting areas in which demand was high,

2  but I chose to ignore such text messages and drive in different areas.

3      8.    I incur several expenses while driving, including gasoline, maintenance and mileage.  I

4  pay for all of these expenses and deduct such expenses on my income tax statement.  I file taxes as an

5  independent contractor, rather than as an employee, and have never received a W-2 from Uber.

6      9.    I believe that tip is not included in the fare.  It seems that riders are generally unaware

7  of whether tips are included in the fare or not.  On rare occasions, riders offer to tip me in cash and I

8  accept those tips.  Uber never told me that I am not allowed to accept tips and has never threatened to

9  deactivate my account if I accept tips.

10      10.    I take breaks as often as I need to, for as long as I need to.  I never feel pressured to

11  log into the Uber App and do not feel that I need to be logged in for a certain period of time.

12      11.    I have given this testimony completely voluntarily and without any coercion

13  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

14  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

15  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

16  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

17  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

18  have to provide any written statement.  I also was specifically told that I could participate in the

19  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

20  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

21      I declare under penalty of perjury under the laws of the United States of America and the

22  State of California that the foregoing is true and correct.

23

24      Executed at Los Angeles, California this 27th day of May, 2015.

25

26                               Nima Norouzi

27

28

---

2

DECLARATION OF NIMA NOROUZI

**DECLARATION OF HENRY ODIASE**

I, Henry Odiase, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I work in customer service for a security company.  I am also studying for my masters' degree in public affairs at University of San Francisco.

3.     I use a 2013 Toyota Camry for transportation of passengers. I bought the vehicle for my personal use and pay through installments.

4.     I signed up in August 2014 to use the Uber app online after a friend recommended it to me.  I submitted my driver's license information, proof of insurance, and pictures of my car via email.  I came to the Uber office to return the phone Uber sent me in the mail because I wanted to use the Uber app on my own phone.

5.     Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.  I'm a contractor so I don't have to come to the office regularly to check in with anyone.

6.     My schedule is very busy since I work full-time and go to school.  I don't have any set times that I use the Uber app, it just depends on when I have time.  Uber has never communicated to me that I need to log into the app more frequently or that I'm not using the app enough.

7.     Surge pricing shows  up on the app as a red notification and if I am working, I will go to the area where the surge pricing is in effect so I can take advantage of the higher prices.  However, I don't log into the app based on whether surge pricing is in effect, but rather when I am free to pick up passengers.

8.     I'm free to decline passengers if I choose, though I usually don't decline them when I am logged in.

9.     The best thing about Uber for me is the freedom to choose my schedule and not having obligations to repot to an office or work particular hours.  Again, I have a full-time job and am a student, so I love that Uber offers my an opportunity to earn income on my own terms.

1
DECLARATION OF HENRY ODIASE

10.     Passengers I book using the Uber app can rate my services from one to five stars. Uber advises drivers on how to increase their "star rating" from passengers, but I am free to follow or decline this advice. I don't consider Uber's advice to be mandatory guidelines, and I follow the advice if I think it makes sense for me.

11.     Uber does not require me to wear any specific type of clothing when I'm providing transportation services. I like dressing well and I think passengers respond well to me when they see how I am dressed.

12.     If I have any issues, like problems with riders, I can send emails to Uber. I don't have to provide any weekly or daily reports to Uber, just when I have an issue.

13.     Uber's policy is that drivers don't accept tips and I let passengers know that they aren't obligated to provide me with a tip.

14.     I like being an independent contractor and I consider myself an independent contractor. I don't want to be an employee because of the rules and restrictions that would go along with that classification. I like making my own schedule and driving when it works for me.

///

///

///

2
DECLARATION OF HENRY ODIASE

15.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

HENRY ODIASE

## **DECLARATION OF THOMAS OGU**

I, Thomas Ogu, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 54 years old and I currently reside in Bay Point, Contra Costa Country.  I have been using the UberX platform to generate leads since January 2015.

3.      I used to be a full-time teacher, but stopped teaching full-time about five years ago.  Currently, I am a residential home care administrator and help run a home care administrator business with my sister-in-law and my uncle.  I also occasionally offer private lessons to vocational students.  I am self-employed.

4.      I do business using the UberX App as a sole proprietor.  I drive a 2015 Honda Accord to transport passengers that I have received through the App.  I own this vehicle and purchased it earlier this year for the purpose of transporting passengers that I receiver through Uber.  I currently only use Uber as a source for generating rides, but I understand that I could use other ride-sharing apps like Lyft or SideCar if I wanted to.  Uber does not restrict my ability to use competing ride-sharing apps and Uber does not restrict my right to operate other businesses.

5.      I decide my own schedule and my own hours.  Uber does not set my schedule or tell me when I log on to the App.  I typically like to log on the App once I arrive in San Francisco in the morning.  I typically log in between 11am and noon and remained logged in until about 8 pm.

6.      I love the flexibility of the App.  I have my children that I need to drop off at school and my other affairs that I need to attend to.  Uber allows me to work around those commitments.

7.      I like that Uber is an automated and cashless process.  This is good because I worry about safety and not having to deal with cash allows me to reduce the risk of theft.

8.      I have only twice asked for fare adjustments.  Both times, the rider accidentally cancelled the trip while they were in the car.  I emailed Uber about both incidents.  Uber paid me the proper amount for the fares.

9.      Before I started using the Uber App, I attended an orientation online.  This orientation

<hr />

1

DECLARATION OF THOMAS OGU

1   provided instruction on how to use the App and gave certain suggestions on how to interact with

2   passengers.  Most of these suggestions are common sense things that I would have done on my own

3   anyway.

4          10.     I pay for all of the expenses that are necessary to running my business.  I plan on

5   deducting these expenses when I file my taxes.

6          11.     I have given this testimony completely voluntarily and without any coercion

7   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12  not have to provide any written statement.  I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15         I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17         Executed at San Francisco, California this 19th day of May, 2015.

18                                         _____

19                                              Thomas Ogu

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF THOMAS OGU

**DECLARATION OF LAVON OHANIAN**

I, LAVON OHANIAN, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 54 year old male and I live in Glendale, CA in Los Angeles County.  I have lived in Glendale for approximately 26 years.

3.      As a driver, I have used UberX only.  I started using UberX during approximately November 2014, currently use UberX, and have used UberX regularly since I began.

4.      I am a full-time UberX driver.  I have two cars that I drive when I use the UberX app – a 2015 Toyota Prius and a 2010 Volkswagen CC.  I own the Toyota Prius, and purchased the Prius specifically in order to drive using the UberX app.  My daughter owns the Volkswagen CC, but she allows me to drive the car and I am listed on the Volkswagen CC's insurance as a driver.  Usually I drive the Prius, but I have put almost 35,000 miles on the Prius since November.  As a result, I started alternating weeks between the Prius and the CC so that I can manage the level of wear and tear on my Prius.

5.      I don't have any particular strategy for how and when I use the app.  It's as simple as turning on the app whenever I feel like working, and my riders take me wherever they want to go.  I drive almost every day, but if I have something to do like a personal errand, I simply choose not to drive.  Although it depends on how I feel that day, I usually prefer to work in the mornings because it's more comfortable for me – there is a lot of traffic in the afternoon and I don't like driving at nighttime.  The times I decide to drive are purely within my discretion.

6.      I log onto the UberX app an average of six days a week.  I usually drive for 10-12 hours in any given day.  My general practice is to drive for two to four hours at a time, and to break up the day with breaks that lasts anywhere between 30 minutes to an hour.  There's no particular schedule that I follow – I just take breaks whenever I feel that you want or need one.

7.      Uber has never told me when and where I should drive.  Uber has never told me that I should take breaks at a certain time or place, nor has Uber ever communicated that I must be logged

<hr>

1
DECLARATION OF LAVON OHANIAN

CLASS MEMBER DECLARATIONS 848

onto the App for any minimum period of time. Theoretically, I could stop working at any time. In fact, I am taking this week off and I don't need to tell anyone at Uber that I am taking time off or when I will be back. In my eyes, this type of flexibility is one of the greatest benefits of using the Uber App – I can create your own schedule and without worrying about any consequences, reporting to anyone, or giving any advanced notice of any change in the hours I want to drive.

8.      I have declined a rider request before. About once or twice a week, I drop a passenger off and receive another request, but I am tired and want to stop driving for the day. In those instances, I will decline the rider request. Uber has never told me that I must accept any particular rider request or that my access to the Uber app will be denied for declining a certain number of ride requests – it is wholly my decision whether or not I want to accept a ride.

9.      I do not use any other ride-sharing app like Lyft or Sidecar because the UberX app keeps me busy. There is nothing in my car financing agreement that prevents me from driving using another ride-sharing app, nor has Uber ever told me that I cannot use another ride-sharing app.

10.     Surge pricing does not affect when and where I choose to drive. If there happens to be a surge pricing opportunity nearby to where I already am (approximately five minutes away), then I'll take advantage of it – otherwise, I ignore such opportunities. I don't my behavior or driving preferences based on any surge pricing.

11.     Right now, I am happy driving using the UberX app as my full-time job. However, if I wanted to pursue a different job or occupation, it is my belief that this would not be a problem with Uber and that I could continue driving using the Uber app.

12.     Last time I checked, my star rating is 4.83. I try to maintain and improve my high rating by giving good customer service, including opening car doors and engaging in conversations with passengers when appropriate. I do not recall Uber telling me that I should do anything specific to obtain a particular rating.

