# DECLARATION OF EULOGIO PAT

I, Eulogio Pat, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am currently driving using the UberX platform part time while I also work other side jobs.  I own a 2007 Toyota Camry, which I drive when I use the Uber App.  I have been driving using the UberX platform for about 8 months, since around September 2014.

3.    I try to drive only at night when I drive using the Uber App.  I do not like to drive in traffic, so I try to avoid driving during the day so that I do not get stuck in traffic.  If I am not doing anything else during the day, I might also use the Uber App during the day, but I try to mostly drive at night.  When I do drive during the day, I try to start after 10:00 a.m. in order to avoid traffic.  Usually, though, I start driving around 7:00 a.m. until about 2:00 or 3:00 a.m.  If a night is particularly busy, I might drive longer.  Sometimes I might drive until 7:00 or 8:00 a.m.

4.    When I drive using the Uber App, I turn on the App at home in Hacienda Heights, and I leave my home as soon as I receive my first ride.  From there, I go wherever the customers take me.  I usually end up driving around the West Los Angeles area at nights, but I am willing to drive wherever a customer needs.  Uber has never assigned me an area to drive or told me a certain area that I need to drive.  Sometimes, Uber provides suggestions as to areas it thinks might be busy on a particular night.  I rarely follow Uber's suggestions regarding busy areas; instead, I just go to any area a customer wants to go and pick up another customer in that area.

5.    I take a break whenever I need one during the night, for example, when I am tired and need to rest or stretch my legs, when I need to use the restroom, or if I am hungry and need something to eat.  I'll take as long as I feel like I need to be ready to drive again; my breaks can last anywhere from 5 to 10 minutes to an hour. Uber has never told me not to take a meal and rest break, and Uber has also never tried to tell me when to take a break.  I choose when to take my breaks based on my own personal needs.  I always turn off the Uber App when I decide to take a break while driving.  Uber has never interrupted any of my breaks, and I have never felt pressured by

---

1
DECLARATION OF EULOGIO PAT

CLASS MEMBER DECLARATIONS 899

1    anyone not to take a break while driving.

2        6.    Using Uber allows me to have a flexible working schedule. I like that I can choose

3    when I work and set my own schedule and decide how to work for myself, and this flexibility is

4    something that is important to me. Uber has never told me when to work, has never set my work

5    schedule for me, and has never suspended or threatened to suspend me because I did not spend

6    enough time in the App. When I worked in my previous job, I sometimes missed family events such

7    as my daughter's graduation and my family reunions because I had to work. Now, I can take time

8    off when I have other personal commitments. I do not need to ask anyone if I can have time off, and

9    can choose for myself when I want to take time off without feeling pressured by anyone else. Also, I

10    work other jobs right now in addition to driving using the Uber App, and Uber provides me the

11    flexibility to do this other work. Uber has never restricted me from doing other work or having any

12    other occupation.

13        7.    I know that Uber sometimes increases the rate the customer pays in high traffic times

14    or areas. This is called "Surge" pricing. I do not pay attention to surge pricing, and surge pricing

15    does not affect my decision as to whether or not to pick up a customer. Sometimes I end up on a

16    ride with surge pricing, which is nice, but I do not pay attention to that when I decide to pick up a

17    customer.

18        8.    When I drive using the Uber App, I believe I am driving for myself, not for Uber. I

19    see Uber as my partner that helps me connect with customers, not my boss. I don't see Uber as my

20    boss because I rarely contact Uber and they rarely personally contact me.

21        9.    When I first started driving and using the Uber App, I watched a video that taught me

22    how to use the App. I had a friend who also used and introduced me to the Uber App, so if I ever

23    had any questions about the App, I would ask him rather than contact Uber or look on the Uber

24    website.

25        10.    Uber contacts me by text or email every day telling me what areas seem to be busy

26    that day, and sometimes provides me with tips on customer service. The tips Uber provides on

27    customer service are common sense to me. To me, I know that a person makes their first impression

28    within seven seconds of seeing someone, so it is important for me to treat the customer well and be

CLASS MEMBER DECLARATIONS 900

1   presentable because I know that is important for customer service and to make a good impression. I

2   follow the suggestions Uber provides because I think they are good suggestions and make sense, not

3   because I am required to follow the suggestions. I also know that having good customer service will

4   improve my "star rating" on the App. Customers are able to rate the drivers that provide them rides

5   through the Uber App; to my understanding, the ratings are determined solely by customers and

6   Uber has no control over my star rating.

7          11.    Uber has never communicated anything to me regarding tips or whether or not to take

8   tips. I have had customers offer cash tips to me before, but I do not like taking tips, so I usually try

9   to decline the tip that is offered to me. Sometimes customers will continue to insist, and I will

10  accept the tip. There are some areas of town, such as West Hollywood, in which people tend to offer

11  tips more often. There are other areas, such as areas with more college students, in which riders tend

12  not to offer tips as often. Uber has never told me that I am not allowed to accept a tip; if I decline a

13  tip, it is my own decision to do so.

14         12.    When I filed my 2014 tax return, I indicated that I am self-employed. I received a

15  form 1099 from Uber for my 2014 earnings. I have never received a W-2 form from Uber. While I

16  did not report my business expenses last year, but I plan to report my expenses, such as gas and car

17  maintenance, on my tax return for 2015.

18         13.    When I first began using Uber, I read the terms of the Licensing Agreement provided

19  to me by Uber. I understood that by agreeing to use Uber, I was agreeing to be an independent

20  contractor of Uber. I like being an independent contractor and I would like to continue to be an

21  independent contractor. I like that, as an independent contractor, I can choose when to work, where

22  to work, and whether or not to work, and I like the flexibility and freedom that using the Uber App

23  provides me.

24         14.    I have given this testimony completely voluntarily and without any coercion

25  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

26  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

28  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

CLASS MEMBER DECLARATIONS 901

1  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

2  not have to provide any written statement. I also was specifically told that I could participate in the

3  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

4  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5        I declare under penalty of perjury under the laws of the United States of America and the

6  State of California that the foregoing is true and correct.

7        Executed at Los Angeles, California this 27 day of May, 2015.

8

9                                 Eulogio Pat

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF EULOGIO PAT

CLASS MEMBER DECLARATIONS 902

**DECLARATION OF BASIL GABRIEL PAULUS**

I, Basil Gabriel Paulus, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 42 years old and live in Campbell, CA.  I am currently a driver through UberX and have never driven for any other Uber platform.  I started driving for UberX in the spring of 2014. I learned about UberX through my brother.  I moved from San Francisco to LA and started taking Uber rides while down in LA.  I started driving through UberX in LA, but moved back to San Francisco around February 2015.  I continue to drive through UberX in the Bay Area.

3.      I tried to drive through Lyft while I lived in LA.  After I signed up with Uber, I also signed up with Lyft and completed maybe five trips total for Lyft.  When I first turned on the Lyft app, it took forever to get a ride, so I switched back over to my Uber app.  I now drive exclusively for Uber because it's easier to generate business.

4.      I try to drive full-time through Uber.  I typically start at 5 a.m. and drive until about 7 p.m., usually Wednesday through Sunday.  If I'm bored, though, sometimes I'll drive seven days a week.  I start the day by turning on my driver app in Campbell.  Some days I generally stay in Cambpell, while other days I spend the majority of my time in San Francisco because that's where the rides take me.  One month I was constantly in San Francisco, but other months I spend the majority of my time around Campbell.

5.      My strategy is to get close to 100% acceptance rate.  My driving thrives on volume.  When I drop someone off, I tend to stay in the area so that I don't waste gas.  I don't turn off my app strategically to drive to surge pricing areas.  I actually try to stay away from events because it can be a hassle to deal with them.  It's important to me to make as much money in a day as possible, and accepting every request seems to be working for me.

6.      My gross fares are generally pretty stable at about $1800 a week before Uber takes its share.  In very rare occasions it will fluctuate because I am taking care of personal issues or having my car fixed, but it otherwise remains stable.

---

1
DECLARATION OF BASIL GABRIEL PAULUS

CLASS MEMBER DECLARATIONS 903

7.      I currently drive a 2008 Honda Accord.  I bought the car in 2008 and have now paid off the car.  I bought it well before I had any intention of driving through UberX.  I started driving it through UberX when the car had about 90,000 miles on it.  I pay for all expenses associated with the car, including maintenance, insurance, and gas.

8.      For training, I watched videos on Uber's website which contained suggestions on driver etiquette.  For a first-time driver, it's nice to have some idea about what to do when a customer doesn't come down from their apartment.  Most of the suggestions involve how to keep your star ratings.  Ninety-nine percent of the suggestions are just common sense.

9.      I don't really follow Uber's suggestions from the videos.  For example, I don't keep bottled water in my car.  I still maintain a high star rating, though.  Right now it's a 4.97. I think the rating doesn't have much to do with whether I follow suggestions or not—it's more about my personality.  I'm a pretty funny dude.  I listen to talk radio in the car and make sarcastic comments about politics, which gets most people laughing.  I generally get people out of their comfort zone and laughing, which they like a lot. The key to my success is to keep them laughing. Everyone's got to laugh at least 3-4 times a day.  I tell passengers that I'm helping them live longer.

10.      I'm free to accept or decline requests, but I tend not to accept.  If someone's belligerently drunk, for example, I have cancelled the request, but that was mostly in LA.  When I first started out, I was doing the graveyard shift in Los Angeles.  Dealing with people before and after the bar can be pretty annoying. I drove the graveyard shift because I didn't want to deal with the stress of traffic.

11.      One time I had to end a ride early because the passenger tried to convince me to drive to turn off the app and drive to Burbank, where he'd pay me cash.  I told him he was crazy—there was no way I was going to take his word that he'd run into his bedroom to grab cash.  Ultimately I had to tell him that it would be better if he grabbed a cab, and he left the vehicle.  Another time a drunk potential passenger punched my window from the outside and yelled "what took you so long?!", so I cancelled the request. Now I exclusively work during the day because I don't want to deal with that kind of situation.  I'll email Uber when I get problematic riders to let them know why I declined a request or ended a trip early.

---

2
DECLARATION OF BASIL GABRIEL PAULUS

12.     Uber has never threatened to suspend or deactivate my account.  An Uber employee once sent me an email saying that a passenger may have thought there was an open container of alcohol in the car.  They generally reminded me that an account can be deactivated if there is a violation of a law, which makes sense (if they didn't say that, everyone would have a field day with Uber).  I explained that I would never knowingly have an open container in a car—I'm not a lunatic.  Another customer must have brought it into the back seat and stashed it in the side door.  I explained that I would never jeopardize my safety or my passengers' safety.  They emailed me back saying that they were glad the situation got cleared up.  It was just an inquiry—they just wanted to know what was going on.  In fact, they let me know that, as an independent contractor, I was free to conduct my business the way I wanted, but I had to comply with all federal and state laws.  The email then went on to explain that I was always free to decline requests, especially those that made me feel uncomfortable or which would violate a law.

13.     I generally don't worry too much about tips.  I make enough money as it is, so I don't take the time to really understand the tipping policy.  If a passenger offers a tip, I tell them it's not necessary, and if they insist I'll take it.  It happens more often with out-of-towners or the trip is really short.  There's no average tip.  Some people give you a dollar or two. About a month ago someone gave me a $20 tip.  Sometimes you'll go a couple weeks without a tip.  Uber has never taken any part of my cash tips.

14.     I use the Uber app on my personal phone.  I'm not going to pay for a phone from Uber when I can use my own.  I'm not going to have two phones in my car.  I can only handle one thing at a time.

15.     I love the flexibility of working for Uber.  I can drive 13 hours if I want.  Sometimes I'll take a week off to visit family in Michigan when I want.

16.     I receive a 1099 for tax purposes from Uber.  I take a variety of business expenses for taxes, including gas, vehicle maintenance, car washes---basically anything that's associated with the car.

17.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

CLASS MEMBER DECLARATIONS 905

that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

Basil Gabriel Paulus

---

4

DECLARATION OF BASIL GABRIEL PAULUS

**DECLARATION OF JEREMY THOMAS PAZ**

I, JEREMY THOMAS PAZ, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I provide driving services through the Uber, Lyft, and Sidecar apps, as a way to make my travel money. I am employed by Metropolitan Media, I have a job working some nights, and I also am an independent contractor selling high end silk screen services to businesses.

3.     I've been driving for money since December 2012. I started on Sidecar, then began picking up fares through Lyft and Uber. I have one vehicle, a BMW 528i that I use to drive for all three apps.

4.     I leave my house in San Francisco at around 6am. I wait in the driveway with all three apps open, and whichever one pings me first, I take that ride and quickly close the other two. I actually don't open Sidecar much anymore because the demand has gone considerably. Ultimately, I end up getting the most fares through Uber because they have the highest demand. Once I drop off a fare, I open all the apps again and repeat the process.

5.     When I drive, I have strategy about what I do as a driver. I have three signs in the back of my car that say the same thing: "Your rating is important to me" and explains that I want the passengers to have a comfortable ride, and to alert me if they have any issues with music, or smells, or anything like that. My favorite part of the sign is that it also says not to mistake my silence for not wanting to talk. I'm very chatty but I respect my passengers' right to a conversationless ride.

6.     Besides that, all I'd want in my car is water, phone charges, and gum, so I just do it the way I want it. I see other cars that have candy and other things, but I don't do any of that.

7.     I like to converse with my passengers if they're up for it. I promote all my businesses to my passengers when they do want to talk. I recently heard about another driver that made jewelry, hung it up in his car, and then sold it directly to people when they asked about it. I love that idea so I also am going to an iPad very soon that has my t-shirt business in it.

8.     I don't engage with the "communities" of any of the apps that I use. I'm not on their

1

DECLARATION OF JEREMY THOMAS PAZ

CLASS MEMBER DECLARATIONS 907

1   Facebook groups, I don't read Uber's FAQs.  None of that matters to me, I just drive.

2       9.      I think a lot of drivers leave money on the table at tax time.  For example, when

3   calculating mileage, I include the miles I drove around looking for the fare, the miles out to pick up

4   the fare, and the miles I drive back to an area where I'm more likely to pick up another fare.  I make

5   sure to keep accurate records of my mileage.

6       10.      I have given this testimony completely voluntarily and without any coercion

7   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12  not have to provide any written statement.  I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15      I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17      Executed at San Francisco, California this 17 day of May, 2015.

18

19                          JEREMY THOMAS PAZ

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF JEREMY THOMAS PAZ

## DECLARATION OF BARRY ALLAN PERELMAN

I, Barry Allan Perelman, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I live in Marina Del Rey, Los Angeles County, where I have resided for seven years.

3. I drive for UberPlus, and have been driving for about seven weeks.

4. I am self-employed as a full-time literary agent, who drives in my spare time.

5. I am a direct partner with Uber. I lease a 2015 Lexis, four door sedan. I only use the online application to generate fares, I do not always have leads when I get online. Sometimes I have to wait a while for fares, but I do not feel like I am working, I'm not actively promoting Uber or driving around trying to pick up fares.

6. I pay for all expenses out of my own pocket. I did not know what to expect when I signed up, but it did not strike me as strange or unfair that I would pay for car maintenance costs myself.

