**DECLARATION OF SHEVKET SAATCHIGOU**

I, SHEVKET SAATCHIGOU, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My parents were cab drivers in San Francisco for twenty-five years, and I have been in the transportation industry since 2006, driving a taxi as an independent contractor until about 3 years ago when I started building my own business, LXPD.

3.      To start the business, I first had to get a car which I needed to pay off completely to avoid the very expensive financing options. I got a commercial registration for that car through the DMV. Then I submitted the application and that allowed me to obtain commercial insurance, and then sign up for a DMV account, and sign up for a drug testing program. After that, I received my TCP License #30217, then I got my airport license. Once I had all of that, I went to Uber to OnBoard as a Direct Partner, but at that point it was so popular that I had to wait five or six months. The entire process cost me around $4500, including insurance deposits and the airport deposits.

4.      From there, I began to grow LXPD and start adding more cars and eventually drivers. At the height of my business, LXPD had four cars, a Town Car, an Escape Hybrid, a GMC Denali, and a Passat, and three drivers.

5.      Most of the fares the drivers got using LXPD vehicles were through Uber accounts under my partner account. I would receive the fare, take out my daily rate according to the car the driver was using, and they could keep whatever they made beyond that. LXPD covers all costs related to the car, except fuel, tolls, and cleaning costs. All the drivers that used LXPD cars were my independent contractors, and I paid them out as 1099s.

6.      I am independent contractor, and I let the passengers know that. For example, a few weeks ago I had a guy with a lot of luggage call me. When I pulled up I saw that the amount he was carrying meant he needed an uberXL or an uberSUV. I told him it wasn't going to fit but he wanted to try so I popped my truck to let him try. After trying to force the luggage in it looked like he was going to damage the lining on my trunk so I got out and told him to stop. I took his luggage out of

1<br>DECLARATION OF SHEVKET SAATCHIGOU

CLASS MEMBER DECLARATIONS 986

1   the car and told him I was cancelling the ride. He said he was going to give me a low rating and I

2   said to him "I don't care. I'm an independent contractor. I can cancel this ride if I want."

3          7.     I also tell passengers when I call that I'm their rideshare provider, not their Uber

4   driver. That's what we are; on uberX we're not "everybody's private driver."

5          8.     What I like about using the Uber app to get fares is the freedom. I can log on, log off,

6   and make my own hours. That's the entire reason I'm in this industry, I want the freedom. I

7   wouldn't be in this business if it meant that I had to be an employee.

8          9.     About seven or eight times, I would take passengers up to Napa or Calistoga and they

9   would get stuck, as there aren't a lot of cars up there offering rides. They would call me and ask me

10  to come get them, and I would agree as long as they promised to wait for me. A couple of times they

11  booked through app once I was there, but the other times they would pay me in cash, plus a tip.

12        10.    Although when I get fares through uberX tips are rare, I always accept them.

13  Because the rates are so much lower, I always take the tips I'm offered. I have no problem with that.

14        11.    I have given this testimony completely voluntarily and without any coercion

15  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

16  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

18  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

19  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

20  not have to provide any written statement. I also was specifically told that I could participate in the

21  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

22  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23        I declare under penalty of perjury under the laws of the United States of America and the

24  State of California that the foregoing is true and correct.

25        Executed at San Francisco, California this 19 day of May, 2015.

26

27                             SHEVKET SAATCHIGOU

28

2
DECLARATION OF SHEVKET SAATCHIGOU

1          **DECLARATION OF DENNIS SAENZ**

2          I, Dennis Saenz, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter.   Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      I have lived in Oakland for about seven years.

7          3.      I drive using the UberX app. I started in December 2014 and am currently still using

8    the app.

9          4.      I do not use the Lyft and Sidecar apps. I do not have a specialized license. I do not

10   offer driver services through another channel. I have an airport permit.

11         5.      I work part-time as a personal trainer at a gym. I also work part-time as an apartment

12   manager.

13         6.      I chose to start driving using the Uber app because of the flexibility and convenience.

14   This is the best and only choice as I have two other part-time jobs.

15         7.      I own the vehicle I use. I own a 2014 Nissan Sentra Model S-V. I pay for all my

16   expenses associated with the car, including insurance, gas, and detailing. I use my own iPhone to

17   generate leads.

18         8.      I drive about 4 or 5 hours a day, about 4 or 5 times a week. Uber does not require me

19   to log into the Uber app for any minimum amount of time.

20         9.      My schedule dictates when I use the Uber app. I do not pay attention to surge pricing

21   when deciding whether to drive. I try to be in downtown Oakland and near Bart stations. I also drive

22   near hotels and farmers' markets. Uber does not assign me a territory.

23         10.     I receive promotions from Uber as text messages and emails. These promotions are

24   convenient and handy. They allow me to prepare for events and think about surge pricing.

25         11.     I signed up to use the Uber app online. I attended a basic Onboarding session where I

26   watched a YouTube video that lasted about 15 minutes. I have not received any other suggestions

27   after the Onboarding session regarding how to interact with passengers.

28         12.     My rating is about an average of 4.8 or 4.9. Passengers determine my rating and Uber

---

1

DECLARATION OF DENNIS SAENZ

has no control over the ratings. To maintain my rating, I listen to what the passenger wants me to do. I keep water bottles and snacks in my car. I keep a charger for the passengers. I try not to talk too much, unless the passenger asks me questions. I keep my car clean and organized. Passengers can choose their own music. These are my own ideas and they did not come from Uber.

13.  I have accepted cash tips twice, after informing the rider that it is included in the fare.

14.  I received the Licensing Agreement through email. The Licensing Agreement was very clear and easy to use. The fares are split 80/20 between me and Uber.

15.  I am an independent contractor. I like the freedom that I get from being an independent contractor.

16.  I receive a 1099 form from Uber and filed taxes as an independent contractor.

17.  I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

Dennis Saenz
_____
Dennis Saenz

2
DECLARATION OF DENNIS SAENZ

CLASS MEMBER DECLARATIONS 989

**<u>DECLARATION OF RASIT SAFYEL</u>**

I, Rasit Safyel, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have lived in Los Angeles for seven years.  I have been using UberX for approximately seven months.  I primarily work as a cashier and driver for a restaurant in Hollywood. The driving I do under the Uber App accounts for approximately 10% of my monthly income.

3.      I drive under the Uber App only when I am bored and usually average less than nine hours per week.  I prefer to work at night since there is no traffic.

4.      The biggest thing I like about Uber is that I can work anytime I feel like working. Uber had never set my work schedule for me.

5.      I did not attend the onboarding sessions.  I control the atmosphere in my car and make decisions about how to structure the onboard environment.  I used to provide water for all of the customers but because of the recent fare decreases, I've stopped doing so.

6.      When I file my taxes, I classify myself as an independent contractor with respect to the driving I do under the Uber App.  I have never received a W-2 from Uber; instead, I receive a 1099.

7.      I am aware that the fare collected does not include a tip.  When riders ask me if tip is included in the fare, I inform them that it is not included.  Some people opt to give me a tip in cash, but this happens infrequently.  I wish that Uber had an option for customers to include tip in their fare, as the Lyft app does.

8.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

---

CLASS MEMBER DECLARATIONS 990

1  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

2  have to provide any written statement.  I also was specifically told that I could participate in the

3  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5      I declare under penalty of perjury under the laws of the United States of America and the

6  State of California that the foregoing is true and correct.

7

8      Executed at Los Angeles, California this 26th day of May, 2015.

9

10                                                     Rasit Safyel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF RASIT SAFYEL

## DECLARATION OF RALPH SAINT CLAIR

I, Ralph Saint Clair, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am an UberX driver. I am 40 years old, and I live in Los Angeles. I've lived in Los Angeles for about a year now.

3. I have a regular driver's license. I have only used UberX. I started using it about 10 months ago and am currently using it now.

4. I am an entrepreneur who is currently involved in a number of business ventures.

5. I use Uber about four days per week, but it varies quite a bit based on whatever is going on in my life each week. I am a direct partner. I drive by myself. I own my vehicle, which is a Prius.

6. I used to use Sidecar, but it is too slow. Lyft is a little better, but only on the weekends, and I like to drive during the week. Uber is the best. Uber has never told me I can't use Lyft or Sidecar; it's my choice. Uber never sets my schedule.

7. Uber never told me I can't work for anyone else.

8. For many drivers, like myself, the flexibility is the main thing that everybody wants. That's why we join Uber. I don't want to become an employee. I would lose that flexibility if I were an employee. Even if I am working 50 hours per week, I want the flexibility because I can work whenever I want, however I want. I want to be my own boss, and venture into whatever other businesses I want.

9. The passengers rate me. If they don't like something, it's up to them to rate me. Uber doesn't have anything to do with ratings.

10. Uber has never assigned me a territory, never told me when and how to use the App. If there is a Surge, I am more likely to log on because I can make more money. This is my decision.

11. Uber has never told me when or how to use the App. I can refuse any fare I want.

12. Uber has suggestions about how to interact with passengers, have bottles of water,

1
DECLARATION OF RALPH SAINT CLAIR

1   and other things you can do to increase your rating.  I don't have to do any of that; I follow about

2   85% of them because it's good advice.  I like to keep my car clean anyway.

3         13.     I pay my own expenses.  This is something I knew when I joined.  I have always been

4   independent, and that is what I understood when I joined.

5         14.     Passengers have given me cash tips.  Uber told me there is no tip included, but if a

6   passenger gives me a cash tip, I can take it.

7         15.     I take breaks all through the day, whenever I want.  Uber has nothing to do with when

8   I take breaks.  It's my decision.

9         16.     I file taxes as self-employed.

10        17.     I have given this testimony completely voluntarily and without any coercion

11  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

12  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

13  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

14  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

15  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

16  not have to provide any written statement.  I also was specifically told that I could participate in the

17  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

18  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

19        I declare under penalty of perjury under the laws of the United States of America and the

20  State of California that the foregoing is true and correct.

21

22        Executed at Los Angeles, California this 26th day of May, 2015.

23

24

25

26

27

28

2

DECLARATION OF RALPH SAINT CLAIR

# DECLARATION OF DAWOOD SAIT

I, Dawood Sait, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I am currently retired and I drive for Uber on my spare time.  I started to drive for Uber when I retired in February 2014.  It had been a week after my retirement, and I felt bored so I decided to drive for Uber.

3.    I set my own schedule based on my own priorities.  I usually turn on the Uber app around 8 a.m. when I drop off my son for school and then pick him up 2:30 p.m. at which point I turn off the Uber app.  I love the flexibility and freedom that being a Driver Partner provides for me and my familial obligations.

4.    I also drive for Lyft on my spare time.

5.    I own a 2014 Nissan Sentura, which I purchased exclusively to use for Uber.  I purchased it because it was compact, comfortable, and good for my customers.  In my vehicle, I provide water, especially on hot days.  Uber never required me to provide water, and I do so based on my own personal preference.

6.    At one time, an Uber customer asked if I could directly pick them up a second time.  I agreed and gave them my personal number, but specifically requested that they also use the Uber app to request a ride.

7.    Whenever there is an issue with my phone or technological problems, I will contact Uber.  These are rare occasions.  When Uber communicates with me, which is rare, I sometimes follow their suggestions, but I know that I am ultimately the decisionmaker in whether I drive or not.

8.    In terms of territories, I prefer to drive in Berkeley, Richmond, and Oakland areas because it is close to my home.  On weekends, I might end up in San Francisco depending on the customer, but if there is traffic in San Francisco I usually return to the East Bay.  In terms of business, it might be slow, but I feel more relaxed and less stressed, so I enjoy the freedom to pick and choose which customers I service.

CLASS MEMBER DECLARATIONS 994

9.     At times, customers have offered tips, but I have generally declined the tips because I do not feel that tips are necessary since my customers are generally pleasant and polite.  I do understand, however, that I could accept these cash tips if I desired.  Nothing is in place to stop me from accepting these tips.

10.    In terms of the ratings system, I understand that they are entirely customer driven and that Uber never instructs me or commands me to improve them.  Rather any communication about my ratings are simply suggestions.

11.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19ᵗʰ day of May, 2015.

_____

DAWOOD SAIT

2
DECLARATION OF DAWOOD SAIT

CLASS MEMBER DECLARATIONS 995

**DECLARATION OF JOSEPH ELIAS SAKER**

I, Joseph Elias Saker, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I work as a civil engineer and I offer transportation services as an independent driver through Uber (on the uberX platform), and Lyft.

3.    I have worked as an independent contractor with Uber for approximately 6 months.

4.    The Uber and Lyft apps allow independent drivers, like me, to book passengers.  I can use each of these apps as much or as little as I want.  Presently, I only use the Uber app approximately 70% of the time, and the Lyft app 30% of the time.

5.    I use a Toyota Camry for transportation of passengers. I drive the vehicle my work as an independent driver for Uber and Lyft.

6.    I signed up to use the Uber app online.  I submitted my driver's license information, proof of insurance, and pictures of my car.  I met with an Uber representative to complete the process of becoming an independent Uber driver.  This meeting took no longer than 10 minutes.  I also took my vehicle to be inspected at an auto repair location.  The process was very easy, and didn't take much time to complete.  Uber informed me I was approved to use the Uber app, and was able to start using the app to book passengers.

7.    Uber has never required me to attend a training or orientation session.  There are videos that I can watch with suggestions on how to increase my rating with riders, but I am not required to watch them—it is completely voluntary.

8.    One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on.  This is called a "surge."  "Surge" pricing usually occurs during rush hour and on weekend nights in particular areas of the city.  I make more money using the Uber app, as opposed to Lyft, and that is why I used the Uber app more often.

9.    Uber has not and cannot prohibit me or limit me from using other apps to find fares. I

1
DECLARATION OF JOSEPH ELIAS SAKER

CLASS MEMBER DECLARATIONS 996

1   use both Uber and Lyft. It's entirely up to me.

2   10.   Even though I am able to use as many apps as I would like to find fares, I use Uber

3   the most because I make more money.

4   11.   I have found that Uber is the most popular app.

5   12.   Besides the high volume of potential fares, my favorite thing about Uber is the

6   flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very

7   valuable to me because it allows me to do whatever I want to do as a retired person.

8   13.   Further to the incredible flexibility the Uber app provides me, I log on and log off

9   completely voluntarily. When I want to take a break, or stop for a meal, I do that on my own

10  volition. Uber has never prohibited me from taking a meal or rest break. Additionally, Uber has

11  never interrupted a break. Anytime I want to go home, I can do it when I want.

12  14.   Passengers I book using the Uber app can rate my services from one to five stars.

13  Uber makes suggestions on how to increase my "star rating" from passengers. However, I do not

14  need to follow these suggestions; I make my own decisions on how to provide customer service to

15  my passengers. Good business means over-delivering on the expectations of the client. As one

16  example, I wash my car once a week, keep the interior of the vehicle very clean provide water to

17  passengers, and I provide an auxiliary audio cable to my riders to allow them to play music through

18  their mobile device. Uber has never required me to provide any of these things. I have made the

19  decision to offer these services voluntarily.

20  15.   Uber does not require me to wear any specific type of clothing when I'm providing

21  transportation services. I usually try to dress professionally, but—to me—that just means normal,

22  clean clothes.

23  16.   I operate as a self-employed individual and do not employ any other drivers. Because

24  I operate my own transportation business, I know I am not personally obligated to provide

25  transportation services and it is my right to hire someone to work for me if I want. To this point, I

26  have made the decision not to hire anyone.

27  17.   Because I operate as a self-employed individual, I keep track of my expenses

28  associated with being an independent Uber driver. I claim these expenses when I file my taxes.

CLASS MEMBER DECLARATIONS 997

18.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 29 day of May, 2015.

_____
JOSEPH ELIAS SAKER

1

## DECLARATION OF ROMULO (ROMY) SALIDAS

2      I, Romulo Saldias, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I have been driving using the Uber App for nine or months, starting around July 2014.

