### DECLARATION OF BRIAN VAIVIO

I, BRIAN VAIVIO, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I currently work as a full time business operation specialist at Ashford University. In order to make extra money during periods where overtime is not available at my primary job, I offer transportation services as a driver through various lead-generation services, including Uber and Lyft.

3.      I use a 2014 Mercedes C250, for transportation of passengers. This car is also my daily commuter. Because I drive a Mercedes, I can work on the UberX and UberPlus platforms simultaneously.

4.      I signed up to use the Uber app online. I submitted my driver's license information, proof of insurance, and pictures of my car.  In order to take advantage of the incentives Uber was offering, I also submitted proof  I was authorized to use the Lyft app to book passengers.  Within a few days, Uber informed me I was approved to use the Uber app.  I received my phone which was preloaded with the Uber app in the mail shortly thereafter. Once I received the phone, I launched the app, accepted the licensing agreement and was able to start using the app to book passengers.

5.      Uber has never required me to "report" to its office, or be in any particular location at any particular time or communicate with them about any subject.

6.      Even though Uber and Lyft are competitors, I can use either of them to book passengers, and I can use each of them as much or as little as I want. Uber has not and cannot prohibit me or limit me from using other apps to find fares. I generally prefer to book passengers through the Uber app because I can make more money due to the passenger demand, and I also tend to prefer Uber because I own a luxury car and therefore can use UberPlus, which also allows me to earn more money.  Nevertheless, I could use the Lyft app more often and the Uber app less if I wanted to.  It's entirely up to me.

7.      Currently, all of my fares are booked using the Uber app. I do not use the Lyft app at this point, but at when I first transitioned to Uber, I was still accepting Lyft-generated passengers for

CLASS MEMBER DECLARATIONS 1184

1    about a month.

2        8.    When I first began operating as ride share driver in July 2014, I used the Lyft app

3    exclusively. In September 2014 my friend let me know that Uber was running a promotion for ride

4    share drivers to try out Uber. The offer was that if I agreed to try the app to book passengers, I would

5    receive $500 upon booking my first 20 passengers within 30 days and Uber would waive the $300

6    security deposit for the Uber iPhone equipped with the app. There was no obligation to commit to

7    use the Uber app for any particular amount of time. There was also no requirement that I restrict in

8    any way the time logged on or amount of trips I completed using the Lyft app (or any other lead

9    generation app). The only obligation was to give the Uber app a try. This was an easy business

10    decision to make.

11        9.    Even though I am able to use as many apps as I would like to find fares, I generally

12    limit myself to just Uber. Uber is the most popular, so it is also usually a more consistent source of

13    fares and therefore I use it exclusively, but the decision of which app to use to book passengers is

14    entirely up to me.

15        10.    Besides the high volume of potential fares, my favorite thing about Uber is the

16    flexibility. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable

17    to me because as I noted above I use Uber to supplemental my income when my primary position is

18    not offering any overtime. Therefore, I can go weeks without ever turning on the app or spend up to

19    20 hours a week logged onto the app.

20        11.    I really like being an independent contractor. I would not be able to supplement my

21    income by driving if I was not able to choose when I wanted to work because, I need to be able to

22    work around my schedule at my primary job. Indeed, I would have to stop using the Uber app to

23    generate fares if I was required to maintain a structured employment like relationship with Uber.

24        12.    I have given this testimony completely voluntarily and without any coercion

25    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

26    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

28    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

2

DECLARATION OF BRIAN VAIVIO

CLASS MEMBER DECLARATIONS 1185

1    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

2    not have to provide any written statement. I also was specifically told that I could participate in the

3    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

4    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

5            I declare under penalty of perjury under the laws of the United States of America and the

6    State of California that the foregoing is true and correct.

7            Executed at San Diego, California this 28th day of May, 2015.

8

9                                              BRIAN VAIVIO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

DECLARATION OF BRIAN VAIVIO

### DECLARATION OF GEORGE VARDANIAN

I, George Vardanian, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been using Uber X for about six or seven months as a direct partner. I lease my vehicle. Most days, I drive from 5 am or 6 am to 1 pm or 2 pm. I never drive at nights. After driving some intoxicated passengers at night, I decided to stop driving at night. I am also the manager of two apartment buildings in Glendale, CA. Occasionally, tenants will call me with maintenance or other issues. I then turn off the Uber App and tend to those issues.

3.     I start in the Glendale, where I turn on the app. If I do not receive a lead in Glendale, I drive to the Downtown LA area. When I get to Downtown I typically receive a ride request for LAX. After that, my geography varies based on the destination of the passengers.

4.     I drive whenever I can. But sometimes I take days off from driving to tend to family issues. I generally try not to face customers when I am stressed or in a bad mood. I appreciate having the ability to stay home when I want or need to. I also have another job that requires flexibility, sometimes on an emergency basis. I would not want a job where I could not leave on short notice to tend to issues at the apartments that I manage. Whenever I need a break, I pull to a Starbucks or some other shop and turn off the App. I do not want to keep a customer waiting if I get a ride request while in the restroom.

5.     I have cancelled rides a couple of times. On one occasion, I was in the LAX area and the ride was 25 minutes away. I did not know where the ride was going, and I would have to incur the cost of traveling to the area. So in that instance, I cancelled the ride.

6.     My rating is 4.86. I understand that my ratings are from passengers. I do not believe that Uber can rate me.

7.     Twice I have received cash tips. They were small amounts, $3 on one occasion and $2 on another occasion.

CLASS MEMBER DECLARATIONS 1187

8.    I have received a 1099 from Uber that I provided to my tax preparer. I provided my tax preparer with receipts for driving expenses, like gas purchases, but I do not know if she deducted those expenses.

9.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 25th day of May, 2015.

_____
George Vardanian

2
DECLARATION OF GEORGE VARTANIAN

## DECLARATION OF SANTOS VENEGAS

I, Santos Venegas, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am currently employed full time as a real estate agent.  As a real estate agent, I am an independent contractor with my brokerage firm.  In addition to my full time job as a real estate agent, I also currently work part time as a driver, using the UberX platform.  I have used UberX for about 8 months now.  I own and drive a 2013 Hyundai Elantra for both business and personal use. About 20% of my income currently comes from using Uber.

3.     I generally drive using the Uber App about 20 hours a week.  I normally drive in the evenings on Thursday through Saturday.  I usually start driving at about 6:00 p.m. and drive until about 11:00 p.m.  I choose to drive on Thursday through Saturday evenings because I have two children who keep me very busy; I take my children to school and pick them up from school every morning and every afternoon, and I help them with their homework after school.  My wife usually gets Thursdays and Fridays off, which opens up some time for me to drive on those days, as she can help take care of our children.  Additionally, I work full time as a real estate agent, and like to keep a certain schedule for myself in that capacity as well.  As a real estate agent, I do house-to-house visits, make phone calls, research properties, and show properties for my realty clients.  This is my primary occupation and takes priority over my driving work.  For me, Uber is the perfect side job because I can log on or log off whenever I want or need to do so.  Before I started working with the Uber App, I had never taken a part time job anywhere else because nothing provided me with the type of flexibility that using the Uber App provides me.

4.     I usually try to drive using the Uber App near my home in Hacienda Heights, including the areas around Fullerton, Whittier, Anaheim, and Montabello, East Los Angeles, and Downtown Los Angeles.  From what I have heard, there are not too many drivers in my area, so I try to stay in that area because I can always get a request from a customer nearby.  When I start driving for the evening, I will always start in one of the areas listed, and I will go to a specific spot where I

---

1
DECLARATION OF SANTOS VENEGAS

1    know from prior experience that I will pick up customers.  Uber has never assigned me a territory

2    and have never told me that I need to drive in a certain area.  I always choose my own starting

3    location and the area in which I will drive by myself.

4           5.     When I began working with Uber, I printed 500 business cards with my Uber code on

5    the card and placed them in stores and restaurants in the areas in which I usually start my driving

6    work.  I thought that this would encourage people in my area to begin using Uber more often, and if

7    more people are using Uber in my area, I am more likely to get more ride requests.  Uber never

8    suggested to me to print business cards; I came up with this idea by myself because I thought it

9    would increase business in my area.  Additionally, I provide water for all of my customers.  Uber

10   never told me to provide water for customers; this is something I thought of on my own.

11          6.     I know that Uber sometimes raises the rates that customers are charged in high traffic

12   times or areas.  This is called "Surge" pricing.  Surge pricing does not affect my decision as to where

13   or when to drive because I don't think it makes that big a difference in what I get paid, and I would

14   rather drive in the areas I want to drive in rather than go to an area that is in a surge.

15          7.     I am free to accept or decline any customers that request rides from me through Uber.

16   I have decided to decline customers in the past for a few reasons, including because: (1) the

17   customer's rating was too low, which made me think they were rude or might make my car dirty; (2)

18   the customer was too far away from my current location and I didn't think it would make sense for

19   me to pick the person up; or (3) I was close to ending for the night and did not want to take another

20   passenger because I would be late coming home.  Uber has never threatened to suspend my account

21   because I did not accept enough customers or because I declined too many customers.

22          8.     Every week, I get a weekly summary from Uber which tells me how many trips I

23   have taken that week, provides me with the customer reviews I have received that week, and tells me

24   about areas that will have special events and might be busy over the next week.  A few times, I have

25   followed Uber's suggestions regarding areas that might be busy because I think they are good and

26   helpful suggestions that I think will help me increase my business.  However, these emails provide

27   only suggestions, not requirements, and I am not required to follow the suggestions provided.  I

28   often receive generic emails from Uber that I believe go to all drivers; however, I am rarely, if ever,

2

DECLARATION OF SANTOS VENEGAS

1  personally contacted by Uber on a one-on-one basis.   Additionally, I have never contacted or

2  attempted to contact Uber myself.

3      9.      When I first began using the Uber App, I watched a three minute video online about

4  how to use the Uber App.   Other than this video, I have received no training from Uber.   Instead, I

5  have learned everything I know on the job while driving and using the Uber App.   For example, I've

6  learned many shortcuts around Los Angeles that I did not know before.   Additionally, I have been in

7  customer service my entire life, so I already knew how to treat customers and did not receive or need

8  training from Uber on customer service.

9      10.     I am familiar with Uber's star rating system for drivers on the App.   I think my rating

10 depends on how I treat my passengers, whether I arrive on time, how quickly I get passengers to

11 their destinations, and how clean I keep my car.   To my knowledge, my rating is determined

12 completely by my passengers, and Uber has no control over my rating at all.   Additionally, I have

13 the opportunity to rate my passengers on the App as well.   Uber has never told me that I might be

14 terminated from using the App based on my star rating.

15     11.     When I drive using the Uber App, I usually wear a polo shirt and dress slacks,

16 because I'm used to that type of an outfit.   Sometimes, if I wore a suit during the day, I will take off

17 my jacket and tie and leave on the rest of the suit.   I chose for myself to dress like this when I drive;

18 Uber never told me how to dress and has never communicated a dress code of any sort to me.

19     12.     On occasion, I have been offered cash tips while driving using the Uber App.   When I

20 am offered a tip, I tell the customer that the tip is not necessary, but I will take the tip when it is

21 offered to me.   Uber has never told me that I cannot take tips from customers, and Uber has never

22 threatened to suspend my account for accepting tips.

23     13.     I reported that I was self-employed on my 2014 income tax return.   Uber provided me

24 a form 1099 for my 2014 earnings, and I have never received a W-2 from Uber.   When I filed my

25 2014 taxes, I reported the business expenses I incurred both through my realty business and through

26 my time driving using the Uber App.   My biggest expense while driving is mileage, but I also buy

27 water bottles for my customers and get regular car washes.

28     14.     I understood when I first began using the Uber App that I was becoming an

---

3

DECLARATION OF SANTOS VENEGAS

independent contractor, and I fully intended to become an independent contractor with Uber rather than an employee. Before using Uber, I had been working as an independent contractor for 22 years, so I know what it means to be an independent contractor. The fact that I would be an independent contractor, and not an employee, is what appealed to me when I started using Uber. The only reason I started driving using the Uber App was the flexibility that Uber provided me to make my own schedule I and work when I want to work. When I drive, I feel like I am working for myself; I always tell people that I am my own boss. I love working for myself and not having a boss; when I was younger, I worked a traditional "9-5" job, and I didn't like that I had to be at work at certain hours and that people told me what to do.

15.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 27 day of May, 2015.

_____
Santos Venegas

---

4

DECLARATION OF SANTOS VENEGAS

## DECLARATION OF FRANCISCO VIZCARRA

I, Francisco Vizcarra, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  In early- to mid- November of 2014, I signed up to use the Uber App as an Uber X driver.  I drive a 2013 Volkswagen Passat.

3.  I currently work for TSA as a security officer at LAX.  I have worked for TSA for seven and a half years.  I am an employee of TSA.

4.  I am definitely not an employee of Uber.  I am a contractor.  I can use the Uber App whenever I want, and can turn it off whenever I want.  I drive using the Uber App during my days off from my TSA job, and also in the evenings on the days that I work for TSA.  Thursdays and Fridays are my days off, and I also take a lot of Sundays off.  So on Thursdays and Fridays I drive as much as I can using the Uber App. On Sundays I want to be home with my family, so I head out early in the morning and late at night.  I keep the Uber App off when I do not want to accept rides.

5.  I live in Bellflower, which is close to Long Beach.  I prefer to pick up passengers in Long Beach, but it is busier in the LA area, so I usually try to pick up customers there.  I try to monitor where there's better pricing, and pick up passengers there.  For example, last weekend I went to Orange County to pick up leads there because a passenger told me that he pays $18 to go from home to work in Disneyland, and on the way home it's $24.  So from now on I'm going to go to Orange County to pick up passengers there.  Uber does not tell me where to go; I go wherever I want.  My strategy is to go to a busy area.  The time before picking up a lead in a busy area is 3 to 8 minutes.

6.  Driving using the Uber App is very flexible because I can use the App to generate leads whenever I want.  I used to simultaneously keep the Lyft app open along with the Uber App, and would accept a lead from either app, depending on who I got a call from first.  You have to be really quick to go back and forth between the two apps.  I hardly use the Lyft app anymore unless the

1

DECLARATION OF FRANCISCO VIZCARRA

CLASS MEMBER DECLARATIONS 1193

1  Uber App has issues, such as a glitch. When there are roadblocks like that I switch over.

2      7.      When I first signed up to use the Uber App I saw some videos. I also looked up

3  YouTube videos on my own, some of which were posted by other drivers. I try to be friendly, and

4  keep my car clean. I also keep in my car aspirin, cough drops, tissues, and other items that in my

5  experience a passenger might need.

6      8.      My understanding is that drivers should be polite and decline cash tips, but if the

7  passenger insists it is ok to accept it.

