# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 7/16/2015 | **Time:** 11:45-12:31 and 4:01-4:04 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:13-cv-03826-EMC | **Case Name:** O'Connor, et al v. Uber Technologies, Inc., et al | |

**Attorney for Plaintiffs:** Shannon Liss-Riordan (via CourtCall)
**Attorney for Defendant Uber Technologies:** Theane Evangelis

**Deputy Clerk:** Ivy Lerma Garcia               **Court Reporter:** Diane Skillman

## PROCEEDINGS

1. Joint Discovery Letter Brief  [Docket No. 294]  HELD

Plaintiffs agreed not to pursue further responses to RFP Nos. 9, 10 and 11 at this time, but reserved the right to do so after adjudication of Plaintiffs' motion for class certification.

With respect to RFP Nos. 5 and 6 (Second Set), the court finds that these requests seek discovery that is relevant to Plaintiffs' claims.  To resolve the current dispute regarding these two RFPs, the parties stipulated to the following: "A tip has never been part of the calculation of fares for either UberBlack or UberX in California."

Uber is not obligated to produce further documents responsive to RFP Nos. 5 and 6 (Second Set) prior to adjudication of Plaintiffs' motion for class certification.  The stipulation is without prejudice to Plaintiffs' ability to seek responsive documents in the future, and is also without prejudice to Uber's argument that further production would be burdensome or that the RFPs seek confidential, proprietary information.

**Order to be prepared by:**
[ ]     Plaintiff               [ ]     Defendant               [ ]     Court

cc:  Chambers