# Exhibit 4

# In The Matter Of:

*Douglas O'Connor, et al. v.*
*Uber Technologies, Inc.*

*William P. Barnes*
*September 19, 2014*

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



Original File William P. Barnes 9-19-14.txt
**Min-U-Script® with Word Index**

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - - - - - -
 4   DOUGLAS O'CONNOR, et al.,          )  Case No.
 5              Plaintiffs,             )  13-03826-EMC
 6   vs.                                )
 7                                      )
 8   UBER TECHNOLOGIES, INC.,           )
 9              Defendant.              )
10   - - - - - - - - - - - - - - - - - - - -
11
12
13           DEPOSITION OF WILLIAM P. BARNES
14                FRIDAY, SEPTEMBER 19, 2014
15
16
17
18
19
20
21        BY:   SUZANNE I. ANDRADE, CSR # 10682
22
23
24
```

**Page 2**

```
10        Deposition of WILLIAM P. BARNES, taken on
11   behalf of PLAINTIFFS, at 100 Bush Street, Suite 1800,
12   San Francisco, California, commencing at 4:16 p.m.,
13   FRIDAY, SEPTEMBER 19, 2014, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice.
```

**Page 3**

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3        LICHTEN & LISS-RIORDAN, P.C.
 4        BY:  SHANNON LISS-RIORDAN, ATTORNEY AT LAW
 5        100 Cambridge Street, 20th Floor
 6        Boston, Massachusetts 02114
 7        Telephone: (617) 994-5800
 8        Email: sliss@llrlaw.com
 9
10   FOR DEFENDANT:
11        MORGAN LEWIS & BOCKIUS, LLP
12        BY:  ROBERT JON HENDRICKS, ATTORNEY AT LAW
13        One Market
14        Spear Street Tower
15        San Francisco, California 94105
16        Telephone: (415) 442-1000
17        Email: rhendricks@morganlewis.com
18
19   ALSO PRESENT:
20        ABIGAIL K. HORRIGAN
```

**Page 4**

```
 1                          INDEX
 2
 3   FRIDAY, SEPTEMBER 19, 2014
 4   WILLIAM P. BARNES                              Page
 5   PROCEEDINGS
 6        Examination by MS. LISS-RIORDAN             7
 7        Examination by MR. HENDRICKS              132
 8
 9                       ---oOo---
10
11        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
12           Page      Line         Page      Line
13            13        15          106        21
14            36         2          107        13
15            57        12          107        19
16            60        15          108         2
17            81         7          113        21
18            85        10          114         5
19            88        18          114        13
20
21        SECTIONS MARKED PURSUANT TO REQUEST OF COUNSEL:
22                    Page      Line
23                     36         2
24                     38        16
```

Case3:13-cv-03826-EMC Document313-4 Filed07/23/15 Page4 of 6
Douglas O'Connor, et al. v.
Uber Technologies, Inc.
William P. Barnes
September 19, 2014

Page 5

1                    **EXHIBITS**
2              **WILLIAM P. BARNES**
3  Number            Description                Page
4  Exhibit 1    Uber document, Everyone's Private
5               Driver, The Uber Experience
6               - 5 pages
7
8  Exhibit 2    E-mail dated May 14, 2013, addressed
9               to mmmanahan@gmail.com, Subject:
10              Warning #1 - Accepting Tips
11              - 1 page
12
13 Exhibit 3    E-mail chain, the top e-mail dated
14              August 25, 2014, addressed to
15              tarohlady@aol.com from tarohlady@aol.com,
16              Subj: Fwd: [Uber] Re: Re: Uber Notice:
17              Account Status
18              - 11 pages
19
20
21
22
23
24

