# Exhibit 6

# In The Matter Of:

*Douglas O'Connor, et al. v.*
*Uber Technologies, Inc.*

*Matthew Atkin*
*July 9, 2014*

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



Original File Matthew Atkin 7-9-14.txt
**Min-U-Script® with Word Index**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - -
 4    DOUGLAS O'CONNOR, ET AL.,      )
 5              PLAINTIFFS,          )
 6      V.                          ) CASE NO. 13-03826-EMC
 7    UBER TECHNOLOGIES, INC.,      )
 8              DEFENDANT.           )
 9    - - - - - - - - - - - - - - -
10
11
12
13
14
15              DEPOSITION OF MATTHEW ATKIN
16                 WEDNESDAY, JULY 9, 2014
17
18
19
20
21
22           BY:  CYNTHIA F. DAMMANN, CSR NO. 10610
23
24
```

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9           Deposition of MATTHEW ATKIN, taken on
10    behalf of PLAINTIFFS, at 100 Bush Street, Suite
11    1800, San Francisco, California, commencing at 5:09
12    P.M., WEDNEDAY, JULY 9, 2014, before Cynthia F.
13    Dammann, Certified Shorthand Reporter No. 10610,
14    pursuant to Notice.
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1    APPEARANCES OF COUNSEL
 2    FOR PLAINTIFFS:
 3        LICHTEN & LISS-RIORDAN, P.C.
 4        BY:  SHANNON LISS-RIORDAN, ATTORNEY AT LAW
 5        100 Cambridge Street
 6        20th Floor
 7        Boston, Massachusetts 02114
 8        Telephone:  (617) 994-5800
 9        Email:  Sliss@llrlaw.com
10
11    FOR DEFENDANT:
12        MORGAN LEWIS & BOCKIUS, LLP
13        BY:  ROBERT JON HENDRICKS, ATTORNEY AT LAW
14        One Market
15        Spear Street Tower
16        San Francisco, California 94111
17        Telephone:  (415) 442-1000
18        Email:  Rhendricks@morganlewis.com
19
20    ALSO PRESENT:
21        MICHAEL COLEMAN
22
23
24
```

Page 4

```
 1                    INDEX
 2    WEDNESDAY, JULY 9, 2014
 3    MATTHEW ATKIN                               Page
 4        Examination by MS. LISS-RIORDAN          7
 5        Examination by MR. HENDRICKS            66
 6
 7                    -oOo-
 8
 9      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
10              PAGE        LINE
11               16          19
12               52          14
13               56           8
14
15              MARKED FOR COUNSEL:
16               40          18
17
18
19
20
21
22
23
24
```

Page 5

```
 1                    EXHIBITS
 2                MATTHEW ATKIN
 3  Number           Description           Page
 4  Exhibit 7    "How to Provide Great Service to
 5               Customers" - 2 pages          29
 6
 7  Exhibit 8    "How to Provide Great Service to
 8               Customers" - 1 page           32
 9
10  Exhibit 9    "How to Provide Great Service to
11               Customers" - 2 pages          35
12
13  Exhibit 10  "Deals" document - 1 page      64
14
15  Exhibit 11  Handwritten document prepared by
16              Mr. Atkin - 1 page             72
17
18  Exhibit 12A Uber San Francisco fare pages
19               - 9 pages                     73
20
21  Exhibit 12B Uber Los Angels fare pages
22               - 8 pages                     73
23
24  Exhibit 12C Uber Seattle fare pages - 7 pages   73
```

