# Exhibit 10

Uber / Uber Cities (Villes) / FAQ: San Francisco

## Should I tip my driver ?

Brian
posted this on November 11, 2011 12:23

All Uber fares include the tip so there's no reason to ever hand money to your driver. Just say thanks and hop out of the car when you reach your destination!

EXHIBIT 17    PLTF. DEFT.
WITNESS ABYZOV
CONSISTING OF 1 PAGES
DATE 9-19-14
BEHMKE REPORTING AND VIDEO SERVICES, INC.