# Exhibit 11

| INTERNET ARCHIVE WaybackMachine | http://support.uber.com/entries/257574-should-i-tip-my-driver | Go | JAN JUN AUG Clos ◀ 25 ▶  2010  2011  2012  Hel |
|---|---|---|---|
| 11 captures 28 Jan 11 - 10 Jul 12 | | | |

Uber Support / Payments & Billing

## Should I tip my driver?



Ryan
posted this on Sep-09 2010 15:48

No. We automatically include a tip into the Uber fare, so there's no need to provide anything additional to the driver. This makes your trip as convenient and hassle free as possible.

EXHIBIT 18    PLTF. / DEFT.
WITNESS  ABY 20V
CONSISTING OF  1  PAGES
DATE  9-19-14
BEHMKE REPORTING AND VIDEO SERVICES, INC.