# Exhibit 12





Sign Up   Learn More   Blog   Sign In

# Everyone's Private Driver™

SIGN UP NOW   or **Learn More**

**Request from Anywhere**

Use our iPhone and Android apps, m.uber.com or SMS (US/Canada only).

**Ride with Style & Convenience**

Within minutes, a professional driver in a sleek black car will arrive curbside.

**Hassle Free Payment**

Automatically charged to your credit card on file, tip included.

---

**More Info**

Our dispatch software provides licensed, professional drivers the ability to receive and fulfill on-demand car service reservations as your private driver.

**Accolades**

The service eliminates everything bad about a taxi experience.

TechCrunch

**Social Love**

I don't always take sedans, but when I do, I use **@uber**. Stay in need of transportation, my friends.

—**@sacca**

| Info | Social | Phones | Company |
|------|--------|--------|---------|
| Learn More | Twitter | iPhone | Privacy Policy |
| Pricing | Facebook | Android | Terms |
| Support & FAQ | Blog | Web & SMS | Copyright |
| Apply to Drive | Contact Us | | Jobs |

Language:   English (US)   Français   Nederlands



Copyright © Uber Technologies, Inc., Uber Canada, Inc., Uber France SAS, Uber Nederland BV