# Exhibit 13

INTERNET ARCHIVE WayBackMachine | https://www.uber.com/cities/san-francisco | Go | OCT JAN MAY | 14 | 2012 2013 2014 | Close | Help | 16 captures 22 May 12 - 30 Jun 14

# UBER

Sign Up  Learn More  Blog  Sign In

## LEARN MORE

Uber is your on-demand private driver.

Request a ride at any time using our iPhone and Android apps or from m.uber.com.

**SIGN UP**




### Request from Anywhere at Any Time

Tell us where you want to be picked up.

On the iPhone and Android apps, set your pickup location on the map. On m.uber.com, type your address. In the US and Canada, text an address and city to UBR-CAB (827-222).



### Ride in Style

We'll dispatch the nearest driver to pick you up. You'll also receive a text with the estimated arrival time. When the car arrives, you'll get another text.

Hop into the sleek black car, tell the driver your destination, and you'll be on your way.



UBE-OCO00004137

### Leave the Cash at Home

After the ride, Uber will automatically charge the credit card you have on file. There's no need to hand your driver any payment. Of course, drivers always appreciate a "thank you."

Prices start with a base fare. After that, we charge depending on speed. When travelling at over 11mph, we charge a distance fee. Below 11mph, we charge a time fee.

**CITIES** San Francisco

## San Francisco

Bay to breakers, Golden Gate Bridge to Silicon Valley, we have friendly drivers and classy cars at the ready! Get a quick pickup and cozy ride in the Bay Area.



Katelyn
Community Manager

Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

### Vehicle Types

**TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates plus a $1 booking fee. A 20% gratuity is automatically added for the driver.

**UBERx** The convenience of Uber at a lower price with our hybrid and mid-range cars in a variety of colors. Seats up to 4 people.*

**Black** Our default option will get you the classic black sedan or suv curbside within minutes. Note: choosing "Black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

**SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people.*

### Pricing

| | | | |
|---|---|---|---|
| **Base Fare** <br> Start with this fare | $5.75 | $8.00 | $15.00 |
| **Per Mile in SF** <br> Speed over 11mph | $3.75 | $4.90 | $5.25 |
| **Per Mile Outside SF** <br> Speed over 11mph | $3.75 | $3.25 | $3.50 |
| **Per Minute** <br> Speed at or below 11mph | $0.85 | $1.25 | $1.35 |
| **Minimum Fare** | $10.00 | $15.00 | $25.00 |
| **Cancellation fee** | $10.00 | $10.00 | $10.00 |

### Flat Rates

| | | | |
|---|---|---|---|
| **SFO Airport and San Francisco** <br> Between San Francisco International Airport and the City of San Francisco. | $55 | $65 | $85 |
| **OAK Airport and san_francisco** <br> Between Oakland International Airport and the City of San Francisco. | $75 | $85 | $110 |
| **Oracle Arena and San Francisco** <br> Between Oakland Coliseum/Oracle Arena and the City of San Francisco. | $75 | $85 | $110 |
| **San Francisco and Palo Alto** <br> Between the City of San Francisco and palo_alto. | - | $115 | $150 |
| **SFO Airport and Palo Alto** <br> Between San Francisco International Airport and palo_alto. | - | $80 | $105 |
| **SJC Airport and Palo Alto** <br> Between San Jose International Airport and palo_alto. | - | $75 | $100 |

## Sample Fares

| |  | 🚗 | 🚙 |
|---|---|---|---|
| North Beach To Marina | $15 | $23 | $33 |
| SOMA To Pacific Heights | $16 | $24 | $35 |
| Mission To SOMA | $16 | $24 | $35 |
| SOMA To Fisherman's Wharf | $18 | $27 | $39 |
| Palo Alto To Mountain View | $30 | $34 | $49 |
| Menlo Park To Sunnyvale | $49 | $54 | $78 |
| Mountain View To SJC Airport | $60 | $66 | $96 |

* No need to tip. • Flat rates apply to direct trips between specified locations. Additional stops may result in a higher fare. • Applicable tolls and surcharges may be added to your fare. • At times of intense demand, our rates change over time to keep vehicles available.

## Frequently Asked Questions

**May I reserve your service in advance?**
Right now, we're still exclusively on-demand. You'll want to request your pickup close to the time you need it. Our average pickup time is 5 - 8 minutes in san_francisco and 10 - 12 minutes on the Peninsula.

**May I request multiple cars from my account?**
We do not yet have the ability to accept requests for multiple cars from a single Uber account.

**Should I tip my driver?**
With Uber Black, SUV, and UBERx there is no need to tip. With Uber TAXI we'll automatically add 20% gratuity for the driver, and you'll see it reflected on your receipt. We charge your credit card directly, so there's no need to hand any payment to the driver.

**How many people can you fit into a vehicle?**
With the classic black option selected, you are guaranteed a ride that seats up to four passengers. If your city has a SUV selection available, you can request a SUV only, which will seat up to six people.

**What are your hours of operation?**
We're pretty much available 24 hours a day, 7 days a week. However, coverage can be slim between 1am and 4am on weekdays.

Visit our San Francisco Support Website for more Frequently Asked Questions.

## Support

Still can't find an answer to your question? Our support staff is here to help.

 **Katelyn**
Community Manager

**Website**
http://support.uber.com

 **Contact Us**
t.uber.com/support

 **Twitter**
Uber_SF



---

| Info | Social | Phones | Company |
|---|---|---|---|
| Learn More | Twitter | iPhone | Privacy Policy |
| Pricing | Facebook | Android | Terms |
| Support & FAQ | Blog | Web & SMS | Copyright |
| Apply to Drive | Contact Us | | Jobs |

Language: English (US)  Français  Nederlands



Copyright © Uber Technologies, Inc., Uber Canada, Inc., Uber France SAS, Uber Nederland BV

UBE-OCO00004139