# Exhibit 14

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | ███████████ |
| **Subject:** | $20 Uber Ride Credits |
| **Date:** | Friday, April 10, 2015 9:46:39 AM |

Hey there!  I just discovered Uber and it has changed the way I think about getting around the city. Using their iPhone/Android app, text message, or m.uber.com, you can request a swanky car and professional private driver to pick you up and take you anywhere you want to go.  The drivers arrive in just minutes, you can watch them approach on the map within the app, and payment is automatically charged to a credit card on file, with tip included. The best part? If you sign up using my invite link below, Uber will credit your account for $20 off your first ride:  https://www.uber.com/invite/png6u  You can also download and sign up from the Uber iPhone or Android app, and just enter this invite code on the sign up screen: png6u I hope you enjoy your first ride! Let me know at support.uber.com if you have any questions about how it all works.