# Exhibit 16

PAGES 1 - 34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS O'CONNOR, ET AL., | ) | |
| | ) | |
| PLAINTIFFS, | ) | NO. C-13-3826 EMC (DMR) |
| | ) | |
| VS. | ) | THURSDAY, JULY 16, 2015 |
| | ) | |
| UBER TECHNOLOGIES, INC., | ) | OAKLAND, CALIFORNIA |
| ET AL., | ) | |
| | ) | JOINT DISCOVERY HEARING |
| | ) | |
| DEFENDANTS. | ) | |

**BEFORE THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU**

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>**APPEARANCES:**</u>

**FOR PLAINTIFFS:**            LICHTEN & LISS-RIORDAN
**(TELEPHONICALLY)**           729 BOYLSTON STREET, SUITE 2000
                               BOSTON, MASSACHUSETTS 02116
                   BY:         SHANNON LISS-RIORDAN, ESQUIRE
                               ADELAIDE PAGANO, ESQUIRE

**FOR DEFENDANTS:**            GIBON, DUNN & CRUTCHER LLP
                               333 SOUTH GRAND AVENUE
                               LOS ANGELES, CALIFORNIA 90071
                   BY:         THEANE EVANGELIS, ESQUIRE
                               DHANANJAY S. MANTHRIPRAGADA, ESQUIRE


**REPORTED BY:**               DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                               OFFICIAL COURT REPORTER


TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1            COUNSEL, PLEASE RESTATE THEIR APPEARANCES.
 2            MS. LISS-RIORDAN:  GOOD AFTERNOON, YOUR HONOR.
 3    SHANNON LISS-RIORDAN FOR THE PLAINTIFFS.
 4            MS. EVANGELIS:  GOOD AFTERNOON, YOUR HONOR.  THEANE
 5    EVANGELIS FOR UBER.
 6            THE COURT:  GOOD AFTERNOON TO BOTH OF YOU.
 7       WERE YOU ABLE TO WORK SOMETHING OUT?
 8            MS. LISS-RIORDAN:  YES, WE WERE.
 9            MS. EVANGELIS:  YES, WE WERE.
10            THE COURT:  GREAT.  SO WHY DON'T -- ONE OF YOU SHOULD
11    PUT THE AGREEMENT ON THE RECORD.  WHICH ONE OF YOU WOULD LIKE
12    TO DO THAT?
13            UNIDENTIFIED SPEAKER:  I CAN DO THAT, YOUR HONOR.
14            THE COURT:  HOLD ON JUST ONE MOMENT.  MS. SKILLMAN IS
15    SAYING THAT YOU WILL HAVE TO IDENTIFY YOURSELF WHEN YOU SPEAK
16    BECAUSE WE CAN'T TELL YOUR VOICES APART.
17            MS. EVANGELIS:  THANK YOU, YOUR HONOR THEANE
18    EVANGELIS FOR UBER.
19       THE PARTIES HAVE AGREED TO STIPULATE.
20            THE COURT:  OKAY.
21            MS. EVANGELIS:  AND THIS, AGAIN, IS THEANE EVANGELIS.
22       WE HAVE AGREED TO STIPULATE THAT A TIP HAS NEVER BEEN PART
23    OF THE CALCULATION OF FARES FOR EITHER UBERBLACK OR UBERX IN
24    CALIFORNIA.
25            THE COURT:  THAT IS THE STIPULATION I THINK
```

1  MS. LISS-RIORDAN HAD ASKED FOR DURING THE HEARING; AM I
2  CORRECT?
3          **MS. LISS-RIORDAN:** YES, THAT'S CORRECT.
4          **MS. EVANGELIS:** YES, THAT'S CORRECT. THIS IS THEANE.
5          **THE COURT:** OKAY. AND MS. LISS-RIORDAN, DO YOU AGREE
6  TO THAT FOR PURPOSES OF CLASS CERTIFICATION DISCOVERY?
7          **MS. LISS-RIORDAN:** YES.
8          **THE COURT:** OKAY.
9     SO, THIS IS ALL, AS I SAID IN THE HEARING, WITHOUT
10 PREJUDICE TO FURTHER DISCOVERY INTO THE ISSUES THAT ARE
11 COVERED BY THE RFP'S THAT WERE RAISED IN THIS DISCOVERY
12 DISPUTE SHOULD THE MATTER CONTINUE INTO THE MERITS PORTION OF
13 THE CASE.
14    SO IS THERE ANYTHING FURTHER? MS. EVANGELIS, ANYTHING
15 FROM THE DEFENSE?
16         **MS. EVANGELIS:** NO, YOUR HONOR. THANK YOU.
17         **THE COURT:** MS. LISS-RIORDAN?
18         **MS. LISS-RIORDAN:** NO. NOTHING FROM PLAINTIFFS AT
19 THIS TIME. THANK YOU, YOUR HONOR.
20         **THE COURT:** OKAY. GREAT. THANK YOU BOTH.
21         **MS. EVANGELIS:** THANK YOU.
22         **MS. LISS-RIORDAN:** THANK YOU.
23
24             (PROCEEDINGS ADJOURNED AT 4:04 P.M.)
25