# Exhibit 18

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORKTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:     (415) 433-0333
Facsimile:     (415) 449-6556

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV  13-3826-EMC<br><br>**PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT UBER TECHNOLOGIES, INC.'S INTERROGATORIES** |

1

1    2012, Plaintiff was seeking more consistent work. In approximately March 2012, Uber referred

2    Plaintiff to Cherifi Limousine in order to begin working as a driver picking up Uber customers.

3    **INTERROGATORY NO. 4:**

4      State all facts supporting YOUR contention in Paragraph 22 of the COMPLAINT that YOU

5    are DEFENDANT'S employee.

6    **OBJECTION AND RESPONSE TO INTERROGATORY NO. 4:**

7      Plaintiff objects that this interrogatory seeks a legal conclusion from a lay person. Subject to

8    these and Plaintiff's general objections, Plaintiff states, with the aid of counsel, that he believes he was

9    an employee because his work has been controlled by Uber and because the transportation services he

10    provides are integrated into Uber's business.

11      Plaintiff was required to submit to an interview with Uber personnel before he could work for

12    Uber and he has been required to submit to a background check performed by Uber. Uber has further

13    exerted its control over Plaintiff by maintaining a customer rating system and both informing Plaintiff

14    of his rating every one to two weeks and making Plaintiff understand that he will be terminated if his

15    scores are too low; keeping track of Plaintiff's hours worked and number of trips and frequently

16    instructing Plaintiff to work more hours during busier times; instructing Plaintiff as to what to talk

17    about and what not to talk about with customers; keeping track of how many times Plaintiff has called

18    a customer before a pick-up and warning him not to call customers too often; requiring Plaintiff to use

19    a iPhone owned by Uber and charging him for a data plan; instructing Plaintiff that he is not allowed

20    to say anything negative about Uber to customers.

21      Furthermore, Uber sends its personnel on undercover rides with Plaintiff to both rate his

22    performance and to offer him tips. Plaintiff has been informed that he will be terminated if he takes

23    tips.

24    **INTERROGATORY NO. 5:**

25      Describe each of the "detailed requirements" YOU contend in Paragraph 22 of the

26    COMPLAINT "Uber drivers" are "required to follow."

27

4

28

PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT'S
INTERROGATORIES

1

2 **INTERROGATORY NO. 14:**

3   For each vehicle YOU identify in response to the preceding Interrogatory:

4   (a) IDENTIFY whether YOU owned, leased, rented, or borrowed the vehicle, and

5 (b) IDENTIFY who paid expenses related to the vehicle's operation, maintenance, and insurance.

6 **OBJECTION AND RESPONSE TO INTERROGATORY NO. 14:**

7   While working for Uber, Plaintiff has used vehicle owned by the transportation companies

8 through which he has worked for Uber.  Plaintiff has paid for gas and tolls.  Plaintiff does not know

9 who paid for the vehicles' operation, maintenance, or insurance.

10 **INTERROGATORY NO. 15:**

11   With respect to the claims set forth in the COMPLAINT, identify each type of damage YOU

12 allegedly suffered, state the amount of each category of damage, and provide the method(s) of

13 calculating or computing each category of damage.

14 **OBJECTION AND RESPONSE TO INTERROGATORY NO. 15:**

15   Plaintiff seeks to recover all gratuities that are owed Plaintiff because customers believed their

16 fares included gratuities or because Uber prohibited Plaintiff from soliciting or accepting gratuities

17 (while misinforming customers that gratuities were included in their fare).  Plaintiff would calculate

18 these damages as 20 percent of the fares that were collected since he has driven for Uber.

19 Furthermore, Plaintiff seeks to recover business expenses that Uber was required to bear as Plaintiff's

20 employer, including payments for gas, tolls, water, dry cleaning, car washes, and data phone usage

21 fees.

22 **INTERROGATORY NO. 16:**

23   IDENTIFY each PERSON or business that has paid any money to YOU as reimbursement of

24 expenses associated with YOUR provision of transportation services while using the UBER APP.

25

26

27

28

PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT'S
INTERROGATORIES

**OBJECTION AND RESPONSE TO INTERROGATORY NO. 16:**

Plaintiff occasionally receives reimbursements from Cherifi Limousine for detailing. Additionally, Uber has only recently started reimbursing Plaintiff for Golden Gate and Bay Bridge tolls.

**INTERROGATORY NO. 17:**

For each PERSON or business YOU identify in YOUR response to the preceding Interrogatory:

(a) state the date of each reimbursement received from that PERSON or business,

(b) state the amount of each reimbursement received from that PERSON or business, and

(c) state the nature of each expense and how it was incurred.

**OBJECTION AND RESPONSE TO INTERROGATORY NO. 17:**

Plaintiff objects to this interrogatory on the grounds that it is overly burdensome and to the extent that it seeks information in the possession of Uber. Furthermore, Plaintiff refers Uber to his responses to Uber's requests for production of documents.

9

PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT'S INTERROGATORIES

1

**AS TO ALL ANSWERS,**

2

The foregoing answers are true and accurate to the best of my knowledge.  Signed under the

3

pains and penalties of perjury June 4, 2014.

4

5

6

Thomas Colopy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

10

28

PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT'S
INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AS TO OBJECTIONS,**

Respectfully submitted,

PLAINTFF THOMAS COLOPY

By his attorneys,

Shannon Liss-Riordan, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800
Email: sliss@llrlaw.com

Monique Olivier, SBN 190385
DUCKWORTH, PETERS,
LEBOWITZ, OLIVIER, LLP
100 Bush Street, Suite 1800
San Francisco, CA 04104
(415) 433-0333
E-mail: monique@dplolaw.com

Dated:        June _4_ , 2014

11

PLAINTIFF THOMAS COLOPY'S ANSWERS AND OBJECTIONS TO DEFENDANT'S
INTERROGATORIES