# Exhibit 19

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone:	(617) 994-5800
Facsimile:	(617) 994-5801

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORKTH, PETERS, LEBOWITZ, OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:	(415) 433-0333
Facsimile:	(415) 449-6556

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, DAVID KHAN, MATTHEW MANAHAN, WILSON ROLLE, JR., and WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV  13-3826-EMC<br><br>**PLAINTIFF THOMAS COLOPY'S RESPONSES TO DEFENDANT UBER TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

1

PLAINTIFF THOMAS COLOPY'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Thomas Colopy hereby responds to Defendant Uber Technologies, Inc.'s ("Uber") first set of requests for admissions.

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU have never been an employee of UBER.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Denied.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU have provided services to a TRANSPORTATION COMPANY as either an employee or an independent contractor during the period YOU have been authorized to obtain trip requests via the UBER APP.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admitted that Plaintiff has worked for Uber through two transportation companies, LS Worldwide and Cherifi Limousine.

**REQUEST FOR ADMISSION NO. 3:**

Admit that UBER has never required that YOU log in to the UBER APP at any particular time.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that UBER has never restricted YOU from providing transportation services to passengers who did not use the UBER APP to procure YOUR services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Denied.

**REQUEST FOR ADMISSION NO. 5:**

Admit that UBER does not schedule when YOU use the UBER APP.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied.

PLAINTIFF THOMAS COLOPY'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

Respectfully submitted,

PLAINTFF THOMAS COLOPY

By his attorneys,

/s/ Shannon Liss-Riordan

Shannon Liss-Riordan, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800
Email: sliss@llrlaw.com

Monique Olivier, SBN 190385
DUCKWORTH, PETERS,
LEBOWITZ, OLIVIER, LLP
100 Bush Street, Suite 1800
San Francisco, CA 04104
(415) 433-0333
E-mail: monique@dplolaw.com

Dated: June 4, 2014

---

PLAINTIFF THOMAS COLOPY'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

5