# Exhibit 20



**BECOME A LYFT DRIVER**
Drive Your Car Whenever You Want. Join Lyft and Make Up to $35/Hour!

Wed Jan 28, 2015 7:30am EST

# Preview: Uber, Lyft face crucial courtroom test over driver benefits

SAN FRANCISCO | BY DAN LEVINE AND SARAH MCBRIDE

Smartphone-enabled car services Uber and Lyft head to court this week to resolve a critical question for Silicon Valley's sharing economy: whether their drivers are independent contractors or employees.

The two privately held companies face separate lawsuits seeking class action status in San Francisco federal court, brought on behalf of drivers who contend they are employees and entitled to reimbursement for expenses including gas and vehicle maintenance. The drivers currently pay those costs themselves.

If the judges rule against Uber and Lyft, it could significantly raise their costs beyond the lawsuits and force the companies to pay social security, workers' compensation, and unemployment insurance. Employees would also gain the right to organize.

"If you're subject to the same rules as everyone else, investors might start asking "'Are you still this hot company?' The answer may be no," said Dean Baker, co-director of the Center for Economic and Public Policy Research in Washington.

Uber has raised more than $4 billion from prominent venture capital firms such as Benchmark and Google Ventures, valuing the company at $40 billion and making it the most valuable U.S. startup. Lyft has raised $331 million from Andreessen Horowitz, Founders Fund and other investors.

Rulings in the cases would technically apply only to drivers in California, plaintiff attorney Shannon Liss-Riordan said. But defining who is, or is not, an employee is a burning legal issue for an increasing number of companies that depend upon a flexible work force.

The outcomes of the Uber and Lyft cases could affect the valuations for other startups that rely on large networks of individuals to provide rides, clean houses and the like, said James McQuivey, a principal analyst at Forrester. Such companies include errand service TaskRabbit, grocery-delivery service Instacart, cleaning service Homejoy, and many others.

Multiple judges have ruled that exotic dancers are employees and entitled to unpaid wages. And the 9th U.S. Circuit Court of Appeals in San Francisco, in a case that the Uber and Lyft drivers repeatedly cite as precedent, recently ruled FedEx Corp's drivers are employees. That case is still ongoing.

Lyft's hearing is scheduled for Thursday, and Uber's hearing is set for Friday. Both cases are still in early stages, and the drivers have not yet specified how much money they are

**PHOTOS OF THE DAY**



Our top photos from the last 24 hours. Slideshow »

Slideshow: Iran celebrates nuclear deal



**TRENDING ON REUTERS**

Reluctant Tsipras fights to pass reforms in Greek parliament | ▶ VIDEO   **1**

Mexico shows security footage of Guzman moments before he disappeared into tunnel | ▶ VIDEO   **2**

European markets rise before Yellen speech, Greek vote   **3**

Iran deal reached, Obama hails step towards 'more hopeful world' | ▶ VIDEO   **4**

China stocks drop again, positive data shrugged off   **5**

seeking in damages. Spokeswomen for Uber and Lyft declined to comment.

Uber has launched in 161 American cities and Lyft in more than 60, often overcoming opposition from traditional taxi companies and local politicians. Uber and Lyft describe themselves as technology platforms that connect drivers with passengers.

Elie Gurfinkel, a lead plaintiff in the Uber case, said in an interview that he spent about $150 to $200 per week last year on gas, $45 per week on car washes, $100 per month for synthetic oil changes, plus insurance and other expenses while driving his 2013 Dodge Dart at least 60 hours a week in San Diego.

By that math, the annual expenses for which he might seek reimbursement would exceed $10,000.

"I couldn't survive on what they were paying us," Gurfinkel said, adding that he recently began a different full-time job and now drives a maximum of 10 hours a week.

More than 160,000 U.S. drivers actively used the Uber platform by the end of 2014, but over half of them worked less than 15 hours a week, according to data released by the company this month.

Drivers argue that Uber and Lyft can hire and fire them, require them to accept a certain percentage of rides, and to pass background checks. "It would be impossible for Uber to operate its business without the drivers," plaintiff lawyers wrote.

