SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ELIZABETH LOPEZ BELTRAN** |

I, Elizabeth Lopez Beltrán, declare:

1. My name is Elizabeth Lopez Beltrán. I am a paralegal at Lichten & Liss-Riordan, P.C., the law firm representing Plaintiffs in the above-captioned matter.

2. In addition to the named plaintiffs in this action, more than 1,700 Uber drivers have contacted our firm from across the country to express interest in this case and share information about their work driving for Uber.

3. I estimate that of the more than 1,700 drivers that have reached out to express interest in the case, approximately half have driven for Uber in the state of California.

4. In the course of my assistance with the investigation of the claims in this case, I have spoken at length with hundreds of drivers who are putative class members to this action.

5. The vast majority of the drivers I have spoken with have expressed support for the lawsuit

6. Most of these Uber drivers had expressed to me that they would like to be classified as employees and have their expenses reimbursed.

7. In my conversations with Uber drivers, I have learned that many of these drivers feel that, through its policies, Uber exerts significant control over their work as drivers, forcing them to rely significantly on Uber to conduct their job.

8. Many of these drivers appeared comfortable speaking with me, but indicated that they were afraid to become more involved in the lawsuit for fear of alienating Uber and the risk of being deactivated.

9. After receiving Uber's Opposition to Plaintiffs' Motion for Class Certification, I reached out to some of the drivers who had submitted declarations in support of Uber's Opposition. I learned from my conversations with these drivers that Uber had not given them complete information about what this case is about. I spoke with approximately 50 drivers, and most expressed interest in being reimbursed for their expenses by Uber. The following Declarations are statements that some of the drivers were willing to sign. A number, however, expressed hesitation about putting their name on a statement opposing Uber in this lawsuit.

10. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Daniel Beltran.

11. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Andrew Harris.

12. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Angel Herroz.

13. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Eduardo Belloso.

14. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Ernesto Gallardo.

15. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Arthur Jimenez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2015, at New York City, New York.

By: _____

Elizabeth Lopez Beltrán