# Exhibit A

1  SHANNON LISS-RIORDAN, *pro hac vice*
2  (sliss@llrlaw.com)
   ADELAIDE PAGANO, *pro hac vice*
3  (apagano@llrlaw.com)
   LICHTEN & LISS-RIORDAN, P.C.
4  729 Boylston Street, Suite 2000
5  Boston, MA 02116
   Telephone:   (617) 994-5800
6  Facsimile:   (617) 994-5801

7  MATTHEW CARLSON (SBN 273242)
   (mcarlson@carlsonlegalservices.com)
8  Carlson Legal Services
9  100 Pine Street, Suite 1250
   San Francisco, CA 94111
10 Telephone:   (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated, | Case No. CV 13-3826-EMC |
|---|---|
| Plaintiffs, | **DECLARATION OF DANIEL BELTRAN** |
| v. | |
| UBER TECHNOLOGIES, INC, | |
| Defendant. | |

1

DECLARATION OF DANIEL BELTRAN                    CASE NO. CV13-3826-EMC

1   I, Daniel Beltran, declare:

2   1. I make this declaration upon my personal knowledge.

3   2. I have worked as a driver for Uber X in San Diego since February 2014.

4   3. In May of 2015, I received a call from Uber management, requesting that I come in to their
5      office to answer some questions.

6   4. I was interviewed about my time working for Uber and how I felt about my schedule.

7   5. I was told that former Uber drivers filed a lawsuit against Uber because they wanted to be
8      treated like employees and receive benefits such as paid lunch breaks.

9   6. I was not informed that the case challenged our not receiving tips that passengers were told
10     were included in the fare, nor was I told that, if the case was successful, there was a
11     possibility of my being reimbursed for expenses such as a mileage reimbursement.

12  7. I would like to have my expenses reimbursed should I be entitled to obtain them under the
13     law.

15  I declare under penalty of perjury that the foregoing is true and correct.

17  Executed on July 20, 2015, at San Diego, California.

By: 

Daniel Beltran

2

DECLARATION OF DANIEL BELTRAN                                    CASE NO. CV13-3826-EMC