# Exhibit B

DocuSign Envelope ID: FDD0BB26-C778-425D-BE2E-5B95EFFBF0A0

1  SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
2  ADELAIDE PAGANO*, pro hac vice*
(apagano@llrlaw.com)
3  LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
4  Boston, MA 02116
Telephone:     (617) 994-5800
5  Facsimile:     (617) 994-5801
6
7  MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
8  Carlson Legal Services
100 Pine Street, Suite 1250
9  San Francisco, CA 94111
Telephone:     (415) 817-1470
10
11                  **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
12

13  DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,

Case No. CV  13-3826-EMC

**DECLARATION OF ANDREW HARRIS**

16  Plaintiffs,

17  v.

18  UBER TECHNOLOGIES, INC,

19  Defendant.

1

1       I, Andrew Harris, declare:

2    1.  I make this declaration upon my personal knowledge.

3    2.  I have worked as a driver for Uber-X in San Diego since November 2014.

4    3.  In May of 2015, I received a call from Uber management, asking me how I felt about Uber.

5    4.  I told the person I spoke with know that I thought the service Uber offered was great. I was

6        then told about a possible lawsuit and asked to come in to their office to answer some

7        questions and provide a statement.

8    5.  I was interviewed about my time working for Uber and how I felt about my schedule.

9    6.  I was told that there was a possibility of several Uber drivers filing a lawsuit against Uber

10        because they did not like being self-employed and wanted to be treated like employees.

11    7.  I was under the impression that it would be unlikely that a lawsuit would be filed. I did not

12        realize a lawsuit had already been filed by Uber drivers.

13    8.  I was not informed that the case challenged our not receiving tips that passengers were told

14        were included in the fare, nor was I told that, if the case was successful, there was a

15        possibility of my being reimbursed for expenses such as a mileage reimbursement.

16    9.  I would like to have my expenses reimbursed should I be entitled to obtain them under the

17        law.

18

19    I declare under penalty of perjury that the foregoing is true and correct.

20

21    Executed on July 20, 2015, at San Diego, California.

22

23    By: _____

24           Andrew Harris

25

26

27

28

2