# Exhibit C

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ANGEL HERROZ** |

1

DECLARATION OF ANGEL HERROZ                                    CASE NO. CV13-3826-EMC

1  I, Angel Herroz, declare:

2. 1. I make this declaration upon my personal knowledge.

3. 2. I have worked as a driver for Uber in San Diego since February 2015.

4. 3. In May of 2015, I received a call from Uber management, requesting that I come in to the Uber office to give a statement about a lawsuit about Uber.

5. 4. I decided to go because I wanted to know more about the lawsuit they mentioned.

6. 5. I was asked many questions about my time working for Uber and my previous work as a truck driver but I was not given much information about the lawsuit.

7. 6. What I was told about the lawsuit is that Uber was being sued by a driver because he had not been reimbursed for the use of his vehicle in his time driving for Uber.

8. 7. When asked how I felt about this, I explained that the work I did as a truck driver was similar but that even then I received partial reimbursement for the fuel I used. I would like to have similar reimbursement for the expenses I incur in my work driving for Uber.

9. 8. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.

10. 9. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2015, at San Diego, California.

By: _____
Angel Herroz