# Exhibit E

DocuSign Envelope ID: B4859239-E901-4F6E-B09E-3EA24683ZFCA

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (415) 817-1470

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ERNESTO GALLARDO** |

1

DECLARATION OF ERNESTO GALLARDO     CASE NO. CV13-3826-EMC

I, Ernesto Gallardo, declare:

1. I make this declaration upon my personal knowledge.
2. I have worked as a driver for UberX in Los Angeles since November 2014.
3. In May of 2015, I received a call from Uber management.
4. Uber informed me that they were being sued by former employees and asked if I would be willing to give a statement.
5. I was interviewed about my time working for Uber, how I felt about my schedule and whether I accepted tips.
6. I informed Uber's lawyers that on a few occasions customers had left cash tips in the back seat of my car, despite my refusing to accept them. I told Uber's lawyers that I did not normally accept cash tips because Uber has instructed me not to do so over an e-mail communication and I didn't want to get in trouble or lose my job.
7. At that point one of Uber's attorneys let me know it was okay for me to accept tips from that point forward and that I should disregard Uber's previous instructions.
8. Several weeks after I went into Uber's office to give my statement, a customer offered me a tip while saying she knew she was not supposed to offer me one but wanted to do it anyway.
9. Most passengers are under the same impression and do not offer tips.
10. I was also told that former Uber drivers filed a lawsuit against Uber because they felt they were employees rather than independent contractors.
11. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.
12. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on July 20, 2015, at Los Angeles, California.

By: _____
    Ernesto Gallardo