# Exhibit F

DocuSign Envelope ID: 9D1F69E0-0940-487D-9A2F-C7179BDA3B67

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ARTHUR JIMENEZ** |

1

DECLARATION OF ARTHUR JIMENEZ                              CASE NO. CV13-3826-EMC

I, Arthur Jimenez, declare:

1. I make this declaration upon my personal knowledge.
2. I have worked as a driver for UberX in San Francisco since January 2015.
3. In May of 2015, I received a call from Uber management, requesting that I come in to the Uber office to give a statement about a lawsuit about Uber.
4. I was told that Uber was going through a lawsuit because some drivers wanted to be classified as employees.
5. Other than that, Uber did not explain very much about the claims or the meaning of the lawsuit.
6. I was asked several questions about my work for Uber and my schedule as a full time Uber driver.
7. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.
8. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2015, at San Francisco, California.

By: _____
    Arthur Jimenez