SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ADELAIDE PAGANO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |

I, Adelaide Pagano, hereby declare:

1. I am an associate at the law firm of Lichten & Liss-Riordan, P.C., and counsel for the Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Reply in Support of Class Certification. I have personal knowledge of the information set forth herein.

2. I reviewed the contracts that Uber attached to the Declaration of Michael Coleman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification (Dkt. 302 and attachments).

3. I compiled the following charts to summarize what language the various contracts had regarding Uber's ability to terminate drivers. As shown in these charts, Uber has maintained the right to deactivate all drivers in its discretion, although the language has varied somewhat over time. In each chart, the language listed is included in all versions of the contract identified in the top row of the chart.

4. Prior to 2013, the contracts did not have specific language regarding the circumstances under which Uber drivers could be deactivated.

5. Attached hereto as **Exhibit A** is a true and correct copy of a chart, showing which excerpts of contract language has appeared in which versions of Uber's contracts with UberBlack and UberSUV drivers.

6. Attached hereto as **Exhibit B** is a true and correct copy of a chart, showing which excerpts of contract language has appeared in which versions of Uber's "Driver Addendum" contracts with UberBlack and UberSUV drivers who contract through intermediary companies.

7. Attached hereto as **Exhibit C** is a true and correct copy of a chart, showing which excerpts of contract language has appeared in which versions of Uber's contracts with UberX drivers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2015, at Boston, Massachusetts

By: ___*/s/ Adelaide Pagano*_____
      Adelaide Pagano, Esq.

# Exhibit A

| Uber Black Contract ||||
|---|---|---|---|
| **The Right to Terminate At Will Has Been Consistent Over Time And Across Contracts** ||||
| July 24, 2013 - December 10, 2013 | Ex. D (9583-97) | November 10, 2014 - April 7, 2015 | Ex. N (9636-55) |
| December 10, 2013 - June 21, 2014 | Ex. H (9601-11) | April 7, 2015 - present | Ex. Q (9662-81) |
| June 21, 2014 - November 10, 2014 | Ex. K (9615-31) | | |
| Article 4.1.1: Uber will have the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Transportation Company and/or the Driver from accessing or using the Driver App or the Device.<br><br>Article 4.3.3: Uber reserves the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Transportation Company and/or the Driver from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software.<br><br>Article 9.1: Uber may terminate this Agreement automatically, without any notice requirement, at such moment when the Transportation Company and/or its Drivers no longer qualifies, under the applicable law or the quality standards of Uber, to provide the Driving Service or to operate the Vehicle. || Article 2.4: Uber retains the right to, at any time in Uber's sole discretion, deactivate or otherwise restrict Customer or any Driver from accessing or using the Driver App or the Uber Services in the event of a violation of this Agreement, a violation of a Driver Addendum, Customer's or any Driver's disparagement of Uber or any of its Affiliates, Customer's or any Driver's act or omission that causes harm to Uber's or its Affiliates' brand, reputation or business as determined by Uber in its sole discretion, or for any other reason at the reasonable discretion of Uber (emphasis added).<br><br>Article 12.2: In addition, Uber may terminate this Agreement or deactivate Customer or a particular Driver immediately, without notice, with respect to Customer and/or any Driver in the event Customer and/or any Driver, as applicable, no longer qualifies, under applicable law or the standards and policies of Uber, to provide Transportation Services or to operate the Vehicle, or as otherwise set forth in this Agreement. ||

# Exhibit B

| UberBlack Driver Addendum ||||
|---|---|---|---|
| **The Right to Terminate At Will Has Been Consistent Over Time And Across Contracts** ||||
| July 24, 2013 - December 10, 2013 | Ex. E (9598-600) | November 10, 2014 - present | Ex. O (9656-61) |
| December 10, 2013 -June 21, 2014 | Ex. I (9612-4) | | |
| June 21, 2014 - November 10, 2014 | Ex. L. (9632-5) | | |
| Article 2.1: Uber reserves the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Subcontractor from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software. In the event Subcontractor's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means and, in turn, Transportation Company will notify Subcontractor. In the event his/her star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate Subcontractor's access to the Software and Service. ||| Article 2.3: Driver may be deactivated or otherwise restricted from accessing or using the Driver App or the Uber Services in the event of a violation of this Addendum or Transportation Company's violation of the Agreement, or Driver's or Transportation Company's disparagement of Uber or any of its Affiliates, or Driver's or Transportation Company's act or omission that causes harm to Uber's or any of its Affiliates' brand, reputation or business as determined by Uber in its sole discretion, ***or for any other reason at the reasonable discretion of Uber*** . (emphasis added). |

# Exhibit C

| UberX Contract ||
|---|---|
| **The Right to Terminate At Will Has Been Consistent Over Time And Across Contracts** ||
| February 2013 - August 27, 2013      Ex. C (9682-97)<br><br>August 27, 2013 - October 22, 2013    Ex. F (9698-713)<br><br>October 22, 2013 - December 10, 2013  Ex. G (9714-29)<br><br>December 10, 2013-June 21, 2014      Ex. J (9730-40)<br><br>June 21, 2014 - November 10, 2014     Ex. M (9741-57) | November 10, 2014 - present      Ex. P (9758-75) |
| Page 7-8/Page 8: The Company will have the right, at all times and in the Company's sole discretion, to prohibit or otherwise restrict you or any of your personnel from accessing the Service for any reason… The Company reserves the right to withhold or revoke its approval and authorization of any Driver at any time, in its sole and unreviewable discretion. | Article 2.4: Uber retains the right to, at any time in Uber's sole discretion, deactivate or otherwise restrict Customer or any Driver from accessing or using the Driver App or the Uber Services in the event of a violation of this Agreement, a violation of a Driver Addendum, Customer's or any Driver's disparagement of Uber or any of its Affiliates, Customer's or any Driver's act or omission that causes harm to Uber's or its Affiliates' brand, reputation or business as determined by Uber in its sole discretion, ***or for any other reason at the reasonable discretion of Uber*** (emphasis added).<br><br>Article 12.2: In addition, Uber may terminate this Agreement or deactivate Customer or a particular Driver immediately, without notice, with respect to Customer and/or any Driver in the event Customer and/or any Driver, as applicable, no longer qualifies, under applicable law or the standards and policies of Uber, to provide Transportation Services or to operate the Vehicle, or as otherwise set forth in this Agreement. |