UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, *et al.*,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.
_____/

No. C-13-3826 EMC

**ORDER REGARDING FILING OF SECOND AMENDMENT COMPLAINT**

On November 11, 2014, the parties filed a stipulation to file a revised second amended complaint (SAC). Docket No. 201. The proposed SAC was attached to the stipulation as Exhibit A. The Court approved the stipulation on November 26, 2014, granting "The Parties' request that Plaintiffs be granted leave to file a revised Second Amended Complaint." Docket No. 209. It does not appear that a revised SAC was ever actually filed, however. The Plaintiffs are hereby directed to formally file a copy of the approved operative complaint in this matter and label it appropriately on the docket.

**IT IS SO ORDERED**.

Dated: July 30, 2015

_____
EDWARD M. CHEN
United States District Judge