# Exhibit A

DRAFT
Privileged & Confidential
Attorney Work Product

Draft Driver Ops Script

Hi.  This is [NAME], with D-Ops in [LOCATION].  I'm calling a number of Uber partners like you to see if you're interested in coming into [LOCATION] on [DATE] to provide information to help Uber defend itself against a class action lawsuit.  I'll give you some background info, and then you can let me know.

First, I appreciate your taking the time to speak with me, but I want you to understand that you're under no obligation to do so.  Talking to me is completely voluntary.  The same is true with respect to your decision whether to come in and provide information.  You won't be given any extra benefit for doing so, nor will you be penalized in any way if you decide you would rather not.  Ok?

As I said, Uber is gathering facts to defend itself against a lawsuit that has been filed against Uber by four current and former Uber drivers.  The lawsuit is called *O'Connor v. Uber Technologies, Inc.*, and it's pending in federal court in San Francisco. The Plaintiffs are seeking to represent a class of current and former UberX, UberBlack, and UberSUV drivers in California who have used the Uber App since August 16, 2009.

Plaintiffs claim they and other drivers have been misclassified as independent contractors and should be classified as employees, and are thus entitled to reimbursement of expenses such as mileage, gas, and maintenance.  Plaintiffs also claim that Uber violated the California Labor Code by not passing along to drivers part of the fare Plaintiffs allege represents a tip, and seek restitution of these amounts.

Uber disputes these claims.  Uber's position is that drivers are independent, and that Uber does not control them like an employer.  For example, Uber never sets drivers' schedules, never requires them to log into the Uber App for any minimum amount of time, never requires them to accept any particular trip request received via the Uber App, never assigns them a territory, never restricts them from engaging in another occupation or business, and never restricts them from simultaneous use of other apps like Lyft and Sidecar.  Drivers have testified that they value this flexibility.

The Court has not yet said whether the lawsuit can proceed as a class action, or ruled on the merits of Plaintiffs' claims.  You fall within the group of Uber drivers who the Plaintiffs seek to represent in this proposed class action.  The facts you provide could be used to help Uber defend the lawsuit.

I know I've given you a lot of information, so let me know if you want me to repeat anything.  Also, at the interview, if you agree to come, we will explain this information again, along with additional information. Are you interested in coming into [LOCATION] on [DATE] for the interview?