# Exhibit B

Privileged & Confidential
Attorney Work Product

<u>SCRIPT FOR PUTATIVE CLASS-MEMBER INTERVIEWEES</u>

Hello.  I am an attorney from the law firm [LITTLER MENDELSON OR GIBSON DUNN & CRUTCHER].  I represent Uber in a class action lawsuit that has been filed against it by four current and former Uber drivers.  Uber has asked me to gather information to help it defend itself in this class action lawsuit.  [YOU PREVIOUSLY INDICATED THAT YOU ARE WILLING TO PROVIDE INFORMATION TO HELP UBER DEFEND ITSELF AGAINST THE LAWSUIT <u>*OR*</u> I'D LIKE TO KNOW IF YOU ARE INTERESTED IN PROVIDING UBER WITH INFORMATION TO HELP IT DEFEND ITSELF AGAINST THE LAWSUIT,] but before we start, let me give you some background information and go over a few preliminary matters, and then you can let me know if you want to proceed.

First, are you represented by an attorney in any legal matter concerning your employment classification in relation to Uber?  Are you represented by an attorney in any other legal matter against Uber?  **[If "yes," thank the driver and end the interview]**

Second, are you an UberX, UberBlack, or UberSUV driver?  **[If "no," thank the driver and end the interview]**

Thank you.  I appreciate your taking the time to speak with me, but I want you to understand that you're under no obligation to do so.  Talking to me is ***completely voluntary*** and you may end this conversation at any time.  The same is true with respect to your decision whether to provide information.  You won't be given any extra benefit for doing so, nor will you be penalized or retaliated against in any way if you decide you would rather not.

As I said, Uber is gathering facts to defend itself against a lawsuit that has been filed against Uber by four current and former Uber drivers.  The lawsuit is *O'Connor v. Uber Technologies, Inc.*, and it is pending in federal court in San Francisco.  The Plaintiffs are seeking to represent a class of current and former UberX, UberBlack, and UberSUV drivers in California who have used the Uber App since August 16, 2009.

Plaintiffs claim they and other drivers have been misclassified as independent contractors and should be classified as employees, and are thus entitled to reimbursement of expenses such as mileage, gas, and maintenance.  Plaintiffs also claim that Uber violated the California Labor Code by not passing along to drivers the part of the fare Plaintiffs allege represents a tip, and seek restitution of these amounts.

Uber disputes these claims.  Uber's position is that drivers are independent contractors, and that Uber does not control them like an employer would.  For example, Uber's position is that it never sets drivers' schedules, never requires them to log into the Uber App for any minimum amount of time, never requires them to accept any particular trip request received via the Uber App, never assigns them a geographic territory, never restricts them from engaging in another occupation or business, and never restricts them from simultaneous use of other apps like Lyft and Sidecar.  Drivers have testified that they value this flexibility.

The Court has not yet said whether the lawsuit can proceed as a class action, and it has not yet ruled on the merits of Plaintiffs' claims.  You may fall within the group of Uber drivers

Privileged & Confidential
Attorney Work Product

who the Plaintiffs seek to represent in this proposed class action.  The facts you provide could be used to help Uber defend the lawsuit.

With all that in mind, are you comfortable answering my questions at this point?  [**If "no," thank the driver and end the interview**] [**If "yes," then state:**]

- It is important that you provide me with complete and truthful responses to any of the questions I may ask today.  Please do not base your answers on guesses regarding, for example, what Uber "wants" to hear or what Uber may not like to hear.  As a reminder, you will not be penalized or retaliated against in any way, or given any extra benefit, based on the answers that you provide me.  I cannot stress this point enough: I encourage you to provide complete and truthful responses; you won't get in trouble if you give answers that you think Uber doesn't like, and you won't get any extra benefit if you give answers that you think Uber likes.

- In addition, please understand that I am not your attorney and am not able to provide you with any legal advice.  If you believe you need the advice of an attorney, you are free to seek one.

- I may ask you to sign a statement reflecting the answers you give me today.  By talking to me, you are not agreeing to sign such a statement.  Whether or not you sign a statement is completely voluntary on your part.  If you do agree to sign a statement, please be sure to review the statement for accuracy before signing it, because the statement needs to be a reflection of the facts as you have provided them.

- You may be contacted by one of the Plaintiffs' attorneys about this case.  It is entirely up to you whether you want to speak with them.  Like today's interview, you are under no obligation to speak to them.

Ok, let's begin the interview, and please let me know if at any point you want me to explain this information again.

2