# Exhibit C

## DECLARATION OF DANIEL JAMES BELTRAN

I, DANIEL JAMES BELTRAN, do hereby swear, affirm and attest as follows:

1.     I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.     I currently reside in Escondido, San Diego and started using Uber as providing UberX services in February 2014 through present on a part-basis.  I currently use Uber on a part-time basis and own the vehicle I use.  I drive a 2011 GMC Terrain, which I use for Uber and for my personal use.  From the period of February 2014 through April 2015 you were employed on a full-time basis with a pest control company, at which point Uber provided only 10% of my income.  As of May 2015 Uber is my sole source of income until June 2015 at which point I will be opening up my own pest control business.  At the time my pest control business opens in May 2015 I will continue to use Uber.

3.     I do not have a specific strategy for my use of Uber.  I let the fares take me where they go.  I usually cover North County and Downtown San Diego as the two areas I typically work.  Uber has never assigned me a territory.

4.     I used Uber in the evenings and weekends through February 2014 through April 2015 because I was employed full-time, but currently I use Uber at all times.   When my pest control business opens I will resume using Uber in the evening and weekends.

5.     I receive promotions through weekly emails from Uber, which I glance at on occasion.  The promotions offered by Uber do not affect my decision on whether I use the Uber application or not.

6.     I have used and currently use Lyft.  If I feel that Uber is slow I will switch over to Lyft.  I started using Lyft in February 2014, at the same time I started using Uber.  Usually Uber is busier, but I have used Lyft and Uber at the same time.  At the times that both the Uber and Lyft applications are open I accept whichever fare comes up first and I turn off the other application.  I am able to accept or decline leads generated through Uber as I choose.  Uber has never restricted me from the simultaneous use of Lyft and Uber.

---

7.      I 100% like having the flexibility and it is one of the main reasons I decided to use Uber.  Uber never requires me to log into the Uber App for any minimum amount of time.  Uber never sets my work schedule and has never restricted me from engaging in another occupation or business.  In fact, as mentioned above, as of June 2015 I will be started my own business and using Uber in the evenings and weekends, which is my decision.

8.      I watched all Uber instructional videos that I could find on YouTube, which walked me through what to expect.  I watched these videos because I was nervous about what to expect if I became using the Uber App.  Uber did not require me to watch these instructional videos.

9.      I never met with anyone at Uber.  Everything was done through the website.  I provided Uber with my vehicle documentation and fill out personal information for a background check.  I also had my vehicle inspected at an Escondido inspection site.

10.     Uber provides suggestions on how to make the experience better for the customer, but has never required me to follow these suggestions.  These suggestions are communicated to me by Uber through weekly emails.  I have followed certain suggestions such as keeping water in my vehicle, adjusting music to the passenger's likes, and driving on certain days when events are happening.  I have found that following these suggestions have been helpful to me and my Uber star rating.  There are no suggestions that I disagree with.  Uber limits their suggestions and I have found the suggestions helpful.

11.     I understand that my star rating is set by the passenger and that Uber has no control over the ratings.  I have a rating of 4.88, which I consider a high rating.  I do nothing in particular to keep the rating, but always try to be friendly and keep my car extremely clean.  I feel that you can definitely obtain the minimum star rating without following any of Uber's suggestions.

12.     Since I started using the Uber App I have communicated with Uber on two occasions through email.  The one time I contacted Uber was to ask how to qualify for Uber Black and the second time was to ask a questions regarding insurance.  Other than the weekly emails from Uber, that I understand that I am not required to read, Uber does not contact me.

13.     Uber has never made any mention regarding tipping.  As far as I know Uber does not make any statement to passengers regarding tipping.  In fact, I have used Uber as a passenger and the

1    times that I have I do not recall Uber making any statement whether to tip or not tip.  Uber does not

2    prevent me from accepting tips and I have accepted tips.  On average I receive tips from passenger's

3    about 10% of the time.

4         14.    When I signed the Licensing Agreement with Uber I intended to be an independent

5    contractor.  I would want to continue being an independent contractor because of the flexibility.  I do

6    not want any rules to be placed upon me.

7         15.    During the period of February 2014 through April 2015 I would work using the Uber

8    App on average 4 hours in a day and on average 10-12 hours in a week.  During this time I would

9    definitely take breaks.  I would take at least one break every time I worked.  I would stop to rest

10   and/or take meal breaks.  I would take these rest and meal breaks whenever it was convenience for

11   me and I definitely had a reasonable opportunity to take rest and meal breaks.  When I took these

12   breaks I would turn the Uber App off.  I have never been interrupted by Uber from taking any of my

13   breaks.

14        16.    During the month of May 2015 I currently work on average 6 hours a day and on

15   average 30 hours a week.  I am currently only working this number of hours until my pest control

16   business is up and running in June 2015, at which time I will decide how many hours I will continue

17   to use the Uber App.  However, I understand that I may use the Uber App less because of my new

18   business and that is what I like about it – the option to choose when I use Uber.  In May 2015 I have

19   typically taken a break after working 3 hours.  This break is almost always a meal break for thirty

20   minutes and at this time I turn the Uber App off.  I decide when I stop to take my breaks and am free

21   to go anywhere I want.  Uber has never told me to drive for a certain amount of time before stopping

22   for a rest or meal break and Uber has never told me not to take a break.  In fact, Uber, through its

23   weekly emails has suggested that I take a break at any time.

24        17.    Uber does not require me to wear any specific type of clothing when I'm providing

25   transportation services.  I usually try to wear collared shirt because I personally want to look

26   presentable and professional.

27        18.    I have given this testimony completely voluntarily and without any coercion

28   whatsoever from Uber or anyone else.  I understand that a lawsuit exists against Uber.  I understand

---

3

DECLARATION OF DANIEL JAMES BELTRAN

that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement.  I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

DANIEL JAMES BELTRAN

DocuSign Envelope ID: F6704845-EFD8-4B8E-920D-5B9BB880249E

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO*, pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (415) 817-1470

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF DANIEL BELTRAN** |

1

I, Daniel Beltran, declare:

1. I make this declaration upon my personal knowledge.

2. I have worked as a driver for Uber X in San Diego since February 2014.

3. In May of 2015, I received a call from Uber management, requesting that I come in to their office to answer some questions.

4. I was interviewed about my time working for Uber and how I felt about my schedule.

5. I was told that former Uber drivers filed a lawsuit against Uber because they wanted to be treated like employees and receive benefits such as paid lunch breaks.

6. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.

7. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 20, 2015, at San Diego, California.

By: 

Daniel Beltran

DECLARATION OF DANIEL BELTRAN                    CASE NO. CV13-3826-EMC