# Exhibit D

# DECLARATION OF ANDREW HARRIS

I, ANDREW HARRIS, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I have been an Uber X driver since November 2014. I own and drive a 2014 Volkswagen Jetta SE, which is a 4-door sedan and can accommodate four passengers and the driver. I do not have a specialized or commercial driver's license.

3. I also use Sidecar and Postmates, which are delivery service apps. However, I often log into more than one app at a time. I spend about half of time driver for the Uber app, and half of my time driving for a combination of the Sidecar and Postmates apps. Uber does not prohibit me from using other apps to find fares.

4. I also worked in the transportation industry from 1987 to 1994 in the United Kingdom.

5. In addition to transportation service, I also have other business ventures, including buying and selling items on Ebay and Craigslist.

6. Approximately 75 percent of my income is derived from transportation services, of which approximately 60 percent is from using the Uber app. In addition to using ridesharing and transportation apps for leads and trips, I also hand out business cards with my email and cell phone number, which generates some business lead, but not much.

7. I like and need the flexibility provided by Uber because it allows me to work whenever I want to and as much as I want.

8. I am an independent contractor, which is exactly what I want to be. I decide when I want to log into the Uber app, whether to accept or decline a trip request, and what areas in San Diego I want to focus upon for potential passengers.

9. I do not have an assigned territory and Uber doesn't assign anyone who uses the Uber app to a territory. However, since I live in Pacific Beach, I choose to focus on that area, at least initially, for trip requests. I generally pick up passengers in the Pacific Beach, La Jolla, Bay Park,

18. I am somewhat motivated by "surge" pricing but I don't seek it out actively; if I get a trip request for a surge fare in one areas near my home and when I am logged onto the Uber app I will accept it, but that's about it.

19. I don't log into the Uber app when I am engaged in other activities, or if I stop for lunch or a break, or at home. I can log off any time I want to, and I have never been threatened with deactivation by Uber for being logged off.

20. I use my own cell phone for the Uber app (and the Sidecar and Postmates apps).

21. I log on and off of the app anytime and anywhere I want. That flexibility is very valuable to me because it allows me to log onto the Uber app whenever I want and to engage in other activities whenever I want to.

22. Passengers using the Uber app can rate my services from one to five stars. I make my own decisions on how to provide customer service to my passengers. My current rating is 4.88 and has been as high as 4.96; it is usually 4.91-4.95. I have never been counseled or told that I could be deactivated by Uber based on my rating.

23. Uber sends me emails and text messages with suggestions and potential leads based on upcoming activities in San Diego, but they are only suggestions and I don't have to (and I generally don't) use or follow them.

24. Uber does not require me to wear any specific type of clothing or "uniform" when I'm providing transportation services. However, I choose to wear casual attire (and on occasion will wear a jacket and tie), but I ensure that my clothes are always neat and clean, and that I present a professional image to passengers.

25. I operate as a self-employed individual. I like the freedom of being an independent, self-employed person. I consider this to be my business.

26. I pay for gasoline for my car and insurance; I have not incurred any maintenance costs for my car because it is covered by the dealer/manufacturer. I also purchase bottled water and mints for passengers to use, but the cost is minimal.

27. Uber does not require tipping by passengers. I occasionally receive cash tips, usually a couple of times a week. I tell passengers that there is no need for them to tip, but if they offer it I

will accept it. The average tip is usually $5.

28. The fare charged by Uber does not include any tip and is very reasonable. I do not negotiate the amount of the fare with passengers and have never been asked by a passenger to do so.

29. I tend to take the middle of the day off for several hours, during which I eat lunch. I am not logged onto the Uber app during this period of time. I am generally not using the Uber app for more than 3 hours at a time.

30. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is one of Uber's attorneys and that he does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 29th day of May, 2015.

_____
ANDREW HARRIS

4
DECLARATION OF ANDREW HARRIS

DocuSign Envelope ID: FDD0BB26-C778-425D-BE2F-5B95EFFBF0A0

|   |   |
|---|---|
| 1 | SHANNON LISS-RIORDAN, *pro hac vice* |
| 2 | (sliss@llrlaw.com) |
|   | ADELAIDE PAGANO, *pro hac vice* |
| 3 | (apagano@llrlaw.com) |
|   | LICHTEN & LISS-RIORDAN, P.C. |
| 4 | 729 Boylston Street, Suite 2000 |
| 5 | Boston, MA 02116 |
|   | Telephone:    (617) 994-5800 |
| 6 | Facsimile:    (617) 994-5801 |
| 7 | MATTHEW CARLSON (SBN 273242) |
|   | (mcarlson@carlsonlegalservices.com) |
| 8 | Carlson Legal Services |
|   | 100 Pine Street, Suite 1250 |
| 9 | San Francisco, CA 94111 |
| 10 | Telephone:    (415) 817-1470 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ANDREW HARRIS** |
|---|---|

1

I, Andrew Harris, declare:

1. I make this declaration upon my personal knowledge.
2. I have worked as a driver for Uber-X in San Diego since November 2014.
3. In May of 2015, I received a call from Uber management, asking me how I felt about Uber.
4. I told the person I spoke with know that I thought the service Uber offered was great. I was then told about a possible lawsuit and asked to come in to their office to answer some questions and provide a statement.
5. I was interviewed about my time working for Uber and how I felt about my schedule.
6. I was told that there was a possibility of several Uber drivers filing a lawsuit against Uber because they did not like being self-employed and wanted to be treated like employees.
7. I was under the impression that it would be unlikely that a lawsuit would be filed. I did not realize a lawsuit had already been filed by Uber drivers.
8. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.
9. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2015, at San Diego, California.

By: _____
    DocuSigned by: [signature]
    FAAC4AC62641410...

Andrew Harris