# Exhibit E

## DECLARATION OF ANGEL HERROZ

I, Angel Herroz, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 42 and currently live in Spring Valley, San Diego County, CA. I do not have a commercial or other specialized driving license. I have lived in Spring Valley since 2000. I have been an Uber driver since the Super Bowl earlier this year. I am a direct partner with Uber. I own a 2012 Jeep Patriot that I use to drive with the Uber App.

3. On a typical week I will use Uber five or six days. I like to start driving after 4pm or so and not stop until bars close, so I'll often drive until 2:30am. Some days I work for only two hours.

4. When I drive I will have both Uber and Lyft open. I only started using Lyft a couple of weeks ago. On the first request I get from either app, I will turn off the other one. Then, once I drop off the first passenger, I will open up the other app again. I would say 80% of my rides come from Uber and 20% from Lyft. I like being able to have multiple ride sharing apps open at the same time. It cuts my window between rides and reduces my idle time. I agree that Uber never restricts me from using Uber and Lyft simultaneously. I agree that I'm free to accept or decline leads generated through the Uber App, and Uber has never suspended or threatened to suspend my account because I did not accept enough leads.

5. Sometimes, for active duty personnel, I'll indicate on the Uber App that the ride has been completed and drive the passenger the rest of the way for free. Uber didn't ask me to do this; this is something I decided to do on my own.

6. I consider myself as self-employed, driving for myself and not for Uber. I used to be a truck driver. During that time I leased the truck, as I could not afford to buy. The difference between being a truck driver and being an Uber driver is that the initial investment is smaller. I see Uber in much the same way as I saw being an independent contractor for the trucking company. I'm not an

employee of Uber just like how I wasn't employed as a truck driver. I value the flexibility that Uber provides because it makes me free to do anything I want, whenever I want.

7. Uber has never tried to assign me a territory. Surge pricing will affect my decision to log onto the App. If there surge pricing in an area, I'll plan ahead and try to be here. The promotion notifications will affect my decision to log onto the App in much the same way.

8. I watched the videos Uber had when I started using the App. I remember there were suggestions on how to interact with passengers, but I don't recall any specific examples. I have good people skills, and I worked for a long time in customer service. I've never been told that I would have my account deactivated for failing to follow Uber's suggestions.

9. My current star rating is 4.83, which I consider to be a high rating. To maintain that rating, I mentally read my riders, ask them questions, answer their questions, talk about the weather, sports, anything they want to talk about. All of these are my own ideas.

10. Uber recommends us not to accept tips. We let customers know that tipping is not required. I have accepted cash tips from passengers. I would say that happens once every two or three days. Uber has never suspended or threatened to suspend my account for accepting tips.

11. I was presented with a Licensing Agreement online before I began using the Uber App. When I agreed to the terms of the Licensing Agreement, I intended to be an independent contractor. I wish to continue being an independent contractor because I value the flexibility.

12. I typically drive for four to five hours before stopping for a rest. I will rest for typically 40 minutes. I decide when to stop for a break or a meal. I typically shut off the Uber App during these times. Uber has never told me to drive for a certain amount of time before stopping for a rest or a meal. Uber has never told me not to take a break. Uber has never interrupted my breaks. I'm free to go anywhere I want during breaks. I will go to wherever I'm in the mood for, especially if it's for food.

13. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California this 28th day of May, 2015.

_____
ANGEL HERROZ

1  SHANNON LISS-RIORDAN, *pro hac vice*
2  (sliss@llrlaw.com)
   ADELAIDE PAGANO, *pro hac vice*
3  (apagano@llrlaw.com)
   LICHTEN & LISS-RIORDAN, P.C.
4  729 Boylston Street, Suite 2000
5  Boston, MA 02116
   Telephone:    (617) 994-5800
6  Facsimile:    (617) 994-5801

7  MATTHEW CARLSON (SBN 273242)
   (mcarlson@carlsonlegalservices.com)
8  Carlson Legal Services
   100 Pine Street, Suite 1250
9  San Francisco, CA 94111
10 Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated, | Case No. CV 13-3826-EMC |
|---|---|
| Plaintiffs, | **DECLARATION OF ANGEL HERROZ** |
| v. | |
| UBER TECHNOLOGIES, INC, | |
| Defendant. | |

1

DECLARATION OF ANGEL HERROZ                                   CASE NO. CV13-3826-EMC

I, Angel Herroz, declare:

1. I make this declaration upon my personal knowledge.
2. I have worked as a driver for Uber in San Diego since February 2015.
3. In May of 2015, I received a call from Uber management, requesting that I come in to the Uber office to give a statement about a lawsuit about Uber.
4. I decided to go because I wanted to know more about the lawsuit they mentioned.
5. I was asked many questions about my time working for Uber and my previous work as a truck driver but I was not given much information about the lawsuit.
6. What I was told about the lawsuit is that Uber was being sued by a driver because he had not been reimbursed for the use of his vehicle in his time driving for Uber.
7. When asked how I felt about this, I explained that the work I did as a truck driver was similar but that even then I received partial reimbursement for the fuel I used. I would like to have similar reimbursement for the expenses I incur in my work driving for Uber.
8. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.
9. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2015, at San Diego, California.

By: _____
Angel Herroz

2

DECLARATION OF ANGEL HERROZ                    CASE NO. CV13-3826-EMC