# Exhibit F

**DECLARATION OF EDUARDO BELLOSO**

I, Eduardo Belloso do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am 54 years old. I live in Los Angeles. I've lived here for over 20 years. I have a class A license.

3. I drive for UberX. I have previously driven for Uber XL. I started driving using the Uber app 9-10 months ago.

4. I am a full-time truck driver with the 99 Cents store. I just drive using the Uber app on Saturday and Sundays time. I drive a Toyota Camry. It is my personal car.

5. I lease my car. I have a three year contract for the lease. I lease my car from a deal a Toyota dealership. The Toyota dealership provides all maintenance, services the car, and also does oil changes.

6. I almost always drive on Saturday. Sometimes I also drive on Sundays. Sometimes I drive a couple hours a day on weekdays. I drive whenever I'm available. That's why I like this job. You can go online and offline whenever you want. It's the perfect part time job. We aren't subject to any schedule. That's one of the best things about Uber. I can work whenever I want and whenever I can.

7. I have a daughter who has type I diabetes. I need to check on her every couple of hours. The Uber app gives me that flexibility. I can drive for a couple hours and then stop and go check on her whenever I need to. This is what I like about Uber the most.

8. My passenger rating is 4.82. Passengers rate me. Passengers rate me after I drive with them. I can also rate them, but I almost always give a good rating. Usually I get all five stars from my passengers, but just one bad rating from a passenger can bring that down. Sometimes I provide water or gum in the car, but not always. I try to be nice always.

9. I usually drive around Hollywood, USC, and Downtown LA. Uber doesn't tell me to

1    drive there. I just live around there and there are a lot of requests on the app for drivers there.

2    10.    I do think about surge pricing when thinking about where to drive because it's a better
3    fare.

4    11.    The only way to contact Uber is through email. I've contacted Uber once every
5    couple months. I've done this when someone forgot something in my car or something else happens.

6    12.    Uber does not collect tips. I never get tips from passengers. Uber tells passengers that
7    there is no tip in the fare. There are no tips.

8    13.    When I started with Uber I think there was a licensing agreement that I signed. I don't
9    remember exactly what it said. I know that I am an independent contractor with Uber. I'm fine with
10   this, I actually like this. I especially like the flexibility. I don't want to be an employee. My other
11   job as a truck driver is my main job. This is a side job I can do when I want to. Setting my own
12   schedule is very important to me.

13   14.    I have given this testimony completely voluntarily and without any coercion
14   whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand
15   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney
16   does not represent me or the individuals who brought the lawsuit. I understood that I did not need to
17   speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to
18   provide this declaration. I was specifically told that I did not have to be interviewed and that I did not
19   have to provide any written statement. I also was specifically told that I could participate in the
20   lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever
21   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

22   I declare under penalty of perjury under the laws of the United States of America and the
23   State of California that the foregoing is true and correct.

24

25   Executed at Los Angeles, California this 26th day of May, 2015.



Eduardo Belloso

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:  (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 817-1470

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC, <br><br> Defendant. | Case No. CV 13-3826-EMC <br><br> **DECLARATION OF EDUARDO BELLOSO** |

1

I, Eduardo Belloso, declare:

1. I make this declaration upon my personal knowledge.

2. I have worked as a driver for Uber X and Uber XL in Los Angeles since October 2014.

3. In May of 2015, I received a call from Uber management, requesting that I come in to their office to answer some questions.

4. I was interviewed about my time working for Uber and how I felt about my schedule.

5. Very little about the lawsuit filed on behalf of drivers was explained to me.

6. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.

7. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2015, at Los Angeles, California.

By: _____

Eduardo Belloso