# Exhibit G

# DECLARATION OF ERNESTO GALLARDO

I, Ernesto Gallardo, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and am not a party to the above-captioned matter. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2. I am Uber X/XL driver using my own Nissan Armada. I have been using the Uber App since approximately November 2014. When I started using the Uber App, I had just quit my job as a casino surveillance professional. My brother was driving Uber Black for another person making decent money. So I got the idea to drive my own car to get extra income. After I started using Uber, around December 2014, I got a job as a private investigator. When I started my job as a private investigator, I actually contemplated telling my employer that I am also an Uber driver. But then I reconsidered because there was no conflict of interest and I can drive Uber without it interfering with my work as a private investigator.

3. When I was between jobs, my hours varied from day to day, but by approximation I drove Monday through Friday from 9 am to 4 pm in the Hollywood area. Once I started my job as a private investigator, I changed my schedule. I worked as a private investigator from around 8 am to 5 pm or so, and then I drove in the afternoons and evenings, typically on Thursdays, Fridays, and Saturdays. Presently, I drive in the afternoons, between noon and 5 pm or 6 pm, during the week and on weekends. Additionally, after dinner at home, I go back out to drive at night on the weekends. I tend to work in the Downtown LA and USC area.

4. When I first started using the Uber App, I would follow surge pricing leads. However, I have since changed my practice to stay in a particular area (Downtown LA / USC) and wait for ride leads there. I probably would not be an Uber partner if Uber set my hours and set my geography. I think the best thing about Uber is setting my hours and geography. There are a lot of things Uber can fix, but they have never told me when or where I can drive.

5. I have a rating of 4.9 out of 5.0. That rating is based on passenger reviews. I am not aware of Uber having any influence on the rating because Uber is not in the car with us.

6. Communicating with Uber is horrible and I believe that is because we are independent contractors and not employees. It is not like I have the option to complain to HR. When I started, Uber was very responsive. But now, the responses are several days delayed. Nine out of ten times when I have issues, the issues are not resolved. For example, I will ask multiple questions in a single email but the response will only address the first question. I am trying to be efficient in sending a single email but it ends up causing more inefficiency. I also receive emails from Uber called a weekly summary and another called weekly earnings.

7. When I file my taxes, I list myself as self-employed. I take deductions for mileage, gas, and I anticipate deducting maintenance expenses. I have received 1099 from Uber.

8. I have had passengers occasionally leave cash tips in my car.

9. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California this 25th day of May, 2015.

_____
Ernesto Gallardo

DocuSign Envelope ID: B4859239-E901-4F6E-B09E-3EA24683ZFCA

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:	(617) 994-5800
Facsimile:	(617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:	(415) 817-1470

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**DECLARATION OF ERNESTO GALLARDO** |

1

DECLARATION OF ERNESTO GALLARDO	CASE NO. CV13-3826-EMC

1  I, Ernesto Gallardo, declare:

2  1. I make this declaration upon my personal knowledge.

3  2. I have worked as a driver for UberX in Los Angeles since November 2014.

4  3. In May of 2015, I received a call from Uber management.

5  4. Uber informed me that they were being sued by former employees and asked if I would be
6  willing to give a statement.

7  5. I was interviewed about my time working for Uber, how I felt about my schedule and
8  whether I accepted tips.

9  6. I informed Uber's lawyers that on a few occasions customers had left cash tips in the back
10  seat of my car, despite my refusing to accept them. I told Uber's lawyers that I did not
11  normally accept cash tips because Uber has instructed me not to do so over an e-mail
12  communication and I didn't want to get in trouble or lose my job.

13  7. At that point one of Uber's attorneys let me know it was okay for me to accept tips from that
14  point forward and that I should disregard Uber's previous instructions.

15  8. Several weeks after I went into Uber's office to give my statement, a customer offered me a
16  tip while saying she knew she was not supposed to offer me one but wanted to do it anyway.

17  9. Most passengers are under the same impression and do not offer tips.

18  10. I was also told that former Uber drivers filed a lawsuit against Uber because they felt they
19  were employees rather than independent contractors.

20  11. I was not informed that the case challenged our not receiving tips that passengers were told
21  were included in the fare, nor was I told that, if the case was successful, there was a
22  possibility of my being reimbursed for expenses such as a mileage reimbursement.

23  12. I would like to have my expenses reimbursed should I be entitled to obtain them under the
24  law.

25

26  I declare under penalty of perjury that the foregoing is true and correct.

27

28

2

DECLARATION OF ERNESTO GALLARDO          CASE NO. CV13-3826-EMC

DocuSign Envelope ID: B4859239-E901-4F6E-B09E-3EA24683ZFCA

1  Executed on July 20, 2015, at Los Angeles, California.

By: _____
Ernesto Gallardo

3