# Exhibit H

## DECLARATION OF ARTHUR JIMENEZ

I, Arthur Jimenez, do hereby swear, affirm and attest as follows:

1.      I am over the age of 18 and am not a party to the above-captioned matter.  Except where otherwise indicated, all of the information contained herein is based on my personal knowledge and if called and sworn as a witness, I could and would competently testify hereto.

2.      I drive UberX.

3.      I am a 39 year old male living in San Francisco, California in San Francisco County. I have been living in San Francisco for about 20 years.  I have a normal driver's license.  I use the Uber application full-time.  I am the only driver.

4.      I am a direct partner with Uber.  I own my vehicle.  It is a 2015 Prius.

5.      My strategy is that I live in Glen Park and I just turn on the app.  I live in a great location.  Sometimes I use the Lyft app and Uber app at the same time.  I work 6 a.m. to 6 p.m. five days a week (Mondays through Fridays).  I do not work weekends or special events.  I would be logged onto the Uber app approximately 50 hours a week.  I take breaks for lunch and errands and other personal things.  I do not want to work weekends. That is the thing about being an independent contractor.  I have the flexibility to not work weekends.  Uber does not set my work schedule.  Uber has never suspended or threatened to suspend my account for not being logged onto the app for enough time.  Uber provides drivers flexibility and I value this flexibility because it gives me the opportunity to set my own schedule.  Uber does not assign me a territory.  I have the freedom to use other applications including Lyft at the same time.

6.      I have requested a fare adjustment for technical errors.  I have also sent emails to Uber when I thought I was in a surge area but did not receive a surge price fare.

7.      Uber has never suggested me how to treat passengers.  I know customers give me feedback.  I try to get a higher rating by keeping my car clean, dressing well, keeping my phone silent when I drive, making sure not to text and drive, making sure not to accept personal calls when I am driving, making sure to follow traffic laws, engaging in a pleasant conversation if the passenger would like to talk. I have worked in customer service so I know how to treat passengers.  Most of these things, you should know.  These are my personal methods and skills; my own people skills.

1   Uber has not suggested these things to me. I think Uber sends me emails with suggestions but I do
2   not really read them. I do not need reminders to be nice to people.

3       8.      I do not contact Uber very often. I have emailed them a few times for technical
4   issues, fare questions, and any incidents that needed reporting. Uber does not send me personal
5   emails, ever. Uber sends me general emails about high activity events about once a week. I read
6   their emails to learn about events. Uber has never contacted me to threaten that my account will be
7   suspended or terminated.

8       9.      My expenses include gas, car maintenance, phone costs, insurance, car washing.
9   Uber does not tell me what insurance to buy. They do not tell me when or where to buy gas. I keep
10  a record of my expenses including mileage and gas and food consumed during working hours. I
11  keep my receipts for business expenses. I have two cars. I use my Prius only for using the Uber
12  app. I will report my business expenses when I file my taxes. I will identify myself as self-
13  employed when filing my taxes.

14      10.     I am allowed to accept tips from passengers. I have received tips from passengers.
15  When they try to tip, I tell them it is not required but I will accept them. Some passengers have a
16  misconception that the tip is included in the fare. Uber has never suspended or threatened to suspend
17  my account for accepting tips.

18      11.     I intended to be an independent contractor when I started using the Uber app. I do not
19  mind continuing to be an independent contractor. Being an independent contractor has its pros and
20  cons. But overall, the main perk of being an independent contractor is the flexibility. Last week, I
21  was sick, and I did not have to report to anybody or tell anyone. The cons are that if you do not
22  work, you do not make money. Of course, I do not get certain benefits but the flexibility outweighs
23  the benefits at this point in my life.

24      12.     I will receive a 1099 from Uber. I have never received a W-2 from Uber. I will
25  identify myself as self-employed on my taxes. I will report my business expenses when I file my
26  taxes.

27      13.     I have given this testimony completely voluntarily and without any coercion
28  whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand

1   that the attorney who discussed this testimony with me is Uber's attorney and that Uber's attorney

2   does not represent me or the individuals who brought the lawsuit.  I understood that I did not need to

3   speak with this attorney and I did so voluntarily.  I have not been coerced or threatened in any way

4   to provide this declaration.  I was specifically told that I did not have to be interviewed and that I did

5   not have to provide any written statement.  I also was specifically told that I could participate in the

6   lawsuit and would not be retaliated against in any way for doing so.  Finally, I know that if I ever

7   become a participant in the lawsuit, my interests will be opposed to Uber's interests.

8          I declare under penalty of perjury under the laws of the United States of America and the

9   State of California that the foregoing is true and correct.

10         Executed at San Francisco, California this 19th day of May, 2015.

11

12                                                    ARTHUR JIMENEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ARTHUR JIMENEZ

DocuSign Envelope ID: 9D1F69E0-0940-487D-9A3E-C7179BDA3B67

1   SHANNON LISS-RIORDAN, *pro hac vice*
2   (sliss@llrlaw.com)
    ADELAIDE PAGANO*, pro hac vice*
3   (apagano@llrlaw.com)
    LICHTEN & LISS-RIORDAN, P.C.
4   729 Boylston Street, Suite 2000
    Boston, MA 02116
5   Telephone:     (617) 994-5800
6   Facsimile:     (617) 994-5801

7   MATTHEW CARLSON (SBN 273242)
    (mcarlson@carlsonlegalservices.com)
8   Carlson Legal Services
    100 Pine Street, Suite 1250
9   San Francisco, CA 94111
10  Telephone:     (415) 817-1470

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**

13  DOUGLAS O'CONNOR, THOMAS          Case No. CV  13-3826-EMC
    COLOPY, MATTHEW
14  MANAHAN, and ELIE GURFINKEL       **DECLARATION OF ARTHUR JIMENEZ**
    individually and
15  on behalf of all others similarly situated,

16
    Plaintiffs,
17
    v.
18
19  UBER TECHNOLOGIES, INC,

    Defendant.
20
21
22
23
24
25
26
27
28

                            1

I, Arthur Jimenez, declare:

1. I make this declaration upon my personal knowledge.

2. I have worked as a driver for UberX in San Francisco since January 2015.

3. In May of 2015, I received a call from Uber management, requesting that I come in to the Uber office to give a statement about a lawsuit about Uber.

4. I was told that Uber was going through a lawsuit because some drivers wanted to be classified as employees.

5. Other than that, Uber did not explain very much about the claims or the meaning of the lawsuit.

6. I was asked several questions about my work for Uber and my schedule as a full time Uber driver.

7. I was not informed that the case challenged our not receiving tips that passengers were told were included in the fare, nor was I told that, if the case was successful, there was a possibility of my being reimbursed for expenses such as a mileage reimbursement.

8. I would like to have my expenses reimbursed should I be entitled to obtain them under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2015, at San Francisco, California.

By: _____

Arthur Jimenez