# Exhibit I

| | |
|---|---|
| **From:** | Evangelis, Theane |
| **Sent:** | Wednesday, July 15, 2015 11:17 AM |
| **To:** | Shannon Liss-Riordan |
| **Cc:** | Adelaide Pagano; Manthripragada, Dhananjay S.; Lipshutz, Joshua S.; Ring Dowell, Kevin; Boutrous Jr., Theodore J. |
| **Subject:** | RE: O'Connor -- Production of Data |

Shannon – Uber's disclosure of its expert and production of materials that he considered is compliant with the federal rules, and the issues addressed in his declaration are appropriate for expert testimony.  Therefore, we disagree that there is any basis for the objections you note below.  Nonetheless, we are willing to make our expert available for deposition on a mutually agreed upon date.

Best,
Theane


**Theane Evangelis**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7726 • Fax +1 213.229.6726
TEvangelis@gibsondunn.com • www.gibsondunn.com

---

**From:** Shannon Liss-Riordan [mailto:sliss@llrlaw.com]
**Sent:** Monday, July 13, 2015 2:31 PM
**To:** Evangelis, Theane
**Cc:** Adelaide Pagano; Manthripragada, Dhananjay S.; Lipshutz, Joshua S.; Ring Dowell, Kevin
**Subject:** Re: O'Connor -- Production of Data

Theane - We will be objecting to your having used data and information in your filing that was never produced to us, as well as to your using an expert who was never disclosed and who opines on matters that are not appropriate for expert testimony.  To the extent you now intend to produce to us data that you contend is relevant but was not produced previously, yes, we would ask you to produce it in the native format as well as any format you have it in.

Shannon


On Jul 13, 2015, at 2:05 PM, Evangelis, Theane <TEvangelis@gibsondunn.com> wrote:

> Dear Shannon,
>
> We are in the process of producing to you all facts and data considered by our expert, Justin McCrary, in connection with his expert report, per Federal Rule of Civil Procedure 26(a)(2)(B)(ii).  This includes a number of very large raw data files from Uber (in .csv/excel format) as well as a number of processed data files that Justin created using the raw data (these are in .sas format).  Please let us know if you

would like these .sas files in addition to the raw data.  Please also confirm how you would like these files produced to you.  We assume they would be most convenient to you in their native formats (with a Bates number for each spreadsheet).  Please advise.

Thank you,
Theane


**Theane Evangelis**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7726 • Fax +1 213.229.6726
TEvangelis@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.