# Exhibit 3

```
 1  THEODORE J. BOUTROUS JR., SBN 132099
        tboutrous@gibsondunn.com
 2  DEBRA WONG YANG, SBN 123289
        dwongyang@gibsondunn.com
 3  MARCELLUS MCRAE, SBN 140308
        mmcrae@gibsondunn.com
 4  THEANE EVANGELIS, SBN 243570
        tevangelis@gibsondunn.com
 5  DHANANJAY S. MANTHRIPRAGADA, SBN 254433
        dmanthripragada@gibsondunn.com
 6  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 7  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
 8  Facsimile:  213.229.7520

 9  JOSHUA S. LIPSHUTZ, SBN 242557
        jlipshutz@gibsondunn.com
10  KEVIN RING-DOWELL, SBN 278289
        kringdowell@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
12  San Francisco, CA 94105-0921
    Telephone: 415.393.8200
13  Facsimile:  415.393.8306

14  Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>**DECLARATION OF ARMEN ADZHEMYAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing</u>:<br><br>Date:    August 6, 2015<br>Time:   1:30 p.m.<br>Place:   Courtroom 5<br>Judge:  Hon. Edward M. Chen |

Gibson, Dunn & Crutcher LLP

DECL. OF ARMEN ADZHEMYAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC

## DECLARATION OF ARMEN ADZHEMYAN

I, Armen Adzhemyan, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP. I make this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification in the above-titled action. I have personal knowledge of the matters stated herein. If called upon to do so, I could and would competently testify hereto.

2. I interviewed and obtained the declaration of putative class member Ernesto Gallardo on May 26, 2015 in Los Angeles, which declaration was filed in support of Uber's opposition to Plaintiffs' motion for class certification.

3. Prior to conducting the interview and obtaining the declaration, I read to Ernesto Gallardo the pre-interview script prepared by Uber's counsel. A copy of this script is included as Exhibit B to the Declaration of Theane Evangelis filed concurrently herewith in support of Defendant Uber Technologies, Inc.'s Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification.

4. I read the pre-interview script word for word, except for the parts of the script instructing me to confirm certain facts with Ernesto Gallardo or confirm his understanding of the information that I was providing him. Where the script contained such instructions, I followed them.

5. Before the start of the interview, Ernesto Gallardo indicated to me that he understood all of the information that I provided to him through reading the pre-interview script and that he wished to proceed to the interview.

6. I witnessed Ernesto Gallardo sign his declaration in Los Angeles on May 26, 2015, after he reviewed the declaration to ensure that all the statements made therein were accurate.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, the 29th day of July, 2015.

By: _____
Armen Adzhemyan

Gibson, Dunn & Crutcher LLP

DECL. OF ARMEN ADZHEMYAN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC