# Exhibit 5

THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 13-03826-EMC<br><br>**DECLARATION OF ANNUREET K. GREWAL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing:</u><br><br>Date: August 6, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

DECL. OF ANNUREET K. GREWAL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC

Gibson, Dunn & Crutcher LLP

# DECLARATION OF ANNUREET GREWAL

I, Annureet K. Grewal, declare as follows:

1. I am an attorney at the law firm of Littler Mendelson P.C. I make this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification in the above-titled action. I have personal knowledge of the matters stated herein. If called upon to do so, I could and would competently testify hereto.

2. I interviewed and obtained the declaration of putative class member Daniel James Beltran on May 28, 2015 in San Diego, which declaration was filed in support of Uber's opposition to Plaintiffs' motion for class certification.

3. Prior to conducting the interview and obtaining the declaration, I read to Daniel James Beltran the pre-interview script prepared by Uber's counsel. A copy of this script is included as Exhibit B to the Declaration of Theane Evangelis filed concurrently herewith in support of Defendant Uber Technologies, Inc.'s Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification.

4. I read the pre-interview script word for word, except for the parts of the script instructing me to confirm certain facts with Daniel James Beltran or confirm his understanding of the information that I was providing him. Where the script contained such instructions, I followed them.

5. Before the start of the interview, Daniel James Beltran indicated to me that he understood all of the information that I provided to him through reading the pre-interview script and that he wished to proceed to the interview.

6. I witnessed Daniel James Beltran sign his declaration in San Diego on May 28, 2015, after he reviewed the declaration to ensure that all the statements made therein were accurate.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed at San Diego, California, the 29th day of July, 2015.

By: /s/ Annureet K. Grewal
Annureet K. Grewal

---

DECL. OF ANNUREET K. GREWAL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC