# Exhibit 6

```
 1  THEODORE J. BOUTROUS JR., SBN 132099
       tboutrous@gibsondunn.com
 2  DEBRA WONG YANG, SBN 123289
       dwongyang@gibsondunn.com
 3  MARCELLUS MCRAE, SBN 140308
       mmcrae@gibsondunn.com
 4  THEANE EVANGELIS, SBN 243570
       tevangelis@gibsondunn.com
 5  DHANANJAY S. MANTHRIPRAGADA, SBN 254433
       dmanthripragada@gibsondunn.com
 6  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 7  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
 8  Facsimile:  213.229.7520

 9  JOSHUA S. LIPSHUTZ, SBN 242557
       jlipshutz@gibsondunn.com
10  KEVIN RING-DOWELL, SBN 278289
       kringdowell@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
12  San Francisco, CA 94105-0921
    Telephone: 415.393.8200
13  Facsimile:  415.393.8306

14  Attorneys for Defendant
    UBER TECHNOLOGIES, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. CV 13-03826-EMC<br><br>**DECLARATION OF VICTOR LEE IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing:**<br><br>Date:    August 6, 2015<br>Time:   1:30 p.m.<br>Place:   Courtroom 5<br>Judge:  Hon. Edward M. Chen |

Gibson, Dunn & Crutcher LLP

DECL. OF VICTOR LEE IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC

# DECLARATION OF VICTOR LEE

I, Victor Lee, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP. I make this declaration in support of Defendant Uber Technologies, Inc.'s ("Uber") Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification in the above-titled action. I have personal knowledge of the matters stated herein. If called upon to do so, I could and would competently testify hereto.

2. I interviewed and obtained the declaration of putative class member Angel Herroz on May 28, 2015 in San Diego, which declaration was filed in support of Uber's opposition to Plaintiffs' motion for class certification.

3. Prior to conducting the interview and obtaining the declaration, I read to Angel Herroz the pre-interview script prepared by Uber's counsel. A copy of this script is included as Exhibit B to the Declaration of Theane Evangelis filed concurrently herewith in support of Defendant Uber Technologies, Inc.'s Surreply in Response to Plaintiffs' Reply In Support of Their Motion for Class Certification.

4. I read the pre-interview script word for word, except for the parts of the script instructing me to confirm certain facts with Angel Herroz or confirm his understanding of the information that I was providing him. Where the script contained such instructions, I followed them.

5. Before the start of the interview, Angel Herroz indicated to me that he understood all of the information that I provided to him through reading the pre-interview script and that he wished to proceed to the interview.

6. I witnessed Angel Herroz sign his declaration in San Diego on May 28, 2015, after he reviewed the declaration to ensure that all the statements made therein were accurate.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, the 28th day of July, 2015.

By: 
Victor Lee

Gibson, Dunn & Crutcher LLP

DECL. OF VICTOR LEE IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
CASE NO. CV 13-03826-EMC