UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, *et al.*,

    Plaintiffs,

    v.

UBER TECHNOLOGIES, INC., *et al.*,

    Defendants.
_____/

No. C-13-3826 EMC

**SUPPLEMENTAL BRIEFING ORDER**

    In connection with its opposition to Plaintiffs' motion for class certification, Defendants prepared charts that summarize the contents of the various agreements in this case. It appears, however, that some of the charts may not capture all 17 agreements at issue. For instance, Exhibit 53 to the Evangelis Declaration does not appear to contain entries regarding the four "driver addenda" in the record. *See, e.g.*, Coleman Decl, Ex. E. For the sake of completeness, the Court asks Uber to file updated and complete chart(s) by Tuesday, August 4, 2015.

    **IT IS SO ORDERED**.

Dated: July 31, 2015

_____
EDWARD M. CHEN
United States District Judge