# Amended Exhibit 41

# Summary of Licensing Agreements

| Licensing/Software Agreement | Prohibits the Simultaneous Use of Non-Uber Lead Gen. Apps | Driver May Negotiate Fares | Permits Uber to Adjust Fares | Prohibits Driver From Accepting Tips | Requires Specific Vehicle Models | Uber Arranges Processing of Fare Payment | Parties Have Mutual Right to Terminate "Without Cause" | Contains an Arbitration Provision |
|---|---|---|---|---|---|---|---|---|
| Pre-08/2011 Uber Terms & Conditions | | | | | | | | |
| 08/2011 Uber Terms and Conditions | | | | | | | | |
| 02/2013 Rasier Transp. Provider Service Agt. | ✓ | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| 07/24/2013 Uber Software License/Online Servs. Agt. | | | | | | ✓ | | ✓ |
| 08/27/2013 Rasier Transp. Provider Service Agt. | ✓ | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| 10/22/2013 Rasier Transp. Provider Service Agt. | ✓ | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| 12/10/2013 Uber Software License/Online Servs. Agt. | | | | | | ✓ | | |
| 12/10/2013 Rasier Transp. Provider Service Agt. | ✓ | ✓ | | ✓ | ✓ | | ✓ | |
| 06/21/2014 Uber Software License/Online Servs. Agt. | | | | | | ✓ | | ✓ |
| 06/21/2014 Rasier Software Sublicense & Online Services Agt. | ✓ | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| 11/10/2014 Rasier Software License/Online Servs. Agt. | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agt. | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agt. | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |

# Summary of Licensing Agreements

| Licensing/Software Agreement | Prohibits the Simultaneous Use of Non-Uber Lead Gen. Apps | Driver May Negotiate Fares | Permits Uber to Adjust Fares | Prohibits Driver From Accepting Tips | Requires Specific Vehicle Models | Uber Arranges Processing of Fare Payment | Parties Have Mutual Right to Terminate "Without Cause" | Contains an Arbitration Provision |
|---|---|---|---|---|---|---|---|---|
| 07/24/2013 Uber Driver Addendum | | | | | | ✓ | | ✓ |
| 12/10/2013 Uber Driver Addendum | | | | | | ✓ | | |
| 06/21/2014 Uber Driver Addendum | | | | | | ✓ | | ✓ |
| 11/10/2014 Uber Driver Addendum | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |