# Amended Exhibit 42

# Summary of Licensing Agreements

Whether Agreement States That Driver Is An Independent Contractor

| Agreement Version | Does Agreement State That Driver Is An Independent Contractor? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee." |
| 07/24/2013 Uber Software License and Online Services Agreement | Yes | § 7.1:  "The relationship between the Parties is solely that of independent contracting parties." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee." |

| Agreement Version | Does Agreement State That Driver Is An Independent Contractor? | Terms |
|---|---|---|
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee." |
| 12/10/2013 Uber Software License and Online Services Agreement | Yes | § 7.1: "The relationship between the Parties is solely that of independent contracting parties." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee." |
| 06/21/2014 Uber Software License and Online Services Agreement | Yes | § 7.1: "The relationship between the Parties is solely that of independent contracting parties." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | Pg. 3: "You represent that you are an independent contractor engaged in the independent business of providing the transportation services described in this Agreement . . . .  The Parties intend this Agreement to create the relationship of |

| Agreement Version | Does Agreement State That Driver Is An Independent Contractor? | Terms |
|---|---|---|
| | | principal and independent contractor and not that of employer and employee." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 13.1: "Except as otherwise expressly provided herein with respect to Uber acting as the limited payment collection agent solely for the purpose of collecting payment from Users on behalf of Customer, the relationship between the parties under this Agreement is solely that of independent contractors." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 13.1: "Except as otherwise expressly provided herein with respect to Uber acting as the limited payment collection agent solely for the purpose of collecting payment from Users on behalf of Customer, the relationship between the parties under this Agreement is solely that of independent contractors." |
| 07/24/2013 Driver Addendum Related to Uber Services | Yes | § 6: "Subcontractor represents that he/she specifically desires to operate as an independent contractor with respect to the transportation services performed under this Addendum." |
| 12/10/2013 Driver Addendum Related to Uber Services | Yes | § 6: "Subcontractor represents that he/she specifically desires to operate as an independent contractor with respect to the transportation services performed under this Addendum." |
| 06/21/2014 Driver Addendum Related to Uber Services | Yes | § 6: "Subcontractor represents that he/she specifically desires to operate as an independent contractor with respect to the transportation services performed under this Addendum." |

| Agreement Version | Does Agreement State That Driver Is An Independent Contractor? | Terms |
|---|---|---|
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 13.1: "Except as otherwise expressly provided herein with respect to Uber acting as the limited payment collection agent solely for the purpose of collecting payment from Users on behalf of Customer, the relationship between the parties under this Agreement is solely that of independent contractors." |