# Amended Exhibit 43

# Summary of Licensing Agreements

Whether Agreement Prohibits Driver From Using the Uber App and Another Lead Generation App Simultaneously

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "The Parties recognize that both you and the Company are, or may be, engaged in similar agreements with others. Nothing in this Agreement shall preclude the Company from doing business with other independent transportation service providers, nor preclude you from entering into contracts similar to this Agreement with other lead generation providers. The Company neither has nor reserves the right to restrict you from performing other transportation services for any company, business or individual, or from being engaged in any other occupation or business. However, during the time you are actively signed into the Software, you shall perform transportation services only for Requests received by you via the Software. Additionally, during the time you are actively signed into the Software, you shall not display on your vehicle any removable insignia provided by third-party transportation service providers, other lead generation providers, or similar." |

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
| 07/24/2013 Uber Software License and Online Services Agreement | No | N/A |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "The Parties recognize that both you and the Company are, or may be, engaged in similar agreements with others.  Nothing in this Agreement shall preclude the Company from doing business with other independent transportation service providers, nor preclude you from entering into contracts similar to this Agreement with other lead generation providers.  The Company neither has nor reserves the right to restrict you from performing other transportation services for any company, business or individual, or from being engaged in any other occupation or business.  However, during the time you are actively signed into the Software, you shall perform transportation services only for Requests received by you via the Software.  Additionally, during the time you are actively signed into the Software, you shall not display on your vehicle any removable insignia provided by third-party transportation service providers, other lead generation providers, or similar." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "The Parties recognize that both you and the Company are, or may be, engaged in similar agreements with others.  Nothing in this Agreement shall preclude the Company from doing business with other independent transportation service providers, nor preclude you from entering into contracts similar to this Agreement with other lead generation providers.  The Company neither has nor reserves the right to restrict you from performing other transportation services for any company, business or individual, or from being engaged in any other |

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
| | | occupation or business. However, during the time you are actively signed into the Software, you shall perform transportation services only for Requests received by you via the Software. Additionally, during the time you are actively signed into the Software, you shall not display on your vehicle any removable insignia provided by third-party transportation service providers, other lead generation providers, or similar." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | N/A |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 3: "The Parties recognize that both you and the Company are, or may be, engaged in similar agreements with others. Nothing in this Agreement shall preclude the Company from doing business with other independent transportation service providers, nor preclude you from entering into contracts similar to this Agreement with other lead generation providers. The Company neither has nor reserves the right to restrict you from performing other transportation services for any company, business or individual, or from being engaged in any other occupation or business. However, during the time you are actively signed into the Software, you shall perform transportation services only for Requests received by you via the Software. Additionally, during the time you are actively signed into the Software, you shall not display on your vehicle any removable insignia provided by third-party transportation service providers, other lead generation providers, or similar." |

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 3.9: "Transportation Company and Drivers have complete discretion to operate their independent businesses in good faith including providing transportation services separate from those obtained using the Driver App." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 3: "The Parties recognize that both you and the Company are, or may be, engaged in similar agreements with others. Nothing in this Agreement shall preclude the Company from doing business with other independent transportation service providers, nor preclude you from entering into contracts similar to this Agreement with other lead generation providers. The Company neither has nor reserves the right to restrict you from performing other transportation services for any company, business or individual, or from being engaged in any other occupation or business. However, during the time you are actively signed into the Software, you shall perform transportation services only for Requests received by you via the Software. Additionally, during the time you are actively signed into the Software, you shall not display on your vehicle any removable insignia provided by third-party transportation service providers, other lead generation providers, or similar." |
| 11/10/2014 Rasier Software License and Online Services Agreement | No | § 2.4: "You acknowledge and agree that you have complete discretion to provide services or otherwise engage in other business or employment activities. For the sake of clarity, you understand that you retain the complete right to; (i) use other software application services in addition to the Uber Services; and (ii) engage in any other occupation or |

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
|  |  | business." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | No | § 2.4: "Customer acknowledges and agrees that it has complete discretion to operate its independent business and direct its Drivers at its own discretion, including the ability to provide services at any time to any third party separate and apart from Transportation Services. For the sake of clarity, Customer understands that Customer retains the complete right to provide transportation services to its existing customers and to use other software application services in addition to the Uber Services." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | No | § 2.4: "Customer acknowledges and agrees that it has complete discretion to operate its independent business and direct its Drivers at its own discretion, including the ability to provide services at any time to any third party separate and apart from Transportation Services. For the sake of clarity, Customer understands that Customer retains the complete right to provide transportation services to its existing customers and to use other software application services in addition to the Uber Services." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |

| Agreement Version | Does Agreement Prohibit Driver From Using Uber App and Another Lead Generation App Simultaneously? | Terms |
|---|---|---|
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 06/21/2014 Uber Software License and Online Services Agreement § 3.9: "Transportation Company and Drivers have complete discretion to operate their independent businesses in good faith including providing transportation services separate from those obtained using the Driver App." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | No<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 2.4: "Customer acknowledges and agrees that it has complete discretion to operate its independent business and direct its Drivers at its own discretion, including the ability to provide services at any time to any third party separate and apart from Transportation Services. For the sake of clarity, Customer understands that Customer retains the complete right to provide transportation services to its existing customers and to use other software application services in addition to the Uber Services." |