# Amended Exhibit 44

# Summary of Licensing Agreements

Whether Agreement Requires Specific Types of Vehicle Models

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | Pg. 1: "You own, or have the legal right to operate, the vehicle which you intend to use when accepting passengers, and such vehicle is in good operating condition and meets the industry safety standards for a vehicle of its kind." |
| 08/2011 Uber Terms and Conditions | No | Pg. 1: "You own, or have the legal right to operate, the vehicle which you intend to use when accepting passengers, and such vehicle is in good operating condition and meets the industry safety standards for a vehicle of its kind." |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 4: "You agree that you shall maintain a vehicle that is a model approved by the Company. Any such vehicle shall be no more than ten (10) model years old, and shall be in good operating condition." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [*sic*] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 4: "You agree that you shall maintain a vehicle that is a model approved by the Company. Any such vehicle shall be no more than ten (10) model years old, and shall be in good operating condition." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 4: "You agree that you shall maintain a vehicle that is a model approved by the Company. Any such vehicle shall be no more than ten (10) model years old, and shall be in good operating condition." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [sic] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 4: "You agree that you shall maintain a vehicle that is a model approved by the Company. Any such vehicle shall be no more than ten (10) model years old, and shall be in good operating condition." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [sic] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services |

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| | | contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 4: You agree that you shall maintain a vehicle that is a model approved by the Company. Any such vehicle shall be no more than ten (10) model years old, and shall be in good operating condition." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 1.16: "'Vehicle" means your vehicle that: (a) meets the then-current Company requirements for a vehicle on the Uber Services; and (b) Company authorizes for your use for the purpose of providing Transportation Services." <br><br> § 3.2: "You acknowledge and agree that your Vehicle shall at all times be: . . . (c) suitable for performing the passenger transportation services contemplated by this Agreement; and (d) maintained in good operating condition, consistent with industry safety and maintenance standards for a Vehicle of its kind and any additional standards or requirements in the applicable Territory, and in a clean and sanitary condition." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 1.20: "'Vehicle' means any vehicle of Customer that: (a) meets the then-current Uber requirements for a vehicle on the Uber Services; and (b) Uber authorizes for use by a Driver for the purpose of providing Transportation Services on behalf of Customer." <br><br> § 3.2(c) & (d): "Customer acknowledges and agrees that each Vehicle shall at all times be: . . . (c) suitable for performing the passenger transportation services contemplated by this Agreement; and (d) maintained in good operating condition, consistent with industry safety and maintenance standards for a |

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| | | Vehicle of its kind and any additional standards or requirements in the applicable Territory, and in a clean and sanitary condition." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 1.20: "'Vehicle' means any vehicle of Customer that: (a) meets the then-current Uber requirements for a vehicle on the Uber Services; and (b) Uber authorizes for use by a Driver for the purpose of providing Transportation Services on behalf of Customer."<br><br>§ 3.2(c) & (d): "Customer acknowledges and agrees that each Vehicle shall at all times be: . . . (c) suitable for performing the passenger transportation services contemplated by this Agreement; and (d) maintained in good operating condition, consistent with industry safety and maintenance standards for a Vehicle of its kind and any additional standards or requirements in the applicable Territory, and in a clean and sanitary condition." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 07/24/2013 Uber Software License and Online Services Agreement § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [*sic*] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 12/10/2013 Uber Software License and Online Services Agreement § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [*sic*] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 06/21/2014 Uber Software License and Online Services Agreement § 6.1.1(ix): "The Transportation Company represents to Uber and shall ensure that the Driver shall represent to Transportation Company, that for the term of this Agreement: . . . (ix) Transportation Company is the owner or lessee, or are [*sic*] otherwise in lawful possession of a Vehicle or Vehicles, and said Vehicle or Vehicles are suitable for performing the commercial carriage services contemplated by this Agreement, which equipment complies with all applicable federal, state and local laws." |

| Agreement Version | Does Agreement Require Specific Types of Vehicle Models? | Terms |
|---|---|---|
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | Driver Addendum § 1.13: "Vehicle" means any vehicle of Transportation Company that: (a) meets the then-current Uber requirements for a vehicle on the Uber Services; and (b) Uber authorizes for use by a Driver for the purpose of providing Transportation Services on behalf of Transportation Company."<br><br>11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 3.2(c) & (d): "Customer acknowledges and agrees that each Vehicle shall at all times be: . . . (c) suitable for performing the passenger transportation services contemplated by this Agreement; and (d) maintained in good operating condition, consistent with industry safety and maintenance standards for a Vehicle of its kind and any additional standards or requirements in the applicable Territory, and in a clean and sanitary condition." |