# Amended Exhibit 45

# Summary of Licensing Agreements

Whether Agreement Limits Drivers' Discretion To Accept Ride Requests

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | Silent on the issue | N/A |
| 08/2011 Uber Terms and Conditions | Silent on the issue | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | No | Pg. 2: "You shall be entitled to accept, reject, and select among the Requests received via the Service.  You shall have no obligation to the Company to accept any Request.  Following acceptance of a Request, however, you must perform the Request in accordance with the Client's specifications."<br><br>Pg. 4: "Regardless of the pre-arranged Service Fee, you shall always have the right to refuse any Request without penalty." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | § 4.2.2:  "The Transportation Company and its Drivers also retain the option to accept or reject each request for transportation received via the Driver App." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | No | Pg. 2: "You shall be entitled to accept, reject, and select among the Requests received via the Service.  You shall have no obligation to the Company to accept any Request.  Following acceptance of a Request, however, you must |

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| | | perform the Request in accordance with the Client's specifications." <br><br> Pg. 4: "Regardless of the pre-arranged Service Fee, you shall always have the right to refuse any Request without penalty." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | No | Pg. 2: "You shall be entitled to accept, reject, and select among the Requests received via the Service. You shall have no obligation to the Company to accept any Request. Following acceptance of a Request, however, you must perform the Request in accordance with the Client's specifications." <br><br> Pg. 4: "Regardless of the pre-arranged Service Fee, you shall always have the right to refuse any Request without penalty." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | § 4.2.2: "The Transportation Company and its Drivers also retain the option to accept or reject each request for transportation received via the Driver App." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | No | Pg. 2: "You shall be entitled to accept, reject, and select among the Requests received via the Service. You shall have no obligation to the Company to accept any Request. Following acceptance of a Request, however, you must perform the Request in accordance with the Client's specifications." <br><br> Pg. 4: "Regardless of the pre-arranged Service Fee, you shall always have the right to refuse any Request without penalty." |
| 06/21/2014 Uber Software License and | No | § 4.2.2: "The Transportation Company and its Drivers also retain the option to |

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| Online Services Agreement | | accept or reject each request for transportation received via the Driver App." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | No | Pg. 2: "You shall be entitled to accept, reject, and select among the Requests received via the Service.  You shall have no obligation to the Company to accept any Request.  Following acceptance of a Request, however, you must perform the Request in accordance with the Client's specifications."<br><br>Pg. 4: "Regardless of the pre-arranged Service Fee, you shall always have the right to refuse any Request without penalty." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Possibly | § 2.4: "You retain the option, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services via the Uber Services, or to cancel an accepted request for Transportation Services via the Driver App, subject to Company's then-current cancellation policies."<br><br>§ 2.5.2: "Additionally, you acknowledge that your repeated failure to accept User requests for Transportation Services while you are logged in to the Driver App creates a negative experience for Users of Uber's mobile application. If you do not wish to accept User requests for Transportation Services for a period of time, you will log off of the Driver App." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Possibly | § 2.4: "Customer and its Drivers retain the option, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services via the Uber Services, or to cancel an accepted request for Transportation Services via the Driver App, subject to Uber's then-current |

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| | | cancellation policies."<br><br>§ 2.6.2: "Additionally, Customer acknowledges and agrees that repeated failure by a Driver to accept User requests for Transportation Services while such Driver is logged in to the Driver App creates a negative experience for Users of Uber's mobile application. Accordingly, Customer agrees and shall ensure that if a Driver does not wish to accept User requests for Transportation Services for a period of time, such Driver will log off of the Driver App." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Possibly | § 2.4: "Customer and its Drivers retain the sole right to determine when and for how long each of them will utilize the Driver App or the Uber Services. Customer and its Drivers retain the option, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services via the Uber Services, or to cancel an accepted request for Transportation Services via the Driver App, subject to Uber's then-current cancellation policies."<br><br>§ 2.6.2: "Additionally, Customer acknowledges and agrees that repeated failure by a Driver to accept User requests for Transportation Services while such Driver is logged in to the Driver App creates a negative experience for Users of Uber's mobile application. Accordingly, Customer agrees and shall ensure that if a Driver does not wish to accept User requests for Transportation Services for a period of time, such Driver will log off of the Driver App." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the | 07/24/2013 Uber Software License and Online Services Agreement § 4.2.2: "The Transportation Company and its Drivers also retain the option to accept or reject each request for transportation received via the Driver App." |

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| | 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | |
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 12/10/2013 Uber Software License and Online Services Agreement § 4.2.2: "The Transportation Company and its Drivers also retain the option to accept or reject each request for transportation received via the Driver App." |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum | 06/21/2014 Uber Software License and Online Services Agreement § 4.2.2: "The Transportation Company and its Drivers also retain the option to accept or reject each request for transportation received via the Driver App." |

| Agreement Version | Does Agreement Limit Drivers' Discretion To Accept Ride Requests? | Terms |
|---|---|---|
| | §§ 1 & 1.1] | |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Possibly | § 2.3: "Driver acknowledges that Uber does not control, or purport to control: . . . (b) Driver's decision, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services, or to cancel an accepted request for Transportation Services, via the Driver App, subject to Uber's then-current cancellation policies."<br><br>§ 2.4.2: "Driver agrees that repeated failure to accept User requests for Transportation Services while Driver is logged in to the Driver App creates a negative experience for Users of Uber's mobile application. Accordingly, Driver agrees that if they are logged in to the Driver App, that they will strive to accept a substantial portion of User requests for Transportation Services, and that if they do not wish to accept User requests for Transportation Services for a period of time, they will log off of the Driver App." |