# Amended Exhibit 46

# Summary of Licensing Agreements

Whether Agreement Requires Driver to Use App to Stay Active

| Agreement Version | Does Agreement Require Driver to Use Uber App to Stay Active? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes (every 180 days) | Pg. 10: "The Agreement shall be automatically terminated for inactivity of more than 180 days, with the date of termination being the 180th day following the date of the last Request accepted and performed by you." |
| 07/24/2013 Uber Software License and Online Services Agreement | Yes (every month) | § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes (every 180 days) | Pg. 10: "The Agreement shall be automatically terminated for inactivity of more than 180 days, with the date of termination being the 180th day following the date of the last Request accepted and performed by you." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes (every 180 days) | Pg. 10: "The Agreement shall be automatically terminated for inactivity of more than 180 days, with the date of termination being the 180th day following the date of the last Request accepted and performed by you." |

| Agreement Version | Does Agreement Require Driver to Use Uber App to Stay Active? | Terms |
|---|---|---|
| 12/10/2013 Uber Software License and Online Services Agreement | Yes (every month) | § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes (every 180 days) | Pg. 9: "The Agreement shall be automatically terminated for inactivity of more than 180 days, with the date of termination being the 180th day following the date of the last Request accepted and performed by you." |
| 06/21/2014 Uber Software License and Online Services Agreement | Yes (every month) | § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes (every 180 days) | Pg. 10: "The Agreement shall be automatically terminated for inactivity of more than 180 days, with the date of termination being the 180th day following the date of the last Request accepted and performed by you." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes (every month) | § 2.1: "You acknowledge and agree that you are required to fulfill a request for Transportation Services using the Driver App at least once a month to maintain an active Driver profile, and Company reserves the right to deactivate your Driver ID if you have not fulfilled a request for Transportation Services using the Driver App at least once a month." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes (every month) | § 2.1: "Uber reserves the right to deactivate the Driver ID of those Drivers who have not fulfilled a request for Transportation Services using the Driver App at least once a month." |

| Agreement Version | Does Agreement Require Driver to Use Uber App to Stay Active? | Terms |
|---|---|---|
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes (every month) | § 2.1: "Customer acknowledges and agrees that each Driver is required to fulfill a request for Transportation Services using the Driver App at least once a month to maintain an active Driver profile, and Uber reserves the right to deactivate the Driver ID of those Drivers who have not fulfilled a request for Transportation Services using the Driver App at least once a month." |
| 07/24/2013 Driver Addendum Related to Uber Services | Yes (every month) [Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 07/24/2013 Uber Software License and Online Services Agreement § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |
| 12/10/2013 Driver Addendum Related to Uber Services | Yes (every month) [Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 12/10/2014 Uber Software License and Online Services Agreement § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |

| Agreement Version | Does Agreement Require Driver to Use Uber App to Stay Active? | Terms |
|---|---|---|
| 06/21/2014 Driver Addendum Related to Uber Services | Yes (every month) [Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 06/21/2014 Uber Software License and Online Services Agreement § 4.2.2: "Transportation Company and Driver agree to utilize the App at least once a month to accept a request for transportation." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes (every month) | § 2.1: "To maintain an active Driver profile, Driver must fulfill a request for Transportation Services using the Driver App at least once a month (failure to do so may result in deactivation of his or her Driver ID)." |