# Amended Exhibit 47

# Summary of Licensing Agreements

Whether Agreement States That Uber/Rasier Will Arrange Payment Of Partner/Driver

| Agreement Version | Does Agreement State That Uber Will Arrange Payment of Partner/Driver? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | Pg. 3: "The Company may introduce you to third parties for the purposes of you providing transportation to them for a fee. . . . The Company will not intervene I [*sic*] any disputes between you and such third parties. We cannot and will not play any role in managing payments between you and such third party parties." |
| 08/2011 Uber Terms and Conditions | No | Pg. 5: "The Company may introduce you to third parties for the purposes of you providing transportation to them for a fee. . . . The Company will not intervene I [*sic*] any disputes between you and such third parties. We cannot and will not play any role in managing payments between you and such third party parties." |
| 02/2013 Rasier Transportation Provider Service Agreement | Ambiguous | Pg. 4: "In exchange for accepting and fully performing on a Request, you shall be paid an agreed upon Service Fee for your completion of that Request." |
| 07/24/2013 Uber Software License and Online Services Agreement | Yes | § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |

| Agreement Version | Does Agreement State That Uber Will Arrange Payment of Partner/Driver? | Terms |
|---|---|---|
| 08/27/2013 Rasier Transportation Provider Service Agreement | Ambiguous | Pg. 4: "In exchange for accepting and fully performing on a Request, you shall be paid an agreed upon Service Fee for your completion of that Request." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Ambiguous | Pg. 4: "In exchange for accepting and fully performing on a Request, you shall be paid an agreed upon Service Fee for your completion of that Request." |
| 12/10/2013 Uber Software License and Online Services Agreement | Yes | § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Ambiguous | Pg. 4: "In exchange for accepting and fully performing on a Request, you shall be paid an agreed upon Service Fee for your completion of that Request." |
| 06/21/2014 Uber Software License and Online Services Agreement | Yes | § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Ambiguous | Pg. 4: "In exchange for accepting and fully performing on a Request, you shall be paid an agreed upon Service Fee for your completion of that Request." |

| Agreement Version | Does Agreement State That Uber Will Arrange Payment of Partner/Driver? | Terms |
|---|---|---|
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 4.1: "You: (i) appoint Company as your limited payment collection agent solely for the purpose of accepting the Fare, applicable Tolls and, depending on the region and/or if requested by you, applicable taxes and fees from the User on your behalf via the payment processing functionality facilitated by the Uber Services; and (ii) agree that payment made by User to Company shall be considered the same as payment made directly by User to you." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 4.1: "Customer: (i) appoints Uber as Customer's limited payment collection agent solely for the purpose of accepting the Fare, applicable Tolls and, depending on the region and/or if requested by Customer, applicable taxes and fees from the User on behalf of the Customer via the payment processing functionality facilitated by the Uber Services; and (ii) agrees that payment made by User to Uber shall be considered the same as payment made directly by User to Customer." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 4.1: "Customer: (i) appoints Uber as Customer's limited payment collection agent solely for the purpose of accepting the Fare, applicable Tolls and, depending on the region and/or if requested by Customer, applicable taxes and fees from the User on behalf of the Customer via the payment processing functionality facilitated by the Uber Services; and (ii) agrees that payment made by User to Uber shall be considered the same as payment made directly by User to Customer." |
| 07/24/2013 Driver Addendum Related to | Yes | 07/24/2013 Uber Software License and Online Services Agreement § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange |

| Agreement Version | Does Agreement State That Uber Will Arrange Payment of Partner/Driver? | Terms |
|---|---|---|
| Uber Services | [Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |
| 12/10/2013 Driver Addendum Related to Uber Services | Yes<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 12/10/2013 Uber Software License and Online Services Agreement § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |
| 06/21/2014 Driver Addendum Related to Uber Services | Yes<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services | 06/21/2014 Uber Software License and Online Services Agreement § 5.1.2: "As part of its Services provided to Transportation Company, Uber will arrange for a third party payment processor or mobile payment platform to process the Fare for a Ride requested via the App to the User designated credit card or mobile payment platform." |

| Agreement Version | Does Agreement State That Uber Will Arrange Payment of Partner/Driver? | Terms |
|---|---|---|
| | Agreement] [*see* Driver Addendum §§ 1 & 1.1] | |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 4.1: "Customer: (i) appoints Uber as Customer's limited payment collection agent solely for the purpose of accepting the Fare, applicable Tolls and, depending on the region and/or if requested by Customer, applicable taxes and fees from the User on behalf of the Customer via the payment processing functionality facilitated by the Uber Services; and (ii) agrees that payment made by User to Uber shall be considered the same as payment made directly by User to Customer." |