# Amended Exhibit 48

# Summary of Licensing Agreements

Whether Agreement Expressly Permits Partner/Driver To Negotiate Rider Fares

| Agreement Version | Does Agreement Expressly Permit Partner/Driver to Negotiate Rider Fares? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "Similarly, you and the Company shall always have the right to negotiate a Service Fee different from the pre-arranged fee. The purpose of the pre-arranged Service Fee is only to act as the default fee in the event neither party negotiates a different amount." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | N/A |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "Similarly, you and the Company shall always have the right to negotiate a Service Fee different from the pre-arranged fee. The purpose of the pre-arranged Service Fee is only to act as the default fee in the event neither party negotiates a different amount." |

| Agreement Version | Does Agreement Expressly Permit Partner/Driver to Negotiate Rider Fares? | Terms |
|---|---|---|
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "Similarly, you and the Company shall always have the right to negotiate a Service Fee different from the pre-arranged fee. The purpose of the pre-arranged Service Fee is only to act as the default fee in the event neither party negotiates a different amount." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | N/A |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "Similarly, you and the Company shall always have the right to negotiate a Service Fee different from the pre-arranged fee. The purpose of the pre-arranged Service Fee is only to act as the default fee in the event neither party negotiates a different amount." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | N/A |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 5: "Similarly, you and the Company shall always have the right to negotiate a Service Fee different from the pre-arranged fee. The purpose of the pre-arranged Service Fee is only to act as the default fee in the event neither party negotiates a different amount." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 4.1: "In addition, the parties acknowledge and agree that as between you and Company, the Fare is a recommended amount, and the primary purpose of the pre-arranged Fare is to act as the default amount in the event you do not |

| Agreement Version | Does Agreement Expressly Permit Partner/Driver to Negotiate Rider Fares? | Terms |
|---|---|---|
|  |  | negotiate a different amount. You shall always have the right to: (i) charge a fare that is less than the pre-arranged Fare; or (ii) negotiate, at your request, a Fare that is lower than the pre-arranged Fare (each of (i) and (ii) herein, a 'Negotiated Fare'). )" |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 2.4: "In addition, the parties acknowledge and agree that as between Customer and Uber, the Fare is a recommended amount, and the primary purpose of the pre−arranged Fare is to act as the default amount in the event Customer does not negotiate a different amount. Customer shall always have the right to: (i) charge a fare that is less than the pre-arranged Fare; or (ii) negotiate, at Customer's request, a Fare that is lower than the prearranged Fare (each of (i) and (ii) herein, a 'Negotiated Fare'). Uber shall consider all such requests from Customer in good faith." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 4.1: "In addition, the parties acknowledge and agree that as between Customer and Uber, the Fare is a recommended amount, and the primary purpose of the pre--- arranged Fare is to act as the default amount in the event Customer does not negotiate a different amount. Customer shall always have the right to: (i) charge a fare that is less than the pre---arranged Fare; or (ii) negotiate, at Customer's request, a Fare that is lower than the pre-arranged Fare (each of (i) and (ii) herein, a 'Negotiated Fare'). Uber shall consider all such requests from Customer in good faith." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by | N/A |

| Agreement Version | Does Agreement Expressly Permit Partner/Driver to Negotiate Rider Fares? | Terms |
|---|---|---|
| | reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | |
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* | N/A |

| Agreement Version | Does Agreement Expressly Permit Partner/Driver to Negotiate Rider Fares? | Terms |
|---|---|---|
|  | Driver Addendum §§ 1 & 1.1] |  |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 2.4: "In addition, the parties acknowledge and agree that as between Customer and Uber, the Fare is a recommended amount, and the primary purpose of the pre−arranged Fare is to act as the default amount in the event Customer does not negotiate a different amount. Customer shall always have the right to: (i) charge a fare that is less than the pre-arranged Fare; or (ii) negotiate, at Customer's request, a Fare that is lower than the prearranged Fare (each of (i) and (ii) herein, a 'Negotiated Fare'). Uber shall consider all such requests from Customer in good faith." |