# Amended Exhibit 49

# Summary of Licensing Agreements

Whether Agreement Expressly Permits Uber/Rasier To Adjust Fares

| Agreement Version | Does Agreement Expressly Permit Uber/Rasier To Adjust Fares | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | No | N/A |
| 07/24/2013 Uber Software License and Online Services Agreement | No | N/A |
| 08/27/2013 Rasier Transportation Provider Service Agreement | No | N/A |
| 10/22/2013 Rasier Transportation Provider Service Agreement | No | N/A |
| 12/10/2013 Uber Software License and | No | N/A |

| Agreement Version | Does Agreement Expressly Permit Uber/Rasier To Adjust Fares | Terms |
|---|---|---|
| Online Services Agreement | | |
| 12/10/2013 Rasier Transportation Provider Service Agreement | No | N/A |
| 06/21/2014 Uber Software License and Online Services Agreement | No | N/A |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | No | N/A |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 4.3" "Company reserves the right to: (i) adjust the Fare for a particular instance of Transportation Services (e.g., you took an inefficient route, you fail to properly end a particular instance of Transportation Services in the Driver App, technical error in the Uber Services, etc.); or (ii) cancel the Fare for a particular instance of Transportation Services (e.g., User is charged for Transportation Services that were not provided, in the event of a User complaint, fraud, etc.). Company's decision to reduce or cancel the Fare in any such manner shall be exercised in a reasonable manner." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 4.3: "Uber reserves the right to: (i) adjust the Fare for a particular instance of Transportation Services (e.g., Driver took an inefficient route, Driver fails to properly end a particular instance of Transportation Services in the Driver App, technical error in the Uber Services, etc.); or (ii) cancel the Fare for a particular instance of Transportation Services (e.g., a User is charged for Transportation |

| Agreement Version | Does Agreement Expressly Permit Uber/Rasier To Adjust Fares | Terms |
|---|---|---|
| | | Services that were not provided, in the event of a User complaint, fraud, etc.). Uber's decision to reduce or cancel the Fare in any such manner shall be exercised in a reasonable manner." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 4.3: "Uber reserves the right to: (i) adjust the Fare for a particular instance of Transportation Services (e.g., Driver took an inefficient route, Driver fails to properly end a particular instance of Transportation Services in the Driver App, technical error in the Uber Services, etc.); or (ii) cancel the Fare for a particular instance of Transportation Services (e.g., a User is charged for Transportation Services that were not provided, in the event of a User complaint, fraud, etc.). Uber's decision to reduce or cancel the Fare in any such manner shall be exercised in a reasonable manner." |
| 07/24/2013 Driver Addendum Related to Uber Services | No  [Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 12/10/2013 Driver Addendum Related to Uber Services | No  [Incorporates by | N/A |

| Agreement Version | Does Agreement Expressly Permit Uber/Rasier To Adjust Fares | Terms |
|---|---|---|
| | reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 4.3: "Uber reserves the right to: (i) adjust the Fare for a particular instance of Transportation Services (e.g., Driver took an inefficient route, Driver fails to properly end a particular instance of Transportation Services in the Driver App, technical error in the Uber Services, etc.); or (ii) cancel the Fare for a particular instance of Transportation Services (e.g., a User is charged for Transportation Services that were not provided, in the event of a User complaint, fraud, etc.). Uber's decision to reduce or cancel the Fare in any |

| Agreement Version | Does Agreement Expressly Permit Uber/Rasier To Adjust Fares | Terms |
|---|---|---|
| | 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at pg. 1] | such manner shall be exercised in a reasonable manner." |