# Amended Exhibit 50

# Summary of Licensing Agreements

Whether Agreement Prohibits Drivers/Partners From Accepting Tips

| Agreement Version | Does Agreement Prohibit Driver/Partner from Accepting Tips? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "You acknowledge that there is no tipping for any transportation services that you provide pursuant to the receipt of a Request." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | N/A |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "You acknowledge that there is no tipping for any transportation services that you provide pursuant to the receipt of a Request." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "You acknowledge that there is no tipping for any transportation services that you provide pursuant to the receipt of a Request." |

| Agreement Version | Does Agreement Prohibit Driver/Partner from Accepting Tips? | Terms |
|---|---|---|
| 12/10/2013 Uber Software License and Online Services Agreement | No | N/A |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "You acknowledge that there is no tipping for any transportation services that you provide pursuant to the receipt of a Request." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 5.1.3: "Transportation Company understands and agrees that, for the mutual benefit of the Parties, Uber may endeavor to attract new Users to the Service and Software, and to increase existing Users' use of the Service and Software, through advertising and marketing to the effect that tipping the Transportation Company and/or its Drivers is 'voluntary,' 'not required,' and/or 'included' in the Fare paid by the User.  Transportation Company understands that the aim of advertising and marketing to the effect that there is no need to leave a tip is ultimately to increase the number of trip requests the Transportation Company and/or its Drivers receive through the Service and Software. Transportation Company agrees that the existence of any such advertising or marketing does not entitle Transportation Company to any payment beyond the payment of Fares to Transportation Company as provided in this Agreement." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 5: "You acknowledge that there is no tipping for any transportation services that you provide pursuant to the receipt of a Request. You understand and agree that, for the mutual benefit of the Parties, Company may endeavor to attract new Users to the Service and Software, and to increase existing Users' use of the Service and Software, through advertising and marketing to the effect that tipping is 'voluntary,' 'not required,' and/or 'included' in the Service Fee |

| Agreement Version | Does Agreement Prohibit Driver/Partner from Accepting Tips? | Terms |
|---|---|---|
| | | paid by the User. You understand that the aim of advertising and marketing to the effect that there is no need to leave a tip is ultimately to increase the number of Requests you receive through the Service and Software. You agree that the existence of any such advertising or marketing does not entitle you to any payment beyond the payment of Service Fees as provided in this Agreement." |
| 11/10/2014 Rasier Software License and Online Services Agreement | No | § 4.7: "You acknowledge and agree that, for the mutual benefit of the parties, through advertising and marketing, Company and its Affiliates may seek to attract new Users to Uber and to increase existing Users' use of Uber's mobile application. You acknowledge and agree such advertising or marketing does not entitle you to any additional monetary amounts beyond the amounts expressly set forth in this Agreement." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | No | § 4.7: "Customer acknowledges and agrees that, for the mutual benefit of the parties, through advertising and marketing, Uber and its Affiliates may seek to attract new Users to Uber and to increase existing Users' use of Uber's mobile application. Customer acknowledges and agrees such advertising or marketing does not entitle Customer to any additional monetary amounts beyond the amounts expressly set forth in this Agreement." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | No | § 4.7: "Customer acknowledges and agrees that, for the mutual benefit of the parties, through advertising and marketing, Uber and its Affiliates may seek to attract new Users to Uber and to increase existing Users' use of Uber's mobile application. Customer acknowledges and agrees such advertising or marketing does not entitle Customer to any additional monetary amounts beyond the |

| Agreement Version | Does Agreement Prohibit Driver/Partner from Accepting Tips? | Terms |
|---|---|---|
| | | amounts expressly set forth in this Agreement." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | N/A |
| 06/21/2014 Driver Addendum Related to | No | § 1.5: "Subcontractor understands and agrees that, for the mutual benefit of Uber and the Transportation Company, Uber may endeavor to attract new Users |

| Agreement Version | Does Agreement Prohibit Driver/Partner from Accepting Tips? | Terms |
|---|---|---|
| Uber Services | | to the Service and Software, and to increase existing Users' use of the Service and Software, through advertising and marketing to the effect that tipping is "voluntary," "not required," and/or "included" in the fare paid by the User. Subcontractor understands that the aim of advertising and marketing that there is no need to leave a tip is ultimately to increase the number of trip requests Subcontractor may receive through the Service. Subcontractor agrees that the existence of any such advertising or marketing does not entitle Subcontractor to any payment from Uber." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | No<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 4.7: "Customer acknowledges and agrees that, for the mutual benefit of the parties, through advertising and marketing, Uber and its Affiliates may seek to attract new Users to Uber and to increase existing Users' use of Uber's mobile application. Customer acknowledges and agrees such advertising or marketing does not entitle Customer to any additional monetary amounts beyond the amounts expressly set forth in this Agreement." |