# Amended Exhibit 51

# Summary of Licensing Agreements

Whether Agreement Guarantees Driver/Partner A Rider Cancellation Fee

| Agreement Version | Does Agreement Guarantee Driver/Partner A Cancellation Fee? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | Silent on the issue | N/A |
| 08/2011 Uber Terms and Conditions | Silent on the issue | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "In the event the Client cancels a Request after you arrive at the designated pick-up location or does not show after you have waited at least 10 minutes, the Company agrees to pay you a cancellation fee." |
| 07/24/2013 Uber Software License and Online Services Agreement | Silent on the issue | N/A |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "In the event the Client cancels a Request after you arrive at the designated pick-up location or does not show after you have waited at least 10 minutes, the Company agrees to pay you a cancellation fee." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "In the event the Client cancels a Request after you arrive at the designated pick-up location or does not show after you have waited at least 10 minutes, the Company agrees to pay you a cancellation fee." |

| Agreement Version | Does Agreement Guarantee Driver/Partner A Cancellation Fee? | Terms |
|---|---|---|
| 12/10/2013 Uber Software License and Online Services Agreement | Silent on the issue | N/A |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 5: "In the event the Client cancels a Request after you arrive at the designated pick-up location or does not show after you have waited at least 10 minutes, the Company agrees to pay you a cancellation fee." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 5.1.4: "Transportation Company acknowledges and agrees that, in Uber's sole discretion, a User's cancellation fee may be waived." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | No | Pg. 5: "In the event the User cancels a Request after you arrive at the designated pick-up location or does not show after you have waited at least 10 minutes, the User is subject to a cancellation fee . . . . Notwithstanding the foregoing, you acknowledge and agree that, in the Company's sole discretion, a User's cancellation fee may be waived, in which case you will have no entitlement to any such fee." |
| 11/10/2014 Rasier Software License and Online Services Agreement | No | § 4.7: "You acknowledge and agree that Users may elect to cancel requests for Transportation Services that have been accepted by you via the Driver App at any time prior to your arrival. In the event that a User cancels an accepted request for Transportation Services, Company may charge the User a cancellation fee on your behalf." |

| Agreement Version | Does Agreement Guarantee Driver/Partner A Cancellation Fee? | Terms |
|---|---|---|
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | No | § 4.5: "In the event that a User cancels an accepted request for Transportation Services, Uber may charge the User a cancellation fee on behalf of the Customer." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | No | § 4.5: "Customer acknowledges and agrees that Users may elect to cancel requests for Transportation Services that have been accepted by a Driver via the Driver App at any time prior to the Driver's arrival. In the event that a User cancels an accepted request for Transportation Services, Uber may charge the User a cancellation fee on behalf of the Customer." |
| 07/24/2013 Driver Addendum Related to Uber Services | Silent on the issue [Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum § 1 & 1.1] | N/A |
| 12/10/2013 Driver Addendum Related to Uber Services | Silent on the issue [Incorporates by reference the 12/10/2013 Uber | N/A |

| Agreement Version | Does Agreement Guarantee Driver/Partner A Cancellation Fee? | Terms |
|---|---|---|
|  | Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] |  |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | § 5.1.4:  "Transportation Company acknowledges and agrees that, in Uber's sole discretion, a User's cancellation fee may be waived." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | No<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements  § 4.5: "In the event that a User cancels an accepted request for Transportation Services, Uber may charge the User a cancellation fee on behalf of the Customer." |

| Agreement Version | Does Agreement Guarantee Driver/Partner A Cancellation Fee? | Terms |
|---|---|---|
| | Software License and Online Services Agreement] [*see* Driver Addendum at 1] | |