# Amended Exhibit 52

# Summary of Licensing Agreements

Whether Agreement Expressly Permits Uber to Deactivate Drivers Based on Ratings

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No<br>(Silent on the issue) | N/A |
| 08/2011 Uber Terms and Conditions | No<br>(Silent on the issue) | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | No<br>(Silent on the issue) | Pg. 5: "For quality assurance purposes, the Company has access to Uber's star rating system designed to determine the level of service provided by the Transportation Providers contracting with the Company through Client feedback. In a sense, the star rating is similar to a Yelp® or Zagat® rating, as it is based on a continuously growing collection of star reviews submitted by Clients. The Company uses the rating system to determine the highest quality Transportation Providers available when forwarding the Requests." |
| 07/24/2013 Uber Software License and Online Services Agreement | Yes<br><br><u>Grounds</u>: If "Driver's star-rating falls below the applicable minimum star-rating"<br><br><u>Terms</u>: Uber will provide | § 4.3.3: "Transportation Company agrees that its Drivers will maintain high standards of professionalism and service, including but not limited to professional attire and maintaining an average Customer score set by Uber based on feedback from users of its Software. Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Transportation Company understands that there is a minimum star-rating Drivers must |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| | notice and an opportunity to cure | maintain to continue receiving access to the Service and Software. In the event a Driver's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means. In the event the star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate the Driver's access to the Software and Service." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | No (Silent on the issue) | Pg. 5: "For quality assurance purposes, the Company has access to Uber's star rating system designed to determine the level of service provided by the Transportation Providers contracting with the Company through Client feedback. In a sense, the star rating is similar to a Yelp® or Zagat® rating, as it is based on a continuously growing collection of star reviews submitted by Clients. The Company uses the rating system to determine the highest quality Transportation Providers available when forwarding the Requests." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | No (Silent on the issue) | Pg. 5: "For quality assurance purposes, the Company has access to Uber's star rating system designed to determine the level of service provided by the Transportation Providers contracting with the Company through Client feedback. In a sense, the star rating is similar to a Yelp® or Zagat® rating, as it is based on a continuously growing collection of star reviews submitted by Clients. The Company uses the rating system to determine the highest quality Transportation Providers available when forwarding the Requests." |
| 12/10/2013 Uber Software License and Online Services Agreement | Yes<br><br>Grounds: If Driver's | § 4.3.3: "Transportation Company agrees that its Drivers will maintain high standards of professionalism and service, including but not limited to professional attire and maintaining an average Customer score set by Uber |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
|  | "star-rating falls below the applicable minimum star-rating"<br><br><u>Terms</u>: Uber will provide notice and an opportunity to cure | based on feedback from users of its Software. Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Transportation Company understands that there is a minimum star-rating Drivers must maintain to continue receiving access to the Service and Software. In the event a Driver's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means. In the event the star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate the Driver's access to the Software and Service." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | No<br>(Silent on the issue) | Pg. 5: "For quality assurance purposes, the Company has access to Uber's star rating system designed to determine the level of service provided by the Transportation Providers contracting with the Company through Client feedback. In a sense, the star rating is similar to a Yelp® or Zagat® rating, as it is based on a continuously growing collection of star reviews submitted by Clients. The Company uses the rating system to determine the highest quality Transportation Providers available when forwarding the Requests." |
| 06/21/2014 Uber Software License and Online Services Agreement | Yes<br><br><u>Grounds</u>: If Driver's "star-rating falls below the applicable minimum star-rating"<br><br><u>Terms</u>: Uber will provide notice and an | § 4.3.3: "Transportation Company agrees that its Drivers will maintain high standards of professionalism and service, including but not limited to professional attire and maintaining an average Customer score set by Uber based on feedback from users of its Software. Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Transportation Company understands that there is a minimum star-rating Drivers must maintain to continue receiving access to the Service and Software. In the |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| | opportunity to cure | event a Driver's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means. In the event the star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate the Driver's access to the Software and Service." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | No (Silent on the issue) | Pg. 5: "For quality assurance purposes, the Company has access to Uber's star rating system designed to determine the level of service provided by the Transportation Providers contracting with the Company through Client feedback.  In a sense, the star rating is similar to a Yelp® or Zagat® rating, as it is based on a continuously growing collection of star reviews submitted by Clients.  The Company uses the rating system to determine the highest quality Transportation Providers available when forwarding the Requests." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes<br><br>Grounds:  If Driver's "average rating falls below the Minimum Average Rating"<br><br>Terms:  Uber will provide notice and "may" provide "a limited period of time" to cure | § 2.5.2: "You acknowledge that Company desires that Users have access to high-quality services via Uber's mobile application. In order to continue to receive access to the Driver App and the Uber Services, you must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Company for your Territory, as may be updated from time to time by Company in its sole discretion ("Minimum Average Rating"). In the event your average rating falls below the Minimum Average Rating, Company will notify you and may provide you, in Company's discretion, a limited period of time to raise your average rating above the Minimum Average Rating. If you do not increase your average rating above the Minimum Average Rating within the time period allowed (if any), Company reserves the right to deactivate your access to the Driver App and the Uber Services." |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes<br><br>Grounds: If Driver's "average rating falls below the Minimum Average Rating"<br><br>Terms: Uber will provide notice and "may" provide "a limited period of time" to cure | § 2.6.2: "Customer acknowledges that Uber desires that Users have access to high-quality services via Uber's mobile application. In order to continue to receive access to the Driver App and the Uber Services, each Driver must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Uber for the Territory, as may be updated from time to time by Uber in its sole discretion ("Minimum Average Rating"). In the event a Driver's average rating falls below the Minimum Average Rating, Uber will notify Customer and may provide the Driver in Uber's discretion, a limited period of time to raise his or her average rating above the Minimum Average Rating. If such Driver does not increase his or her average rating above the Minimum Average Rating within the time period allowed (if any), Uber reserves the right to deactivate such Driver's access to the Driver App and the Uber Services." