# Amended Exhibit 53

# Summary of Licensing Agreements

Whether Agreement Creates an Express Right for Uber To Terminate "Without Cause"

| Agreement Version | Does Agreement Create an Express Right for Uber to Terminate "Without Cause"? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No (Silent on the issue) | N/A |
| 08/2011 Uber Terms and Conditions | No (Silent on the issue) | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 10: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day |

| Agreement Version | Does Agreement Create an Express Right for Uber to Terminate "Without Cause"? | Terms |
|---|---|---|
| | | period." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 10: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to |

| Agreement Version | Does Agreement Create an Express Right for Uber to Terminate "Without Cause"? | Terms |
|---|---|---|
| | | the other party, with the date of mailing commencing the thirty (30) day period." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |
| 07/24/2013 Driver Addendum Related to Uber Services | No [Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 07/24/2013 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 12/10/2013 Driver Addendum Related to | No | 12/10/2013 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this |

| Agreement Version | Does Agreement Create an Express Right for Uber to Terminate "Without Cause"? | Terms |
|---|---|---|
| Uber Services | [Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 06/21/2014 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |

| Agreement Version | Does Agreement Create an Express Right for Uber to Terminate "Without Cause"? | Terms |
|---|---|---|
| | and Online Services Agreement and the 04/03/2015 Uber USA, LLC Software License and Online Services Agreement] [*see* Driver Addendum at 1] | |