# Amended Exhibit 54

# Summary of Licensing Agreements

Whether Agreement Expressly Reserves a Mutual Right to Terminate "Without Cause"

| Agreement Version | Do Parties Have Mutual Right to Terminate "Without Cause"? | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes (30 days prior written notice) | Pg. 10: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 07/24/2013 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes (30 days prior written notice) | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 10/22/2013 Rasier Transportation | Yes (30 days prior | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to |

| Agreement Version | Do Parties Have Mutual Right to Terminate "Without Cause"? | Terms |
|---|---|---|
| Provider Service Agreement | written notice) | the other party, with the date of mailing commencing the thirty (30) day period." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 12/10/2013 Rasier Transportation Provider Service Agreement | Yes (30 days prior written notice) | Pg. 9: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 06/21/2014 Uber Software License and Online Services Agreement | No | § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes (30 days prior written notice) | Pg. 10: "This Agreement shall remain in effect until terminated as follows: . . . (iii) By either party without cause upon thirty (30) days' prior written notice to the other party, with the date of mailing commencing the thirty (30) day period." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes (7 days prior written notice) | § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |
| 11/10/2014 Uber Logistik, LLC Software | | § 12.2: "Either party may terminate this Agreement: (a) without cause at any |

| Agreement Version | Do Parties Have Mutual Right to Terminate "Without Cause"? | Terms |
|---|---|---|
| License and Online Services Agreement | Yes<br>(7 days prior written notice) | time upon seven (7) days prior written notice to the other party . . . ." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes<br>(7 days prior written notice) | § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |
| 07/24/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 07/24/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 07/24/2013 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 12/10/2013 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* | 12/10/2013 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |

| Agreement Version | Do Parties Have Mutual Right to Terminate "Without Cause"? | Terms |
|---|---|---|
| | Driver Addendum §§ 1 & 1.1] | |
| 06/21/2014 Driver Addendum Related to Uber Services | No<br><br>[Incorporates by reference the 06/21/2014 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | 06/21/2014 Uber Software License and Online Services Agreement § 9.1: "This Transportation Company Agreement shall commence on the date this Agreement is accepted, for an indefinite period of time, unless terminated by either party by written notice with due observance of a notice period of seven (7) calendar days." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes<br><br>(7 days prior written notice)<br><br>[Incorporates by reference the 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement and the 04/03/2015 Uber USA, LLC | 11/10/2014 & 04/03/2015 Uber Software License and Online Services Agreements § 12.2: "Either party may terminate this Agreement: (a) without cause at any time upon seven (7) days prior written notice to the other party . . . ." |

| Agreement Version | Do Parties Have Mutual Right to Terminate "Without Cause"? | Terms |
|---|---|---|
| | Software License and Online Services Agreement] [see Driver Addendum at 1] | |