# Amended Exhibit 55

# Summary of Licensing Agreements

Whether Agreement Contains an Arbitration Provision

| Agreement Version | Contains an Arbitration Provision | Terms |
|---|---|---|
| Pre-08/2011 Uber Terms and Conditions | No | N/A |
| 08/2011 Uber Terms and Conditions | No | N/A |
| 02/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 11: "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 07/24/2013 Uber Software License and Online Services Agreement | Yes | § 14.3(i): "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 08/27/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 11: "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 10/22/2013 Rasier Transportation Provider Service Agreement | Yes | Pg. 11: "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 12/10/2013 Uber Software License and Online Services Agreement | No | N/A |

| Agreement Version | Contains an Arbitration Provision | Terms |
|---|---|---|
| 12/10/2013 Rasier Transportation Provider Service Agreement | No | N/A |
| 06/21/2014 Uber Software License and Online Services Agreement | Yes | § 14.3(i): "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 06/21/2014 Rasier Software Sublicense & Online Services Agreement | Yes | Pg. 12: "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 11/10/2014 Rasier Software License and Online Services Agreement | Yes | § 15.3(i): "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 11/10/2014 Uber Logistik, LLC Software License and Online Services Agreement | Yes | § 15.3(i): "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 04/03/2015 Uber USA, LLC Software License and Online Services Agreement | Yes | § 15.3(i): "This Arbitration Provision applies to any dispute arising out of or related to this Agreement . . . ." |
| 07/24/2013 Driver Addendum Related to Uber Services | Yes | § 7: "Subcontractor agrees that any dispute . . . arising out of relating to this Addendum . . . will be settled by binding arbitration in accordance with the terms set forth in the Software License and Online Services Agreement." |
| 12/10/2013 Driver Addendum Related to | No | N/A |

| Agreement Version | Contains an Arbitration Provision | Terms |
|---|---|---|
| Uber Services | [Incorporates by reference the 12/10/2013 Uber Software License and Online Services Agreement] [*see* Driver Addendum §§ 1 & 1.1] | |
| 06/21/2014 Driver Addendum Related to Uber Services | Yes | § 7: "Subcontractor agrees that any dispute . . . . arising out of or relating to this Addendum . . . will be settled by binding arbitration in accordance with the terms set forth in Section 14.3 of the Software License and Online Services Agreement." |
| 11/10/2014 Driver Addendum to Software License and Online Services Agreement | Yes | § 7: "Driver agrees that any dispute . . . arising out of or relating to this Addendum . . . will be settled by binding arbitration in accordance with the terms set forth in Section 15.3 of the Software License and Online Services Agreement." |