SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO*, pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE MOTION TO STRIKE THE COLEMAN DECLARATION (DOC. 302) AND EXHIBITS A THROUGH R THERETO, THE MCRARY DECLARATION (DOC. 301) AND EXHIBITS THERETO, AND THE EVANGELIS DECLARATION (DOC. 299) AND EXHIBITS THERETO; [PROPOSED] ORDER**<br><br>Judge: Hon. Edward M. Chen<br><br>Date: August 6, 2015<br>Time: 1:30 PM<br>Courtroom: 5 |

**MOTION FOR ADMINISTRATIVE RELIEF TO FILE MOTION TO STRIKE**

Pursuant to Civil Local Rule 7-11 and Standing Order No. 4, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file a Motion to Strike various pieces of evidence filed in support of Uber's Opposition to Plaintiffs' Motion for Class Certification (Doc. 298), attached hereto as Exhibit A and the Declaration of Shannon Liss-Riorda in support of the Motion, with accompanying exhibits, attached hereto as Exhibit B.   Plaintiffs have complied with Local Rule 7-11 and Standing Order No. 4 by asking Defendant to stipulate to the filing of the Motion; however, defense counsel has indicated they do not agree.

Plaintiffs note that they already raised objections to Defendant's expert report and their dilatory disclosure of certain evidence in their Reply briefing. <u>See</u> Doc. 312 at p. 9, n. 11. Plaintiffs now submit this motion to strike to further explicate their objections to Uber's evidence prior to the hearing on Thursday, August 6, 2015.  Moreover, Defendant has since filed a surreply, <u>see</u> Doc. 319, in which it offers further argument in support of its expert report by Dr. McCrary, such that Defendant has now had ample opportunity to state its case in support of its evidence.

Date: August 3, 2015

                                                          Respectfully submitted,

DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
Adelaide Pagano, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; apagano@llrlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on August 3, 2015, on all counsel of record.

                                             /s/ Shannon Liss-Riordan
                                             Shannon Liss-Riordan, Esq.

2

**[PROPOSED] ORDER**

Plaintiffs' Motion for Administrative Relief to File Motion to Strike is GRANTED. Plaintiffs' Motion to Strike (Exhibit A) and the declaration submitted in support thereof (Exhibit B) are hereby deemed FILED on this date.

IT IS SO ORDERED.

Dated: _____          _____
                                         Hon. Edward M. Chen
                                         U.S. District Court Judge