SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV 13-3826-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**<br><br>Date: August 6, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 5<br>Judge: The Honorable Edward M. Chen |

1
2
3
4

The Court, having considered all pleadings, documents, and evidence presented and filed with respect to the motion and opposition and having heard and considered the arguments of counsel, hereby orders:

Plaintiffs' Motion to Strike is GRANTED.

5
6
7

**IT IS SO ORDERED**

_____
Edward M. Chen
United States District Judge