1   SHANNON LISS-RIORDAN, *pro hac vice*
    (sliss@llrlaw.com)
2   ADELAIDE PAGANO*, pro hac vice*
    (apagano@llrlaw.com)
3   LICHTEN & LISS-RIORDAN, P.C.
    729 Boylston Street, Suite 2000
4   Boston, MA 02116
    Telephone:     (617) 994-5800
5   Facsimile:      (617) 994-5801
6
7   MATTHEW CARLSON (SBN 273242)
    (mcarlson@carlsonlegalservices.com)
8   Carlson Legal Services
    100 Pine Street, Suite 1250
9   San Francisco, CA 94111
    Telephone:     (415) 817-1470
10

11              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
12

13  DOUGLAS O'CONNOR, THOMAS          Case No. CV  13-3826-EMC
    COLOPY, MATTHEW MANAHAN, and
14  ELIE GURFINKEL, individually and   **PLAINTIFFS'  MOTION FOR**
    on behalf of all others similarly situated,   **ADMINISTRATIVE RELIEF TO FILE**
15                                     **MOTION TO STRIKE THE COLEMAN**
                                       **DECLARATION (DOC. 302) AND EXHIBITS**
16  Plaintiffs,                        **A THROUGH R THERETO, THE MCRARY**
                                       **DECLARATION (DOC. 301) AND EXHIBITS**
17  v.                                 **THERETO, AND THE EVANGELIS**
                                       **DECLARATION (DOC. 299) AND EXHIBITS**
18  UBER TECHNOLOGIES, INC,            **THERETO; [PROPOSED] ORDER**

19  Defendant.                         Judge: Hon. Edward M. Chen
20
                                       Date: August 6, 2015
21                                     Time: 1:30 PM
                                       Courtroom: 5
22

23

24

25

26

27

28

**MOTION FOR ADMINISTRATIVE RELIEF TO FILE MOTION TO STRIKE**

Pursuant to Civil Local Rule 7-11 and Standing Order No. 4, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file a Motion to Strike various pieces of evidence filed in support of Uber's Opposition to Plaintiffs' Motion for Class Certification (Doc. 298), attached hereto as Exhibit A and the Declaration of Shannon Liss-Riorda in support of the Motion, with accompanying exhibits, attached hereto as Exhibit B.   Plaintiffs have complied with Local Rule 7-11 and Standing Order No. 4 by asking Defendant to stipulate to the filing of the Motion; however, defense counsel has indicated they do not agree.

Plaintiffs note that they already raised objections to Defendant's expert report and their dilatory disclosure of certain evidence in their Reply briefing. See Doc. 312 at p. 9, n. 11. Plaintiffs now submit this motion to strike to further explicate their objections to Uber's evidence prior to the hearing on Thursday, August 6, 2015.  Moreover, Defendant has since filed a surreply, see Doc. 319, in which it offers further argument in support of its expert report by Dr. McCrary, such that Defendant has now had ample opportunity to state its case in support of its evidence.


Date: August 3, 2015

Respectfully submitted,

DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,

By their attorneys,

 _/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
Adelaide Pagano, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; apagano@llrlaw.com

1

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

      I hereby certify that a copy of the foregoing document was served by electronic filing on

4

August 3, 2015, on all counsel of record.

5

          _/s/ Shannon Liss-Riordan_____
          Shannon Liss-Riordan, Esq.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MOTION TO STRIKE
CASE NO. CV13-3826-EMC

[PROPOSED] ORDER

Plaintiffs' Motion for Administrative Relief to File Motion to Strike is GRANTED. Plaintiffs'

Motion to Strike (Exhibit A) and the declaration submitted in support thereof (Exhibit B) are hereby

deemed FILED on this date.

IT IS SO ORDERED.

Dated: ___August 3, 2015_____

_____

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
    Uber may file a response to
    Plaintiffs' Motion to Strike
    by 10:00 A.M. PDT on Wednesday,
    August 5, 2015.  Defendants' response
    may not exceed seven (7) pages in
    length.  No reply brief will be permitted
    unless expressly requested by the Court.
```