Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Interested Party STEVEN PRICE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*, | **CASE NO.: 3:13-cv-03826-EMC** |
| Plaintiffs, | Hon. Edward M. Chen |
| vs. | **NOTICE OF APPEARANCE** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

| **NOTICE OF APPEARANCE** | **3:13-cv-03826-EMC** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Interested Party Steven Price:

>Christopher J. Morosoff, Esq. (SBN 200465)
>LAW OFFICE OF CHRISTOPHER J. MOROSOFF
>77-760 Country Club Drive, Suite G
>Palm Desert, California 92211
>(760) 469-5986 - phone
>(760) 345-1581 - fax
>Email: cjmorosoff@morosofflaw.com

Date: August 4, 2015          By: __/s/ Christopher J. Morosoff__

>Christopher J. Morosoff, Esq.
>LAW OFFICE OF CHRISTOPHER J. MOROSOFF
>Attorneys for Interested Party STEVEN PRICE

| **NOTICE OF APPEARANCE** | - 1 - | **3:13-cv-03826-EMC** |
|---|---|---|