SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV  13-3826-EMC<br><br>**PLAINTIFFS' OBJECTION TO ENTRY OF NOTICE OF APPEARANCE AND RESPONSE TO REQUEST FOR COUNSEL IN SEPARATE MATTER TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING**<br><br>Judge: Hon. Edward M. Chen<br><br>Date: August 6, 2015<br>Time: 1:30 PM |

PLAINTIFFS' OBJECTION TO ENTRY OF NOTICE OF APPEARANCE AND RESPONSE TO REQUEST FOR COUNSEL IN SEPARATE MATTER TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING

CASE NO. CV13-3826-EMC

1    This evening, two days before the class certification hearing in this matter, and with no notice given to Plaintiffs' counsel, or request for Plaintiffs' assent, Attorney Christopher J. Morosoff entered a "notice of appearance" in this case (Doc. 325), although he does not represent any party in this case. Plaintiffs respectfully object to the filing of a notice of appearance by an attorney who does not represent a party in this case.

Attorney Morosoff next filed a request to appear by telephone at the class certification hearing scheduled for August 6, 2015 (Doc. 326). Again, this filing was made without any notice to Plaintiffs, or request for their assent. Plaintiffs oppose having this attorney, who does not represent a party to this case, appear at the hearing.

Of course, court proceedings are public, and Plaintiffs have no objection if the Court chooses to allow a non-party to listen in to a court proceeding by telephone. However, Plaintiffs object to a non-party "appearing" at the hearing and having any speaking role.

Attorney Morosoff states in his filings that he represents Steven Price, a former Uber driver who has filed his own action in California state court, Steven Price v. Uber Technologies, Inc., LASC Case No. BC554512. That case is a "copycat" case filed after this case, and filed by the same attorneys who likewise filed a "copycat" case of the similar litigation now proceeding against Uber's competitor Lyft (with the same lead plaintiff), Steven Price v. Lyft, LASC Case No. BC548636. In the Cotter v. Lyft litigation, Plaintiffs (also represented by undersigned counsel) filed a motion to stay or enjoin the state court litigation due to the attempted interference by the Price attorneys in the Cotter litigation. See Cotter v. Lyft, C.A. No. 13-4065 (Doc. 118). While Judge Chhabria chose to defer to the state court the question of whether the state court litigation should be stayed (see Doc. 129), he had strong words to say regarding the counsel who filed the Price litigation. See Transcript of Hearing held on June 4, 2015 (attached here as Exhibit A). Following that hearing, the Price v. Lyft litigation was stayed by the state court.

Plaintiffs would prefer not to burden this Court with a similar request in this case. It is Plaintiffs' understanding that the Price v. Uber litigation has not progressed, and as in the Lyft

1

1    case, the state court can determine whether that case should proceed or be stayed.  And should

2    this Court certify this case as a class action following the August 6, 2015, hearing, Mr. Price of

3    course is free to opt out of the class so that he may pursue his own litigation.  But Plaintiffs

4    object to his attempt to interfere in any way with this case, or have his counsel (who are not

5    counsel in this case) appear at the hearing on Thursday in a speaking role.

                                                                        Respectfully submitted,

                                                                        DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL individually and on behalf of all others similarly situated,

                                                                        By their attorneys,

                                                                        /s/ Shannon Liss-Riordan_____
                                                                        Shannon Liss-Riordan, *pro hac vice*
                                                                        LICHTEN & LISS-RIORDAN, P.C.

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was served by electronic filing on August 4, 2015, on all counsel of record.

                                                                        /s/ Shannon Liss-Riordan_____
                                                                        Shannon Liss-Riordan, Esq.

2

PLAINTIFFS' OBJECTION TO ENTRY OF NOTICE OF APPEARANCE AND RESPONSE TO REQUEST FOR COUNSEL IN SEPARATE MATTER TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING
CASE NO. CV13-3826-EMC