Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Interested Party STEVEN PRICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS O'CONNOR, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | **CASE NO.: 3:13-cv-03826-EMC**<br><br>Hon. Edward M. Chen<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 6, 2015, HEARING RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [~~PRO~~POSED] ORDER**<br><br>Date:         August 6, 2015<br>Time:         1:30 p.m.<br>Location:   Courtroom 5<br>Judge:       Hon. Edward M. Chen |

| **REQUEST FOR TELEPHONIC APPEARANCE** | | **3:13-cv-03826-EMC** |
|---|---|---|

Christopher J. Morosoff, counsel of record for Interested Party Steven Price, respectfully requests to appear via telephone for the hearing scheduled on August 6, 2015, at 1:30 p.m. in Courtroom 5 of this Court, the Honorable Edward M. Chen presiding, on Plaintiffs' Motion for Class Certification. Mr. Morosoff is attorney of record for Interested Party Steven Price, plaintiff in the Los Angeles Superior Court state court action *Steven Price v. Uber Technologies, Inc.*, LASC Case No. BC554512, pending before the Honorable Judge Amy D. Hogue (the "*Price* Action"). Mr. Morosoff is based in Palm Desert, California. Mr. Morosoff respectfully requests permission to appear via telephone to monitor the proceedings and make himself available to respond to any questions the Court may have regarding the *Price* Action or any other matter the Court deems relevant.

Respectfully submitted,

Date: August 4, 2015    By:  /s/ Christopher J. Morosoff

Christopher J. Morosoff, Esq.
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
Attorneys for Interested Party STEVEN PRICE

### [~~PROP~~OSED]  ORDER

The request of Christopher J. Morosoff to make a telephonic appearance at the August 6, 2015, 1:30 p.m. hearing on Plaintiffs' Motion for Class Certification is GRANTED. Counsel is permitted to attend and listen to the proceedings telephonically, and may appear for the sole and limited purpose of answering any questions the Court may have. Court to call Mr. Morosoff between 1:30 and 5:00 p.m.

August  5 , 2015    _____
United States District Judge

*IT IS SO ORDERED MODIFIED — Judge Edward M. Chen*

| REQUEST FOR TELEPHONIC APPEARANCE | - 1 - | 3:13-cv-03826-EMC |