# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 6, 2015      **Time:** 2:34-3:11, 3:26-5:41      **Judge:** EDWARD M. CHEN
                                                   (2 hours 52 mins)

**Case No.:** 13-cv-3826-EMC      **Case Name:** O'Connor et al. v. Uber, et al.
                 14-cv-5200 EMC                           Mohamed et al. v. Uber, et al.
                 14-cv-5241 EMC                           Gillette et al. v. Uber, et al.

**Attorney for Plaintiff:** Shannon Liss-Riordan, Adelaide Pagano and Matthew Carlson for
                       Plaintiffs O'Connor
                       Andrew Lee and Laura Ho for Plaintiffs Gillette
                       Theodore Maya for Plaintiffs Mohamed
**Attorney for Interested Party Steven Price:** Chris Morosoff (phone)
**Attorney for Defendant:** Theodore Boutrous, Joshua Lipshutz, Kevin Ring-Dowell and Theane
                       Evangelis
                       Rod Fliegel and Andrew Spurchise for Uber (for Gillette case)
                       Nicole Baarts and Sarah Hamilton (for Rasier in Mohamed case)

**Deputy Clerk:** Betty Lee                                  **Court Reporter:** Belle Ball

### PROCEEDINGS
-Plaintiffs' Motion to Certify Class #276 (for C13-3826 EMC O'Connor v. Uber)
-Further CMC (all three cases listed above and C15-0262 EMC Yucesoy v. Uber)

### SUMMARY
**O'Connor** - For the reasons stated on the record, the Court denied Plaintiffs' motion to strike. Plaintiffs submitted a trial plan to the Court and to counsel at today's hearing. Defendants' response to Plaintiffs' trial plan shall be filed by 8/12/15. Court will then take Plaintiffs' Motion to Certify Class under submission and to issue order.

**Mohamed** - Parties shall proceed with discovery on Mohamed only. ADR conference call is scheduled for 10/8/15. Initial disclosures shall be exchanged by 9/7/15. Court to set a further CMC date at Gillette's 8/27/15 motion hearing.

**Gillette** - Plaintiffs' motion for leave to file second amended complaint is set for 8/27/15 at 1:30 p.m. Parties shall proceed with discovery. Discovery is to be governed by FRCP. ADR conference call is scheduled for 10/8/15. Initial disclosures shall be exchanged by 9/7/15. Court to set a further CMC date at the 8/27/15 motion hearing.