GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:     213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:     415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK.

SHANNON LISS-RIORDAN, *pro hac vice*
ADELAIDE PAGANO, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801
sliss@llrlaw.com
apagano@llr law.com

MATTHEW CARLSON, SBN 273242
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470
mcarlson@carlsonlegalservices.com

Attorneys for Plaintiffs
HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK,<br><br>Defendants. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO CHANGE DATES OF UPCOMING HEARINGS AND MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** (modified)<br><br>Date:   October 8, 2015<br>Time: 1:30 pm<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

1  Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan Yucesoy,
2  Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendants
3  Uber Technologies, Inc., Ryan Graves, and Travis Kalanick ("Defendants") (collectively, the
4  "Parties") stipulate and agree as follows:

5      WHEREAS, the hearing on Defendants' Motion to Compel Arbitration as to Plaintiffs Morris
6  and Sanchez is currently scheduled for October 1, 2015;

7      WHEREAS, the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended
8  Complaint is currently scheduled for October 8, 2015;

9      WHEREAS, the status conference in the related case of *O'Connor v. Uber Technologies, Inc.*,
10 Civ. A. No. 13-3826, is currently scheduled for October 22, 2015;

11     WHEREAS, the Parties have conferred and agree that it would save time and expense to
12 schedule these hearings on the same date, and the Parties are available on October 15, 2015;

13     WHEREAS, the deadline for Plaintiffs' Response to Defendants' Motion to Dismiss
14 Plaintiffs' Second Amended Complaint is currently September 11, 2015, and the deadline for
15 Defendants' Reply is currently September 18, 2015 (Doc. 109);

16     WHEREAS, Plaintiffs requested an extension of their Response deadline, and Defendants
17 agreed to extend Plaintiffs' Response deadline to September 18, 2015 (an additional five business
18 days), and Plaintiffs agreed to extend Defendants' Reply deadline to October 1, 2015 (an additional
19 four business days), in light of the Parties' agreement to move the October 8, 2015 hearing to October
20 15, 2015;

21     IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

22     (1)    The hearing on Defendant's Motion to Compel Arbitration is continued from
23         October 1, 2015 to October ~~15,~~ 21 2015; at 9:30 a.m.

24     (2)    The hearing on Defendant's Motion to Dismiss Plaintiffs' Second Amended
25         Complaint is continued from October 8, 2015 to October ~~15~~ 21, 2015; at 9:30 a.m.

26     (3)    The deadline for Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs'
27         Second Amended Complaint (Doc. 109) is continued to September 18, 2015, and
28         the deadline for Defendants' Reply is continued to October 1, 2015; and

1    (4)    The status conference in the related case of *O'Connor v. Uber Technologies, Inc.*,
2    Civ. A. No. 13-3826, is moved from October 22, 2015 to October 15, 2015. at 9:30 a.m.

Dated: September 9, 2015           SHANNON LISS-RIORDAN
                                   ADELAIDE PAGANO
                                   LICHTEN & LISS-RIORDAN, P.C.

                                   MATTHEW CARLSON
                                   CARLSON LEGAL SERVICES


                                   By: */s/ Shannon Liss-Riordan*

                                   Attorneys for Plaintiffs
                                   HAKAN YUCESOY, ABDI MAHAMMED,
                                   MOKHTAR TALHA, BRIAN MORRIS, and PEDRO
                                   SANCHEZ, individually and on behalf of all others
                                   similarly situated,



Dated:  September 9, 2015          THEODORE J. BOUTROUS, JR.
                                   DEBRA WONG YANG
                                   MARCELLUS A. MCRAE
                                   THEANE D. EVANGELIS
                                   JOSHUA S. LIPSHUTZ
                                   DHANANJAY S. MANTHRIPRAGADA
                                   BRANDON J. STOKER
                                   KEVIN J. RING-DOWELL
                                   GIBSON, DUNN & CRUTCHER LLP

                                   By: */s/ Dhananjay S. Manthripragada*

                                   Attorneys for Defendants
                                   UBER TECHNOLOGIES, INC., RYAN GRAVES, and
                                   TRAVIS KALANICK

1 **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** (as modified above)

3 Date: 9/10/15

Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

6 In accordance with Local Rule 5-1, the filer of this document attests that the concurrence to the filing of this document has been obtained from all other signatories hereto.