GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, *pro hac vice*
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

CARLSON LEGAL SERVICES
MATTHEW CARLSON, SBN 273242
  mcarlson@carlsonlegalservices.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 817-1470

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | CASE NO. 13-03826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AS TO CERTAIN ABSENT CLASS MEMBERS** |

## STIPULATION

Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 10, 2015, Uber filed its motion to compel arbitration as to certain absent class members, *see* Docket No. 346;

WHEREAS, the hearing on Uber's motion to compel arbitration is currently scheduled for October 15, 2015;

WHEREAS, the Court has scheduled a case management conference in this matter for October 21, 2015 at 9:30 a.m.;

WHEREAS, counsel for the Parties will also appear before the Court at on October 21, 2015, at 9:30 a.m. for a hearing on Uber's motion to compel arbitration in *Yucesoy v. Uber Technologies, Inc.*, No. 15-cv-00262-EMC;

WHEREAS, certain of the Parties' counsel will be traveling to San Francisco from Los Angeles and Boston for the aforementioned hearings;

WHEREAS, to conserve the resources of the Court and the Parties, the Parties have conferred and agreed that the October 15, 2015 hearing on Uber's motion to compel arbitration should be rescheduled for October 21, 2015 at 9:30 a.m., to coincide with the case management conference in this matter and the hearing on Uber's motion to compel in the *Yucesoy* matter.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that the hearing date for Uber's motion to compel arbitration as to certain absent class members shall be continued to October 21, 2015 at 9:30 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED**

Dated:  September 15, 2015                    GIBSON, DUNN & CRUTCHER LLP


                                              By:_____/s/ Theodore J. Boutrous Jr._____
                                                         Theodore J. Boutrous Jr.

                                              Attorneys for Defendant UBER TECHNOLOGIES, INC.


Dated:  September 15, 2015                    LICHTEN & LISS-RIORDAN, P.C.


                                              By:_____/s/ Shannon Liss-Riordan_____
                                                         Shannon Liss-Riordan

                                              Attorney for Plaintiffs DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL


# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2015                       _____
                                              The Honorable Edward M. Chen
                                              United States District Judge

## ECF ATTESTATION

I, Brandon J. Stoker, hereby attest that concurrence in the filing of this document has been obtained from Theodore J. Boutrous Jr. and Shannon Liss-Riordan.

By: /s/ Brandon J. Stoker
Brandon J. Stoker