| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>  bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>  kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, *pro hac vice*<br>  sliss@llrlaw.com<br>ADELAIDE PAGANO, *pro hac vice*<br>  apagano@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>CARLSON LEGAL SERVICES<br>MATTHEW CARLSON, SBN 273242<br>  mcarlson@carlsonlegalservices.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 817-1470<br><br>Attorneys for Plaintiffs<br>DOUGLAS O'CONNOR, THOMAS COLOPY,<br>MATTHEW MANAHAN, and ELIE<br>GURFINKEL |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 13-03826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AS TO CERTAIN ABSENT CLASS MEMBERS** |

# STIPULATION

Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 10, 2015, Uber filed its motion to compel arbitration as to certain absent class members, *see* Docket No. 346;

WHEREAS, the hearing on Uber's motion to compel arbitration is currently scheduled for October 15, 2015;

WHEREAS, the Court has scheduled a case management conference in this matter for October 21, 2015 at 9:30 a.m.;

WHEREAS, counsel for the Parties will also appear before the Court at on October 21, 2015, at 9:30 a.m. for a hearing on Uber's motion to compel arbitration in *Yucesoy v. Uber Technologies, Inc.*, No. 15-cv-00262-EMC;

WHEREAS, certain of the Parties' counsel will be traveling to San Francisco from Los Angeles and Boston for the aforementioned hearings;

WHEREAS, to conserve the resources of the Court and the Parties, the Parties have conferred and agreed that the October 15, 2015 hearing on Uber's motion to compel arbitration should be rescheduled for October 21, 2015 at 9:30 a.m., to coincide with the case management conference in this matter and the hearing on Uber's motion to compel in the *Yucesoy* matter.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that the hearing date for Uber's motion to compel arbitration as to certain absent class members shall be continued to October 21, 2015 at 9:30 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Gibson, Dunn & Crutcher LLP

2
STIP. AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE – CASE NO. 13-03826-EMC

**IT IS SO STIPULATED**

Dated: September 15, 2015    GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theodore J. Boutrous Jr.
    Theodore J. Boutrous Jr.

Attorneys for Defendant UBER TECHNOLOGIES, INC.

Dated: September 15, 2015    LICHTEN & LISS-RIORDAN, P.C.

By: /s/ Shannon Liss-Riordan
    Shannon Liss-Riordan

Attorney for Plaintiffs DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/15, 2015

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ECF ATTESTATION

I, Brandon J. Stoker, hereby attest that concurrence in the filing of this document has been obtained from Theodore J. Boutrous Jr. and Shannon Liss-Riordan.


By: /s/ Brandon J. Stoker
Brandon J. Stoker