| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>  kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, *pro hac vice*<br>  sliss@llrlaw.com<br>ADELAIDE PAGANO, *pro hac vice*<br>  apagano@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>CARLSON LEGAL SERVICES<br>MATTHEW CARLSON, SBN 273242<br>  mcarlson@carlsonlegalservices.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 817-1470<br><br>Attorneys for Plaintiffs<br>DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | CASE NO. 13-03826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE FOR CASE MANAGEMENT CONFERENCE, MOTION TO COMPEL ARBITRATION, AND PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

## **STIPULATION**

Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has scheduled a case management conference in this case for October 21, 2015 at 9:30 a.m.;

WHEREAS, on September 10, 2015, Uber filed a motion to compel arbitration as to certain absent class members in this case, *see* Dkt. No. 346;

WHEREAS, the hearing for Uber's motion to compel arbitration as to certain absent class members is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, on October 1, 2015, Plaintiffs filed a motion for leave to file a fourth amended complaint in this case, *see* Dkt. 355;

WHEREAS, the hearing for Plaintiffs' motion for leave to file a fourth amended complaint is currently scheduled for November 19, 2015 at 1:30 p.m.;

WHEREAS, counsel for Plaintiffs represents the named plaintiffs in *Yucesoy v. Uber Technologies, Inc.*, No. 15-cv-00262-EMC ("*Yucesoy*") and counsel for Uber represents the defendants in *Yucesoy*;

WHEREAS, on August 5, 2015, the *Yucesoy* defendants filed a motion to compel arbitration as to certain of the named plaintiffs in *Yucesoy*, *see Yucesoy* Dkt. No. 94;

WHEREAS, the hearing for the *Yucesoy* defendants' motion to compel arbitration is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, on August 28, 2015, the *Yucesoy* defendants filed a motion to dismiss the *Yucesoy* plaintiffs' second amended complaint, *see Yucesoy* Dkt. No. 109;

WHEREAS, the hearing for the *Yucesoy* defendants' motion to dismiss the *Yucesoy* plaintiffs' second amended complaint is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, the Court has scheduled a case management conference in *Yucesoy* for November 19, 2015 at 10:30 a.m.;

WHEREAS, certain unavoidable scheduling conflicts have arisen for certain of the parties' counsel on October 21, 2015 and November 19, 2015;

WHEREAS, certain of the parties' counsel will be traveling to San Francisco from Los Angeles and Boston for the aforementioned hearings;

WHEREAS, the Court is unavailable on the following Civil Law and Motion hearing dates: October 22, 2015; November 5, 2015; November 12, 2015; and November 26, 2015;

WHEREAS, the *Yucesoy* parties intend to file a stipulation and proposed order requesting that the *Yucesoy* parties' case management conference, the *Yucesoy* defendants' motion to compel arbitration as to certain named plaintiffs, and the *Yucesoy* defendants' motion to dismiss the second amended complaint be scheduled for November 4, 2015 at 1:30 p.m.;

WHEREAS, to accommodate the aforementioned scheduling conflicts and conserve the resources of the Court and the parties, the parties have conferred and agreed that:  (1) the case management conference; (2) the hearing for Uber's motion to compel arbitration as to certain unnamed class members; and (3) the hearing for Plaintiffs' motion for leave to file a fourth amended complaint should be rescheduled for November 4, 2015 at 1:30 p.m., to coincide with the proposed hearing date regarding the case management conference in *Yucesoy*, the defendants' motion to dismiss in *Yucesoy*, and the defendants' motion to compel arbitration as to certain of the named plaintiffs in *Yucesoy*;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court, that the hearing date for (1) the case management conference, (2) Uber's motion to compel arbitration as to certain absent class members, and (3) Plaintiffs' motion for leave to file a fourth amended complaint shall be scheduled for November 4, 2015 at ~~1:30 p.m.~~ 10:00 am.; and (4) the parties' case management statement shall be due October 28, 2015.

///
///
///
///
///

**IT IS SO STIPULATED**

Dated: October 12, 2015                       GIBSON, DUNN & CRUTCHER LLP

                                              By:    /s/ Theodore J. Boutrous Jr.
                                                     Theodore J. Boutrous Jr.

                                              Attorneys for Defendant UBER TECHNOLOGIES, INC.

Dated: October 12, 2015                       LICHTEN & LISS-RIORDAN, P.C.

                                              By:    /s/ Shannon Liss-Riordan
                                                     Shannon Liss-Riordan

                                              Attorney for Plaintiffs DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing date is set for November 4, 2015 at 10:00 a.m.

Dated: 10/13, 2015                            _____
                                              The Honorable Edward M. Chen
                                              United States District Judge

STIP. AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE – CASE NO. 13-03826-EMC