IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

O'Connor, et al.

Plaintiff,

v.

Uber Technologies, Inc., et al.

Defendant.

Case No.: 13-CV-3826-EMC

### NOTIFICATION OF REQUEST FOR VIDEO RECORDING

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras. Further information may be found at http://www.cand.uscourts.gov/cameras.

Case Management Conference

Date of scheduled proceeding: 11 / 4 / 2015  (mm/dd/yyyy)

**All parties must complete the attached form, PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING, and email it to** cameras@cand.uscourts.gov **by** 11 / 2 / 2015 .

10 / 29 / 2015
Date

Zackary M. Lyons, Deputy Clerk