UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03826-EMC<br><br>**SUPPLEMENTAL BRIEFING ORDER** |

On November 4, 2015, the Court ordered supplemental briefing on the enforceability of Uber's arbitration agreements in light of the Private Attorney General waiver. The parties filed their supplemental briefs on November 10, 2015. Docket Nos. 380, 381. The parties may file a response addressing the arguments raised in the supplemental briefs by **Monday, November 16, 2015**. The response will be no more than five pages, and will be due by the end of the business day.

**IT IS SO ORDERED**.

Dated: November 13, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　United States District Judge