GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA,
SBN 254433
dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     415.393.8200
Facsimile:     415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

SHANNON LISS-RIORDAN, *pro hac vice*
ADELAIDE PAGANO, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801
sliss@llrlaw.com
apagano@llr law.com

MATTHEW CARLSON, SBN 273242
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (415) 817-1470
mcarlson@carlsonlegalservices.com

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
MATTHEW MANAHAN, and ELIE
GURFINKEL, individually and on behalf of all
others similarly situated

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

Defendant

CASE NO.  3: 13-03826-EMC

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE RESPONSES ADDRESSING ARGUMENTS RAISED IN SUPPLEMENTAL BRIEFS**

Date:  November 24, 2015
Time:  1:30 pm
Place:  Courtroom 5
Judge: Hon. Edward M. Chen

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Douglas

O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber

Technologies, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, on November 13, 2015, the Court issued a Supplemental Briefing Order (Dkt. No. 383) stating that by the end of the business day on Monday, November 16, 2015, "[t]he parties may file a response addressing the arguments raised in the supplemental briefs" filed on November 10, 2015 (Dkt. Nos. 380, 381);

WHEREAS, Plaintiffs request an extension of the Court-ordered deadline from the end of the business day on November 16, 2015, to 12:00 p.m. Pacific time on November 18, 2015, because Attorney Adelaide Pagano, who is the primary associate working with Attorney Shannon Liss-Riordan in representing the plaintiffs in this matter, had a death in the family and had to travel to Michigan over the weekend for the funeral, and is expected to return to Boston on the afternoon of November 17, 2015;

WHEREAS, Plaintiffs state that Attorney Liss-Riordan is scheduled to participate in a long-scheduled full-day mediation in another matter on November 17, 2015;

WHEREAS, Plaintiffs state that this extra time will permit Plaintiffs opportunity to prepare and finalize their reply brief just requested by the Court this past Friday afternoon;

WHEREAS, Defendant is prepared to file its response by the Court-ordered deadline of November 16, 2015, but does not object to Plaintiffs' request for an extension in light of the circumstances;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that: The deadline for the parties' responses addressing the arguments raised in the supplemental briefs shall be moved to November 18, 2015, at 12:00 p.m. Pacific time.

Dated: November 16, 2015           SHANNON LISS-RIORDAN
                                          ADELAIDE PAGANO
                                          LICHTEN & LISS-RIORDAN, P.C.

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE RESPONSES ADDRESSING ARGUMENTS RAISED IN SUPPLEMENTAL BRIEFS

By: ___/s/ Shannon Liss-Riordan_____

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
MATTHEW MANAHAN, and ELIE GURFINKEL,
individually and on behalf of all others similarly situated

Dated: November 16, 2015      THEODORE J. BOUTROUS, JR.
                              THEANE D. EVANGELIS
                              JOSHUA S. LIPSHUTZ
                              DHANANJAY S. MANTHRIPRAGADA
                              KEVIN J. RING-DOWELL
                              GIBSON, DUNN & CRUTCHER LLP

                              By: ___/s/ Dhananjay S. Manthripragada_____

                              Attorneys for Defendant
                              UBER TECHNOLOGIES, INC.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: _____      _____
                                      Hon. Edward M. Chen

        In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.