UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 12/17/15 | **Time:** 11:07-11:31 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:13-cv-03826-EMC | **Case Name:** O'Connor v. Uber Technologies, Inc. | |

**Attorney for Plaintiff:** Shannon Liss-Riordan
**Attorney for Defendant:** Marcellus McRae and Dhananjay Manthripragada

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 11:07-11:31

PROCEEDINGS

1. Joint Discovery Letter Brief [Docket No. 364] is TAKEN UNDER SUBMISSION.

**Order to be prepared by:**
( )    Plaintiff             ( )    Defendant            (X)    Court

cc: Chambers