SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (415) 817-1470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant. | Case No. CV  13-3826-EMC<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CAL. LABOR CODE § 2802 CLAIM [DKT. 419]**<br><br>Judge:          Hon. Edward M. Chen |

**NOTICE OF MOTION AND MOTION**

Pursuant to Civ. L. R. 7-7(e), Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs), on behalf of themselves and the certified class, through counsel, hereby withdraw their Motion to Dismiss Cal. Labor Code § 2802 claim and Pursue the Claim Through the Ca. Bus. Prof. Code §§ 17200 And to Bifurcate Liability and Damages Proceedings, filed December 17, 2015 (Dkt. No. 419).

Respectfully submitted,

DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,

By their attorneys,

_/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, *pro hac vice*
Adelaide Pagano, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com, apagano@llrlaw.com

Dated:        December 18, 2015

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

4         I hereby certify that a copy of the foregoing document was served by electronic filing on

5   December 18, 2015, on all counsel of record.

6                                    _/s/ Shannon Liss-Riordan_____
                                     Shannon Liss-Riordan, Esq.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                               1

28