OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** December 17, 2015   **Time:** 2 hours 4 minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 13-cv-3826-EMC   **Case Name:** O'Connor et al. v. Uber, et al.
15-cv-0262 EMC                Yucesoy v. Uber, et al.
15-cv- 3667 EMC               Del Rio v. Uber, et al.
14-cv-5200 EMC                In Re Uber FCRA Litigation

**Attorney for Plaintiff:** Shannon Liss-Riordan and Matthew Carlson for Plaintiffs O'Connor
Tina Wolfson and Laura Ho for FCRA case
Andrew Lee for Gillette, et al.
Amy Wooton for Del Rio

**Attorney for Defendants:** Theodore Boutrous, Joshua Lipshutz, Kevin Ring-Dowell,
and Marcellus McRae; Andrew Spurchise (for Del Rio case)
Rod Gliegel (for FCRA case)
Nicole Baarts (for Raiser)

**Deputy Clerk:** Betty Lee                **Court Reporter:** Pam Batalo

PROCEEDINGS

- (1) Plaintiffs' motion for protective order (#405 for O'Connor case); (#145 for Yucesoy case)
- (2) Defendants' motion to stay pending appeal #411
- (3) Motion to enjoin Defendant's communications with punitive class members (#127 FCRA case)
- (4) Status

SUMMARY

With regard to Plaintiffs O'Connor's Motion to Dismiss Cal Labor Code 2802 Claim and to Withdraw Jury Demand (Docket #419), the Court ordered Defendants' to file its opposition by 12/21/15. No reply is allowed. Court vacated the 1/21/16 hearing date and will take the matter under submission and to issue order. Court to issue order regarding Plaintiffs' emergency motion resulting from Uber's issuance of new arbitration agreement. Court held the new agreement will

not be effective as to class members' right to assert claims already certified by the Court. Uber is ordered not to communicate with drivers and class members on issues that may impact the cases.

As to Plaintiffs' motion to amend in PAGA claims, defendant's opposition brief shall be filed by 12/21/15. Reply due 12/23/15. Court will then take matter under submission and to issue order.

Yucesoy's motion to vacate the 1/12/16 bench trial is granted without prejudice to set a new trial date if it becomes relevant.

Plaintiff Del Rio informed the Court that he does not wish to consolidate with the O'Connor case for purpose of trial.