UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., | Case No. 13-cv-03826-EMC |
| Plaintiffs, | |
| v. | **ORDER RE CLASS NOTICE** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

On December 17, 2015 and December 23, 2015, the parties submitted revised drafts of the proposed class notice. Docket No. 418, Docket No. 434. The Court has resolved the parties' disagreements as shown in the redlined version of the proposed class notice attached as **Exhibit A**. Further, the Court agrees that notice to drivers who have been excluded from the class is proper, and has modified Plaintiffs' proposed notice, attached as **Exhibit B**. The Parties are hereby **ORDERED** to submit a stipulated schedule for class notice by January 4, 2016.

**IT IS SO ORDERED**.

Dated: December 23, 2015

_____
EDWARD M. CHEN
United States District Judge