UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., | Case No. 13-cv-03826-EMC |
| Plaintiffs, | Case No. 14-cv-05200-EMC |
| v. | Case No. 15-cv-00262-EMC |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | **ORDER RE DEFENDANT'S REQUEST TO EXPEDITE THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY** |
| IN RE UBER FCRA LITIGATION | *O'Connor* Docket No. 440 |
| | *In re Uber FCRA Litigation* Docket No. 141 |
| HAKAN YUCESOY, et al., | *Yucesoy* Docket No. 167 |
| Plaintiffs, | |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

On December 30, 2015, Defendant Uber Technologies, Inc. filed a motion for administrative relief to expedite the briefing schedule on Uber's motion to stay the Court's December 23, 2015 order on Plaintiffs' motions to enjoin Uber's communications with class and putative class members.  Plaintiffs are to file any opposition to Uber's motion to expedite the briefing schedule on the motion to stay by **January 4, 2016** at **2:00 P.M**.

   **IT IS SO ORDERED**.

Dated: December 31, 2015

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California