UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., <br> Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC., et al., <br> Defendants. | Case No. 13-cv-03826-EMC <br> Case No. 14-cv-5200-EMC <br> Case No. 15-cv-0262-EMC |
| IN RE UBER FCRA LITIGATION | **ORDER GRANTING DEFENDANT'S REQUEST TO EXPEDITE THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY** <br><br> *O'Connor* Docket No. 440 <br> *In re Uber FCRA Litigation* Docket No. 141 <br> *Yucesoy* Docket No. 167 |
| HAKAN YUCESOY, et al., <br> Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC., et al., <br> Defendants | |

On December 30, 2015, Defendant Uber Technologies, Inc. filed a motion for administrative relief to expedite the briefing schedule on Uber's motion to stay the Court's December 23, 2015 order on Plaintiffs' motion to enjoin Uber's communications with class and putative class members. *O'Connor*, Docket No. 435; *In re Uber FCRA Litigation*, Docket No. 137; *Yucesoy*, Docket No. 161. Having reviewed Plaintiffs' response to the motion to expedite the

briefing schedule, the Court **GRANTS** Uber's motion to expedite. Plaintiffs are to file any opposition to Uber's motion to stay by **January 6, 2016 at 5:00 P.M.**

**IT IS SO ORDERED**.

Dated: January 4, 2016

_____
EDWARD M. CHEN
United States District Judge