UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants. | Case No.  13-cv-03826-EMC<br><br>**ORDER RE FINAL CLASS NOTICE**<br><br>Docket No. 453 |

On January 7, 2016, the parties submitted a "Notice of Further Revised Draft Notices to Class and Non-Class Members." Docket No. 453. The Court has reviewed the Revised Draft Notices, and resolves the issues raised by the parties as follows.

First, with respect to the opt-out mechanism, the language of the pre-addressed e-mail will be: "Please exclude me from this class action."

Second, Plaintiffs' counsel requests the inclusion of counsel's contact information in the notice to non-class members. Docket No. 453 at 3-4. The Court denies this request.

Third, the parties are unable to agree on an e-mail address for class members who wish to opt-out. The e-mail address will be "uberclassexclude@[Notice Administrator's domain]," unless the parties mutually agree on an e-mail address. Opt-outs should be sent directly to the Notice Administrator, not to Uber.

///
///
///
///
///

1    Finally, the Court has resolved the parties' remaining disagreements as shown in the
2    redlined version of the proposed class notice and non-class member notice attached as **Exhibit A**.
3    Absent extraordinary circumstances, no further changes will be made.

5    **IT IS SO ORDERED**.

7    Dated: January 12, 2016

_____
EDWARD M. CHEN
United States District Judge