SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (510) 239-4710

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC.,<br>Defendant. | Case No. 13-cv-03826-EMC<br><br>**DECLARATION OF SHANNON LISS-RIORDAN**<br><br>Hon. Edward M. Chen |
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC.,<br>Defendant. | Case No. 15-cv-00262-EMC |

DECLARATION OF SHANNON LISS-RIORDAN
Civ. A. No. 13-3826-EMC

I, Shannon Liss-Riordan, hereby declare:

1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and counsel for the Plaintiffs in the O'Connor and Yucesoy matters. Per the Court's Order (Dkt. 454), I submit this declaration to verify that Plaintiffs' counsel in these cases, as well as in the related In re FCRA case, have satisfied their meet and confer obligations with respect to the joint submission regarding corrective notice and the revised arbitration agreement being filed by the parties today.

2. On January 12, 2016, the parties participated in a conference call. The following attorneys were in attendance on that call: Dhananjay Manthripragada and Theane Evangelis for the Defendant, Shannon Liss-Riordan and Adelaide Pagano for the O'Connor and Yucesoy plaintiffs, and Laura Ho, Tina Wolfson, and Ted Maya, for the plaintiffs in the In re FCRA matter. The parties engaged in a full discussion of their respective proposals, which were exchanged in advance of the call, and crystallized those areas on which there was continued disagreement, as well as the reasons for that disagreement. All counsel participated in good faith.

3. At the time of this filing, Plaintiffs' counsel is awaiting final edits to the joint submission from Defendant but fully expect that the joint submission will be filed by midnight PST.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 13, 2016, at Boston, Massachusetts

    _/s/ Shannon Liss-Riordan_____
    Shannon Liss-Riordan, Esq.

1

DECLARATION OF SHANNON LISS-RIORDAN