United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, et al.,
Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,
Defendants.

Case No. 13-cv-03826-EMC (DMR)

**ORDER RE PROPOSED SECOND AMENDED STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 467

The court has received the parties' proposed second amended stipulated protective order. [Docket No. 467.] It is not clear how this proposed stipulated protective order differs from the November 26, 2014 amended protective order (Docket No. 208), since the parties did not submit a redlined version for the court's review. By no later than February 9, 2016, the parties shall submit a brief joint statement describing the differences between the two protective orders and explaining why such changes are necessary.

**IT IS SO ORDERED.**

Dated: February 3, 2016




Donna M. Ryu
United States Magistrate Judge