GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
BRANDON J. STOKER, SBN 277325
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.
.

SHANNON LISS-RIORDAN, *pro hac vice*
ADELAIDE PAGANO, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801
sliss@llrlaw.com
apagano@llrlaw.com

MATTHEW CARLSON, SBN 273242
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (510) 239-4710
mcarlson@carlsonlegalservices.com

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO.  3:13-cv-3826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE OPPOSITION AND REPLY BRIEFS REGARDING UBER'S MOTION FOR SUMMARY ADJUDICATION OR, IN THE ALTERNATIVE, DECERTIFICATION [DKT. 479]**<br><br>Date: March 24, 2016<br>Time: 1:30 pm<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, Plaintiffs' Opposition to Defendant's Motion for Summary Adjudication as to Plaintiffs' Gratuities Law Claim Or, in the Alternative, Motion to Decertify Plaintiffs' Gratuities Law Class, is currently due on February 25, 2016;

WHEREAS, Plaintiffs' counsel is taking the California bar exam on February 23 through 25, 2016 and will be unavailable that week;

WHEREAS, the parties have conferred and agreed to a brief extension of six days for Plaintiffs to file their Opposition on March 2, 2016 and a corresponding extension for Defendant to file their Reply brief;

WHEREAS, the hearing on Defendants' Motion to is currently set for March 24, 2016 and this revised schedule will allow briefing to be complete well in advance of the hearing date;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) Plaintiffs' Opposition to Defendant's Motion for Summary Adjudication as to Plaintiffs' Gratuities Law Claim Or, in the Alternative, Motion to Decertify Plaintiffs' Gratuities Law Class, will be due on March 2, 2016;

(2) Defendant's Reply in Support of Defendant's Motion for Summary Adjudication as to Plaintiffs' Gratuities Law Claim Or, in the Alternative, Motion to Decertify Plaintiffs' Gratuities Law Class, will be due on March ~~14~~ 10, 2016.

2

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE OPPOSITION AND REPLY BRIEFS REGARDING UBER'S MOTION FOR SUMMARY ADJUDICATION OR, IN THE ALTERNATIVE, DECERTIFICATION [DKT. 479]

Dated: February 12, 2016

SHANNON LISS-RIORDAN
ADELAIDE PAGANO
LICHTEN & LISS-RIORDAN, P.C.

MATTHEW CARLSON
CARLSON LEGAL SERVICES

By: */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,

Dated: February 12, 2016

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA
BRANDON J. STOKER
KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kevin J. Ring-Dowell*

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** (as modified above)

Date: 2/12/16

Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE OPPOSITION AND REPLY BRIEFS REGARDING UBER'S MOTION FOR SUMMARY ADJUDICATION OR, IN THE ALTERNATIVE, DECERTIFICATION [DKT. 479]

1  In accordance with Local Rule 5-1, the filer of this document hereby attests that the
2  concurrence to the filing of this document has been obtained from the other signatories hereto.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE OPPOSITION AND REPLY BRIEFS REGARDING UBER'S MOTION FOR SUMMARY ADJUDICATION OR, IN THE ALTERNATIVE, DECERTIFICATION [DKT. 479]