GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, *pro hac vice*
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

CARLSON LEGAL SERVICES
MATTHEW CARLSON, SBN 273242
  mcarlson@carlsonlegalservices.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 817-1470

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 13-03826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, PRETRIAL MATERIALS, AND EXPERT REPORTS** |

## STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 5, 2015, the Court ordered that trial in the above-captioned matter shall commence on June 20, 2016, *see* Dkt. 378;

WHEREAS, on November 5, 2015, the Court ordered that the Parties submit a joint pretrial conference statement and pretrial materials at least twenty-one days prior to the final pretrial conference, and the present deadline to file the joint pretrial conference statement and pretrial materials is May 3, 2016, *see* Dkt. 378;

WHEREAS, on January 5, 2016, the Court ordered that the Parties submit expert reports 30 days after the opt-out deadline, and the present deadline to file opening expert reports is April 28, 2016, *see* Dkt. 447;

WHEREAS, on January 5, 2016, the Court ordered that the Parties submit rebuttal expert reports 14 days after the submission of opening expert reports, and the present deadline to file rebuttal expert reports is May 12, 2016, *see* Dkt. 447;

WHEREAS, the Parties are continuing in good faith to meet and confer on various issues related to the joint pretrial conference statement, pretrial materials, and issues related to expert reports;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that the joint pretrial conference statement and pretrial materials shall be due on May ~~10~~ 9, 2016, expert opening reports shall be due on May 5, 2016, and expert rebuttal reports shall be due on May 19, 2016.

/ / /

/ / /

/ / /

Gibson, Dunn & Crutcher LLP

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, PRETRIAL MATERIALS, AND EXPERT REPORTS
CASE NO. 13-03826-EMC

1  **IT IS SO STIPULATED**

Dated: March 24, 2016                               GIBSON, DUNN & CRUTCHER LLP

By: /s/ Dhananjay S. Manthripragada
        Dhananjay S. Manthripragada

Attorneys for Defendant UBER TECHNOLOGIES, INC.

Dated: March 24, 2016                               LICHTEN & LISS-RIORDAN, P.C.

By: /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan

Attorney for Plaintiffs DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

[PROPOS~~E~~D] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  (as modified above)

Dated: March 31, 2016

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, PRETRIAL MATERIALS, AND EXPERT REPORTS
CASE NO. 13-03826-EMC

Gibson, Dunn & Crutcher LLP

**ECF ATTESTATION**

I, Dhananjay S. Manthripragada, hereby attest that concurrence in the filing of this document has been obtained from Shannon Liss-Riordan.

By: <u>     /s/ Dhananjay S. Manthripragada     </u>
        Dhananjay S. Manthripragada

4

STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, PRETRIAL MATERIALS, AND EXPERT REPORTS
CASE NO. 13-03826-EMC

Gibson, Dunn & Crutcher LLP