**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS O'CONNOR, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant - Petitioner. | No. 15-80220 <br><br> D.C. No. 3:13-cv-03826-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: CANBY, LEAVY, and IKUTA, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition is granted. The court has considered petitioner's January 12, 2016 reply.

The court, in its discretion, grants the petition for permission to appeal the district court's December 9, 2015 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

ELF/MOATT