| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:     213.229.7000<br>Facsimile:     213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:     415.393.8200<br>Facsimile:     415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:     (617) 994-5800<br>Facsimile:     (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON (SBN 273242)<br>(mcarlson@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>466 Geary St., Suite 201<br>San Francisco, CA 94102<br>Telephone:     (617) 994-5800<br>Facsimile:     (617) 994-5801<br><br>Attorneys for Plaintiffs<br>DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendants. | CASE NO.  3:13-cv-3826-EMC<br><br>**STIPULATION AND [PROP̶O̶S̶ED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STAY [DKT. 506]**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, pursuant to this Court's Order (Dkt. 508), Plaintiffs' Opposition to Defendant's Motion to Stay, is currently due on April 13, 2016;

WHEREAS, the parties have conferred and agreed to a brief extension of one week for Plaintiffs to file their Opposition until April 20, 2016;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1)   Plaintiffs' Opposition to Defendant's Motion to Stay, will be due on April 20, 2016.

Dated: April 13, 2016

SHANNON LISS-RIORDAN
ADELAIDE PAGANO
MATTHEW CARLSON
LICHTEN & LISS-RIORDAN, P.C.

By: */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,

Dated:  April 13, 2016

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA
BRANDON J. STOKER
KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kevin J. Ring-Dowell*

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

2
STIP. AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STAY [DKT. 506]

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: _____4/13/16_____                              _____
                                                                                  Hon. Edward M. Chen

    In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.