| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:    213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br>Facsimile:    415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:    (617) 994-5800<br>Facsimile:    (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON (SBN 273242)<br>(mcarlson@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>466 Geary St., Suite 201<br>San Francisco, CA 94102<br>Telephone:    (617) 994-5800<br>Facsimile:    (617) 994-5801<br><br>Attorneys for Plaintiffs<br>DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | CASE NO.  3:13-cv-3826-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLENGTH BRIEF**<br><br>L.R. 7-11<br>Judge: Hon. Edward M. Chen<br>Date Filed:  August 16, 2013 |

Gibson, Dunn & Crutcher LLP

STIP. AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLEGNTH BRIEF
Case No. 13-cv-3826-EMC, Case No. 15- cv-00262-EMC

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>        Defendants. | CASE NO. 3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLENGTH BRIEF**<br><br>L.R. 7-11<br>Judge: Hon. Edward M. Chen<br>Date Filed: August 16, 2013 |

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant UBER TECHNOLOGIES, INC.
And TRAVIS KALANICK

2
STIP. AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLEGNTH BRIEF
Case No. 13-cv-3826-EMC, Case No. 15- cv-00262-EMC

Gibson, Dunn & Crutcher LLP

1  The undersigned Parties, by and through their respective counsel, do hereby stipulate:

2  WHEREAS, the parties agree that an additional seven pages is necessary and will be
3  sufficient for Plaintiffs to address all issues that must be raised in a Motion for Preliminary Approval
4  of Class Action Settlement, including the requirements of Rule 23 and the reasons that the Court
5  should preliminarily approve the parties' class action settlement;

6  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, by and through
7  their respective counsel, that Plaintiffs may file a Motion for Preliminary Approval of Class Action
8  Settlement of up to 32 pages in length.

10  **IT IS SO STIPULATED.**

12  Dated: April 21, 2016                SHANNON LISS-RIORDAN
                                          LICHTEN & LISS-RIORDAN, P.C.

14                                        By: _/s/ Shannon Liss-Riordan_____

15                                        Attorneys for Plaintiffs
                                          DOUGLAS O'CONNOR, THOMAS COLOPY,
16                                        MATTHEW MANAHAN, and ELIE GURFINKEL,
                                          individually and on behalf of all others similarly
17                                        situated,

19  Dated:  April 21, 2016               KEVIN J. RING-DOWELL
                                          GIBSON, DUNN & CRUTCHER LLP

20                                        By: _/s/ Kevin J. Ring-Dowell_____

21                                        Attorneys for Defendant
22                                        UBER TECHNOLOGIES, INC.

24  **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

27  Date: ____April 22, 2016_____        _____
                                                 Hon. Edward M. Chen

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

Gibson, Dunn & Crutcher LLP

STIP. AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLEGNTH BRIEF
Case No. 13-cv-3826-EMC, Case No. 15- cv-00262-EMC

**LOCAL CIVIL RULE 5-1 ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

2

Gibson, Dunn & Crutcher LLP

STIP. AND [PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLEGNTH BRIEF
Case No. 13-cv-3826-EMC, Case No. 15- cv-00262-EMC