UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. <br> HAKAN YUCESOY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants | Case No. 13-cv-03826-EMC <br> Case No. 15-cv-0262-EMC <br><br><br> **ORDER RE OBJECTIONS TO PROPOSED CLASS SETTLEMENT** |

On April 21, 2016, Plaintiffs in *O'Connor v. Uber Technologies* and *Yucesoy v. Uber Technologies* moved for preliminary approval of a class settlement. The Court has since received a number of objections. Any objector shall file or send to the Court a single document (instead of multiple filings) discussing all of their concerns and objections to the settlement, which will then be filed on the court docket.

**IT IS SO ORDERED**.

Dated: April 22, 2016

_____
EDWARD M. CHEN
United States District Judge