UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants.<br>HAKAN YUCESOY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants | Case No. 13-cv-03826-EMC<br>Case No. 15-cv-0262-EMC<br><br><br><br>**ORDER RE SERVICE ON COUNSEL OF RELATED CASES** |

On April 21, 2016, Plaintiffs in *O'Connor v. Uber Technologies* and *Yucesoy v. Uber Technologies* moved for preliminary approval of a class settlement. The parties are to serve a complete set of the publicly-filed moving papers and a copy of this order to all counsel of record in the cases listed on pages 6-8 of the "Class Action Settlement and Release," including:

- *Price v. Uber Technologies, Inc.*, Case No. BC554512
- *Del Rio v. Uber Technologies, Inc.*, Case No. 3:15-cv-3667-EMC
- *Berger v. Uber Technololgies, Inc.*, Case No. 3:16-cv-41-MEJ
- *In re Uber FCRA Litigation*, Case No. 3:14-cv-5200-EMC
- *Ghazi v. Uber Technologies, Inc.*, Case No. CGC-15-545532
- *Richardson v. Uber Technologies, Inc.*, Case No. RG15775562
- *Zine v. Uber Technologies, Inc.*, Case No. BC591351

- *Narsi v. Uber Technologies, Inc.*, Case No. BC599027
- *Tabola v. Uber Technologies, Inc.*, Case No. CGC-16-550992
- *Barajas v. Uber Technologies, Inc.*, Case No. CGC-16-550198
- *Aquino v. Uber Technologies, Inc.*, Case No. BC608873
- *Adzhemyan v. Uber Technologies, Inc.*, Case No. BC608874
- *Gollnick v. Uber Technologies, Inc.*, Case No. CGC-15-547878
- *Mokeddas v. Uber Technologies, Inc.*, Case No. RG16807483
- *Berwick v. Uber Technologies Inc.*, Case No. CGC-15-546378

The parties should also serve a complete set of the moving papers to the affected state and federal agencies (*i.e.*, the California Labor and Workforce Development Agency and the National Labor Relations Board).

The served parties shall file any comments on the proposed settlement by **Friday**, **May 13, 2016** at **6:00 p.m.**  The *O'Connor* and *Yucesoy* parties shall file any response to those comments by **Thursday**, **May 19, 2016** at **6:00 p.m.**  Service shall be effected within two days of the order, and a proof of service filed by **Friday**, **April 29, 2016**.

**IT IS SO ORDERED**.

Dated: April 27, 2016

_____
EDWARD M. CHEN
United States District Judge

2