GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA,
SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
TRAVIS KALANICK

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, *pro hac vice*
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: 617.994.5800
Facsimile: 617.994.5801

MATTHEW CARLSON, SBN 273242
  mcarlson@llrlaw.com
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: 617.994.5800
Facsimile: 617.994.5801

Attorneys for *O'Connor* Plaintiffs
DOUGLAS O'CONNOR, THOMAS COLOPY,
MATTHEW MANAHAN, and ELIE
GURFINKEL, and for *Yucesoy* Plaintiffs
HAKAN YUCESOY, ABDI MAHAMMED,
MOKHTAR TALHA, BRIAN MORRIS, and
PEDRO SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>　　　　　　Defendant.<br><br>HAKAN YUCESOY, et al., individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.<br>　　　　　　Defendants. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**JOINT REQUEST TO VACATE DEADLINES**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br>　　(Modified) |

**To the Court, the Parties, and their Attorneys of Record**

*O'Connor* Plaintiffs Douglas O'Connor, Thomas Colopy, Matthew Manahan, and Elie Gurfinkel, individually and on behalf of all others similarly situated, *Yucesoy* Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (as to *Yucesoy* only) (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following Joint Request to Vacate Deadlines.

Plaintiffs and Defendants have simultaneously filed a motion for preliminary settlement approval, and they respectfully request that the Court vacate all case management and trial deadlines (set by orders docketed at *O'Connor* ECF Nos. 378, 447, 489, 500, and 504, and *Yucesoy* ECF No. 199).

Alternatively, the parties request that the Court continue all case management and trial deadlines (set by orders docketed at *O'Connor* ECF Nos. 378, 447, 489, 500, and 504, and *Yucesoy* ECF No. 199) by ninety (90) days and set a Status Conference for June 2, 2016.

The parties thank the Court and its staff for its cooperation in extending deadlines in this litigation, which extensions were crucial to the parties reaching a settlement in this complex matter.

Respectfully submitted,

Dated: April 21, 2016                    GIBSON, DUNN & CRUTCHER LLP

                                         /s/ *Dhananjay S. Manthripragada*
                                         Dhananjay S. Manthripragada
                                         Attorneys for Defendants


Dated: April 21, 2016                    LICHTEN & LISS-RIORDAN, P.C.

                                         /s/ *Shannon Liss-Riordan*
                                         Shannon Liss-Riordan, *pro hac vice*
                                         Attorneys for Plaintiffs

**[PROP~~OSED~~] ORDER**

**PURSUANT TO JOINT REQUEST, IT IS SO ORDERED.**

```
All case management and trial deadlines are continued by 90 days.  A status conference is
set for 6/2/16 at 1:30 p.m.  Precise dates to be set at the 6/2/16 status conference.
```

Dated: ___May 2___, 2016           _____



The Honorable Edward M. Chen
United St...

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: April 21, 2016                                      GIBSON DUNN & CRUTCHER, LLP

By <u>/s/ Kevin J. Ring-Dowell</u><br>Kevin J. Ring-Dowell<br>Attorneys for Defendants