UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants.<br>HAKAN YUCESOY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants | Case No. 13-cv-03826-EMC<br><br>Case No. 15-cv-00262-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>*O'Connor*, Docket No. 518<br>*Yucesoy*, Docket No. 206 |

Plaintiffs must file their supplemental Private Attorney General Act (PAGA) notice, sent on April 21, 2016, by **12:00 Noon, Wednesday**, **June 1, 2016**. *See* Docket No. 611 at 16 n. 14.

The parties must also explain the current status of the December 2015 arbitration agreement, including:

(1) To how many drivers has the December 2015 arbitration agreement been disseminated in California, Massachusetts, and the United States as a whole?

(2) Which arbitration agreement has Uber been distributing since the Court's Rule 23(d) order of December, 2015 was issued, and how many drivers have received that arbitration agreement?

1      The parties' response is also due by **12:00 Noon, Wednesday**, **June 1, 2016**.

3      **IT IS SO ORDERED**.

5      Dated: May 31, 2016

_____
EDWARD M. CHEN
United States District Judge