1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No.  13-cv-03826-EMC

**ORDER INVITING COMMENTS ON PROPOSED PAGA SETTLEMENT**

On April 21, 2016, Plaintiffs in *O'Connor v. Uber Technologies* and *Yucesoy v. Uber Technologies* moved for preliminary approval of a class settlement.  The proposed settlement will settle civil penalties due per California's Private Attorney General Act (PAGA) for $1 million, 75% of which will go to the state and 25% of which will be distributed to the California class members.  The Court now invites comments, if any, by the California Labor and Workforce Development Agency (LWDA) on the proposed PAGA settlement.

The parties are to serve: (1) a complete set of the publicly-filed moving papers, (2) a copy of the Court's Order Re Plaintiffs' Motion for Preliminary Approval (Docket No. 724), and (3) a copy of this Order on the LWDA, in a manner consistent with the LWDA's filing requirements.

///

///

///

///

///

///

///

**United States District Court**
For the Northern District of California

1  | *See* The Labor Code Private Attorneys General Act, CALIFORNIA LABOR AND WORKFORCE

2  | DEVELOPMENT AGENCY, http://www.labor.ca.gov/Private_Attorneys_General_Act.htm (last

3  | visited June 29, 2016).  The LWDA may file any comments on the proposed settlement by July

4  | 15, 2016.  Service on the LWDA shall be effected within two days of this Order, and a proof of

5  | service filed by July 5, 2016.

7  |       **IT IS SO ORDERED**.

9  | Dated: June 30, 2016

_____

EDWARD M. CHEN
United States District Judge