UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., | Case No.  13-cv-03826-EMC |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TIME FOR CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY'S RESPONSE** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | Docket No. 729 |

On June 30, 2016, the Court issued an order inviting comments from the California Labor and Workforce Development Agency (LWDA) on the proposed PAGA settlement in the instant case.  Docket No. 725.  The Court is in receipt of a letter from the LWDA, requesting an additional three weeks (until August 5, 2016) to respond to the Court's order inviting comments on the proposed PAGA settlement.  Docket No. 729.  The Court will extend the deadline for the LWDA to file comments by **two weeks**, to **July 29, 2016**.

**IT IS SO ORDERED**.

Dated: July 15, 2016

_____
EDWARD M. CHEN
United States District Judge