SHANNON LISS-RIORDAN, *pro hac vice*
ADELAIDE PAGANO, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:      (617) 994-5800
Facsimile:      (617) 994-5801
sliss@llrlaw.com
apagano@llrlaw.com

MATTHEW CARLSON (SBN 273242)
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, CA 94102
Telephone:      (617) 994-5800
Facsimile:      (617) 994-5801
mcarlson@llrlaw.com

Attorneys for *O'Connor* Plaintiffs
THOMAS COLOPY, MATTHEW MANAHAN,
and ELIE GURFINKEL, individually and
on behalf of all others similarly situated;
Attorneys for *Yucesoy* Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA,
SBN 254433
dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:      213.229.7000
Facsimile:      213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:      415.393.8200
Facsimile:      415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
TRAVIS KALANICK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br>                    Plaintiffs,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,<br>                    Defendant.<br><br>HAKAN YUCESOY, et al.,<br>                    Plaintiffs,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., et al.<br>                    Defendant. | CASE NO.  13-cv-03826-EMC<br>CASE NO.  15-cv-00262-EMC<br><br>**JOINT STIPULATION TO CHANGE STATUS CONFERENCE DEADLINES**<br><br>Judge: Hon. Edward M. Chen |

**JOINT STIPULATION TO CHANGE STATUS CONFERENCE DEADLINES**

*O'Connor* Plaintiffs Thomas Colopy, Matthew Manahan, and Elie Gurfinkel, individually and on behalf of all others similarly situated, *Yucesoy* Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (as to *Yucesoy* only) (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 21, 2016, Plaintiffs filed motions for preliminary settlement approval in *O'Connor v. Uber Techs., Inc.*, 13-cv-03826-EMC (N.D. Cal.) and *Yucesoy v. Uber Techs., Inc.*, No. 15-cv-00262-EMC (N.D. Cal.), *see O'Connor*, Dkt. 518; *Yucesoy* Dkt. 206;

WHEREAS, on August 18, 2016, this Court denied Plaintiffs' motions for preliminary settlement approval, *see O'Connor*, Dkt. 748; *Yucesoy* Dkt. 240;

WHEREAS, in its order denying preliminary settlement approval, the Court directed the parties to submit a joint status report on September 8, 2016 and scheduled a status conference for September 15, 2016 at 10:30 a.m., *see O'Connor*, Dkt. 748 at 35; *Yucesoy* Dkt. 240 at 35;

WHEREAS, Plaintiffs' lead counsel has an oral argument scheduled in the United States Court of Appeals for the Third Circuit on September 15, 2016 and Defendants' lead counsel has an oral argument scheduled in the California Court of Appeal on September 15, 2016;

WHEREAS, both Plaintiffs' lead counsel and Defendants' lead counsel have a variety of oral arguments and trial-related commitments in the weeks immediately preceding and immediately following September 15, 2016;

WHEREAS, the Parties are continuing to discuss potential settlement possibilities for *O'Connor* and *Yucesoy*, in light of the Court's order denying preliminary settlement approval.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that the Status Conference in *O'Connor* and *Yucesoy* will be rescheduled to ~~October 13, 2016~~ October 18, 2016 at 10:30 a.m. and the joint status report shall be due on October ~~6~~ 11, 2016.

**IT IS SO STIPULATED**

Dated: August 23, 2016                      GIBSON, DUNN & CRUTCHER LLP


                                            By: ___/s/ Theodore J. Boutrous Jr._____
                                                    Theodore J. Boutrous Jr.

                                            Attorney for Defendants Uber Technologies, Inc.
                                            and Travis Kalanick

Dated: August 23, 2016                          LICHTEN & LISS-RIORDAN, P.C.


                                            By: ___/s/ Shannon Liss-Riordan_____
                                                    Shannon Liss-Riordan

                                            Attorneys for *O'Connor* Plaintiffs Thomas Colopy,
                                            Matthew Manahan, and Elie Gurfinkel, individually
                                            and on behalf of all others similarly situated;
                                            Attorneys for *Yucesoy* Plaintiffs


                           **[PROPOSED] ORDER**

        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   (as modified on p.2)


Dated: August 26 , 2016

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3

1

**ECF ATTESTATION**

2

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

3

4

By:   /s/       Kevin Ring-Dowell

5                      Kevin Ring-Dowell

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28