GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA,
SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:    949.451.3800
Facsimile:    949.475.4220

Attorneys for Defendants UBER TECHNOLOGIES,
INC. and TRAVIS KALANICK

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: 617.994.5800
Facsimile: 617.994.5801

MATTHEW CARLSON, SBN 273242
  mcarlson@llrlaw.com
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: 415.630.2651
Facsimile: 617.994.5801

Attorneys for *O'Connor* Plaintiffs
THOMAS COLOPY, MATTHEW MANAHAN,
and ELIE GURFINKEL, and for *Yucesoy*
Plaintiffs HAKAN YUCESOY, ABDI
MAHAMMED, MOKHTAR TALHA, BRIAN
MORRIS, and PEDRO SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br>            Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>            Defendant.<br><br>HAKAN YUCESOY, et al.,<br>            Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.<br>            Defendants. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING BRIEFING** |

**STIPULATION TO STAY BRIEFING AND HEARING DATES**

Pursuant to Civil Local Rule 7-12, *O'Connor* Plaintiffs Thomas Colopy, Matthew Manahan, and Elie Gurfinkel (collectively, the "*O'Connor* Plaintiffs"), *Yucesoy* Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez (collectively, the "*Yucesoy* Plaintiffs") (together with the *O'Connor* Plaintiffs, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court scheduled a further case management conference ("CMC") in both *O'Connor v. Uber Techs., Inc.*, 13-cv-03826-EMC ("*O'Connor*") and *Yucesoy v. Uber Techs., Inc.*, 15-cv-00262-EMC ("*Yucesoy*") for November 18, 2016, at 10:30 a.m., *see O'Connor* Dkt. 755, *Yucesoy* Dkt. 245;

WHEREAS, on April 6, 2016, *O'Connor* Defendant Uber filed an Expedited Motion to Stay Pending Appeal, *O'Connor* Dkt. 506, which this Court has not yet adjudicated but which the Parties plan to discuss with the Court at the November 18 CMC;

WHEREAS, on November 3, 2016, *O'Connor* Plaintiffs filed a Motion to Expand Class Period, *O'Connor* Dkt. 757, setting a response deadline of November 17, 2016, and a motion hearing for December 15, 2016;

WHEREAS, on November 4, 2016, *Yucesoy* Plaintiffs filed a Motion for Class Certification, *Yucesoy* Dkt. 246, setting a response deadline of November 18, 2016, and a motion hearing for December 15, 2016;

WHEREAS, on November 7, 2016, *O'Connor* Defendant Uber filed a renewed Motion to Stay Pending Appeal, *O'Connor* Dkt. 758, updating its arguments, setting a response deadline of November 21, 2016, and a motion hearing for December 15, 2016;

WHEREAS, the Parties agree that it would be most efficient and would conserve the time and resources of the parties and the Court to discuss all pending motions at the November 18 CMC, before further briefing takes place with respect to any of these motions;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. All briefing deadlines related to *O'Connor* Plaintiffs' Motion to Expand Class Period, *O'Connor* Dkt. 757, are hereby STAYED pending the upcoming CMC.

2. All briefing deadlines related to *Yucesoy* Plaintiffs' Motion for Class Certification, *Yucesoy* Dkt. 246, are hereby STAYED pending the upcoming CMC.

3. All briefing deadlines related to Uber's Motion to Stay Pending Appeal, *O'Connor* Dkt. 758, are hereby STAYED pending the upcoming CMC.

**IT IS SO STIPULATED**

Dated: November 8, 2016         GIBSON, DUNN & CRUTCHER LLP

By:      /s/ Theodore J. Boutrous Jr.
              Theodore J. Boutrous Jr.

Attorneys for Defendants UBER TECHNOLOGIES, INC. and TRAVIS KALANICK


Dated: November 8, 2016         LICHTEN & LISS-RIORDAN, P.C.

By:      /s/ Shannon Liss-Riordan
              Shannon Liss-Riordan

Attorney for Plaintiffs THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL

Attorneys for *Yucesoy* Plaintiffs HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ

# [PR~~OPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____11/9_____, 2016



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**ECF ATTESTATION**

I, Kevin J. Ring-Dowell, hereby attest that concurrence in the filing of this document has been obtained from Theodore J. Boutrous Jr. and Shannon Liss-Riordan.

By: /s/ Kevin J. Ring-Dowell
Kevin J. Ring-Dowell