| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LICHTEN & LISS-RIORDAN, P.C. |
| THEODORE J. BOUTROUS, JR., SBN 132099 | SHANNON LISS-RIORDAN, SBN 310719 |
|   tboutrous@gibsondunn.com |   sliss@llrlaw.com |
| THEANE D. EVANGELIS, SBN 243570 | ADELAIDE PAGANO, *pro hac vice* |
|   tevangelis@gibsondunn.com |   apagano@llrlaw.com |
| DHANANJAY S. MANTHRIPRAGADA, SBN 254433 | 729 Boylston Street, Suite 2000 |
|   dmanthripragada@gibsondunn.com | Boston, MA 02116 |
| 333 South Grand Avenue | Telephone:   617.994.5800 |
| Los Angeles, CA 90071-3197 | Facsimile:   617.994.5801 |
| Telephone:   213.229.7000 | |
| Facsimile:   213.229.7520 | LICHTEN & LISS-RIORDAN, P.C. |
| | MATTHEW CARLSON, SBN 273242 |
| JOSHUA S. LIPSHUTZ, SBN 242557 |   mcarlson@llrlaw.com |
|   jlipshutz@gibsondunn.com | 466 Geary St., Suite 201 |
| KEVIN J. RING-DOWELL, SBN 278289 | San Francisco, CA 94102 |
|   kringdowell@gibsondunn.com | Telephone:   617.994.5800 |
| 555 Mission Street, Suite 3000 | Facsimile:   617.994.5801 |
| San Francisco, CA 94105-0921 | |
| Telephone:   415.393.8200 | Attorneys for *O'Connor* and *Yucesoy* Plaintiffs |
| Facsimile:   415.393.8306 | |
| | *[Additional Counsel Listed on Following Page]* |
| Attorneys for Uber Technologies, Inc., Rasier, LLC, and Travis Kalanick | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br>            Plaintiffs,<br>       v.<br>UBER TECHNOLOGIES, INC.,<br>            Defendant. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 14-cv-05200-EMC<br>CASE NO. 15-cv-00262-EMC<br>CASE NO. 15-cv-03667-EMC<br>CASE NO. 16-cv-03134-EMC |
| HAKAN YUCESOY, et al.,<br>            Plaintiffs,<br>       v.<br>UBER TECHNOLOGIES, INC., et al.<br>            Defendants. | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |
| IN RE UBER FCRA LITIGATION | |
| RICARDO DEL RIO, et al.,<br>            Plaintiffs,<br>       v.<br>UBER TECHNOLOGIES, INC., et al.<br>            Defendants. | |

TODD JOHNSTON, et al.,
    Plaintiffs,
  v.
UBER TECHNOLOGIES, INC.
    Defendant.

LITTLER MENDELSON, P.C.
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:    415.433.1940
Fax:   415.399.8490

Attorneys for Uber Technologies, Inc. and Rasier, LLC

THE BRANDI LAW FIRM
Thomas J. Brandi, SBN 53208
  tjb@brandilaw.com
Brian J. Malloy, SBN 234882
  bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
415.989.1800

SLACK & DAVIS, LLP
Michael L. Slack, *pro hac vice*
  mslack@slackdavis.com
John R. Davis, SBN 308412
  jdavis@slackdavis.com
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Attorneys for *Johnston* Plaintiff Todd Johnston

HAMNER LAW OFFICES, APC
CHRISTOPHER J. HAMNER, SBN 197117
  chamner@hamnerlaw.com
AMY T. WOOTTON, SBN 188856
  awootton@hamnerlaw.com
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: 213.533.4160
Facsimile: 213.533.4167

GERAGOS & GERAGOS, APC
MARK J. GERAGOS, SBN 108325
  mark@geragos.com
BENJAMIN MEISELAS, SBN 227412
  meiselas@geragos.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: 213.625.3900
Facsimile: 213.232.3255

KABATECK BROWN KELLNER LLP
BRIAN KABATECK, SBN 152054
  bsk@kbklawyers.com
SHANT A. KARNIKIAN, SBN 285048
  sk@kbklawyers.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: 213.217.5000
Facsimile: 213.217.5010

