1

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Uber Technologies, Inc., Rasier, LLC, and Travis Kalanick

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    617.994.5800
Facsimile:    617.994.5801

LICHTEN & LISS-RIORDAN, P.C.
MATTHEW CARLSON, SBN 273242
  mcarlson@llrlaw.com
466 Geary St., Suite 201
San Francisco, CA 94102
Telephone:    617.994.5800
Facsimile:    617.994.5801

Attorneys for *O'Connor* and *Yucesoy* Plaintiffs

*[Additional Counsel Listed on Following Pages]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br>                Plaintiffs,<br>        v.<br>UBER TECHNOLOGIES, INC.,<br>                Defendant. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 14-cv-05200-EMC<br>CASE NO. 15-cv-00262-EMC<br>CASE NO. 15-cv-03667-EMC<br>CASE NO. 16-cv-03134-EMC |
| HAKAN YUCESOY, et al.,<br>                Plaintiffs,<br>        v.<br>UBER TECHNOLOGIES, INC., et al.<br>                Defendants. | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Edward M. Chen |
| IN RE UBER FCRA LITIGATION | |
| RICARDO DEL RIO, et al.,<br>                Plaintiffs,<br>        v.<br>UBER TECHNOLOGIES, INC., et al.<br>                Defendants. | |

Gibson, Dunn &
Crutcher LLP

1

2
TODD JOHNSTON, et al.,
                    Plaintiffs,

3
          v.
UBER TECHNOLOGIES, INC.

4
                    Defendant.

5

6
LITTLER MENDELSON, P.C.
ANDREW M. SPURCHISE, SBN 245998

7
   aspurchise@littler.com
333 Bush Street, 34th Floor

8
San Francisco, CA 94104
Tel:     415.433.1940

9
Fax:     415.399.8490

10

11
Attorneys for Uber Technologies, Inc. and
Rasier, LLC

12
GOLDSTEIN, BORGEN, DARDARIAN & HO
LAURA L. HO, SBN 173179

13
   lho@gbdlegal.com
ANDREW P. LEE, SBN 245903

14
   alee@gbdlegal.com
WILLIAM C. JHAVERI-WEEKS, SBN 289984

15
   wjhaveriweeks@gbdhlegal.com
300 Lakeside Drive, Suite 1000

16
Oakland, CA 94612
Tel:     510.763.9800

17
Fax:     510.835.1417

18

19
AHDOOT & WOLFSON, PC
TINA WOLFSON, SBN 174806

20
   twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098

21
   rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242

22
   tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399

23
   bking@ahdootwolfson.com
1016 Palm Avenue

24
West Hollywood, CA  90069
Tel:     310.474.9111

25
Fax:     310.474.8585

26
Attorneys for *In re Uber FCRA* Plaintiffs

27

28

HAMNER LAW OFFICES, APC
CHRISTOPHER J. HAMNER, SBN 197117
   chamner@hamnerlaw.com
AMY T. WOOTTON, SBN 188856
   awootton@hamnerlaw.com
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: 213.533.4160
Facsimile: 213.533.4167

GERAGOS & GERAGOS, APC
MARK J. GERAGOS, SBN 108325
   mark@geragos.com
BENJAMIN MEISELAS, SBN 227412
   meiselas@geragos.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: 213.625.3900
Facsimile: 213.232.3255

KABATECK BROWN KELLNER LLP
BRIAN KABATECK, SBN 152054
   bsk@kbklawyers.com
SHANT A. KARNIKIAN, SBN 285048
   sk@kbklawyers.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: 213.217.5000
Facsimile: 213.217.5010

Attorneys for *Del Rio* Plaintiffs and Douglas
O'Connor individually

JOINT STIPULATION
CASE NOS. 13-CV-03826-EMC; 14-CV-05200; 15-CV-00262-EMC; 15-CV-03667; 16-CV-03134

THE BRANDI LAW FIRM
Thomas J. Brandi, SBN 53208
  tjb@brandilaw.com
Brian J. Malloy, SBN 234882
  bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
415.989.1800

SLACK & DAVIS, LLP
Michael L. Slack, *pro hac vice*
  mslack@slackdavis.com
John R. Davis, SBN 308412
  jdavis@slackdavis.com
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Attorneys for *Johnston* Plaintiff Todd Johnston

## STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs, the *Yucesoy* Plaintiffs, *In re Uber FCRA Litigation* Plaintiffs, the *Del Rio* Plaintiffs, the *Johnston* Plaintiffs (together, the "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber"), Rasier, LLC ("Rasier"), and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 21, 2016, the Court stayed each of the five above-captioned cases until the next scheduled Case Management Conference;

WHEREAS, on January 24, 2017, the Court granted the Parties' stipulation to reschedule the Case Management Conference in the five above-captioned cases to March 23, 2017, at 11:00 a.m., in light of the PAGA settlement approval hearing being rescheduled in *Price v. Uber Technologies, Inc.*, Los Angeles Superior Court, Case No. BC554512, *see O'Connor* Dkt. 783;

WHEREAS, on January 31, 2017, the United States Court of Appeals for the Second Circuit set oral argument in *Meyer v. Uber Technologies, Inc.*, Case Nos. 16-2750, 16-2752 (2d Cir.), for March 24, 2017, which will require both Uber and Uber's counsel at Gibson, Dunn & Crutcher LLP (counsel in several of the above-captioned cases and also in the *Meyer* appeal) to fly to New York City no later than March 23, 2017, the date of the currently-scheduled Case Management Conference;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1.     The Case Management Conference set for March 23, 2017, at 11:00 a.m., shall be reset for March 22, 2017, at ~~11:00~~ 10:00 a.m.

2.     Case Management Conference Statements shall be due on March 15, 2017.

3.     Each of the above-captioned cases shall remain STAYED until the next Case Management Conference.

**IT IS SO STIPULATED**

JOINT STIPULATION
CASE NOS. 13-CV-03826-EMC; 14-CV-05200; 15-CV-00262-EMC; 15-CV-03667; 16-CV-03134

Gibson, Dunn & Crutcher LLP

Dated:  February 6, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


_/s/ Theodore J. Boutrous, Jr._
Theodore J. Boutrous, Jr.
Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Travis Kalanick

Dated:  February 6, 2017

Respectfully submitted,

LICHTEN & LISS-RIORDAN, P.C.


_/s/ Shannon Liss-Riordan_
Shannon Liss-Riordan
Attorneys for _O'Connor_ and _Yucesoy_ Plaintiffs

Dated:  February 6, 2017

Respectfully submitted,

LITTLER MENDELSON, P.C.


_/s/ Andrew M. Spurchise_
Andrew M. Spurchise
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated:  February 6, 2017

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO


_/s/ Laura L. Ho_
Laura L. Ho
Attorneys for _In re Uber FCRA_ Plaintiffs

Dated:  February 6, 2017

Respectfully submitted,

KABATECK BROWN KELLNER LLP


_/s/ Brian Kabateck_
Brian Kabateck
Attorneys for _Del Rio_ Plaintiffs and Douglas O'Connor

Gibson, Dunn & Crutcher LLP

1   Dated:  February 6, 2017                Respectfully submitted,

2                                            THE BRANDI LAW FIRM

3
                                                _/s/ Brian J. Malloy_____
4                                            Brian J. Malloy
                                             Attorneys for Plaintiff Todd Johnston
5

6

7

8                                        **[PROPOSED] ORDER**

9         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Further CMC reset from

10                                                                3/23/17 to 3/22/17

11                                                                at 10:00 a.m.  Updated

12                                                                joint CMC Statement shall

                                                                  be filed by 3/16/17.
13

14

15

16

17

18                                                   IT IS SO ORDERED
                                                     AS MODIFIED
19
20   Dated: ___2/7_____, 2017                       Judge Edward M. Chen
                                                     _____
21                                                   ___able Edward M. Chen
                                                     United States District Judge
22

23

24

25

26

27

28

JOINT STIPULATION
CASE NOS. 13-CV-03826-EMC; 14-CV-05200; 15-CV-00262-EMC; 15-CV-03667; 16-CV-03134

Gibson, Dunn &
Crutcher LLP

1    I, Kevin Ring-Dowell, hereby attest that concurrence in the filing of this document has been
2  obtained from counsel for all parties.

3  Dated:  February 6, 2017                    By:    /s/ *Kevin Ring-Dowell.*
4                                                      Kevin Ring-Dowell

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28