GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

Attorneys for Uber Technologies, Inc., Rasier, LLC,
and Travis Kalanick

LITTLER MENDELSON, P.C.
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
900 Third Ave.
New York, NY 10022
Tel:   212.583.9600
Fax:   212.832.2719

ROD FLIEGEL, SBN 168289
  rfliegel@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:   415.433.1940
Fax:   415.399.8490

Attorneys for Uber Technologies, Inc. and Rasier, LLC

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., <br>     Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC. <br>     Defendant. | CASE NO. 13-cv-03826-EMC <br> CASE NO. 14-cv-05200-EMC <br> CASE NO. 15-cv-00262-EMC <br> CASE NO. 15-cv-03667-EMC <br> CASE NO. 16-cv-03134-EMC |
| HAKAN YUCESOY, et al., <br>     Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC., et al. <br>     Defendant. | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> JUDGE: HON. EDWARD M. CHEN |
| IN RE UBER FCRA LITIGATION | |
| RICARDO DEL RIO, et al., <br>     Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC., et al. <br>     Defendants. | |
| TODD JOHNSTON, et al., <br>     Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC. <br>     Defendant. | |

| | |
|---|---|
| GOLDSTEIN, BORGEN, DARDARIAN & HO<br>LAURA L. HO, SBN 173179<br>  lho@gbdlegal.com<br>ANDREW P. LEE, SBN 245903<br>  alee@gbdlegal.com<br>WILLIAM C. JHAVERI-WEEKS, SBN 289984<br>  wjhaveriweeks@gbdhlegal.com<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Tel:    510.763.9800<br>Fax:   510.835.1417<br><br>AHDOOT & WOLFSON, PC<br>TINA WOLFSON, SBN 174806<br>  twolfson@ahdootwolfson.com<br>ROBERT AHDOOT, SBN 172098<br>  rahdoot@ahdootwolfson.com<br>THEODORE W. MAYA, SBN 223242<br>  tmaya@ahdootwolfson.com<br>BRADLEY K. KING, SBN 274399<br>  bking@ahdootwolfson.com<br>1016 Palm Avenue<br>West Hollywood, CA 90069<br>Tel:    310.474.9111<br>Fax:   310.474.8585<br><br>Attorneys for *In re Uber FCRA* Plaintiffs<br><br>THE BRANDI LAW FIRM<br>Thomas J. Brandi, SBN 53208<br>  tjb@brandilaw.com<br>Brian J. Malloy, SBN 234882<br>  bjm@brandilaw.com<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415.989.1800<br><br>SLACK & DAVIS, LLP<br>Michael L. Slack, *pro hac vice*<br>  mslack@slackdavis.com<br>John R. Davis, SBN 308412<br>  jdavis@slackdavis.com<br>2705 Bee Cave Road, Suite 220<br>Austin, TX 78746<br><br>Attorneys for *Johnston* Plaintiff Todd Johnston | HAMNER LAW OFFICES, APC<br>CHRISTOPHER J. HAMNER, SBN 197117<br>  chamner@hamnerlaw.com<br>AMY T. WOOTTON, SBN 188856<br>  awootton@hamnerlaw.com<br>555 W. 5th Street, 31st Floor<br>Los Angeles, California 90013<br>Telephone: 213.533.4160<br>Facsimile: 213.533.4167<br><br>GERAGOS & GERAGOS, APC<br>MARK J. GERAGOS, SBN 108325<br>  mark@geragos.com<br>BENJAMIN MEISELAS, SBN 227412<br>  meiselas@geragos.com<br>644 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213.625.3900<br>Facsimile: 213.232.3255<br><br>KABATECK BROWN KELLNER LLP<br>BRIAN KABATECK, SBN 152054<br>  bsk@kbklawyers.com<br>SHANT A. KARNIKIAN, SBN 285048<br>  sk@kbklawyers.com<br>644 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213.217.5000<br>Facsimile: 213.217.5010<br><br>Attorneys for *Del Rio* Plaintiffs and Douglas O'Connor individually<br><br>LICHTEN & LISS-RIORDAN, P.C.<br>Shannon Lis-Riordan (SBN 310719)<br>  sliss@llrlaw.com<br>Adelaide Pagano, *pro hac vice*<br>  apagano@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:   617.994.5800<br>Facsimile:    617.994.5801<br><br>Matthew Carlson (SBN 273242)<br>  mcarlson@llrlaw.com<br>466 Geary St., Suite 201<br>San Francisco, CA 94102<br>Telephone:   415.630.2651<br>Facsimile:    617.994.5801<br><br>Attorneys for *O'Connor* and the *Yucesoy* Plaintiffs |

# STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, all parties in the above-captioned cases, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 21, 2016, the Court stayed each of the above-captioned cases until the next scheduled Case Management Conference;

WHEREAS, on January 24, 2017, the Court granted the parties' stipulation to reschedule the next Case Management Conference in the above-captioned cases to March 23, 2017, at 11:00 a.m., to account for a change in the hearing date for the PAGA settlement approval hearing in *Price v. Uber Technologies, Inc.*, Los Angeles Superior Court, Case No. BC554512;

WHEREAS on February 7, 2017, the Court granted the parties' stipulation to reschedule the Case Management Conference in the above-captioned cases to March 22, 2017, at 10:00 a.m., in light of certain scheduling conflicts;

WHEREAS, the *Price* Court held a PAGA settlement approval hearing on March 10, 2017 and declined to enter a final order regarding the *Price* parties' joint motion for PAGA settlement approval;

WHEREAS, the *Price* Court ordered further supplemental briefing pertaining to the *Price* parties' joint motion for PAGA settlement approval to be submitted on or before March 24, 2017, and scheduled a second PAGA settlement approval hearing for May 2, 2017;

WHEREAS, this Court held a case management conference in the above-referenced cases on March 22, 2017, during which the Court held that the existing stays in the above-referenced cases would remain in place, with the exception of certain settlement-related briefing in the *In re Uber FCRA Litigation* and certain arbitration-related briefing in the *Johnston* litigation;

WHEREAS, this Court indicated that it wanted to schedule the next Case Management Conference in the above-captioned cases for a date after the *Price* Court has completed its PAGA settlement approval hearing, *see, e.g.*, *O'Connor*, Dkt. 803 at 2 ("The Court will continue to monitor the Price PAGA settlement, wherein the hearing to approve settlement is set for 5/2/17. If the case does not settle, the parties shall address whether and how PAGA claims pending or proposed in Del Rio and O'Connor should be handled in the next CMC statement.");

WHEREAS, on April 28, 2017, the *Price* Court rescheduled the *Price* PAGA settlement approval hearing to June 2, 2016, due to the *Price* Court's unavailability on May 2, 2017;

WHEREAS, on May 23, 2017, the *Price* Court rescheduled the *Price* PAGA settlement approval hearing to June 30, 2016, in order to permit the California Department of Industrial Relations to submit an *amicus* brief regarding the *Price* PAGA settlement;

WHEREAS, the *Price* PAGA settlement approval hearing is currently scheduled to take place on June 30, 2016, *after* the case management conference in the above-referenced cases;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference in the above-captioned cases set for June 29, 2017, at 11:00 a.m., shall be reset for August 24, 2017, at 11:00 a.m.

2. Case Management Conference Statements in the above-captioned cases shall be due on August 17, 2017.

3. Each of the above-captioned cases shall remain STAYED until the next Case Management Conference, with the exception of settlement-related briefing in the *In re Uber FCRA Litigation* and certain arbitration-related briefing in the *Johnston* litigation.

**IT IS SO STIPULATED**

Dated: June 5, 2017   Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

 */s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Travis Kalanick

Dated: June 5, 2017   Respectfully submitted,

LICHTEN & LISS-RIORDAN, P.C.

 */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan
Attorneys for *O'Connor* and *Yucesoy* Plaintiffs

Dated: June 5, 2017                     Respectfully submitted,

                                        LITTLER MENDELSON, P.C.

                                         /s/ Andrew M. Spurchise
                                        Andrew M. Spurchise
                                        Attorneys for Defendants Uber Technologies, Inc.
                                        and Rasier, LLC

Dated: June 5, 2017                     Respectfully submitted,

                                        GOLDSTEIN, BORGEN, DARDARIAN & HO

                                         /s/ Laura L. Ho
                                        Laura L. Ho
                                        Attorneys for *In re Uber FCRA* Plaintiffs

Dated: June 5, 2017                     Respectfully submitted,

                                        KABATECK BROWN KELLNER LLP

                                         /s/ Brian Kabateck
                                        Brian Kabateck
                                        Attorneys for *Del Rio* Plaintiffs and Douglas O'Connor

Dated: June 5, 2017                     Respectfully submitted,

                                        THE BRANDI LAW FIRM

                                         /s/ Brian J. Malloy
                                        Brian J. Malloy
                                        Attorneys for Plaintiff Todd Johnston

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____June 8_____, 2017

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Kevin Ring-Dowell, hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties.

Dated: June 5, 2017       By:    /s/ *Kevin Ring-Dowell*
                                         Kevin Ring-Dowell