UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03826-EMC<br><br>**ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION AND UBER'S REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>Docket No. 840, 846, 847, 848 |

　　　　Plaintiffs have withdrawn their Emergency Motion for Authorization to Communicate with Class Members. *See* Docket Nos. 840, 846. It is therefore moot. In its opposition to the motion, Uber separately requests that the Court "amend its sanctions order to grant monetary sanctions in an amount sufficient to compensate Uber for the fees it has incurred defending against these numerous filings." Docket No. 847 at 3. Uber's request for sanctions appears to be based on conduct following the Court's sanction's order, namely, Plaintiffs' emergency motions for relief from that order. *See* Docket Nos. 830, 836, 840. Subsequent conduct is not a basis for the Court to amend its earlier sanctions order. To the extent Uber seeks sanctions for that later conduct, it must file a separate, properly-noticed motion.

　　　　**IT IS SO ORDERED**.

Dated:

_____
EDWARD M. CHEN
United States District Judge