SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:  (617) 994-5801

MATTHEW CARLSON, SBN 273242
mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, CA 94102
Telephone:  (415) 630-2651
Facsimile:  (617) 994-5801

Attorneys for Plaintiffs
THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated, and HAKAN YUCESOY, et al.,

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:  949.451.3800
Facsimile:  949.475.4220

Attorneys for Defendants
UBER TECHNOLOGIES, INC., et al.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>UBER TECHNOLOGIES, INC.,<br>　　　　Defendant.<br><br>HAKAN YUCESOY, et al.,<br>　　　　Plaintiffs,<br>　v.<br>UBER TECHNOLOGIES, INC., et al.<br>　　　　Defendant. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

1
JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs and the *Yucesoy* Plaintiffs and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set the date of the next CMC for December 7, 2017, at 11:00 a.m., *see O'Connor* Dkt. 823, *Yucesoy* Dkt. 273;

WHEREAS, Plaintiffs' counsel is scheduled to appear before the Court for a conference on another matter on December 14, 2017;

WHEREAS, it would be more economical for Plaintiffs' counsel to appear on that same date in these cases as well, and Defendants have agreed to reschedule these conferences if the Court will allow[1];

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for December 7, 2017, shall be reset for December 14, 2017 at ~~11:00 a.m.~~ 11:30 a.m.

2. A Joint Case Management Conference Statement shall be due on December 7, 2017.

**IT IS SO STIPULATED.**

---

[1] Plaintiffs' counsel notes that she is also scheduled for a hearing at 9:30 am on December 14, 2017, before Judge Beeler. Counsel has inquired with Judge Beeler's clerk regarding whether that hearing can be called early so that she may also appear before this Court at 11:00 am. In the event that the hearing before Judge Beeler runs late, counsel requests that the Court call these matters later on the list so as to allow Plaintiffs' counsel time to arrive from Judge Beeler's courtroom.

|     |                                          |                                                                          |
| --- | ---------------------------------------- | ------------------------------------------------------------------------ |
| 1   |                                          | Respectfully submitted,                                                  |
| 2   | Dated: November 14, 2017                 | LICHTEN & LISS-RIORDAN, P.C.                                             |
| 3   |                                          | /s/ *Shannon Liss-Riordan*                                               |
| 4   |                                          | Shannon Liss-Riordan<br>Attorneys for Plaintiffs                         |
| 5   | Dated: November 14, 2017                 | GIBSON, DUNN & CRUTCHER LLP                                              |
| 6   |                                          |                                                                          |
| 7   |                                          | /s/ *Dhananjay S. Manthripragada*<br>Dhananjay S. Manthripragada<br>Attorneys for Defendants |

**[PROP~~OS~~ED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**     (see changes above)

Dated: __11/20__, 2017     _____
The Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**ECF ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties.

Dated: November 14, 2017     LICHTEN & LISS-RIORDAN P.C.

By /s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Attorneys for Plaintiffs