GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:    949.451.3800
Facsimile:    949.475.4220

Attorneys for Defendants Uber Technologies, Inc. and Travis Kalanick

LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    617.994.5800
Facsimile:    617.994.5801

LICHTEN & LISS-RIORDAN, P.C.
MATTHEW CARLSON, SBN 273242
  mcarlson@llrlaw.com
466 Geary St., Suite 201
San Francisco, CA 94102
Telephone:    415.630.2651
Facsimile:    617.994.5801

Attorneys for *O'Connor* and *Yucesoy* Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br>　　　　　Plaintiffs,<br>　　　v.<br>UBER TECHNOLOGIES, INC.,<br>　　　　　Defendant.<br><br>HAKAN YUCESOY, et al.,<br>　　　　　Plaintiffs,<br>　　　v.<br>UBER TECHNOLOGIES, INC., et al.<br>　　　　　Defendants. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

## STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs and the *Yucesoy* Plaintiffs and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has set the date of the next Case Management Conference ("CMC") for February 8, 2018, at 10:30 a.m., *see O'Connor* Dkt. 858, *Yucesoy* Dkt. 278;

WHEREAS, the Court has set the hearing on the *O'Connor* Plaintiffs' motion to amend for March 1, 2018, at 1:30 p.m., *see O'Connor* Dkt. 864;

WHEREAS, the Parties agree that rescheduling the CMC to March 1, 2018, the same day the Court will hold a hearing on the *O'Connor* Plaintiffs' motion to amend, will promote judicial efficiency and conserve the parties' and the Court's resources;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1.      The Case Management Conference set for February 8, 2018, at 10:30 a.m., shall be rescheduled for March 1, 2018, at 1:30 p.m.

2.      A Joint Case Management Conference Statement shall be due on February 22, 2018.


**IT IS SO STIPULATED**


Dated:  January 25, 2018                              Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


  */s/ Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada
Attorneys for Defendants Uber Technologies, Inc.
and Travis Kalanick

Gibson, Dunn &
Crutcher LLP

Dated: January 25, 2018                    Respectfully submitted,

LICHTEN & LISS-RIORDAN, P.C.


_/s/ Shannon Liss-Riordan_
Shannon Liss-Riordan
Attorneys for *O'Connor* and *Yucesoy* Plaintiffs


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___1/29___, 2018

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gibson, Dunn &
Crutcher LLP

## ECF ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (*/s/*) within this e-filed document

Dated: January 25, 2018      By:    */s/ Dhananjay S. Manthripragada*
                                             Dhananjay S. Manthripragada