| | |
|---|---|
| SHANNON LISS-RIORDAN, SBN 310719<br>sliss@llrlaw.com<br>ADELAIDE PAGANO, *pro hac vice*<br>apagano@llrlaw.com<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys *O'Connor* Plaintiffs<br>and *Yucesoy* Plaintiffs | GIBSON DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA,<br>SBN 254433<br>dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>PETER C. SQUERI, SBN 286249<br>psqueri@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>            Defendant.<br>────────────────────────<br>HAKAN YUCESOY, et al.,<br>            Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.<br>            Defendants. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE**<br><br>Judge: Hon. Edward M. Chen |

1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND
ADJUST BRIEFING SCHEDULE – CASE NO. CV 13-03826-EMC; CASE No. CV 15-00262-EMC

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs and *Yucesoy* Plaintiffs (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (as to the *Yucesoy* action only) (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the next Case Management Conference for both the *O'Connor* and *Yucesoy* actions, and the hearing on Defendants' motion to compel arbitration and/or dismiss in the *Yucesoy* action (*Yucesoy* Dkt. 296), is currently set for July 27, 2018;

WHEREAS, the Parties have conferred and agree that, due to various obligations, and to have additional time to complete the briefing on the *Yucesoy* motion, they would prefer for the *O'Connor* and *Yucesoy* CMC, and the *Yucesoy* hearing, to be continued to August 30, 2018, for the deadline for Plaintiffs to file their opposition in *Yucesoy* to be moved to August 2, 2018, and for the deadline for Defendants to file their reply in *Yucesoy* to be moved to August 20, 2018;

NOW THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. Plaintiffs shall file their opposition papers in *Yucesoy* on or before August 2, 2018;
2. Defendants shall file their reply papers in *Yucesoy* on or before August 20, 2018;
3. The hearing in *Yucesoy* and CMC in *O'Connor* and *Yucesoy* shall be continued to ~~August 30, 2018~~. September 6, 2018 at 1:30 p.m.

**IT IS SO STIPULATED**

Dated: June 19, 2018  GIBSON, DUNN & CRUTCHER LLP

By: */s/ Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada

Attorneys for Defendants Uber Technologies, Inc. and Travis Kalanick

2

Dated: June 19, 2018					LICHTEN & LISS-RIORDAN, P.C.

							By: */s/ Shannon Liss-Riordan*
							    Shannon Liss-Riordan

							Attorneys for *O'Connor* Plaintiffs and *Yucesoy* Plaintiffs

3

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE – CASE NO. CV 13-03826-EMC; CASE No. CV 15-00262-EMC

**[P~~ROPO~~SED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Hearing reset for 9/6/18 at 1:30 p.m.

Dated: ___6/20___, 2018



_____
The Honorable Edward M. Chen

### ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties.

Dated: June 19, 2018                                     LICHTEN & LISS-RIORDAN P.C.

By /s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Attorneys for Plaintiffs

4

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE – CASE NO. CV 13-03826-EMC; CASE No. CV 15-00262-EMC