SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
726 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

Attorneys for *O'Connor* Plaintiffs
and *Yucesoy* Plaintiffs

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA,
SBN 254433
dmanthripragada@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant.<br><br>HAKAN YUCESOY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.<br>    Defendants. | CASE NO. 13-cv-3826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE**<br><br>Judge: Hon. Edward M. Chen |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs and *Yucesoy* Plaintiffs (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (as to the *Yucesoy* action only) (collectively, "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the next Case Management Conference for both the *O'Connor* and *Yucesoy* actions and the hearing on Defendants' motion to compel arbitration and/or dismiss in the *Yucesoy* action (*Yucesoy* Dkt. 296), is currently set for September 6, 2018;

WHEREAS, the deadline for Plaintiffs to oppose Defendants' motion in *Yucesoy* is currently August 2, 2018, and the deadline for Defendants to file their reply papers in *Yucesoy* is currently August 20, 2018;

WHEREAS, the Parties have conferred and agree that due to various conflicting obligations, and to have additional time to complete the briefing on the *Yucesoy* motion, they would prefer that both the *O'Connor* and *Yucesoy* CMC, and the *Yucesoy* hearing, be continued to September 27, 2018, and that the deadline for Plaintiffs to file their opposition in *Yucesoy* be extended to August 30, 2018, and that the deadline for Defendants to file their reply in *Yucesoy* be extended to September 17, 2018;

NOW THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following revised schedule:

1. Plaintiffs shall file their opposition papers in *Yucesoy* on or before August 30, 2018.
2. Defendants shall file their reply papers in *Yucesoy* on or before September 17, 2018.
3. The hearing in *Yucesoy* and case management conference in *O'Connor* and *Yucesoy* shall be continued to ~~September 27, 2018~~. October 25, 2018 at 1:30 PM

/ / /
/ / /
/ / /
/ / /
/ / /

2

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE - CASE NO. CV 13-03826-EMC; CASE NO. CV 15-00262-EMC

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 27, 2018                LICHTEN & LISS-RIORDAN, P.C.

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Attorneys for Plaintiffs

Dated: July 27, 2018                GIBSON, DUNN & CRUTCHER LLP

/s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada
Attorneys for Defendants

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2018

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: July 27, 2018                GIBSON, DUNN & CRUTCHER LLP

/s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada

3

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING AND ADJUST BRIEFING SCHEDULE - CASE NO. CV 13-03826-EMC; CASE NO. CV 15-00262-EMC