1  SHANNON LISS-RIORDAN, SBN 310719
   sliss@llrw.com
2  ADELAIDE PAGANO, *pro hac vice*
   apagano@llrw.com
3  LICHTEN & LISS-RIORDAN, P.C.
4  729 Boylston Street, Suite 2000
   Boston, MA 02116
5  Telephone: (617) 994-5800

6

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant.<br><hr><br>HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>Defendants. | CASE NO. CV 13-03826-EMC<br>CASE NO. CV 15-00262-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL**<br><br>*[Redacted and Unredacted Versions of Portions of Documents Sought to be Filed Under Seal Filed Concurrently Herewith]* |

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Pursuant to Local Civil Rules 7-11(a) and 79-5, Plaintiffs hereby request that the Court permit them to file under seal the redacted portions of Ex. 1 to the Declaration of Shannon Liss-Riordan (the "Liss-Riordan Declaration"), which is the Class Action Settlement and Release, that Plaintiffs filed in support of the Plaintiffs' motion seeking the Court's preliminary approval as to the parties' proposed settlement.

## II. DISCUSSION

Under Federal Rule of Civil Procedure 26(c), this Court has broad discretion to permit sealing of court documents to protect parties from "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). "[A] party seeking to seal a judicial record must articulate justifications for sealing that outweigh the public policies favoring disclosure." *Sophia & Chloe, Inc. v. Brighton Collectibles, LLC*, 2014 WL 1379294, at *1 (S.D. Cal. Apr. 8, 2014).

Pursuant to L.R. 79-5(e), within four days, Uber must file with the Court and serve a declaration establishing that the designated information is sealable or must withdraw the designation of confidentiality.

Plaintiffs seek to file under seal the portions of the Class Action Settlement and Release (Ex. 1 to the Liss-Riordan Declaration) that reveal the number of opt-outs that would give the defendants in this case the option to rescind and revoke the entire settlement agreement, thereby rendering the parties' settlement null and void in its entirety. The Court previously granted Plaintiffs' motion to redact this information. *See* Dkt. 572.

Plaintiffs take no position on whether the designated portions of the Class Action Settlement and Release satisfy the requirements for sealing.

## III. CONCLUSION

If Uber submits the appropriate declaration pursuant to L.R. 79-5(e), Plaintiffs respectfully request that this Court grants its Administrative Motion to File Portions of Documents Under Seal.

Dated: March 11, 2019

                              LICHTEN & LISS-RIORDAN, P.C.

                        By:    */s/ Shannon Liss-Riordan*
                                 Shannon Liss-Riordan
                                 Attorney for Plaintiffs

PLFS.' ADMINISTRATIVE MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL–
CASE NOS. CV 13-03826-EMC, CV 15-00262-EMC