| | |
|---|---|
| SHANNON LISS-RIORDAN, SBN 310719<br>(sliss@llrlaw.com)<br>ADELAIDE PAGANO, *pro hac vice*<br>(apagano@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:  (617) 994-5800<br>Facsimile:  (617) 994-5801<br><br>Attorneys for *O'Connor* Plaintiffs | GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA,<br>SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. and<br>TRAVIS KALANICK |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>UBER TECHNOLOGIES, INC.,<br>　　　　　　Defendant. | CASE NO.  13-cv-03826-EMC<br>CASE NO.  15-cv-00262-EMC<br><br>**JOINT NOTICE ATTACHING REVISED PROPOSED LONG-FORM NOTICE**<br><br>Judge: Hon. Edward M. Chen |
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, PEDRO SANCHEZ, AARON DULLES, and ANTONIO OLIVEIRA, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>UBER TECHNOLOGIES, INC., et al.<br>　　　　　　Defendant. | Hearing:　　March 21, 2019<br>Time:　　　1:30 p.m.<br>Courtroom:　5<br>Judge:　　　Judge Edward Chen |

In response to the Court's Order (Dkt. 925), the parties have agreed to the attached revised Proposed Long-Form Notice (Exhibit E to the Settlement Agreement). Changes from the prior proposed notice are indicated in redline (attached here as Ex. 1). The parties are also including a clean copy with all redlines accepted (attached here as Ex. 2).

Date: March 20, 2019

          Respectfully submitted,
MATTHEW MANAHAN, ELIE GURFINKEL, MOHKTAR TALHA, PEDRO SANCHEZ, AARON DULLES, and ANTONIO OLIVEIRA, individually and on behalf of all others similarly situated,

By their attorneys,

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Date: March 20, 2019

Respectfully submitted,

UBER TECHNOLOGIES, INC. and TRAVIS KALANICK

By their attorneys,

*/s/ Dhananjay Manthripragada*

Dhananjay Manthripragada
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-319