# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 21, 2019  **Time:** 2:58 – 3:13 = 15 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-03826-EMC  **Case Name:** O'Connor v. Uber Technologies, Inc.
Related to: 15-cv-00262-EMC   Yucesoy v. Uber Technologies, Inc.

**Attorneys for Plaintiff:** Shannon Liss-Riordan, Ann Kramer
**Attorneys for Defendant:** Sophia Behnia, Dhananjay Manthripradgada, Theane Evangelis

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Vicki Eastvold

## PROCEEDINGS

[321] for Preliminary Approval of Class Action Settlement - held.

## SUMMARY

Parties stated appearances and proffered argument.

Court GRANTS Preliminary Approval. Parties will set fairness hearing in July and will contact the Court regarding an available date. Pretrial deadlines vacated.