| | |
|---|---|
| SHANNON LISS-RIORDAN, SBN 310719 (sliss@llrlaw.com) ADELAIDE PAGANO, *pro hac vice* (apagano@llrlaw.com) LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone:    (617) 994-5800 Facsimile:    (617) 994-5801 | THEODORE J. BOUTROUS, JR., SBN 132099 tboutrous@gibsondunn.com THEANE D. EVANGELIS, SBN 243570 tevangelis@gibsondunn.com DHANANJAY S. MANTHRIPRAGADA, SBN 254433 dmanthripragada@gibsondunn.com GIBSON DUNN & CRUTCHER LLP 333 South Grand Avenue Los Angeles, CA 90071-3197 Telephone:   213.229.7000 Facsimile:   213.229.7520 |
| Attorneys for Plaintiffs | |
| MATTHEW MANAHAN, ELIE GURFINKEL, PEDRO SANCHEZ, MOKHTAR TALHA, AARON DULLES, and ANTONIO OLIVEIRA, individually and on behalf of all others similarly situated, | JOSHUA S. LIPSHUTZ, SBN 242557 jlipshutz@gibsondunn.com PETER SQUERI, SBN 286289 psqueri@gibsondunn.com SHAILEY JAIN, SBN 299213 sjain@gibsondunn.com 555 Mission Street, Suite 3000 San Francisco, CA 94105-0921 Telephone:   415.393.8200 Facsimile:   415.393.8306 |
| | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS O'CONNOR, THOMAS COLOPY, MATTHEW MANAHAN, and ELIE GURFINKEL, individually and on behalf of all others similarly situated, <br>            Plaintiffs, <br>    v. <br><br> UBER TECHNOLOGIES, INC., <br>            Defendant. | CASE NO.  13-cv-03826-EMC <br> CASE NO.  15-cv-00262-EMC <br><br> **JOINT STIPULATION TO RESCHEDULE FINAL APPROVAL HEARING AND TO EXTEND DEADLINES** <br><br> Judge: Hon. Edward M. Chen |
| HAKAN YUCESOY, et al., <br>            Plaintiffs, <br>    v. <br><br> UBER TECHNOLOGIES, INC., et al. <br>            Defendant. | |

1
JOINT STIPULATION TO RESCHEDULE FINAL APPROVAL HEARING AND EXTEND DEADLINES

Pursuant to Civil Local Rule 7-12, the *O'Connor* Plaintiffs and the *Yucesoy* Plaintiffs and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (together, the "Defendants") (together with the Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set the date of the final approval hearing for July 18, 2019 at 1:30 p.m. *see O'Connor* Dkt. 930, *Yucesoy* Dkt. 332;

WHEREAS, the Court has indicated that it needs to reschedule the final approval hearing to a date in August 2019;

WHEREAS, the Parties and the Court are available on August 29, 2019 at 1:30 p.m.;

WHEREAS, the Parties wish to use the additional time between now and the final approval hearing to continue reaching out to settlement class members and maximizing participation in the settlement for those drivers who wish to participate; and

WHEREAS, the Parties agree that maximizing participating in the settlement is best served by extending the deadline to file claims.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Final Approval Hearing shall be moved from July 18, 2019 at 1:30 pm to August 29, 2019 at 1:30 pm.  Notice of the change in hearing date will be posted on the settlement website and included in a previously-scheduled reminder notice to be sent to all settlement class members who have not yet filed a claim.

2. The deadline for filing an opt out or request for exclusion will be sixty (60) days from the date a driver is first sent notice.  *See* Dkt. 930 at 26.  Notice of the relevant dates will be posted on the settlement website and included in a previously-scheduled reminder notice to be sent to all settlement class members who have not yet filed a claim.

3. The deadline for filing a claim will be extended for thirty (30) days from July 18, 2019 to August 17, 2019.  Notice of this change will be posted on the settlement website and

included in a previously-scheduled reminder notice to be sent to all settlement class members who have not yet filed a claim.

4. Pursuant to the Court's Preliminary Approval Order (Dkt. 930), Plaintiffs' Motion for Final Approval will remain due thirty-five (35) days before the Fairness Hearing (on July 25, 2019), any oppositions to the Motion will remain due twenty-one (21) days before the hearing (August 8, 2019), and all documents in support of final approval and in response to objections will be filed fourteen (14) days before the Fairness Hearing (August 15, 2019).

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  June 6, 2019                           LICHTEN & LISS-RIORDAN, P.C.

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Attorneys for Plaintiffs

Dated:  June 6, 2019                           GIBSON, DUNN & CRUTCHER LLP

/s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada
Attorneys for Defendants

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2019                        _____
                                               The Honorable Edward M. Chen

3
JOINT STIPULATION TO RESCHEDULE FINAL APPROVAL HEARING AND EXTEND DEADLINES

**ECF ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties.

Dated:  June 6, 2019                                          GIBSON, DUNN & CRUTCHER LLP

<u>/s/ *Dhananjay S. Manthripragada*</u>
Dhananjay S. Manthripragada
Attorneys for Defendants