1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    DOUGLAS O'CONNOR, et al.,                    Case No. 13-cv-03826-EMC
8                    Plaintiffs,
9          v.                                     **ORDER DENYING WITHOUT
                                                   PREJUDICE PLAINTIFF'S
10   UBER TECHNOLOGIES, INC., et al.,             ADMINISTRATIVE MOTION TO
                                                   CONSIDER WHETHER CASES
11                   Defendants.                   SHOULD BE RELATED**

12                                                 Docket No. 946
13
14         Plaintiff S. Patrick Mendel filed an administrative motion to consider whether *Mendel v.*
15   *Chao*, No. 19-cv-3244 (N.D. Cal. filed June 7, 2019), currently assigned to Judge White, should
16   be related to *O'Connor v. Uber Technologies, Inc.*, No. 13-cv-3826 (N.D. Cal. filed Aug. 16,
17   2013), before this Court.  Docket No. 946.  However, Plaintiff has not yet served the Defendants
18   in *Mendel* with summons and copies of the complaint in accordance with Federal Rule of Civil
19   Procedure 4(c). Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the
20   complaint.  The plaintiff is responsible for having the summons and complaint served within the
21   time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes
22   service.").  Nor has Plaintiff served Defendants in *Mendel* with copies of the instant motion in
23   accordance with Local Rule 3-12(b) to allow them an opportunity to respond.  N.D. Cal. Civ. L.R.
24   3-12(b) ("[A] copy of the motion [to relate], together with proof of service pursuant to Civil L.R.
25   5-5, must be served on all known parties to each apparently related action.").
26         Accordingly, Plaintiff's motion to relate is **DENIED without prejudice**.  Plaintiff may
27   refile the motion once the *Mendel* Defendants have been served in compliance with Rule 4(c) and
28   Local Rule 3-12(b).  If he does so, Plaintiff should ensure that the motion does not exceed 5 pages.

*See* N.D. Cal. Civ. L.R. 7-11(a) ("A motion for an order concerning a miscellaneous administrative matter may not exceed 5 pages (not counting declarations and exhibits) . . . .").

This order disposes of Docket No. 946.

**IT IS SO ORDERED**.

Dated: June 21, 2019

_____
EDWARD M. CHEN
United States District Judge