**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
**Form 1. Notice of Appeal from a Judgment or Order of a**
**United States District Court**

*FILED*
*2019 OCT -8 P 12: 46*
*SUSAN Y. SOONG*
*CLERK, US DISTRICT COURT*
*NO. DIST. OF CA.*

Name of U.S. District Court: | Northern Dist. of California, San Fran. Division

U.S. District Court case number: | 13-03826-EMC  [15-00262-EMC]

Date case was first filed in U.S. District Court: | 08-16-2013

Date of judgment or order you are appealing: | 09-13-19

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

S. Patrick Mendel

Is this a cross-appeal? ○ Yes   ○ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ● Yes   ○ No

If Yes, what is the prior appeal case number? | 14-16078

Your mailing address:

1319 Washington Ave,   #163

City: | San Leandro   State: | CA   Zip Code: | 94577

Prisoner Inmate or A Number (if applicable):

**Signature**   | **Date** 10/8/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> S. Patrick Mendel

Name(s) of counsel (if any):

>

Address: 1319 Washington Ave,  #163

Telephone number(s): 415-812-8507

Email(s): carpartners1@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ◉ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Douglas O'Connor, Mathew Manahan, Elie Gurfinkel, Haksan Yucesoy

Name(s) of counsel (if any):

> Shannon Liss-Riordan

Address: 729  Boylston Street, Suite 2000, Boston MA 02116

Telephone number(s): 617-994-5800

Email(s): sliss@llrlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                    *1*                                    *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          *2*                          *Rev. 12/01/2018*