FILED

DEC 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOUGLAS O'CONNOR; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant-Appellee, <br><br> v. <br><br> S. PATRICK MENDEL, <br><br> Movant-Appellant. | No.  19-17073 <br><br> D.C. No. 3:13-cv-03826-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: THOMAS, Chief Judge, and BERZON and BRESS, Circuit Judges.

A review of the record and the response to the motion for summary affirmance indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Accordingly, the motion for summary affirmance (Docket Entry No. 6) is granted. We summarily affirm the district court's September 13, 2019 order.

**AFFIRMED.**

LAB/MOATT