13.     I incur various expenses in order to drive using the UberX app, including gas, oil changes, general maintenance, as well as my car payment, and I pay for all of these expenses myself. I received a Tax Form 1099 for my driving in 2014, and I expect to receive another 1099 at the end of this year. I have not received, nor do I expect to receive, a Form W-2 for my driving services. I

2
DECLARATION OF LAVON OHANIAN

1   reported myself as "self-employed" for my taxes last year, and I intend on doing the same for this

2   tax year.

3       14.     I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

5   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

7   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

8   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

9   not have to provide any written statement. I also was specifically told that I could participate in the

10  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

11  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12      I declare under penalty of perjury under the laws of the United States of America and the

13  State of California that the foregoing is true and correct.

14      Executed at Los Angeles, California this _27_ day of May, 2015.

15

16                                              _____
                                                LAVON OHANIAN

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
                            DECLARATION OF LAVON OHANIAN

1

## DECLARATION OF CARLOS ERICK OLIVA

2

3      I, Carlos Erick Oliva, do hereby swear, affirm and attest as follows:

4      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

5 where otherwise indicated, all of the information contained herein is based on my personal

6 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

7      2.      My name is Carlos Erick Oliva, and I am 44 years of age. I am currently a resident of

8 Norwalk, Los Angeles County, California, where I have resided there for the past five years.

9      3.      My primary occupation is as a full time musician--I play the Tambora (a traditional

10 Latin instrument) in a band called "Marimba Alegria Chapina," and I also work as a sound engineer.

11 I have been an UberX driver since May 2014, and I was also a Lyft driver from May 2014 to January

12 2015.  (I stopped driving for Lyft because they charge customers before they even get into the car,

13 which I don't agree with.)

14      4.      My driving with both Uber and Lyft has always been part time, and it's the flexibility

15 of being an UberX driver that really appeals to me. I can turn on the App when I want, pick up fares

16 when I'm free, and then just turn it off when I'm done.  Uber never tells me when, or where, I need to

17 work.  That's what I love about it.

18      5.      I typically receive two different kinds of emails from Uber.  The first kind of email is

19 a general weekly email that Uber sends to me to summarize how many hours I worked in the

20 previous week, and to suggest what hours I might work if I want to increase my earnings.  I never

21 respond to those emails, and I certainly don't think that any of the suggestions that Uber makes in

22 those emails are requiring me to do anything.  The second kind of email occurs if a customer files a

23 complaint with Uber about me.  I *do* respond to those emails, but my response is a point of personal

24 pride--I don't feel like Uber requires me to respond.  Since I value the work that I do as an UberX

25 driver and try to do my best to serve my riders, when a complaint does comes up I want to set the

26 record straight, and provide my own account of what actually happened.

27      6.      I have my own strategies for generating leads on riders.  For example, I personally

28

---

CLASS MEMBER DECLARATIONS 851

1  prefer to drive in the mornings (since I'm a musician, I am often practicing or performing later in the
2  day), and I prefer to drive in Santa Monica (because I find that it's usually a busy area in the hours
3  that I'm working and the people tend to be pretty nice). Although Uber's system allows me to see
4  what "rating" a potential customer has, I personally try to pick up everyone, because I don't like to
5  discriminate against people. I prefer to make my own judgments, rather than rely on the judgments
6  or prior UberX drivers that are logged in the system.

7       7.     My understanding of my fee arrangement with Uber is that the fare is all-inclusive,
8  and there's no need for the customer to tip me. I receive 80% of the fare, and Uber takes 20% of the
9  fare. With that said, I do regularly receive cash tips from customers, and my understanding is that I
10 get to keep 100% of those cash tips for myself. In my experience, there's a huge range in the amount
11 of these discretionary cash tips--I have received from $2 up to $20.

12      8.     My understanding of the ratings system is as my rating as a driver is entirely
13 depending on what my customers collectively think of me, and Uber itself has no say in my rating.
14 Uber never gives me any suggestions for how to improve my rating.

15      9.     To be honest, even if Uber wanted to make me an employee, I wouldn't want to be
16 one. I would quit before I would accept an offer to be an Uber employee. I value my freedom as an
17 independent contractor too much, and I don't want Uber to tell me when or where I have to drive.

18      10.    I have given this testimony completely voluntarily and without any coercion
19 whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
20 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
21 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
22 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
23 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
24 have to provide any written statement. I also was specifically told that I could participate in the
25 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
26 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

27      I declare under penalty of perjury under the laws of the United States of America and the
28

2

DECLARATION OF CARLOS ERICK OLIVA

1    State of California that the foregoing is true and correct.

2

3            Executed at Los Angeles, California this 26th day of May, 2015.

4                                                          _____
5                                                          Carlos Erick Oliva

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
                        DECLARATION OF  CARLOS ERICK OLIVA

1                        **DECLARATION OF JONATHAN OLIVER**

2            I, JONATHAN OLIVER, do hereby swear, affirm and attest as follows:

3            1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4      where otherwise indicated, all of the information contained herein is based on my personal

5      knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6            2.      I signed up to use the Uber app about 17 months ago.  My wife had a driver account

7      and told me I should check it out.  At that time, I worked for SamTrans as a bus driver, so I had a

8      Class B driver's license and experience providing customer service to passengers.  However, my

9      wife told me I could make a lot more money with Uber than I was making as a bus driver, so I

10     thought I'd check it out.

11           3.      I went to Uber's location in San Francisco to sign up.  I had the option to download

12     the app on my own phone or I could use a phone provided by Uber and pay a $10/week data fee.  I

13     decided to do both because I thought it would be useful to have the app on two devices.

14           4.      I read the Licensing Agreement at the time I signed up and clearly understood I

15     would be driving as an independent contractor, not an Uber employee.  Everything in the agreement

16     was to my satisfaction.  I knew I wouldn't be on the clock, or have to punch in and out or attend

17     employee meetings.  At the time I signed up to use the app, I knew you could do it whenever you

18     wanted and that was the appeal for me.

19           5.      I drive two vehicles on the Uber platform: a 2014 Honda CR-V and 2014 Ford

20     Explorer.  I own both vehicles.

21           6.      I book passengers on uberX and uberXL.  I prefer using uberXL because the prices

22     are higher, meaning I make more money, but I can use either vehicle I want, whenever I want.

23           7.      I understand I could sign up to use other apps like Lyft or Sidecar to book passengers,

24     but I have decided not to.  My feeling is "if it ain't broke, don't fix it."

25           8.      I drive every single day.  I typically drive Monday through Friday about 8 hours a

26     day, and then a few hours each on Saturday and Sunday.  I decide when and where to drive—it's

27     completely my decision when to log on and log off.  Even though I drive every day, my wife hasn't

28     driven for the last 8 months.  She could still sign on and drive if she wanted to.

─────────────────────────────────────────────

                                      1
                        DECLARATION OF JONATHAN OLIVER

1      9.     No one from Uber tells me where to drive.  I think it takes skill to know where to

2  drive to make money.  I've been driving using the Uber app for a while now, so I've figured out

3  where to drive to make money.  I live in Bayview so I drive up Market Street on my way downtown

4  and before long I usually get a ride request.  Then I head over to the Embarcadero and Fisherman's

5  Wharf and I can stay busy all day.

6      10.    Uber makes suggestions about how to provide good customer service, but they aren't

7  requirements.  I can follow the suggestions if I want to or not.  I am completely in control of the

8  driving service I provide to riders.

9      11.    I have never received any training from Uber.

10     12.    I got deactivated a couple of times because of a glitch. But, I contacted Uber and was

11  reactivated immediately.  I have never been "warned" or threatened with deactivation by Uber.

12     13.    I have the right to establish direct customer relationships with riders I book using

13  Uber.  A couple of riders have asked if they could call me directly, but I have declined: there are too

14  many riders out there for me to worry about a few specific ones, and it's faster for the rider too if

15  they just use the app to request someone else.  However, Uber does not prevent me from establishing

16  direct relationships if I want.

17     14.    I receive a 1099 from Uber, and I pay all my expenses related to driving.  I report all

18  my business expenses on my tax return: water, candy, gas, mileage, everything.

19     15.    I have given this testimony completely voluntarily and without any coercion

20  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

21  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

23  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

24  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

25  not have to provide any written statement.  I also was specifically told that I could participate in the

26  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

27  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28

2

DECLARATION OF JONATHAN OLIVER

1     I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3     Executed at San Francisco, California this 18th day of May, 2015.

JONATHAN OLIVER

3

DECLARATION OF JONATHAN OLIVER

CLASS MEMBER DECLARATIONS 856

1

## **DECLARATION OF AMARACHI ONUOHA**

2      I, AMARACHI ONUOHA, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I currently work as a full time Mobility Specialist at a hospital. In order to make extra

7    money I offer transportation services as a driver through Uber (on the uberX platform). Prior to

8    joining Uber, I use to take on extra shifts at the Hospital to earn extra money. While this provided

9    me the extra income I wanted, it was not very convenient because once I signed up for a shift I was

10    locked into *that* shift. Therefore, if I needed to pick up my kids or run a personal errand that day, I

11    would not be able to do so. With Uber, I work whenever I want so if something comes up, I can just

12    turn off the app and tend to whatever personal issue I need to address.

13      3.      I use a Toyota Camry for transportation of passengers. The Camry is my personal

14    vehicle and, in fact, is my daily driver. Because I do this part time, I do not keep itemized records of

15    my expenses, even though I pay for all the expenses of operating my vehicle myself.

16      4.      Uber has never required me to "report" to its office, or be in any particular location at

17    any particular time or communicate with them about any subject. Indeed, minus a few times I needed

18    to request a fare adjustment, I have never needed to communicate with anyone at Uber.