7. I typically start looking for fares around 7 or 8 in the morning, and do not drive past 9 or 10 at night. I do not like to drive late nights because I am not interested in having people throw up in my car and I don't want to pick up drunks. Uber texts me about how to make more money, by driving in Downtown or West Hollywood, places that are late night areas where they are trying to encourage me to pick up fares. I ignore those text messages, because I will not pick up fares past 9:30 at night, and I will only do that in my area so I ensure I will not have to pick up young folks partying. I go offline at these times by turning off the app.

8. I drive all over, I don't pay attention to surge pricing, I just drive wherever my fare takes me.

9. I contacted Lyft in the beginning but never finished the application. They keep emailing and texting me, but I'm not interested in finishing that. They don't have an UberPlus application, and I'm not interested because with Uber I know that I'm getting more upscale clients

---

1

DECLARATION OF BARRY ALLAN PERELMAN

1   and with Lyft they could be sending me to rough areas.

2         10.    A couple times when I started driving, I would forget to start the application, and they

3   would give me a cash tip. This was by accident, and I wouldn't do it normally as I don't know the

4   market rate for an average ride. Out of a hundred rides, I get a tip maybe 10 percent of the time.

5   Usually this comes from passengers from abroad, but on the whole people don't consider this and I

6   don't ask them for a tip.

7         11.    When I signed up, they gave me a sheet of rules or guidelines. You had to watch a

8   video when you signed up, and that's where I got my information. That's it.

9         12.    I can't believe how friendly my clients are. They often engage me in conversation,

10   and I try to accommodate them by turning on the radio or air conditioning, but I'm a pretty quiet guy.

11   I enjoy the clientele I serve, but I don't understand the star rating system since I feel like the clients I

12   have like me much more than my rating would suggest. I have no idea why my rating is what it is,

13   and I have never asked my fares to give me a specific rating. Fares have asked me to give them five

14   starts before, but I've never done the same. Most of the fares have been effusive with me, so when I

15   see the rating I'm confused, but it doesn't concern me. Uber just tells me what my rating is, currently

16   around a 4.69, but they also have said that they like me.

17         13.    I don't think Uber is out to accommodate the drivers, which I think is a mistake. They

18   don't usually communicate with me. I was having technical issues with the app, and I have learned

19   to watch it to put myself back in the driver pool again.

20         14.    Some days I could be waiting hours between fares and other days it could be one ride

21   after another. It's very variable as to how many I get. When there are not many fares I wait in my

22   house. I usually don't take breaks if I have a fare. Even if I'm eating, I leave my app on, and I'll eat

23   just half of my sandwich if I get a fare.

24         15.    I have given this testimony completely voluntarily and without any coercion

25   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

26   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

28

CLASS MEMBER DECLARATIONS 910

1   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

2   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

3   have to provide any written statement.  I also was specifically told that I could participate in the

4   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

5   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6          I declare under penalty of perjury under the laws of the United States of America and the

7   State of California that the foregoing is true and correct.

8

9          Executed at Los Angeles, California this 26th day of May, 2015.

10

11                                              BARRY ALLAN PERELMAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF BARRY ALLAN PERELMAN

CLASS MEMBER DECLARATIONS 911

**DECLARATION OF CHRISTOPHER PEREZ**

I, Christopher Perez, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am age 28 and currently live in El Cajon, San Diego County, CA. I have lived in El Cajon for about eleven months. I do not have a commercial or other specialized driving license. I have been an UberX drive since June 2014.

3.      I am a full-time shipping manager for Raine Industries. Raine Industries does not prohibit me from serving as an employee of another company. I am a direct partner with Uber. I own a 2013 Black Nissan Altima, which I use to drive using the Uber App.

4.      I will typically drive with Uber only at night. Most Mondays through Thursdays I will drive for about two hours. On Fridays and Saturdays I'll typically drive until past the time that the bars close. Surge pricing doesn't really affect my decision to use the App, but Uber's notification of promotions will influence where I try to drive to. Uber never assigns me a territory.

5.      I currently have a Lyft account. I signed up for both Uber and Lyft at pretty much the same time. Very occasionally I'll have both Lyft and Uber open at the same time. When both are open at the same time, I'll always accept the first fare that shows up. Most of the time that ends up being Uber. Pretty much 98% of the total rides I get are through Uber. I like being able to have both apps open at the same time. It gives me another option just in case. Doing so is most helpful in certain areas where it's not as busy. Uber never restricts me from using Uber and Lyft simultaneously. I agree that I am able to accept or decline leads generated through the Uber App. Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

6.      On one occasion, I was unable to indicate that the ride was complete, so the fare kept running. After I moved a couple of blocks and was finally able to close the ride. I notified Uber afterward and requested a fare adjustment. On another occasion, during a high surge period, the

1

DECLARATION OF CHRISTOPHER PEREZ

1   customer asked that I end the fare on the App before I reached his destination. I offered to stop the

2   fare at that time, asked the passenger to request a second trip, and started a second trip with the

3   passenger to his original destination, this time without the surge pricing.

4         7.    Uber never requires me to log into the Uber App for any minimum amount of time.

5   Uber has never suspended or threatened to suspend my account for not spending enough time logged

6   onto the App. Uber never sets my work schedule. Uber never restricts me from engaging in another

7   occupation or business. I value the flexibility that Uber provides. I have a newborn, and sometimes he

8   needs more help. I like to spend the time that I can with him. When my wife needs help with the

9   newborn, I'll either finish my current Uber ride and go home or turn off the App and go home.

10         8.    I watched online videos when I started using the Uber App. The videos made

11   suggestions like dressing business casual and opening the door for the passengers. I'm not required to

12   follow these suggestions. For example, for UberX, I don't feel like everyone would feel comfortable

13   with the driver opening the door. That may work better for something like UberBlack. I see UberX as

14   more of a friendly kind of thing, and that's the way most of my passengers see it as well. One time I

15   got an email with a tip that I adjust to the passenger's preferences on speaking, which I followed. I've

16   never been told that I would have my account deactivated for failing to follow Uber's suggestions.

17         9.    My current star rating is roughly 4.88, which I consider to be a high rating. I maintain

18   that rating by doing things like asking if the passenger prefers that I take a different route, which is

19   my own idea. Uber has never notified me that I may be terminated from using the App due to my star

20   rating.

21         10.    Uber sends me emails about promotions, busy areas, weekly reports, and replies to any

22   contact I initiated with Uber. I would say I only probably read half of them. I once got an email from

23   Uber saying my account was suspended. I eventually realized that it was because my car registration

24   had expired. Uber has not otherwise suspended or threatened to suspend my account for any reason.

25         11.    I've seen videos and emails saying not to take a tip the first time a passenger offers it,

26   but that if they insist, take it—I've earned it. I accept cash tips from passengers approximately twice a

27   week, all of which are in the $2-3 range.

28

2

DECLARATION OF CHRISTOPHER PEREZ

1   12.  Before I started using the Uber App, I was presented with the Licensing Agreement

2 online. When I agreed to the terms of the Licensing Agreement, I intended to be an independent

3 contractor. I wish to continue being an independent contract because then I have freedom of working

4 whenever I need to, knowing that the more I work the more I make.

5   13.  When I drive, when I stop for a rest will vary. I will usually stop for a 30 to 45 minute

6 rest and meals. I decide when I stop for a break or a meal. I typically shut off the App during these

7 times. Uber has never told me to drive for a certain amount of time before stopping for a rest or a

8 meal. Uber has never told me not to take a break. Uber has never interrupted my breaks. I'm usually

9 free to go anywhere I want during breaks. I'll usually go to Burger King.

10   14.  I have given this testimony completely voluntarily and without any coercion

11 whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

12 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13 does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

14 speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

15 provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

16 have to provide any written statement. I also was specifically told that I could participate in the

17 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

18 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19   I declare under penalty of perjury under the laws of the United States of America and the

20 State of California that the foregoing is true and correct.

21

22   Executed at San Diego, California this 28th day of May, 2015.

23

24             CHRISTOPHER PEREZ

25

26

27

28

---

3

DECLARATION OF CHRISTOPHER PEREZ

CLASS MEMBER DECLARATIONS 914

### DECLARATION OF HARUTYUN PETOYAN

I, Harutyun Petoyan, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am 39 years old.

3.  I have driven UberBlack and UberSuv for almost 3 years.

4.  I drive a Chevy Suburban which I use both for Uber and personal use.

5.  I work directly with Uber and am not affiliated with any other car services.

6.  I drive Uber fulltime which I enjoy because I can choose my hours.  I can go home at any time and take breaks when I choose.  I feel as though I'm self-employed.

7.  I choose when and where to drive and go wherever the rides take me.

8.  I have occasionally chosen to decline rides and have never been contacted by Uber for doing so.

9.  I used to drive for a taxi and limousine service but much prefer driving for Uber because it allows me more freedom.

10.  I choose to provide my customers with water and gum.  I do so because I feel it makes my passengers happy not because Uber obligates me to do so.

11.  Uber has never contacted me be personally and directly.

12.  When I file my taxes I indicate that I am self-employed.  I receive a 1099 form from Uber but no W-2.

13.  I have received cash tips on occasion but tell my customers that tip is included.

14.  I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

---

1

DECLARATION OF  Harutyun Petoyan

1  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

2  have to provide any written statement.  I also was specifically told that I could participate in the

3  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5        I declare under penalty of perjury under the laws of the United States of America and the

6  State of California that the foregoing is true and correct.

7

8        Executed at Los Angeles, California this 26th day of May, 2015.

9

10                                          Harutyun Petoyan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 916

1    MORGAN, LEWIS & BOCKIUS LLP
     ROBERT JON HENDRICKS (SBN 179751)
2    STEPHEN L. TAEUSCH (SBN 247708)
     CAITLIN V. MAY (SBN 293141)
3    One Market, Spear Street Tower
     San Francisco, California  94105
4    Tel:    415.442.1000
     Fax:    415.442.1001
5    rhendricks@morganlewis.com
     staeusch@morganlewis.com
6    cmay@morganlewis.com

7    Attorneys for Defendant
     UBER TECHNOLOGIES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
     DOUGLAS O'CONNOR, THOMAS          Case No.  CV 13-3826-EMC
12   COLOPY, DAVID KHAN, MATTHEW
     MANAHAN, WILSON ROLLE, JR, and
13   WILLIAM ANDERSON, individually and   **DECLARATION OF VANIA PINHEIRO**
     on behalf of all others similarly situated,
14
                     Plaintiffs,
15                                        Complaint Filed: August 16, 2013
         v.                               FAC Filed: May 30, 2014
16
     UBER TECHNOLOGIES, INC.,
17
                     Defendants.
18

19

20

21

22

23

24

25

26

27

28

I, Vania Pinheiro, hereby declare as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I currently own and operate "Flash Car Service" as a sole proprietor.

3.    Prior to opening the business, I worked in the transportation industry for several years.  From 1998 to 2006, I drove a taxi for Yellow Cab Cooperative, Inc.  In 2006, I became a limo driver for Jet Car Service.

4.    I first heard about Uber and the Uber app from a friend working at Jet Car Service with me.  My friend decided to leave Jet Car Service to start his own company, and he used the Uber app to help generate leads.  He liked the independence of running his own operation and the flexibility and opportunities that booking customers using the Uber app provided.  It sounded good to me, too.  As a result, in 2011, I left Jet Car Service and began the process of opening my own business.

5.    It took me about eight months to establish Flash Car Service.  I filed fictitious business name statements with the City and County of San Francisco and got my TCP License so I could operate a for-hire transportation business in San Francisco.  I also obtained commercial insurance and paid the initial fee to do airport pick-ups and drop-offs.

6.    I purchased a black 2008 Lincoln Town Car to use for my business.

7.    Once I finished setting up my business, I emailed Uber to inform them I was interested in using the app to book passengers.  Uber later texted me to set up an appointment.  At the appointment, I completed an onboarding process.  An Uber representative met with me, looked at my car, and asked me to take a written test to see if I was familiar with the streets of San Francisco. I received access to the Uber app that same day.

//

//

1.

1

2      8.      When I first signed up to use the app, I received an iPhone equipped with the app in

3  exchange for a security deposit.  I pay a $10 weekly data fee to use this phone.  I use it only to book

4  passengers through the Uber app.  I can't use it to make calls or send text messages to customers.  I

5  use my own business phone to do these things.  There is also no navigation capability on Uber's

6  iPhone.  I use my own GPS to assist with navigation when necessary.

7      9.      What I love most about the Uber app is that immediate bookings are made available

8  to me whenever I choose to log in to the app, which gives me the ability to set my own hours.  When

9  I'm ready to drive, I log on; when I don't want to drive anymore, I log off.  I don't work for Uber—I

10  just have a license to use the Uber app.  As a result, I can log on or off any time I like.  I usually

11  prefer to work between 5am and 7pm.  But I often work different hours, sometimes starting later in

12  the day, or ending earlier, or both.  I don't like picking up passengers at night, so I never do.  It is

13  completely up to me when I want to provide transportation services on behalf of Flash Car Service.

14      10.      I once did not log on to the Uber app for two months when I traveled to Brazil – my

15  home country – for medical reasons.  When I returned to the U.S. and was ready to use the app

16  again, I logged on and was immediately able to book passengers using the app.  There were no

17  negative consequences for being logged off for two full months, and I didn't need to request

18  anyone's approval in advance.  An Uber employee told me that if I planned on not using the phone

19  for longer than a month, then they would prefer that I return it to them.  But when I told Uber I

20  intended to continue using the app after I returned from my trip to Brazil, Uber had no problem with

21  my holding on to the phone while I was gone.

22      11.      I have only been to the Uber office about five times since I signed up to use the app.

23  The first time was to participate in the onboarding process.  After that, I went to the office for

24  miscellaneous reasons like exchanging my phone when it broke and  giving Uber feedback about my

25  experiences using the app.

26      12.      I have no other interactions with Uber employees, except automated weekly emails

27  from Uber with statistics showing how my passengers rate me and the fares I earned through trips

28  booked via the app.  Uber representatives do not contact me personally about any topic and I almost

never contact them.

2.

13.    Passengers who book trips using the app can use the passenger version of the app to give me a "star rating" of 1 to 5. If my average star rating from passengers gets too low, I might lose access to the app. The star ratings are based entirely on passenger opinions about my services, not Uber's opinion. Uber does not monitor or evaluate my performance. Uber does not exercise any control (and does not have any right to control) how I go about providing transportation services to passengers who book my services through the app.

14.    From time to time, Uber has provided suggestions about how I might be able to keep my star rating up, including by keeping my car clean and having various amenities available to customers, such as water, gum and magazines. I do keep my car clean, and I choose to have as many amenities as possible in my car, but this is my business decision, not a requirement by Uber. Having these little amenities available creates a positive impression of my business and helps me develop a customer base. A passenger recently asked me if I had hand lotion available, which I did, and she ended up giving me a great rating. I do these things because I believe they are good for my business and will help me grow my business, not because Uber suggested I do them.