7 I drive a 2006 Honda Accord as an UberX driver, and it is in excellent condition.  The interior is

8 leather, and it's top of the top.

9      3.      I understand perfectly from Uber that I am an independent contractor.  They told me

10 that clearly.  That's the whole idea.  I work my own hours.  I can start any time I want to, and finish

11 anytime I want to.  That's an independent contractor to me.  I'm not an employee.  I have been in real

12 estate for 18 years.  I moved from Los Angeles a year ago.  In Los Angeles I was a realtor for

13 Century 21, and here I am a realtor for Coldwell Banker.  It's very clear to me that I'm an

14 independent contractor because as a realtor I do the same.  I work when I want to.

15      4.      For me flexibility is absolutely everything.  Because I am going to school also to get

16 my certificate in foreign exchange.  I will graduate in another year.  I go to school from 5 a.m. to 9

17 a.m., Monday through Friday.  I work as a realtor in the afternoons.  I drive using the Uber App

18 during the day, from 10 a.m. or 11 a.m. to 4 p.m. or 6 p.m., depending on the day.  I start driving only

19 when I am complete relaxed.  Once school ends I take a nap, and then whenever I am ready I start

20 driving for a few hours.  I am very grateful for the flexible hours.

21      5.      I don't drive more than four hours or so before I take a break.  On my break, I relax,

22 eat something, read a little bit here and there, that sort of thing.  I take a break for about an hour.  I

23 turn off the App during breaks.  Uber does not interrupt my breaks.

24      6.      I go wherever I want to drive.  I like to drive in North Hill, since I can stay busy there.

25 I also like to drive in downtown.  I use surge pricing to decide where I drive sometimes.  If I learn

26 there is surge pricing somewhere, I go there.  I do that so I can get business.

27      7.      I deduct mileage on my tax returns.  I file taxes as a self-employed person, for income

28

---

1

DECLARATION OF ROMULO SALDIAS

CLASS MEMBER DECLARATIONS 999

1   through both the realtor work and from driving for Uber. I am self-employed.

2          8.      I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

6   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

7   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

8   have to provide any written statement. I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11         I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13

14         Executed at San Diego, California this 29th day of May, 2015.

15                                                  _____

16                                                           Romulo Saldias

17

18

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 1000

**DECLARATION OF ROSARIO SAPIENZA**

I, ROSARIO SAPIENZA, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I signed up to use uberX in November 2014.  I am currently retired and on Social Security.  Prior to signing up to use Uber, I was a corporate marketing manager for McDonald's and Burger King and worked in advertising for a number of years.  I have had a passion for photography since the age of 10 and working on my photography currently takes up most of my time.  I heard about Uber from a friend who drives with Uber, and I thought it would be a good way to supplement my Social Security benefits, while at the same time giving me the flexibility to develop my photography interests.  I do a lot of fine art exhibitions, but this doesn't pay the rent.

3.      The thing that appealed to me about driving with Uber was the flexible hours and chance to supplement my income.  I pick my hours, drive a couple days a week, and pick my areas to drive in.

4.      I drive a 2014 Toyota Camry, which I bought in cash.  I get a lot of compliments from my riders about it.

5.      I live in Sonoma, and I have tried to use the app in Sonoma, but riders are too spread out, and there isn't enough consistency.  So, I usually drive in San Francisco.  I currently drive 3 or 4 days a week.  I leave Sonoma in the morning, arrive in San Francisco in the mid-morning hours and drive until 8:30 p.m. to 9:00 p.m.  The day after I drive in San Francisco, I usually don't drive, and instead spend my time engaged in my other pursuits.  This is my general schedule, but it really depends on whatever else I have going on.  It's completely up to me to decide when to drive.

6.      On the days I drive, I typically log in to the app around Novato.  Depending on the time, I log out after my last trip of the day in San Francisco, before I start my ride back to Sonoma.  If it's not too late, after I cross the Golden Gate Bridge, I log back in once I reach Marin.

7.      When I drive, I focus on driving in the Marina and Outer Richmond neighborhoods.  There is less traffic in these neighborhoods, but a good frequency of requests.  I like to stay out of

1
DECLARATION OF ROSARIO SAPIENZA

CLASS MEMBER DECLARATIONS 1001

1   the Financial District during peak rush hour.  So, if I get a rider heading into the Financial District,

2   after I drop the rider off, I log back out and return to the neighborhoods I prefer.  Other times, if the

3   traffic is not too bad in the Financial District, I'll stay logged in and pick up another rider.  It's up to

4   me.

5          8.     I'm currently contemplating moving to San Rafael.  If I move, it will give me the

6   opportunity to drive a lot more.  But, if I had to be an employee and there were any restrictions on

7   when I have to check in or for how long, I wouldn't want to use the app.

8          9.     When I signed up to use the app, to me, it looked like an independent contractor

9   relationship and I am comfortable accepting the relationship as an independent contractor

10  relationship.

11         10.    The one thing I did not like, though, was paying a $200 security deposit and

12  $10/week to use Uber's phone, so I decided to buy my own smartphone and download the Uber app

13  directly to my phone.  This was my choice.

14         11.    I think driving and providing good customer service requires skill.  Last week, my

15  star rating was in the top 5% of all drivers.  I know how to drive and how to provide good customer

16  service.  I used to be a driving instructor when I was in the transportation corps in the Army, and I

17  was also in race driving school, and I believe this experience makes me better.

18         12.    I know the type of service that I want my riders to receive, and it's the kind of service

19  I have received in all the limo rides I've taken during my professional career.  I'm cordial, polite,

20  professional, and on time.  Uber provides suggestions on how to provide good customer service.  I

21  follow some of the suggestions, like providing water.  Some of the suggestions, I don't follow, or it

22  depends on the circumstances.

23         I declare under penalty of perjury under the laws of the United States of America and the

24  State of California that the foregoing is true and correct.

25         Executed at San Francisco, California this 18th day of May, 2015.

26                                    _Rosario Sapienza_____

27                                    ROSARIO SAPIENZA

28

---

2

DECLARATION OF ROSARIO SAPIENZA

CLASS MEMBER DECLARATIONS 1002

## DECLARATION OF HOVSEP SARAFYAN

I, HOVSEP SARAFYAN, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a 40 year old male and I live in Van Nuys, California, in Los Angeles County. I have lived in Van Nuys for about a year and a half, and lived in Burbank for approximately ten years prior to that.

3.     As a driver, I have used the UberX and UberXL services. I started using both of these services at the same time, about three months ago in March 2015. I still currently use both of these services.

4.     I drive using the Uber app full-time, and have done so since March 2015. However, it is my understanding that it would not be a problem at all if I wanted to start working a different job on the side.

5.     I drive only one vehicle as part of my Uber services – a Toyota Siena, which I own.

6.     I run my UberX and UberXL app at the same time. I also have the Lyft, which I use it at the same time as the Uber app, and generally just respond to whichever sends me a ride request first. I tend to favor the Uber app because it gives me more business, but when I receive a request from LyftPlus (the Lyft option for SUVs or minivans), I will often take that. When I accept a ride with one app, I turn the other app offline so that I don't get a conflicting request. Uber has never told me that I cannot use Lyft or any other app.

7.     I start Uber at my house in Van Nuys, and go wherever my riders take me. For example, if my rides take me to Santa Monica, I'll work in Santa Monica for a while. If my rides take me to a different part of Los Angeles, I'll go there and work there for a little bit. I don't like to travel empty – I don't care where I go, as long as I have passengers. I try to get passengers to make it back home at the end of the day, but I won't wait for a passenger in order to go home because he or she might take me in the opposite direction – so oftentimes I will just turn off the app and go home.

1

DECLARATION OF HOVSEP SARAFYAN

8.      I do not start driving at the same time every day – it varies between 6:00am to 7:00am in the morning, but some mornings I start later.  On Fridays and Saturdays, especially at nights, I tend to work for longer.  I try to take off Sundays, I don't have any specific routine.  The times I work really depends on how I feel.  If I feel tired, I will log off the app and go home.  If I work late one night, I won't start early the next morning.

9.      I really enjoy the flexibility of being able to choose my hours – in fact, that's the best part of my job.  Sometimes I have to take one of my sons to school, but when I do, I simply start working later – it's no problem at all.

10.     Uber has never given me a set schedule or told me when to work, nor has Uber ever told me that I must work a minimum number of minutes or hours within a specific time.  Uber has never suspended or threatened to suspend my account based upon my work schedule.

11.     I strategize my work schedule so that I hit peak hours – for example, between 7:00am to 9:00am for morning business hours and also from 5:30pm to 7:00pm or so for people who need rides home from work.  Additionally, I tend to work Friday and Saturday nights because there is a greater chance I'll get consecutive rides and a chance to capitalize on surge pricing.

12.     Surge pricing affects when and where I drive because it helps me make more money.  When I log onto the app each time, I notice whether or not there is surge pricing conveniently available.  If the surge pricing opportunities are further away, I usually don't take them because there's no guarantee that the surge pricing will still be there by the time I get there.  Whether or not I go to a surge pricing opportunity is totally within my discretion.

13.     Generally, I don't accept a ride if it begins more than 15 minutes away from I currently am, because I'm not sure if it is worth the time and gas mileage by the time I get there – that rider may only travel a short distance.  I turn down an average of 2-3 rides per full driving day (about six hours or longer) for this reason.

14.     Sometimes I get text messages from Uber letting me know that a certain area might get busy – for example, a Dodgers game.  If I happen to be near the area, I'll go to where Uber recommends, but if it's inconvenient, I ignore these texts.  It is my understanding that there is no discipline or punishment if I do not go to an Uber-recommended area.

CLASS MEMBER DECLARATIONS 1004

15.     My understanding of the star rating system is that it is driven by the passengers and not Uber.  It is important to me to have a high star rating, which is currently around 4.81 or 4.82.  I always try to be nice to my customers and to open the car door for them (using a button near my driver's seat) to maintain or improve my rating, but nothing specific otherwise.  I'm not aware that Uber has provided suggestions on how to increase my star rating.  Based on my best recollection, I know I need to maintain a certain star rating in order to maintain access to the Uber app.  I think this cut-off might be around 4.5, but I'm not sure.

16.     I do not contact Uber often – on average about once a month.  In my experience so far, I've only had to contact Uber to discuss the fares – especially when there are more than four passengers but the rider request was just for an UberX and not an UberXL.  Whenever this situation has arisen, Uber has resolved it quickly and without a problem.  The only other time I can recall contacting Uber was to inquire about what kind of cars qualify for UberLux.  Every time I have contacted Uber, it was through email.

17.     I pay for various expenses as part of my driving with Uber, including gas, oil changes, brake check-ups, car washes, etc.  In fact, I get my car washed three times a week to keep it clean for my customers.  I used to keep a record of these business expenses, but I stopped because I never used the records for anything.  However, I plan to start keeping track of these expenses so that I can deduct them from my taxes at the end of the year.

18.     Although I have not yet received any tax forms from Uber because I did not begin until March of this year, I expect to receive a Form 1099 rather than a W-2 at the end of the year.

19.     Uber has never told me when I need to take breaks.  Whenever I want to take a break, I take one.  I always take a lunch break, but it varies from 15 minutes to an hour – it just depends on where I go to eat, which in turn depends on whatever I am in the mood for that day and what neighborhood I happen to be in.  I am in control of when, where, and how long my breaks are.

20.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3

DECLARATION OF HOVSEP SARAFYAN

1    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

2    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

3    not have to provide any written statement.  I also was specifically told that I could participate in the

4    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

5    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6         I declare under penalty of perjury under the laws of the United States of America and the

7    State of California that the foregoing is true and correct.

8         Executed at Los Angeles, California this *26* day of May, 2015.

9

10                                                HOVSEP SARAFYAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                        4
                        DECLARATION OF HOVSEP SARAFYAN

CLASS MEMBER DECLARATIONS 1006

1

### DECLARATION OF GAGIK SARIBEKYAN

2    I, **GAGIK SARIBEKYAN**, do hereby swear, affirm and attest as follows:

3    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except
4    where otherwise indicated, all of the information contained herein is based on my personal
5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6    2.    I am 42 years old and live in North Hollywood. I have been an Uber X driver for 9
7    months. I also own a limousine company, where I work full time; anywhere between 10-40 hours a
8    week. When I am not busy with my company, I fill my time as an Uber X driver. When I am using
9    the Uber App, I drive a Nissan Altima. I never look for specific areas. When I drop someone
10   somewhere, I just wait there for a new request. It doesn't matter to me where I am, and I am open to
11   go wherever I want. The App shows you where it is busy, but they do not tell you to go there. I drive
12   in the nighttime, from 8 p.m. until 6 a.m., sometimes a little less than that.

13   3.    Every 2, 2.5 hours, I take a break. When it's crazy busy, I take a 15-20 minute break
14   after 2 hours.  When I drive 8 hours, I take around 3 breaks. When I'm on break, I just try and relax
15   with my coffee and cigarettes. Uber never tells me when I can and can't take a break. They don't tell
16   you how much you need work. You can work 24/7 for them or not at all.

17   4.    I feel free to turn down any leads that I want. I prefer to accept leads that are going
18   further distances so I have a reason to drive them. With these prices, there's no reason to drive
19   someone a couple miles. Uber never tells me how many days or how many hours I need to work. If
20   you're lazy, sit in your home. If you want to make money, go out and make money. The reason I like
21   these guys is because they never push you, they never bother you. I like that they don't tell you what
22   to do; I have been in the transportation business since 2004 so I know what I am doing.

23   5.    I think the star rating system is a good idea. It's annoying when customers forget to
24   rate you, like if they are drunk. But when they open the App later on to request a ride, they see that
25   they need to provide a rating and they usually do. I have a 4.8 something rating. It's probably a
26   middle of the road rating. I don't think about the rating too much, I'm just trying to do my job. If
27   you're thinking about the rating, you're going to be nervous, and that doesn't help. I've heard that I

28

---

1

DECLARATION OF GAGIK SARIBEKYAN

CLASS MEMBER DECLARATIONS 1007

1  can be terminated if my rating goes down too much. I've never had any direct contact with Uber
2  about that.
3      6.      I have given this testimony completely voluntarily and without any coercion
4  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
5  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
6  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
7  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
8  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
9  have to provide any written statement. I also was specifically told that I could participate in the
10 lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
11 become a participant in the lawsuit, my interests will be opposed to Uber's interests.
12     I declare under penalty of perjury under the laws of the United States of America and the
13 State of California that the foregoing is true and correct.
14
15     Executed at Los Angeles, California this 27th day of May, 2015.
16
17     GAGIK SARIBEKYAN
18
19
20
21
22
23
24
25
26
27
28

CLASS MEMBER DECLARATIONS 1008

1

## DECLARATION OF ARSHAVIR STEVEN SARYAN

2   I, Arshavir Steven Saryan, do hereby swear, affirm and attest as follows:

3   1.  I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6   2.  I drive using the Uber App as an UberX driver. I have previously driven using the

7 Uber App as an UberBlack and UberSUV driver.

8   3.  I reside in Los Angeles, in Los Angeles County, and have lived there for 15 years.

9   4.  I do not have a commercial or specialized driving license.

10   5.  I drive using my own vehicle.

11   6.  I am a full-time student at Azusa Pacific University and am earning my Bachelor's

12 degree in English and Communications.

13   7.  When I drive using the Uber App, I usually drive in the mornings and weekend nights

14 because that provides me the most flexibility for school. I turn the app on at home before I plan to

15 leave the house in case anyone close to home wants to call me. If no one calls, I drive a short

16 distance to a neighboring community that I know provides a decent amount of calls with a relatively

17 short wait. After completing a call, I remain in the location where I dropped off the previous caller

18 until I get another call, and I repeat that process. I can drive for however long I want. I take breaks,

19 like if I am hungry I will get something to eat. I will turn of the app when I take breaks if I am in a

20 busy area like Hollywood so I can take a break without getting calls.