8      9.      I have given this testimony completely voluntarily and without any coercion

9  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

10  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

11  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

12  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to

13  provide this declaration. I was specifically told that I did not have to be interviewed and that I did not

14  have to provide any written statement. I also was specifically told that I could participate in the

15  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

16  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

17      I declare under penalty of perjury under the laws of the United States of America and the

18  State of California that the foregoing is true and correct.

19

20  Executed at Los Angeles, California this 26th day of May, 2015.

21

22                                                   Francisco Vizcarra

23

24

25

26

27

28

---

2

DECLARATION OF FRANCISCO VIZCARRA

CLASS MEMBER DECLARATIONS 1194

## DECLARATION OF ARUNAS VYSNIAUSKA

I, Arunas Vysniauska, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am a self-employed businessman who offers transportation services. I signed up for Uber in January or February 2015. I heard about Uber through a friend who also drove for Uber. When I signed up, I was working full time as a Warehouse Manager in the flooring business. I signed up to drive part-time using the Uber app, but then I quit my full-time job because the owners had promised to provide me an assistant and failed to do so. I did not want to work 12 hours per day so I quit my full-time job and started driving full time using the Uber app.

3. When using the Uber app, I decide my own schedule and how many hours to drive each week. I like and appreciate the flexibility to make my own hours. Based on my experience and surveying various areas, I have learned what time of the day and what areas are busiest. For example, downtown San Francisco is always busy except for a short period of time between 12:00 and 2:00 when it sometimes slows down. Monday is the busiest day. I strategize about what time of day I should go to the airport and what times of the day I should stay in the city. I decide to work Monday through Friday during the day. The vehicle I use to drive passengers – a Toyota Prius – I share with my wife. She works in the daytime and goes to school in the evenings, so I need to be home by about 4:00 so she can use the car.

4. Uber does not have any problem with me working for other companies, whether full time or part time (as shown by the fact that I already had a full-time job when I signed up). Uber does not dictate or have any say about my work schedule or the hours I drive. I value this fact.

5. I understand that tips are not part of the fare paid by passengers. When passengers want to tip, they can tip in cash. I have had passengers tip me in cash. I told them that tipping is not mandatory, but they tipped me anyway and I accepted the tips.

6. I know that I could sign up to use the Lyft app or similar app if I wanted to. Uber does not restrict me from doing so. Lyft provides an option that I can pick up a passenger who is

1
DECLARATION OF ARUNAS VYSNIAUSKA

going on the same route as my drive home.  I only recently found out Lyft offered this option, and I am tempted to sign up for Lyft too.  I understand that Uber has no restrictions against doing so.

7.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

_____
ARUNAS VYSNIAUSKA

2
DECLARATION OF ARUNAS VYSNIAUSKA

**DECLARATION OF KAPIL WADHWA**

I, Kapil Wadhwa, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 28 years old. I live Culver City and I have lived there for three years. I have a class C driver's license. I am an UberX driver. I have been driving for one and a half years. I drive a Prius. It is a leased car. I don't pay for any maintenance, it's all included in the lease.

3.      I work at a grocery store full time. I am a cashier there. I usually drive using the UberX app all weekend and then sometimes on week nights too. I usually drive about thirty hours a week but it varies. This week I haven't worked at all because I was traveling.

4.      I drive in Los Angeles. I drive in Santa Monica, Culver City, and Downtown. Ninety-ninety-five percent of my fares are surge pricing because of the areas I drive in. Uber never tells me that I have to drive in a specific place or at a specific time. Uber will tell us that there are going to be a lot of fares in a certain area.

5.      I like Uber because I can work where I want, when I want, and it's a good source of income. Instead of sitting at home I can be doing something and earning money. I love Uber, basically. I can use it whenever I want. Last weekend I was down at a friend's house and I was able to pick up a passenger that was heading to the airport and drive from Orange County back almost all the way home and be earning money at the same time. We are independent contractors, I set my own schedule, I drive when I want. I prefer to be this way because I like the flexibility. I'm my own boss.

6.      I try to provide good service. I always take the shortest route to save the passenger money. I try to make the passengers laugh. I have a good rating, but if I get a bad rating it can lower my score. I will sometimes let Uber know about this, but there isn't anything that Uber can do about it because it is a customer rating. Only customers can rate me.

7.      When I drive on the weekends I work a lot, so I take breaks for anywhere from one to three hours. If I'm tired I may go home and take a nap.

---

1
DECLARATION OF Kapil Wadhwa

8.     If a customer is really far away sometimes I cancel the fare.  Otherwise, I generally take all passengers.

9.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 27th day of May, 2015.

_____
Kapil Wadhwa

---

2

DECLARATION OF Kapil Wadhwa

### DECLARATION OF TISA WAGNER

I, Tisa Wagner, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 54 years old and live in San Bruno, California.  I currently use Uber's UberBlack and UberSUV service and have for about the past year.  I contract with a limousine service, Lauda Inc., which is a direct partner with Uber.  I drive a vehicle owned by Lauda, but I don't pay them a rental fee for the vehicle.  Every Wednesday, I get an email from Uber with my total fares for the week.  Lauda will give me one half my weekly Uber fares less half of what I've spent in gas and what I've spent in tolls.  Lauda keeps the rest.  Because of this, I incur expenses such as gas and toll fees when I drive using the Uber App, but I don't keep track of those expenses.

3.      In addition to using the Uber App, I also sell wholesale lighting full-time during the day Monday through Friday and occasionally on Sundays. Uber has never restricted me from engaging in this other occupation.

4.      Although I am aware that Uber permits me to drive for multiple platforms simultaneously, I choose not to run other apps such as Lyft and Sidecar because I don't like Lyft and Sidecar's reputations.

5.      Uber allows for me to decline leads generated from the App.  I have declined leads on occasion and Uber has never threatened to suspend my account because I did so.

6.      Uber does not mandate that I log onto the App for any minimum amount of time. Uber has never threatened to suspend my account if I've not logged on for any period of time.

7.      Uber does not set my schedule, or tell me where geographically to drive.  Instead, I decide when I want to log into the App and where I want to drive.  I need money, so I log on to the App as much as possible. But if I need to run a personal errand, or I want to go to a basketball game, for example, I log off the App.

8.      I have a strategy for when I log on to the App.  I usually log on Tuesdays, Wednesdays, and Thursdays from approximately 4:30 or 5:00 p.m. (whenever I finish with my day

job) and stay log in as people get off work and until when the bar crowd dies down at about 11:00pm. However, because there are always passengers on Friday and Saturday nights until 2:00 a.m., 3:00 a.m., or even later, I stay logged into the Uber App later on those days.

9.      My strategy on where to drive is that I avoid crowds, such as AT&T Park after a baseball game. I don't want to deal with traffic and passengers made angry by traffic.  Because I work two jobs, I don't want the stress of unhappy passengers.

10.     The only time I have really communicated with anyone at Uber was when I had a technical issue with my account.  Sometimes I get an email from Uber, but nine times out of ten I ignore them because they are purely informational.  Nobody at Uber has ever said anything to me about ignoring emails or threatened to terminate my account because I am ignoring emails.

11.     I never attended a formal orientation or onboarding session for Uber.  I believe I watched a video when I started driving with the Uber App that said that I should not solicit other business (like for my lighting business) while driving a passenger. Other than that, I don't remember Uber ever giving me instructions or suggestions on how to be a good driver.

12.     My Uber star rating comes directly from the passengers, not from Uber. Uber has no input on the rating, as far as I know.  I have a decent star rating.  Because I drive at night, often times for passengers have been out partying, I buy mints and water for passengers.  I don't do this because I am monitoring my star rating, I do it because I want to provide good customer service.  I want to make sure that my passengers get home safely and happy.  Uber did not tell me to do these things, but instead, I decided to do these things based upon on my experience and because I want to treat people how I would want to be treated.  Drivers, like me, can have a high star rating without following any suggestions from Uber. Uber has never threatened to terminate my account because of my star rating.

13.     When I started using the Uber App, Lauda gave me Uber's Licensing Agreement.  I read the Agreement and understood that, under the Agreement, I would be an independent contractor in my interactions with Uber.   I intended since the beginning to be an independent contractor and that is my preference because I very much like the flexibility that Uber gives me.

14.     I report on my taxes that I am a self-employed independent contractor. Lauda gives

2
DECLARATION OF TISA WAGNER

1    me a 1099 form representing the fares I have earned by using the Uber App.

2        15.    Uber does not prevent me from accepting cash tips from passengers.  I frequently

3    accept cash tips from passengers, especially on weekends.  Nobody at Uber has ever said anything to

4    me about accepting tips from customers and Uber has never threatened to suspend my account

5    because I have accepted a cash tip.

6        16.    I have given this testimony completely voluntarily and without any coercion

7    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

8    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

9    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

10   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

11   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

12   not have to provide any written statement.  I also was specifically told that I could participate in the

13   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

14   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

15        I declare under penalty of perjury under the laws of the United States of America and the

16   State of California that the foregoing is true and correct.

17        Executed at San Francisco, California this 19 day of May, 2015.

18
19                                        TISA WAGNER
20
21
22
23
24
25
26
27
28

---
                                    3
                      DECLARATION OF TISA WAGNER

CLASS MEMBER DECLARATIONS 1201

**DECLARATION OF THOMAS WALDING**

I, Thomas Walding, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I have been a resident of Santa Rosa for 9 years.

3.     I drive using the UberX app. I began using the Uber app in September 2014. I am a direct partner.

4.     I do not use Lyft or Sidecar, but Uber does not restrict me from using other ride-sharing apps.

5.     I am a pastor full-time. I decided to start driving using the Uber app because I wanted to pick up some additional income.

6.     I own my vehicle, which is a 2013 Honda Accord. It has a backup camera, leather seats, navigation, satellite radio, and a moonroof. I use my iPhone to generate leads.

7.     My schedule varies a lot. Sometimes, I drive one day a week, in the afternoons. Today was the first time in 3 weeks that I used the Uber app because I have been out of the country. I use the Uber app for additional income that lets me drop off the face of the earth for a few weeks at a time. Uber has not suspended my account or threatened to suspend my account because of the amount I drive.

8.     Uber never assigns me a territory. I generally drive in San Francisco. Surge pricing may affect my decision to stay longer driving.

9.     I filled out the online application and I had my car inspected before beginning to use the Uber App. I watched a video online that gave me suggestions about basic customer service issues. I am not required to follow the suggestions. These are just tips to help me conduct my business in a way that is helpful for me to provide a better service to the rider. The suggestions are helpful hints. Uber has not provided me with any suggestions after the initial Onboarding session.

10.     I try to follow the suggestions because it helps the rider feel like they have a good experience, and that is good for my current and future business. I have never been contacted for

1
DECLARATION OF THOMAS WALDING

1    failing to follow any suggestions.

2        11.    At the end of a trip, the rider rates me and I rate the rider. I understand that Uber has

3    no control over my ratings.

4        12.    My current rating is 4.88. In order to maintain my rating, I greet the passenger and try

5    to determine whether they want to chat. I want them to feel like we are taking the most efficient

6    route possible, so I listen to what they want to do. I do not play any music.

7        13.    I communicate very rarely with Uber.

8        14.    I receive texts from Uber regarding promotions but they does not affect my decision

9    to drive or not. I only drive if I have the time. This is what made Uber so attractive to begin with—I

10   wasn't required to keep hours.

11       15.    The Onboarding videos informed me that tipping is not necessary as each trip is a

12   cashless transaction. Two individuals have provided me a tip anyways, after I informed them of this.

13       16.    I believe I accepted the Licensing Agreement when I opened the app. I read and

14   understood the terms, and understand that fares are split 80/20 between me and Uber. I intended to

15   be an independent contractor when I accepted the Licensing Agreement. I wish to continue to be an

16   independent contractor because of the flexibility it provides me in choosing my own schedule just to

17   generate some additional income.

18       17.    I receive 1099 form and deduct my expenses. I pay for all my expenses associated

19   with the car, including insurance, gas, and detailing.

20       18.    I have given this testimony completely voluntarily and without any coercion

21   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

22   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

23   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

24   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

25   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

26   not have to provide any written statement.  I also was specifically told that I could participate in the

27   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

28   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

CLASS MEMBER DECLARATIONS 1203

1       I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3       Executed at San Francisco, California this 18th day of May, 2015.

Thomas Walding

---

3

**DECLARATION OF THOMAS WALDING**

CLASS MEMBER DECLARATIONS 1204

### <u>DECLARATION OF WILLIAM JOSEPH WALKER IV</u>

I, William Joseph Walker IV, do hereby swear, affirm and attest as follows:

1.  I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.  I am a 52 year old male living in San Francisco, California in the county of San Francisco.  I have lived here for 13 years.

3.  I use the UberX service.  I have been using the Uber application since August 2, 2014.  I use the Uber application as a direct partner with Uber.  My current occupation is an in-home support service provider.  I am an employee of IHSS (In Home Support Services).  I do this full-time, approximately 38 hours a week.

4.  I use the Uber application based off of when I am not working for IHSS.  I do not use a particular strategy.  My schedule changes daily with IHSS.  In a typical week, I average 20-25 hours a week on the Uber application.  I absolutely like the flexibility I have with the Uber application.  I can work at any given time.  Uber does not assign my work schedule.  I am my own boss.

5.  Uber never assigns me a territory.  I assign myself around the city.  When I log onto the Uber application I consider that I am working for myself.  I consider myself independent.  That is how I file my taxes, as self-employed.

6.  I signed up online for Uber.  I signed up knowing I would be an independent contractor.  I want to continue being an independent contractor because of the flexibility.

7.  My rating right now is somewhere around 4.88.  The riders give me my ratings.  I try to be friendly, to drive safe, to keep snacks on board, to keep my car clean, to take the routes riders like me to take, to provide magazines for passengers to read, and to just be polite.  My approach is a combination of suggestions I have picked up from Uber and what I think makes sense to provide a positive driving experience.

8.  My business expenses include my car maintenance, gas, and other basic things you do with your car.  I report my business expenses when I file my taxes.  Uber gives me a 1099.  Uber has

1

DECLARATION OF WILLIAM JOSEPH WALKER IV

1 never given me a W-2.

2     9.    We are free to take tips from riders.  Riders are told that tips are not necessary.  But if

3 they insist that we did a good job, then they can give us a tip.  I get tips 2 or 3 times a month.

4     10.    I take breaks whenever I want.  I have total control of when I take breaks.  During

5 breaks, I read emails, play games, make phone calls, set schedules, call IHSS clients, I use the

6 bathroom, I eat, and other personal things.