Page 6

1  EXHIBITS - CONTINUED
2  WILLIAM P. BARNES
3  Number            Description                Page
4  Exhibit 4    E-mail chain, the top e-mail dated
5               August 27, 2014, addressed to
6               jfjgg@gmail.com from William Barnes,
7               Subject: [Uber] Re: Travis/Uber LA
8               (William); Guy Gottlieb (Unfairly
9               Deactivated LA UberX Driver)
10              - 6 pages
11
12 Exhibit 5    E-mail chain headed: Re: Uber Message
13              - Low Acceptance Rate
14              Bates Nos. UBE-OCO00002023 -
15              UBE-OCO00002024
16              - 2 pages
17
18 Exhibit 6    E-mail correspondence headed: I got
19              this acceptance rate
20              Bates No. UBE-OCO00002052
21              - 1 page
22
23
24

Page 7

1       FRIDAY, SEPTEMBER 19, 2014, 4:16 P.M.
2
3       WILLIAM P. BARNES,
4  having been duly sworn, testified as follows:
5       **THE WITNESS:** I do.
6
7       **EXAMINATION**
8       **BY MS. LISS-RIORDAN:**
9  Q.   Good afternoon, Mr. Barnes.
10 **A.  Good afternoon.**
11 Q.   My name is Shannon Liss-Riordan, and I'm the
12  lawyer for the plaintiffs in this action.
13      I'm going to start by asking you to state your
14  full name for the record.
15 **A.  William Patrick Barnes.**
16 Q.   Mr. Barnes, have you ever been deposed before?
17 **A.  No.**
18 Q.   Okay. So brief introduction that you probably
19  already heard is that I'm going to be asking you
20  questions. We have a court reporter who's taking a
21  transcript of my questions and your answers. I'm going
22  to ask that you answer the questions with words and not
23  just a nod or shake of the head or mm-hmm so that she
24  can get a record of what we're both saying.

Page 8

1  **A.  Okay.**
2  Q.   If at any time you don't understand one of my
3   questions or need me to repeat or rephrase it, feel free
4   to ask. Okay?
5  **A.  Okay.**
6  Q.   And I think that's it, for starters.
7       So let me ask you: Where do you reside,
8   Mr. Barnes?
9  **A.  Santa Monica.**
10 Q.   How long have you resided there?
11 **A.  Seven -- six years.**
12 Q.   Okay. Are you currently employed?
13 **A.  I am.**
14 Q.   And who are you employed by?
15 **A.  Uber Technologies.**
16 Q.   How long have you been employed by Uber?
17 **A.  A little under 31 months.**
18 Q.   So when were you hired?
19 **A.  March 2012.**
20 Q.   And what position were you hired for?
21 **A.  The general manager for Los Angeles.**
22 Q.   And do you still hold that position today?
23 **A.  I do.**
24 Q.   Let me just ask you briefly about your

Page 121

1    You may answer.
2    **THE WITNESS:** Could you repeat the question?
3    **BY MS. LISS-RIORDAN:**
4  Q. Yes. In your discretion you decided not to
5   give Mr. Gottlieb another opportunity by taking a driver
6   education class, correct?
7  A. Yes.
8  Q. Okay. Do you recall that I asked you before
9   about whether drivers could be deactivated for having a
10  low acceptance rate?
11 A. Yes.
12 Q. Could drivers be deactivated for having a low
13  acceptance rate?
14   **MR. HENDRICKS:** As framed, incomplete hypothetical,
15  vague and ambiguous.
16   You may answer.
17   **THE WITNESS:** Could you repeat the question.
18   **MS. LISS-RIORDAN:** Can you read it back, please.
19   (Record read as follows:
20   "Question: Could drivers be deactivated for
21   having a low acceptance rate?")
22   **MR. HENDRICKS:** Again, vague and ambiguous, lacks
23  foundation, overly broad.
24   You may answer.