Page 6

```
 1  EXHIBITS - CONTINUED
 2  MATTHEW ATKIN
 3  Number          Description          Page
 4  Exhibit 12D Uber Atlanta fare pages - 6 pages   73
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 7

1  WEDNESDAY, JULY 9, 2014; 5:09 P.M.
2
3  **MR. HENDRICKS:** Again, as indicated at the
4  beginning as to this designate, again we request our
5  opportunity to review the transcript pursuant to the
6  federal rules.
7
8  **EXAMINATION**
9  **BY MS. LISS-RIORDAN:**
10 Q. Good afternoon, Mr. Atkin.
11 A. **Good afternoon.**
12 Q. Could you please state your full name for
13  the record.
14 A. **Absolutely. Matthew Atkin.**
15 Q. And Mr. Atkin, you were -- you've been here
16  throughout the day to hear my questioning of
17  Mr. Coleman, correct?
18 A. **I have.**
19 Q. All right. So my instructions to you are
20  the same as what I started telling him, that I'm
21  going to be asking you questions related to this
22  case, and if you don't understand any of my
23  questions, feel free to ask me to repeat or clarify
24  a question.

Page 8

1 A. **Okay.**
2 Q. If you don't, I will assume you understand
3  my question. Okay?
4 A. **Understood.**
5 Q. Since we have a court reporter taking down
6  both what I'm asking and what you're answering,
7  please speak your answers rather than just nodding
8  or shaking your head and wait until I finish a
9  question before you start your answer, okay?
10 A. **Okay.**
11 Q. Have you ever had your deposition taken
12  before?
13 A. **I have not.**
14 Q. And where do you reside?
15 A. **I live here in San Francisco.**
16  **COURT REPORTER:** I need to swear in the
17  witness.
18  **MS. LISS-RIORDAN:** Oh, yes, please.
19  (Whereupon the oath was administered.)
20
21  MATTHEW ATKIN,
22  having been first duly sworn, testified as follows:
23  **THE WITNESS:** Yes.
24  **MS. LISS-RIORDAN:** Thank you.

Page 21

1    MR. HENDRICKS: You may answer.
2    THE WITNESS: There could be.  What I will
3  say to that is that as cities scale, it becomes
4  difficult for one person to oversee one offering on
5  the marketplace.  I have seen some cities divide out
6  that function, the functions of the different
7  product lines into -- by assigning responsibility
8  to different driver operations managers, for
9  example.
10    BY MS. LISS-RIORDAN:
11 Q.   And these different driver operations
12  managers then report to the general manager in that
13  city, right?
14 A.  Correct.
15 Q.   Okay.  I'm going to turn my questioning now
16  to the topic of tips because I understand you've
17  been designated to talk about tips.  Is that right?
18 A.  Correct.
19 Q.   Okay.  So let me start by asking you about
20  Uber Taxi.
21    Have passengers been able to add tips for
22  Uber Taxi rides?
23    MR. HENDRICKS: The question's vague and
24  ambiguous both as to time, just generally speaking.

Page 22

1  So it's vague and ambiguous, but you may answer.
2    THE WITNESS: Generally speaking, with
3  regard to tips as it relates to Uber Taxi, my
4  understanding is that riders are allowed to add a
5  tip to the fare charged on the meter and, by
6  default, my understanding is that tip amount is
7  20 percent, as specified in the website.
8    BY MS. LISS-RIORDAN:
9 Q.   Now, currently there's a default of
10  20 percent, but previously was there simply
11  20 percent added without riders having the ability
12  to adjust it up or down?
13 A.  To my knowledge, that's correct.
14 Q.   Do you know --
15 A.  We added some tech functionality for riders
16   to make that change later on.
17 Q.   Do you know when that change was made,
18  approximately?
19 A.  I would have to speculate.  My best guess is
20  Q4 2012 or Q1 2013.
21 Q.   Okay.  And prior to that change being made,
22  can you describe for me what happened to the tip
23  that was added into the Uber Taxi fare?
24 A.  So I notice you said a tip was added into

Page 23

1  the Uber Taxi fare.
2 Q.   Okay.  Let me rephrase if that's not
3  correct.  For Uber Taxi, there's a fare which comes
4  from the fare rate on the taxi meter.  Is that
5  right?
6 A.  Correct.
7 Q.   Okay.  And then Uber Taxi, prior to this
8  change in late 2012 or early 2013, added a
9  20 percent tip and charged that to the rider.  Is
10  that right?
11    MR. HENDRICKS: Again it's overly broad,
12  vague and ambiguous as to city and as to time, but
13  you may answer.
14    THE WITNESS: Of course this depends on the
15  city, but to my knowledge of Taxi in the city that I
16  was in at the time, the metered fare shown on the
17  taxi meter, not on the Uber app but on the taxi
18  meter in the taxi would be added into the Uber app.
19  By default, a 20 percent tip would be added to that
20  fare.
21    BY MS. LISS-RIORDAN:
22 Q.   Okay.  And what happened to that 20 percent
23  tip?
24 A.  The 20 percent tip would then be -- I

Page 24

1  believe at that time we paid on a weekly basis and
2  not on a daily basis.  So the -- I'll call it taxi
3  partner, in a hypothetical where one trip was done
4  in a week, that 20 percent from that one trip would
5  be remitted -- given to the taxi partner in addition
6  to the full fare, less the service fee due to Uber
7  as agreed to by the Uber partner.  The entire tip
8  goes to the Uber partner.
9 Q.   Has that always been the case that the
10  entire tip goes to the Uber partner or driver?
11 A.  My understanding is that -- now, the way the