The Boston law firm representing Uber and Lyft drivers, Lichten & Liss-Riordan, won a 2009 decision that Massachusetts exotic dancers were employees because the club could set their shifts, and fire them. Judges in New York and Nevada followed that reasoning last year.

Uber and Lyft counter that drivers control their own schedules, are not assigned a territory, and are not supplied with any equipment apart from an iPhone and a sign.

Uber "provides a service to drivers and receives a fee for that service in return," the company wrote in a court filing.



**Watch your top stories**
New video shows drug lord prison break

ALSO | Planned Parenthood accused...

**Your five minute news show of today's top stories**
For more visit Reuters.tv

**Sponsored Financial Content**  (?)

Fixed income outlook for 2015 and the impact on fixed income sectors  J.P. Morgan Funds

Having Any 1 Of These 7 Credit Cards Means You Have Excellent Credit  Next Advisor

CDs and short duration bonds: Get more yield on your cash.  Fidelity Investments

I hate annuities. And you should too. Download Annuity Insights today.  Fisher Investments

When Warren Buffett issues a warning it pays to listen  Motley Fool

**RECOMMENDED VIDEO**

Scientists "drooling" over new images of Pluto

U.S. House cancels vote on Confederate flag after debate

Ukraine swears in new police as part of reform effort

Iraqi military say they've destroyed Islamic State camp

**SPONSORED TOPICS**

1. Retirement Annuity Rates
2. Nursing Home Ratings
3. 10 Best SUVs
4. 2015 New Trucks
5. Best Credit Cards of 2015
6. Life Insurance for Seniors

**More From Reuters**

- Djokovic offers to apologise to upset Wimbledon ballgirl  | 7 Jul
- Muslim maternity trousers may pose medical risk, fuel 'body-shaming', critics say  | 9 Jul
- Arizona teacher and 12-year-old grandson die during hike  | 9 Jul
- Failure of new U.S. weapons systems may be more than science fiction  | 2 Jul
- Mayweather stripped of title he won in Pacquiao fight  | 6 Jul

**Sponsored Financial Content**  (?)

- 2 reasons why investors miss stock rallies  J.P. Morgan Funds
- When Warren Buffett issues a warning it pays to listen  Motley Fool
- 6% cash back from a credit card? Yep  Next Advisor
- A case for stocks now; why they could still climb despite high prices.  Fidelity Investments
- This Extremely Brilliant Way to Pay Off Mortgage Has Banks On Edge  Bills.com

**From The Web**                                     Sponsored Links by Taboola


**Do You Know How Harry's Razors are Actually Made?**
Harry's


**There's Trouble Brewing for America's Most Hated…**
The Motley Fool


**Drivers Surprised They Never Knew This Rule**
Provide-Savings Insurance Quotes




**Drivers Feel Foolish For Not Knowing This New Rule**
Start My Quote


**New U.S. Currency Law Now In Effect**
Stansberry Research


**Transferring your credit card balance every 15 months is a…**
NextAdvisor

## Sponsored Topics

1. Senior Life Insurance
2. Reverse Mortgage Calculator
3. Best Oil Stocks To Buy
4. Top 10 Cars to Buy
5. Dodge Pickup Truck
6. 2015 Chrysler Barracuda
7. Best Income Funds
8. Fastest Internet Services

Back to top

| | |
|---|---|
| **Reuters.com** | Business \| Markets \| World \| Politics \| Technology \| Opinion \| Money \| Pictures \| Videos \| Site Index |
| **More from Reuters** | Reuters News Agency \| Brand Attribution Guidelines \| Delivery Options |
| **Support & Contact** | Support \| Corrections |
| **Account Information** | Register \| Sign In |
| **Connect with Reuters** | Twitter \| Facebook \| Linkedin \| RSS \| Podcast \| Newsletters \| Mobile |
| **About** | Privacy Policy \| Terms of Use \| Advertise With Us \| AdChoices \| Copyright |

**Thomson Reuters** is the world's leading source of intelligent information for businesses and professionals.

| | | | | |
|---|---|---|---|---|
| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation |

Thomsonreuters.com
About Thomson Reuters
Investor Relations
Careers
Contact Us

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.