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes<br><br>Grounds: If Driver's "average rating falls below the Minimum Average Rating"<br><br>Terms: Uber will provide notice and "may" provide "a limited period of time" to cure | § 2.6.2: "Customer acknowledges that Uber desires that Users have access to high-quality services via Uber's mobile application. In order to continue to receive access to the Driver App and the Uber Services, each Driver must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Uber for the Territory, as may be updated from time to time by Uber in its sole discretion ("Minimum Average Rating"). In the event a Driver's average rating falls below the Minimum Average Rating, Uber will notify Customer and may provide the Driver in Uber's discretion, a limited period of time to raise his or her average rating above the Minimum Average Rating. If such Driver does not increase his or her average rating above the Minimum Average Rating within the time period allowed (if any), Uber reserves the right to deactivate such Driver's access to the Driver App and the Uber Services." |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| 07/24/2013 Driver Addendum Related To Uber Services | Yes<br><br>Grounds: If Driver's "star-rating falls below the applicable minimum star-rating"<br><br>Terms: Uber will provide notice and an opportunity to cure | §§ 2, 2.1: "As set forth in the Software License and Online Services Agreement, Uber only contracts with Transportation Companies whose personnel offer high quality service and professionalism. Therefore, Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Subcontractor understands that there is a minimum star-rating Subcontractor must maintain to continue receiving access to the Service and Software . . . . Uber reserves the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Subcontractor from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software. In the event Subcontractor's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means and, in turn, Transportation Company will notify Subcontractor. In the event his/her star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate Subcontractor's access to the Software and Service." |
| 12/10/2013 Driver Addendum Related To Uber Services | Yes<br><br>Grounds: If Driver's "star-rating falls below the applicable minimum star-rating"<br><br>Terms: Uber will provide notice and an | §§ 2, 2.1: "As set forth in the Software License and Online Services Agreement, Uber only contracts with Transportation Companies whose personnel offer high quality service and professionalism. Therefore, Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Subcontractor understands that there is a minimum star-rating Subcontractor must maintain to continue receiving access to the Service and Software . . . . Uber reserves the right, at all times and at Uber's sole |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| | opportunity to cure | discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Subcontractor from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software. In the event Subcontractor's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means and, in turn, Transportation Company will notify Subcontractor. In the event his/her star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate Subcontractor's access to the Software and Service." |
| 06/21/2014 Driver Addendum Related to Uber Services | Yes<br><br>Grounds: If Driver's "star-rating falls below the applicable minimum star-rating"<br><br>Terms: Uber will provide notice and an opportunity to cure | §§ 2, 2.1: "As set forth in the Software License and Online Services Agreement, Uber only contracts with Transportation Companies whose personnel offer high quality service and professionalism. Therefore, Uber utilizes a five-star rating system designed to allow the Users of its Software to provide feedback on the level of service provided by those transportation providers who accept requests for transportation received via the Service. Subcontractor understands that there is a minimum star-rating Subcontractor must maintain to continue receiving access to the Service and Software. . . .  Uber reserves the right, at all times and at Uber's sole discretion, to reclaim, prohibit, suspend, limit or otherwise restrict the Subcontractor from accessing or using the Driver App or the Device if the Transportation Company or its Drivers fail to maintain the standards of appearance and service required by the users of the Uber Software. In the event Subcontractor's star-rating falls below the applicable minimum star-rating, Uber will notify Transportation Company by email or other written means and, in turn, Transportation Company will notify Subcontractor. In the event his/her star-rating (based on User feedback) has not increased above the minimum, Uber may deactivate Subcontractor's access to the |

| Agreement Version | Agreement Permits Uber to Deactivate Driver Based on Low Ratings | Terms |
|---|---|---|
| | | Software and Service." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>Grounds: If Driver's "average rating falls below the Minimum Average Rating"<br><br>Terms: Uber will provide notice and "may" provide "a limited period of time" to cure<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [see Driver Addendum at 1] | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 2.6.2: "Customer acknowledges that Uber desires that Users have access to high-quality services via Uber's mobile application. In order to continue to receive access to the Driver App and the Uber Services, each Driver must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Uber for the Territory, as may be updated from time to time by Uber in its sole discretion ("Minimum Average Rating"). In the event a Driver's average rating falls below the Minimum Average Rating, Uber will notify Customer and may provide the Driver in Uber's discretion, a limited period of time to raise his or her average rating above the Minimum Average Rating. If such Driver does not increase his or her average rating above the Minimum Average Rating within the time period allowed (if any), Uber reserves the right to deactivate such Driver's access to the Driver App and the Uber Services." |