Attorneys for *Del Rio* Plaintiffs and Douglas O'Connor individually

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs, the *Yucesoy* Plaintiffs, the *Del Rio* Plaintiffs, the *Johnston* Plaintiffs, and Defendants Uber Technologies, Inc. ("Uber"), Rasier, LLC ("Rasier"), and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:[1]

WHEREAS, the court presiding over the case captioned *Steven Price v. Uber Technologies, Inc.*, Los Angeles Superior Court Case No. BC554512 ("*Price*") previously set a hearing on the *Price* parties' forthcoming joint request for approval of a Private Attorneys General Act ("PAGA") settlement in the *Price* matter ("Joint Request") for January 23, 2017;

WHEREAS, on November 21, 2016, the Court stayed each of the five above-captioned cases until the next scheduled Case Management Conference ("CMC");

WHEREAS, the Court set the date of the next CMC for February 2, 2017, at 11:00 a.m., *see O'Connor* Dkt. 769, in part based on the date of the *Price* settlement hearing;

WHEREAS, the *Price* Court, acting *sua sponte*, rescheduled the date of the *Price* settlement hearing from January 23, 2017, to April 25, 2017, because the *Price* Court was no longer available to conduct the settlement approval hearing on January 23, 2017;

WHEREAS, the *Price* parties thereafter held a scheduling conference with the *Price* Court, during which the *Price* Court rescheduled the settlement approval hearing for March 8, 2017;

---

[1] The *In re Uber FCRA Litigation* Plaintiffs would not agree to change the date of the forthcoming Case Management Conference in *In re Uber FCRA Litigation*, Case No. 14-cv-05200-EMC, and therefore are not party to this stipulation. However, with this filing, Defendants request that the Case Management Conference and accompanying Case Management Conference statement filing deadline for *In re Uber FCRA Litigation* also be changed to March 23, 2017 and March 16, 2017, respectively, so that *all* Case Management Conferences and accompanying deadlines may take place on the same date.

If the Case Management Conference for the *In re Uber FCRA Litigation* is not changed, then the *O'Connor* and *Yucesoy* plaintiffs do not agree to postpone their Case Management Conference, unless the *In re Uber FCRA Litigation* conference is used solely to discuss the scheduling and status of the settlement agreement in that case.

WHEREAS, this Court indicated that it wanted to schedule the next Case Management Conference for a date after the *Price* Court has conducted the settlement approval hearing, and if the Court still desires to hold the Conference after that date;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for February 2, 2017, shall be reset for March 23, 2017.

2. Case Management Conference Statements shall be due on March 16, 2017.

3. Each of the above-captioned cases shall remain STAYED until the next Case Management Conference.

**IT IS SO STIPULATED**

Dated:  January 20, 2017                Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP


                                         /s/ *Theodore J. Boutrous, Jr.*
                                        Theodore J. Boutrous, Jr.
                                        Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Travis Kalanick


Dated:  January 20, 2017                Respectfully submitted,

                                        LICHTEN & LISS-RIORDAN, P.C.


                                         /s/ *Shannon Liss-Riordan*
                                        Shannon Liss-Riordan
                                        Attorneys for *O'Connor* and *Yucesoy* Plaintiffs


Dated:  January 20, 2017                Respectfully submitted,

                                        LITTLER MENDELSON, P.C.


                                         /s/ *Andrew M. Spurchise*
                                        Andrew M. Spurchise
                                        Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: January 20, 2017         Respectfully submitted,

                                GERAGOS & GERAGOS, APC


                                  /s/ *Mark J. Geragos*
                                Mark J. Geragos
                                Attorneys for *Del Rio* Plaintiffs and Douglas O'Connor


Dated: January 20, 2017         Respectfully submitted,

                                THE BRANDI LAW FIRM


                                  /s/ *Brian J. Malloy*
                                Brian J. Malloy
                                Attorneys for Plaintiff Todd Johnston


# [PR~~OP~~OSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

```
The CMC is reset from 2/2/17
to 3/23/17 at 11:00 a.m.  An
updated joint CMC statement
shall be filed by 3/16/17.
```

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Dated: _____, 2017         _____
                                The Honorable Edward M. Chen
                                United States District Judge

I, Kevin Ring-Dowell, hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties.

Dated:  January 20, 2017          By:     /s/ *Kevin Ring-Dowell.*
                                                  Kevin Ring-Dowell