19      5.      Even though Uber, Lyft, and Sidecar are competitors, I can use any of them to book

20    passengers, and I can use each of them as much or as little as I want. I choose to only use the Uber

21    app because I only drive part time and I receive enough leads from Uber to keep me as busy as I

22    want to be, so I do not believe there would be a purpose to using various apps.  Nevertheless, I know

23    I could use other rideshare apps if I wanted to.  It's entirely up to me.

24      6.      Once I log into the app, I usually will accept any lead that comes through the app.

25    However, because I only drive part time, I am not on the app all the time. The biggest factors that

26    effect when I drive are my schedule at work, my family obligations, and how much I have driven in

27    the last month. For example, I will only drive on my days off or for brief periods in the evenings

28    after work. Also, as I noted above, the main reason I joined Uber was because it allowed me the

CLASS MEMBER DECLARATIONS 857

1   flexibility to tend to my family responsibilities, so I will only drive if I do not have any other family

2   obligation. Finally, if I have had a really good month, I may decide not to hop on the app when I am

3   not working and enjoy my day off. Nothing Uber does or says has a substantial effect on when and if

4   I decide to log on and accepts leads.

5          7.      Passengers I book using the Uber app can rate my services from one to five stars.

6   Uber makes suggestions on how to increase my "star rating" from passengers, such as having water

7   in the car.  However, I do not need to follow these suggestions. I make my own decisions on how to

8   provide customer service to my passengers.  For example, I believe it is much more important to be

9   pleasant and keep a clean car versus providing extras like water or food to my passengers. Indeed,

10  my rating has remained high despite the fact that I have not followed *every* suggestion provided by

11  Uber.

12         8.      I usually do not receive tips. When I do, they are always cash and have nothing to do

13  with Uber or the Uber app. I have never had any of my pay allocated to tips, nor has Uber ever told

14  me that part of the fare I received is considered a tip. Moreover, I have never had to provide any of

15  my tips to Uber.

16         9.      I have given this testimony completely voluntarily and without any coercion

17  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

21  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

22  not have to provide any written statement.  I also was specifically told that I could participate in the

23  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25

26

27

28

---

2
DECLARATION OF AMARACHI ONUOHA

1         I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3         Executed at San Diego, California this 28th day of May, 2015.

4

5                                                AMARACHI ONUOHA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF AMARACHI ONUOHA

CLASS MEMBER DECLARATIONS 859

## DECLARATION OF IOAN OPRE

I, Ioan Opre, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Ioan Opre, and I am 64 years of age. I am currently a resident of Van Nuys, Los Angeles County, California, where I have resided there for the past two and a half years. I have been a full-time UberX driver since December 2014. I like the flexibility of being an UberX driver, and I like the opportunity to meet so many different people. I have also been driving part-time for Lyft since April 2014.

3.      I communicate with Uber fairly often, because I enjoy coming into the Uber office to speak with representatives of the company. Uber does not require me to come in. I choose to come in because I prefer to have in-person visits instead of sending emails. I do receive emails from Uber, but I don't email back, and I don't feel that I am required to do so.

4.      Uber never tells me when, or where, I have to drive. I try to stay in the Van Nuys area, because things are more spread out, and each trip I get is typically longer and makes me more money. The traffic is also better, and it's just less stressful for me. I buy the fuel for my car--it's my right to decide where I want to drive! I also protect myself by sometimes choosing not to pick up people who request rides if they have what I consider to be "bad" ratings (I don't pick up people with under a ~4.5 rating on the Uber system).

5.      My understanding is that there is no tip included in that fare. I almost never receive tips--I have only had two or three customers insist on giving me a cash tip--and when I do receive a cash tip, it's only been $2 or $3.

6.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

1
DECLARATION OF IOAN OPRE

CLASS MEMBER DECLARATIONS 860

1  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

2  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

3  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

4  have to provide any written statement. I also was specifically told that I could participate in the

5  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

6  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7      I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct.

9      Executed at Los Angeles, California this 26th day of May, 2015.

10

11                                         Ioan Opre

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2<br>DECLARATION OF IOAN OPRE

CLASS MEMBER DECLARATIONS 861

1    MORGAN, LEWIS & BOCKIUS LLP
     ROBERT JON HENDRICKS (SBN 179751)
2    STEPHEN L. TAEUSCH (SBN 247708)
     CAITLIN V. MAY (SBN 293141)
3    One Market, Spear Street Tower
     San Francisco, California  94105
4    Tel:    415.442.1000
     Fax:    415.442.1001
5    rhendricks@morganlewis.com
     staeusch@morganlewis.com
6    cmay@morganlewis.com

7    Attorneys for Defendant
     UBER TECHNOLOGIES, INC.

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12   DOUGLAS O'CONNOR, THOMAS              Case No.  CV 13-3826-EMC
     COLOPY, DAVID KHAN, MATTHEW
     MANAHAN, WILSON ROLLE, JR, and        **DECLARATION OF NASER ORIGAT**
13   WILLIAM ANDERSON, individually and
     on behalf of all others similarly situated,
14
                     Plaintiffs,           Complaint Filed: August 16, 2013
15                                         FAC Filed: May 30, 2014
              v.
16
     UBER TECHNOLOGIES, INC.,
17
                     Defendants.
18

19

20

21

22

23

24

25

26

27

28

I, Naser Origat, hereby declare as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I currently provide transportation services to passengers in and around San Francisco, California, as an independent operator. I contract with a company known as Black Cab Limo, and I operate under that company's TCP License. I have about 10 regular customers of my own, but I also use an app developed by Uber to generate trip requests.

3.    I have worked in the transportation industry for almost 20 years. From 1996 through 2002, I drove a taxicab as an independent contractor in San Francisco for Yellow Cab and Town Taxi. I then worked as an employee-driver for Black Car Network for nearly 10 years. While working for Black Car Network, I drove a black Lincoln Town Car, and provided transportation services to Black Car Network clients in San Francisco.

4.    Around July 2011, a friend suggested that I branch out on my own and consider using the Uber app to generate business. Because I had heard a lot of great things about the app – namely, that it enabled drivers to generate business while controlling their own time and setting their own schedules – I contacted Uber and signed up for the app.

5.    Before using the app, I completed a brief multiple choice test to demonstrate my familiarity with San Francisco, participated in "onboarding" at the Uber office, where an Uber representative showed me how to use the app, and accepted an electronic agreement with Uber governing my use of the app. I also picked up an iPhone from the Uber office, for which I paid a $300 deposit, and continue to pay approximately $10 per week, in exchange for use the iPhone. The iPhone provided by Uber does not have any text or calling capabilities – it only enables me to use the Uber app.

6.    Other than the iPhone, I have not received any equipment from Uber. Although I was given the option of sticking an Uber "U" logo light on my windshield, I declined because I had already obtained a license plate for my Town Car which reads "Uber06." I chose to purchase this license plate because I thought it would provide passengers with an easy way to identify my vehicle

1.

1    if they booked my services through the app.  Uber has never required me to display any kind of logo

2    or signage on my Town Car.

3         7.    To date, I have only used Uber's UberBLACK platform to receive trip requests.  I

4    selected UberBLACK, rather than uberX or UberTAXI, because UberBLACK seemed like the best

5    fit.  I wanted to transport business professionals, and I own a 2006 black Lincoln Town Car, so

6    UberBLACK best matched my personal preferences.

7         8.    For each trip that I book through UberBLACK, I receive 80% of the total fare from

8    Uber, and Uber keeps the remaining 20%.  Although I believe that the fare is meant to cover the

9    whole cost of the trip, I would estimate that I receive tips from my passengers approximately 15%-

10   20% of the time.  I have received all the money I am entitled to for the trips I've booked through the

11   app.

12        9.    I usually use the Uber app to generate trip requests about 6 days per week.  I prefer to

13   drive from Monday through Wednesday, in the morning and in the early afternoon, and from

14   Thursday through Saturday, at night.  I am in complete control over my schedule, and Uber has

15   never attempted to require me to drive on any particular day or at any particular time.  If I wanted to

16   change my schedule, I could easily do so, and I would not have to notify Uber.  Similarly, if I want

17   to take a break or stop driving for the day, I just go "off-line."  For example, when I stop for lunch or

18   for coffee breaks, I usually turn off the app.  I also go off-line if I need to complete a run for one of

19   my own clients.

20        10.   From Monday through Wednesday, I try to stay around the Financial District because

21   there are more professionals looking for transportation in that area in the morning and afternoon.

22   From Thursday through Saturday, I drive around the North Beach neighborhood and the Mission

23   District, because that's where a lot of people go out for dinner and/or drinks.  I drive in these areas

24   because they are most profitable for me.  Uber has never assigned me to any particular

25   neighborhood.

26        11.   When I am logged-in to the app, I receive notifications whenever a passenger has

27   requested a pick-up.  The notification details the passenger's location, name, and phone number.

28   After receiving the notification, I then have 16 seconds to either accept the job or decline.  I have

2.

always been able to decline pick-ups without any repercussions. For example, the Uber app allows drivers to rate passengers, and I usually decline to pick-up a passenger if his or her "star rating" falls below a 4 on the 1-5 scale.

12.     When I do pick-up a passenger, I ultimately try to find a route that will take us to his or her destination in the shortest amount of time. This often leads me to choose the route with the least amount of traffic. My clients want to get where they are going fast, and they don't want to sit in traffic or wait at traffic lights. Uber has never provided me with any instruction or guidance as to the routes I follow. The decision is up to me and my passengers.

13.     Customers can evaluate my services as a driver by using the passenger version of the Uber app to rate my services from 1-5. Although customers can evaluate my services, Uber does not independently monitor or evaluate my performance. The star rating system is important because just like drivers may decline to pick-up passengers with a low rating, passengers may try to avoid drivers with low ratings.