15.    When I book a passenger through the Uber app, I go to the customer's location, they get in and tell me where they want to go, and I choose the best way to get them there, factoring in any special requests they may have. I know the San Francisco Bay Area very well because of my 16 years of professional driving experience, so I always know what my route options are. Even though I know my way around, I always ask the passenger if they have a preferred route, because I consider that good customer service on behalf of my business. Uber has never discussed, mentioned, or suggested I take certain routes when picking passengers up or dropping them off.

16.    I understood Uber's payment structure at the time I signed up to use the app. Flash Car Service makes its transportation services available to Uber customers through Uber's UberBLACK platform. On UberBLACK, I receive 80% of any fare booked through the app, and Uber keeps the remaining 20% of the fare as its licensing fee in exchange for allowing me access to lead generation services through the app. I have always received the agreed upon 80% of the fare from Uber. I check my payment records from Uber against the record of trips that I keep, and Uber's numbers have always matched my own.

3.

17. Uber charges the passenger's credit card for every trip I book through the app. I have always understood that payment for services booked through the Uber app is supposed to be cashless and that the fare charged to the customer is meant to cover the entire cost of the trip. As a result, I don't expect an additional cash tip and, if offered one, I usually decline.

18. Uber places no restrictions on my ability to get fares from other lead generation sources, including Uber's competitors, or to book my own customers directly. My preference, however, is to book my services through the Uber app because I make the most money that way. Nevertheless, I do sometimes provide transportation services to customers of my friends in the industry, when those friends need an extra hand.

19. Uber does not require me to have, and I don't have, any Uber logos or branding on my Town Car.

20. Nor does Uber require that I wear any particular attire. I dress professionally because, in my experience, passengers expect that from a black car driver, but Uber has never provided me with any suggestions or instructions as to the clothing I should wear while driving. What to wear is entirely up to me.

21. I hire an accountant to handle all my business' tax needs. For that reason, I do not worry about how Flash Car Service files its taxes. When my business receives its annual 1099 from Uber, I pass that along to my accountant, along with all the information I can about my business expenses, including what my business spends on gas, insurance, and vehicle maintenance.

22. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

//

//

4.

not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 14 day of July 2014.

Vania Pinheiro
Vania Pinheiro

5.

**DECLARATION OF WILLIAM PITINO**

I, WILLIAM PITINO, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been an Uber X driver since January 2015.  I own and drive a 2013 Toyota Camry 4-door sedan that can accommodate four passengers and the driver.  I currently do not have a specialized or commercial driver's license.

3.      I also use the Lift app, but rarely since January 2015. I did use the Lift app, and not the Uber app, from October through December 2014.  However, I do not log into more than one app at a time and rarely use the Lift app any more.  Uber does not prohibit me from using other transportation apps.

4.      I have a life insurance, property and casualty insurance, and a securities license, which I recently renewed, but have not used since 2014.  I have not any full time employment since August 2013.

5.      I am currently receiving Social Security benefits and a partial retirement from the Retail Clerks Local 324 in San Diego.

6.      Approximately 60 percent of my income is derived from transportation services using the Uber app.  I make approximately $750 to $800 per week on average driving using the Uber app. I know I can make more money if I am logged onto the Uber app more often and becoming more proficient.

7.      I like and need the flexibility provided by Uber because it allows me to work whenever I want to, when I am available, and as much as I want. The flexible work schedule is very important to me because I have other activities (family and social) which are important to me.

8.      I am an independent contractor, which is exactly what I want to be.  I decide when I want to log into the Uber app, whether to accept or decline a trip request, and what areas in San Diego I want to focus upon for potential passengers.

9.      I do not have an assigned territory and Uber doesn't assign anyone who uses the Uber

CLASS MEMBER DECLARATIONS 923

1    app to a territory. However, since I live in Poway, my first trip is usually in that area and from there I

2    can and do go anywhere in San Diego County to pick up and drop off passengers. I can and will pick

3    up passengers anywhere in San Diego if I am in the vicinity.

4           10.      I generally log into the Uber at home around 6 p.m. and wherever the first trip takes

5    me is where I look for trip requests; otherwise, I drive along the San Diego coast (Del Mar,

6    Encinitas, La Jolla and Pacific Beach) looking for trip requests, and then Dowtown San Diego,

7    Mission Valley and La Mesa. I will remain logged into the Uber app until 3 a.m. on Monday,

8    Wednesday, Friday, Saturday and Sunday; I usually do not log onto the Uber app on Tuesday or

9    Thursday. I choose to log onto the Uber app on those days of the week because those are convenient

10   for me and I am available. I usually have social engagements every Tuesday and Thursday.

11          11.      I am driving using the Uber app for approximately 50 hours per week on average.

12   This is a personal decision and not something that Uber requires or controls. I can perform

13   transportation services using the Uber app as much or as little as I want—it is entirely up to me.

14          12.      Uber has never required me to "report" to its office, or be in any particular location at

15   any particular time or communicate with them about any subject. I only contact Uber if there is a

16   technical/technological issue with the app or about a fare adjustment.

17          13.      Uber does not require me to have a set schedule; I set my own schedule and it varies

18   from day to day and from week to week.

19          14.      Uber provides me with the opportunity to make extra money and I decide how much

20   or little I want to make and when I want to log onto the Uber app. It is entirely up to me. Uber does

21   not require a minimum amount of time I need to use the Uber app or how many trips I need to make.

22          15.      I am motivated by "surge" pricing and am logged onto the Uber app during periods

23   when the surge pricing is in effect.

24          16.      I don't log into the Uber app when I am engaged in other activities, or if I stop for

25   lunch or a break, or at home. I can log off any time I want to, and I have never been threatened with

26   deactivation by Uber for being logged off.

27          17.      I use my own cell phone for the Uber app, which I had before I began performing

28   transportation services using the Uber app.

2<br>DECLARATION OF ANDREW HARRIS

CLASS MEMBER DECLARATIONS 924

18.     I log on and off of the app anytime and anywhere I want.  This flexibility is very valuable to me because it allows me to log onto the Uber app whenever I want and to engage in other activities whenever I want to.  I would not perform transportation services for Uber if it were not as flexible as it is.

19.     Passengers using the Uber app can rate my services from one to five stars.  I make my own decisions on how to provide customer service to passengers. I have been in customer services my entire life and am good at it.  My current rating is 4.7 and has been as high as 5.0; it is usually 4.8 or better.  I have never been counseled or told that I could be deactivated by Uber based on my rating.

20.     Uber sends me emails and text messages with suggestions and potential leads based on upcoming activities in San Diego, but they are only informational and I don't have to, but sometimes use the information provided by Uber if I find it useful.

21.     Uber does not require me to wear any specific type of clothing or "uniform" when I'm providing transportation services. However, I choose to wear dressy or business casual attire (long sleeve shirt, slacks and dress shoes), which are always neat and clean.

22.     I operate as a self-employed individual.  I like the freedom of being an independent, self-employed person. I consider this to be my business and something I want to develop.

23.     I pay for gasoline, insurance, maintenance and car wash for my car.  I don't purchase bottled water, mints, gum or snacks for passengers to use, which was and is my own personal choice.

24.     Uber does not require and discourages tipping by passengers.  I occasionally receive cash tips, usually once a day.  If asked, I tell passengers that the fare is all inclusive and does not include a tip, but if they want to leave a tip that is up to them, and if they offer it I will accept it.  The average tip is usually $5.

25.     The fare charged by Uber is very reasonable and as a result I do not negotiate the amount of the fare with passengers. I have had passengers ask to negotiate the fare, but that is pretty rate, and I have never charged a reduced fare.

26.     After driving for about 4 or 5 hours I stop to dinner, which is at least 30 minutes, I am I am not logged onto the Uber app during this period of time.  I also stop at least once, sometimes

CLASS MEMBER DECLARATIONS 925

1   twice, to take a break and get coffee and a snack, which is usually for about 15 minutes during which

2   I am not logged onto the Uber app.

3        27.    I have given this testimony completely voluntarily and without any coercion

4   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

5   that the attorney who discussed this testimony with me is one of Uber's attorneys and that he does

6   not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

7   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

8   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

9   not have to provide any written statement.  I also was specifically told that I could participate in the

10   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

11   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12        I declare under penalty of perjury under the laws of the United States of America and the

13   State of California that the foregoing is true and correct.

14        Executed at San Diego, California this 29th day of May, 2015.

15

16                               WILLIAM PITINO

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF ANDREW HARRIS

CLASS MEMBER DECLARATIONS 926

**DECLARATION OF HANIBAL POOLISREZAEIH**

I, Hanibal Poolisrezaeih, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 37 male living in San Jose, California and Santa Clara County.

3.      I use UberX and I use the Uber application full-time.  I am a direct Partner with Uber. I own the vehicle I use.  It is a 2010 Prius.

4.      My strategy using the Uber app is to focus on busy areas like Mountain View, Palo Alto, Los Altos, Menlo Park, and San Francisco Airport.  Uber does not assign me a territory. I choose to go to specific cities because of my preference.  I sometimes use Lyft in conjunction with Uber but I prefer Uber and Uber provides me more consistent lead generation.  I am free to accept or reject leads generated through the application.

5.      I usually start working at 6 a.m. or 7 a.m. until 6 p.m. or 7 p.m. during the week.  On the weekends, I work 5 p.m. to midnight.  On average, I work 40-70 hours a week. It depends. When my wife is at work, I take care of the children.  I like the flexibility I can have by using the Uber application. Uber does not set my schedule.  I set my own schedule.  Uber does not restrict from working anywhere else.

6.      I attended an onboarding process at the Market Street location.  I watched a video about safety and how to receive a high rating.  In essence, I learned how to be a good Uber partner. The passengers give me the rating.  Besides the suggestions Uber gave me, I do a lot of innovative things to increase my star rating.  I was the first person to provide wifi to my passengers.  I have a bike rack for passengers who have bikes.  I provide an Ipad for my passengers.  I provide all sorts of amenities for my passengers.  Uber does not threaten to suspend me from the application if I do not use Uber's suggestion.

7.      I contact Uber via email maybe once week when I have problems like people leaving their items in my car.  Uber contacts me sometimes about high activity events.  Sometimes Uber sends me updates about how other businesses may have a promotions that Uber partners can take

CLASS MEMBER DECLARATIONS 927

1  advantage of.

2      8.    My expenses include gas, maintenance, newspapers, wifi, water, gum, mints,

3  magazines, insurance, and phone costs. Uber does not tell me what insurance to use. I record my

4  business expenses. I have two cars. I use one of my cars exclusively for when I use the Uber

5  application. I report my business expenses when I file my taxes and use them for a deduction. I

6  identify myself as self-employed on my tax application.

7      9.    I am allowed to get tips from passengers. I tell my passengers that a tip is not

8  required but if they offer me a tip, I take it. I get a tip 80% of my rides. I make approximately $200

9  a week in tips. Often I get tips that are $1, $2, or $5. But I could higher tips. One passenger gave

10  me a $100 tip.

11      10.    I accepted a Licensing agreement with Uber online at the beginning. I understood

12  that Uber was simply a broker connecting me with passengers. I intended to be an independent

13  contractor when I agreed to the Licensing agreement.

14      11.    I have given this testimony completely voluntarily and without any coercion

15  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

16  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

18  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

19  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

20  not have to provide any written statement. I also was specifically told that I could participate in the

21  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

22  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23      I declare under penalty of perjury under the laws of the United States of America and the

24  State of California that the foregoing is true and correct.

25      Executed at San Francisco, California this 19th day of May, 2015.

26

27      HANIBAL POOLISREZAEIH

28

---

2

DECLARATION OF HANIBAL POOLISREZAEIH

CLASS MEMBER DECLARATIONS 928

## DECLARATION OF DAVID PRADO

I, DAVID PRADO, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is David Prado.  I am 43 years old.  I live in Sunnyvale, Santa Clara County and have lived there for 3 years.  I use Uber Black. Uber X, Uber XL, and Uber SUV.  I have been using the Uber app since 2011 and still use all of those services.  I don't use Lyft, Sidecar, or any other ride-sharing apps because, in my view from what I have heard, they are not as attractive as Uber from a financial standpoint.

3.      I consider myself a transportation owner.  That is my full-time profession.  I used to work for ABC Limousines and I currently own my own limousine company called MP Limousines. Approximately 10% of my earnings comes from MP Limousines.  As the owner of MP Limousines, I own 3 vehicles and have 2 people who work as independent contractors for me.  They rent my vehicles and I farm out driving jobs to them.  They use Uber as well.

4.      In addition, I worked as an employee for United Car Services Limousine. They would set my hours, cover my fuel and maintenance costs, and take half of my fares.  Sometimes, they would pay me late, even though they already collected the money from the passengers.  UCS was an Uber partner, so I was using Uber through UCS's account.

5.      I first got involved with Uber because a friend – the owner of UCS – told me it was a good way to make money.  I didn't want UCS to take half of my fares anymore, so I started my own company and became an Uber partner.  In my view, working for Uber is better from a financial standpoint than any other way of making money as a driver.

6.      I know I am an independent contractor with Uber and I'm okay with that.  I don't think Uber should be paying for my gas, my mileage, my insurance, or my maintenance.  I took on those costs the day I became a TCP owner.  Also, if Uber covered those costs for me then I would be an employee, and Uber could tell me when and where to work, which I don't want.  But I do think that Uber should be calculating the percentage of fares that I receive differently than the way they

---

1
DECLARATION OF DAVID PRADO

1  currently calculate it.

2      7.   I don't always follow Uber suggestions because I don't think they necessarily lead to

3  better customer ratings.  As an example, I haven't had water in my car for two weeks, and my

4  customer ratings have gone up.  I prefer to have "old-school" candies in my car, and customers like

5  it.

6      8.   I have given this testimony completely voluntarily and without any coercion

7  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12  not have to provide any written statement.  I also was specifically told that I could participate in the

13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15      I declare under penalty of perjury under the laws of the United States of America and the

16  State of California that the foregoing is true and correct.

17      Executed at San Francisco, California this 18TH day of May, 2015.

18

19                    [NAME]
                      DAVID PRADO.

20

21

22

23

24

25

26

27

28

—————————————————————————
2
DECLARATION OF DAVID PRADO

CLASS MEMBER DECLARATIONS 930

## DECLARATION OF DANYELLE PROANO

I, Danyelle Proano, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver.  I am 32 years old.  I live in Pasadena, California.  I've lived there since 2011.  I became an UberX driver in January 2015.

3.      I own a Prius.  I began using Uber to make money in between jobs.

4.      I use only Uber, not Lyft or Sidecar.

5.      My use of the Uber App varies quite a bit.  Last week, I drove about 15 hours.  Other weeks, I don't drive at all.  Some weeks, I drive about 30 hours.  I usually drive five days per week.

6.      I prefer to drive in the evening because there is less traffic.  I drive whenever I want based on my schedule.

7.      Uber doesn't limit me to any geographic area.  I drop off a ride and then usually pick someone up in that area.  I take breaks whenever I want and there is no limit on them.

8.      Uber does not rate me.  Passengers do.

9.      I can use Uber as much or as little as I want.  When I signed up, I knew I would be independent.

10.     I never received any formal training from Uber.  They have suggestions, but I don't have to follow them.  I pick and choose which ones I follow.  Waiting five minutes before contacting a rider is a good idea, as is asking for temperature and radio station preferences.