21   8.  I also drive using the Lyft app. Uber does not restrict my use of Lyft. Both apps

22 usually run at the same time. When I get a call using one app, I log off the other one.

23   9.  I sometimes request fare adjustments, when Uber does not adequately depict the trip

24 because the app is not responding or because people get out of the car and back in.

25   10.  When I went through the onboarding process, I went through a tutorial that gives

26 recommended tips and pointers, but they are not required. I usually follow many of the tips, like

27 dressing nicely and providing amenities like water and gum to increase my rating. I am rated by

28

---

1

DECLARATION OF Arshavir Steven Saryan

CLASS MEMBER DECLARATIONS 1009

1   passengers on a star rating system that is determined entirely by passengers.  What works for one

2   passenger does not work for another.

3       11.    I only communicate with Uber when I have an issue, usually 2–3 times a month.

4   Those issues are usually minor, like fare adjustments and technical issues.  I usually contact Uber via

5   email.

6       12.    Uber does not encourage us to ask passengers for tips, but I receive about one cash tip

7   per day, and the amount of that varies. I have always felt that I was able to accept a tip.

8       13.    I usually track my expenses for my vehicle such as gas, maintenance, and car

9   payments in order to claim them as a tax deduction because I am an independent contractor.  I

10  indicate that I am self-employed on my taxes.

11      14.    I think this lawsuit is insane, we know what we are signing up for.  The onboarding

12  video makes it clear that we're independent contractors who drive when we want, how we want,

13  unrestricted. I think this lawsuit is a waste of time and money.

14      15.    I have given this testimony completely voluntarily and without any coercion

15  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

16  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

17  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

18  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

19  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

20  have to provide any written statement.  I also was specifically told that I could participate in the

21  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

22  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

23

24

25

26

27

28

2

DECLARATION OF Arshavir Steven Saryan

CLASS MEMBER DECLARATIONS 1010

1    I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3

4    Executed at Los Angeles, California this 27th day of May, 2015.

5                                          _____

6                                              Arshavir Steven Saryan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HOVHANNES SASHOYAN**

I, Hovhannes Sashoyan, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I live in Palmdale, California, where I have lived for the past two years.  Before that, I lived in Pasadena, California.  I worked as a taxi driver for ten years before I decided it was more lucative to use Uber.

3.      I am a direct partner with Uber, and have used UberX and UberBlack in connection with my business.  I began using UberX approximately two years ago and switched to using UberBlack one year ago.  My occupation is the owner of and driver for E and G Brothers Transportation Inc..  I formed E and G Brothers approximately two years ago.  When I was using UberX, I drove my personal Prius.  When I switched to UberBlack, I bought three BMWs that are registered to the company—two 7 series and one x5.  The company has no other employees, although I am looking for some to expand the company.  Although 90% of my business revenue comes through Uber, I have clients independent of Uber and operate a website where my company can be found.

4.      I do not have a strategy for how I use the Uber app.  I like using Uber because of the flexibility it affords me—whenever I need to do something, I turn off the Uber app.  I have experience as a taxi cab driver and rely on this experience to find rides. I have a 4.82 rating on Uber, and it fluctuates occasionally.  I have received cash tips twice while using the Uber app.

5.      While I have not directly negotiated a fare, I have contacted Uber when a passenger believed he or she was using UberX when he or she had selected the more expensive UberBlack.  This is the main reason that I contact Uber.  Uber contacts me approximately once a week with high demand areas, but I do not rely on this information.

6.      I incur the following expenses as part of my transportation business: gas, oil, maintenance, uniform, dry cleaning, and other related charges.  I keep a record of these business

1
DECLARATION OF  HOVHANNES SASHOYAN

CLASS MEMBER DECLARATIONS 1012

1   expenses for when I file my taxes, both individually and for my company.

2       7.      I read and understood the terms of the License Agreement with Uber, and understood

3   that I was going to be an independent contractor.  I like being an independent contractor because it

4   gives me more flexibility than if I were an employee—it is the same as when I was part of the taxi

5   cab union, although I am happy that I do not have to pay Uber when I do not work, unlike the taxi

6   cab union.

7       8.      I have given this testimony completely voluntarily and without any coercion

8   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

9   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

10  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

11  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

12  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

13  have to provide any written statement.  I also was specifically told that I could participate in the

14  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

15  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16      I declare under penalty of perjury under the laws of the United States of America and the

17  State of California that the foregoing is true and correct.

18

19      Executed at Los Angeles, California this 26th day of May, 2015.

20

21                                  Hovhannes Sashoyan

22

23

24

25

26

27

28

---

2

DECLARATION OF HOVHANNES SASHOYAN

CLASS MEMBER DECLARATIONS 1013

**DECLARATION OF MOHAMMAD SATTAR**

I, MOHAMMAD SATTAR, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto. I have resided in Freemont for about 20 years.

2.      I am a direct partner with Uber. As a driver, I use UberX. I also deliver prepaid calling cards sometimes through my business Prepare Calling Card Provider.

3.      I decided to start using the Uber App in November 2014 for the extra money because my business was slow and I was not receiving a lot of calling card requests.

4.      Uber and Lyft all offer apps that an independent driver like me can use to book passengers. I know that I can drive for Lyft. These two companies compete with one another for market share.

5.      I drive a Toyota Prius C. I signed up to use the Uber App online. I bought this car so that I could start driving with Uber. I submitted my driver's license information, proof of insurance, and pictures of my car. When I signed up online, I signed a contract but I don't recall the details.

6.      Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

7.      One of the great things about the Uber app is that when the demand from passengers in a particular area of the city is high, Uber increases its rates to entice more drivers to log on. This is called a "surge." The surge pricing results in me making more money per ride. Therefore, I try to accept rides during surge periods. "Surge" pricing usually occurs during rush hour and on weekend nights in particular areas of the city.

8.      I know that I can drive with other companies such as Lyft, but I prefer to use the Uber App. It's entirely up to me whether I choose to drive with other companies.

9.      I like Uber because it allows me to make some money to survive when my other work is slow.

10.     I log on and off of the app anytime and anywhere I want. Uber never sets my

CLASS MEMBER DECLARATIONS 1014

1  schedule or tells me when to log on. I try to be logged on for about 2-3 hours in the morning during

2  the surge. Then I go home during the middle of the day, and I start driving again in the evening rush

3  hour. Also, I am a practicing Muslim, so I visit the mosque five times per day. I like that Uber is a

4  really flexible App that allows me to do this.

5       11.    Uber does not control or have any right to control which trips I decide to accept

6  through which App. I get to decide what calls I take.

7       12.    Passengers I book using the Uber app can rate my services from one to five stars. I

8  have a rating of 4.72. I take care of my customers. I open the door, put in their luggage and help

9  elderly people in and out of the cars. This was my idea. I am not aware that Uber makes suggestions

10  on how to increase my "star rating" from passengers.

11       13.    Uber does not require me to wear any specific type of clothing when I'm providing

12  transportation services. I usually dress professionally or professional casual.

13       14.    When driving with Uber, I am working for myself. I consider myself to be an

14  independent contractor with respect to my driving with Uber. I like being an independent contractor.

15       15.    I get a 1099 form from Uber. I deduct expenses relating to driving with Uber from my

16  taxes.

17       16.    I rent an iphone from Uber to pick up Uber fares.

18       17.    Uber has never told me that the gross fare includes an amount for a tip and I don't

19  know that the gross fare includes a tip.

20       18.    I keep the Uber sign in my window so that I can pull over to .pick people up in the

21  arirport.

22       19.    I have given this testimony completely voluntarily and without any coercion

23  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

24  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

25  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

26  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

27  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

28  not have to provide any written statement. I also was specifically told that I could participate in the

---

2

DECLARATION OF MOHAMMAD SATTAR

1    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3           I declare under penalty of perjury under the laws of the United States of America and the

4    State of California that the foregoing is true and correct.

5           Executed at San Francisco, California this 18 day of May, 2015.

6

7                                                            MOHAMMAD SATTAR

8

9    Firmwide:133590310.1 999999.6092

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3
                            DECLARATION OF MOHAMMAD SATTAR

**DECLARATION OF MICHELLE SAVAGE**

I, MICHELEE SAVAGE, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been getting fares through the Uber app since July 2104.  I have always driven using the UberX app.  I drive using a 2010 Hyundai Sonata.  The car is owned by my husband.  He drives my car.

3.      Throughout the time period I have been driving using the Uber app I have also been employed on a part time basis at a restaurant.  I work for the restaurant around 20 hours a week. Uber does not prohibit or discourage me from having a job in addition to the time I spend driving using the Uber app.  I do my driving for Uber around my work schedule and my own personal schedule and commitments for school and home.

4.      What I like most about driving using the Uber app is that I get to be my own boss and set my own hours of work.  There is no one telling me what I need to do or when I need to do it.  I can drive as much or as little as I want using the Uber app.  Since I started using the Uber app, I have rarely needed to contact Uber.  I like that I am able to go about my business driving without needing to contact anyone at Uber or getting instructions from anyone at Uber.

5.      During the summer of 2014 I drove around 5 days a week, 8 hours a day.  I found driving using the Uber app to be addictive.  It was hard for me to turn off the Uber app once I started driving because there was almost always another fare available after I completed a trip, so I found myself driving around 8 hours a day. However, at the end of the summer, the rates charged to passengers went down.  I also started getting more hours of work at my restaurant job.  I also started taking college classes.  I am also a mom, and my son started back to school.  As the result of all of this I decided to cut back on my hours driving using the Uber app to just driving on the weekends.  I did not need to get permission or clearance from anyone at Uber.  I just simply spent less time logged onto the Uber app.  I typically drive around 10 hours total each weekend, mostly in the weekends.

1
DECLARATION OF MICHELLE SAVAGE

6.      Now that it is almost summer again, I plan to once again increase the days and hours that I drive using the Uber app.

7.      Uber does not assign me to a certain geographic regions or dictate when or when I can drive.  I live in El Cajon, California, which is around 20 miles outside of downtown San Diego.  Even though I live in El Cajon, I focus on driving in the downtown San Diego and Pacific Beach locations because those are high traffic areas, especially on weekend nights when I drive.  On the nights I drive, I don't log on to the Uber app until I get downtown.  Driving in these geographic areas is also convenient because the restaurant I work at is located in downtown San Diego, so I can just start driving using the Uber app when I get off work from the restaurant on weekends.

8.      When I have a trip that takes me away from downtown San Diego or Pacific Beach, I return to those areas before taking on another trip.  It is my choice to operate that way, and I have found that I make more money returning to those areas rather than waiting for a passenger in the city where I dropped off my last passenger.

9.      There are time periods when Uber has "surge pricing" in certain geographic areas.  Even though I could earn more money with surge pricing, I try avoid locations with surge pricing because the passengers tend to be upset that the pricing has gone up, and I don't want angry passengers in my car.  Plus, passengers who are already angry may tend to give lower star ratings, and I am very focused on keeping my rating up as high as possible.

10.      From time-to-time Uber provides suggestions on how drivers can provide stellar customer service and increase ratings.  However, most of what Uber suggests is just common sense, such as practicing good personal hygiene, dressing nicely and being courteous.  These are just suggestions and there is no requirement that I follow them.

11.      I have also come up with my own strategies for providing better customer service and increasing my ratings.  For example, when I drive I may wear a vest and tie.  I also have a top that look somewhat like a tuxedo.  Passengers have commented that they like that top.  I also try to dress in black and white because I feel that creates an upscale look that my passengers will like.  I have experimented with wearing other colors, but always come back to black and white because that works best for me.

CLASS MEMBER DECLARATIONS 1018

12.     Since I set my own work schedule, I can take breaks whenever I want and for as long as I want.  I just log out of the Uber app whenever I want a break.  When driving weekends I take bathroom and coffee breaks whenever I want.

13.     When using the Uber app, I am able to pass on any of the leads that I receive. However, I only pass on around 1% of my leads.  I typically will only pass on a lead if I check the passengers' ratings, and the passenger is rated low or if I just don't have a good feeling about picking up a passenger.

14.     Uber has a star rating system for drivers.  My current rating is 4.88.  The ratings come from my passengers, and as far as I know, Uber itself does not give me a rating.  My rating has been between 4.88 and 4.9 since I started using the Uber app.  I consider my rating to be high and do my best to keep that rating as high as possible.

15.     I once received a notice from Uber that my access to the Uber app was in danger of being terminated for poor ratings.  However, I received another notice right after that saying that the first notice was sent in error and was intended for another driver.  Other than that, I have never been notified that my access to the Uber app is in danger of being terminated for poor ratings or anything else.

16.     After $1.00 is deducted from each fare, I get 80% of each fare that I book through Uber. The fares are all-inclusive, but do not include tips.  I rarely receive cash tips.

17.     I have always understood that I have been an independent contractor with Uber.  I prefer that type of a business relations because it allows me to be my own boss, set my own hours of work and gives me the freedom to do whatever I want.  I receive a Form 1099 from Uber.  I take my car-related expenses as business deductions.

18.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

DECLARATION OF MICHELLE SAVAGE

1  not have to provide any written statement.  I also was specifically told that I could participate in the

2  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4      I declare under penalty of perjury under the laws of the United States of America and the

5  State of California that the foregoing is true and correct.

6      Executed at San Diego, California this 28th day of May, 2015.

7

8                                                                          MICHELLE SAVAGE

9

10  Firmwide:133817224.1 073208.1016

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF MICHELLE SAVAGE

**DECLARATION OF MARK LAWRENCE SELLZ**

I, Mark Lawrence Sellz, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 56 years old. I live in Calabasas. I have lived there five years. Before that I lived in Marina Del Rey for about 20 years. I have a class C driver's license. I drive using the UberX and Uber Plus platforms. I started in December 2013.

3.     I am an automotive consultant. I consult dealerships, independent contracts, and individuals. I owned a car dealership for 40 years. I am basically retired and do some consulting and some driving using Uber.

4.     I drive a 2014 BMW 328DM Sport. I lease that car. All maintenance for the car is covered by the lease. I pay gas, carwashes, and all of the extra touches I put in.

5.     I drive allover, but it's up to me. I start in Calabasas, head down to Downtown, maybe over to Hollywood. I also really like the Westside, there are a lot of good customers there. There is no traffic, it's clean, the people are good.

6.     I run a really high-end operation. I have ice cold water (and room temperature water for people who prefer it) with a coozy on it, deodorant, feminine hygiene products, and more. I also carry an ice bucket in case someone is going to get sick. I also just got Wi-Fi, and people love being able to use their computers. When I give an Uber ride, whether it's a $5 ride or a $500 ride, it's a five-star experience. I open and close the door for everyone. Doesn't matter who it is. If a squirrel got in my car, I would open the door. That's just the level of service I like to provide. And, it pays off.

7.     I have a great referral system. The Uber fares have gotten really, really low, and my referral business keeps me going. I have a lot of referrals and repeat customers. If people like the ride, they take my phone number and they text me and I will come back and drive for them. I take all of the fares only through Uber.

---

1
DECLARATION OF MARK LAWRENCE SELLZ

CLASS MEMBER DECLARATIONS 1021

8.     I get tons of tips even though Uber does allow drivers to tip.  People often want to tip me but say that they don't have any case, so I recently got Square for my phone that people can use if they don't have cash.  I also use this like an ATM.  Someone might say "I really need some cash" and I can ask them how much they need, give them the cash, and they can pay me using Square.