7     11.    I have given this testimony completely voluntarily and without any coercion

8 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

9 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

10 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

11 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

12 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

13 not have to provide any written statement.  I also was specifically told that I could participate in the

14 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

15 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

16     I declare under penalty of perjury under the laws of the United States of America and the

17 State of California that the foregoing is true and correct.

18     Executed at San Francisco, California this 20th day of May, 2015.

19

20                 WILLIAM JOSEPH WALKER IV

21

22

23

24

25

26

27

28

---

2

DECLARATION OF WILLIAM JOSEPH WALKER IV

## DECLARATION OF JANET WALLER

I, Janet Waller, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 40 years old, a woman, and I currently live in Newark, California, in Alameda County.  I lived in Newark for 15 years.

3.     I drive in California using a Class C driver's license, and I drive for multiple driving applications, including Uber and Lyft.

4.     I started with Uber about three months ago, around the middle of February 2015.  I signed up online and downloaded the Uber App.  The process was straightforward; there was a background check, they asked for my license and registration, and they inspected my car in the South Bay.  I never took any tests with Uber, but I did watch some videos on how to use the Uber App, safe driving techniques, and the technical aspect of using the Uber App.

5.     I started with Lyft in the middle of March 2015.  I signed up with Lyft online as well. Lyft gave me a road test, which did not happen with Uber.

6.     I spend about 85 percent of my time using the Uber App and the rest of the time I spend driving for the Lyft App.  I keep both the Uber App and the Lyft App on at the same time.  I keep both on on the same phone, and when I accept one call on one app, I log off of the other app, so I don't miss any leads.  Once I get close to dropping off my next passenger, I turn on my other app because my estimated time of arrival will not be far off.  I keep both on at the same time to maximize the money I will make because it makes it more likely I will be able to pick up a lead.  I prefer to work with Uber because it has a higher volume.  About 80 percent of my income is from Uber and 20 percent is from using the Lyft Application.

7.     It has happened that I will get leads on both the Lyft App and the Uber App at the same time.  I will choose whichever lead is closer to me.  If the Uber lead is six minutes away and the Lyft lead is two minutes away, I will choose the Lyft lead because I want to maximize the amount of money I can make.  It is all about maximizing the amount of time I drive with someone in

CLASS MEMBER DECLARATIONS 1207

1   the car.

2        8.     I drive a 2013 Scion XB when I drive using the Uber and Lyft Applications. I own

3   the car as well.

4        9.     I drive on the Uber and Lyft Apps every day of the week, and I log onto the Uber App

5   from 7 a.m. to 7 p.m.  I will log off when I take a break, but the time I take a break will depend on

6   the calls or if I want to head into a direction I know I will get calls.

7        10.    I do watch for patterns of surges and keep myself in the areas that I believe will surge

8   so I can make more money.  I do not chase the surge areas because once I get there the surge will be

9   gone.  I will head back towards an area if I know that the surge will hold because I watch the pattern

10  of surges.

11       11.    I try to always accept leads when I am on the Uber App unless there are extenuating

12  circumstances, such as when a lead has too much luggage that I cannot fit into the car. Sometimes I

13  have to cancel a call I have already accepted because I can't get to them.  They may be a block over,

14  but construction would make getting there unworkable.  I accept all leads not because I feel like

15  Uber *requires* me to do that.  I accept all leads because it maximizes my income.

16       12.    Uber has never restricted me in where I can drive leads on the Uber App.  For

17  example, I drove a lead from San Jose, California, to San Francisco, California.  Even though Uber

18  does not restrict me geographically, I want to put myself in the areas where I can make the most

19  money.

20       13.    I have requested fare adjustments from Uber when it was in my favor.  For example,

21  when there should have been a surge and the Uber App did not recognize it, or when the locations in

22  the Uber App were wrong.  The only other times I contact Uber are when I have technical questions

23  about the Uber App or if there is an incident with a customer.

24       14.    When I drive, I do not consider myself as driving *for* Uber.  I consider Uber to be a

25  conduit to get me passengers.  I consider myself to be self-employed, an independent contractor.  I

26  consider myself an independent contractor because I have to get out there, I don't have a set

27  schedule, I pay for my own gas, all other costs are my responsibility, I write off all of my business

28  expenses as receipts, and I don't submit any of my costs to Uber.  I also consider myself an

DECLARATION OF JANET WALLER

1  independent contractor because I am responsible for myself, and I do not have a boss I have to report
2  to.

3      15.    I started with Uber this year, so I have not filed taxes yet for my income from Uber,
4  but when I do, I intend to report my income as 1099 income and represent myself as self-employed
5  to the IRS. I also intend to deduct my business expenses, including gas and vehicle repairs, from my
6  taxes. I keep records of my business expenses, including gas, car wash, oil changes, brakes, tires,
7  and phone expenses, for that very reason: because I am an independent contractor. I own the cell
8  phone that I use to access the Uber App.

9      16.    I do receive e-mails from Uber which give tips on how I can increase my rating and
10  how I can better passengers' experience. I consider those to be suggestions, not requirements. I
11  have expanded on the suggestions that Uber provides me. For example, I have a backseat kit full of
12  candies, I have a lint roller, I also provide pens, papers, disinfectant wipes, hand sanitizer, hand
13  lotion, and there's also gum and Starbursts.

14      17.    My Uber rating is a 4.81, which I think is a higher rating. Uber informed me when I
15  signed up that I could be deactivated if I had too low a rating. I also know that I need to have a high
16  enough acceptance rate before I can be deactivated.

17      18.    Uber encourages me to decline tips and says that they are not required. I have
18  accepted tips before from customers. I do not believe Uber would take any disciplinary action
19  against me for taking tips. I think Uber encourages tipping to not be part of the deal, but I do not
20  believe I will be penalized for taking tips. The commission that Uber receives is for services
21  provided, so that money is in return for providing the service to me. It is a fee for service, and
22  everybody should be compensated fairly for services provided. The money that I generate for each
23  ride does not include a tip. I believe the fares are calculated based on mileage, time, or if there a
24  pickup fee. The money Uber takes is also certainly for the services that Uber provides for the
25  drivers, including tech support. The techs are probably employees, not me.

26      19.    When I began working with Uber I intended to be an independent contractor. I knew
27  what I was doing. I want to continue to be an independent contractor. That's why I am providing
28  this testimony today.

CLASS MEMBER DECLARATIONS 1209

20.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

Janet Waller

---

4

DECLARATION OF JANET WALLER

**DECLARATION OF Lendrek Washington**

I, Lendrek Washington, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am an UberX driver.  I am 27 years and have been living in Los Angeles my entire life.  I have been using the Uber app for the last three months.  I am also a cook at the ESPN Zone in downtown Disney in Anaheim, CA.  I work there full-time, usually from 4:30PM to 1AM.  I am a direct partner with Uber.  I own and drive my own car, a 2012 Chevy Malibu, and this is the car I use when I use the Uber app.

3.      I generally use the app before and after work, so 8AM to 1PM, and sometimes from 1:30AM until 3AM.  Basically the hours that I'm not at work.  I drive around Anaheim after work, but before work anywhere, like Manhattan Beach for example.  I feel like I can accept or decline leads from Uber.  I like that I don't have a set schedule.  I don't have to get in the car and do it, there is no obligation.  Uber has never threatened to suspend my account for not spending enough time on it.  I feel like I am free to work at my other job.

4.      I have gotten emails about how to interact with passengers.  I follow them to an extent.  I don't always ask people how they want to get somewhere, because not everyone is always very talkative.  I don't feel like I am required to follow the suggestions.

5.      For the rating system, it's about the person who is in your vehicle.   There is no standard for how you would rate them; it's kind of how you feel.  Uber doesn't control the ratings; it's entirely done by the passengers.  My star rating is currently 4.76, and I think this is a good rating.  I try to be courteous to maintain my rating.  I am pretty sure that a driver could maintain the minimum star rating without following Uber suggestions.  I think they could also get a high star rating without following their suggestions.

6.      I communicate with Uber very seldom.  I think I have emailed them twice since I started working.  They send me weekly emails, and I don't always read them.

1

DECLARATION OF Lendrek Washington

CLASS MEMBER DECLARATIONS 1211

7.      My expenses are gas, but I don't really keep track of them.  I will do that at tax time. When I file my taxes next year, I plan on filing as self-employed.  I plan on deducting my expenses on my taxes.

8.      An independent contractor is where the company doesn't set your schedule, what territory you might work in, and doesn't have things like set breaks.  I intended to become an independent contractor when I joined Uber and I want to continue as an independent contractor.  I want to stay that way because I have a full-time job, and it wouldn't work to put this in my schedule. They send me emails about suggested popular times, but I am often working during those times at my other job and I can't use the app at those times.

9.      I generally take breaks whenever I get hungry.  Sometimes it can turn into a 2-3 hour break.  I take them whenever.  I might take 3-4 breaks during a driving stretch.  I might go to restaurants, a friend's house, my house, shopping.  I feel like I can get at least a 30 minute break while I am driving.  I usually turn the app off when I am taking a break.  I get to decide when to take it and Uber does not interrupt me when I take it.  Uber has never told me to drive for a certain amount of time before taking a break.  I consider myself working when I get a passenger.  Sometimes I turn it on when going home.  If I get something, then I am working.  If not, then I am just going home.

10.      I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

---

2

DECLARATION OF Lendrek Washington

Executed at Los Angeles, California this 26th day of May, 2015.

Lendrek Washington

---

3

DECLARATION OF Lendrek Washington

**DECLARATION OF STEPHEN WEST**

I, Stephen West, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 67 years old and live in San Jose, California.  I have lived there for over thirty years.

3.      I am currently an UberX driver, and have never driven for any of the other Uber services.  I also have never driven for any other driving application, such as Lyft.  I know that I could do so if I wanted to, but because Uber driving keeps me busy and I like the company, I choose not to drive for anyone else.

4.      I drive for Uber for at least forty hours a week, sometimes fifty.  I do not have another job.  I have been an UberX driver for approximately one year.

5.      I am a direct partner with Uber and have been one the entire time I have been driving with them.  I do not own my own transportation business, but I do own the car that I use to drive.  It is a 2006 Volkswagen Turbo Passat.  Sometimes I will use the car for my personal use, such as when I have a visitor (because the car has four doors), but not always.  I purchased the car specifically to drive with Uber.

6.      I usually log into the app between 8:00 and 10:00 am and see where the fares are.  Starting at around 2:00 pm or so, I will log out of the app and run personal errands or go to the gym.  Part of the reason I do that is because I do not like to be on the freeways after that time because it gets busy, but part of it is just so I can get my personal things done.  At around 7:00 pm or so, I will log back in to the app and drive again until about midnight.  I usually do this at least five, sometimes six days a week, although I do not drive all day.  I do not drive on Sundays because I travel to Sacramento to spend time with my granddaughter.

7.      I typically do not pay attention to events going on in San Francisco, such as sports games, in deciding when to drive.  This is because I prefer to set my own schedule and I like to avoid the crowds.  For example, this past weekend during the Bay to Breakers event, even though I

CLASS MEMBER DECLARATIONS 1214

knew there was a promotion going on and I would be guaranteed a high rate, I decided not to drive because I did not want to. Uber does not pressure me in any way to accept these promotions or to drive during these busier times; it is entirely up to me.

8.      Uber does not assign me a territory, and has never done so. I know that I could drive to Sacramento and drive there if I wanted to. Occasionally, I will pick someone up from the airport and drive them down as far as Santa Cruz or Aptos. The longest ride I have ever given anyone was from the San Jose Airport down to Spanish Bay, which is near Carmel. Uber does not prohibit me from taking these longer rides or driving in a different area if I choose to do so.

9.      Uber informs me via email about promotions that are going on on a weekly basis or so. Generally these emails tell me about events going on around the Bay Area so that I can decide whether to drive on those days or not.

10.     I am free to accept or decline any rides that come through on the Uber app, and Uber has not suspended my account or threatened to suspend my account for declining a ride. Once I picked up a rider in San Jose during a very busy time who changed his mind halfway through the ride about where he wanted to go or how he wanted to get there, which resulted in a much longer ride. Because I did not want the rider to pay the higher fare, I "ended" the ride before I arrived at his destination but continued driving him there. When I was still on the way to his destination, there were a number of riders who were requesting rides that I could not accept because I was still driving the first customer. I did not suffer any repercussions from Uber for choosing to do this.

11.     I like driving with Uber because it is relaxing and low stress and gives me the flexibility to work when I want to and have free time when I want to. In my previous job, I was very stressed on a daily basis, but now I am much more relaxed. Uber does not require me to log on to the Uber app for any certain period of time. In fact, one week I did not log in at all because I was not feeling well, and I never heard anything from Uber about it. I know that if I wanted to have a full-time job, I would be free to do that.

12.     A friend of mine in Seattle told me about driving for Uber a little over a year ago. He highly recommended driving for Uber, which is why I became interested in it. Then I contacted Uber online and filled out some paperwork, but I never had to go into an office or meet anyone in

2
DECLARATION OF STEPHEN WEST

1    person. I do not believe that Uber gave me any suggestions for picking up additional passengers or

2    higher fares, but I am not certain. At the time, Uber was just getting started in Silicon Valley.

3         13.    I am familiar with the "star rating" that Uber uses. I believe that my current star

4    rating is approximately 4.89, but typically it has been around 4.9. In order to try to maintain this

5    rating, I offer the riders magazines. I try to talk to them as much as they seem to want to talk, but

6    sometimes people do not want to talk. I will give people suggestions if they are visiting the Bay

7    Area, such as going to In 'N Out, or if they are in town for a longer stay I offer to take them to

8    Safeway or another grocery store to pick up some groceries for their stay.

9         14.    I normally follow the route that my GPS lays out to get to the passenger's destination

10   because it is the fastest way. However, I know that I am not required to do so if I do not want to.

11   From time to time, passengers will request that I take a different route and sometimes I will take that

12   route, but not always. I know that I am free to take whatever route I choose.

13        15.    Uber sends me information every week about the hours I have driven and what my

14   star rating is. This information is sent via email. I usually read the emails every week, although I

15   know I am not required to do so. However, I think that the information is more directed to San

16   Francisco drivers rather than to Silicon Valley drivers like myself.

17        16.    The passengers I drive often leave personal items in my car, like a cell phone or a

18   wallet. Sometimes they will call me once they realize that they left the item, but other times I reach

19   out to them first. I do not recall if Uber ever gave me any instructions as to what to do in this

20   situation; I just make this decision on my own.

21        17.    Uber has never said anything to me about passenger tipping. Passengers have tipped

22   me occasionally, but it is rare. When I drop a passenger off at a nice hotel and the porter comes to

23   pick up his or her bags, I actually tip the porter myself (even when I do not get a tip from the

24   passenger). Sometimes passengers will ask if they are allowed to tip me and I will tell them that it's

25   up to them if they want to do so. I think that it is reasonable to tip a driver who gives you a good

26   ride.