Page 122

1    **THE WITNESS:** I don't know.
2    **MS. LISS-RIORDAN:** Let's mark this as Exhibit 5.
3    (Deposition Exhibit 5 was marked for
4    identification.)
5    **THE WITNESS:** (Examines document.)
6    **BY MS. LISS-RIORDAN:**
7  Q. Okay. Mr. Barnes, do you see Exhibit 5 says
8   the top: "Re: Uber Message - Low Acceptance Rate"?
9    Do you see that?
10   **MR. HENDRICKS:** Have you finished your review of
11  Exhibit 5?
12   **THE WITNESS:** No, I have not.
13   **MR. HENDRICKS:** Please review the document.
14   **THE WITNESS:** (Examines document.)
15   Okay.
16   **BY MS. LISS-RIORDAN:**
17 Q. And then do you see about just under halfway
18  down the page there's a message dated July 31st?
19   It says: "Wat? What's my acceptance rate at?
20  I only remember not accepting one from a guy with a 3.7
21  rating."
22   And then there is, underneath that, a message
23  that says:
24   "Hi there,

Page 123

1    "This message is to let you know that your
2   account is in danger of being deactivated," some symbol,
3   "your acceptance rating has dropped below 85%. Remember
4   you were informed during training that all driver
5   partners need to accept at least 85% of all trip
6   requests. In order to stay active, please begin
7   accepting more trips.
8    "Best, Uber Team."
9    Do you see that?
10 A. I do.
11 Q. So would you agree that drivers are informed
12  that they may be deactivated if their acceptance rating
13  drops too low?
14   **MR. HENDRICKS:** Again, vague and ambiguous, it's
15  overly broad.
16   You may answer.
17   **THE WITNESS:** This is the first time I've seen this
18  e-mail.
19   **BY MS. LISS-RIORDAN:**
20 Q. Well, do you deny that drivers are ever
21  informed that they may be at risk for deactivation if
22  their acceptance rate goes too low?
23 A. No.
24 Q. I'm going to list some behaviors, and I want to

Page 124

1   know whether these are behaviors by drivers that may
2   lead to deactivation.
3    Could aggressive or unsafe driving lead to
4   deactivation?
5    **MR. HENDRICKS:** Again, as framed, that's vague and
6   ambiguous, incomplete hypothetical.
7    You may answer.
8    **THE WITNESS:** If it led to feedback about quality
9   and safety concerns and ratings, then yes.
10   **BY MS. LISS-RIORDAN:**
11 Q. Could disputes with riders lead to
12  deactivation?
13   **MR. HENDRICKS:** Again, vague and ambiguous,
14  incomplete hypothetical, overly broad.
15   But you may answer.
16   **THE WITNESS:** If it led to consistent feedback about
17  quality of service, it could.
18   **BY MS. LISS-RIORDAN:**
19 Q. Could lack of city knowledge lead to
20  deactivation?
21   **MR. HENDRICKS:** Vague and ambiguous, incomplete
22  hypothetical, overly broad.
23   But you may answer.
24   **THE WITNESS:** If it led to low ratings and feedback

```
1    STATE OF CALIFORNIA           )
2                                  ) ss.
3    COUNTY OF SAN FRANCISCO       )
```

4    I hereby certify that the witness in the
5    foregoing deposition, WILLIAM P. BARNES, was by me duly
6    sworn to testify to the truth, the whole truth and
7    nothing but the truth, in the within-entitled cause;
8    that said deposition was taken at the time and place
9    herein named; and that the deposition is a true record
10   of the witness's testimony as reported by me, a duly
11   certified shorthand reporter and a disinterested person,
12   and was thereafter transcribed into typewriting by
13   computer.
14   I further certify that I am not interested in
15   the outcome of the said action, nor connected with nor
16   related to any of the parties in said action, nor to
17   their respective counsel.
18   IN WITNESS WHEREOF, I have hereunto set my
19   hand this 22nd day of September, 2014.
20   Reading and Signing was:
21   _X_ requested   ___ waived   ___ not requested

_____
SUZANNE I. ANDRADE, CSR NO. 10682

138