12  language is phrased probably depends on the city,
13  but to my knowledge, across all cities Uber is never
14  touching the tip beyond that which is taking it from
15  the client and passing it to the driver -- or should
16  I say partner.
17 Q.   When you say depending on the language, what
18  do you mean by that?
19 A.  One of the difficult things about Uber Taxi
20  in particular is that it's heavily regulated by
21  local municipalities or other regional
22  transportation commissions.  As a result, it's often
23  times very, very difficult to explain to a taxi
24  driver how we take our fee, but in its most simple

Page 45

1  they work underneath the partner.  We only pay
2  partners.
3      BY MS. LISS-RIORDAN:
4  Q.  Right.  So you pay partners who then pay the
5  drivers who work under them, and you pay the partner
6  driver directly who are drivers who are partners in
7  their own right?
8      MR. HENDRICKS: Vague and ambiguous.
9      THE WITNESS: We pay -- for independent
10  operators who are both a partner and driver, we pay
11  that partner, also known as the business owner,
12  directly.  In the other example, I believe you
13  mentioned that we pay the partner and the partner
14  pays the drivers.  All I know is that we pay the
15  partners and that -- all I can assume is that they
16  have some sort of arrangement between the partner
17  and the drivers in that structure.  Beyond that, I
18  have no idea what arrangement they have, how much
19  they pay, if it's a percent, an hourly, no idea.
20      Frankly, I've -- you know, the -- when I've
21  launched cities, I've used that as a way to say, you
22  know, Uber doesn't want to be involved in your
23  business, you run your business how you see fit, we
24  will pay you, the partner, the business owner

Page 46

1  directly, and that arrangement is left up to you.
2      BY MS. LISS-RIORDAN:
3  Q.  Okay.  I understand that's how it works with
4  drivers who work under partners.
5      As I was discussing earlier today with
6  Mr. Coleman, there are some drivers who don't work
7  with other partners, they are partners themselves
8  and they're paid directly by Uber, right?  Again,
9  Uber is paying a partner, but in that scenario the
10  partner is an individual driver, correct?
11  **A.  There are instances when the partner is the**
12  **sole proprietor and independent operator and only**
13  **person in the business, and in that case we pay that**
14  **partner directly.**
15  Q.  Okay.  Now, as I was asking before, Uber
16  collects the payment from the passenger, takes its
17  fee, and remits the partner share to the partner, be
18  it an individual or a larger company.  Am I right?
19  **A.  To be clear, we're focusing on the UberX,**
20  **Uber Black, Uber SUV transactions.  The way I would**
21  **describe the flow of funds in between the customer**
22  **on one side of the application, the rider, and the**
23  **customer on the other side of the application, the**
24  **partner or partner driver, is as follows:  At the**

Page 47

1  **culmination of the trip the credit card of the rider**
2  **is charged, Uber takes its service fee from that**
3  **amount and then gives the entire remainder of the**
4  **fare -- passes that to the partner.**
5  Q.  Okay.  And when Uber calculates its service
6  fee, it does not calculate that a certain portion of
7  the fare is the tip which is going to go directly to
8  the partner and it only takes its fee off of the
9  remainder, right?  Uber takes its fee from the whole
10  fare charged to the passenger.  Am I right?
11      MR. HENDRICKS: Overly broad, vague and
12  ambiguous as to which service you're referring to,
13  lacks foundation.  You may answer.
14      THE WITNESS: I've got to admit I'm a little
15  confused by the question.  I'll attempt to answer.
16      MR. HENDRICKS: If you're confused by the
17  question, you've let her know and then she can
18  rephrase it in a manner that you do understand.  I
19  don't want you answering a question that you're
20  confused by.
21      THE WITNESS: Understood.
22      BY MS. LISS-RIORDAN:
23  Q.  Let me rephrase the question.
24      When Uber makes the calculation about how

Page 48

1  much is its fee from a passenger, does it calculate
2  out that a certain percentage of the fare received
3  from the passenger is a tip and that amount is paid
4  in full to the partner with Uber only taking its
5  fee off of the remaining non-tip portion of the
6  fare?  Does it do that or not?
7      MR. HENDRICKS: Again, the question is vague
8  and ambiguous as to which services are being
9  referred to.  It also assumes facts not in evidence,
10  it lacks foundation, it's vague and ambiguous.  But
11  you may answer.
12      THE WITNESS: The way I would characterize
13  the treatment of tip is that the fare charged to the
14  client -- the fare fully compensates for the
15  services provided.
16      BY MS. LISS-RIORDAN:
17  Q.  Okay.  But when it -- when Uber's
18  calculating its share of the fee -- let's use an
19  example.
20      Sometimes Uber's share of the fee is
21  20 percent.  Is that right?
22  **A.  In some cases that fee -- that service fee**
23  **amount is correct.**
24  Q.  Okay.  When Uber is charging a 20 percent

Page 49

1 service fee, it takes the 20 percent service fee off
2 of the entire fare charged the passenger; it does
3 not segregate a portion of the fare as this is the