14.     Uber has provided me with a few recommendations about how to keep my star rating high. For example, Uber suggested that I open the car door for my passengers, and provide them with amenities, such as water or gum. I am free to ignore these recommendations, but because I have always opened the door for my passengers, and provided water, gum, and mints, I also do these things when I book passengers through the Uber app. I also try to keep my Town Car as clean as possible, so I clean it every other day. Uber never provided me with any instruction as to how often I should clean my car, but I know that my passengers like riding in a clean car.

15.     For the last fourteen years, I have worn a suit whenever transporting passengers around the city. Because I am often driving professionals, I like to look as professional as possible. Uber has never provided me with any suggestions or instructions as to the clothing I should wear while driving.

16.     I communicate with Uber representatives very rarely. In fact, other than occasional e-mails notifying me of special high-traffic events in the city (which I am completely free to ignore), I typically only communicate with Uber if I need something or have a question.

3.

17.  I have never considered myself to be an Uber employee.  In contrast to my time working as an employee-driver for Black Car Network, Uber does not tell me when or where to drive.

18.  I file my tax returns as a self-employed individual.  I also bear all of my own business expenses, such as fuel, vehicle maintenance, airport fees, TCP License fees, cleaning costs, and commercial insurance premiums.  I take deductions for these business expenses on my tax returns. Uber issues me a Form 1099 for the fares I complete through the app.

19.  I have been pleased with the Uber app since day one.  The app has enabled me to generate at least a 50% increase in business, while also giving me complete control over my own schedule.  In addition, I also like that it creates a cash-free experience.  I don't have to worry about getting robbed or having to find change for my passengers.

20.  I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at ___San Fran___, California this __2__ day of ___July___ 2014.

_____Origat Na_____
NASER ORIGAT

Firmwide:127705754.1 073208.1016

4.

1

## DECLARATION OF RICHARD ORTEGA

2       I, Richard Ortega, do hereby swear, affirm and attest as follows:

3       1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6       2.      My name is Richard Ortega.  I am a 53 year-old male.  I use the UberX and UberPlus

7   services.  I began using the Uber service approximately a year ago.  I live in Long Beach, Ca.  As of a

8   week ago I am using Uber fulltime.  Previously I was a facilities manager at the law library in Los

9   Angeles.  When I was working as a facilities manager I used the Uber App on weekends and holidays

10  for extra money.  I am in the process of getting a new job.  I will continue to use Uber fulltime, but

11  will go back to weekends and holidays once I get a new job.  I drive directly with Uber.

12      3.      I usually start driving around 6 a.m. and drive until 6 or 7 p.m.  This is not a set

13  schedule as it depends on if I have other things to do, if there are a lot of passengers, or how I'm

14  feeling.  I take breaks whenever I feel like it to eat, stretch, get gas, or get a car wash.  It is awesome

15  how you have flexibility.  I can start driving and then stop and meet my family for lunch and then

16  continue driving after.  During these times I will turn the Uber App off.

17      4.      There is also no set territory with Uber.  Your first customer will dictate where you go.

18  For example, when I take someone to the airport I will then head to Venice or another beach city

19  because they tend to be busy and have surge pricing.  I like the territory flexibility in addition to the

20  schedule flexibility.  Uber has no control over what territories I drive in.  I never feel like I'm not

21  supposed to be in one area or another.

22      5.      I accept over 95% of the requests that I get.  I know that I have the right to choose who

23  I pick up.   For example, if a request comes from a bad part of town or the passenger looks

24  untrustworthy, I will choose to decline the request.  Also, if I'm trying to head in a certain direction, I

25  won't turn around to get passengers who are going the opposite way.

26      6.      I occasionally get cash tips from the passengers.  There is no tipping through the App.

27  I tell the passengers that tipping is not expected or required, but I'll accept it if they passenger wants

28

1

DECLARATION OF RICHARD ORTEGA

CLASS MEMBER DECLARATIONS 867

1 to give it to me since I earned it.

2       7.     I have a 4.85 rating. It's a harsh system. The passenger has complete control over the

3 ratings. For example, sometimes passengers don't think anyone is perfect so they won't give a 5. I

4 used to provide water to the passengers, but I don't go out of my way to do extra things anymore

5 because it's too expensive. I always try to be nice and courteous. I keep my car clean. I try to make

6 the ride smooth and stay at a casual pace.

7       8.     I tend to give people 5-star ratings unless they are especially bad. For example, I will

8 give a low rating if someone is very drunk or doesn't show up for 10 minutes. This is one of the

9 reasons I don't drive at night. You can make more money driving at night, but I choose not to

10 because I don't like the passengers who tend to be using Uber in the evening.

11       9.     Uber sends suggestions every week for what times are the busiest the previous week.

12 But again, I do not follow these suggestions because I do not like to drive at night. I drive based on

13 my own experience. For example, Monday or Tuesday mornings people need rides to the airport or

14 to work. Also, on Sunday mornings there are many people who need rides from the cruise terminals,

15 which are close to where I live in Long Beach. We also get updates on certain events that are going

16 on that day. Again, I don't normally follow these. I just work wherever I work and if I happen to be

17 in an area with surge pricing that's great.

18       10.     I understand that I'm an independent contractor for Uber. I owned my own business

19 and had an independent contractor that worked for me. I understood that there were limits on what I

20 could ask them to do. You give them a job to do, but you don't control their schedule. That's how it

21 is when you work for Uber.

22       11.     I have given this testimony completely voluntarily and without any coercion

23 whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

24 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

25 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

26 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

27 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

28

---

2

DECLARATION OF RICHARD ORTEGA

CLASS MEMBER DECLARATIONS 868

1   have to provide any written statement.  I also was specifically told that I could participate in the

2   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4       I declare under penalty of perjury under the laws of the United States of America and the

5   State of California that the foregoing is true and correct.

6

7       Executed at Los Angeles, California this 26th day of May, 2015.

8

9                       Richard Ortega

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF RICHARD ORTEGA

**DECLARATION OF JESSE DANIEL OSUNA**

I, JESSE DANIEL OSUNA, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 23 years old and reside in Chula Vista, San Diego County.  I have lived in Chula Vista for approximately 2 years.

3.      As a driver, I use UberXL, which I started using in approximately March 2015 and am currently using this service.  I drive a 2005 Toyota Sienna, which is actually my mom's car, which she uses for her personal purposes during the week.  I decided to use UberXL over UberX because it the rates are higher so I can make more money per trip.  I am currently a direct partner with Uber.

4.      I am currently unemployed and use the Uber App on the weekends.  I usually use the Uber App during the hours of 3p.m. to 3a.m. either in downtown San Diego and/or Pacific Beach area of San Diego.  I choose these areas because they are the closest areas to me, but I will go wherever the trip takes me.  However, I find these two areas busier for purposes of Uber than other areas of San Diego.  Specifically, I find being downtown around 2 a.m. is beneficial because they have surge pricing.

5.      When I work on the weekends I usually take one meal break on each day worked for approximately 35 minutes.  I usually try to take the meal break either around 9 p.m., before it gets busy, or after 11 p.m., once it slows down.  When I take the meal break I turn off the Uber App.  When I am waiting for trip requests I generally go on my phone and read up on the news, check emails, or go on Facebook.  I consider these times that I am waiting for trip requests as rest breaks.  I believe I have a reasonable opportunity to take meal and rest breaks when using the Uber App.  I decide when to take a rest or meal break.  Uber has no control and has never tried to control when or how I take my meal and/or rest breaks.

6.      Uber sends me weekly emails and texts that contain information on whether there are certain events taking place in San Diego.  The weekly emails also include feedback about myself,

1
DECLARATION OF JESSE DANIEL OSUNA

CLASS MEMBER DECLARATIONS 870

my rating and things I could do to make it better. I understand that when Uber suggests that there are things I could do to make it better they are just that – suggestions – and I am not required to follow them. I have voluntarily chosen to use some of these suggestions such as keeping the car clean, offering phone charges, and water in the car, and dress appropriately. But Uber does not have any type of dress code that requires me to dress in any type of manner. Uber has never told me that if I fail to follow their suggestions they would deactivate and/or suspend my account.

7. I understand that I am able to accept or deny trip requests, but I generally choose not to decline trip requests. Uber has never suspended or threatened to suspend my account because I have declined a trip request and I have declined trip requests on a few occasions.

8. The primary reason I decided to sign up with Uber is because of its flexibility. Uber never requires me to log into the Uber App for any minimum amount of time. Uber does not set my work schedule and has never restricted me from engaging in any other part-time or full-time occupation or business. I am currently working on being a life only agent for an insurance company that consumes a lot of my time and if Uber was not flexible I probably would have signed up for it.

9. When I first signed up with Uber I did a combination of using their online services and coming to Uber's San Diego office in-person. In order to sign up I had to provide Uber with the required documents such as car registration, insurance, vehicle inspection, my driver's license and pictures of the vehicle. Uber let me know there were instructional videos available online that would provide me with information of how Uber works. I found the videos helpful, but Uber did not require me to watch the videos.

10. I currently have a rating of 4.63, which I consider average. I understand that it is a mutual system by which the passenger rates me and I rate the passenger. I further understand that Uber does not have any control on the rating system.

11. I have received tips from Uber passengers approximately 4 times per week. There is nothing in my Licensing Agreement with Uber prevents me from accepting tips.