11.     I rarely contact Uber, and I only receive mass emails from them.

12.     I pay for my own gas and expenses.  That was my understanding when I signed up.

13.     There is no tip included in the fare, but riders can tip if they like the service.  I have received cash tips in the past.  If the rider insists, I accept the tip.

14.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

1
DECLARATION OF DANYELLE PROANO

1  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

2  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

3  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

4  not have to provide any written statement.  I also was specifically told that I could participate in the

5  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

6  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

7       I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct.

10       Executed at Los Angeles, California this 26th day of May, 2015.

CLASS MEMBER DECLARATIONS 932

## DECLARATION OF MOHAMMAD ALI RABBANI

I, Mohammad Ali Rabbani, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I live in San Jose, California in Santa Clara County. I have lived there almost 10 years in that area.

3.  I use UberX and UberPool. I started using this service 2 years ago. I have never used Lyft or Sidecar. I came and had an orientation. One gentleman showed us the app, how it looks, and how it works.

4.  I am a direct partner. If I have other drivers using my car, they are a subcontractor. I have no people driving for me. But Uber gives me option to have somebody else drive for me.

5.  I own my own transportation business and it is called Seaside Transportation. I have my own insurance, my own TSP, and my own airport permit. I drive a Toyota Camry 2011. I own the vehicle under Seaside Transportation. Uber gave me my phone originally and I paid $40 monthly for the phone. Almost 1 year ago, I started using my own phone and no longer paid Uber $40 a month to use their phone.

6.  My strategy is good customer service because retaining the customer helps everyone.

7.  The nature of this business is this: I can start or stop whenever I want. I go to all sorts of neighborhoods. I do Palo Alto, San Jose, Walnut Creek, Los Gatos, San Francisco. Uber never tells me where to go. Wherever the customer is, I go.

8.  Uber offers many promotions. Sometimes they send us information about where events with many customers will be, and I will take advantage of this information.

9.  I understand I can accept or decline leads generated from the Uber app. Uber has never suspended or threatened to suspend my use of the app because I did not accept enough leads.

10. Uber does not restrict me from using other apps like Lyft or Sidecar.

11. Even though I don't need to put an Uber sticker on my car, I do it for respect. I receive 100% of my business through the Uber app.

---

1
DECLARATION OF MOHAMMAD ALI RABBANI

12.     I usually take Monday and Tuesday or Tuesday and Wednesday off. I work at least five days week. Sometimes I work 15 or 16 hours. I can work as much as I want and make money. I am on the Uber app about 46 hours a week, sometimes more, and sometimes less. Uber has never suspended or threatened to suspend my use of the app because I didn't stay on the app long enough. Uber never sets my work schedule. Uber never restricts me from engaging in any other occupation or business.

13.     I value the flexibility with Uber. We want freedom. Anything that makes me relaxed, it is a good thing. I can work when I want and stop when I want.

14.     The onboarding process lasted 3 hours. They gave us laptops, allowed us to review the app, how the app works, went through Uber policies. Uber gave us suggestions on how to treat passengers: good service, safety, and respect to the customer. We are not required to follow Uber's suggestions. Uber never dictates to us. We have free will. They send emails with suggestions and tips but we are not required to follow these suggestions. But their suggestions have been 100% helpful. I cannot name one specifically to be more helpful than another but their suggestions on driving, safety, service have been helpful. I have never been obligated to follow any of Uber's suggestions.

15.     My Uber rating is 4.84. I understand that passengers control my rating. I consider my rating to be a high rating. I increase my rating through good customer service. For example, I will open the door for the customer. I drive properly, not crazy, and I respect the customer, I am polite, and that's all it takes. If the customer is happy, that's it. One time at the very beginning Uber gave me a notice because of a low rating and I could not use the app in San Francisco. I spoke with Uber and I was able to use the service outside of San Francisco. I improved my rating soon afterwards and was no longer restricted.

16.     Uber sends me weekly job summaries. They also send me payment notifications. But I do not really contact Uber. If I have questions, I can come into the Uber office or call in.

17.     My expenses include gas, commercial insurance, maintenance, car wash. Uber does not tell me what insurance to buy. I use my own insurance. Based on my commercial insurance, I get my TCP and can access the airport. Uber does not tell me when or where to buy gas. I keep my

2

DECLARATION OF MOHAMMAD ALI RABBANI

receipts for my taxes at the end of the year.

18.     When I started with Uber, Uber told me that the fare includes tips.  This benefits the customer because it helps the customer be relaxed because they know the fare includes everything and they do not have to carry cash.  By keeping the customer happy with this policy, Uber attracts more customers, which means more business for me.  But customers can tip me if they want to.  If they tip me, I can take it.  I do not have expectation to be receive a tip.

19.     Uber gave me a Licensing Agreement in person.  The policy in the beginning (2 years ago) was 85%/15% split between me and Uber.  Afterwards, for three or four months, the split became 95%/5% but slowly changed to 80%-20% where it is now.  Uber explained that I would be a partner and an independent contractor.  I intended to be an independent contractor not an employee. I consider myself an independent contractor.  And of course I want to stay as an independent contractor.

20.     Uber gives me a 1099 and never gave me a W-2.  I report the income I receive from the Uber app to the IRS when I file taxes and I also report my business expenses.

21.     Everything Uber does is fair.  Nowhere else can you make this kind of money with this kind of flexibility.  By letting people start their own transportation business through their app, Uber has helped countless unemployed individuals take control of their financial lives through their service.

/
/
/
/
/
/
/
/
/
/

3

DECLARATION OF MOHAMMAD ALI RABBANI

1       22.   I have given this testimony completely voluntarily and without any coercion

2  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

3  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

4  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

5  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

6  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

7  not have to provide any written statement.  I also was specifically told that I could participate in the

8  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

9  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

10       I declare under penalty of perjury under the laws of the United States of America and the

11  State of California that the foregoing is true and correct.

12       Executed at San Francisco, California this 18 day of May, 2015.

5-18-2015

MOHAMMAD ALI RABBANI

---

4

DECLARATION OF MOHAMMAD ALI RABBANI

CLASS MEMBER DECLARATIONS 936

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF CARLOS RAMIREZ**

I,  CARLOS RAMIREZ, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been an Uber X driver since October 2014.  I own and drive a 2014 Nissan Versa, which is a 4-door sedan that can accommodate up to 4 passengers and the driver.

3.      I don't use any other ridesharing apps.  I only use the Uber app because I like and am comfortable with it, it works for me personally, using other rideshare apps is too complicated, and I understand the demand is not as great for the other ridesharing apps.

4.      I like and need the flexibility provided by Uber because it allows me to work whenever I want to and as much as I want and to earn extra money.

5.      I have a full time job working as a Customer Service Manager for FTD, where I have worked for the past 4 and a half years.  My schedule at FTD is generally from 4 a.m. until 12:30 p.m. Monday through Friday. As a result, I can use the Uber app to make extra money after I get off work at 12;30 p.m., and on weekends.

6.      I have always understood that as a Uber X driver I am an independent contractor, which is exactly what I want to be.

7.      Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.  I only contact Uber if there is a technical/technological issue with the app, about a fare adjustment, or if there is a passenger issue.

8.      I do not have an assigned territory and Uber doesn't assign drivers to a territory. However, I generally focus on downtown San Diego, Pacific Beach, North Park/Hillcrest and La Mesa because I am more familiar with those areas.

9.      I log onto the Uber app whenever I feel like doing it and don't have a routine or pattern, except that I am usually logged in on Fridays between 6 p.m. and midnight, Saturday from 9 a.m. until 2 p.m. and occasionally in the evening, and on Sunday from 1  to 5 or 6 p.m.This works and is convenient for me,

CLASS MEMBER DECLARATIONS 937

10.     I make around 300/week "net" (after gasoline and other expenses), and am happy with that. I work approximately 30 hours a week, which is all I want to do.

11.     Uber does not require me to have a set schedule; I set my own schedule.

12.     Uber provides me with the opportunity to make money and I decide how much or little I want to make or work.  It is entirely up to me.  Uber does not require a minimum amount of time I need to work.

13.     I am not motivated by "surge" pricing because it is not worth it to me.

14.     I don't log into the Uber app when I am engaged in other activities, or if I stop for lunch or a break, or at home. I can log off any time I want to.

15.     Uber has not prohibited me from using other apps to find fares. I only use the Uber app; however as a matter of personal preference.  It's entirely up to me and it is easier for me just to use Uber app.

16.     I have a dedicated phone for the Uber app, which was provided to me by Uber for a nominal fee, and a personal phone that I don't use for Uber business. .

17.     I log on and off of the app anytime and anywhere I want.  That flexibility is very valuable to me because it allows me to work when I want and to engage in other activities whenever I want to.

18.     Uber does not control or have any right to control which trips I decide to accept.  I can accept or decline any trip request in my sole discretion.

19.     Passengers using the Uber app can rate my services from one to five stars.  I make my own decisions on how to provide customer service to my passengers.  My current rating is 4.87 and is always between 4.79 and 4.89 .  I have never been counseled or told that I could be deactivated by Uber based on my rating.

20.     Uber sends drivers emails with suggestions and potential leads based on upcoming activities in San Diego, but they are only suggestions and I don't have to (and I generally don't) use them.

21.     Uber does not require me to wear any specific type of clothing when I'm providing transportation services. However, I chose to I wear dressy casual attire because I want to present

2
DECLARATION OF CARLOS RAMIREZ

1   well to passengers.

2       22.    I operate as a self-employed individual and do not want to be an employee of Uber.  I

3   like the freedom of being an independent, self-employer person.

4       23.    I  pay for gasoline and  maintenance. I also purchase bottled water and snacks for

5   passengers to use, but the cost is minimal.

6       24.    Uber does not require tipping by passengers.  I have occasionally received cash tips

7   but usually discourage and often decline tips form passengers.

8       25.    The fare charged by Uber does not include any tip and is very reasonable. As a result

9   I do not negotiate the amount of the fare with passengers.

10      26.    I always take a break when working as an Uber driver. On average it is 5-10 minutes

11  when I take a rest break, and 30-45 minutes for a meal break.  I log off from the Uber app when I am

12  taking a meal break.

13      27.    I  have  given  this  testimony  completely  voluntarily  and  without  any  coercion

14  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

15  that the attorney who discussed this testimony with me is one of Uber's attorneys and that he does

16  not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

17  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

18  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

19  not have to provide any written statement.  I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22      I declare under penalty of perjury under the laws of the United States of América and the

23  State of California that the foregoing is true and correct.

24      Executed at San Diego, California this 28th day of May, 2015.

25

26                                   CARLOS RARMIEREZ

27

28

---

3

DECLARATION OF CARLOS RAMIREZ

**DECLARATION OF NELSON RAMIREZ**

I, Nelson Ramirez, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver.  I am 52 years old, and have used the Uber X service since February 2015.  I drive a 2012 Nissan Sentra XL.  I live in downtown Los Angeles.

3.      I like driving using the Uber App because I can use the App whenever I want, and I'm my own boss, and I can make money whenever I want to.  I drive 6-8 hours per day, although the amount of time I drive each day is different.  I do not drive more than eight hours per day because I get tired after eight hours.  I usually do not drive for more than four hours before taking a 30 minute rest, although the amount of time I drive and then rest varies each day.  I usually get food and drinks, and go to the restroom, but sometimes I also go to my house to rest.  I work five days a week.  I take a different two days off every week.  When I take a break or am taking a day off, I turn off the Uber App.  I take a break or a day off whenever I want to.

4.      Previously I worked at a Nissan dealership selling cars.  I quit in April 2015.  I don't like working for others.  I was an employee of Nissan for four years.  And before that I was an employee of Toyota.  I quit so I could work for myself and drive using the Uber X service.

5.      I prefer to drive at night.  There's too much traffic during the days.  I drive whenever I want, but never past 4am.  Uber does not tell me when to drive, or where to drive.

6.      Uber has told me nothing in terms of suggestions regarding how to treat passengers.  For me, Uber just connects me with the rider, and I go pick them up if I want to.  That's it.  My star rating is 4.97.  I keep my rating high by being friendly with my customers.  I don't do anything else.  It's enough to be friendly.

7.      I turn on the Uber App only when I'm ready to accept rides.  Otherwise I keep the App off.

8.      Some people try to give me tips, but I never accept them.  Only one time I took a tip

CLASS MEMBER DECLARATIONS 940

because the rider vomited in my car.  Otherwise I do not accept tips.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Nelson Ramirez

## DECLARATION OF MIGUEL RAMOS

I, Miguel Ramos, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been using the Uber App for seven months. I was activated as an UberX driver around November 2014. I am 54 years old, and I drive a 2013 Toyota Prius. I live in San Diego's South Bay area. Around 6 a.m. I turn on the Uber App, and drive until around 10 a.m. I take a break from 10 a.m. to 1 p.m., and then I head downtown. I turn on the App whenever I'm ready to leave home and start driving. When I turn off the App and head home in the afternoon depends on how busy I am or if I feel like stopping for the day, but I definitely shut down by 5 p.m.

3.     I used to use the Lyft and Sidecar apps simultaneously with the Uber App. When I got a request from one of the apps, I shut down the other two right away. Eventually I decided to not use the Sidecar App that much, except when it's extremely dead, that is, not busy. So now mostly I use only the Lyft and Uber apps at the same time. I choose between leads generated by Lyft and Uber. Whenever I accept a lead from one of them, I shut down the other one. Uber does not restrict me from using the Lyft app at the same time as the Uber App, and from accepting leads generated by the Lyft App. That's one of the benefits of being an independent contractor with Uber. I want to be able to use the Lyft App instead of the Uber App if I get a request from the Lyft App first.

4.     The very first thing I do when I get an address from either the Lyft or Uber app, is to shut down the other app. If I forget to shut down the other app, then I may get a request from that other app, and won't be able to pick up the passenger from the other app because I am already committed to give a ride to the passenger from the first app that generated a lead. My personal rule of thumb is that the first request gets priority. It's an ethical move on my part to respect that. Some other drivers choose whether to accept an Uber App lead or a Lyft or Sidecar App lead after trying to analyze which customer is the closest and trying to guess where the customer is going, to try to get more money for their time, but I do not do that. I just prioritize whichever request comes in first. I

CLASS MEMBER DECLARATIONS 942

1  believe I couldn't do this if I was not an independent contractor.

2      5.      I am an independent contractor.  And I'd like to keep it that way.  If things changed

3  and I became an employee for Uber, it would become almost impossible for me continue to drive

4  using the Uber App.  This is because I have been an independent contractor most of my life.  Also,

5  I'm 54, and I don't want anyone to tell me what to do.  I don't want to have a boss or supervisor

6  telling me when to drive and where to drive.  I want to be able to pick and choose my hours for

7  driving, and I don't want a schedule or to be told to go to a certain area.

8      6.      Also, when it comes to tax purposes, it is excellent to be an independent contractor.  I

9  don't want a salary.  I want to write of my expenses.  Even Spotify and Pandora expenses are tax

10  write offs for me.  I want to pay taxes as an independent contractor.

11      7.      Before I opened my Uber account seven months ago, I was a general contractor and

12  did residential construction.  I was an independent contractor in that role; I owned my own business.