9.     If my gut tells me that a passenger isn't going to be a good one I will not drive the passenger.  I try to give benefit of the doubt to every passenger regardless of their rating and accept the lead when I get it, but if something doesn't feel right once I meet the passenger, I will tell them I think they should probably find a different driver.  For example, one time I picked up a rider on Santa Monica near Vine.  The passenger was in a big rush.  He opened the door and told me to hurry and that we absolutely need to make the light.  It was at a busy intersection where cars were speeding by.  I explained that safety is everything, and it's just not worth it.  At that point I told him that I am slow and steady and I probably wasn't the guy for him.  I told the passenger he should find a different driver who is willing to drive like that.  I have the right to stop a ride at any point.  That's my right.  I don't start the ride until everything is situated and I feel comfortable with the passenger, this way I can ensure that this is a passenger that I feel comfortable working with.  There have also been occasions where I have had to decline a ride if someone is too drunk or combative

10.    The fact that Uber doesn't allow passengers to tip through the app and there are no tips included in the fare is one of the worst things about Uber.  I wish Uber would give passengers the ability tip.  Drivers would be a lot happier if Uber would allow passengers tip through the app.  When the ride ends, I would prefer if passengers had the option to give a tip at the end of the ride through the app.

11.    I also drive for Lyft.  Lyft allows for tips in the app and people always tip.  I probably do 80% Uber and 20% Lyft.  I keep both apps open at all times.  I carry an Uber phone and a Lyft phone and run both apps simultaneously.  If I get a lead on one of them, then I turn the other one off and follow through with that fare.  Surging is a big part of it.  If Uber has surging, then I turn off Lyft and the other way around.  I try to make sure I don't cancel rides.

12.    I work two nights a week, usually Friday and Saturday about 10-12 hours each time.

CLASS MEMBER DECLARATIONS 1022

1    But I am always open.  If someone calls me at another time, then I'll do it.  Things come up.

2          13.    There are times when I'll drive someone for free if I need to.  One time a guy left his

3    wallet at a Denny's.  I drove him home, we realize that he left his wallet once I had already driven

4    him home.  I knew that there was about to be a shift change at Denny's and that we needed to get

5    back if he wanted to get his wallet that night.  I didn't charge him for the ride, but I took him back to

6    Denny's to get it the wallet and then drove him home for free.  He wanted to tip me but didn't have

7    any cash so I drove him for free.  He wanted to tip me but didn't have any cash.

8          14.    One time I was driving an actress to a fourth callback and she started balling.  I pulled

9    over and asked her what was going on.  She said she just got her period and that she's on her way to

10    the biggest job interview of her life.  I went to the trunk, got a tampon, some materials for her to

11    clean herself up with, a plastic bag and told her to do what she needed to do.  She was incredibly

12    thankful and called me at 4:30 in the morning to tell me she got me the job and that she was very

13    grateful.  Obviously, I didn't do this because Uber told me to.  I do it because I run a high-end

14    operation.  I now drive her and her friends around all the time.

15          15.    I know I am an independent contractor.  I want to be an independent contractor.  I

16    don't want to hit the punch clock.  I love being my own boss.  I love the freedom of being an

17    independent contractor, but if the trade-off is that we would be paid a lot more, I'd be open to

18    thinking about being an employee.  Right now we are independent contractors, and I believe that this

19    is what almost all drivers want, but I really do think that Uber needs to raise its rates.

20          16.    I have given this testimony completely voluntarily and without any coercion

21    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

22    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

24    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

25    provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

26    have to provide any written statement.  I also was specifically told that I could participate in the

27    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

28

CLASS MEMBER DECLARATIONS 1023

become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 27th day of May, 2015

_____
MARK LAWRENCE SELLZ

---

4

DECLARATION OF MARK LAWRENCE SELLZ

CLASS MEMBER DECLARATIONS 1024

**DECLARATION OF YEGHIA SEPANYAN**

I, Yeghia Sepanyan, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 37 and currently live in North Hollywood. I have lived in North Hollywood for four years. I have a commercial driver's license, Class A and T. I drive UberX and started either December 28 or 29, 2014. I currently still use UberX as a driver. I am currently a full-time student and am a direct partner with Uber. I currently drive a Toyota Corolla for Uber. I own the Toyota Corolla.

3.      I drive where the passenger needs, sometimes in Santa Monica and sometimes in Huntington Beach even though I live in North Hollywood. Some weeks I will driver five or six days out of the week, and some weeks I won't use it at all. I have not used Uber for the past few weeks because I am getting my car fixed. Sometimes I will only drive for Uber two or three days out of the week. I have a family, so if my family needs me I will give them my time first. I use Uber whenever I have time. I have a student and I have a family, so I use Uber whenever I can. I prefer to drive during surge pricing but will still drive whenever I can. The promotions that Uber sends will sometimes make me want to drive more.

4.      Sometimes I decline the rides through the App, but most of the time I will accept the ride. Sometimes I want to accept the ride but cannot because of problems with the App. Uber has never required me to log onto the App for a minimum amount of time. Uber has never tried to set my work schedule or restrict what else I do.

5.      When I started as a driver, Uber sent me videos, which I watched, and they sent me air freshener too. Uber will give me suggestions, but they are only suggestions. They are never a must. Most of the time I will give my customers water, but not always. Uber has never said they would deactivate my account because I did not follow their suggestions.

6.      Right now my rating is around 4.82. Driving in the Santa Monica or Huntington Beach

CLASS MEMBER DECLARATIONS 1025

1   area will usually make my rating higher. After driving for a while, I began to see which areas are

2   good for me. I used to give Lindor chocolates to my customers, but then I realized that I would get

3   lower ratings. Now I have a better feel for how to get good ratings, and many times it will depend on

4   the customer. Some customers will be very rude; it all depends on the area. One time Uber asked me

5   why my rating was dropping, but they have never said I would be terminated for a low rating.

6          7.     I contact Uber occasionally. I have contacted them three times recently about

7   customers. Whenever I contact Uber they contact me right back, addressing my concerns and asking

8   if I have any questions. I read all the emails I get from Uber. Uber has never told me or anyone I

9   know that Uber might terminate use of the App for any reason.

10         8.     I keep a record of my expenses and pay for all of them. I have a separate account that I

11  use for only Uber expenses. I keep a separate account for my own purposes and for tax purposes.

12         9.     Uber has never told me anything regarding tips. I don't know if Uber has said

13  anything to passengers about tips. I don't know whether my Licensing Agreement prevents me from

14  accepting tips. I accept tips from passengers, but it has happened only once or twice. Passengers will

15  ask whether they can tip me using the App, but I tell them I don't know because I never use the App

16  as a passenger. I use the tips I receive to buy air fresheners for my car.

17        10.    When I started with Uber, I was presented with the Licensing Agreement online. I

18  read and understood the terms then but I do not remember them now. It was my intention to become

19  an independent contractor for Uber when I signed the agreement. I wish continue being an

20  independent contractor for Uber because when then you can determine when you work and don't

21  work. The flexibility is why I signed up for Uber.

22        11.    I determine when I take breaks and meals, such as when I get tired. It all depends.

23  Sometimes my rests will be short, and sometimes long. I turn the App off when I take a rest or meal.

24  Uber has never told me to drive a certain amount of time before taking a break. Uber has never told

25  me to not take a break at any time. Uber has never interrupted my breaks. I'm free to go wherever I

26  want for the breaks. Where I go is up to me.

27        12.    Uber is very helpful for newcomers to the United States. It allows people like me to

28

2
DECLARATION OF YEGHIA SEPANYAN

1    work and take classes when we want. I appreciate Uber for the fact that it gives me a flexible job and

2    a chance to earn money.

3         13.    I have given this testimony completely voluntarily and without any coercion

4    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

5    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

6    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

7    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

8    provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

9    have to provide any written statement. I also was specifically told that I could participate in the

10   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

11   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

12        I declare under penalty of perjury under the laws of the United States of America and the

13   State of California that the foregoing is true and correct.

14

15   Executed at Los Angeles, California this 26th day of May, 2015.

16

17                                              YEGHIA SEPANYAN

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF YEGHIA SEPANYAN

CLASS MEMBER DECLARATIONS 1027

## DECLARATION OF RAFIK SERGOYAN

I, Rafik Sergoyan, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I live in Los Angeles, California, and have lived here for the past eleven years. I have been an UberX driver for two years, and was also an UberXL driver until approximately two weeks ago when I sold my Toyota Sienna minivan.  I now drive a 2006 Mercedes E350 sedan.  I owned both of these cars, and used both as my personal cars.

3.     I am the CEO and owner of Serafi International Group, a wholesale distribution company of paper cups.  I am also a computer scientist, formerly employed with the Service Employee International Union ("SEIU") and currently doing independent programming work when I can find a programming job.  These jobs do not prohibit me from using Uber—indeed, I use Uber when I am not working these jobs

4.     I learned about Uber from a friend who had been using the app in October or November 2013.  I came to Uber's office in Santa Monica and applied to work with them.  I also attended a presentation near LAX.  I read and signed the contract with Uber on an iPad-like device, and understood all of the terms of the contract.  I also receive license agreements from Uber once a year, and read and sign these agreements.

5.     My driving hours with Uber are flexible, although I will often drive early in the morning (4am or 5am) until noon when I pick up my wife from her job at TJ Max in La Cañada and then my children from their schools in Glendale.  My hours are determined in part by the demands of my company, Serafi International Group.  I typically drive between 25 and 50 hours in a week, but the amount, location, and duration is determined by my other work and life demands.  I take as many breaks as I need—sometimes 30 minutes, sometimes 30 hours.  I enjoy the flexibility the Uber app provides.

6.     I also drive for Lyft, although I generally use it less than I use Uber, somewhere

---

1

DECLARATION OF RAFIK SERGOYAN

CLASS MEMBER DECLARATIONS 1028

between 0 and 10 hours a week.  I usually sign on to the Lyft app when I do not see passengers in my area, and will drive with them if I see passengers on that app.  I also have a Sidecar account, although I do not use it.  Uber has not restricted my ability to use other ride-sharing apps.

7.    I have never considered myself an Uber driver.  I see Uber as a software company that helps me find passengers, not a taxi company.

8.    I have a 4.8 star rating, which I consider to be a high rating.  If I get a low rating on a ride, Uber will send me tips or suggestions, and I follow them because I think the advice is good.  Uber has not otherwise contacted me about my rating.

9.    I have received cash tips from passengers, although it is not frequent.  When I see the Uber statements, there is no tip reflected, and I understand that a tip is not included in the fare.  This is different than Lyft, which shows a tip amount on each statement if a passenger tips.

10.    I received a 1099 form from Uber, but not a W-2 form.  I list myself as self-employed, in connection with my DBA, on my taxes, and report business expenses both from my company and from gas, tire changes, oil changes, brake changes, and car washes.

11.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 26th day of May, 2015.

2
DECLARATION OF RAFIK SERGOYAN

CLASS MEMBER DECLARATIONS 1029

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Rafik Sergoyan

3
DECLARATION OF RAFIK SERGOYAN

**DECLARATION OF ALI A. SERPOOSH**

1

2      I, ALI A. SERPOOSH, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I am 60 years old and currently reside in Escondido, San Diego County and have

7 lived there for the last 7 years.  I have a limousine company, Trump Limousine Inc. in Escondido

8 that I have owned and operated on a full-time basis for approximately 8 years.

9      3.      I currently use the UberBlack and UberSUV as a driver and have used the Uber App

10 for approximately 2 years and I currently use the Uber App through my limousine business.  I use

11 three vehicles, 2011 Chevy Tahoe, 2011 Lincoln Town car, and 2008 Chevy Suburban, when using

12 the Uber App.  The three vehicles are owned by Trump Limousine Inc. and all expenses for these

13 three vehicles are maintained by the company.  Approximately 1/3 of my business revenue is derived

14 from use of the Uber App.  The rest of my business is through corporate accounts and personal

15 contacts and long established relationships.  If I relied solely on Uber to sustain my business it would

16 not survive, not even a month.

17      4.      I have three other drivers through Trump Limousine, Inc. that use the Uber App.  The

18 three other drivers are employees of Trump Limousine, Inc. and use the Uber App through Trump

19 Limousine, Inc.'s agreement with Uber.

20      5.      Anytime that the company does not have the driver scheduled for a job the driver will

21 use the Uber App.  The three drivers do their job first and if they have downtime they will use the

22 Uber App.  Uber does not assign me, my drivers, or Trump Limousine, Inc. to any specific territory.

23 I am free to use the Uber App when want and where I want.  I am also free to accept or decline fares

24 generated through the Uber App.  Uber has never suspended or threatened to suspend Trump

25 Limousine, Inc.'s account because it has declined to accept a trip.

26      6.      I, or my drivers, use the Uber App daily and the amount of time varies based on the

27 jobs previously scheduled.  Every day there is a different time that the Uber App is used or for how

28 long the Uber App is used.  Uber never tells me when to log on or for how long to log on for.  It is

CLASS MEMBER DECLARATIONS 1031

1    completely my choice when and for how long.  Uber does not restrict me from engaging in my

2    limousine business and provides me with flexibility.  I value the flexibility I get by using the Uber

3    App and of the primary reasons I use the App because it is flexible to my business model and

4    business schedule.

5           7.    While I do not use other transportation apps like Lyft or Sidecar, Uber does not

6    restrict me or my company from the simultaneous use of these other transportation apps.

7           8.    Uber communicates with me via email a few times a week.  They provide positive

8    and helpful suggestions.  For example, they provide information on events taking place in San Diego

9    and when it is likely to be a busy time for Uber.  I pay attention to these suggestions because I find

10   them helpful, but many of the suggestions my company already provides as a professional

11   transportation company.  I do not always follow the suggestions and understand that I am not

12   required to follow these suggestions.  Uber has never notified me that my account would be

13   deactivated because I chose not to follow these suggestions.

14         9.    I also contact Uber through email or in person by coming to their San Diego office.

15   Most of the reasons I have contacted Uber concern technical issues, but nothing specifically to do

16   either with Uber, myself, my company, or the drivers.

17        10.    Currently my star rating is 4.5 and the three other drivers working for the company

18   are around that area.  I understand that the ratings are determined entirely by passengers and Uber

19   has no control over the ratings.  We provide spring water, candy, newspapers, magazines in the car,

20   wash the car daily, and we have a dress code that we implement to improve our star rating, but these

21   are things I require through my company policies and has nothing to do with Uber.  However, these

22   help the star rating we receive from through Uber passengers.

23        11.    As part of running my limousine company the expenses I incur are gas, repairs,

24   maintenance, insurance, workers' compensation, payroll, unemployment benefits.  These expenses

25   are paid entirely by Trump Limousine, Inc.  Trump Limousine, Inc. definitely take deductions for

26   these business expenses when taxes are filed.

27        12.    I received the Licensing Agreement from Uber online before I began using the Uber

28   App.  I read and understood the terms of the Licensing Agreement and understood that by entering

CLASS MEMBER DECLARATIONS 1032

1    the Licensing Agreement I would be an independent contractor, I intended to be an independent

2    contractor, and wish to continue to be an independent contractor.  The reason I would want to

3    continue to be an independent contractor is because I have a separate company with a separate

4    identity.  I was in the business before Uber existed and use Uber to supplement income during down

5    times.

6           13.    Trump Limousine Inc. schedules the meal and rest breaks for me and the drivers.

7    Uber has nothing to do with the scheduling of meal and rest breaks for the drivers.

8           14.    I have given this testimony completely voluntarily and without any coercion

9    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

10   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

12   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

13   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

14   not have to provide any written statement.  I also was specifically told that I could participate in the

15   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

16   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17          I declare under penalty of perjury under the laws of the United States of America and the

18   State of California that the foregoing is true and correct.

19          Executed at San Diego, California this 28th day of May, 2015.

20                                             _____

21                                             ALI A. SERPOOSH

22

23

24

25

26

27

28

---

3

DECLARATION OF ALI A. SERPOOSH

CLASS MEMBER DECLARATIONS 1033

## DECLARATION OF ENOCH DEVON SHADKAM

I, Enoch Devon Shadkam, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been an UberX driver since September 2013.  I drive 6 days a week.  I take Sundays off.  I drive 12 hours a day, usually from 8am to 8pm.  I take many breaks, usually every two hours.  I take at least four breaks a day, not including lunch and nap.  I usually take one hour for lunch.  And I take a half hour nap over lunch.