27        18.    Uber does not require me to wear any specific type of clothing when I'm providing

28   transportation services. I usually dress in jeans and a black t-shirt and leather jacket because I think

---

3

DECLARATION OF STEPHEN WEST

that black is the color that looks best on me.

19.    When I first signed up with Uber, I read the documents, including the Licensing Agreement, and knew that I was signing up to be an independent contractor rather than an employee. That is still my understanding.  I want to continue to be an independent contractor for a number of reasons, including because I do not want to be subject to withholding taxes and I do not see the value of being an employee when it would restrict my hours and my life more than being an independent contractor.

20.    I have had passengers call me for a ride directly, rather than through the Uber app, on many occasions.  For example, I recently picked up a passenger who needed to go to the airport at an early time and said she had trouble finding drivers that early in the morning.  I told her to just call her directly to arrange the ride, which she did.  I called her the night before to remind her and to tell her what time I would be there.  When I picked her up, I told her to then log in to the app so that we could process the ride through the app for convenience purposes.

21.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of May, 2015.

_____
STEPHEN WEST

---

4

DECLARATION OF STEPHEN WEST

### <u>DECLARATION OF JEFFREY WEZENTER</u>

I, Jeffrey Wezenter, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 49 and currently live in Simi Valley, Ventura County, CA. I have lived there for a little over a year. I am an UberX driver and have been since October 2014 and currently still use it. I am a personal health and wellness coach, and that is my full-time occupation. I am self-employed and a direct partner with Uber.

3.      I drive a 2012 Volkswagen Jetta, which I own and use while on the App. I use the App approximately four days a week and follow a fairly set schedule. On Wednesdays and Fridays I start at about 9am and drive until about 5-6pm. On Saturday I drive from noon to 8pm, and on Sunday from about 8am until 5pm in the evening. Uber has never assigned me a territory, but I spend most of my time driving around LA as opposed to Ventura. This is both because there are more passengers there and because many passengers from the Ventura area end up going toward LA. Surge pricing will influence where I drive, as will the emails Uber sends me regarding busy areas.

4.      I currently use both Uber and Lyft, although roughly 90% of my rides are through Uber. Lyft is a lot smaller in the LA area, and I don't get nearly as many requests through Lyft. I sometimes use both Uber and Lyft simultaneously. Most of the time it will depend on whichever request comes in first, but if I'm in a surge pricing area for Uber, I will typically choose Uber rides. I like being able to have both Uber and Lyft open at the same time in order to keep my options open, especially when it's a slow period of if I'm in an area that's a slow area, like where I live.

5.      I understand that I am able to accept or decline leads generated through the Uber App, and Uber has never suspended or threatened to suspend my account because I didn't accept enough leads. I accept the leads generated through the Uber App almost all the time. I may miss one or two from time to time if the passenger is too far away.

6.      I understand that Uber never requires me to log into the App for any minimum amount

---

CLASS MEMBER DECLARATIONS 1218

of time, and Uber has never suspended or threatened to suspend my account for not spending enough time logged onto the App. Uber has never tried setting my work schedule or restricted me from engaging in another occupation or business. I agree that Uber provides its drivers flexibility. I find it valuable because I think that's why a lot of people would want to drive for Uber. You can set your own hours. A lot of people have their own full-time jobs or would like to be their own boss.

7.     When I first started driving with the Uber App I watched a few videos online. I also attended a live webinar which may have been broadcast from Ventura County. During those sessions, Uber provided me with suggestions regarding how I should interact with passengers, such as being courteous, providing passengers with water, and opening and closing the doors for the passengers. There are a lot of suggestions. I don't believe I'm required to follow those suggestions, but it makes for a smoother ride between the passenger and the driver. I'll also get a lot of emails from Uber, which I read because I see a lot of value in them. There aren't really any suggestions of theirs that I don't follow, and I've never been told that I would have my account deactivated for failing to follow their suggestions.

8.     My current star rating is 4.83. I aim to improve that rating by being courteous, providing water, tissues, and wet wipes to the passenger, keeping the car clean, opening and closing the door for them, asking them if the temperature in the car is okay, and generally engaging them in small talk. These generally came from Uber, but I think they're all common sense, too. I've been in the service industry for a long time so I have a good sense of how to take care of people. Uber has never notified me that I may be terminated from using the App due to my star rating.

9.     I will usually contact Uber roughly twice a month, through email. It will typically about the start and end times of rides. For instance, when there is bad cell reception, the start or end times of rides won't be accurate, so I'll have to contact them. Most of the time they will correct it. I'll also ask them about the bonus system, surge pricing, peak times, and how those generally work. They give me information about those when I ask. Uber has never notified me that they might terminate my use of the App for any reason.

10.    When I started, I watched the videos that said no tips. I believe passengers know not to

2
DECLARATION OF JEFFREY WEZENTER

tip. I don't know whether the Licensing Agreement prevents me from accepting tips. I think Uber tells passengers that when they download the App that tipping is not required or necessary.

11.     When I began using the Uber App, I was presented with the Licensing Agreement online. I remember reading and understanding it then, but it was a long time ago. When I agreed to the Licensing Agreement, I intended to be an independent contractor. I wish to continue as an independent contractor. I want to continue being self-employed; set my own hours, drive as long or as short of a time as I want.

12.     I've received tax forms from Uber, but I don't recall what specific forms. When I file my taxes, I indicate that I am self-employed.

13.     I usually drive for three or four hours before stopping for a rest, sometimes sooner and sometimes later. It varies depending on how busy it is that day. I have a reasonable opportunity to take a 30-minute break during each day I use the App. Sometimes the breaks will be 5 minutes, sometimes they will be 30 minutes, either for a meal or just for a rest. I decide when I stop for a break or a meal, or rather my wife. I usually shut it off during these times. Uber has never told me to drive a certain amount of time before stopping for a rest or a meal. Uber has never told me not to take a break or interrupted my breaks. I'm free to go anywhere I want during the breaks.

3
DECLARATION OF JEFFREY WEZENTER

CLASS MEMBER DECLARATIONS 1220

14.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 27th day of May, 2015.

_____
JEFFREY WEZENTER

### DECLARATION OF LADAWNA WILLIAMS

I, LaDawna Williams, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 50 years old, female, and I live in Antioch, California, in Contra Costa County. I lived in Antioch for about four years. I have a Class C driver's license, which I received from California.

3. I signed up for Uber in February 2015 to use the UberX service. I signed up online and provided Uber with my license information, insurance, registration, and other information. I also spoke with someone from Uber when they inspected my car, but they did not ask me about my background information. They only asked me about my car and my documentation.

4. I also signed up to drive with Lyft in February 2015. I drive with Lyft five percent of the time, and I drive with Uber the rest of the time. I drive using the Uber App more than the Lyft App because Uber has more customers, so I have the potential to make more money with Uber. Uber does not prohibit me from driving with Lyft, and I feel free to drive with both Lyft and Uber. I will drive with Lyft when I am in areas of the city that have a high number of Lyft requests.

5. Outside of driving, I also work in property management as a Property Manager for both Sequoia Equities and Career Strategy. I work with Sequoia Equities three days a week for eight hours a day, and I work with Career Strategy four days a week for eight hours a day as well. I consider myself to be an employee of both Sequoia Equities and Career Strategy. Most of my income comes from my work as a Property Manager. I would say that 90 percent of my income comes from working as a Property Manager, and about 10 percent of it comes from driving with Uber and Lyft.

6. I log onto the Uber App three or four times week. I drive with Uber and Lyft when I get off from work as a Property Manager. I will work anywhere from two hours to six hours on each day I sign onto the Uber App. Uber never told me that I had to spend a minimum amount of time on the Uber App or a maximum amount of time on it either. I choose my own schedule, and I love the

CLASS MEMBER DECLARATIONS 1222

flexibility that I have with the Uber App.

7. I consider myself to be an independent contractor of Uber because I work when I want to, and I don't know another business you can do that for. If I want to take a 15 minute or five hour break, I can do that. I incur my own expenses, I file my own taxes, and I use the Uber App when I want to and log off whenever I want to do that.

8. I choose the location where I drive based on where is convenient for me, and I will drive wherever the Uber App leads direct me to go. I know that Uber does not restrict me from driving within any particular geographic area. For example, I once drove from Concord, California, to San Francisco International Airport.

9. When I get a lead on the Uber App, I will generally always accept the lead, unless I feel like I am unable to get to the fare in a timely manner. Uber does not require me to accept every single request, but they do inform you how many trip requests you accept and how your acceptance rate compares with other drivers' acceptance rates.

10. Uber sends tips on how drivers can improve passengers' experience and how to improve your star rating. I consider those to be suggestions. Just like you do not have to accept every ride, you do not have to accept every tip. In being in business for yourself, you want to have the customers give you good ratings. You want to provide good customer service. It is only the passengers that give drivers their ratings. Uber just provides drivers with the information about the ratings.

11. My rating is a 4.9, and I consider that to be a high rating. To keep my rating high, I have cards that I give to customers about other on-demand services that I think the customers would appreciate, I have a basket in my car with lotions, hand sanitizers, and mints and gum. On hot days, I will also provide water to customers to improve ratings. I do these things not because Uber directed me to do so, but because I read about drivers who take those actions, and I wanted to do that as well.

12. I have only reached out to Uber two or three times because someone left something in my car and I am trying to get in touch with the customer, or because I was having a technical difficulty with the Uber App.

CLASS MEMBER DECLARATIONS 1223

13.     When I am driving, I pay for gas, car washes, tolls, and cell phone costs.  I keep a record of all of these expenses because I use them to file my taxes.  I intend to file a Form 1099 for the income I receive from Uber, and I will make the deductions for my business expenses from my taxes.  I intend to report myself as self-employed with regard to Uber.

14.     When I receive tips from customers, I typically say no thank you because this is a cashless system.  I think the fare is calculated by considering time, distance, and rate.  I do not believe tips are included in the fare.  Uber splits the fare amount with the drivers, but the passengers can provide tips in addition to the fare amount if they want.  The tips are merit based, not app based.

15.     I take meal and rest breaks when I drive depending on whether or when I want to take a break.  Uber does not require me to take breaks, and Uber does not set any time limit on how long my breaks can be.  I feel like I have the opportunity to take breaks whenever I want to take a break. I feel like I am free to go anywhere I want to when I log off of the Uber App.

16.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 20th day of May, 2015.

_____
LaDawna Williams

---

3
DECLARATION OF LADAWNA WILLIAMS

1   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
2   STEPHEN L. TAEUSCH (SBN 247708)
    CAITLIN V. MAY (SBN 293141)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Tel:    415.442.1000
    Fax:    415.442.1001
5   rhendricks@morganlewis.com
    staeusch@morganlewis.com
6   cmay@morganlewis.com

7   Attorneys for Defendant
    UBER TECHNOLOGIES, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  DOUGLAS O'CONNOR, THOMAS            Case No.  CV 13-3826-EMC
    COLOPY, DAVID KHAN, MATTHEW
13  MANAHAN, WILSON ROLLE, JR, and     **DECLARATION OF BRETT WILSON**
    WILLIAM ANDERSON, individually and
14  on behalf of all others similarly situated,

15                   Plaintiffs,

16           v.                          Complaint Filed: August 16, 2013
                                         FAC Filed: May 30, 2014
17  UBER TECHNOLOGIES, INC.,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

I, Brett Wilson, hereby declare as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I used to own and operate nightclubs in the San Diego area.  It was a hassle to call cabs for patrons or flag down cabs for patrons when they left the nightclub.  Given the struggles I had getting rides for my nightclub customers, I saw an opportunity both to improve my customers' experience at my nightclubs and start a new business.  I decided I wanted to own a transportation company, instead of constantly trying to get in touch with one.

3.     So, in January 2011, I founded my own transportation business called Coastal Transportation.  Coastal Transportation is organized as a limited liability corporation.  I purchased two black Suburbans for my company and obtained the TCP number TCP 28405-P from the Public Utilities Commission. Around November 2011, I was talking with my wife's former co-worker who had just become employed by Uber.  He talked about the Uber's business model and the way the app worked.  Around that same time, many of my customers and other people in the transportation industry also began to talk about Uber.  All of a sudden, everyone was talking about Uber.

4.     Because my business was new, I was looking for ways to increase my revenue.  Uber sounded like a great opportunity and an easy way for me to generate revenue in addition to the scheduled fares I booked for my own customers.

5.     In November 2011, I contacted Uber's Los Angeles office to get access to Uber's app.  At the time, Uber was not yet in San Diego.  In October 2012, when Uber moved into the San Diego area, I became the first transportation company in San Diego to team up with Uber in that city.

6.     Uber asked that I take a written test to confirm that I was familiar with the San Diego area. It included basic questions concerning my knowledge of locations downtown, identification of one-way streets, popular destination spots, and the quickest routes in and around the San Diego area. I also received a brief, basic tutorial on how to use the Uber app.  I received no training or orientation from Uber at or since that time.

1.

7.     I initially paid a security deposit to Uber for an iPhone to be able to use the Uber app and I pay approximately $10 per week to continue using the iPhone.  If I choose to ever stop using the Uber app and return the iPhone, I will get my full deposit returned.  I cannot make any calls or send text messages or do anything else through the iPhone that Uber provided.  It is strictly for using the app.  I have my own separate business phone, which I purchased and pay for, to make calls and send texts.

8.     I was also informed of the way the Uber app worked, including that transportation booked through the app is intended be a cashless experience.  So, a driver should not expect a tip because the amount charged to the customer's card is intended to cover the full cost of the ride.  I can and do take tips when a passenger has offered them, but I have never asked for a tip and I do not expect to receive one from passengers I book through Uber.

9.     To receive access to the app, I electronically accepted a licensing agreement, which described the terms under which my business could use the app.  I was able to start using the Uber app right after I accepted the agreement to use the app.  I most recently accepted a version of Uber's licensing agreement on June 23, 2014.

10.     When I first agreed to use Uber's app, I understood and intended that I would be performing trip requests on behalf of my own independent business.  I do not believe that I have ever been an employee of Uber.  In fact, I have no interest in creating an employer-employee relationship with Uber.

11.     Uber offers Uber users the ability to request rides from a number of different types of vehicles—luxury black cars, taxis, SUVs, or regular, every day cars.  Because I drive a black SUV, I am able to book passengers either through the UberBLACK platform or UberSUV.  It all depends which service the Uber user requests.  For UberBLACK trips, I receive 80% of the fare for each trip completed, while Uber takes 20% as its licensing fee for allowing me access to the Uber app.  For UberSUV, I receive 72% of each fare and Uber takes 28% as its licensing fee.  Uber is responsible for charging the customer's card through the app.  Uber then pays me the fare less its licensing fee.  Uber has given me all the money that I understood I was entitled to under the licensing agreement.