4 tip -- Uber's not going to take 20 percent of that
5 tip portion and only take the 20 percent off of the
6 remaining portion, Uber takes the 20 percent off of
7 the entire fare charged to the customer, right?
8     MR. HENDRICKS: Same objections. You may
9 answer.
10    THE WITNESS: Uber's never gone into the
11 UberX, Uber SUV, Uber Black side of the fare and
12 designated a certain percentage as a tip. We simply
13 designed the amount charged for the services
14 provided to be fully -- to fully compensate for
15 those services provided.
16    BY MS. LISS-RIORDAN:
17 Q. Okay. And when it calculates its fee, for
18 example 20 percent as we were just discussing, it
19 calculates its fee based on 20 percent of the entire
20 fare; it does not segregate out a tip portion and a
21 non-tip portion of the fare so as to only charge the
22 20 percent on the non-tip portion. Am I right?
23    MR. HENDRICKS: Again, the way you frame the
24 question is confusing, but you may answer.

Page 50

1     THE WITNESS: Although I am confused by the
2 phrasing of the question, what I can point to is the
3 breakout of the receipt on the Uber Black, for
4 example. I think it's incredibly clear: Base fare,
5 mileage, time, total fare. After that, you can look
6 at partner payment statements and easily determine
7 that the entire fare is passed on to the Uber
8 partner who provided the services, less the service
9 fee due to the Uber.
10    There's no mention of tip specifically
11 broken out either on the partner payment statement
12 or on the receipt due to the client simply because
13 we've designed fares in such a manner so that
14 there's no need to tip. The full -- the fare fully
15 compensates for the services provided.
16    BY MS. LISS-RIORDAN:
17 Q. And the 20 percent, as we used in this
18 example, is applied to the full fare charged to the
19 passenger, correct?
20    MR. HENDRICKS: It's vague and ambiguous,
21 but you may answer.
22    THE WITNESS: The 20 percent service fee in
23 this hypothetical example, Uber Black call it, is a
24 20 percent taken off of the total amount charged to

Page 51

1 the client, that transportation company.
2     BY MS. LISS-RIORDAN:
3 Q. Okay. So just to summarize once again,
4 there is no calculation that's done -- there's no
5 complicated calculation that's done where Uber takes
6 a fare, says this portion is the tip so we're not
7 going to take our 20 percent off of this portion,
8 we're only going to take the 20 percent off of the
9 non-tip portion; instead what Uber does is it will
10 take the 20 percent off the entire fare? Am I
11 right?
12    MR. HENDRICKS: Vague and ambiguous, but you
13 may answer.
14    THE WITNESS: Simply because the math is not
15 shown with regard to how the tip is broken out
16 doesn't mean it's not there.
17    BY MS. LISS-RIORDAN:
18 Q. What do you mean by that?
19 **A. The fare -- the fare is designed in such a**
20 **way that it fully compensates the transportation**
21 **company for the services provided, and I think the**
22 **best example to illustrate that point is the size of**
23 **Uber today because if, for any reason, a partner or**
24 **partner driver or limo company didn't feel like they**

Page 52

1 **were being fully compensated for the services**
2 **provided, they could walk away. There are**
3 **alternatives. They can go with their feet and they**
4 **can go to Limos.com and get leads through that.**
5 **They can market their own personal business. They**
6 **could invest in vehicles outside of Uber Black and**
7 **use a competing platform with UberX, like Lyft,**
8 **Sidecar, or another one. Heck, even Halo now offers**
9 **Uber Black similar services in select cities in the**
10 **U.S. They have options. But instead, they've**
11 **decided to continue to partner with Uber which seems**
12 **to suggest that they feel that they're fully**
13 **compensated for the services provided.**
14 Q. Now, when you say that it has been
15 calculated that the fare fully compensates the
16 driver, has Uber done any calculations as to what
17 drivers would likely receive under a scenario in
18 which they received tips rather than getting paid
19 the way Uber had set up for Uber Black, Uber SUV and
20 UberX?
21    MR. HENDRICKS: Let me hear the question
22 again. There may be some proprietary components to
23 it. So let me hear it again, please.
24    (Record read: Now, when you say that it has

```
1   STATE OF CALIFORNIA        )
2   COUNTY OF SAN FRANCISCO    )
3
4           I hereby certify that the witness in the
5   foregoing deposition, MATTHEW ATKIN, was by me
6   duly sworn to testify to the truth, the whole truth
7   and nothing but the truth, in the within-entitled
8   cause; that said deposition was taken at the time
9   and place herein named; that the deposition is a
10  true record of the witness's testimony as reported
11  by me, a duly certified shorthand reporter and a
12  disinterested person, and was thereafter transcribed
13  into typewriting by computer.
14          I further certify that I am not interested
15  in the outcome of the said action, nor connected
16  with, nor related to any of the parties in said
17  action, nor to their respective counsel.
18          IN WITNESS WHEREOF, I have hereunto set my
19  hand this 16th day of July, 2014.
20          __X__ Reading and Signing was requested.
21
22
23  _____
24          CYNTHIA F. DAMMANN, CSR No. 10610
25          STATE OF CALIFORNIA
```