12. I knew from the beginning and when I entered the Licensing Agreement with Uber that I would be an independent contractor. In fact, the reason I signed up with Uber is because I wanted to be an independent contractor. I would wish to continue to be an independent contractor

CLASS MEMBER DECLARATIONS 871

1    for Uber so that I can maintain flexibility and pursue my other career goals.

2          13.    I have given this testimony completely voluntarily and without any coercion

3    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

7    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

8    not have to provide any written statement.  I also was specifically told that I could participate in the

9    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11         I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.

13         Executed at San Francisco, California this 28th day of May, 2015.

_____
JESSE DANIEL OSUNA

3
DECLARATION OF JESSE DANIEL OSUNA

## DECLARATION OF MARVIN PAEZ

I, Marvin Paez, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I live in Glendale, Los Angeles County. I have lived there since 2003.

3.    I currently drive for UberX and have been driving for four months. I love to drive, and when I found out about this job, I thought I have to have it. I have my own hours and am basically my own boss.

4.    I am full time student at Cal State LA, and drive about 15 hours a week. I drive Tuesday, Thursday, Friday, and Saturday, if I don't have weekend plans. This is what works for my class schedule.

5.    I drive a Honda Civic that I purchased before starting to drive for Uber.

6.    I have four jobs. In addition to Uber, I work at Home Depot, at Hollywood Bowl, and am a professional musician. The flexibility of Uber is very important because of all my other jobs. Uber accounts for perhaps one half of my income.

7.    During the week, I start when I'm coming out of class, around 9:00. I drive down Main Street toward Downtown, taking the side street and not the freeway to try to get a fare going toward Downtown. If I don't get a fare, I will stay in Downtown until I get a fare to save gas. Once I have a fare, I will go anywhere they need, Venice, Santa Monica, or even Orange County. There's usually another customer right away after I finish dropping off a fare, so I don't need to drive around looking for someone. I sometimes work until 5 or 5:30 in the morning, unless I get sleepy. I like to work that late since I need the money.

8.    I had Lyft, but I only used it for one hour and after that I didn't have any rides, so I stopped using it. I am used to driving for Uber, which has plenty of customers, so I stick with that.

9.    When I signed up for Uber, I understood you had to cover the maintenance of the car. You're working for yourself. If you work for a taxi company, that's taken care of, but Uber has

1
DECLARATION OF MARVIN PAEZ

CLASS MEMBER DECLARATIONS 873

1    different benefits.

2         10.    Because I drive at night, I often drive for drunk people.  They are some of the nicest

3    people, and I think driving them is really fun.

4         11.    As far as stars, I just do what I have to and have only had one complaint.  That was a

5    weird comment, and since then people have been giving me five stars.  This is because I'm friendly

6    and safe in how I drive.  You want to feel comfortable when you go in a car with someone you don't

7    know, so I give people that comfort.  I say hello, and we can talk, or I play music and let them do

8    their own thing.  I never thought about raising my star rating, and don't pay attention to blogs or

9    videos.

10        12.    I never attended an Onboarding session or watched the videos on line.  I just figured it

11   out, or would ask questions to customers or former Uber drivers.  It's not rocket science.

12        13.    Uber contacts me with updates of my rating, what your trips were, peak hours and

13   things like that.  It's good information to know, but peak hours generally don't meet with my

14   schedule, so it's not useful.  Same thing with the events, where it's not that useful for me because I

15   work at the Hollywood Bowl and often can't drive.  I know during peak hours you get paid more, but

16   I normally drive regular hours because that's when I'm available.

17        14.    I do Uber because I love driving and getting money is a bonus.  It's fun to meet new

18   people, and I don't mind that they don't help fix up my car.

19        15.    I like being an independent contractor.

20        16.    If I want to take a break, I take a break.  Sometimes when there are a lot of customers

21   asking for rides, I will drop off a customer and immediately turn off the app.  That way I can relax,

22   eat, or have a cigarette.  I usually turn the app off to eat, and usually take a 10 minute long break to

23   just stretch.  Around 1 AM is a dead hour, so I'll leave the app on and stand outside the car to stretch

24   or just take a break.  Uber has never interrupted one of breaks.  I feel like I have flexibility with my

25   schedule.  Once when I was working, dropped someone off at a bar where my friends were, and I

26   decided to hang out with them for a bit so I turned off the app and spent some time with them.

27        17.    I have given this testimony completely voluntarily and without any coercion

28

2

DECLARATION OF MARVIN PAEZ

1   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

2   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

4   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

5   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

6   have to provide any written statement. I also was specifically told that I could participate in the

7   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

8   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9       I declare under penalty of perjury under the laws of the United States of America and the

10   State of California that the foregoing is true and correct.

11

12       Executed at Los Angeles, California this 26th day of May, 2015.

13

14                                  MARVIN PAEZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF MARVIN PAEZ

## DECLARATION OF WILLIAM PAUL PANTEL

I, William Paul Pantel, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 51 year old male living in Citrus Heights, California in Sacramento County.

3. I drive UberX. I have two cars on my platform. My wife and I use the Uber app and we have two cars that we share. She uses the Uber app independently from me. I started using the Uber app in January 2015. We own both of the cars that we use to drive with the Uber app.

4. I just started using the Uber app full-time a week ago. Before that I was a maintenance technician at an athletic club called Primetime. I used the Uber app during that time to supplement my income. Often, I would make money going to work at the athletic club.

5. I am a direct partner with Uber.

6. At this time, 100% of my income comes from using the Uber app. When I was working as a maintenance technician, 90% of my revenue was coming from the maintenance technician job.

7. My strategy to generate leads is to come to the city by 4 a.m. during the week. I try to stay in the surge zones but I don't try to get back to them if I go out. I work from 4 a.m. to 8 a.m. and then from 4 p.m. to 8 p.m. On occasion, I work what I call the drunk hours, between 10 p.m. and 2 p.m. I might work in Sacramento on the weekends. My main strategy is three or four days hardcore in the city and I'll fill in the gaps on the weekends in Sacramento. Uber never assigns me a territory. I go where I want. I am free to accept or reject a lead. I don't really decline anybody because I am out there trying to make money. I love the flexibility with Uber. I can spend time with my family and I work the hours I want. Before I went full time I was logged onto the app 27-30 hours. I think now that I will be using the app full time I will be logged on 40-60 hours.

8. When I first started, I went through an onboarding process through the app. I came to an Uber office for a car check. But I never had to come to an Uber location for an orientation or training. Uber gave me suggestions on how to interact with passengers. They suggested that I tell

CLASS MEMBER DECLARATIONS 876

1  passengers that I am using a map application that will tell me how to get to their drop-off location
2  but that if they have a preferred route to tell me.  Uber gave me suggestions on ways to obtain a high
3  rating including dressing well and having a clean car.  I am not required to follow these suggestions.
4  They are just suggestions to help have a high rating.  I can find suggestions on a partner website I
5  can go to.  If there is an event coming up, Uber will send me a text or email and suggest when and
6  where I can go to get more clients.  Uber is notifying me of high demand times.  I like Uber's
7  suggestions.  I feel like those suggestions will help my rating.  I want to be a top rated driver.  I like
8  getting notifications every week being a top 5% rated driver.  I use my own strategies to get higher
9  ratings too.   For example, I used to drive limousines and I used to have phone chargers for
10  passengers to use.  My previous driving experience also helps me achieve higher ratings. I also study
11  maps of the cities I drive in so I know where I am going in case something goes wrong with the
12  GPS.  I have never been told that my account would be deactivated for not following Uber's
13  suggestions.

14        9.      The riders rate me.  The way it works is if they are happy with their drive, you get a
15  higher rating.  A lot of it is based on knowing how to get to their destination.  A clean car is
16  important.  A good attitude is key.  My rating right now is 4.87.  My highest rating was a 5.0 for
17  almost a month straight.

18        10.     I do not communicate with Uber too often.  I only contact them if I need something.  I
19  would use email as my means of contact.  Uber contacts me a few times a week to tell me about high
20  demand areas or how well I am providing my transportation services.

21        11.     My expenses are my gas, car cleaning, my treats, maintenance, car wash, clothes,
22  food, insurance.  I have a business folder to keep a record of my business expenses so I can write
23  them up for when I have to file my taxes.  Uber does not tell me what insurance to buy. My
24  insurance is CIG insurance.

25        12.     Tipping is not required.  Passengers can offer me a tip but I can tell passengers that
26  tipping is not required.  But I can accept tips.  I might get a tip once every couple of weeks.  Uber
27  does not tell me that I cannot accept tips and has never threatened to suspend or terminate my
28  account for accepting tips.

---

2
DECLARATION OF WILLIAM PAUL PANTEL

13.     I read and understood the terms of my agreement with Uber.  I read and accepted the agreement online.  I understand the split with Uber is that I take about 80% and Uber takes 20% plus a 1 dollar rider's fee.  When I accepted the agreement, I intended to be an independent contractor.  Being in independent contractor is what enticed me to join the Uber app.  I like the fact that I can work as hard as I want or not as hard as I want.  I want to continue being an independent contractor.  It is fun. It is enticing. I love meeting the people. I love the incentives.  I get out a lot of value doing this work.  I went to a driver's meeting where drivers meet and talk to each other.  I picked up a t-shirt that said: "I am an entrepreneur."  The t-shirt spoke to me because the work I do through the Uber app is very entrepreneurial.  It fits with my personality.  For me, I want to find ways to use my work with the Uber app to expand on my entrepreneurial spirit.

14.     When I file my taxes, I will indicate that I am self-employed and I will report my business expenses.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

WILLIAM PAUL PANTEL

3
DECLARATION OF WILLIAM PAUL PANTEL

CLASS MEMBER DECLARATIONS 878

**DECLARATION OF VICTOR PAREDES**

I, Victor Paredes, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 48years old.   I live in Carlsbad, California and I have lived there for the last two years.