13  It was called Gekko Construction.  I did that for almost 15 years.  Before that I was an audio-visual

14  technician for the State of California.  I was an employee of the State of California for almost ten

15  years.  At the beginning I liked being an employee of the State of California, but in the end I didn't.

16  And that's why I decided to become an independent contractor.  I want to work on my own terms.

17      8.      From the beginning I have understood that there is no gratuity included in the fare.  I

18  have never seen a statement from Uber saying otherwise.  Sometimes I do receive cash tips, maybe

19  every fifth ride on average.  Even though it isn't my priority to get tips, I have found that I do get a

20  tip if I provide a great ride for the customer.

21      9.      My priority is my rating.  It is more important to me than the money.  The rating

22  reflects that the customer will have a good ride, and so when customers see my high rating they will

23  right off the bat expect a good ride.  If I have a lower rating, then the customer may cancel me before

24  I even get to the customer.  I have a rating of 4.82.  To maintain that rating, I keep my car spotless

25  and smelling great.  I try to pick up the customer in a safe place, and try to get to the customer as

26  quickly as possible.  I also ask the customer if they want me to follow GPS directions or if they have

27  a different route that they like.  It seems to me the customers like that.  The bottom line is that I try to

28

1   give the customer an experience that is the opposite of what they get in a regular taxi cab.  Those are
2   the words I hear from almost all my customers, that they hate taxi cabs.  I do these things because I
3   think I should.  Nobody asked me to do these things.  It's just common sense.  Uber has given some
4   suggestions, so I took a little from there, and then just used my common sense to give the customer
5   an excellent ride.

6       10.   I have given this testimony completely voluntarily and without any coercion
7   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand
8   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
9   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to
10  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to
11  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not
12  have to provide any written statement.  I also was specifically told that I could participate in the
13  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever
14  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15      I declare under penalty of perjury under the laws of the United States of America and the
16  State of California that the foregoing is true and correct.

18  Executed at Los Angeles, California this 28th day of May, 2015.

20  _____
    Miguel Ramos

---

3
DECLARATION OF MIGUEL RAMOS

CLASS MEMBER DECLARATIONS 944

## **DECLARATION OF DAVID RANSOM**

I, David Ransom, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I have been driving for Uber as an UberX driver for approximately 7 months. I have had my own business for approximately nine years as a mobile notary public called HollywoodNotary.net. While driving for Uber, I simultaneously run my mobile notary business. I focus the majority of my time on my own mobile notary business and only drive for Uber on my free time. I am a self-employed businessman in both of these occupations. I appreciate the flexibility that I have in driving whenever or for however long I want as an Uber driver because it allows me to continue to manage my other priorities, medical concerns, and business.

3. I recently had an eye procedure with some follow-up procedures that has limited how much I have been driving for over the last month. In general, but especially because of my eye procedure, I have used Uber as a customer on a number of occasions, especially for doctor appointments and my own mobile business when I cannot drive. When I ride with Uber as a passenger, I always chat with the drivers to gain information about how they run their business. I find this comparison of different business strategies to be helpful to me in managing my own strategy and business as a driver.

4. I have also signed up with SideCar as well but I have stayed busy enough such that I have never actually used SideCar. SideCar hasn't provided me with some information I need in order to get started with them which has dissuaded me from investing in working with SideCar. Therefore, I have only driven for Uber even though I know I can drive for other companies.

5. I am leasing a car from Toyota which I obtained for purposes of running my own mobile notary business. After entering the lease, I decided to also use the car for Uber as well. Because my car is a lease, in deciding whether or not to drive for Uber, I have to consider the cost-benefit to possibly exceeding my annual mileage.

6. When I ride with Uber, I always tip my drivers in cash. I have tipped drivers in both

1
DECLARATION OF DAVID RANSOM

Los Angeles and San Francisco.  I have also received tips and I didn't decline the tip because it's a gift to me from the passenger as part of me running my business well.

7.      Uber does not assign a geographic territory which I love because I can go to whatever area I find most interesting.  One night I wanted to check out the Disneyland area so I went there on a  whim. Uber is like an adventure and I get to have all kinds of new experiences whenever I wanted. I love the idea of driving people to far distances and look forward to getting the opportunity to go far away without territory restrictions.

8.      I am free to decline any fares as I wish. I am free to turn my App on or off whenever I want and I am not required to work any minimum number of hours.

9.      Because this is my own business, I am self-employed and I keep track of all my expenses, including a mileage book, to account for all my business expenses in my 1099 as a tax write-off. I know that I am an independent contractor and self-employed as an Uber driver.

10.     I am generally not interested in surge pricing because I like to sleep in and I don't want to work late nights when the surges are triggered. However, if I needed the extra money, I would consider driving during surge hours to increase my profit.

11.     Once my health issues are resolved I intend to drive more for Uber assuming my mobile notary business is not busy.  I am going to try to do less driving at night to minimize safety concerns, especially in picking up drunk passengers. I also want to drive less at night because the strain on my eyes with night driving may be bad for my vision in light of my surgery. Uber does not penalize me or require me to drive at certain times or to particular places.

12.     When I had originally started, I hadn't considered strategy and I would start around midnight or 1:00 am at the airport. There wasn't much activity in that area but then I would take calls that were a little further away and go to different places around Los Angeles.

13.     Another reason I like the flexibility in driving for Uber is that it allows me to take breaks whenever I want. I can stop for a meal, coffee, or use the restroom whenever I want. I have gone off-line as I wished to get a meal or snack for as long as I wanted.

14.     Passengers can rate drivers from one to five stars.  Uber does not influence or impact the rating system regardless of what the rating is. In order to maintain my high rating, I try to drive

2

DECLARATION OF DAVID RANSOM

1    safely and efficiently. I used to be a FedEx driver which improved my driver skills and made me a

2    very safe driver. I try to be courteous and keep my car clean as well. As part of my driving business,

3    I think the most important factor is to be a good and safe driver and not the extra goodies that some

4    other people offer. I saw in an Uber video a suggestion that we offer water to passengers but I don't

5    listen to that suggestion because that's not how I operate my business.

6       15.    I have received text messages from Uber regarding various sessions, trainings, and

7    tips. I like to receive some of this information because it is generally helpful but I know that I don't

8    have to read them. I also receive emails from Uber which gives me information about my recent

9    driving and additional information. I review the emails and find them helpful because it assures me

10    that my payment is coming through. I think these communications add to the commitment of my

11    attendance at various sessions which I've already RSVPed to. It helps me remember these sessions

12    and I appreciate it. However, I know that my attendance at these sessions is voluntary.

13       16.    I am not required to wear any particular clothing. I typically wear my normal clothes

14    which includes shorts and a casual shirt. In running my business, I just want to make sure I don't

15    dress inappropriately. I have seen other Uber drivers dress very formally while others dress

16    casually.

17       17.    Uber has never required me to "report" to its office, or be in any particular location at

18    any particular time or communicate with them about any subject.

19       18.    I have given this testimony completely voluntarily and without any coercion

20    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

21    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

22    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

23    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

24    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

25    not have to provide any written statement. I also was specifically told that I could participate in the

26    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

27    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

28       I declare under penalty of perjury under the laws of the United States of America and the

3<br>DECLARATION OF DAVID RANSOM

1   State of California that the foregoing is true and correct.

2        Executed at Los Angeles, California this 27 day of May, 2015.

3

4                                                    DAVID RANSOM

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF DAVID RANSOM

**DECLARATION OF NICK RASIC**

I, Nick Rasic, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in Glendale, California, where I have lived for the past 50 years with my wife.  I have used UberX for a little over one year, and have not used any other Uber or other ride-sharing services by choice.  I used to work in the restaurant business around the east side of Los Angeles, and Uber was recommended to me by my doctor after I sold my restaurant business and was getting bored at home.  I enjoy getting out of the house, and by and large I enjoy the company of the passengers, although every once in a while I get a grumpy passenger.

3.      I drive a Ford Edge both for my personal needs and for UberX services.  Although the gas mileage isn't great, passengers have commented that they think it is clean and comfortable.  It's like someone coming into my restaurant and saying they had a great meal—it's a wonderful feeling.

4.      I typically turn on my Uber app when I'm having my morning cup of coffee and find places where there's activity.  I usually situate myself near a hotel in the area because these have the most people.  I usually start around 8:30am or 9:00am and drive for approximately 8 hours.  I stop for fast food when I get hungry, but try to eat quickly so that I can get back out on the road.

5.      The only time I contact Uber is when I have a problem with a passenger or my phone.  I have only had issues with three passengers since I started using Uber.  Uber sends me emails or texts with tips or hot areas, but most of those areas are at night, and after working night shifts in the restaurant business for 50 years, I don't prefer to do that anymore.

6.      While I have never negotiated a fare, I have turned off the meter if I realized I made a mistake.  For example, just this morning I took a wrong turn on 5th and Broadway, and turned off the meter when I realized I made a wrong turn.  I have received a few tips, but it is an uncommon occurrence where someone tips.

7.      Uber made it very clear that they were not responsible for the car in any way when I

---

1
DECLARATION OF NICK RASIC

signed the agreement with them.  I also understood very clearly that I was an independent contractor and not an employee.  I understood this even though most of the legalese of contracts is generally lost on me.

8.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

_____
Nick Rasic

2
DECLARATION OF NICK RASIC

CLASS MEMBER DECLARATIONS 950

**DECLARATION OF SEVULONI RATABUMUSU**

I, Sevuloni Ratabumusu, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 42 years old and live in Oakland, California.  I own a Ford Focus that I use to drive using the UberX service of the Uber App, which I began using in February of 2015.  In addition to driving using the Uber App, I work for Mercy Retirement part-time doing on-call recreational therapy.   Uber never prevented me from engaging in my recreational therapist occupation.

3.      Uber does not tell me geographically where to drive. I have a strategy for where I choose to log on to the Uber App. I live in the middle of where a lot of ride requests come from, so I'll log on to the App at home and take my first request from there.

4.      Uber allows for me to decline ride requests generated from the App. Sometimes I do decline rides when I'm too far away from the prospective passenger or when an Uber Pool is requested.

5.      Uber has also never prevented me from operating multiple ride sharing apps simultaneously. I always operate the Uber App and the Lyft App simultaneously whenever I am driving.  I accept a fare from whatever App sends me a lead first.  When I drive in the East Bay, 70% of my fares come from Uber and 30% of my fares come from Lyft. When I am driving in San Francisco, on the other hand, I choose to accept Lyft fares more than Uber fares because of Lyft's surge pricing.  In San Francisco, approximately 70% of my fares come from Lyft and the rest come from Uber.  I usually only drive in San Francisco when a passenger needs a ride into San Francisco, although sometimes I drive to San Francisco early in the morning, like at 3:00a.m. or 4:00 a.m. so that I can get San Francisco airport runs, which are good, high fares.

6.      I like being able to use both the Lyft and the Uber Apps simultaneously because I like to stay busy and make more money.  Also, sometimes the Uber App has technological problems, so I like being able to switch to the Lyft App when that happens.

1
DECLARATION OF SEVULONI RATABUMUSU

7.    Uber does not set my schedule, or mandate that I log onto the App for any minimum amount of time. Uber has also never threatened to suspend my account if I've not logged on for any period of time. Instead, I decide when I want to log into the App and where I want to drive.

8.    Often, surge pricing dictates when I log on to the Uber App. Sometimes, I decide to go to surge areas because I make more money per fare. Other times, however, there is so much competition from other drivers in surge areas that I try to avoid them. Promotions have also affected when I've logged on to the App. However, when I log on during a promotion and see that there are a lot of other drivers logged on for the same promotion, I may log off because it's too much competition.

9.    Normally, I try to log on to the Uber App during normal business hours, Monday through Friday. Sometimes, however, I choose to drive from approximately 11:00 p.m. until 7:00 a.m. because I make more money at that time and I don't have to worry about traffic.

10.    I usually am logged on to both the Lyft and Uber Apps simultaneously for forty hours per week. If I drive a lot of hours one day, I will drive less the following day. Every day that I drive, I stop and take at least a thirty minute lunch break either in my car or in a restaurant. If I'm in the East Bay, I go home for breaks. I decide when I want to stop and take a break and how long my breaks last. I always turn the Uber App off when I take breaks. Therefore, Uber never interrupts my breaks. Uber has never restricted me from taking a break.

11.    I did not attend an orientation or onboarding session when I started with Uber. Uber has never provided me with suggestions on how to drive or to interact with passengers.

12.    My Uber star rating comes directly from the passengers. I know my star rating and it is an average one. I don't care too much about my star rating as long as I do my job. To keep my star rating up, I just try be friendly and courteous, keep my car clean, and drive safely. I do these things because my experience has taught me it is good customer service. Uber has never threatened to terminate my account because of my star rating.

13.    I communicate with Uber almost every week, but only when there is a problem with the App or a fare adjustment is needed. Once, I gave a five minute ride in the East Bay but the fare was $28.00. I requested that Uber adjust the fare and Uber did so. All communications with Uber

CLASS MEMBER DECLARATIONS 952

1    are through email, or sometimes text messages. Only once have I talked to anyone at Uber over the

2    telephone. Several times a week, Uber will email or text me about promotions. I do not respond to

3    these communications because they are just informational.

4           14.    Uber has never told me anything regarding tipping. Approximately once per month, a

5    passenger will offer me a cash tip. I accept cash tips when offered. Uber has never threatened to

6    suspend my account because I have accepted a tip.

7           15.    When I signed on to use the Uber App, I understood that I would be an independent

8    contractor and that is what I intended to be. I want to continue being an independent contractor

9    because Uber grants me a lot of flexibility and independence. I like being my own boss and doing

10    customer service on my own time and in my own way.

11           16.    I have given this testimony completely voluntarily and without any coercion

12    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

13    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

14    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

15    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

16    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

17    not have to provide any written statement. I also was specifically told that I could participate in the

18    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

19    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20           I declare under penalty of perjury under the laws of the United States of America and the

21    State of California that the foregoing is true and correct.

22           Executed at San Francisco, California this 20 day of May, 2015.

23

24                               SEVULONI RATABUMUSU

25

26

27

28

---

3

DECLARATION OF SEVULONI RATABUMUSU

**DECLARATION OF SHAWN RAYFORD**

I, Shawn Rayford, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently self-employed as a full time driver.  I currently use the UberX platform.  I have been using UberX for about two months now.  When I drive, I use a 2010 Honda Accord, which I own, to transport passengers.

3.     In addition to using Uber, I also use Lyft to generate passenger fares.  I began using Lyft because I heard that in some situations Lyft pays better than Uber, so I decided to try Lyft as well and determine whether this is true.  I usually leave on both applications simultaneously when I am looking for a customer, and I take the first customer I get on either platform once I log on.  Before beginning to use Lyft, I inquired with someone at Uber to find out if Uber allows drivers using its App to use other fare generating services, and Uber confirmed that this is allowed.

4.     I drop my son off at daycare at 8:30 a.m. every morning; after I drop him off, at around 9:00 a.m., I turn on both Lyft and Uber and begin looking for customers around the area in which I live in Encino, California.  I would prefer to start working earlier, but personally cannot log on earlier because of my family commitments.  Uber allows me the flexibility to work when I want to work or when I can work so that I can also take care of my family.