3.      When I'm on a break or have a day off, I turn off the Uber App.  When the App is on, I usually accept everything.  My acceptance rate is almost 100%.  I live in Glendale, so I start from there.  I'm not picky about any particular area.  I continue wherever I drop off a passenger.  I decide when to turn on the Uber App and when to turn it off.

4.      I drive a 2013 Toyota Prius, which I purchased in 2013.  I pay for mileage and gas.  I take deductions for the expenses on my tax returns.  I file my tax returns as an independent contractor.  I recall signing an agreement with Uber.  It very clearly stated that we are partners, and not employees.  I understood that when I read it.  I want to be an independent contractor because I have more freedom, can start any time and finish any time, and not under pressure.  I don't like being an employee because I feel that employees are in a cage.  I've never been an employee in my life; I've always been an independent contractor.  In 2005, I tried working as an employee for a vitamin making company, blending the vitamin ingredients, but I quit after three months because it was hard to wake up every day at a certain time, knowing that I had to be at work the same time every day.  I couldn't sleep at nights because of this.  I'm like a free bird.

5.      Uber is a good company.  I can choose when to drive, where to drive.  It's very important to me that the area I can drive in is wide open.  Being limited to one area is very boring, and with Uber I have the freedom to work in any area.  And if I need extra money I can drive longer hours.

CLASS MEMBER DECLARATIONS 1034

6.      Sometimes customers will offer me cash to take a long trip but I refuse.  Or sometimes during surge pricing customers will hail me down and offer me cash to drive for an amount lower than the surge pricing, but I refuse.

7.      I recall seeing a YouTube training video when I first became an UberX driver.  The video showed me how the system works.  Uber sends us tips about how to perform better.  I follow some of these tips because they are very helpful.  I don't have to follow the tips, it's my choice.  Many of the things I do to ensure my customer has a good experience are based on my own experience as a taxi-cab driver for over 20 years.  First, I make sure I have the right customer, by the name.  Then I ask if they have a preferred route.  If they have a preferred route, I go their way.  Usually the App gives you the estimated arrival time, so I let them know that too.  I ask them if the temperature is ok inside the car.  Sometimes they want to have a conversation, and other times they don't.

8.      Five percent of my customers give me a tip.  In the beginning I was scared to accept a tip, but they throw the money on the seat.  Uber says if the customer wants to give you a tip, take it.  The amount of tip is very different based on the customer, sometimes $1, sometimes $2, and one time I received a $10 tip.  The tip is not included in the fare.  I can see that in the receipt.  If you calculate the mileage plus the time, you see that tip is not included in the fare.  I've never seen anything from Uber that says the tip is included in the fare.

9.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

---

DECLARATION OF ENOCH DEVON SHADKAM

CLASS MEMBER DECLARATIONS 1035

1      I declare under penalty of perjury under the laws of the United States of America and the

2 State of California that the foregoing is true and correct.

3

4      Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                Enoch Devon Shadkam

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ENOCH DEVON SHADKAM

CLASS MEMBER DECLARATIONS 1036

1                         **DECLARATION OF ALI SHAKOOR**

2        I, ALI SHAKOOR, do hereby swear, affirm and attest as follows:

3        1.     I am over the age of 18 and am not a party to the above-captioned matter. Except

4 where otherwise indicated, all of the information contained herein is based on my personal

5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.     I am a 54 year old male and I currently live in Winnetka, CA in the Los Angeles

7 County. I have lived in Winnetka for less than a year, but lived in Reseda for the 15 years before

8 that.

9        3.     As a driver, I use the UberPlus service. I began with the UberX around December

10 2014 but switched to UberPlus a few weeks later, during January 2015. I did not perform services

11 using both the UberX and UberPlus apps at any time. I have driven one car while using the Uber

12 app – a 2013 Lincoln MKT (a limousine), which I own. It is my understanding that UberPlus

13 charges passengers approximately $2.35 per mile and 40 cents per minute, but UberX is $0.90 per

14 mile and 18 or 20 cents per minute. I made the decision to change from UberX to UberPlus in order

15 to earn the extra income, given that my car qualified for UberPlus. I knew about UberPlus before

16 starting with UberX, but I wanted to a trial run with Uber in general before elevating to UberPlus.

17        4.     I am the sole owner and employee of a passenger transportation company called

18 Shakoor Enterprises, LLC, and I also occasionally drive for this company. I formed Shakoor

19 Enterprises, LLC in July 2014 and began driving for it in August 2014. Shakoor Enterprises LLC is

20 not a direct partner, nor am I a subcontractor – Shakoor Enterprises, LLC is a completely separate

21 venture from anything I do while logged into the UberPlus app.

22        5.     My primary driving services are using the Uber app, but I still drive for this other

23 transportation company when they call me for help – anywhere between once a day and 3-4 times

24 per week. No one at Uber has told me that I cannot work for the other transportation company –

25 rather, it is my understanding that I am free to work for any other company I want. All of my

26 income is comprised of providing driving services using the Uber app and for this transportation

27 company, as well as with occasional ministerial services.

28        6.     I don't have any particular strategy with regard to how or when I log into the app – it

CLASS MEMBER DECLARATIONS 1037

is simply whenever I feel like it and when I'm free.  However, I typically start in the afternoon and go until I feel like ending for the day.  I start driving in the afternoon because I like to sleep in, especially given that I am up late most nights working.  If I have personal errands that I need to run, ministerial services to perform, or passengers to pick up from the airport for Shakoor Enterprises, LLC, then I'll also log off of the Uber app so that I can handle those matters.

7.  Most of the time, I am logged into the Uber app for anywhere between 50 and 70 hours per week.  Sometimes I am logged into the app when I am sitting at home, say around 3:00 or 4:00am, and wait for a ride request.

8.  I use multiple ride-sharing apps, including TotalRide, Opoli, ModoZone, GoSedan. These are all ride-sharing apps similar to Uber, although some of these apps are for pre-scheduled riders.  I often run these apps at the same time, but when I accept a ride with one of the apps, I turn off the other apps.  However, I use the Uber app most often because I feel most comfortable with Uber in many respects (e.g., payment; resolving issues with passengers, the app, or anything with Uber; etc.) and Uber provides me with the most business.  Uber has never told me that I cannot use other ride sharing apps, either in general or at the same time as I am logged into the Uber app.

9.  Uber has not required me to work in any particular area or at any particular time. However, my friends and family have suggested working around Wilshire and Santa Monica because they tend to be busier, and I have followed their advice because I think it will help give me more rides and thus more money.  I also like driving in the San Fernando Valley because it's close to my home.  However, sometimes my riders take me to other neighborhoods, and that's fine too.

10.  My favorite thing about driving using the Uber app is that I feel so comfortable. When I receive a rider request, I know that the app will direct you to the passenger, will navigate to the passenger's final destination, and it is easier for me to receive payment.  So although I also use other apps, it is my choice to accept more rides using the Uber app than other apps.

11.  I feel strongly that the Uber app provides its drivers with flexibility.  Any time I want to drive and am ready to drive, I can drive.  If I don't want to drive, I can turn off the app.  Uber never says anything or pushes me to drive at a certain time, and Uber doesn't ask me to do anyone any favors by working a little extra or covering for another co-worker.  Even if I don't work for a

2
DECLARATION OF ALI SHAKOOR

1  few hours, a few days, or a few weeks, it's not a problem – my work hours are completely my

2  choice.  For example, I wanted to take a few days' vacation and so I took that vacation without

3  asking for permission, and Uber did not have any problems.  The only communication I got from

4  Uber regarding your vacation was a "welcome back" message on the app.  This is the greatest

5  advantage of driving using the Uber app.

6       12.    I pay for all of the expenses that come along with my driving services, including gas,

7  insurance, registration, car washes, maintenance – everything.  I keep track of all of these expenses

8  because I plan to deduct them from my taxes at the end of the year.

9       13.    I have given this testimony completely voluntarily and without any coercion

10  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

11  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

12  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

13  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

14  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

15  not have to provide any written statement.  I also was specifically told that I could participate in the

16  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

17  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18       I declare under penalty of perjury under the laws of the United States of America and the

19  State of California that the foregoing is true and correct.

20       Executed at Los Angeles, California this **27** day of May, 2015.

21

22                     ALI SHAKOOR

23

24

25

26

27

28

3
DECLARATION OF ALI SHAKOOR

CLASS MEMBER DECLARATIONS 1039

**DECLARATION OF ADEL SHALLOUF**

I, Adel Shallouf, do hereby swear, affirm and attest as follows:

1.    I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.    I live in Torrance, Los Angeles County, and have lived there for six months.

3.    I have a regular driver's license, and drive for UberX. I have driven for UberX since February. I have been driving eight hours a day, almost every day recently.

4.    I am between jobs right now and am actively looking for a purchasing position, possibly with a manufacturing company. Right now I am just driving for UberX. If I get a purchasing job, I'll probably just drive Uber on the weekends. Right now I make all of my income from Uber.

5.    I lease a Toyota Camry that I purchased before working for Uber.

6.    I signed up with Lyft recently, but I haven't used it much recently as Uber keeps me busy. I just use one app at a time, because I once had both active at once and accidentally accepted a fare from both. I use Uber as the default app, but when the app goes down and I have issues with the app I switch to using Lyft.

7.    I have some gum, but that's about it as I have never felt the pressure to buy water or candies. My star rating is 4.82, it's a bit unfair that the clients can make up whatever story they want. I try to engage the customers, by talking to them, but I give them their space if they want to be quiet.

8.    I try to drive in the morning after doing my job hunt, I spend a couple hours driving and then pick up my kids from school. I'll get back on the road around 4 or 5, and then drive until 11:30. It's convenient, because I take a break whenever I get hungry and have a sandwich or something. You try to target some areas, Redondo, Manhattan and Hermosa beaches are usually busy and I almost always end up in a trip taking me to Beverly Hill or Santa Monica. I want to be up there anyway, and I just wait to use a fare to take me up there. I then stay in the stretch from Downtown to Santa Monica.

CLASS MEMBER DECLARATIONS 1040

9.      Things get weird after midnight, the chances of running into drunk people get high and you run the risk of someone throwing up in your car.  Those times are surge pricing, but it's not worth it for me and I need to get up early in the morning, so I don't drive past 11:30.

10.     I don't get too many cash tips.  Even when they offer I try to refuse, but I find it rude to refuse people who insist, so I will take tips sometimes.

11.     Uber played a video during the onboarding experience, I don't remember what material I read, but it was all online.

12.     I understood when I signed up that I would be an independent contractor and want to continue being one.  I would not want to be a fulltime employee as a driver.  I don't think I would make as much money, and it would be a taxicab company if I was hired as a fulltime driver, and that's a different profession.   To me Uber is just an app company, that's largely what it is.  I understand there is minimum liability for Uber, but there is a relationship between Uber and its partners.

13.     Except for the one time a customer left negative feedback, and this interview today, Uber does not really contact me.

14.     I pay for all the maintenance and expenses related to my car, and I understood when I signed up that I would be responsible for these expenses.  I keep track of them, and plan to claim these on my taxes as business expenses.

15.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

CLASS MEMBER DECLARATIONS 1041

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3

4    Executed at Los Angeles, California this 26th day of May, 2015.

5

6                                                        ADEL SHALLOUF

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF ADEL SHALLOUF

CLASS MEMBER DECLARATIONS 1042

1    **DECLARATION OF LAITH SHAMOON**

2        I, Laith Shamoon, do hereby swear, affirm and attest as follows:

3        1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6        2.    I am 47 years old.  I activated my Uber account in March 2013.  When I first activated

7    my account I drove a 2003 Lincoln Towncar, but later switched to a 2005 Lincoln Towncar, and was

8    an Uber Black driver.  In May 2014 I became an Uber SUV driver.  At the end of 2014, I switched to

9    Uber XL.  I currently drive a 2007 Ford Expedition.

10       3.    I drive using my Uber App for approximately 50 hours a week.  I drive private fares

11   for 6-7 hours a week.  I own a registered company, and have my own website.  Even before

12   activating my Uber account in March 2013, I owned this company.  My transportation company is

13   called Golden Coast Limo, and it came into existence on July 27, 2012, the date that I received my

14   TCP license.  I owned this transportation company before Uber came to San Diego.  When Uber

15   came to San Diego, they contacted me, and I started driving Uber fares in my spare time.

16       4.    The number of hours I drive using the Uber App varies per day.  I take a break

17   whenever I want to take one.  Uber does not tell me when to drive, or where to drive. I live in

18   Mission Valley, and pick up fares anywhere.  In the morning I try to go to the airport because I can

19   pick up customers faster there.

20       5.    I moved to San Diego from Michigan five years ago.  In Michigan, I worked for a

21   grocery company called Plum Market.  I was an employee of Plum Market, and handled dairy and

22   frozen buying.

23       6.    Every year, I get a 1099 form from Uber.  I file taxes as an independent contractor,

24   and I deduct any expenses incurred.

25       7.    I have a high star rating.  It is 4.9.  To maintain this star rating I do not do anything in

26   particular.  I just try to be myself.  I talk to customers, and adjust according to how talkative the

27   customers are.  I keep a nice, clean car, and cold water in the car.  I do these things based on my own

28

---

1

DECLARATION OF LAITH SHAMOON

CLASS MEMBER DECLARATIONS 1043

1    experiences.  I have done all of these things since starting my transportation company business,

2    which was before I opened an Uber account.  Uber has never required me to do anything.

3         8.       I receive a lot of cash tips.  Lots of customers insist on leaving a cash tip.  I never ask

4    for tips,

5         9.       I have given this testimony completely voluntarily and without any coercion

6    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

10   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

11   have to provide any written statement.  I also was specifically told that I could participate in the

12   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14        I declare under penalty of perjury under the laws of the United States of America and the

15   State of California that the foregoing is true and correct.

16

17        Executed at Los Angeles, California this 28th day of May, 2015.

18                                                         _____
19                                                              Laith Shamoon

20

21

22

23

24

25

26

27

28

---

2
DECLARATION OF LAITH SHAMOON

CLASS MEMBER DECLARATIONS 1044

## DECLARATION OF RUSTY PATRICK SHAW

I, Rusty Patrick Shaw, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Rusty Patrick Shaw.  I am a 48 year old male.  I currently live in Inglewood, California.  I am an UberX driver.  I started using the Uber App in late February, 2015.  I use my own vehicle.

3.      My fulltime jobs are being a motion picture producer and a CBPC 6450 complaint paralegal.  I'm graduating on June 9th with my paralegal certification.  I currently have a paralegal internship.  I am an UberX driver to supplement my income.  I may drive with Uber fulltime while I look for a permanent paralegal job or until I get my motion picture business running.  There are three things I love about Uber.  First, you get paid with a 1099 form as an independent contractor.  I don't want to be an employee.  As an employee you'd have to work set hours.  I like that we work when we want and don't have to when we don't want to.  If I suddenly get a film funded and have to work hard for two months, I can stop driving with Uber.  I could be gone for three months and as long as my insurance is still up to date I could start using the Uber App again.  Uber drivers also have the ability to take breaks whenever they want.  As an employee, your employer can control when you can take a break.  With Uber, if I need to use the restroom or anything like that, I can turn my App off and handle my business, and no one is going to care.

4.      If Uber drivers were employees, all of the drivers would lose control of their schedules, which is the best part of driving for Uber.  If a driver doesn't want to drive during a certain time of the day, you don't have to.  You have complete autonomy over your schedule.  For example, my stepmother passed away, and I didn't have to ask anyone for time-off.  I could just do what I needed to do.  Not having to have the conversation about what happened is wonderful.  Being an employee could change this.