2.

12. I was interested in starting my own transportation business because I liked the idea of getting paid according to my efforts and business decisions—how much I make is based entirely on the way I manage my business, including when, where and how much I choose to provide services. I am also an entrepreneur and enjoy the flexibility of running my own business. For that reason, I particularly like Uber—it provides me an opportunity to meet new people and reach a new market of potential customers, but there is never any obligation to use the app if a different business opportunity is available (one of my own customers, for instance). I also like Uber because I can use it to supplement my business when my business doesn't have a reserved fare. For example, I may have reserved fares through my own company from 1:00 p.m. to 3:00 p.m. and again from 6:00 p.m. to 9:00 p.m. I can use Uber from 3:00 p.m. to 6:00 p.m. to make additional money.

13. About 60% of Coastal Transportation's revenue is generated by my own customers. I acquired many of my customers through word of mouth or the customers obtained my contact information through my business cards, company website (http://coastalsd.com/), or twitter account. The remaining 40% of revenue comes from passengers I book using Uber.

14. In 2012, I obtained an airport permit, which enables my business to pick up and drop off passengers at San Diego's airport. I realized that I could make more money and offer more service options to my own customers if I was able to pick up and drop off passengers at the airport. I will usually track the number of flights that are landing at a given time to determine when there will be a high volume of customers at the airport, such that it is likely someone will be interested in my transportation services.

15. I can use Uber's app whenever I want. I am able to pick and choose the hours and locations I want to log on. I can wake-up one morning and decide that I do not want to work that day. I decide when and where to log on based on how much money I think I'll earn at a particular time and in a particular location.

16. Every day, I set a number of fares that I want to complete. When I meet that quota, I then make a decision about whether to keep working or call it a day. It could be 10:00 a.m. or it could be 10:00 p.m. when I meet my quota. Recently, one afternoon I met my goal for the day by

3.

1

2   1:00 p.m. so I went home and took my kids on the train to Solana Beach. I spent the rest of the

3   afternoon with my kids.

4        17.   Even when I am logged into the app, I can decide when and who I am going to pick

5   up. If I do not want accept a ride offered to me through the app, I just do not accept it. I typically

6   use the app in North County of San Diego because there are more customers there than in other parts

7   of San Diego looking for SUV or black car service. I am not restricted to North County and no one

8   has every instructed me to log on only in North County: it is practical business decision that I work

9   where my services will be in higher demand.

10        18.   There are no repercussions for not logging on for a certain amount of time or

11   rejecting a fare through the Uber app. There are a number of times I've decided not to accept a trip

12   offered through the app, and no one from Uber has ever said anything to me on those occasions.

13        19.   When I pick up a passenger I've booked through Uber's app, the customer tells me

14   their desired destination. I then choose the route I will drive to that destination. The route I choose is

15   either guided by a GPS device (which I bought for my business) or my knowledge of the quickest

16   and shortest route possible. Uber's app does not have a navigation function, and Uber has never

17   instructed me or required me to take a specific route.

18        20.   Since I first met with Uber about working with them, I rarely speak to anyone from

19   Uber about anything, except for my wife's former co-worker who first told me about Uber. I have

20   only been to the Uber offices a few times, and I have never been required to attend any sort of

21   meetings. The first time I went to Uber's offices was to pick up the iPhone and take the city

22   knowledge test. I have also been to Uber's offices to exchange my iPhone for an upgrade, pick up a

23   new charger for the iPhone (which Uber offers with the iPhone), and pick-up a new iPhone when the

24   iPhone Uber gave me was not connecting to the Uber network. I have also been to the Uber offices

25   to participate in the Uber promotion for the Golden Globes, and to pick-up toys as part of Toys for

26   Tots. There is no requirement that I ever contact Uber about anything concerning the transportation

27   services I provide.

28        21.   I have never been required by Uber to wear a uniform or conform to a specific dress

code. I like to suits, because I think customers expect a driver of a black SUV to dress well. But, I

4.



1

2   have never been told by Uber that I am required to wear any specific type of clothing.  Coastal

3   Transportation is my business—I can dress however I feel is appropriate.

4       22.     Passengers I book through the app can evaluate my services as a driver by using the

5   passenger version of the Uber app to give me a "star rating" of 1 to 5. Uber sends me updates to

6   inform me of my star rating, but does not independently evaluate my driving or provide instructions

7   on how to improve.

8       23.     I do not have any Uber logos or branding on my car.

9       24.     I bear all the expenses for my business, including gas, oil and brake changes, tire

10  rotations, my TCP license, my airport license, business cards, website, twitter account, and water

11  bottles for my customers.  I deduct business expenses on my tax returns.  I receive a Form 1099 from

12  Uber for the fares I book through the app and I file all of my tax returns related to Coastal

13  Transportation under Coastal's tax ID number.

14      25.     I do not have any employees or helpers right now, but I could hire someone to drive

15  for my business if it made good business sense.

16      26.     I have given this testimony completely voluntarily and without any coercion

17  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

18  that the attorney who discussed this testimony with me is the attorney for Uber and that the attorney

19  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

20  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

21  to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

22  not have to provide any written statement.  I also was specifically told that I could participate in the

23  lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

24  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25

26

27

28

5.

1

2       I declare under penalty of perjury under the laws of the United States of America and the

3  State of California that the foregoing is true and correct.

4       Executed at _San Diego_, California this _1_ day of _July_ 2014.

5

6                               Brett Wilson

7

8  Firmwide:127668262.1 073208.1016

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6.

**DECLARATION OF MATTHEW A. WODZYNSKI**

I, Matthew A. Wodzynski, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Matthew Wodzynkis.  I am 44 years old.  I live in South Bay, Los Angeles County and have lived for 12 years.  I use Uber X.  I have been using the app for approximately six months.  I began driving for Uber because I needed extra cash due to a slowdown in my other business.  My other job is a self-owned promotional products business.  I also use the Lyft app as well, but, in my opinion, Uber's maps and clientele are better, so roughly 99 percent of my driving business is Uber.  Uber doesn't prevent me from using the other apps, so I could use Sidecar as well, but I do not.

3.      Uber is great because it's let me be able to take my two kids to various auditions.  It also lets those who need to get some extra cash to work on their own time without being forced to go wait tables or work at the Gap.

4.      I also like that I can sit at home with my app on while I take sales order for my other job, and when I get a call for a ride I can just step.  Uber lets me work two jobs at once.  As far as finding rides, it's like fishing; you don't want to be where the other fish are.  Uber doesn't dictate my geographic area.

5.      In addition, I have received e-mails from Uber, but these e-mails are usually "hey it's busy now, so if you want to make money now is a good time," but it's never a requirement that I get on the app.  The e-mails never say "Hey you have not been on in a week, you should get your butt up and go drive."

6.      If I wanted to I could sit at a pier or in front of a hotel, but I live in a central location so I can get a wide range of passengers from just sitting at home.  The other day I ordered some food and I got pinged for a ride.  I went over took someone over to Manhattan Beach came back and picked up my food.  It is not like an 8 hour shift I can turn it off after 2 hours if I want or never turn it

---

CLASS MEMBER DECLARATIONS 1232

off.

7.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Matthew Wodzynkis

---

2

DECLARATION OF MATTHEW WODZUNKIS

**DECLARATION OF DAVID WONG**

I, DAVID WONG, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I signed up to drive on the uberX platform in May.  At the time, I was driving with Lyft.  I decided to try Uber because I received an offer from Uber that I would receive $500 if I completed 20 trips in 30 days using the Uber app.  Beyond that, there was no obligation to use the Uber app ever again.  I decided to give it a try.

3.      After I signed up, I could have either downloaded the app directly on my phone or I could use a phone they provided in exchange for a $10/week data fee.  I decided to take the phone Uber offered.  I currently pay $10/week for data usage associated with that phone.

4.      Once I signed up to use Uber, I would typically log on to both the Uber and Lyft apps and wait to receive a trip request.  If a request came from the Lyft app first, I'd log off Uber and use Lyft.  If it came from Uber first, I'd accept that trip and use Uber.  Then, after I completed a trip, I'd log back into the other app and start the process over again.

5.      After the first couple of weeks, it became clear to me that I could make more money using the Uber app more often, so I decided to use the Lyft app less.  This was completely my decision.

6.      I still use the Lyft app from time to time.  For example, yesterday I signed on to Lyft to complete four trips.  I'm completely free to use either app as often or as little as I like.  Uber does not have any say in which app I use.

7.      Uber does not control when I drive.  I can use the Uber app as often or as little as I want.  I decide the hours that I want to work.  Personally, I currently take Mondays off and then drive in the afternoon and evenings the other days of the week.  I tried driving at different times (starting first thing in the morning; starting mid-morning; etc.), but I settled on driving in the afternoon and evenings because it worked best for me.  No one at Uber ever forces me to log into the app at any particular time.

1
DECLARATION OF DAVID WONG

CLASS MEMBER DECLARATIONS 1234

8.      I understood when I signed up to use the Uber app that I was an independent contractor. I never have considered myself an employee of Uber.

9.      I never received any training from Uber. I am also not required to follow a dress code or anything like that. I can wear whatever I want when I drive.

10.     My understanding is that it is not necessary for riders to tip. If riders ask me if they can tip, I tell them that, if they feel they had a good ride, they can tip me in cash, but it is not necessary. When you give good service, people will tip you. Uber does not prohibit me from accepting tips.

11.     My understanding is that Uber has the right to deactivate my account, but only under certain circumstances. For example, if you do not have compliant paperwork (proof of insurance, inspections, etc.) or if your customer rating gets too low. Riders have the ability to rate the service I provide. If my rating falls below the minimum, Uber has a right to deactivate my account. I am aware of the minimum star rating that I need to maintain. My rating is 4.87.

12.     Uber has never required me to provide transportation service in any particular way. It is up to me to decide the best way to provide good customer service and keep my rating high. Uber does not have any input into my rating.

13.     The only time I've ever received any sort of "warning" from Uber was when I did not provide an updated vehicle inspection form. I logged on and the app notified me my account was deactivated. I provided Uber with an updated inspection form and my account was reactivated.

14.     When I'm logged on, I have the right to decline particular trips or even cancel trips if I want to. It's my choice. For example, I've accepted a trip and then realized that I had just passed the highway Exit where the rider was located. It would have taken me more than 10 minutes to go back and pick up the rider, so I just cancelled. I have the right to do that. I understand that I have an "acceptance rating" that I should maintain, but my feeling is that I only log on when I'm ready to drive. If I don't feel like driving, I won't log on or I can just log off.

15.     I know I have the right to hire someone to drive a vehicle for me if I wanted to, but I have decided that it's too much risk to do that. Uber does not limit me in any way from expanding my business.

2
DECLARATION OF DAVID WONG

CLASS MEMBER DECLARATIONS 1235

16.    I pay for all my expenses related to driving.  I file my taxes as self-employed and use a CPA to assist me with my taxes.

17.    I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____
DAVID WONG

CLASS MEMBER DECLARATIONS 1236

1
## DECLARATION OF JOHN WUBBENHORST

2      I, John Wubbenhorst, do hereby swear, affirm and attest as follows:

3      1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except

4   where otherwise indicated, all of the information contained herein is based on my personal

5   knowledge and if called and sworn as a witness, I could and would competently testify hereto.

6      2.      I first started providing transportation services under the Uber platform approximately

7   2 years ago.  I drive on the UberX platform, and have been on this platform since I started with

8   Uber.  Driving on the Uber network is not my only source of income.  I also am a freelance

9   independent musician.  I give private music lessons and workshops, and also earn money with

10  playing gigs with a band both locally and all over the world.  I am also in the process of starting an

11  internet marketing company.  In getting my internet marketing company off the ground, I have taken

12  on various expenses, including classes, tools, and staff.  I am able to cover many of those expenses

13  by providing transportation services on the Uber network.  Driving on the Uber network has allowed

14  me to earn additional income to help support my music and my internet marketing company.

15     3.      Around the time I started driving on the Uber network, I also signed up to drive on

16  the Lyft network.  After a few months of driving for both the Uber and Lyft platforms, I decided to

17  drive exclusively on the Uber network.  I understand that I am free to use other lead generation

18  services such as Lyft, and may even use them simultaneously, but I choose to use the Uber app

19  exclusively.

20     4.      I was also attracted to performing transportation services on the Uber network

21  because of the flexibility.  In my life, schedule flexibility is critical.  Sometimes, a local music gig

22  will come up on short notice, or an opportunity to play a gig out of town or in another country will

23  present itself, so I need to be able to leave at the drop of a hat.  Being able to decide when to perform

24  transportation services and when not to is one of the chief reasons I choose to drive with the Uber

25  network.

26     5.      I am able to make my own hours and work whatever days I want.  It has been critical

27  for me to be able to have this flexibility.  For example, I wanted to take an internet class recently to

28  help with my internet marketing company.  In order to be able to afford the cost of the class, I was

CLASS MEMBER DECLARATIONS 1237

1  able to drive on the Uber network for an entire weekend, and then I was able to use the money I

2  made to pay for the class.

3      6.      I signed up to use the Uber app online.  I submitted my driver's license information,

4  proof of insurance, and pictures of my vehicle.  I also submitted to a background check.  Once I was

5  approved, I came to the Uber office on Mission Street.  Uber provided me with an iPhone with the

6  Uber app already installed.  I was shown how to use the Uber app and was then able to begin driving

7  on the Uber platform.

8      7.      My schedule fluctuates from week to week depending on how I'm feeling and on

9  what else is going on in my life.  For example, if I have a gig or a music workshop in San Francisco,

10 I will schedule my driving time around those events.  Or, I can choose not to drive altogether.

11     8.      I consider myself to be self-employed, and prefer to work as an independent

12 contractor.  I have a past history with self-employment, and prefer this model.  I understood that

13 when I began driving with the Uber network, I would be an independent contractor, and not an

14 employee.  I made sure I understood the terms of my relationship with Uber prior to signing up, and

15 carefully considered the ramifications of being an independent contractor.  Part of the reason I chose

16 to perform transportation services on the Uber network was that I would remain independent and not

17 be an employee.

18     9.      On average, I drive somewhere between 20 and 30 hours per week.  I try to

19 strategically drive at times and in locations where there is surge pricing.  When there is particularly

20 heavy passenger demand, fare prices increase, which is called "surge" pricing.  During the time I've

21 been driving with the Uber platform, I have developed certain strategies so that I can maximize the

22 amount I earn.  I have learned that Sundays are good for consistent fares.  I also try to make sure I'm

23 driving when there is surge pricing because I'm able to make more money in relation to my time

24 spent.  I have learned also that there are often strong surges between 9:00 pm and 10:00 pm on

25 weekend nights in Marin County, so I will sometimes strategically drive in that region during these

26 times.