3.      I started using the UberX platform for fares in December 2014.   I still currently use it. I also use the UberXL platform for fares.

4.      I am also a Maintenance Manager in an apartment complex, which owned by Avalon Bay.   As a Maintenance Manager, I am a full-time employee of Avalon Bay.   I work 40 per week in this position.   Avalon Bay does not prohibit me from serving as an employee of another company.

5.      I own a 2012 Dodge Journey, which is the vehicle I use when driving customers for UberX.

6.      When I want to provide rides, I turn on Uber's app.   I provide rides to make a certain amount of money per week.   I provide rides 3 days week—Thursday, Friday, and Saturday—but if I do not hit my financial goals for the week, I will work another day.   I typically provide rides on Thursday and Friday around 5:00pm until 10:00pm or 12:00am.   I typically provide rides on Saturday around 10:00am and then stop around 2:30pm but my schedule varies on Saturdays.

7.      Uber does not assign me a territory.   I like this because I can pick up passengers wherever I want.

8.      I am free to accept or decline leads generated through the Uber app.   I have canceled ride requests because the customer is not where they are supposed to be or customers do not show up or answer their phone when they are supposed to be picked up.   Uber has never suspended or threatened to suspend my account because I did not accept enough ride requests.

9.      Uber does not require me to log into the app for a minimum amount of time.   Uber has never suspended or threatened to suspend my account for not spending enough time logged into the app.

1
DECLARATION OF VICTOR PAREDES

10.     Using Uber provides me flexibility.  I can drive for Uber any time of the day and work on my own time, which is very convenient considering I have a full-time job as a Maintenance Manager.  This is one of the main reasons I use Uber.

11.     Before I became a UberX driver, I submitted an application, a copy of my driver's license, car insurance, registration, pictures of my car and me, an inspection form for my vehicle, and Uber conducted a background check on me.  This process took about 10 to 15 days.  I then received an email from Uber indicating that I could start driving passengers.

12.     I did not attend any onboarding or training sessions.  I did have to watch videos, which provided instructions on how to use the Uber app and suggestions on how to treat customers. I am not required to follow Uber's suggestions regarding how to treat customers but I generally do. I have never been told by Uber that my account would be deactivated for failing to follow Uber's suggestions.

13.     The rating system for drivers is based on customer service.  My rating is determined entirely by the passengers, which Uber has no control over.  My current star rating is 4.81, which is a high rating.  To improve my star rating, I offer water and gum to customers, I drive safely, and I try to make customers feel comfortable, all of which are my ideas and based on my experience with customer service.

14.     Drivers receive a low star rating for not being nice towards customers.  Similarly, drivers receive a high star rating if they are nice to customers and they are happy while they provide rides.  A driver's star rating does not have much to do with Uber's suggestions on how to treat employees.  Uber has never notified me that I may be terminated from using the app due to my star rating.

15.     Uber sends me weekly reports regarding my star rating and how much I would make if I provided rides for a certain amount of time and my activity for the week.  Uber also sends me weekly text messages regarding where there is high customer demand.  Other than these forms of communication, Uber does not contact me.  I have only contacted Uber on one occasion, when a customer left items in my car after a ride.

16.     When providing rides through UberX, my expenses include gas and maintenance.  I

2
DECLARATION OF VICTOR PAREDES

1    pay for these expenses out of pocket.  I keep records of my expenses at my home.

2         17.    I have never received any cash tips from customers.

3         18.    When providing rides through UberX, I take rest breaks during the day to go to the

4    bathroom, stretch, take personal calls, and relax.  I generally take breaks every 2 hours.  The breaks

5    are usually 15 to 20 minutes.  I am not logged into the Uber app while on a rest break.  I decide

6    when and the length of my rest breaks.

7         19.    When providing rides through UberX, I typically take 1 meal break in a day.  I

8    usually provide rides for about 4 hours before I take a meal break.  Each meal break is 30 to 60

9    minutes.   During meal breaks, I am not logged into the Uber app and my meal breaks are

10   uninterrupted.

11        20.    Uber has never told me to drive for a certain amount of time before stopping for a rest

12   or meal break.  Uber has never told me not to take a break.  Uber has never interrupted any of my

13   breaks.  I am free to go wherever and do whatever I want during my breaks.

14        21.    I have given this testimony completely voluntarily and without any coercion

15   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

19   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

20   not have to provide any written statement.  I also was specifically told that I could participate in the

21   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23        I declare under penalty of perjury under the laws of the United States of America and the

24   State of California that the foregoing is true and correct.

25   Executed at Los Angeles, California this 26 day of May, 2015.

26

27                                    VICTOR PAREDES

28

                                     3
                          DECLARATION OF VICTOR PAREDES

CLASS MEMBER DECLARATIONS 881

**<u>DECLARATION OF DAVE PARKER</u>**

I, Dave Parker, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am self employed as a financial advisor.  I also work in real estate.  I have owned my own business and worked for myself for the past 16 years.    In addition to my financial advising work, I currently also work as a driver, and I currently use the UberX and UberPlus platforms when driving.  I have used the UberX platform since June or July of 2014.  I have also used UberPlus since it was launched a couple months ago.  I own and drive an Acura TL, which I use for both business and personal use.  Currently, about 30% or 40% of my revenue comes from Uber.

3.      In addition to using Uber to generate customers, I also use the Lyft application to find customers.  When I drive, I start logged into both Uber and Lyft at the same time and wait to get a customer from either of the applications.  I take the first customer I receive from either application.  While I use both Uber and Lyft, I tend to get far more customers from Uber and prefer the customers I receive through Uber.  Uber has never restricted me from using multiple applications simultaneously.

4.      I drive using the Uber App two to three days a week in order to supplement the income I earn through my business.  Generally, I drive on Fridays and Saturdays.  However, if I want to make a little bit more in a certain week, or if Friday or Saturday were not as busy as I had hoped, I might also decide to work on Thursday or Sunday.  Generally, I start driving around 1:00 or 2:00 p.m. I live in Orange, California, near Chapman college, so sometimes I start there because it is usually pretty busy in that area.  Sometimes I will start in Newport Beach because that area is also busy.  Other times, I might have an appointment in Norwalk, so I'll start driving in the Long Beach area.  Other times still, I might just start driving to the Los Angeles area and see if I can pick up customers along the way.  I turn on the Uber App whenever I am ready to drive for the day.  Sometimes I'll drive to a particular place or area and turn on the App; other times, I might be sitting in my living room or my driveway when I turn on the App.  Every day is different and based on how

1
DECLARATION OF DAVE PARKER

1     I am feeling on that particular day.  Uber has never assigned me a territory or required me to drive in

2     a certain area; I always choose for myself the area in which I want to drive.

3         5.     I take breaks when I am driving whenever I feel like I need a break.  I usually take a

4     break when I need to use the restroom or if I am hungry.  Sometimes I choose not to take a break

5     because I don't feel like I need a break.  My breaks can last anywhere from 2 minutes to 20 minutes,

6     depending on how I am feeling and the reason I decided I needed a break.  Uber has never

7     communicated anything to me with regards to breaks or when to take breaks, and has never told me

8     not to take breaks while I am driving.  I decide for myself when and whether I need a break and

9     choose when I want to take my breaks myself, based on my own needs that day.

10        6.     On Fridays, I typically stop driving sometime around midnight; on Saturdays, I might

11     drive as late as 3:00 a.m. if I feel like I can do so.  Again, every night is different, and I stop working

12     whenever I feel tired or whenever I do not feel like driving anymore.  Every time I go out to drive, I

13     set a goal for myself for how much I want to make that night; I usually stop driving when I meet my

14     goal or when I otherwise decide I want to stop for the night.  Uber has never told me that I need to be

15     logged into the App for any minimum amount of time, has never told me to work, and has never set

16     my work schedule for me.  I choose what hours and when I want to work for myself.

17        7.     Uber sometimes increases the rates paid by its customers in certain high traffic areas.

18     This is called "Surge" pricing.  Surge pricing sometimes affects my decisions as to where to drive,

19     but it does not always inform my decisions.  For example, I know that customers in certain areas are

20     not willing to pay for surge prices and will simply not request rides during a surge; when I see a

21     surge in these types of areas, I usually drive away from the surge and go to a different location.  In

22     other areas, customers are more willing to pay for the surge, so when I see a surge in one of those

23     areas, I will drive into the surge because I know I will be able to pick up customers.  I also receive

24     information about other promotions from Uber, but these promotions never affect my decision as to

25     how to use the Uber App.

26        8.     I receive a lot generic emails and text messages from Uber.  I rarely, if ever, receive

27     one-on-one communications from Uber, unless I have reached out to Uber first.  I have contacted

28     Uber either through email or through the App on a couple of occasions.  One time, I forgot to turn

1    the App on when driving someone; another time I accidentally stopped the App at the wrong time

2    when I had a customer in the car.  Uber responded and fixed both of these issues for me.  Those are

3    the only two times I can remember contacting Uber myself.  Additionally, Uber has never required

4    me to ever go to its office or to be at a certain place at a certain time.

5        9.      Uber provides me and other drivers with flexibility, which is something that is very

6    important to me.  I have another business that takes priority over my supplemental work as a driver.

7    Because I have another business, there are often times where I am very busy and do not have time to

8    drive using the Uber App.  There are other times where my other business is slow and I have more

9    time to drive.  Uber provides me the flexibility to set my own schedule and work when I want or

10   need to work.