5.     While I always start my day in Encino, I am willing to drive anywhere a customer wants to go.  Sometimes Uber tells drivers that a certain area will be busy because of a special event such as a concert or sports game.  However, Uber has never told me that I am obligated to go to a certain area or assigned me a certain area.  After trying different locations and areas, I made the decision to begin my day in Encino rather than go to another location to try to receive customers.

6.     Before I began using the Uber App, I worked as a long-haul truck driver.  Thus, I am used to driving much longer spans than I do with Uber.  Because of this, I frequently choose not to take breaks or take shorter breaks because I do not need as many breaks.  I will take short breaks to use the restroom when needed or if I want to stop in a store nearby.  I bring my lunch and drinks

1
DECLARATION OF SHAWN RAYFORD

with me from home every day. Sometimes I get hungry earlier in the day and will eat my lunch early in the day; on other days I might wait longer to eat. Usually, though, I eat my lunch about four or five hours into the day. I usually eat my lunch in the car. I usually turn the Uber App off when I take a break or eat my lunch. Uber has never told me when to take my breaks; I always decide for myself when to take my breaks, and I am free to do what I want and go anywhere I want during my breaks.

7. I know that sometimes, Uber increases its rates paid by customers. This is called a "surge." I assume surges occur in busy areas or during rush hour. I do not pay attention to surge pricing when I am driving using the Uber App.

8. I am free to accept or decline any customer lead provided to me by the Uber App. I have declined or canceled leads in the past. I've done this before in situations in which I have waited 20 minutes for a customer, and they failed to come or answer my phone calls. I also chose to decline a lead once because I was getting ready to go home for the day and the customer wanted to a ride that would have taken me too far away. I have never been told that I cannot decline a lead or that I would be suspended if I declined a customer lead.

9. Driving using the Uber App provides me with flexibility I did not have with my prior job. In fact, I quit my job as a long-haul driver because I wanted more flexibility in my work and I wanted to be able to be home to care for my young son. I typically work every single day, but driving with the Uber App allows me to take off time to do personal things, such as taking my son to the doctor or going to an event at my son's school. I do not need to ask anyone before I take time off, and I am able to set my own schedule. Uber has never told me that I need to work certain hours of the day, and Uber has never told me that I need to work a minimum or certain amount of hours.

10. Uber sometimes sends emails offering me training in certain topics, but I am not required to go to the training sessions and I have never attended one of these training sessions. I've also received emails from Uber with suggestions on how to increase earnings, for example, I could increase earnings by working certain specified hours. I'll follow suggestions that I am able to follow; however, I cannot follow all of the suggestions based on my personal life. These suggestions are just information that Uber provides, and I am not required to follow the suggestions provided to

2

DECLARATION OF SHAWN RAYFORD

me by Uber.  I have also never been told by Uber that there is a dress code I must follow when I drive.

11.    I contact Uber maybe once every two weeks with general questions.  For example, I once contacted Uber with a question about my earnings.  I always contact Uber by email.  Uber contacts me about once a week to provide me with my earnings summaries and rating summaries.

12.    The way I understand it, being an independent contractor means you are your own boss, you can set your own schedule, and you can choose how and when to work.  It also means that you are not receiving employment benefits, such as health benefits.  When I began using Uber, I understood that I was working as an independent contractor.  I had worked as an independent contractor before, for FedEx, so I understood what it meant to be an independent contractor when I began working with Uber.  I wish to remain an independent contractor rather than to be an employee because I like the freedom and flexibility provided to me by being an independent contractor.

13.    I have not filed my taxes since I began working with Uber, as I just began working with Uber about two months ago.  I expect to receive a 1099 form from Uber for my earnings this year, and I intend to indicate that I am self-employed when I file my 2015 taxes.  I also plan to report my business expenses, such as car maintenance and gas, when I file my 2015 taxes.

14.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

DECLARATION OF SHAWN RAYFORD

CLASS MEMBER DECLARATIONS 956

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3        Executed at Los Angeles, California this 26th day of May, 2015.

4

5                                            SHAWN RAYFORD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF SHAWN RAYFORD

CLASS MEMBER DECLARATIONS 957

**DECLARATION OF ROBERT RAYMOND**

I, Robert Raymond, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 61 years old and have been living in Venice, California for the past 33 years. I have been driving using the Uber App as an UberX driver for approximately two years. In addition to driving using UberX, I own a small business.

3.     I am an independent contractor of LVLS Transportation ("LVLS"), which is a direct partner with Uber. I pay LVLS a weekly fee to lease a car from it and in return, LVLS provides me with the entirety of fares I earn from my driving using the Uber App.

4.     To me, the issue of whether I am an independent contractor or an employee is cut and dry—I am an independent contractor. I would like to continue to be an independent contractor because I enjoy having the right to hold other positions, appreciate that I have no set hours, and like that there is no territory that I am confined to. I believe that I am my own boss and that Uber only provides me with leads to pick up riders.

5.     My understanding is that the tip is not included in the fare. Many customers have said to me that they know that tipping is not included in the fare and offer to tip me separately in cash. When I look at how the fares are calculated and consider the mileage and time driven, I can tell mathematically that tip is not included in the fare.

6.     I live by the airport, so I constantly receive requests to pick up people from the airport. If I choose not to drive to the airport, I drive further away from the airport and then choose to turn on the Uber App. Thus, I always determine for myself in which geographic location I will be working for the day. Uber has never limited me to a specific geographic location. In addition, I am in control of the times during which I work. Uber has never dictated to me at which times during the day I must be signed onto the Uber App.

7.     I have never attended onboarding sessions but have read emails received from Uber

---

1
DECLARATION OF ROBERT RAYMOND

CLASS MEMBER DECLARATIONS 958

1  regarding onboarding training.  I interpret the things written in those emails as suggestions rather than

2  requirements.  I do not feel that I am required to follow the suggestions, but have chosen to do so

3  because I believe they generate the best results and are common sense.

4      8.    It is my understanding that the ratings system is rider-driven and that my ratings are

5  not determined or controlled by Uber.  To maintain my star ratings, I try to treat people as well as I

6  can and am kind towards people.  The suggestions Uber makes are common sense.  Uber has never

7  threatened to suspend or deactivate my account based on my ratings.

8      9.    I often feel that there is not enough direct communication between myself and Uber.

9  For instance, sometimes the Uber App crashes and I would like to speak with someone over the

10  phone, but have to wait for an email response.

11     10.    Whenever I feel that I need to take a break, I simply shut the phone off.  I do not feel

12  that Uber pressures me to turn the Uber App back on, and thus I take breaks for as long as I need to.

13     11.    I have given this testimony completely voluntarily and without any coercion

14  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

15  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

17  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

18  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

19  have to provide any written statement.  I also was specifically told that I could participate in the

20  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

21  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22     I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.

24

25  Executed at Los Angeles, California this 27th day of May, 2015.

26  _____

27                Robert Raymond

28

2
DECLARATION OF  ROBERT RAYMOND

## DECLARATION OF HAMID RAZA

I, HAMID RAZA, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to this matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a 60 year old male and live in Sausalito, Marin County, with my family.

3. I have a standard, Class C drivers license, and I use the UberX service. I started the UberX service about two years ago (since June 2013), and I still use the service.

4. I use both Lyft and Uber, and I currently use both of the applications. I use the Uber App more often than I do the Lyft App. I use the Uber App 97 percent of the time and Lyft three percent of the time. I would prefer to drive only for Uber if they give some incentive for the full-time drivers.

5. I drive for my full-time job, and this is my full source of income. The majority of my income is from Uber. Last week my income was $1800 from Uber and $200 from Lyft.

6. I have been a banker for a long time, and in 2013, when I moved back to San Francisco from New York, it was hard to find a reasonable job. At that time, Uber and Lyft were available, so I started driving my car. I started with Uber and I began driving for Lyft four to five months ago.

7. I saw online that Uber offered the service as a driver, and I came to the Uber office in San Francisco to sign up. I signed the Software License and Online Services Agreement before I began, and I signed that online. When I signed the agreement, I intended to be an independent contractor, and I knew that my account could be suspended if I do not meet a minimum star rating.

8. I use my family's car to drive for the Uber App. It is a Toyota Camry Hybrid from 2008. My vehicle has leather seats, blue tooth, an AM/FM radio, and you can plug in your phone to play music as well.

9. I own my own iPhone, which I use for the Uber App.

10. Uber has not told me what type of insurance I need to drive for the Uber App. They only ask that I have personal insurance. Uber has not told me where or when to put gas in my

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108,2693
415.433.1940

1
DECLARATION OF HAMID RAZA

1   vehicle, and I don't maintain any of my receipts for gasoline.  Uber similarly has not spoken to me

2   about when I need to repair or wash or detail my car.  I don't keep my iPhone expenses either, and

3   Uber has never instructed me to keep track of that.

4        11.    I pay personally for all of the car repairs, maintenance, and detailing that is required

5   for the car, but I have not kept any record of these expenses unless it is for major repairs, like

6   purchase of tires, major car repairs, or if there is some mechanical fixing that is required.  Last year I

7   paid a mechanic for $1,600.  I keep a receipt of those expenses for tax purposes and the I.R.S.  I

8   report my business expenses to the IRS, and I take deductions for those expenses.  I report the

9   money I receive from the Uber App when I file my taxes with the IRS.  I never write that any portion

10  of the money I receive from Uber is tips.  I also indicate that I am self-employed when I report my

11  taxes to the IRS.

12       12.    I use a 1099 Form when I receive money from Uber, and I have never used a W-2

13  Form with money received from Uber.  I did receive a 1099 Form from Uber, but I have never

14  received a W-2 Form from Uber.

15       13.    I have an Uber sign, and I keep that in the front of my car to show the customers that

16  I am the Uber driver in order to make it easier for the customers to notice me.

17       14.    I use apps other than Uber when I can't find a customer, like when I am in a remote

18  area.  That's when I turn on Lyft.

19       15.    When I agreed to drive with Uber, I understood that there would be a commission;

20  that some of the money I earned would be given to Uber for providing us with business.  I knew the

21  amount of the fares I would receive would be 80 percent and Uber would receive 20 percent of the

22  total fare.  The fare does not show the tips.  We only see the time and distance.  We were told not to

23  accept tips.  In Lyft, the riders can add a tip to the fare, so you receive a tip in addition to the fare.

24  The Uber App does not have that option.

25       16.    I log on to the Uber App between six and seven days a week.  How many times I turn

26  it on depends on business. If there are a lot of fares, I will stay on the Uber App longer.  I can be on

27  the Uber App for ~~up to~~ 60 hours a week.  Uber does not require me to log into the Uber App for any

28  minimum amount of time, and it has not required me to sign into the Uber App at any particular

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

CLASS MEMBER DECLARATIONS 961

1   time.  Uber has not suspended or threatened to suspend my account for not spending enough time

2   logged onto the App.

3         17.    There are times I prefer to log onto the Uber App: in the morning, in the evening, and

4   weekend nights. I prefer to log on at these times because these are busy hours and have surge

5   pricing. With surge pricing, I can make more money, so I am more willing to accept fares when the

6   surge pricing is on.  Sometimes I wait to log on to the App until surge pricing is in effect because of

7   business. I don't do that all the time, but if I expect the surge pricing to come up, I will wait. So, for

8   example, if it's 7:00 a.m., and I expect that surge pricing will increase at 7:10 a.m., I will wait the

9   ten minutes for the surge pricing.  I will do that same thing whenever I expect surge pricing to tick

10  up.  There may be surge pricing in different areas, so I will drive to another area to get the surge

11  pricing. So if I am in the middle of an area with low and high surge prices, I will try to go to the

12  higher surge area.  It is easier to find a customer and it's a higher price.

13        18.    Driver have 10 seconds to accept or leave a customer call for a ride when they request

14  one.  When I choose a customer call, I will choose based on the customer's rating, the length of

15  estimated time of arrival, and pricing.

16        19.    Uber does not restrict me from using other driving applications like Lyft at the same

17  time. I use Lyft and Uber at the same, especially when there are no requests from the Uber App.

18        20.    Uber has never set my work schedule and never requires me to be in any particular

19  area when I am on the Uber App.  I like the flexibility but prefer to work for Uber than Lyft.  It is the

20  requirement of the Uber Agreement that Uber acceptance should be above 80 percent.

21        21.    Uber has not restricted me from taking any other jobs, but I am happy driving for the

22  Uber, so I have not been looking for any other jobs.

23        22.    I attended one of the Onboarding sessions before driving with the Uber App because

24  it provides us with information on how to use the application.  I attended the one in San Francisco

25  for about a half-hour to one hour.  During the session, Uber made suggestions and directions about

26  how to interact with passengers. Uber suggested that we offer water, and in the Agreement, we are

27  required to maintain a clean car and welcome the customer into the car.  These suggestions

28  sometimes come in e-mails as well from time to time. I do all of these things.  Providing access for

TILER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

3
DECLARATION OF HAMID RAZA

CLASS MEMBER DECLARATIONS 962

1  the disabled and to accommodate the service dogs is required by law.  Uber has never contacted me

2  for failing to follow any of Uber's suggestions.

3      23.    The riders always give the ratings for the drivers on the Uber App.  I know my rating

4  number, and I consider it to be a good rating.  I maintain my rating by providing good customer

5  service. Everything is about good customer service.

6      24.    Since I started using the Uber App, I have been to Uber's offices about 10 to 15

7  times.  I always went because I wanted to go.  It was optional, and I went to get some help.  For

8  example, when my account was deactivated because my insurance expired, or if I wanted help with

9  the Uber App.  I will also contact them when the Uber App is not working.

10     25.    I have given this testimony completely voluntarily and without any coercion

11 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

15 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

16 not have to provide any written statement.  I also was specifically told that I could participate in the

17 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19     I declare under penalty of perjury under the laws of the United States of America and the

20 State of California that the foregoing is true and correct.

21     Executed at San Francisco, California this 18th day of May, 2015.

22

23                                      _____
                                         HAMID RAZA

24

25

26

27

28

ENDELSON, P.C.
alifornia Street
0th Floor
co, CA 94108.2693
5.433.1940

                          4
            DECLARATION OF HAMID RAZA

CLASS MEMBER DECLARATIONS 963

## DECLARATION OF CHRISTOPHER REED

I, Christopher Reed, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 50 years old and currently live in San Diego. I have lived in San Diego since 1992. I do not have a commercial or other specialized driving license. I have been an UberX driver since February 2014. I am a direct partner with Uber. I drive a 2012 Toyota Prius with Uber, and I own the vehicle.

3.     I use the Uber app generally seven days a week. Each day I will drive using the App from five to twelve hours. The number of hours I drive each day is completely random. If I feel like working, I work. I'll be on the App anytime—the only time I prefer not being on the App is during rush hour. It's not profitable then where I live.

4.     I completely agree that Uber never assigns me a territory. Neither surge pricing nor notification of promotions affects my decision to log onto the App. I go wherever the passengers take me. Twice I've driven passengers from San Diego to LAX. I don't think I'll do that again.