5.      I started using Lyft in November, 2014.  In February, 2015 I started using the Uber

---

1

DECLARATION OF RUSTY PATRICK SHAW

CLASS MEMBER DECLARATIONS 1045

1   App as well.  I tried using both at first, but found it was better to just use one App at a time.  Some

2   days I would use Lyft and Uber.  I started using Uber exclusively because I found I could make more

3   money with Uber because I get longer rides.  I now use Uber exclusively.  I could use Lyft if I needed

4   to, but for now I'm just using Uber.

5       6.      The Uber App does not include tipping, whereas the Lyft App includes a tip from

6   customers.  I have had Uber passengers give me cash tips.  I don't ask for the tips.  The passengers

7   ask me if they can give me tips.  I tell them that they can, but that they don't have to and I tell them

8   that I'm not asking for it.

9       7.      I have a high rating with Uber.  I have around a 4.8 rating.  I try to build friendships

10  with my passengers.  I try to make my customers laugh.  I like to have the passengers tell me their

11  stories, especially couples, who I find like to tell their stories.  I do this because this is how I am, this

12  is me.  Uber puts out videos from time to time for tips for getting higher ratings.  Sometimes I have

13  water for customers, but I don't open doors for them.  I think opening doors is more for UberBlack.  I

14  try to make it a good experience from the instant they open the door.  I watch the videos, but I do my

15  own thing.  I think you have to bring your own personality to driving with Uber.  It's one thing that

16  makes it different than say a taxi company.

17      8.      Another advantage of being at Uber as a 1099 driver is that I can expense every mile

18  on my taxes.  I can include all of my miles I accumulate driving.  I would lose this if I was a W-2

19  employee.  As an independent contractor, I know that I can write-off a lot of expenses and I think this

20  is a big advantage of driving with Uber.

21      9.      I have given this testimony completely voluntarily and without any coercion

22  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

23  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

24  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

25  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

26  provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

27  have to provide any written statement.  I also was specifically told that I could participate in the

28

2
DECLARATION OF RUSTY PATRICK SHAW

1   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3          I declare under penalty of perjury under the laws of the United States of America and the

4   State of California that the foregoing is true and correct.

5

6          Executed at Los Angeles, California this 27th day of May, 2015.

7                                                      _R. Patrick Shaw_____

8                                                      Rusty Patrick Shaw

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF RUSTY PATRICK SHAW

CLASS MEMBER DECLARATIONS 1047

**DECLARATION OF JON THOMAS SHEHAB**

I, Jon Thomas Shehab, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I started using the Uber App as an UberX driver in July 2014.  I drive a 2014 Honda CFV Touring model, the top of the line model.  I lease the car.

3.      I love Uber because I teach watercolor painting on cruise ships as part of an enhancement speaker program.  Some people in the program lecture about Alaska or NASA.  Some people teach arts and crafts.  And when there are a lot of sea days, some cruise companies put a water colorist like me into the enhancement speaker program.  It's an unpaid gig.  I teach for free.

4.      On Saturday I am leaving for a one-week cruise from New Jersey to Bermuda and back, and I got notice that I'll be leaving just a week ago.  Less than a month ago I got back from a 17-day cruise from Hong Kong to Shanghai, and I was gone for 20 days.  Before that, in October of last year, with just two days' notice, I left for a 42-day cruise from Singapore to San Diego, which means I was flown to Singapore and then sailed back.  Three weeks before that cruise, in September, I did three cruises back-to-back-to-back out of London (Norway for week, Mediterranean for a little less than two weeks, and then Canary Islands for a little less than two weeks), for a total of 30-days, with just one day's notice.

5.      That's the reason I love Uber.  There's no other way I can make money where I can leave with one days' or two days' notice, be gone for over a month, and then come back and pick up where I left off.  And do this over and over again.

6.      When in San Diego, I Uber.  I prefer driving mornings.  I'm a top 5 percenter in income and ratings, and have been all month and even previously.  Basically every week that I'm driving using the Uber App, I'm between top 1% and top 5%.  Sometimes I drive nights, but prefer not to.

7.      I'm a morning person.  So when in San Diego, I activate the Uber App sometime

---

1
DECLARATION OF  JON THOMAS SHEHAB

CLASS MEMBER DECLARATIONS 1048

between 6am and 7am, and drive until I get slow.  The number of hours I drive varies.  Then I go home for a while.  I may or may not drive again that day.  I let the income determine what I'm doing.  When I get a certain dollar value, I may or may not decide to call it a day.  I really don't follow a schedule.

8.      I very much value the flexibility and the income.  I'm 66 and unemployable.  People look at my resume and say we're not looking for a CEO.  I Uber to make some money and fill my time.  I have over 40 years of experience in the hospitality industry.  I was one of the first men hired as a flight attendant for Eastern Airlines.  I then became a flight attendant supervisor with Eastern Airlines.  I then opened up a real estate office as a real estate broker.  And then for 13 years I managed a 500 acre golf course resort and development.  Then I worked in hotel sales and marketing.  All of this was in Puerto Rico.  Now I'm basically retired and I drive using the Uber App and teach water color courses on cruise ships.

9.      During my 40 years of experience in the hospitality industry, I've been an employee and an employer, and I've also been an independent contractor.  I know the difference between these things.

10.      With Uber, I'm an independent contractor.  And I wouldn't have it any other way.  I've had jobs where I wasn't the boss, and I'd look at the clock and say I've got six hours more to go, and it would drive me crazy.  Not when I Uber.  I drive when I want, where I want.  I take breaks during the day to take art classes.  I take breaks during the day to visit friends and family.  It's total independence.

11.      If it looks like a duck, sounds like a kangaroo, and walks like a bear, it's not a duck.  Uber is not my employer.  I can make a stronger argument that Uber is my employee than that I'm their employee.  Uber books my business for me.  Uber collects my money.  Uber sends me statements about how much money I've made.  Uber deposits money in my account.  If anything, Uber is my employee.

12.      Also, having been an employee and an independent contractor in the past, I'm definitely an independent contractor with Uber.  I don't have a supervisor, I don't have a manager,

CLASS MEMBER DECLARATIONS 1049

1   and I don't even have a telephone number for Uber.  So there's no direct or indirect supervision from

2   Uber.  There is a performance evaluation that's done, but it's not done by Uber, it's done by my

3   customers.  And Uber only gets involved if they see there's a major problem, in which case I can get

4   deactivated.  Just like if my accountant isn't doing a good job, I can change accountants.  If my

5   lawyer isn't doing a good job, I can change lawyers.  If my doctor doesn't do a good job, I can

6   change doctors.  That doesn't mean they're my employee.

7        13.    I've also never heard of a company that allows someone who is an employee to work

8   for competitors.  Can you imagine Macy's allowing a salesperson to punch out and go to

9   Bloomingdale's and work for them for an hour and come back?  I know lots of people who use the

10  Uber App and Uber's competitors' apps at the same time.  I don't, but most people do.  Most people

11  use two or three other platforms.  If that doesn't make someone an independent contractor, I don't

12  know what would.

13       14.    I get a 1099 from Uber.  I'm an independent contractor.  I recall reading and agreeing

14  to the Licensing Agreement.  It says I'm an independent contractor.

15       15.    Uber did give me suggestions regarding how to interact with riders.  Uber gave basic

16  instructions regarding how to do things, such as provide water and things like that.  I go far beyond

17  that.  I'm an airline guy, and airline seat back pockets are packed with tourist magazines and guides.

18  So I stock tourist maps and guides in my car.  I also provide candy and water.  I'm Lebanese, and I

19  believe in the saying that my home is your home.  I try to make people comfortable.  I've got so

20  many foreign students customers.  When a Chinese tourist gets in my car, I play Chinese music.

21  When I get an Indian tourist gets in my car, I play the top Bollywood songs.  I have Brazilian music,

22  in Portuguese, for people from Brazil.  People love it.  Just yesterday I picked up a Palestinian lady in

23  Costa Mesa, and I played Arabic music during the 20 minute ride, and she just loved it.

24       16.    I have given this testimony completely voluntarily and without any coercion

25  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

26  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

28

---

3

DECLARATION OF  JON THOMAS SHEHAB

1   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

2   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

3   have to provide any written statement.  I also was specifically told that I could participate in the

4   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

5   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

6       I declare under penalty of perjury under the laws of the United States of America and the

7   State of California that the foregoing is true and correct.

8

9       Executed at Los Angeles, California this 28th day of May, 2015.

10

11   _____
                              Jon Thomas Shehab

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF JON THOMAS SHEHAB

1          **DECLARATION OF SAMEH SHEHATA**

2          I, Sameh Shehata, do hereby swear, affirm and attest as follows:

3          1.          I am over the age of 18 and am not a party to the above-captioned matter. Except

4    where otherwise indicated, all of the information contained herein is based on my personal

5    knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.          I am age 49 and live in Van Nuys, CA. I have lived in Van Nuys for almost two years.

7    I've been an UberBlack and UberSUV driver since October 2014. I am a subcontractor with Uber.

8          3.          The direct partner with Uber is Gamal Gatas, manager for MGM Express, LLC. I

9    work for MGM Express as a driver as an independent contractor. Uber takes 25% for UberBlack and

10   UberSUV takes 28%. I lease the cars I drive as an Uber driver from MGM Express. I only take Uber

11   passengers, and they make up 100% of my fares. I drive a 2013 Chevrolet Suburban when I'm using

12   the Uber App, and I will drive the same for both UberBlack and UberSUV, depending on the trip

13   requested. MGM Express, LLC owns the vehicle, and I am not allowed to use the vehicle for

14   personal use. I get to drive the car and use the App whenever I like. I lease the car on a weekly basis

15   from MGM Express, LLC.

16         4.          Normally I use the App six days a week, sometimes for as long as 17 hours a day, but

17   usually for a minimum of 10 hours. I will start in the mornings and will drive longer if it is busy. It all

18   depends on how busy the day is. Uber has never required me to remain in a territory. I will often get

19   texts and emails from Uber telling me which areas will be busy, but I am never required to drive to or

20   within a certain area.

21         5.          One time, about three months ago, a group of French passengers wanted to go from

22   Hollywood to Torrance. The trip was around 2am. When I arrived, the passengers realized they had

23   put in an incorrect destination and requested another location. Once I drove them to their final

24   destination, they complained that the total fare was too high. I told them I would request Uber to

25   refund them part of the fare, which Uber did.

26         6.          On two other occasions, my GPS system in the App would malfunction. The signal

27   would be lost, so I would be unable to close the App. Because that would cause inaccurate trip

28

---
1
DECLARATION OF SAMEH SHEHATA

CLASS MEMBER DECLARATIONS 1052

1    distances, I would close the App, drive the passenger toward their destination for free while the signal

2    was lost, and then start a new trip once I had a signal again (for example, because I am not longer

3    outside of the Hollywood Hills).

4        7.    Uber sends me a weekly report listing all the trips I have taken and generally how

5    busy I have been. Nothing in any of those emails has ever suggested that my account might be

6    suspended for not following any of their suggestions.

7        8.    The flexibility that the App offers is extremely valuable. Things that are too rigid

8    become broken. But if it is flexible, then it will be strong. That is what Uber offers. Uber has given

9    me flexibility in dealing with customer concerns.

10       9.    When I started using the App, I attended an in-person session and watched videos

11   online. During those, Uber gave lots of suggestions for good customer service. I follow all of those

12   because they are all good ideas, not because Uber told me to do so. How successful you are depends

13   80% on customer service, and what they told me in the classes and videos are all very useful. I would

14   say 95% of my customer service techniques I learned from Uber. During those sessions, Uber said

15   not to accept tips, but they never said anything about what would happen if I did accept tips.

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF SAMEH SHEHATA

CLASS MEMBER DECLARATIONS 1053

10.     When I drive, when I stop for a rest or a meal completely depends on how busy everything is that day. Sometimes, for instance, I will drive a long time without any meals or breaks when it is busy. One Sunday I drove for 17 hours without stopping. I decide when I stop for a break or a meal. Uber has never told me I needed to drive for any amount of time before taking a meal.

11.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27th day of May, 2015.

_____
SAMEH SHEHATA

---

3
DECLARATION OF SAMEH SHEHATA

CLASS MEMBER DECLARATIONS 1054

## DECLARATION OF S. ABRAHAM ("KINDRED") SHEPPARD

I, S. Abraham ("Kindred") Sheppard, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 48 years old.  I live in Vallejo, California.  I've lived there for 2.5 years about.

3.      I don't have specialized driving license but will in about a month and a half.  Then I'm starting my own transportation company with a friend and buying two Teslas and moving to UberBlack.

4.      I've contracted with Uber since June 13, 2014 as an UberX driver.   I could use other apps like Lyft and Sidecar but I don't know why I would want to – Uber is the best.  I'm a full time UberX driver.  I also run an internet radio station, but I don't consider that to be for profit.

5.      A friend was a former Lyft driver and came to Uber in January 2014. I ran into him in February and he told me what he did and how much he made – I didn't believe him at first.  It took me about a month to decide to apply – the background check took a bit.  I also submitted my drivers' license, registration, proof of a vehicle inspection, and proof of insurance.  I started with a 2013 Hyundai Elantra and in July purchased a 2014 Toyota Prius.  I decided to get the Prius to save on gas, and from an entrepreneurial perspective I decided to buy the car based on reducing my overhead, as opposed to purchasing a car based on personal preference.  I think the people suing just don't have an entrepreneurial spirit.

6.      I am a direct partner with Uber.

7.      My Prius has leather seats, it's a Prius Five and has everything that comes with that. It has a satellite radio.

8.      I use my own iPhone for Uber leads.  I used to use a iPhone from Uber but they charged $10.00 to use it per week and that just didn't make sense financially to me so I got my own. I also have a separate Android phone that I use for personal stuff.

9.      I have two Uber placards that I display in the front windshield, as well as the side corner window in the front so that I can be identified from the front or side as an Uber vehicle.

CLASS MEMBER DECLARATIONS 1055

10.     I have business cards that I give out to my passengers to help generate leads.   That was my idea and I had them made.   We're independent contractors – we don't work for Uber, we work for ourselves.   Other drivers are competition, not coworkers.  So giving customers something that promotes Uber in general does me no good.  The back has a QR code that promotes Uber, and the front promotes me.   I found a way to schedule pickups that works within Uber's rules – this was my idea.   I schedule the pickup with the person and then we get connected through the app before driving.   I decide who to give my business card to based on what I learn from the person – for example, if they mention that they go to the airport a lot.   I like to give people the chance to use me as a driver if they want.

11.     I choose to work in certain neighborhoods that have more requests. There are also certain times of day that I think have more requests – like mornings have people going to the airport, to BART, to work, etc.  People from the Financial District going from work to meetings are also good.   You just have to learn the pulse and ebbs and flows of San Francisco culture.   I go to neighborhoods with high numbers of Uber users.   I choose to keep my Uber app on 95% of the time that I'm driving.   I'll turn it off, for example, when I'm coming back from the airport to the city or when I want to stop for a restroom break or food.   I know some drivers turn off the app to avoid going to certain areas of the bay area (like after dropping off at the airport turn it off so you don't end up going down south) but that's not my strategy.   I think driving all around the bay area can result in a really good day of rides.   Uber never assigns us a territory.   Surge pricing does not affect my decision to sign on or where to go usually.   On occasion, I'll use the surge to determine where not to go because I know that other drivers will all head towards the surge.

12.     I receive notifications of promotions, but that doesn't affect my decision to sign on to the app.   I know a lot of other people will be driving so that's not a good incentive to me.   I also choose not to drive Bay to Breakers (usually) because even though you can make good money ostensibly from the number of people there are also a lot more drivers.

13.     I'm free to accept or decline leads I get through the app.  Uber has never threatened to suspend my account due to lead rejection.   My intent and effort is to accept all trips offered through the app.