27     10.     I live in Petaluma, but I generally drive in San Francisco.  Often times, I'll turn on the

28 Uber app when I leave my house and will get one or more fares in Marin County before I make my

2
DECLARATION OF JOHN WUBBENHORST

1   way to San Francisco.

2       11.   The vehicle I use to provide transportation services through the Uber platform is a

3   2014 Toyota Camry.  I leased this vehicle approximately 1 year ago.  In addition to driving for the

4   Uber network, I use this car as my personal vehicle.  I leased this car, in part, because I thought it

5   would be good for providing transportation services.  It is very comfortable, has a smooth ride, has

6   plenty of room for 4 passengers, and is enjoyable to drive.  Also, it gets pretty good gas mileage.  In

7   addition, since my car gets a lot of use, it was important to have a car that is reliable and easy to

8   maintain.  My vehicle has both of these qualities.  I pay for all the expenses associated with my

9   vehicle, including insurance, gas, maintenance, repairs, and tolls.

10      12.   I receive a Form 1099 from Uber for my earnings that I obtain.  I write off my

11  business expenses, including the costs of operating and maintaining my vehicle.

12      13.   I can take breaks whenever I want while I'm driving on the Uber platform.  If I need

13  to run a personal errand, make a phone call, use the bathroom, or just rest, I can just turn off the app

14  and take a break.  Similarly, if I want to give a music lesson over Skype or if I want to stop and get a

15  bit to eat, I am free to do so whenever  I want.  Uber does not limit or control my ability to take

16  breaks in any way.

17      14.   Uber has never required me to "report" to its office, or be in any particular location at

18  any particular time or communicate with them about any subject.

19      15.   I am not required to accept every lead that is generated through the Uber app.  I am

20  free to choose whether to accept any particular fare.  I sometimes choose not to accept fares if I think

21  it will not be particularly lucrative for me.

22      16.   I sometimes receive emails from Uber regarding specific promotions or incentives.

23  They are often helpful, but I am free to either open the emails or ignore them.  Similarly, I am free to

24  accept the promotions or not.   Sometimes I will accept promotions, because they offer the

25  opportunity to make more money, but it's entirely up to me.

26      17.   Passengers I book using the Uber app can rate my services from one to five stars. My

27  current rating is 4.8.  Uber sometimes makes general suggestions on how to maintain a higher "star

28  rating".  However, I am not required to follow these suggestions; I make my own decisions on how

---

3

DECLARATION OF JOHN WUBBENHORST

1  to provide customer service to my passengers.  I sometimes provide water for passengers, but not

2  always.  I also sometimes have my music playing in the car, and have even sold CDs of my music to

3  passengers.

4      18.     Sometimes, I have had passengers that leave me cash tips.  I tell them that tips are not

5  required, but if they insist, I accept them.

6      19.     Uber does not require me to dress a certain way. I usually try to dress in whatever is

7  comfortable, but it is up to me to decide how to dress.  Uber has never said anything to me about

8  dressing differently than I do.

9      20.     When I started providing transportation services on the Uber network, I entered into a

10 licensing agreement to use the Uber app.  In exchange for my use of the Uber app for lead generation

11 services, Uber keeps a percentage of the value of each fare I accept, and I keep the rest of the value

12 of the fare.

13     21.     I have given this testimony completely voluntarily and without any coercion

14 whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

15 that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

16 does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

17 speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

18 to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

19 not have to provide any written statement.  I also was specifically told that I could participate in the

20 lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

21 become a participant in the lawsuit, my interests will be opposed to Uber's interests.

   I declare under penalty of perjury under the laws of the United States of America and the

23 State of California that the foregoing is true and correct.

24 Executed at San Francisco, California this 20th day of May, 2015.

25

26                                        JOHN WUBBENHORST

27

28

----

4

DECLARATION OF JOHN WUBBENHORST

CLASS MEMBER DECLARATIONS 1240

**DECLARATION OF MOGES WYOHANS**

I, MOGES WYOHANS, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I have been getting fares through the Uber app for nearly a year.  I have always driven using the UberX and Uber XL apps.  I drive using a 2012 Toyota Highlander.  I own the car.

3.      When I first started driving using the Uber app I also worked driving a taxi at the airport.  I drove the taxi 8 hours a day every other day and drove using the Uber app the other days of the week.  Uber did not prohibit me from driving a taxi.  Within the last couple of weeks I stopped driving the taxi and now drive using the Uber app on a full-time basis.

4.      The main reason I decided to sign up to use the Uber app was because of the flexibility it provides in the hours I drive.  I want to be able to set my own hours of work and be my own boss.

5.      I drive using the Uber app Monday through Saturday from around 4:00 a.m. until 12:00 or 1:00 p.m.  On weekdays, I log out of the Uber app at 7:00 a.m. to take my kids to school.  I then log back into the Uber app and drive until around 8:30 or 9:00 a.m. when I log out to go get breakfast.  I take a break for anywhere from 30 minutes to 1 hour, depending on when I feel like going back to driving.  After my break I log back in to the Uber app and drive until 12:00 or 1:00 p.m.  Some days I also drive using the Uber app in the late afternoon and going until 9:00 or 10:00 p.m.  It is entirely up to me what days I work and what hours I work.

6.      I will also drive on Sundays after I have attended church if there is some event such as a baseball or football game or some other large event.  Again, I get to set my own hours and determine when I drive and how long I drive.

7.      I have always understood that I am an independent contractor.  I would not have signed up with Uber if I was going to be an employee of Uber.  I am in charge of my work day, including when and where I work.  Uber is not.

8.      I take my expenses in operating my car while using the Uber app as a business

1
DECLARATION OF MOGES WYOHANS

1   deduction on my tax return.

2       9.      Uber does not assign me to a certain geographic area or dictate where I can drive.  I

3   log on to the Uber app when I leave my home in Normal Heights.  I go wherever my trips take me

4   throughout the day.  When I drop a passenger off, I try to get my next ride from the same area.  If

5   there is no one looking for a ride in the area I am in, I will drive to another area where there are

6   passengers looking for rides.

7       10.     I understand that I am also allowed to use other driver/passenger services, such as

8   Lyft and Sidecar, while I am logged on to Uber.  I recently submitted an application to drive for

9   Sidecar.  I am still waiting for approval.  Once I am approved, I will drive using both Sidecar and

10  Uber at the same time.

11      11.     I am able to decline any leads that are pushed my way. I typically only decline a lead

12  if I am driving on the freeway and have already passed the exit that will take me to the address

13  where the passenger is waiting.  I decline those leads because I am worried I will be late to the

14  pickup if I have to drive to the next freeway exit and turn around and come back and pick up the

15  passenger.  Other than that situation, I have never declined a lead for a passenger.

16      12.     Uber has a star rating system for drivers.  The ratings come from my passengers, and

17  as far as I know, Uber itself does not give me a rating.

18      13.     I have never been notified that my access to the Uber app is in danger of being

19  terminated for poor ratings or anything else.

20      14.     After $1.00 is deducted from each fare, I get 80% of each fare that I book through

21  Uber. The fares are all-inclusive, but do not include tips.  My understanding is that I can accept tips

22  if they are offered.  From time-to-time passengers have offered to give me a tip.  Whenever that has

23  happened I have always politely declined and told the passenger that it is not necessary to tip me.

24      15.     I have given this testimony completely voluntarily and without any coercion

25  whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

26  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

27  does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

28  speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

MOGES WYOHANS

Firmwide:133823329.1 073208.1016

---

3

DECLARATION OF MOGES WYOHANS

MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS (SBN 179751)
STEPHEN L. TAEUSCH (SBN 247708)
CAITLIN V. MAY (SBN 293141)
One Market, Spear Street Tower
San Francisco, California 94105
Tel: 415.442.1000
Fax: 415.442.1001
rhendricks@morganlewis.com
staeusch@morganlewis.com
cmay@morganlewis.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, THOMAS
COLOPY, DAVID KHAN, MATTHEW
MANAHAN, WILSON ROLLE, JR, and
WILLIAM ANDERSON, individually and
on behalf of all others similarly situated,

        Plaintiffs,

        v.

UBER TECHNOLOGIES, INC.,

        Defendants.

Case No. CV 13-3826-EMC

**DECLARATION OF ALI YALDIZ**

Complaint Filed: August 16, 2013
FAC Filed: May 30, 2014

I, Ali Yaldiz, hereby declare as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I first learned about Uber about two years ago, towards the end of 2012. At the time, I owned a restaurant called Tuba on Guerrero Street in San Francisco, and one of my cooks was driving taxi cabs part-time. One day he told me about Uber's app. I was interested in what I heard as a potential new business opportunity and wanted to learn more.

3. At the time that I learned about Uber, I was financing a 2011 Toyota Camry. I called Toyota and told them that I wanted to use my car as a commercial vehicle. Toyota changed my registration to a commercial Class A license. Then I got a City of San Francisco business license, a CPUC permit, and an airport permit—all that the things I needed to set up my own transportation business. My transportation business is called Hazal, Inc. d/b/a Yol Limo. I am from Turkey, and in Turkish, "yol" means "road." Hazal is my daughter's name. Yol Limo has a website, yollimosanfrancisco.com, and I also have business cards that say "Yol Limo" on them.

4. Once my business was set up I called Uber to sign up to use the app. I went to Uber's offices and I met with an Uber employee in San Francisco. I took a road knowledge test, which consisted of about 40 questions regarding city knowledge, like the location of certain hotels and one-way streets. I took about 20 minutes to complete the test, and passed. Then I watched a video about using the Uber app. The video included directions for using the app, and also suggestions about things like keeping the car clean and providing good customer service. After I completed this process, Uber provided an iPhone pre-loaded with the Uber app, I accepted the licensing agreement governing my use of the app, and I was able to start using the app to generate leads for passengers on behalf of my business.

5. I have always understood that Uber was not a transportation company, but a technology company that developed a mobile application that transportation companies and drivers can use as a lead generation tool.

1.

1       6.    After about one month of using the app, I was able to start growing my business.

2   First, I bought a Lincoln Town Car for me to drive, and I hired a driver to drive my Camry.  When

3   the UberSUV platform launched in San Francisco about four months later, I bought an SUV, which I

4   drove, and I hired a second driver to drive the Town Car.

5       7.    I drove one of my vehicles for about 13 or 14 months.  I then stopped driving because

6   my business was growing so fast, and I needed to focus on managing my company.  I have only

7   driven once this year, during the Outside Lands Festival because it's so busy during that weekend

8   that it was more profitable for me to drive than to spend my time managing the operations.

9       8.    I've had an Uber account for almost 2 years now, and my business has really

10   expanded.  Now, I have 41 cars and about 50 drivers.  I have 20 SUVs, 10 black cars, and 10 cars I

11   use on the uberX platform, and I just brought one new UberXL vehicle.  My goal is to get to 50 cars

12   this year.

13       9.    In addition to my transportation business (and restaurant), I also have a gas station,

14   Stars Gas, in San Francisco with a mechanic shop, located at 2831 Cesar Chavez Street.  I set up the

15   gas station about 3 months ago.  I also own a parking lot in the city named SOMA Park that can fit

16   about 200 cars.  I also own another restaurant called Park Gyros, which I established in 2006.

17       10.    Yol Limo provides services primarily using the Uber app, but maybe once a day I get

18   a request for a pick-up through word of mouth referrals.

19       11.    It is my business decision to use my vehicles and personnel primarily to book

20   passengers using the Uber app.  Uber does not require me to use the app any specified amount of

21   time, but it is my preference to use Uber because it is my opinion that my business makes more

22   money using the app rather than doing more "non-Uber" fares.

23       12.    I've always understood that it's my responsibility to pay the expenses associated with

24   my business.  I pay the domain fee for Yol Limo's website, and I pay for the business cards.  I also

25   pay for the commercial insurance on each of my vehicles.  Each car has commercial insurance

26   coverage for up to $1 million because that is the requirement to maintain an airport permit.  I also

27   pay the fees to maintain my business's operating permits (TCP numbers and airport permits).

28

2.

13.     The drivers who use Yol Limo's vehicles are all independent contractors.   When a driver completes a fare through the Uber app, the payment goes directly to me and then I pay the driver a percentage of that fare.   The percentage is set by my drivers and me.   The independent contractors I use can make as much as $10,000 per month just with trips booked using the Uber app.   The payment arrangement is the same for trips that passengers book directly with Yol Limo—I receive the fare and pay the independent contractors an agreed-upon percentage.   The drivers are responsible for paying for gas for the vehicles they use.

14.     I employ 4 fleet managers and 2 administrative managers.   The managers work from 9 a.m. to 7 p.m.   The fleet managers manage each driver's availability, answer drivers' questions, and handle things like payment and bills.   Yol Limo has an office at the parking lot, where we provide free drinks and snacks for the drivers.

15.     The drivers work in different shifts.   Some of the drivers have deals with my company where they can have 24-hour use of the vehicles, but this varies from driver to driver.

16.     Each driver has to sign an agreement with Yol Limo regarding the percentage of the fee they will receive.   The agreement also provides that a driver can be terminated for doing a private job using one of our cars without giving us notice.   I hire drivers who have a clean driving record.   Each time we hire a driver, I send them to Uber to obtain access to the app under Yol Limo's account.

17.     Uber doesn't assign shifts or schedules, and Uber has never told me what the drivers should wear, or when or where they should be logged on.   Occasionally, I get emails from Uber with customer service suggestions, but I don't pay too much attention to those suggestions, many of which I don't agree with.   For example, Uber recently sent an email suggesting that the areas around the San Francisco Pride Parade would be busy.   I disregarded this email because I did not think it would be profitable for Yol Limo's drivers to work in this area of the city.   My company does things my way.   I talk with the drivers and tell them how they can make more money.   Also, the drivers get experience when they work, so they figure out for themselves how to make more money, what routes to take, how to greet passengers, and things like that.

3.

18.     Generally, I ask the drivers I use to wear something nice if they are driving one of the black cars. If they are using a car to book passengers on uberX, they can wear anything they want. This is my preference for my business, not a requirement imposed by Uber.

19.     Once a week, Uber pays Yol Limo all fares its drivers have completed, minus its licensing fees. Uber takes 25% of the fares for UberBLACK as a licensing fee; 30% for UberSUV; 28% for uberXL; and 20% for uberX.

20.     The agreement I signed with Uber specifically provides that the fare is meant to be all-inclusive. I know that it's meant to be cashless and the fare is the full amount of money I'm entitled under my agreement with Uber.

21.     When I was driving and using the Uber app, I sometimes received tips from riders. I would tell the passenger that the fare is intended to be all-inclusive and that cash tips are not necessary. If the passenger insisted, then I would accept. In my experience, if a driver is nice and courteous to a passenger, the passenger will sometimes give an extra cash tip. When I drove recently during the Outside Lands Festival, I did about 10 trips and I got tips from about 3 of the passengers.