11       10.     Uber sometimes sends me suggestions on place or areas that might be busy on a

12   particular day.  If anything, these communications are suggestions, and not requirements.  I read all

13   of these communication, but I rarely pay attention to these suggestions because often they do not

14   make sense to me.  I actually usually try to avoid these high traffic and more hectic areas.  Uber has

15   never told me that I need to follow any of their suggestions or that I would be deactivated for failing

16   to follow any of the suggestions that Uber provides.

17       11.     I have been offered cash tips by customers in the past.  I always accept a tip when it is

18   offered.  Uber has never told me not to accept a tip offered to me by a customer.  Uber has never

19   threatened to suspend my account for accepting tips from customers.

20       12.     I knew and fully understood when I started using the Uber App that I would be an

21   independent contractor.  I have been working as an independent contractor in various capacities for

22   over 16 years now, and I understand what it means to be an independent contractor rather than an

23   employee.  I fully intended to be an independent contractor when I started using Uber, and I wish to

24   continue to be an independent contractor.  In fact, I do not wish to be an employee of Uber; the day

25   Uber tells me that I must be its employee is the day I will stop using Uber.  I don't mind that I am

26   not reimbursed for my expenses, such as mileage and maintenance, because as an independent

27   contractor, I can report my expenses as a tax deduction.  Additionally, it is important to me that I can

28   make my own schedule, and decide when and where to work.  I do not want to be an employee,

---

3

DECLARATION OF DAVE PARKER

which would mean that Uber could assign me certain work hours and work territories; I much prefer to decide my schedule for myself based on my personal preference and my own strategy as to when and where I will make the most money rather than have anyone else tell me when I need to work. For me, being an independent contractor absolutely makes the most business sense, and being an employee would make no sense at all.

13.     Just like for all my other independent contracting work, I received a 1099 form from Uber for my 2014 earnings; I have never received a W-2 form from Uber.  I indicate that I am self-employed when I file my taxes, and I deduct all my business expenses, such as mileage, gas, and maintenance, when I file my taxes.

14.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27 day of May, 2015.

_____
DAVE PARKER

4
DECLARATION OF DAVE PARKER

### DECLARATION OF AARON PARRISH

I, Aaron Parrish, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been living in Glendale for a little under five years.  I have been an UberX driver since approximately September of 2014, and am still currently driving under UberX.  I am also an actor and musician.  When I am not driving, I shoot films and commercials and put together and rehearse my rhythm and blues music.

3.      Driving for Uber is the best thing since sliced bread. I think the flexibility it affords me is great.  I love being my own boss.  I believe that if other drivers want to become employees, they should fill out an application somewhere other than Uber.

4.      I try to work during the daytime for four days per week and at night during the weekends.  Sometimes I don't drive at all during the business week and only drive on the weekends.  I decide what my schedule will look like based on how I feel, whether I have energy, and whether I desire to drive on a specific day.  I find being an Uber driver better than being a waiter, which is what I used to do to support my acting and singing career; as an Uber driver, I don't need to find someone to cover my shift when I need to do something else—it gives me the ultimate freedom to work as much as I desire or need.  Sometimes I even work until I know I've reached a certain amount of money because I know I have to pay a certain bill.

5.      I begin my days working in downtown because I drop my wife and daughter off there.  I don't plan on being in a specific place at a specific time—I follow the flow and enjoy seeing where I will end up.  Uber has never assigned me a specific territory.  I enjoy the spontaneity of not having a 9-5 job and not knowing where I'll end up driving for the day.

6.      I decide whether or not to accept requests from riders based on whether or not I'm tired and based on the direction in which I'm driving.  I am aware that Uber does not restrict me from using other apps such as Lyft and Sidecar simultaneously.

---

1
DECLARATION OF  AARON PARRISH

CLASS MEMBER DECLARATIONS 886

7.     When necessary, I make decisions on ending trips prematurely and making certain exceptions.  One time, I dropped a family off and the rider whose card was on the system exited the car, but her brother wanted me to continue driving him.  I ended the trip on the app when I dropped off the rider, and continued the ride with her brother, who paid me in cash.  Sometimes, if I make an error in my driving that would make the trip longer and more costly for the rider (for example, if I miss an exit at the airport and need to do another loop), I make the decision to turn off the app and drive the riders for free for the rest of the way.

8.     I've watched Uber's videos regarding the onboarding experience but take the advice I heard in them to be suggestions, not requirements.  When I first started, I wore a suit and gave water to all of the riders, but I have since begun dressing casually and stopped offering water.  I feel that I, not Uber, control my interaction with riders.

9.     I have a very high rating (4.9).  I understand that my ratings come solely from my riders and that Uber does not control my ratings in any way.

10.     I incur expenses while driving, including gas costs, getting new tires, mileage, and oil changes.  When I file my taxes, I write off all of my expenses and file as an independent contractor.  I have never received a W-2 from Uber.

11.     In the videos I've watched, Uber has informed us, as drivers, that we should inform riders that tipping is optional and not included in the fare.  It is my understanding that tip is not part of the fare, although I do wish that tipping was an option for riders to have in the app.  I accept cash tips from customers about three times per week.

12.     I take breaks from driving whenever I feel that I'm tired or want to take a break.  I have a fair opportunity to take breaks when necessary, including a longer lunch break.  The timing and length of my breaks is my own decision.

13.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Aaron Parrish

1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  STEPHEN L. TAEUSCH (SBN 247708)
   CAITLIN V. MAY (SBN 293141)
3  One Market, Spear Street Tower
   San Francisco, California  94105
4  Tel:    415.442.1000
   Fax:    415.442.1001
5  rhendricks@morganlewis.com
   staeusch@morganlewis.com
6  cmay@morganlewis.com

7  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS         Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and   **DECLARATION OF JERROLD PARSONS**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15              Plaintiffs,           Complaint Filed: August 16, 2013
                                      FAC Filed: May 30, 2014
16       v.

17  UBER TECHNOLOGIES, INC.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1        I, Jerrold Parsons, hereby declare as follows:

2        1.      I am over the age of 18 and am not a party to the above-captioned matter. Except

3    where otherwise indicated, all of the information contained herein is based on my personal

4    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

5        2.      I first learned about Uber in December 2012. I was in San Francisco at the California

6    School Board's annual conference for my elected duties, and one of the conference attendees I was

7    with booked us a ride through the Uber app. I had a lot of prior experience with transportation

8    services as an appointed official for local transportation agencies, but I had never heard of anything

9    quite like this and was blown away by this new app. I downloaded the Uber app for myself to use as

10   a passenger shortly after.

11       3.      I was (and still am) employed as a federal employee. However, in the past, I had

12   worked for UPS, FedEx, and other similar companies transporting and delivering packages. My

13   experience working in transportation services goes back many years. I realized that picking up

14   passengers using one of these new ridesharing apps would be an easy way to make additional

15   money, and it made sense for me given my background in the transportation industry.

16       4.      Around early spring of 2013, I signed up to use the Lyft app. I was interested in

17   Uber, too, but at the time I used a Volkswagen Passat Diesel to provide transportation services and I

18   did not think I could get access to Uber's app with this type of vehicle.

19       5.      Around May of 2013, I also signed up to use the Uber app after learning about Uber's

20   uberX ridesharing platform. I filled out information online and arranged an appointment with Uber

21   to complete the "on-boarding" process. The on-boarding process just consisted of a background

22   check, electronically signing the licensing agreement, and presenting Uber with the proper licenses

23   and permits. Uber looked over my car to make sure it was in good enough condition to transport

24   passengers. After I completed these steps, I received an iPhone with the Uber app installed on it and

25   was then able to use uberX in addition to the Lyft app to obtain leads for passengers.

26       6.      Although I continue to use the Lyft app to generate leads in addition to the Uber app,

27   I only use it about one day a month because the volume of trip requests I am able to receive through

28   the Uber app is more than enough for me.

1.

7.      By August or September of 2013, I was making enough money using the Uber and Lyft apps that I decided to expand my business.  I bought a second car, a 2011 Lincoln Navigator.  I also formally set up my own transportation company: Cork Dork Transportation (officially Jerrold M. Parsons d/b/a Cork Dork Transportation) around that same time.  I obtained a CPUC permit, airport permits, and commercial auto insurance.  Because I now owned a luxury SUV, I could also transport passengers through the UberSUV and UberBLACK platforms.  I started using these platforms around November 2013.

8.      I use my Navigator for UberBLACK and UberSUV passengers, for  pick-ups of my regular non-Uber, non-Lyft customers, and for wine tours as well.  I use my Volkswagen on uberX and Lyft.

9.      In early 2014, I expanded further by contracting with a driver.  In June or July of 2014, I contracted with a second driver.  I've also recently ordered a third vehicle from Germany, but it hasn't arrived yet.  Under my agreements with my drivers, who are 1099 independent contractors, they have access to my vehicles and pay for their own business expenses (except for vehicle maintenance and car washes, which I pay for).

10.     I choose when to drive and how to use my vehicles.  When I drive, I can log on to the Uber app when I want, and I can log off when I want.  It is the same way for my drivers—they can log off and on whenever they want.  Uber does not tell me or my drivers how often we need to be logged on to the app—it's entirely up to me and my drivers.

11.     In addition to booking passengers using Uber and Lyft, I also have regular clients I've generated through my own efforts.  My regular clients call me directly to book services.  My clients generally come from referrals, and I get quite a lot of business because many people in the San Francisco community know who I am due to the appointed and elected positions I've held through the years.

12.     I do not use the Uber app to arrange transportation with my regular customers.  The passengers I book through Uber are typically not people I've encountered before.