5.     I currently have an account with Lyft and have had one for nine months. Roughly half the time I'm driving with the Uber App open I also have Lyft open. When I use both apps simultaneously, I always accept the first fare whether that comes from Uber or Lyft. I like being able to use both apps simultaneously because it keeps me busier. It's nice getting two paychecks instead of one, but Lyft pays better. I would say over 90% of the fares I take are through Uber when I have both Uber and Lyft open. I agree that Uber never restricts me from simultaneously using Lyft and Uber.

6.     On a small handful of occasions I've missed a turn or so, and when I do so I tell the passenger I'll request Uber to lower the fare. In each case Uber has lowered the fare.

7.     I agree that Uber never requires me to log into the Uber App for any minimum amount of time. Uber has never suspended or threatened to suspend my account for not spending enough time logged onto the App. I agree that Uber never sets your work schedule. Uber never restricts me from

1
DECLARATION OF CHRISTOPHER REED

CLASS MEMBER DECLARATIONS 964

1    engaging in another occupation or business. That's why this case has no merit.

2        8.    I completely agree that Uber provides its drivers flexibility. I value this flexibility. It's

3    the only reason I do this. The best part about this is that you're about to work when I want and how I

4    want. I can put in as much time as I want. I can stop whenever I want. I've never had a job that had

5    more flexibility than Uber.

6        9.    When I signed up for the Uber App, I came downtown, spoke to a guy with a

7    computer, the guy gave me a phone, and told me to turn the App on. The process was really informal.

8    I didn't look at any videos or anything. Uber has recommended me to watch the videos on a few

9    occasions, but I've never watched any of the videos. At this point I've done enough rides where I've

10   figured it out. The videos are suggestions. Uber doesn't require me to watch them or follow any

11   suggestions. I've never been told I would have my account deactivated for failing to follow Uber's

12   suggestions.

13       10.   My current rating is 4.81, whatever that means. I don't think my rating can change

14   much at this point given the number of rides I've given. I've never been notified that I may be

15   terminated from using the Uber App due to my star rating.

16       11.   I contact Uber as little as possible, maybe once a month. It could be about ride issues,

17   fare questions, activation issues, or technical issues. Uber will send me weekly reports and text

18   messages with recommendations of where to drive. I generally read the emails I get from Uber.

19       12.   I receive cash tips from passengers as often as I can. That'll happen maybe in one out

20   of every ten trips. I'm certainly not going to turn down a tip. Uber has never suspended or threatened

21   to suspend my account for accepting tips.

22       13.   When I began using the Uber App, I was presented with the Licensing Agreement

23   online. I read and understood the terms of the Licensing Agreement. When I agreed to the terms of

24   the Licensing Agreement, I intended to be an independent contractor. I wish to continue being an

25   independent contractor. I don't want to have a schedule. I don't want to have a territory. I don't want

26   to be paid hourly. I don't want to have a boss.

27       14.   I've received 1099s from Uber. I indicate that I'm self-employed when I file my taxes.

28

---

2

DECLARATION OF CHRISTOPHER REED

1    When I report my income, I report business expenses and take deductions for those business
2    expenses.

3        15.    When I drive using the Uber App, I'll take a break whenever I feel like it. I have a
4    reasonable opportunity to take a 30-minute break every day during which I drive using the App. How
5    long I stop for is random. I'll stop whenever I feel like I stopping. I'll stop for however long I feel
6    like stopping for. I have plenty of time to rest. I'll typically shut the App off if I'm on a break. I
7    decide when I stop for a break or a meal. Uber has never told me to drive for a certain amount of time
8    before stopping for a rest or a meal. Uber has never told me not to take a break or interrupted my
9    breaks. I'm free to go wherever I want during breaks. During those times I'll go to the gym, or my
10   house, or a restaurant, or the beach—places where anyone will go when have free time.

11       16.    I have given this testimony completely voluntarily and without any coercion
12   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
13   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
14   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
15   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
16   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
17   have to provide any written statement. I also was specifically told that I could participate in the
18   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
19   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

20       I declare under penalty of perjury under the laws of the United States of America and the
21   State of California that the foregoing is true and correct.

22

23       Executed at Los Angeles, California this 28th day of May, 2015.

24

25                                               _____
                                                 CHRISTOPHER REED
26

27

28

---

3

DECLARATION OF CHRISTOPHER REED

1

## **DECLARATION OF QUINN RENFRO**

2        I, Quinn Renfro, do hereby swear, affirm and attest as follows:

3        1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.      I own a company called Q-Star Charters.  I found out about Uber on December 31,

7   2012.  I remember that specifically because it was New Year's Eve and a friend of mine told me

8   about Uber.  I had just finished a Master's in Business Management, and I wanted to start a company.

9   On January 5, 2013, I created a business plan to purchase a vehicle and join the Uber platform as a

10  Black Car service.  I live in Coronado, and there was limited Black Car service there.  Six months

11  later, right before getting my TCP license, I asked James Rogan to help me drive as a contractor.  I

12  was just one guy, and wanted my company to be available to operate 24 hours a day.  James and I

13  worked 20 hours a day combined.  We shared one car, a 2009 Yukon Denali, which was owned by Q-

14  Star Charters.

15      3.      Within the next six months, between November 2013 and February 2014, my

16  company acquired two more vehicles—a 2008 Cadillac STS and a 2009 Cadillac Escalade.  I added

17  other drivers as needed, and always as independent contractors.  I let people set their own schedule,

18  and I let them choose where in San Diego they wanted to drive.  Everyone was driving under my

19  TCP license, and continues to do so today.

20      4.      Currently 10 independent contractors are available to drive with my company.  Within

21  the last year I gave my first contractor, James Rogan, a 5% interest in Q-Star, and every year from

22  now on he will get 1% until he hits 10%, at which point he caps out.  The independent contractors

23  associated with my company can do whatever they want when they're in the car.  And my company

24  is pretty good about not following the surge.

25      5.      My company handles private fares and Uber fares differently.  Private fares take

26  priority because they are our long-term clients and repeat customers (that is, the hotel is our repeat

27  customer, even if the passenger who we are taking to the airport from the hotel will not use my

28

CLASS MEMBER DECLARATIONS 967

1    company again).

2        6.    My company's drivers only accept Uber fares when not driving a pre-booked private

3    fare. Some days they may accept zero Uber fares. Once a driver is done with whatever private fare

4    that they are pre-booked on, the driver can do whatever he wants to do, whether that is driving Uber

5    fares, getting lunch, taking a break, or anything else.

6        7.    For private fares, it's either pre-determined what will be given as a tip, or if the

7    customer is someone from the hotel going to the airport, then the tip is at the discretion of the

8    passenger. For Uber fares, there is no tipping because tips are not included in the fares; any tips

9    received are cash tips that are completely at the discretion of the passenger.

10       8.    Q-Star is an independent contractor with Uber. We can sign in and off whenever we

11   want. We have freedom to do whatever we want. About 50% of my business's revenues come from

12   Uber fares. The percentage is decreasing because other Uber platforms, such as UberX, are less

13   expensive than Uber Black. My business would suffer tremendously if my company was limited to

14   using only Uber to generate rides. There is no way I could pay the drivers, I would have to drive

15   Uber fares by myself, and my business would probably cease to exist.

16       9.    My company stocks the cars full of beer, wine, candy, sodas, and other amenities. The

17   expenses for these amenities are covered by Q-Star. I don't know what percentage of the expenses

18   were incurred during private fares versus Uber fares, and there is no way that I could find out.

19       10.   I suggest things for Q-Star drivers to do in terms of interacting with passengers, but I

20   consider these recommendations and not requirements, and they are based on common sense, such as

21   keeping a clean car, being a good conversationalist, and being courteous.

22       11.   I recall reviewing and agreeing to an agreement with Uber that stated that I am an

23   independent contractor. I reviewed it in hard copy, and signed it. When I signed the agreement, I

24   intended to be an independent contractor. I wish to continue to be an independent contractor. My

25   company and Uber are partners. My company needs Uber to generate leads. And Uber needs my

26   company to drive passengers. My company and Uber are offering different services.

27       12.   I have given this testimony completely voluntarily and without any coercion

28

---

2

DECLARATION OF QUINN RENFRO

1  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

3  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

4  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

5  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

6  have to provide any written statement.  I also was specifically told that I could participate in the

7  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

8  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

9       I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

12       Executed at Los Angeles, California this 28th day of May, 2015.

14                                        Quinn Renfro

---

3

DECLARATION OF QUINN RENFRO

CLASS MEMBER DECLARATIONS 969

## <u>DECLARATION OF PEEJAY REYES</u>

I, PeeJay Reyes, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been driving and using the Uber app for exactly one year.  Before driving, I had been a valet at a hospital, and had worked my way up to being a manager.  Then, I was supposed to transition to another job but it fell through and I was unemployed.  Around that time I saw a lot of ads looking for drivers to use the Uber app, and then that Uber was offering an incentive program of $500 for the first fare.  I already had my own car so I decided to try it. I thought it was especially appealing since I grew up in the East Bay and know it really well, which means it will be easy to get around.

3.      What I love about Uber is the freedom and flexibility it offers.  Working for myself is great.  I remember the first time I went out to drive and use the Uber app, and after a long day, I looked at my clock and it was 3am, and I thought "I'm done, I'm going home."  And then I did, and I loved that freedom, to be able to just go home like that. I could never do that as an employee. No one tells me what to do, I can do whatever you want.  As an employee I'd be tied down to one place, and I love that I am not tied down with Uber.

4.      I know that I am free to get fares from other platforms, such as Lyft or Sidecar, but I choose not to because the fares I get through Uber have been profitable to me.  In addition, I operate primarily in the East Bay, and there seem to be more passengers using the Uber app than the Lyft app in that area.

5.      I drive a 2014 KIA Optima now.

6.      Generally, I structure my hours around my five year old daughter and when the best time is to make the most money. On Monday, Tuesday, and Wednesday, I drop her off at school and then after dropping her off I drive or if I'm really tired, I'll just go home and go back to sleep.  On Thursday, Friday, and Saturday I'll go out and give rides starting midday and then stay out until after midnight, as that's when there's the most demand for fares.  I spend around 32-36 hours week

CLASS MEMBER DECLARATIONS 970

1   behind the wheel getting fares through the Uber app.

2       7.      Being a business owner just feels better than working for somebody, which is why I

3   am going to continue to drive instead of looking for an employment. I like that I drive when I need

4   extra cash, and don't when I'm doing ok.

5       8.      When I first started looking for fares with the Uber app, I would drive a big circle

6   around the East Bay, from the Oakland Hills to the Oakland Airport, to Alameda, and then up to

7   Berkeley and back around. Now the app has a new feature that shows what areas are busiest, so

8   instead of driving a big circle I will drive to the busiest areas. Basically, I try to think like a young

9   person when I decide where to go for fares.

10      9.      Uber does not tell me where to go to get fares, though sometimes it will make

11  suggestions when thinks a certain area is going to have particularly high demand.  When I get those

12  notices, I actually try go against the grain and head somewhere else, since those places are going to

13  need drivers because the other drivers will be concentrated in another area.

14      10.     Uber makes suggestions as to how to increase our star ratings, such as by having

15  water in the car.  To save on costs and hassle, I decided a month ago to stop putting water in the car

16  and see if it affected my ratings.  As of now, it hasn't affected my ratings.  If it becomes an issue I'll

17  bring the water back.  I also experimented with having gum in my car, but when I stopped that also

18  didn't affect my ratings so I decided to go ahead and get rid of that as well.

19      11.     The way the app works, when a passenger requests a ride, the nearest driver has

20  fifteen seconds to accept the ride.  I often accept the ride, but I sometimes let it pass to the next

21  driver.  Sometimes I let it pass because I decide I want to take a break and then I log off the app.

22  Other times, it's too far away and I'd rather head a couple of miles down the road and see if I have

23  better luck in another area.

24      12.     Sometimes I get tips from passengers.  When they offer it I tell them they don't have

25  to tip me, but if they insist then I take it.  I have given this testimony completely voluntarily and

26  without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists

27  against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney

28  and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I

2
DECLARATION OF PEEJAY REYES

CLASS MEMBER DECLARATIONS 971

1   understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been

2   coerced or threatened in any way to provide this declaration.  I was specifically told that I did not

3   have to be interviewed and that I did not have to provide any written statement.   I also was

4   specifically told that I could participate in the lawsuit and would not be retaliated against in any way

5   for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be

6   opposed to Uber's interests.

7        I declare under penalty of perjury under the laws of the United States of America and the

8   State of California that the foregoing is true and correct.

9        Executed at San Francisco, California this 18 day of May, 2015.

10

11                            PEEJAY REYES

---

3

**DECLARATION OF PEEJAY REYES**

## DECLARATION OF FRANCISCO REZENDE

I, Francisco Rezende, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am a 50 year old male and I live in Milpitas, California in Santa Clara County and I have been living here for 2 years.

3.    I have a commercial license.  I use UberBlack and UberSUV services from the Uber application.  I started using the Uber application 3 years ago.

4.    I own my own company called Boom Limo.  I am an Uber partner.  I own 12 vehicles that operate using the Uber application.  I have 10 drivers who contract with my company to provide transportation services.  They are all independent contractors.  These drivers use my Uber partner account.  I pay for their expenses, but they pay for gas.

5.    I do not tell the drivers who contract with my company to use any particular strategy.  It is up to them.  I do not use a particular strategy when I drive.  I spend 80% of my time driving in the South Bay.  Uber does not force me or any drivers who contract with my business to focus on any particular territory.  When I log onto the app, I consider that I am driving for my business not for Uber.  I run my own company and the Uber application helps me generate leads for my business.

6.    My work schedule is 24/7.  My company is always operating.  The drivers who contract with my company work 12 or 13 hours a day.  It is up to them.

7.    Uber has given me some suggestions on how to treat passengers.  I treat my customers with respect and leave them with a positive driving experience.  I have learned from Uber.

8.    Passengers rate me and I rate passengers.  My rating is 4.85.  Uber has never suspended or threatened my account due to my star rating.

9.    My expenses include insurance, tolls, airport, and gas.  I pay for these expenses.  My drivers pay only gas.  I keep a record of the business expenses.  Uber gives me a 1099 every year.  Uber has never given me a W-2.  I report my business expenses when I file my taxes.

10.    I signed a licensing agreement when I partnered with Uber.  I understood the terms

CLASS MEMBER DECLARATIONS 973

and conditions. I intended to be independent contractor when I agreed to this agreement. I want to continue as independent contractor. I love Uber. My business depends on the Uber application. The drivers that contract with my business use the Uber application for 80% of their passengers.

11. I take breaks whenever I want. Uber is not my boss. It just provides a service.

12. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

_____
FRANCISCO REZENDE

CLASS MEMBER DECLARATIONS 974

**DECLARATION OF ROASHAN ROASHAN**

I, ROASHAN ROASHAN, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently own my own transportation services business.  The business is called Roashan, Inc. (doing business as Luxury Ride).  I own a 2014 Chevy Suburban which I use for the business, and for transporting passengers.  The percentage of my business that comes through Uber is close to, if not already, 100%.  The passengers I receive through using Uber apps keep me busy. Although I am aware that there are other ways to generate leads, including using businesses that compete with Uber, such as Lyft and Sidecar, I personally choose not to.  However, if I did choose to use other apps, Uber would not restrict be from doing so.  This is what I call an "open market."