CLASS MEMBER DECLARATIONS 1056

14.     If for some reason there's a need to discount a fare – say the route I took ended up not being the most efficient route – I'll offer to the rider me sending a request to Uber to adjust the fare. That's something I'd prefer to handle as a contractor rather than my customer being unhappy.  Uber is usually open to making that adjustment.   I discovered that Uber won't zero-out fares, something has to be charged, so now I just ask what the passenger thinks would be fair and I email Uber and let them know.

15.     Onboarding was simple and they provided their general expectations for their contractors.  They told us about things that might lead to us not having access to the app, like unsafe driving, DUIs, etc.  The onboarding process was generally suggestive – by which I mean they provided strategic ideas that we could choose to implement or not.  Like they suggested providing water, but that's not something I've ever done.   They give you information and you filter through that information to see what will work for you and disregard the rest.   I've never been contacted by Uber for failing to follow their suggestions.

16.     One of the ways that I exercise my entrepreneurial spirit is by helping people I refer with any questions regarding the application process.  I get a referral fee for bringing people in so I see the time I spend on this as a good return on investment for me.  This is my choice.

17.     Star ratings for drivers are determined by passengers, Uber doesn't have any control over the ratings I get.  I have a 4.96 rating currently – 4.92 lifetime, both of which are high.  I don't do water, gum, candy, any of that.  I play '80s music, which I know a broad range of people like.  No one told me to do that, I chose that music because I thought that the widest segment of people would like it. A driver can definitely have the minimum required star rating without Uber's suggestions.

18.     I communicate with Uber frequently, by my own choice.  You can email for support concerns or other issues, but I choose to come into the office because I like building relationships.  That's just the kind of guy I am – no one makes me come in to the office.  I like them to know me and know my character, but that's definitely not a requirement.   Uber almost never contacts me directly.  I get a summary email Monday, a payout email on Tuesday, a payment is on its way notification on Wednesday, and then a notification on Thursday of direct deposit.  Then I receive a few promotion emails too (but like I said, I don't pay much attention to those).

CLASS MEMBER DECLARATIONS 1057

19.     As part of contracting with Uber, I incur expenses for gas, wear and tear on my car/maintenance, bridge tolls, lunch for myself, cell phones (plural), insurance, internet at home and laptop.   Uber doesn't tell me what kind of insurance to buy, where to get gas, where to do maintenance or anything like that.  I pay for all of these expenses and keep a record of them using an app that I chose (not one suggested by or provided by Uber).

20.     Uber has never told me anything about tips. I have received cash tips – about two a day.  My understanding is that tips are not part of the fare, and that's always been my understanding. My Licensing Agreement with Uber doesn't prevent me from accepting tips.  Uber is totally mum about tips.  Uber has never suspended or threatened to suspend my account for accepting tips.

21.     I was presented with a Software License and Online Services Agreement when I started using the app. I reviewed it digitally.  I had the opportunity to read the Licensing Agreement and understand its terms.  I understood that the proceeds generated through the app would be split 80/20 between Uber and I.  I absolutely intended to be an independent contractor, not an employee, when I reviewed and agreed to the Licensing Agreement.   I am an independent contractor and want to be an independent contractor because I am in full control over my revenue  stream – I can choose to drive or not drive.  I can drive when I want, and use my entrepreneurial spirit to maximize my profits.  I make exponentially more working for myself.

22.     I receive a 1099 form from Uber.  I've never received a W-2 from Uber.  I have not yet filed my taxes, but when I do I will report my Uber income to the IRS when I file taxes.  When I file my taxes I will be reporting that I am self-employed.  I will be reporting my business expenses to the IRS and taking deductions for them.

23.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the

CLASS MEMBER DECLARATIONS 1058

1   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

2   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

3          I declare under penalty of perjury under the laws of the United States of America and the

4   State of California that the foregoing is true and correct.

5          Executed at San Francisco, California this 18th day of May, 2015.

7                                          S) Abraham "Kindred" Sheppard

---

5
DECLARATION OF KINDRED SHEPPARD





**DECLARATION OF JEROME SHROPSHIRE, JR.**

I, JERMOME SHROPSHIRE, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I have been Uber X driver since July 2014 and XXL driver since September 2014. I own and drive a 2015 Chevrolet Traverse as a Uber driver, which can accommodate up to 7 passengers.

3. I really like being a Uber driver because it allows me to work when I want to. It allows me to engage in other activities during the day and week. I am an ordained Minister and go to church on Wednesday from 12-1 p.m. and on Sunday mornings. I am also an avid bowler; I regularly bowl 3 times a week and attend the national bowling tournament every year. I understand that I can work as an Uber driver whenever I want to., and that I can choose not to work on any day or week if I don't want to, which is perfect for me and exactly what I want to do.

4. Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

5. One of the great things about the Uber app is that I can decide when and where I want to work. I don't have an assigned territory. I don't pay much attention to "surge" pricing because in my experience the competition equalizes and it does not necessary ensure I will make any money.

6. I don't log into the Uber app when I am engaged in other activities, or if I stop for lunch or a break.

7. I average $910 per week in income from being an Uber driver, which represents 99% of my income. I also receive a Navy retirement pension. I also work occasionally as a handyman.

8. Uber has not prohibited me from using other apps to find fares. I only use the Uber app; however as a matter of personal preference. It's entirely up to me and it is easier for me just to use Uber app. I have a dedicated phone just for the Uber app, and a personal phone that I don't use for Uber business.

9. I have worked at taxi driver in the past and know the passenger service business. As a

1
DECLARATION OF JEROME SHROPSHIRE, JR.

CLASS MEMBER DECLARATIONS 1062

1  result, I did not need any instruction on being a Uber driver in terms of dealing with passengers.

2      10.    Besides the high volume of potential fares, my favorite thing about Uber is the

3  flexibility. I log on and off of the app anytime and anywhere I want.  That flexibility is very valuable

4  to me because it allows me to work when I want and to engage in other activities that are important

5  to me.

6      11.    Uber does not control or have any right to control which trips I decide to accept. It is

7  entirely up to me.

8      12.    Passengers I book using the Uber app can rate my services from one to five stars.

9  Uber makes suggestions on how to increase my "star rating" from passengers, but I do not need to

10 follow these suggestions; I make my own decisions on how to provide customer service to my

11 passengers.  Good customer service is a skill, and I feel it comes naturally to me. My current rating

12 is 4.8, and it has always been at least 4.6

13     13.    Uber does not require me to wear any specific type of clothing when I'm providing

14 transportation services.

15     14.    I operate as a self-employed individual and do not want to be an employee of Uber.  I

16 like the freedom of being an independent, self-employer person.

17     15.    I only have to pay for normal car maintenance and gasoline.

18     16.    I received a 1099 from Uber for 2014 and claimed the general mileage expense on my

19 tax return.

20     17.    Uber does not require and discourages tipping by passengers.  I have received cash

21 tips and do not report them; they are very minimal and only 5-10 % of passengers tip at all.

22     18.    The fare is all inclusive and does not include any tip.

23     19.    I always take a meal break when working as an Uber driver. On average it is 45

24 minutes and I log off from the Uber app when I am taking a meal break.  I also stop at 7-11 twice a

25 day to get coffee or a snack, during which I also log off for 15 minutes or so each time. Because I am

26 diabetic I have to eat regularly.  I sometimes take cat nap if I am not busy or am tired.

27     20.    I have given this testimony completely voluntarily and without any coercion

28 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

2
DECLARATION OF JEROME SHROPSHIRE, JR.

1    that the attorney who discussed this testimony with me is one of Uber's attorneys and that he does

2    not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4    to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5    not have to provide any written statement.  I also was specifically told that I could participate in the

6    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8          I declare under penalty of perjury under the laws of the United States of America and the

9    State of California that the foregoing is true and correct.

10         Executed at San Diego, California this 28th day of May, 2015.

11

12    JEROME SHROPSHIRE, JR.

3

DECLARATION OF JEROME SHROPSHIRE, JR.

CLASS MEMBER DECLARATIONS 1064

1

**DECLARATION OF EURIPEDES SILVA**

2
  I, Euripedes Silva, do hereby swear, affirm and attest as follows:

3
  1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except

4  where otherwise indicated, all of the information contained herein is based on my personal

5  knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6
  2.     I currently work for myself doing advertising and marketing consulting.  I build

7  websites, make videos and prints, and basically any kind of material a company needs to advertise

8  and market their products.  I have been in the marketing and advertising industry for more than 20

9  years.

10
  3.     Around January of 2014, I heard about Uber, Lyft, and Sidecar from friends who

11  were driving using those apps.  I thought it sounded very convenient to be able to work on and off.  I

12  first signed up for Lyft because I heard it was more relaxed and that Uber was very business

13  oriented.  My friend advised that I try Lyft first to get a better sense of the city, and then sign up for

14  the other two apps, so that is what I did.  After driving on the Lyft app for about 3 weeks, I then

15  decided to sign up for Uber and Sidecar.  I currently use both the Lyft and Uber app, but stopped

16  using the Sidecar app in August of 2014.  I didn't find Sidecar's software interesting, and didn't find

17  it necessary to use all 3 apps.

18
  4.     I signed up for Uber and filled out a bunch of forms online.  I got access to a website

19  where I uploaded documents, such as proof of insurance, registration information about my car (a

20  2014 Toyota Corolla that I finance), driver's license, and photos of the car.  I did everything online.

21  I never had to do any training, and I never had to take any test.  I received by mail an iPhone from

22  Uber preloaded with the Uber app.  When an Uber app for the Android was released, I believe it was

23  in October of 2014, then I returned the iPhone to Uber and downloaded the app to my phone.

24
  5.     The time I spend consulting on marketing and advertising is about 10% of my time

25  and about 10% of income.  The rest of my income is from using Uber and Lyft.  When I first started,

26  it was pretty equal how much I used each app.  Over time, I've started to use Uber more.  Uber is

27  much busier—there are more customers on Uber, and as a result, I make more money using the Uber

28  app.  Currently, when I am driving, I use Uber about 80% of the time and Lyft about 20% of the

CLASS MEMBER DECLARATIONS 1065

1   time. It's totally up to me which app to use to book passengers.

2       6.      I have two phones, so I often log into both apps at the same time to maximize

3   potential clients per hour. Uber is usually busier. At first, I used to do all 3 apps at the same time,

4   but it got to be too much. Once I accept a ride from one app, then I log out of the other app.

5       7.      On Uber, I can reject as many trip requests as I want and it doesn't reflect on my

6   rating. My rating is provided by customers, not by Uber. The app shows me my current rating, so I

7   look at it sometimes to see how it is.

8       8.      Uber doesn't require that I provide any sort of amenities to passengers.I don't provide

9   any gum or candy or anything like that. My mission is to drive, not to feed passengers. I do a good

10  job driving, and that's what I focus on. In my experience, passengers expect me to be a motorist,

11  and they are happy when you do a good job at that.

12      9.      Passengers love a clean car, so that is important to me. So I wash my car every day,

13  it's only $2. I wax my car once a week. Uber does not require me to wash my car that often; I wash

14  it that frequently because it's my preference.

15      10.     I've never had to go to the Uber office because I was "required" to by Uber. I've

16  come because of some sort of technical issue or because I needed to take care of something that

17  wasn't easy to take care of online. It's not an inconvenience for me to go to Uber's office.

18      11.     I typically drive 10 hours a day, 6 days a week (normally not on Sundays, but if there

19  is a special occasion on a Sunday, then I switch my off day). I try to stick to a schedule of 5 hours in

20  the morning, 5 hours in the evening—that's my goal. I try to do 5 a.m. to 10 a.m., but sometimes I

21  start later. By 7 a.m. though, I am out of the house. In the evening, I drive 5 p.m. to 10 p.m. Uber

22  does not require that I work a set number of hours, it's entirely up to me and it's my preference. I

23  choose to work these hours because it's "rush hour," so there's usually more trip requests during

24  these hours. I don't like working late hours because I don't like driving when people have been

25  drinking. I have had a couple times when passengers have vomited in my car and I've had to clean it

26  up. When that's happened, Uber has always reimbursed me for the cleanup costs.

27      12.     Whenever I feel like it, I take a break, get a cup of coffee or whatever. If it's slow

28  and there aren't many trip requests, then I just consider that a break.

2
DECLARATION OF EURIPEDES SILVA

13.    I drive in San Francisco because that's where I live.  Uber doesn't require that I work in any particular neighborhood or put any other geographic limitations on where I drive.

14.    I've never had my Uber account suspended for failing to log in a specified number of hours or failing to accept a specified number of trip requests.  In February of this year, I went to Brasil (where I'm from) for 15 days and did not use the Uber app while I was there.  There were no repercussions or any sort of consequences for not using the app during that time.

15.    Just about every week I receive an email from Uber.  They send emails about busy times to drive, and I find it very helpful to review these emails; they're good reminders about big events where there could be "surge" pricing (and as a consequence, I could make more money).  I can't recall any instance where Uber sent an email about how to increase my "star rating."

16.    Uber doesn't require that I wear any kind of specific clothing when I'm driving.  Just as a matter of who I am, I want to be well groomed and professional.  In my experience, that's an expectation from customers, not from Uber.  I may not give people water, but I give them a lot of comfort by having a clean, nice smelling car.

17.    I like driving not only because of the money, but also because I feel like I'm helping passengers who talk with me, sometimes about their problems, and I get to meet new people.  I am happy providing them with assistance with their problems when they just need someone to talk to.

18.    I also love the Uber and Lyft apps because they're so simple to use.  With just one click, I can accept a passenger and be making money—it's just easy.  It's as if on every corner of the city there is a pile of money waiting to be picked up, and it's my job to go and pick it up.

19.    The flexibility that these apps provide is also very important to me.  I don't like to be tied down to a fixed hour job.  Even though I try to keep to a schedule for myself, I designed those hours—not someone else—and that's very important to me.  Uber has no say on my schedule.

20.    In November of 2014, I opened up an LLC company and all the money I make using Uber and Lyft goes into that account.  I also opened up a credit card for all the expenses related to the driving I do.  This makes it easier to organize my expenses and to submit them to my accountant for tax purposes.  I submit my taxes as self-employed, and I plan on continuing that practice.  (I have a separate LLC set up for my marketing consulting company.)

3

DECLARATION OF EURIPEDES SILVA

CLASS MEMBER DECLARATIONS 1067

21.   It's my understanding that with Uber there is no tip necessary.  I know that Lyft has a tip option, but even with that option, I still make more money using Uber.  It's hard to say, but I get offered a tip about once a day.  It's not usually much, just $2 or $3 cash, but on occasion, I have received more, like $10 or $20.  When a passenger offers, I say that it's not necessary, but if they insist (and many often do), then I accept it and say thank you.  I've never required a tip or requested a tip.

22.   I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18 day of May, 2015.

Euripedes Silva

---
4
DECLARATION OF EURIPEDES SILVA

**<u>DECLARATION OF RAMON SILVA</u>**

I, RAMON SILVA, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I consider myself to be self-employed. I operate my own transportation services business as a driver through various lead-generation services, including Uber (on the uberX platform), Lyft, and Sidecar. Through Uber, I only utilize the UberX platform, which I started using in December 2013.

3.      Uber, Lyft, and Sidecar all offer apps that an independent driver like me can use to book passengers.  I can turn them on whenever I want and connect with people on the "network" looking for rides.  Even though these businesses are competitors, I can use any of them to book passengers, and I can use each of them as much or as little as I want.  Of the three ride-share applications I use, ninety percent of my rides are through Uber, while 10% are through Lyft and Sidecar.   Uber does not restrict me from using simultaneous ride-sharing applications, like Lyft and Sidecar.

4.      I own a 2010 Toyota Prius for transportation of passengers, which I independently maintained financing for, and for which I make monthly payments.

5.      I generally work from 9 a.m. – 4 p.m. Monday through Friday. Uber does not require me to work certain hours. If I feel like it, I may work on the weekends, but I prefer not to. I love Uber's business model and the flexibility that the Uber application provides.

6.      Uber does not assign me to any specific territory. I typically start my day in downtown LA and then just go wherever the rides take me.