22.     Sometimes I use the Uber app as a passenger, and I've sometimes tipped drivers when I receive especially good service. Also, I live in Burlingame and I use UberBLACK to get to the airport, which is a very short drive, so I like to tip the driver because it's such a short drive.

23.     When I have a pick-up arranged directly with Yol Limo, I charge the passenger's credit card using the Square device for the iPhone. On Square, there is an option to include tip, but the passenger has the option to determine whether to tip and the amount of tip. It varies a lot depending on the passenger.

24.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that the attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

4.

1    not have to provide any written statement.  I also was specifically told that I could participate in the

2    lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

3    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

4         I declare under penalty of perjury under the laws of the United States of America and the

5    State of California that the foregoing is true and correct.

6         Executed at _130 Vermont_ California this _16_ day of ___October___ 2014.

7            San Francisco C.A

8             94110                  Ali Yaldiz

5.

### DECLARATION OF BABAR YASIN

I, Babar Yasin, hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a self-employed businessman.  I have a start-up that is about two years old and which I am currently developing.  I probably work about 40 hours a week on my business.  I started driving using the Uber app in January 2015 to make extra money.  I drive on the uberX platform.  I probably spend about 40 hours a week driving logged into the Uber app.  I drive when I want to. There are no set rules for me – if I want to take a day off, it is my choice.

3.      I provide transportation services via my Toyota Prius, which I lease from a company called Breeze.  I began to lease the Prius so I could use the Uber app to start my own transportation business.  I have developed a strategy to maximize my profits when driving using the Uber app. First, many of my passengers like my Prius because it is a "green" car and have made comments implying that they appreciate me driving it because it is better for the environment.  Second, I have found that certain hours of the day are busier and more profitable, and so I try to drive during those hours to the extent possible, subject to what is going on with my technology business.  Third, I provide complimentary gum, napkins and phone chargers for passengers' use.  Fourth, I wear business casual to appear more presentable and professional to my customers.  In the end, I am very respectful of my passengers.

4.      Uber never assigns me a territory in which to work.  I have full discretion in where and when I drive.  Nor does Uber require me to drive a minimum number of hours a week.  Again, the number of hours I decide to drive is entirely my decision.  However, sometimes the Uber app provides surge pricing for particular areas or for certain events.  I view this offering as a business opportunity for me to accept or deny, based on whether it makes business sense for me at the time. Uber does not force me to attend these events or make me drive in certain areas.

5.      I am free to accept or decline passenger requests generated through the Uber app.  I tend not to, because if I am there an open for business, then I want to make money and I will accept

1
DECLARATION OF BABAR YASIN

1    the requests.  If I am not open for business, I log out of the app.

2        6.     I have thought about signing up with another app, like Lyft.  However, the Uber app

3    lets me get sufficient business for now.  If that changes, I might sign up for Lyft.  Uber does not

4    restrict me from engaging in another occupation or business, as evident by the fact that I have my

5    own business and could use Lyft if I want to do so.

6        7.     I got approval to use the Uber app by submitting paperwork online, such as my

7    driver's license and registration.  After the paperwork went through and I was approved, I went

8    through an onboarding process, which was very brief.  I remember watching a short video that

9    offered suggestions about how to maximize my use of the app and get along with customers.  To be

10   honest, I don't recall any of the actual suggestions.  I remember when watching the video that I

11   already knew about all of Uber's tips because they were so obvious and I would have followed them

12   anyway.  That being said, Uber has never told me that I needed to follow these suggestions.

13       8.     The Uber app lets me use a star rating system, where I rate the passenger and the

14   passenger rates me on a scale of 1 to 5.  Passengers determine the rating – Uber has no say into how

15   I am rated.   My current rating is 4.8.  I have not adopted any suggestions offered by Uber on how to

16   improve my rating because I do not need them.  Based on my background, I know how to treat

17   people and don't need anyone or any company telling me how to do so.  If someone does not know

18   how to treat someone, that person should not have their own transportation business.

19       9.     I receive emails from Uber about once a week informing me of upcoming events or

20   leads.  I have the power to ignore their suggestions - and I often do.

21       10.    I incur expenses for gas, my lease, insurance, food supplies for customers and

22   maintenance.  I keep track of these expenses and plan to report them as my business expenses when

23   taxes come due.  Uber informed me during the onboarding process that I will receive a 1099 Form.

24       11.    Uber told me that tips are not included in the fare and that Uber does not encourage

25   tips, but we can accept them as long as the passenger knows they are not mandatory.  I know I can

26   accept tips, but I believe the value of using the Uber app is not having any cash exchange hands, so I

27   normally decline tips when they are offered.

28       12.    When I began using the Uber app, I knew that I would be an independent contractor.

---

2

DECLARATION OF BABAR YASIN

1    I would not have used the Uber app if it required me to become an employee.  An actual job is

2    restrictive and prevents me from doing what I want to do, whether that is taking a day off or working

3    on my technology business.  If I understood my work with Uber was to be an employee position, I

4    would not have joined.

5         13.    I have given this testimony completely voluntarily and without any coercion

6    whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

7    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

8    does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

9    speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

10   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

11   not have to provide any written statement.  I also was specifically told that I could participate in the

12   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

13   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

14        I declare under penalty of perjury under the laws of the United States of America and the

15   State of California that the foregoing is true and correct.

16        Executed at San Francisco, California this 19th day of May, 2015.

17

18                                         _____

                                           BARAR YASIN

19

20

21

22

23

24

25

26

27

28

---

                                    3
                        DECLARATION OF BABAR YASIN

CLASS MEMBER DECLARATIONS 1252

### DECLARATION OF MILLION YIRGU

I, Million Yirgu, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      My name is Million Yirgu.  I am a 40 year old male.  I currently live in Chino, Ca.  I drive using UberX.  I work directly with Uber.  I have been using the Uber App for approximately one year.  I own the car that I drive with Uber.

3.      I work as a grocery cashier part-time and drive with Uber on my days off.  I mostly drive using the Uber App on the weekends, Friday through Saturday.  I usually drive in the mornings and after 6 p.m., but often drive all day on Saturday and Sunday.  I like to drive in the morning because it is busier between 6 a.m. and 2 p.m. and then again in the evening after 5 p.m.  I drive wherever customers take me.  I usually start around the Ontario Airport because it's busy and then just go where passengers take me.  Every week Uber sends out suggestions about what territories will be busy.  I follow those sometimes.

4.      On a normal day, I start driving around where I live in Chino and often end up driving around Ontario, Rancho Cucamonga, Claremont, and also to Los Angeles.  When I drive around the Inland Empire, you have some people who will not drive very far and it won't be as busy.  Sometimes people will change their mind and cancel the trip and you have to wait a long time to get another customer.  For example, sometimes I will wait an hour for a request.  I like driving around Los Angeles better because you get more requests and you don't have to wait to pick up passengers.

5.      I drive a lot of people from out by Chino to LAX.  I like using the Pool system because I get a lot of customers who need a ride to the airport and it's a long trip so it is cheaper for them.  The customer is more happy when they can share the ride and I like for the customers to be happy.

6.      I have some customers who get lost and I try to help them.  For example, I will take them to where they requested, but when they realize it is the wrong place I won't just leave them

---

1

DECLARATION OF MILLION YIRGU

1   there. I will turn the App off and take them to where they need to go. This happens a lot with the

2   college students in Claremont. Last week I had a young guy who took the train to Pomona, but was

3   trying to go to West Covina. He put the wrong address in the App and was upset because it was

4   surge pricing and the trip cost him around $20. He was trying to go to his friend's house, but put in

5   an address that was on the opposite side of the neighborhood. I ended the trip when we got to the

6   original address he requested, but then I helped him find the correct address. I didn't want to leave

7   him in the middle of the neighborhood because he was from Chicago and not familiar with the area. I

8   called his friend and he gave me directions and I drove the passenger to where he needed to go, but

9   did not charge him. I never like to just leave a passenger somewhere if they are lost and I want to

10   make sure they are happy.

11        7.    I also try to make the customers happy to get a good rating. I give customers water

12   and gum, ask them what routes they like, and play the kind of music they like. I also have a hookup

13   where they can connect their phone and play their music, this is good for long trips. I also provide

14   free wifi in my car. I use a T-Mobile hot spot. It was my idea to get wifi because customers like it,

15   especially on the long trips. I also talk to my customers to see what they like.

16        8.    Some customers ask if the App has a tip and I tell them no. Some customers give you

17   cash and if they insist I take it.

18        9.    When I'm driving I'll take breaks every two hours or so. I usually take breaks for

19   lunch or coffee and will sometimes read a book. I take breaks depending on how busy I am. I like

20   Uber because you can adjust when you're driving around your schedule. For example, when I have

21   things to do with my job or my family, I can drive around it. I like to have my own schedule that I

22   can adjust. You don't have to listen to requests from your boss.

23        10.    I also use the Lyft App. I start both Apps at the same time, but I mostly drive Uber

24   passengers. I have a different phone for Lyft. I will pick up whichever passenger that I get a request

25   from first, but I get more requests when I use the Uber App.

26        11.    When I file my taxes I use the 1099 form and indicated that I am self-employed. I also

27   include expenses from driving in my taxes, such as mileage, maintenance, and gas. I take the

28

---

CLASS MEMBER DECLARATIONS 1254

1   standard mileage expense.

2       12.    I have given this testimony completely voluntarily and without any coercion

3   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

4   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

5   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

6   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to

7   provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not

8   have to provide any written statement.  I also was specifically told that I could participate in the

9   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

10  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13

14      Executed at Los Angeles, California this 26th day of May, 2015.

15                                     _____

16                                     Million Yirgu

17

18

19

20

21

22

23

24

25

26

27

28

CLASS MEMBER DECLARATIONS 1255

**DECLARATION OF TEDROS YOHANNES**

I, Tedros Yohannes, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I was born in 1974.  I currently live in Oakland, California, in Alameda County.

3.     I work as a parking lot attendant and cashier in San Francisco.  I work as a parking lot attendant and cashier from Monday through Friday, from 5:00 a.m. to 1:30 or 2:00 p.m.  I have had this job for almost eight years.

4.     I started using Uber a few months ago to make some more money for my growing family.  My wife is currently pregnant.  I drive a 2008 Toyota Siena for both UberX and UberXL, though I am considering switching to UberXL exclusively.  My wife also occasionally works as an Uber driver.

5.     I have used the Lyft app once.  Uber has never told me that I cannot use Lyft or other apps to find passengers.

6.     I typically use the Uber app on Friday and Saturday nights.  Sometimes I will drive for eight hours.  Sometimes I will drive for only one hours.  There is no schedule.  I decide when I drive and how long I drive.  Uber has never told me where to drive or when to drive.  Uber has never told me I need to work at certain times.

7.     I display an Uber sticker in my car.  I display an airport sticker as well.

8.     I have never negotiated a fare or requested a fare adjustment.

9.     I previously used an iPhone provided by Uber to use the Uber app.  I now use my personal iPhone to use Uber.

10.     My current star rating is 4.62.

11.     I communicate with Uber rarely.  I have been to the office twice and I receive emails from Uber occasionally.

12.     I have only received a tip one time while driving for Uber.  I have never asked for a tip.

1
DECLARATION OF TEDROS YOHANNES

13.     Uber has never told me when and where to get gasoline for my car.

14.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of May, 2015.

_____
Tedros Yohannes

2
DECLARATION OF TEDROS YOHANNES

**DECLARATION OF NAVEED ZAFAR**

I, Naveed Zafar, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am from Pakistan and am running an animation studio start-up there for animation in advertising and marketing.  I spend 4 to 5 months in the United States every year—I've been doing this off and on for two years.  I used to live exclusively in the United States and I worked in the technology industry, but a couple years ago, I decided to spend more time in Pakistan because I was the only one in my family that was living here.

3.      When I first came to the United States, in 2007, I would work on the weekends as  a taxi driver for Yellow Cab.  I would have to pay the rental fee on the cab each day that I would drive it, which was around $100, plus whatever I used in gas (the rest I would keep).  The customers would pay for the tolls, but I would have to pay for any cleaning or any tickets.  If I wanted to cancel, and did not provide Yellow Cab without enough notice, I would still have to pay the rental fee. I did this for about a year, but when my technology job got more stable, I stopped doing that.

4.      When I'm United States, I work on retainers with American clients and try to generate business for my start-up.  When I have spare time, I log on to the Uber app and drive to make some money.  Uber has nothing to do with my start up and has no say on whether or not I can do other work.

5.      I first heard about Uber at least two years ago, maybe more.  It was around the same time I made the decision to split my time between the U.S. and Pakistan, and in fact, was one of the factors that made the decision for me easier.

6.      I signed up for Uber before leaving for Pakistan, just to make sure that it worked and that I would like it.  A few days later, I left for Pakistan for a 4 or 5 months.  I let Uber know that I was going to Pakistan, so that my account wouldn't be affected.  And every time I come back from Pakistan, I let Uber know.

7.      When I first signed up, I went to a training on how to use the app.  It also covered

1
DECLARATION OF NAVEED ZAFAR

1   some information about social interactions with passengers—most of that stuff is common sense

2   though. I also received an iPhone preloaded with the Uber app. I did not have to pay a deposit. At

3   the time, there was not data fee, but now I pay about $40 a month.

4       8.    I drive pretty much every day (when I'm in the U.S.). I drive about 60 or 70 hours a

5   week. Uber does not require that I drive that often; it's entirely up to me. It's my understanding that

6   the California transportation agency has a rule limiting driving to 10 hours a day, so I try to stay

7   under that—but either way, I take lots of breaks throughout the day, to go home and eat and relax or

8   run personal errands, so it's not an issue for me.

9       9.    I am licensed to use the Uber and Lyft apps to generate fares, but I prefer the Uber

10  app and use it more often. I use the Lyft app maybe once a month when I am in the US. I think the

11  Uber app has more users which means more business for me, and also because I think the passengers

12  are a little easier to interact with. Uber has no restriction on whether or not I can use Lyft. Most of

13  the drivers I know use Uber and Lyft, and many also use Sidecar.

14      10.    I like using the Uber app because it's so flexible. I can make the hours however I

15  want, and whenever I don't want to work anymore, I can log off and go home. Whenever I'm in the

16  U.S., I don't have to look for a project or a part-time job, I just use the ride-sharing apps.

17      11.    I drive a 2010 Ford Fusion that I use on the UberX platform. I own my car, and it's

18  paid off.

19      12.    When I'm in the U.S., I live in San Bruno, but I mostly drive in San Francisco. Uber

20  does not require that I drive in a certain neighborhood. I used to live in San Francisco, and in my

21  experience, most of the business is in the city, so that's where I go.