13.     I have a website, corkdorktours.com, which I set up in May 2014 to generate more business doing wine tours in Napa.  I pay the domain fee on the website.

2.

14.     I also have business cards, which I paid for myself.

15.     I operate Cork Dork from my home office. I occasionally hire a bookkeeper to come to my home office and help organize my bills.

16.     I used to drive every day, but lately, due to having drivers and running my own business, I usually now only drive on the weekends. Uber does not tell me how to operate my business. If I want to spend more time running the business and less time driving, I can do that. If I want to drive, I can do that.

17.     Sometimes I wear a suit when I drive. But when I work in Napa (usually on the weekends), I often wear a polo shirt and slacks because I believe that market is more casual. I suggest to my drivers that they wear slacks and a shirt and tie, but if they are driving in Napa, they can dress more casually. Uber does not impose any dress code requirements on me or my drivers.

18.     Each of my vehicles has a small (2" x 3") Uber logo on the dashboard. This is a recent requirement imposed by the CPUC for cars that book passengers using uberX. I also choose to display a detachable Uber logo on my Lincoln Navigator when I am logged into the Uber app because it makes the car easier for passengers to identify. However, Uber has never imposed any requirement that I put any Uber logos or branding on my vehicles.

19.     Approximately 2-4 times a month, I drive a taxi and use UberTAXI to generate additional fares. When I drive a taxi, I use a car from the National Taxi/Veteran's Cabs lot. I'm acquainted with the manager of the cab company, and I have a taxi license with the City of San Francisco, so I drive a cab just to keep my license active and to help the manager when he needs extra drivers.

20.     For trips completed through UberTAXI, there is a default 20% tip added to the metered fare and charged to the passenger's credit card, but customers can change the default setting if they choose to.

21.     This is different than the compensation structure for uberX, UberBLACK and UberSUV. For trips completed using these platforms, the fare, minus Uber's licensing fee, covers everything. I recall receiving a communication from Uber explaining that if a customer offers a cash tip, the driver should explain that the fare is all-inclusive, but that if the customer insists, the driver

3.

1    can accept the additional cash tip. It has always been my understanding that Uber's model is

2    intended to be cashless. I have never asked a passenger who booked a fare through Uber for a tip or

3    had any expectation that I would receive one. I've also informed my drivers that this is the payment

4    structure for trips completed using uberX, UberBLACK or UberSUV.

5         22.    I estimate that at least one passenger I book through the Uber app tips me each time I

6    log on. The amount of the tip varies depending on the customer's preferences and has ranged from

7    between $5 and $100.

8         23.    With my regular customers, I regularly (but not always) receive tips. I keep my

9    regular clients' credit cards on file, and I typically charge them when their fares are completed.

10   Depending on the arrangement I have with the customer, the charge to the client may or may not

11   include a separate tip charge. I also have a customer who uses PayPal to pay me. This customer

12   does not include a tip. It all depends on the customer.

13        24.    I really enjoy the freedom and opportunity the Uber app offers. My company is

14   growing faster than I would've expected, in large part because of the business I am able to book

15   using the Uber app. I never owned my own business before, but Uber created an opportunity for me

16   to do so.

17        25.    I have given this testimony completely voluntarily and without any coercion

18   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

19   that the attorney who discussed this testimony with me is Uber's attorney and Uber's attorney does

20   not represent me or the individuals who brought the lawsuit. I understood that I did not need to

21   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

22   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

23   not have to provide any written statement. I also was specifically told that I could participate in the

24   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

25   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

26   //

27   //

28   //

                                              4.

1       I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3       Executed at _RICHMOND_, California this 20TH day of _AUGUST_ 2014.

4

5                                 Jerrold Parsons

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.

**DECLARATION OF JERROLD M. PARSONS**

I, Jerrold M. Parsons, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 46 year old male and I live in Rodeo, California, which is in Contra Costa County.  I have lived in Rodeo for approximately twenty-five years.  I have a commercial drivers' license, which I have had for over twenty-five years.

3.      I currently drive for UberX, UberBlack, UberSUV, UberTaxi, and UberXL.  I have been driving with Uber since April or May of 2013 and started out with UberX.  Approximately six months later, I started driving using the other Uber services.

4.      I am currently employed as a full-time social insurance specialist by the federal government.  I am also the president of the John Swett Unified School District in Rodeo.

5.      I am both a direct partner with Uber and am also employed with another company that contracts directly with Uber.  I have my own company, Jerrold M. Parsons, dba Cork Dork Transportation, through which I contract with Uber.  I do not have any employees in the company, although I do work with some independent contractors.  The independent contractors lease vehicles from me and I pass along work for Uber as well as other transportation work.  The contractors use the Uber app through my partner account and pay their own expenses such as gas and tolls, although I pay for the upkeep and maintenance of the leased vehicles.

6.      My company currently owns two vehicles, a Mercedes sprinter van and a Lincoln Navigator that I use for Uber work, although I previously owned other cars on the Uber system as well.  The name of my company is on the side of my Mercedes van.  Approximately 75% of my company's revenue originates from Uber, either through my contractor driver or when I drive myself.  When I am not driving using the Uber app, I take customers on wine tours.

7.      I used to drive with Lyft, but after only a few months I switched to Uber.  I decided to switch driving apps because I could make more money with Uber, as the fares were higher.  At first Lyft was busier, but then Uber became much busier.  I still have an active Lyft account, but I rarely

1
DECLARATION OF JERROLD M. PARSONS

CLASS MEMBER DECLARATIONS 895

1    use it. I also used to drive for Sidecar and still have an active account, but do not use it because I

2    like Uber more.

3          8.      Back in 2013, I would sometimes have several different apps open at the same time

4    when I was driving, including Uber, Lyft, Sidecar, and sometimes Instantcab. This would allow me

5    to accept a new ride in one app while I was still driving a passenger in another app, so I could ensure

6    that I stayed busy and made more money. I stopped doing this in January 2014 and started only

7    using the Uber app because I like Uber as a company and think it is a great service. I have always

8    had a great experience with Uber and think that the company has always been honest with me,

9    transparent, and has treated me well.

10         9.      One of the things I really enjoy about driving with Uber is the flexibility in my

11    schedule. I can work whenever I want to work and where I want to work.

12         10.    I log in to the Uber app whenever I am not working at my full-time job and do not

13    have a wine tour, usually in the evening and on weekends. Sometimes when I finish a wine tour to

14    Napa, I will log in to Uber to take more rides in order to make enough money to cover the cost of my

15    fuel to go to Napa. This allows me to supplement my business income. Uber does not require me to

16    be logged into the app for any minimum amount of time; it is my decision whether to stay logged in

17    or not.

18         11.    Uber does not assign me to a certain territory in which I am allowed to drive, which is

19    part of the reason that I decided to stop driving with Lyft as much and focus on Uber. If I pick up a

20    passenger at the San Francisco or the Oakland airport who wants to go to Sacramento or Santa Cruz,

21    I can drive the passenger there and pick up a new fare there.

22         12.    Occasionally, I have "ended" a ride on the app before the end of the ride, but only

23    when I have made a mistake. For example, if I take the passenger to the wrong address, I will end

24    the ride and then drive him or her to the correct location.

25         13.    In the past, Uber has sent me emails with suggestions for how to increase my fares by

26    informing me about special events going on around the Bay Area. However, more recently I have

27    started receiving fewer of these. Sometimes I do drive during these events so that I can make more

28    money and to promote Uber's business because I believe in the company. For example, I recently

CLASS MEMBER DECLARATIONS 896

1   drove during the Nike Women's Marathon and handed out roses to my passengers.  In contrast, I

2   recently received an email about driving during Bay to Breakers in San Francisco, but because I

3   previously had a bad experience during that event I decided to stay in Napa and drive there this year.

4   In fact, sometimes when I hear about a promotion from Uber I avoid the event on purpose because

5   then I can get all the fares in another area, like the East Bay or up in Napa, without having to

6   compete with other Uber drivers.

7          14.   I receive ratings from my passengers based on a number of things, like the route I

8   choose and my interactions with the passengers.   On my partner account, my star rating is

9   approximately 4.85, which is pretty low for me.  When I did things like offer riders roses during the

10  Nike women's event in San Francisco, my ratings were higher.  However, when Uber's rates

11  dropped, I stopped doing things like providing water to riders because it was not economically

12  feasible for me to continue doing so.

13         15.   I used to come into the Uber office occasionally when I needed to add a new driver to

14  my partner account or to update my registration.  However, now I can do a lot of that online, so I do

15  not come in very often.

16         16.   Previously, I would sometimes pick up passengers who had not requested me through

17  the Uber app, but whenever I did this I always made sure that once they were in the car they

18  requested me through the app so that Uber was aware of the ride, the passenger could pay using the

19  app, and I was properly insured for the ride.

20         17.   I understood when I signed on with Uber that I was signing up to be an independent

21  contractor and not an employee.  I want to continue to be an independent contractor instead of an

22  employee because I like the freedom of being able to log on and off whenever I want to and not

23  having a boss tell me what to do.

24         18.   When I file my tax returns, I file as self-employed.  I receive a 1099 from Uber every

25  year.

26         19.   I have given this testimony completely voluntarily and without any coercion

27  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

28  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

---

3

DECLARATION OF JERROLD M. PARSONS

1   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

2   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

3   to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

4   not have to provide any written statement. I also was specifically told that I could participate in the

5   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

6   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7       I declare under penalty of perjury under the laws of the United States of America and the

8   State of California that the foregoing is true and correct.

9       Executed at San Francisco, California this 19th day of May, 2015.

10

11                                JERROLD M. PARSONS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF JERROLD M. PARSONS