3.      I frequently pick up passengers who use the UberSUV and UberBlack apps because I drive a black SUV.  I have requested fare adjustments from Uber, and never had any issues with the same.  The main reason for requesting a fare adjustment is when passengers use UberBlack but end up having 5 or more passengers.  None of my fare adjustments have ever been denied by Uber.

4.      After conducting some research on the Uber app, I signed up online to use it.  I submitted information regarding my driver's license and insurance, and provided pictures of my car. In about two weeks thereafter, Uber informed me I was approved to use the Uber app.  I then visited Uber's office to pick up my phone.  The process did not take long and was very convenient for me.

5.      I rarely go to the Uber office unless an issue arises, such as problems with my phone. In fact, I recall two issues that required me to visit the Uber office – on one occasion, there was an issue with my phone and Uber replaced it.  On another occasion, I had an issue with a passenger and Uber resolved it.  Both issues were resolved to my complete satisfaction.  Aside from these two issues, my communications with Uber have been infrequent and through email.  I receive emails from Uber on a weekly basis, but the emails simply provide information regarding passenger leads, such as special events (i.e., concerts) that I can use to my advantage to pick up more fares.  I am not required by Uber to act on these leads, and as such, I sometimes use the information and sometimes

CLASS MEMBER DECLARATIONS 975

1   I do not.

2       6.      I typically work a 12-hour shift, 6 days a week.  If I decide that I want to work less

3   hours a day, and/or less days a week, I can do so.  It is completely up to me.  Uber does not dictate

4   the amount of time I spend using its app.  Along the same lines, if I decide that I want to take a week

5   off, I do not need to inform Uber or request its approval.  This flexibility is what drew me to Uber in

6   the first place.

7       7.      Additionally, I am able to take breaks when I want to, including meal breaks.  Uber

8   does not dictate when I can take a break, and I have never been interrupted by Uber when I was

9   taking a break.  I am not required to be signed on to the Uber app for a minimum amount of time.

10      8.      I usually pick up and drop off fares in and around North County.  I prefer passengers

11  from North County because it is close to where I live, and the passengers tend to more respectful.

12  Uber does not require that I be at a specific geographic location, nor does it require that I pick up

13  certain fares.  I am free to accept or decline leads generated through Uber apps, and have declined

14  leads with no problems.  I also have the flexibility of deciding where to go to pick up fares, and who

15  I would like to pick up.

16      9.      Uber app passengers can rate my services by using star rating.  The rating is between

17  one to five stars.  The best rating is 5 stars.  Uber provides suggestions on how to increase my "star

18  rating" from passengers.  These suggestions deal with customer service and include suggestions such

19  as being polite to passengers, opening the car door for them, dressing professionally, and keeping

20  water in the car.  Although I am not required to take Uber's suggestions, I find that I do because its

21  suggestions allow me to provide great customer service.  Moreover, I choose to dress professionally

22  because I feel that my passengers expect me to look professional.  Nonetheless, even if Uber did not

23  provide suggestions, I would still implement great customer service because not only is it important,

24  but it is instilled in me since I was in hospitality prior to being a driver.  Also, I know that great

25  customer service leads to higher ratings, although there are times when passengers are never happy

26  with whatever you do.

27  / / /

28  / / /

2
DECLARATION OF ROASHAN ROASHAN

CLASS MEMBER DECLARATIONS 976

10.   There have been times when I received tips from passengers in cash, and have accepted them because I earned them.  I was not required to inform Uber of the tips, and was not required to provide it with any portion of the tips I have received.

11.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.


ROASHAN ROASHAN

DECLARATION OF ROASHAN ROASHAN

CLASS MEMBER DECLARATIONS 977

**DECLARATION OF KATHY J. ROBINSON**

I, KATHY J. ROBINSON, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I used to be employed full time as an IT professional in an office, when I heard about ridesharing programs. I first started getting fares through Lyft in May of 2013, work one weekend day a week and I wanted to see if I could cover my car payment for my 2013 Chevy Cruze each month that way. I quickly realized that it would cover my car payments, and that if I added another day I could cover half my rent, so I began driving every weekend, both Saturday and Sunday. After two months, I quit my job and decided to make driving my only source of income.

3.     In July, my rating on Lyft dropped to a 4.7 and they deactivated me. I realized from the driving I did that this really is my passion. I love talking to people, and giving people excellent customer service. I was in customer service for more than thirty years so this was a great extension of my talents. Because I loved it so much, I decided to invest in myself as a driver and go to Taxi School.

4.     In August of 2013, I started Taxi School, a $500, two-week training program to learn the streets of San Francisco, the best routes to take, the major points of interests like hospitals, schools, and hotels. After the training program I took a test, which I passed, and received my SFMTA Taxi License, which allows me to drive with any taxi company in San Francisco.

5.     Once I had my taxi license, I started contracting with DeSOTO cab. DeSOTO charges the driver a daily rate for the use of the car, the gate fee, ranging between $112-130 depending on what day of the week the driver is using it. DeSOTO also asked that I commit to certain days a week, and if I didn't I was still charged. Beyond that charge, I was responsible for gas, and DeSOTO covered all other costs associated with the vehicle.

6.     I drove with only DeSOTO for a few months, and then in mid-December I onboarded with Uber so I could use the uberX platform to get fares. I would drive some days with my own car and get fares through uberX, and then some days I would drive a DeSOTO cab. I drove with both

CLASS MEMBER DECLARATIONS 978

1   for about five months to decide which service was most profitable, but ultimately it was driving my

2   own car and using uberX because I didn't have that gate fee to pay.

3        7.    I'm technically still active with DeSOTO but I haven't driven one of their cabs in

4   over a year. I keep my taxi license active so that I always have the option open to me, but it still

5   makes more sense to get fares driving with Uber than with a taxi.

6        8.    Getting fares through Uber, and not signing up with Sidecar, or even driving cabs, is a

7   business decision that I made. I have no desire to be juggling two apps and risk confusing them. In

8   addition, Uber's client base is more sophisticated than cabbing or Lyft's, which tends to be more

9   teenagers and yuppies. Also, Uber has a very large passenger base so I am not wanting for rides, and

10  there's no gate fee.

11       9.    When I first started in 2013, Uber was having a Winter promotion and limited its

12  share of the fare to 5%, after the fees and taxes were taken off. After the Winter ended, Uber's share

13  of the fare increased to 10%, then 15%, and is now at 20%. I understood when I first onboarded that

14  the 5% rate was a temporary promotion.

15       10.    When I drive, I don't rely on the Uber app for navigation because I much prefer

16  Waze. Some passengers even tell me I should be the Waze spokeswoman because I tell everyone

17  how great it is. I find it's the best tool I can use to help me drive.

18       11.    I love talking to the passengers and making them comfortable. I've even gotten a few

19  customer service job offers while I'm driving.

20       12.    When I do my taxes, I pay very close attention to my expenses and costs, and I'm

21  currently evaluating whether it makes more sense for me to look for employment or continue to

22  work for myself.

23       13.    There are three things I like best about working for myself. First, I can choose my

24  own territory. There's no restriction on where I go, I go anywhere North to Sacramento, and all the

25  way down to Los Angeles. I have virtually no territorial restrictions. Second, I choose the times that

26  I drive. Third, I choose the durations that I drive. I have never received anything from Uber limiting

27  my work to eight hours, for example, whereas a boss can do that to an employee. Some days I'll

28  even take a two hour break and get back on the road in the same day. I also get to stop whenever I

CLASS MEMBER DECLARATIONS 979

1 want, which is great because some days I'm very tired and safety is my first priority.  If I don't want

2 to drive, or feel I'm too tired, I can stop.

3   14. On several occasions, I have turned away passengers when they were very inebriated

4 or if I felt unsafe. Especially as a female driver this is important to me.  I've never been reprimanded

5 for turning away customers.

6   15. I have a 4.84 rating, which is low for me.  To boost my ratings, I'll get out of the car

7 and open the door for a customer because it makes them feel special. I do that for two or three days

8 and my ratings go right back up.  I understand that my ratings are customer driven and that Uber has

9 no effect on my ratings.  It's about how I treat the customers.

10   16. I have given this testimony completely voluntarily and without any coercion

11 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

15 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

16 not have to provide any written statement.  I also was specifically told that I could participate in the

17 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19   I declare under penalty of perjury under the laws of the United States of America and the

20 State of California that the foregoing is true and correct.

21   Executed at San Francisco, California this 20 day of May, 2015.

22

23          KATHY J. ROBINSON

24

25

26

27

28

---

3

DECLARATION OF KATHY J. ROBINSON

### DECLARATION OF DAVID ROINASHVILI

I, David Roinashvili, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am forty-three years old.  I reside in Los Angeles, California and have lived there for one year.  I have been a driver for UberBlack, UberLux, and UberPlus.  I started using these services in November 2014.  Currently, I mostly use UberBlack.  I sometimes use UberPlus.

3.      I own a transportation business named Roin LLC. I own the vehicles that I use to operate my business.  I drive an Audi and a BMW when driving using the Uber App.  Seventy percent of my business revenues come from Uber.  If I was limited to using only Uber, my business would suffer.  I currently have three additional drivers working for my transportation business.  These other drivers drive under my Uber account.  They use my vehicles when driving.

4.      My transportation business has a driving schedule for myself and the other drivers.  From Monday to Thursday, we work from 5 AM until 2 PM.  There is a second shift from 6 PM to 4 AM.  We log into the Uber App every day.  Uber never sets our work schedule.  We are free to log into the Uber App whenever we feel like it.

5.      When I first started with Uber, I watched an onboarding video on the Uber website that discussed how drivers should interact with passengers.  I have never been told that my account would be deactivated if I fail to follow these suggestions.

6.      Uber has a fair and clear ratings system.  Uber has no control over the ratings.  Rather, the ratings are determined completely by passengers.  My rating 4.85.  To improve my rating, I try to be on time and provide additional services like music, phone charging, water, and gum.  I try to make the trip comfortable for the passenger.

7.      I sometimes communicate with Uber by email or in person at Uber's office.  I contact Uber by email two or three times per week.  I go to the office two or three times a week.  Uber contacts me two or three times a week with feedback and support.  My drivers and I read all of the

---

1
DECLARATION OF  DAVID ROINASHVILI

1   communications sent by Uber.

2       8.      I incur various expenses when running my business.  For example, I spend money on

3   gas, car washes, and technical maintenance for my vehicles. I pay for all of these expenses and keep a

4   record of these expenses on electronic bank statements.

5       9.      Uber has never communicated anything to me about tips.  I sometimes receive cash

6   tips two or three times a week.  Nothing in my Licensing Agreement with Uber prevents me from

7   accepting these tips and Uber has never threatened to suspend my account for accepting tips.

8       10.     When I started using the Uber App, I reviewed an online and hard copy of the

9   Licensing Agreement.  When I agreed to the terms of the Licensing Agreement, I intended to be an

10  independent contractor.

11      11.     I report that I am self-employed on my taxes.  I do not report any tip income.  I do

12  report the business expenses that I incur as a driver for Uber.

13      12.     I normally work 10 to 12 hours when driving using the Uber App.  I take breaks

14  between shifts.  This is normally a one or two hour break.  I also take around two breaks during each

15  shift.  I turn off my Uber App during these breaks.  I am free to go anywhere during these breaks.

16      13.     I have given this testimony completely voluntarily and without any coercion

17  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

21  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

22  have to provide any written statement.  I also was specifically told that I could participate in the

23  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25

26

27

28

---

2

DECLARATION OF  DAVID ROINASHVILI

CLASS MEMBER DECLARATIONS 982

1         I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3

4         Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                          David Roinashvili

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF  DAVID ROINASHVILI

CLASS MEMBER DECLARATIONS 983

**DECLARATION OF GUSTAVO A. ROJAS**

I, Gustavo A. Rojas, do hereby swear, affirm and attest as follows:

1.       I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.       I currently live in Burbank, CA.  I've been a resident of Burbank for 15 years.

3.       I have a regular C class driver's license.

4.       I'm an UberX driver.  I've been driving for UberX for about a year.

5.       I'm self-employed.  I work as a vendor for the Daily Journal Corporation.  I'm the boss and I work 15-20 hours a week.  I've had that job for 25 years.  My company does the deliveries for the Daily Journal.

6.       My schedule as an Uber driver varies. I drive about 15 hours a week.  I only drive when I feel like it.  I love the flexibility.  It's just enough to pay for the two cars that I purchased, without jeopardizing the budget from my other business.  I decided to become a driver because I have a lot of time on my hands and I didn't want to go back to school.  Plus, my wife doesn't want me at home, so that's why I drive around.  I make her happy when I keep busy.  I also like meeting the people that I drive around.

7.       Uber never sends me emails about things I have to do.  It never gives me direction.  It does provide me with suggestions for how to get better through emails and texts.  In fact, I never get calls from them.

8.       I turn the Uber app on or off whenever I want.  I'm not forced to work technically.  I just turn it off whenever I want.  One time I was on the way to San Diego, and I just turned it off halfway through because I wanted to come back home.   A few times, I declined a client.  I don't do it often, but if I'm really tired, I will do it to be safe and make sure I don't get into an accident.

9.       In terms of location, once the first rider gets in my car, I just drive around wherever the rides take me.  I don't know where I'll end up.

10.       I've been given a few tips in cash sometimes.  Uber has never asked me for those extra

---

1

DECLARATION OF GUSTAVO A. ROJAS

CLASS MEMBER DECLARATIONS 984

1    trips in cash.  Besides, I wouldn't give them the tips anyway.  I mean, they're not driving.

2         11.    Once, I was driving someone and whoever was paying for the app cancelled the trip.

3    But, I drove the guy home anyway because I thought someone else was paying for it.  It was late at

4    night and I felt bad because the guy didn't know what happened.  The guy offered to pay for the ride

5    in cash or by credit card, but I declined.  I drove him home because I wanted to keep him safe.

6         12.    Sometimes when I've finished up a meeting for my other business, as a vendor for the

7    Daily Journal, I end up in Woodland Hills.  Since I live in Burbank, sometimes I turn the app on to

8    take advantage of the trip back and make some money by driving someone back to Burbank.

9         13.    I'm not an employee of Uber.  That's what I like about it.  There's nobody breathing

10   down my neck.  I'm an independent contractor for Uber just the same way I'm an independent

11   contractor in my vendor job.

12        14.    I'm an independent contractor myself in my vendor company for the Daily Journal,

13   and I know how this works.  It's simple.

14        15.    I have given this testimony completely voluntarily and without any coercion

15   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

19   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

20   have to provide any written statement.  I also was specifically told that I could participate in the

21   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23        I declare under penalty of perjury under the laws of the United States of America and the

24   State of California that the foregoing is true and correct.

25        Executed at Los Angeles, California this 26 th day of May, 2015.

26

27   _____
                     Gustavo A. Rojas

28

─────────────────────────────────────────
2
DECLARATION OF GUSTAVO A. ROJAS