7.      If I get multiple requests from Lyft, Sidecar, and Uber, I decide which request to accept based upon which location is the closest. I am free to accept or decline leads generated through the Uber application. Uber has never suspended or threatened to suspend my account because I do not have enough leads.

8.      I have never negotiated for a fare, nor have I charged less than the maximum fare

1
DECLARATION OF RAMON SILVA

CLASS MEMBER DECLARATIONS 1069

1    because I am not aware of whether I can.

2        9.    On rare occasions, I have requested fare adjustments. This has happened because I

3    have accidentally taken the wrong route, or where the passenger has disputed the route that I took.

4    This has happened about 6 times since I started using the Uber application in December 2013.

5        10.    When I was onboarded to Uber, there were some videos that were provided, but I

6    cannot recall whether I was required to watch these onboarding videos. During the onboarding

7    process, I obtained a free car check from Uber, because they offered it for free, and because I was in

8    the area that the check was being offered.

9        11.    Uber has not provided me with suggestions on how to interact with passengers. I do

10   not pay attention to most of the communication that Uber provides. I am happy so long as I am paid

11   on time on Thursdays. Uber has never communicated with me directly.

12       12.    Uber does provide its drivers with business forecasts but I have never felt obligated to

13   follow these. These forecasts are solely for me and my use to perfect my customer service that I have

14   independently developed during my time as a driver.

15       13.    In running my transportation business, I incur car maintenance and gas expenses. I

16   keep a record of all of my business expenses using a free application called, Sherpaware. It itemizes

17   the expenses and mileage from the ride sharing applications (Uber, Lyft, and Sidecar) that I use for

18   my business.

19       14.    No one has ever communicated to me about tipping and I rarely receive tips from

20   passengers.

21       15.    I have read and I understand the terms of the licensing agreement. I intend to be an

22   independent contractor. I utilize the Uber application as something to obtain leads for my

23   transportation service business.

24       16.    Throughout my work using the Uber application, I take many breaks throughout the

25   day. I have never been interrupted by Uber when I am taking a break.

26       17.    I work about 30-50 hours per week. My schedule just depends on how I feel. I set

27   weekly quotas for myself to make sure that I will make enough money from my transportation

28   business to pay my bills.

2
DECLARATION OF RAMON SILVA

1    18.    I have given this testimony completely voluntarily and without any coercion

2  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

3  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

4  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

5  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

6  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

7  not have to provide any written statement.  I also was specifically told that I could participate in the

8  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

9  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

10    I declare under penalty of perjury under the laws of the United States of America and the

11  State of California that the foregoing is true and correct.

12    Executed at Los Angeles, California this 26 day of May, 2015.

13

14    _____
                                RAMON SILVA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
3
DECLARATION OF RAMON SILVA

## DECLARATION OF BEDROS SIMONIAN

I, Bedros Simonian, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 56 year old male.  I currently live in Montrose, Los Angeles County, California. I've lived here for about 40 years.

3.      I am an UberX driver.  I have been using the app for 8 months.

4.      I am a self-employed electrician.  When I'm not busy with my electrician work, I drive with Uber.  I drive about 5 or 6 days a week.  I sometimes drive 5 hours a day, sometimes 8 hours a day, sometimes 10 hours a day, depending on how busy I am that day.  I don't have a set schedule, but I usually drive at night, between 7 p.m. and 10 a.m., because there is less traffic and congestion during those hours.

5.      I don't have a set geographic area.  I usually start driving in the Pasadena area, where I live, and then go wherever the riders take me—it doesn't matter where.  I do try to go where it's busy, where there is surge pricing.  I go there.  I often go to West Hollywood when it's busier there, but generally I go where the riders take me.

6.      I also use the Lyft app.  I sometimes would open the Lyft app while I'm using the Uber app, so that I can receive requests from either app.  When I receive a request from one app, I turn off the other app.  Lyft fares are higher than Uber's.  Uber charges 90 cents for a mile, while Lyft charges $1.10 per mile.  Naturally, if a higher-fare request comes in, I take it.  Uber does not prevent me from using Lyft or other similar apps.

7.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

---

CLASS MEMBER DECLARATIONS 1072

1   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

2   have to provide any written statement.  I also was specifically told that I could participate in the

3   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

4   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5          I declare under penalty of perjury under the laws of the United States of America and the

6   State of California that the foregoing is true and correct.

7

8          Executed at Los Angeles, California this 26th day of May, 2015.

9

10                                                     Bedros Simonian

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF BEDROS SIMONIAN

1          **DECLARATION OF GURINDER SINGH SRA**

2          I, Gurinder Singh Sra, do hereby swear, affirm and attest as follows:

3          1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except
4 where otherwise indicated, all of the information contained herein is based on my personal
5 knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6          2.      I am 50, and I live in Winnetka, Los Angeles.  I have lived there for 10-12 years.  I
7 have been an UberX driver since August or September of 2014.  I am a full-time Uber driver.  I work
8 as a direct partner of Uber with my own vehicle, a 2012 Prius.

9          3.      Sometimes I use Lyft to generate business, but approximately 90% of my business
10 comes through Uber.  I do not think it would affect my business if I could only use Uber.

11          4.      I work from 7-11 in the morning and from 5-11 in the evening.  I chose this schedule
12 on my own, to accommodate my children's school schedule.  I drive throughout Los Angeles and do
13 not have a specific territory determined by Uber.

14          5.      I accept rides based on how busy I am.  If business is slow, I accept whatever rides
15 come my way.  I prefer to accept rides when there are surges, but that is not always up to me.  I use
16 Lyft when business is slower as well, but I find that Uber is generally busier, so I prefer to use it.

17          6.      At one point after my first month of driving, my rating fell below 4.7.  My account
18 was deactivated, and I was asked to attend one of the classes to learn how to improve my rating.  I
19 was given suggestions, such as ways to improve my navigation skills and communication with
20 passengers.  After I answered 90% of the questions asked correctly, my account was reactivated.  My
21 account was deactivated for a total of one week.  My class has not been deactivated since then.

22          7.      I regularly receive emails and messages from Uber.  I read them because they include
23 suggestions for when business is better, so I can go out and make more money.  I am not required to
24 follow the suggestions, but I often do because I can make more money that way.

25          8.      I understand that tip is not necessary and not included in the fare.  Sometimes, but not
26 very often, a customer will insist on giving a tip.  I report any tips I receive as part of my income in
27 my tax return, where I indicate that I am self-employed.  I deduct my expenses, such as gas and

28

CLASS MEMBER DECLARATIONS 1074

1   maintenance of my vehicle.

2         9.     I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

6   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

7   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

8   have to provide any written statement. I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

10   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11        I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.

14        Executed at Los Angeles, California this 26th day of May, 2015.

15

16                                Gurinder Singh Sra

---

2

DECLARATION OF GURINDER SINGH SRA

1

**DECLARATION OF CONRAD SITUMEANG**

2

I, Conrad Situmeang, do hereby swear, affirm and attest as follows:

3

    1.    I am over the age of 18 and am not a party to the above-captioned matter.  Except

4

where otherwise indicated, all of the information contained herein is based on my personal

5

knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6

    2.    I am 59 and currently live in Redlands in San Bernardino County. I have lived in

7

Redlands for six years. I have a commercial driving license, Class A. I am an UberX and UberPlus

8

driver. I have been an Uber driver for about two months.

9

    3.    I am a full-time truck driver for Quality Driver Solutions. Quality Driver Solutions

10

does not prohibit me from being an Uber driver. I am a Direct Partner with Uber. I currently drive

11

one car with the Uber App, a 2013 Lexus. I would like to also drive with a Toyota Prius using the

12

App. I own the Lexus that I use with the Uber App.

13

    4.    For right now I drive with the Uber App on Tuesdays, Thursdays, Saturdays, and

14

Sundays. I use the App on those days because Monday never seems to be busy and I go to church on

15

Wednesdays. When I use the App depends on my full-time work schedule. Most of the time I will

16

start using the App at 3:00pm. On Saturday night I will typically use the App starting at 8:00pm until

17

2:00am. Uber has never asked me to stay within a certain territory, but my area is not very good for

18

Uber, so I will usually look in other areas for more money. Many times I will drive fifty miles west to

19

look for more passengers. Whether or not there is surge pricing doesn't affect when or how I use the

20

App.

21

    5.    Uber will send me emails about promotions. For example, Uber will sometimes send

22

me emails for promotions about buying cars through Uber. They will also send me emails about

23

crowded areas with lots of passengers, but that doesn't affect how I use the App because I am usually

24

too far away.

25

    6.    In addition to Uber, I use Lyft. I sometimes use Uber and Lyft at the same time. When

26

I am using both at the same time, I always pick up whoever puts in a call for pickup first. I don't

27

particularly like having to use both at the same time, but because my area does not have many

28

---

1

DECLARATION OF CONRAD SITUMEANG

1    customers, I feel like I have to use both. When I use both apps, I pick up Uber leads about 75% of the

2    time. Uber never restricts me from using Lyft at the same time.

3        7.      Uber has never asked me to log onto the App for a minimum amount of time. Uber has

4    never suspended or threatened to suspend my account for not spending enough time logged onto the

5    App. Uber has never tried to set my work schedule. Uber has never tried to restrict me from taking on

6    another job.

7        8.      I really value the flexibility that the Uber App offers. That was the main reason why I

8    signed up for the App.

9        9.      When I signed up for Uber, another Uber driver taught me how the App works. Uber

10    never asked me to watch videos. To my knowledge, Uber never asked me to attend any in-person

11    session either. Uber has given me in-person suggestions when I visited the office in the past. For

12    example, they would suggest that I have water and gum for the customers and open the door for

13    them. They also advised me to not talk to the customer unless the customer asked me a question. I see

14    these suggestions more like tips than requirements. I follow the suggestions because I'm new to the

15    App so I'm open to ideas. Uber has never threatened to suspend my account for not following their

16    suggestions.

17        10.     My rating right now is 4.8. I will do a lot of things to maintain that rating. A lot of the

18    time I will limit the conversation with the passengers, not because I am rude or mean, but because I

19    want to protect my rating. Uber has never said anything about what would happen if my rating was

20    too low. I accept all of the rides I get through the App because my rating will go down if I cancel too

21    much.

22        11.     Uber has never communicated anything to me regarding tips. Passengers sometimes

23    will say they will give me tips through the App, but I have never seen them. I will receive cash tips

24    from passengers from time to time. I will receive tips roughly one out of every five trips. Some tips

25    have been $1 or $2, and some have been as large as $20. Uber has never threatened to suspend my

26    account for accepting tips.

27        12.     Uber has a lot of problems, like sometimes I will have bad directions or have

28

CLASS MEMBER DECLARATIONS 1077

1    inaccurate directions. Then the customer will blame me and drive my rating down. Sometimes they

2    will send me to drive up to half an hour to go pick up a passenger. However, overall, the best thing

3    about Uber is the flexibility it offers my schedule.

4         13.    I have given this testimony completely voluntarily and without any coercion

5    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

6    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

7    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

8    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

9    provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

10   have to provide any written statement.  I also was specifically told that I could participate in the

11   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

12   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

13        I declare under penalty of perjury under the laws of the United States of America and the

14   State of California that the foregoing is true and correct.

15

16   Executed at Los Angeles, California this 26th day of May, 2015

17                                                    _____

18                                                    CONRAD SITUMEANG

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF CONRAD SITUMEANG

**DECLARATION OF DESIRAE SMIDT**

I, Desirae Smidt, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am age 52 and currently live in Escondido, CA. I have lived in Escondido for about sixteen years. I do not have a commercial or other specialized driving license. I have been an UberX driver since January 2015.

3.  I am a stay at home parent and a direct partner with Uber. I am also a part-time baby-sitter and a part-time nanny. I am a registered user with the following websites and use their platforms also: Care.com, TaskRabbit, Thumbtack, and SitterCity. I will take projects from each of those from time to time, but most of the leads come in through Uber and Care.com. I drive a 2011 Chevy HHR for UberX, and I am eligible to drive the vehicle—my husband is the owner.

4.  My use of UberX is varied. Some weeks I will use Uber for roughly 20 hours a week, but some weeks I will use Uber for as little as 5 hours a week. Since about Easter there have been more weeks on the low side. I try to change my strategy to get some airport riders when I can, so I'm working toward logging on at 4:30am or 5am more often. Once there, I will try to stay around downtown. I generally try to get first the airport riders, then people going to work, then people checking out of hotels, then the lunch crowd, then people checking into hotels, then people leaving work. I live near Cal State San Marcos, and in the early evening there will be students heading out. I generally try not to drive past 10pm, but I've driven until past 1am before.

5.  When I sign on and how long I drive for is totally random. Some days I'll log in, then something will happen, and then I'll log off to take care of other things. In the future I plan to use Uber more consistently and go more toward mornings.

6.  I wanted to drive with Uber over the Memorial Day weekend, but for a family get-together and also for other family reasons I needed to stay home the whole time. I know that if I were an employee with a different kind of company, or if I were an employee as opposed to an

1
DECLARATION OF DESIRAE SMIDT

CLASS MEMBER DECLARATIONS 1079

independent contractor, I would've had to ask for that time off. With Uber, however, I didn't have to tell them anything or ask for the time off. That's the flexibility that Uber provides, and I love it. I expect that I'll need to be flexible with my schedule in the future and so I love how Uber can help me plan around that.

7.   I accept almost all the rides generated through the App. I remember only declining one. Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

8.   In the beginning, I would sometimes forget to end the trip on the App after dropping off the rider. In those cases I would contact Uber and let them know about the situation, and they would adjust the fare for the rider. Once in a while I may also miss a turn or a highway exit. When that happens I will offer the rider to end the trip on the App a couple of blocks early.

9.   Uber never requires me to log into the App for any minimum amount of time. Uber has never suspended my account for not spending enough time logged onto the App. Uber never tries to set my work schedule or restrict me from engaging in another occupation or business.

10.   I don't consider myself as working for Uber. I consider myself as using Uber's platform, just as how I consider myself as using the platforms I use as a part-time baby-sitter and nanny.

11.   I watched videos when I started using the Uber App. Those videos contained their safety rules and also a few suggestions, but I don't see myself as being required to follow those suggestions. Some of the techniques I use come from Uber, but some are my own ideas as well. For instance, I keep a booster seat in the trunk of my car for my baby-sitting and nanny apps. One time a rider had a toddler and needed a booster seat. Because I had the seat in my car I was able to pull it out and help that rider. From that and others I know some now call me the "UberMom."

12.   Tipping was in the videos. Uber said that tipping is not required, that their view is that nobody should be required to have cash on them to get a ride. The video said that if customers insist on giving tips, then I've earned it. I have accepted cash tips from passengers. Maybe one out of every ten rides I'll get a cash tip.

2
DECLARATION OF DESIRAE SMIDT

1    13.    When I agreed to the terms of the Licensing Agreement, I intended to be an

2    independent contractor. I wish to continue being an independent contractor with Uber.

3    14.    The amount of time I will drive before I stop for a break or rest will change, especially

4    since because the times I use the App are so varied. I have a reasonable opportunity to take a 30

5    minute break each day I drive using the App. I typically won't stop very long for a rest or a meal,

6    maybe ten minutes at a time. I decide when I stop for a break or a meal. I typically shut off the App

7    during these times. I am free to go wherever I want during those breaks.

8    15.    I have given this testimony completely voluntarily and without any coercion

9    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

10   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

12   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

13   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

14   have to provide any written statement.  I also was specifically told that I could participate in the

15   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

16   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17       I declare under penalty of perjury under the laws of the United States of America and the

18   State of California that the foregoing is true and correct.

19

20       Executed at Los Angeles, California this 28th day of May, 2015.

21                                                    _____

22                                                            DESIRAE SMIDT

23

24

25

26

27

28

---

CLASS MEMBER DECLARATIONS 1081