22      13.    When I am driving, I wear whatever I want to wear. Uber doesn't have any

23  restrictions on that; it's your own thing.

24      14.    I display the Uber logo on my car when I'm driving for Uber—it's easier for

25  passengers to find me.

26      15.    I wash my car twice a week. I have a black car, so it needs to be washed often. Uber

27  has no say on how often I wash my car; it's all on me.

28      16.    I don't usually open doors for my passengers—there is no parking in the city and it's

CLASS MEMBER DECLARATIONS 1259

1   unsafe to get out of the car. If there is an elderly passenger or someone with luggage, then of course

2   I will help. That's a decision I make on my own. Uber just expects drivers to be nice to people—I

3   don't think that's asking a lot or a major "requirement."

4       17.    In the beginning, I would provide water and sometimes snacks. But I don't provide

5   those things anymore. It just got to be too expensive. Uber has never required that I provide

6   anything.

7       18.    When I'm driving, I incur expenses like maintenance, car depreciation, gas, and

8   insurance. For tax purposes, I treat myself as self-employed. This year, I deducted most of these

9   things on my tax returns. I usually pay by my credit card, so I can find that information out by

10  reviewing my statements and I give that information to an accountant.

11      19.    In the Uber app, there is no tipping at all. It's the cheapest ride you can get in town,

12  and there is no tip in it. I definitely understood that when I signed up. When a passenger offers me a

13  tip, I say that I prefer not to receive a tip. But if they insist, then I keep the tip. I believe the

14  maximum I've ever received is $10. I probably get a tip maybe once or twice a week. When I get a

15  tip, I think that it's because passengers feel like they had a good experience.

16      20.    I have given this testimony completely voluntarily and without any coercion

17  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

18  that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

19  does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

20  speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

21  to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

22  not have to provide any written statement. I also was specifically told that I could participate in the

23  lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

24  become a participant in the lawsuit, my interests will be opposed to Uber's interests.

25  //

26  //

27  //

28  //

---

3
DECLARATION OF NAVEED ZAFAR

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.

3    Executed at San Francisco, California this 19 day of May, 2015.

4                                                        _____

5                                                              NAVEED ZAFAR

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4
DECLARATION OF NAVEED ZAFAR

### DECLARATION OF HOOMAN ZAHEDI

I, Hooman Zahedi, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am 45 years old.  I live in Winnetka, Los Angeles, California and I have lived there for 6 years.

3.      I began using the UberX and UberPlus platforms for fares in January 30, 2015.  I stopped using UberX at the end of February 2015.  I still currently use UberPlus.

4.      I am also a Realtor, which is a full-time position.  As a Realtor, I am an independent contractor.  I work approximately 50 hours a week as a Realtor.

5.      I own a 2015 Lincoln MKX, which is the vehicle I use when driving customers for UberPlus.

6.      When I provided rides through UberX, I worked every day of the week, Monday through Sunday.  However, I learned that Friday and Saturday nights are the busiest, so I now only provide rides through UberPlus on Friday and Saturday nights. On Friday and Saturday nights, I provide rides for 6 to 7 hours on average.  Some nights I only provide rides for an hour while other nights I will provide rides from 5:00pm to 2:00am or 3:00am.

7.      I signed up with Lyft today but have not yet been approved as a driver.  Uber does not restrict me from using other apps like Lyft or Sidecar.

8.      Uber does not assign me a territory.  I like this because you get to choose where you want to provide rides.

9.      I am free to accept or decline leads generated through the Uber app.  I have canceled ride requests because the customer asked me to pick him up from Los Angeles International Airport, which I am not permitted to do because I do not have a commercial driver's license, and because I could not locate the customer.  Uber has never suspended or threatened to suspend my account because I did not accept enough ride requests.

10.     Uber is just a facilitator for drivers and passengers.  Uber merely connects a driver

1
DECLARATION OF HOOMAN ZAHEDI

1    and a passenger.  Uber does not dictate what the drivers should do and when they should work.

2        11.     Drivers like me are independent contractors and I wish to continue to be an

3    independent contractor.

4        12.     One of the primary reasons I provide rides through UberPlus is because of the

5    freedom and flexibility it provides.  Uber does not set my work schedule.  Uber does not require me

6    to log into the app for a minimum amount of time.  Uber has never suspended or threatened to

7    suspend my account for not spending enough time logged into the app.  Uber does not restrict me

8    from engaging in another occupation or business.

9        13.     Before I was approved as a driver for Uber, I downloaded the Uber app and answered

10   a series of questions.  I then went to Uber's inspection site and submitted a copy of my driver's

11   license, registration, and car insurance to Uber.  My car was then inspected at the inspection site.

12   Uber explained that it was going to conduct a background check on me and it would send me an

13   email to let me know whether I was approved.  Uber subsequently sent me an email and informed

14   me that I was approved and that I could start driving passengers.

15       14.     A few weeks after I began driving passengers through Uber, I watched an Uber

16   training video but I do not recall what was communicated through the video.  I decided to watch the

17   video because a friend who also provides rides through Uber told me to watch it.

18       15.     I have not received suggestions from Uber on how to treat customers.  It is common

19   sense on how to treat customers and how to keep them happy.  I keep my customers happy by

20   driving safely, by asking them if they have a favorite route, by asking them if the temperature in the

21   car is acceptable, and by allowing them to connect their phone to my radio so they can play their

22   music, which are all my own ideas.  Uber has never told me that my account would be deactivated

23   for failing to follow Uber's suggestions.

24       16.     After a ride is completed, the passenger has an opportunity to rate the drivers.  My

25   star rating is determined entirely by the passengers, which Uber has no control over.  My current star

26   rating is 4.86, which I think is high.  To improve my star rating, I drive safely, ask customers if they

27   have a favorite route, ask them if the temperature in the car is acceptable, and allow them to connect

28   their phone to my radio in order to play their music, which are all my own ideas.

CLASS MEMBER DECLARATIONS 1263

17.     Drivers can receive a high star rating without following Uber's suggestions.  If drivers follow common business practices and treat customers well, they can get a high star rating. Also, I believe passengers provide ratings randomly.

18.     I rarely communicate with Uber.  When I began providing rides through Uber, I emailed Uber about whether there is a way to switch back and forth between UberX and UberPlus. Uber responded.

19.     When driving customers through Uber, my expenses include gas and car maintenance.  I pay for these expenses out of pocket.  I generally do not keep records of my business expenses.

20.     Uber has not communicated anything to me about tipping.  I have received cash tips from customers but only on two or three occasions.

21.     When I provide rides through Uber, I take rest breaks during the day to go to the bathroom, stretch my legs, take personal calls, and to relax.  I generally take breaks every 3 to 4 hours.  The breaks are average 10 minutes.  I am not logged into the Uber app while on a rest break. I decide when I take rest break, the length of my rest breaks, and what I do during my rest breaks.

22.     Uber has never told me to drive for a certain amount of time before stopping for a rest break.  Uber has never told me not to take a break.  Uber has never interrupted any of my breaks.

23.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

3
DECLARATION OF HOOMAN ZAHEDI

1

2    Executed at Los Angeles, California this 26th day of May, 2015.

3                                                   _____

4                                                   HOOMAN ZAHEDI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

DECLARATION OF HOOMAN ZAHEDI

### DECLARATION OF SAM ZAKARIA

I, SAM ZAKARIA, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I am 41 years old currently reside in El Cajon, California in San Diego County.  I provide UberX services through the use of a 2015 Honda Pilot, which I own.  I use this vehicle for personal use as well as when I use the Uber App.  I started using the Uber App in approximately January 2015 and am still using the Uber App.

3.     I am a self-employed in providing technical support for restaurants.  I provide these technical support services on a full-time basis.  I derive approximately 10-20% of my income from use of the Uber App, but that is the beauty of using Uber, that I get the flexibility.  When I drive using the Uber App I consider myself to be driving for myself.

4.     My strategy in using the Uber App is that I usually go downtown, where the busy areas are, and sometimes just go wherever business takes me.  Uber does not decide the territory in which I use the Uber App.  I do not have a preference on time and day that I use the Uber App, but instead use Uber when it is convenient to me.

5.     At the same time that I signed up for Uber I signed up to use Lyft, that is in January 2015.  At that time I used Uber and Lyft at the same time.  Uber has never restricted me from simultaneously using the Lyft App.  However, I find that Uber is busier and therefore I personally choose not to currently use Lyft.  I also find the Uber App more user friendly and therefore choose to use Uber.

6.     I choose whether to accept or decline leads generated through the Uber App.  Uber has never suspended or threatened to suspend my account because I chose to decline leads.

7.     I log onto Uber when I have extra time or when I need extra money.  For example, two weeks prior to signing this declaration I have not used the Uber App at all because I have been too busy.  When my personal schedule is more reasonable I like to use the Uber App from 2a.m. through 6a.m.  The use of the Uber App does not interfere with my own business because I get to

CLASS MEMBER DECLARATIONS 1266

1   dictate and decide when I use Uber. Uber has never required me to log onto the Uber App for any

2   minimum amount of time and Uber has never suspended or threatened to suspend my account for not

3   being logged into the App for a certain period of time.

4         8.      The main reason I decide to start using the Uber App is because of the flexibility.

5         9.      When I first joined Uber I really enjoyed the onboarding experience. I loved how

6   professional the application was and how accurate it was and it made me choose to use the Uber

7   App. Uber provided me with videos to watch concerning what things I could do to make the

8   passenger's ride more enjoyable.  Uber did not require me to watch these videos, but I chose to

9   watch them. I have followed the suggestions Uber provided for in the videos such as keep the car

10   clean, do not turn on the App unless you are ready to drive, greet the passenger, keep the car

11   smelling good. I was not required to follow these suggestions and the suggestions were not anything

12   I would not have done otherwise. My car is like my home, it is my image, and I take personal pride

13   in how my car appears for passengers. Uber provides me via text and email positive feedback as to

14   how I can make more money. For example, the texts and emails will include information about what

15   events are happening in San Diego County so that I can choose whether I would like to use the Uber

16   App at that time. However, I rarely contact Uber and have only done so a few times via email when

17   I have had technical issues.

18         10.     Uber does not require me to wear any specific attire when I use the Uber App. I

19   choose to dress casually.

20         11.     I currently have a star rating of 4.83, which I consider a high rating. I understand that

21   the star ratings are determined entirely by passengers. Uber currently has no control over whether

22   passengers choose to rate me or not or how they choose to rate me.

23         12.     I understand that Uber does not take tips for drivers through the Uber App. Uber has

24   never communicated to me that I could not take tips from passengers. From my understanding of the

25   Licensing Agreement with Uber there is nothing stopping me from accepting tips. In fact, I receive

26   tips from passengers all the time.

27         13.     Before I began using the Uber App I was presented with a Licensing Agreement from

28   Uber. I understood that pursuant to the terms of the Licensing Agreement with Uber I would be an

CLASS MEMBER DECLARATIONS 1267

1     independent contractor and I intended to be an independent contractor by entering the Licensing

2     Agreement. I wish to continue to be an independent contractor because of the flexibility it gives me.

3           14.     When I use the Uber App I turn off the app and take breaks whenever I want to. I

4     take breaks to go on Facebook, check emails, and respond to emails for my business, among other

5     things. What I like about Uber is that there is no commitment. I have a reasonable opportunity to

6     take breaks because Uber does not regulate when I take breaks. And if I wanted to a meal break I

7     could take it any time and for as long as I want. Uber has never told me not to take a break and has

8     never restricted when or where I could take my breaks.

9           15.     I have given this testimony completely voluntarily and without any coercion

10    whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

11    that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

12    does not represent me or the individuals who brought the lawsuit. I understood that I did not need to

13    speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way

14    to provide this declaration. I was specifically told that I did not have to be interviewed and that I did

15    not have to provide any written statement. I also was specifically told that I could participate in the

16    lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever

17    become a participant in the lawsuit, my interests will be opposed to Uber's interests.

18           I declare under penalty of perjury under the laws of the United States of America and the

19    State of California that the foregoing is true and correct.

20           Executed at San Diego, California this 2̶6̶ day of May, 2015.

21

22                                  SAM ZAKARIA

23

24

25

26

27

28

<hr>
3
DECLARATION OF SAM ZAKARIA

CLASS MEMBER DECLARATIONS 1268

### <u>DECLARATION OF TODD ZEIDNER</u>

I, Todd Zeidner, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I am a 53 year old male.  I currently live in Covina, Los Angeles County, California.  I have lived there for five or six years.

3.      I am an UberX driver.  I have been using the app since August 2014, and I still use the app today.  I do not have another regular occupation, although I do do some self-employed handyman work on the side.

4.      I pay my own taxes as a self-employed person.  I receive a Form 1099 from Uber.  I understand that I am an independent contractor, not an employee.  I love being an independent contractor because I set my own hours, and do not answer to a boss.  I like my independence.

5.      I save all my receipts for expenses related to driving with Uber.  For example, I save all my gas receipts.  I claim these expenses as deductions on my tax return.

6.      I work during the day.  I'm a day person.  Sometimes I work 6 or 7 days a week.  I do not drink and don't like dealing with drunk people, so I don't drive at night.  Sometimes I start at 7 or 8 a.m., sometimes 5 or 6 a.m.  My schedule varies every day.  I get to decide when to work.  No one else decides for me.

7.      Sometimes I drive for 5, 6, 7, 8 hours a day.  Sometimes for a shorter time.  It depends on how the day is going.  I usually take a break during my shift, get out of the car and stretch, maybe get some food to eat.  You gotta get out of the car and take a breather.  I decide when to turn off the app and take a break.

8.      I don't have an assigned territory.  I usually drive around the Pasadena area, but I go wherever the ride takes me.

9.      I don't have to accept any particular ride request, but I accept everybody, because you have to give everybody the benefit of the doubt.

---

1

DECLARATION OF  TODD ZEIDNER

CLASS MEMBER DECLARATIONS 1269

10.     This is the first time I've set foot in an Uber office.  I have never had to come to an Uber office before.  When I signed up as a new driver, everything was done through emails, and I never met with anyone from Uber.  Uber does send suggestions on what drivers can do to improve their ratings, but they are just suggestions, and they don't make you do anything.  I take them all into my head, and sort them out in my head.

11.     If I have questions, or have to answer questions, I communicate with Uber through emails.  I communicate with Uber only occasionally, when it is necessary to do so.  For example, if I accidentally gave a rider a lower rating than I intended to, I would call and let the Company know.  For me, if you don't have to communicate with the Company, you're having a good day.

12.     I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


Executed at Los Angeles, California this 26th day of May, 2015.

_____
Todd Zeidner

2
DECLARATION OF TODD ZEIDNER

CLASS MEMBER DECLARATIONS 1270